AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| State of Colorado, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00121 |
| U.S. Department of Health and Human Services, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Rhode Island .

Date:   04/01/2025

/s/ Julia Harvey
*Attorney's signature*

Julia Harvey, #10529
*Printed name and bar number*
150 S. Main Street
Providence, RI 02903

*Address*

jharvey@riag.ri.gov
*E-mail address*

(401) 274-4400
*Telephone number*

(401) 222-3016
*FAX number*