**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

---

STATE OF COLORADO, et al.,

       Plaintiffs,

   v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

       Defendants.

---

## <u>DECLARATION OF SCOTT BOOKMAN</u>

I, Scott Bookman, declare as follows:

1.      I am a resident of the State of Colorado. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the Colorado Department of Public Health and Environment (CDPHE) as the Senior Director of Public Health Readiness and Response.

3.      As the CDPHE Senior Director of Public Health Readiness and Response, I am responsible for oversight of the Division of Disease Control and Public Health Response, the Office of STI/HIV, and have a broader responsibility to ensure that CDPHE is prepared to respond to all public and environmental health emergencies. I served as Colorado's COVID-19 Incident Commander throughout the entire pandemic response.

4.      CDPHE recently received 4 award terminations from the U.S. Department of Health and Human Services, Centers for Disease Control and Prevention (CDC). The total value of the terminated awards was $635,737,356. All terminations were "for cause" based on the end of the COVID pandemic, rather than failure of the agency to follow the terms or conditions of the grants. Each award termination uses the same identical form language stating as follows: "The purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the

2

pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of use of funding under the listed document number(s) is effective as of the date set out in your Notice of Award."

5.      Each of these 4 grant terminations included an unreasonable requirement to submit final federal financial reports (FFRs) within 30 days of the termination date for the award. Federal law requires FFRs for entities receiving federal funding, and allows for the completion of these final FFRs within 120 days after the termination of the federal award.  2 C.F.R. § 200.344(b).  A FFR is required for all federal funds spent by the recipient or subrecipient, and must include detailed information about the use of the funds.  As CDPHE contracted out much of these 4 grant funds to other organizations, the agency must collect final close out information from each contractor or grantee, verify and consolidate the information, and report it back to the federal granting organization, here CDC.  This new requirement to do so in a quarter of the typical timeframe when these subrecipient organizations may have limited or terminated staff and they had not yet begun the process of putting together final reporting information as they had no prior notice of the abrupt termination of the funds cannot be met in any reasonable way.

6.      Additionally, CDPHE received a Stop Work Order pertaining to federal funding it receives from the Colorado Behavioral Health Administration (BHA), based on BHA's receipt of a termination notice for their federal grant from the U.S. Department of Health and Human Services, Substance Abuse and Mental Health Services Administration (SAMHSA).

7.      Descriptions of each award and the effects of these terminations follow.

**National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Underserved, Including Racial and Ethnic Minority Populations and Rural Communities**

8.      In 2021, CDC invited applications for the National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Underserved, Including Racial and Ethnic Minority Populations and Rural Communities (Health Disparities Grant).

9.      This grant's stated purpose was to "Address COVID-19-related health disparities and advance health equity by expanding state, local, US territorial and freely associated state health department capacity and services to prevent and control COVID-19 infection (or transmission) among populations at higher risk and that are underserved, including racial and ethnic minority groups and people living in rural communities." The notice of funding announcement specifically stated that "All strategies should aim to build infrastructures that both address disparities in the current COVID-19 pandemic and set the foundation to address future responses." Throughout the grant period, we received instructions from CDC (via monthly program meetings, feedback to progress reports, and approvals of extension requests) to focus our work on addressing the indirect impact the COVID-19 pandemic had on communities, direct impacts of the COVID-19 virus, and direct COVID-19 pandemic response functions.

10.     As set out in its grant proposal, CDPHE intended to use the Health Disparities Grant to expand existing and develop new mitigation and prevention resources and services to reduce COVID-19 related disparities among underserved populations at higher risk. Activities focused on:

        a.    conducting COVID-19 vaccination clinics, with a focus on reducing barriers to access to vaccine, such as mobile vaccine clinics and community pop-up clinics;

b.  establishing evidence-based strategies to address respiratory disease transmission risk and outbreak management, with a focus on prevention and mitigation that minimizes impacts on essential industries and workforces now and in the future; and educating Colorado workplaces and schools about how indoor air quality and ventilation contribute to disease risks and what building operation improvements can reduce risks;

c.  capturing and analyzing social determinants of health as standard case information during routine and emergency disease surveillance, and using that information to drive decisions;

d.  developing CDPHE infrastructure to support social services connections, health navigation, and community resiliency in the face public health emergencies such as the COVID-19 pandemic, mpox, and H5N1; and

e.  mobilizing partners via a small grants program that funded dozens of community-based organizations, non-profits, and local public health agencies to conduct cultural navigation, community engagement, and community resiliency work  that meets the needs of disproportionately impacted populations.

11.    CDPHE submitted the required application on May 3, 2021.  CDC issued the Notice of Award on May 28, 2021 for the term of June 1, 2021 through May 31, 2023. A true and correct copy of the corresponding Notice of Award and its attachments, dated May 28, 2021, is attached as Exhibit A. As set forth therein, termination of the grant by CDC is permitted only if a recipient or subrecipient "fails to comply with the terms and conditions of the award, or for cause."

12.     On November 10, 2022, CDPHE submitted an application for a 12-month No Cost Extension.  CDC issued the Notice of Award dated November 22, 2022 approving the No Cost Extension revising the end date to May 31, 2024.  On January 23, 2024, CDPHE submitted an application for an additional 24-month No Cost Extension.  CDC issued the Notice of Award dated February 27, 2024 approving the No Cost Extension revising the end date to May 31, 2026.  The initial award amount was $22,581,706 and was never increased or decreased.  Only time extensions were requested and granted.

13.     Since June 2021, CDPHE has used the Health Disparities Grant funds in a manner fully consistent with CDC's statements regarding the nature of the grant and CDPHE's grant application.

14.     CDPHE conducted numerous activities directly and through subcontracted organizations during the course of this funding that were aligned as 18 distinct activities across the 4 major strategies identified by CDC as the framework for this program. The activities did not change as far as title and main description throughout the course of funding, though some activities were completed or ended as the needs were no longer justified, and only activities that remained justified and aligned with the intent of these funds were continued.

15.     CDPHE submitted quarterly progress reports with detailed narratives on program workplan activities, performance evaluation metrics, and fiscal expenditures.  CDC regularly provided written communication indicating approval of our progress and encouraged continued work. CDPHE's grant team and fiscal officer met monthly with the CDC grant program officer. On March 11, 2025, CDPHE received an email from OT21-2103Support@cdc.gov that contained feedback from our most recently submitted progress report, which stated in 4 of 5 categories, "No issues noted, please continue as planned." The 5th category was left blank.

6

16.    CDPHE submitted two requests for no-cost extensions in November 2022 and January 2024 to continue workplan activities, with detailed written justification that the timeline extension was necessary to continue our work. Both extensions were approved, indicating CDC agreed that the continuation of work was justified through the time frame requested.

17.    On March 25, 2025, without any prior notice or indication, CDC informed CDPHE that effective March 24, 2025 its Health Disparities Grant was terminated as of March 24, 2025. A true and correct copy of the grant award termination notice is attached as Exhibit B.

18.    CDC's termination of our Notice of Award stated the award was being terminated for cause, citing that the funds were intended to ameliorate the effects of the pandemic.  The notice further indicated that the pandemic is over, thus the limited purpose for which the funding was awarded has run out.  No further information or explanation was provided.

19.    There was $6,602,222.09 in funds remaining in the payment management system (PMS) account as of  March 24, 2025 with a performance period end date of May 31, 2026. Draws are submitted in PMS weekly, typically on Thursdays, for reimbursement of expenditures posted since the prior week's draw.

20.    The remaining funds were to be used to support the major thematic initiatives described above; specifically, funds were to support 29 CDPHE staff, in part or full, responsible for programmatic activities, 16 community-based partners whose contracted work was active through May 2025, and two contracts with partners to support the above-stated activities that were active through May 2026. Across the 18 active contracts, over $3,6,31,885 was obligated to these partner organizations.

21.    CDPHE relied and acted upon its expectation and understanding that CDC would fulfill its commitment to provide the Health Disparities Grant funding it had awarded to CDPHE.

CDPHE staff rely on these funds, as do subrecipients and the public that is served by CDPHE's administration of the funds. The lack of prior notice and implementation of an immediate termination of anticipated funding causes harm as described herein.

 a. Thirty-three employees whose funding is entirely or partly eliminated: 11 who face immediate termination by April 1, 2025, 15 who will be terminated by June 30, 2025 because other appropriate funding sources are able to temporarily cover their work, and 7 for whom other long-term funding have been identified but with ripple effects to the budgets that will impact the greater team. For the 11 employees facing immediate termination, CDPHE does not have a funding source to cover their compensation from March 25 - 31, 2025.

 b. Seventeen local organizations in which CDPHE issued a stop work order due to the abrupt termination of funds from CDC. These contractors receive funding for approximately 4 employees each in addition to operating expenses, much of which they may not recover as the work was in progress when the termination notice was issued. As most of these organizations are small community-based organizations that may not have any fiscal reserves, their staff will likely not be paid for their work and the organizations may close their doors due to this unexpected, dramatic termination of funding.

 c. Contractor staff who typically process invoices at the completion of a contract will not be available to do this work as the grant funding from which this closure work is paid is now terminated. CDPHE's typical practice is to end the contractor's work far enough in advance of the grant expiration to allow for close out reporting work from the grantee.

8

d.  As CDPHE operated under the expectation that it had 14 more months of work for this grant, no efforts had yet begun related to final performance reporting and close out. As CDC unreasonably instructed in its termination notice to not incur any further expenses on this funding source, and modified the timeline for FFR submission from 120 to 30 days after the award end date, CDPHE will not be able to meet this arbitrary requirement as staff working on these grant funds will either be moved to other funding sources or terminated.

e.  CDPHE and local organizations had vaccine clinics and other community events scheduled for March 29-30, 2025 that had to be canceled. With a measles outbreak in neighboring states and other ongoing disease control work to prevent the spread of communicable diseases, Colorado has been making great efforts to partner with communities to provide vaccination services and increase herd immunity.

22.    Prior to the grant award termination on March 25, 2025, CDC had never provided CDPHE with notice, written or otherwise, that the grant administered by CDPHE was in any way unsatisfactory.

**<u>Advancing the Centers of Excellence in Newcomer Health</u>**

23.    On August 26, 2021, the CDC awarded supplemental funding to an existing Advancing the Centers of Excellence in Newcomer Health Cooperative Agreement (Newcomer Health Grant). A true and correct copy of the Agreement and corresponding Notice of Award and its attachments, dated August 26, 2021, are attached as Exhibits C and D. As set forth therein, termination of the grant by CDC is permitted only if a recipient or subrecipient fails to comply with the terms and conditions of the grant, for good cause, or if the recipient or subrecipient

agrees to the termination. The grant supplement totaled $1,000,000, with expanded authority to expend these funds through September 29, 2025.

24.     The awarded supplemental funding added to existing Advancing the Center of Excellence (COE) in Newcomer Health activities, and bolstered the ability of the COE to address issues related to COVID-19 among eligible newcomer (refugees, special immigrant visa holders, asylees, victims of human trafficking) populations, understand vaccine confidence in some newcomer communities, and improve clinician and newcomer health education on this and other health issues.

25.     In alignment with its COE Cooperative Agreement work plan, CDPHE intended to use the funding to understand and improve the health and wellness of eligible newcomer communities through public health evaluations, dissemination of results to clinical and public health partners, and the improvement of data-driven dashboards and other outputs to be shared with decision-makers. Since August 26, 2021, CDPHE has used these supplemental Newcomer Health Grant funds in a manner fully consistent with CDC's statements regarding the nature of the grant and CDPHE's grant application.

26.     Since funding was awarded, CDPHE has piloted a Cultural Navigation program that has received national recognition, and developed a toolkit of promising practices and training to increase the capacity and skills of community health care workers to support public health disease control and response efforts. The funding has also supported data infrastructure and data modernization activities.

27.     CDPHE has completed all required reporting on this funding in accordance with grant requirements, including attendance at grantee meetings, Principal Investigator check-ins, annual progress evaluations, and annual performance reports. The program has also produced

quarterly reports that were not required but requested by CDC staff. CDC teams have relayed

positive feedback and excitement when they see CDPHE's work on Cultural Navigation

presented at CDC and FDA conferences. The FDA and the Food Safety Center of Excellence

have invited the Cultural Navigation team to present their model to others who may want to

adapt and use it.

     28.    The program has historically applied for and received extensions on expanded

authority for all supplemental funding.

     29.    On March 25, 2025 at 5:17 AM, without any prior notice or indication, CDC

informed CDPHE that effective March 24, 2025 its Newcomer Health Grant was terminated as

of March 24, 2025. A true and correct copy of the grant award termination NOA (Newcomer

Health Termination NOA) is attached as Exhibit E.

     30.    CDC's Newcomer Health Termination NOA stated that the award was being

terminated for cause, citing that the funds were intended to ameliorate the effects of the

pandemic.  The notice further indicated that the pandemic is over, thus the limited purpose for

which the funding was awarded has run out.  No further information or explanation was

provided.

     31.    In addition to this Newcomer Health Termination NOA, CDPHE received two

supporting documents detailing the termination of funding, which appeared to be an internal

CDC memo to staff describing the timing of the termination, and a table including the Newcomer

Health Grant supplement and others unrelated to the program.

     32.    There was $100,846.02 in funds remaining in the payment management system

(PMS) account as of  March 24, 2025 with a performance period end date of September 29,

2025. Draws are submitted in PMS weekly, typically on Thursdays, for reimbursement of expenditures posted since the prior week's draw.

33.     CDPHE relied and acted upon its expectation and understanding that HHS would fulfill its commitment to provide Newcomer Health Grant funding it had awarded to CDPHE. CDPHE has used funding to increase the data-informed approaches to health, wellness, and vaccine confidence among newcomer populations and has built models to serve newcomers and others who could benefit from accessing public health response and prevention activities, regardless of culture or language. In addition, this funding has been a critical component of data modernization efforts. The abrupt end of funding is causing an inefficient use of staff time to scramble to identify whether additional funding sources are available to support the planned and contracted efforts, including technical maintenance and modernization.

34.     Staffing from un-impacted funding that was allocated to advance core Newcomer Health program initiatives has been redirected to address this administrative work, and is dramatically impacting the ability of the Advancing the Centers of Excellence in Newcomer Health to achieve its stated deliverables and CDC-approved work plans within its base funding. Staffing to achieve this has dramatically reduced time that would have otherwise supported the goals of the funding. Additionally, the remaining Newcomer Health program funding not impacted by this Newcomer Health funding termination has been diverted to cover this unexpected loss in funds in order to keep technology modernization and maintenance efforts going. The funding that has been diverted to replace the terminated contract funding will result in Colorado being unable to contract with and expand the coverage of the CO-COE to another important state partner.

35.    Termination of Newcomer Health Grant funding disrupts CDPHE's ability to efficiently complete data modernization activities that are critical to reducing manual data work and improving the ability of partners to contribute data in a seamless manner. Ultimately, this disrupts CDPHE's ability to conduct trend analysis and develop data-informed outputs for partners in clinical and public health settings in a timely manner. Instead of modernizing data flows that inform our understanding of newcomer health and wellness, staff are being redirected to complete administrative contracting functions. Instead of benefiting from the data modernization project, staff will continue to manually process portions of our data, spending more time managing data and less time using it to answer questions about newcomer health and wellness. These delays affect CDPHE's ability to make data management efficient, and delay the ability to produce reports, infographics, manuscripts, and other outputs that inform Colorado, other states, and CDC of emerging public health trends in newcomer health.

36.    Prior to the grant award termination on March 24, 2025, CDC had never provided CDPHE with notice, written or otherwise, that the grant administered by CDPHE was in any way unsatisfactory.

**<u>Immunization and Vaccines for Children (IP19-1901)</u>**

37.    In 2020 and 2021, CDC awarded supplemental funding to the existing cooperative agreement for Immunization and Vaccines for Children (Immunization Grant). A true and correct copy of the Cooperative Agreement is attached as Exhibit F.

38.    On September 23, 2020, CDC produced a Notice of Award setting forth the terms and conditions of the grant award. A true and correct copy of the corresponding Notice of Award and its attachments, dated September 23, 2020, is attached as Exhibit G. As set forth therein, termination of the grant by CDC is permitted only if a recipient or subrecipient fails to comply

13

with the terms and conditions of the grant, for good cause, or if the recipient or subrecipient agrees to the termination.

39.     CDPHE was awarded five rounds of supplemental funding totaling $110,714,102. Each round had modified guidance for funded activities and allowable uses to respond to the COVID-19 pandemic. The initial budget period ran from July 1, 2020 to June 30, 2021, and was extended through June 2023 as the pandemic continued. CDC released revised guidance in July 2023 after the federal pandemic declaration was rescinded in May 2023. Continuing to use these funds required an approved carry over request with revised workplans and budgets to implement the new guidance. CDC approved CDPHE's carry over request and extended the budget period through June 2025. In February 2025, a no-cost extension request was submitted to allow the use of the funds through June 2027; however, this request is pending in Grant Solutions with a status of "Amendment Approved Processing".

40.     As set out in its grant proposal, CDPHE intended to use the Immunization Grant to support and strengthen critical COVID-19 immunization planning and implementation requirements and activities to ensure effective and efficient vaccination in phases.  Key Immunization Grant activities included:

     a.  increasing vaccine capacity across the jurisdiction by supporting vaccine distribution, administration and oversight,

     b. ensuring safe vaccine administration,

     c. ensuring equitable vaccine distribution,

     d. increasing vaccine access through mass vaccination and mobile vaccination clinics,

     e. increasing vaccine confidence, implementing community engagement strategies,

     f. using the immunization information system to support vaccination efforts, and

g. increasing functionality and modernization of the immunization information

system to support vaccine ordering and inventory management.

41.     This work benefitted CDPHE with respect to its COVID-19 activities as well as
routine immunization work, with increased capacity to support providers, data reporting and
visualization, and access to all vaccines.  This enhanced infrastructure provided Colorado with
the capacity to effectively respond to the mpox outbreak in 2022, and varicella and
meningococcal outbreaks in 2024 as the capacity, capabilities, and processes had already been
built using the Immunization Grant.

42.     The first round of funding was awarded in September 2020 for $3,165,133. Three
supplemental rounds were awarded as follows: December 2020 for $2,215,322, January 2021 for
$52,035,091, and March 2021 for $52,035,091. The initial award ended in June 2021 but funding
was extended each year until June 2023. An additional supplement was awarded in August 2022
for $1,263,465 to support using Immunization Information Systems (IIS) to report immunization
data to the CDC. A carry over request authorized use of the funds through June 2025. In January
2025, CDC issued guidance that a no-cost extension request could be submitted to extend the
budget period through June 2027. That no-cost extension request was submitted in February
2025.

43.     Since June 2020, CDPHE has used the Immunization Grant funds in a manner
fully consistent with CDC's statements regarding the nature of the grant and CDPHE's grant
application. The CDC accepted 15 performance measures reports submitted between July 2020
and June 2023. These reports described the progress and activities conducted to meet the goals of
the awards. In May and July 2021, CDC provided guidance that these funds could be used  to
provide influenza and other routine vaccines and education as long as they were provided

alongside COVID-19 vaccines. Budget changes were submitted to the CDC as formal redirection requests. The redirections include justification that changes align with award objectives. CDPHE submitted two budget revisions in 2021, and the carry over request for all COVID funding was submitted in 2024. A new NOA was issued to document CDC approval of these requests.

44.     CDPHE initially used the funding to increase staff capacity to support vaccine provider enrollment, vaccine ordering and inventory management, vaccine distribution and vaccine reporting to the immunization information system and increasing the number of vaccine provider sites that could administer COVID-19, including pharmacies. Funding was also provided to local public health agencies to expand their operations and increase vaccine administration. Vaccine strike teams, mobile vaccine clinics, and off-site site clinics were implemented through community-based organizations and local public health agencies. Site visits to COVID-19 vaccine clinics were implemented to provide monitoring and quality assurance. Vaccine supplies and personal protective equipment were provided to providers and partners. Partnerships were funded for community engagement to identify trusted voices that represent the diversity of affected communities and assisted in the building of local partnerships to promote vaccine confidence. Vaccine ordering and inventory capabilities were enhanced, including improving business processes and tools for vaccine ordering and tracking inventory, training providers, capacity for vaccine order reviews, automated tools to improve data quality (e.g., address validation), and help desk staffing.

45.     CDPHE focused on using the funds to meet the required activities of the supplemental award, which included all of the following:

    a.  using data to identify communities of focus, including those with high COVID-19 case burden, and/or disproportionately low COVID-19 vaccination rates;

16

partnering with other programs to accelerate vaccine outreach and coordination to reach populations at higher risk of COVID-19;

b.  leveraging and supporting partnerships with local health departments by providing funding to support activities around vaccine outreach and partnerships, and standing up local community and mobile vaccination clinics;

c.  developing partnerships to reach disproportionately affected populations through community based organizations, education entities, working with local coalitions developing and implementing outreach campaigns, leveraging trusted messengers such as health care providers;

d.  improving access to COVID-19 vaccines by enrolling providers, deploying vaccine programs, and coordinating local organizations to implement pop-up, mobile, and other vaccination clinics; funding efforts to increase equity of health information including staffing for the increased call volume, increased translation of educational materials and websites, and increasing accessibility to information; and simplifying patient procedures at vaccine clinics for efficiency;

e.  improving messaging and education around vaccination by hiring health communication staff, developing and implementing appropriate messaging on COVID-19 vaccination, developing toolkits for vaccine education and awareness, and supporting ongoing training of trusted messengers;

f.  strengthening vaccine equity efforts by increasing  coordination across the jurisdiction and participation in cross-jurisdictional information sharing and collaboration; and

g.  increasing quality control for vaccine storage and handling, administration, and vaccine program compliance.

46.     CDPHE has not received any negative feedback regarding inadequate performance or compliance issues with this grant.

47.     On March 24, 2025, without any prior notice or indication, CDC informed CDPHE that effective March 24, 2025 its Immunization Grant was being terminated as of March 24, 2025. A true and correct copy of the grant award termination notice is attached as Exhibit H.

48.     CDC's grant award termination Notice of Award (Immunization Termination NOA) stated that the award was being terminated for cause, citing that the funds were intended to ameliorate the effects of the pandemic. The notice further indicated that the pandemic is over, thus the limited purpose for which the funding was awarded has run out.  No further information or explanation was provided.

49.     The Immunization Termination NOA changed the end date for all Immunization and Vaccines for Children awards, not solely the Immunization Grant award, to March 24, 2025, which effectively terminated all federal immunization funding. CDC then issued a revised NOA to restore the end date of the non-impacted funding to June 30, 2025.

50.     There was $39,535,103.11 in funds remaining in the payment management system (PMS) account as of  March 24, 2025 with a performance period end date of June 30, 2025. Draws are submitted in PMS weekly, typically on Thursdays, for reimbursement of expenditures posted since the prior week's draw.  The most recent PMS draw was approved on Friday March 28, 2025.

51.     The remaining funds were to be used to continue efforts to increase vaccine access and vaccine confidence for COVID-19 and routine vaccines broadly in the community as

18

well as mobile vaccine efforts to reach underserved populations that experience barriers to

vaccine access. This includes funding to CDPHE's Mobile Public Health Clinic Program, as well

as the Community Action and Engagement team, who coordinate vaccine outreach and education

throughout the state in collaboration with the local public health agencies and other community

partners. Funding also was planned to continue the enhancement and support of Colorado's

immunization information system for vaccine data reporting and CDPHE's vaccine operations

for provider ordering, inventory management and program compliance. The funding would have

supported local public health agencies and community based organizations through their

subcontracted dollars to continue to provide mobile and community clinic efforts and outreach

and education.

52.     The termination of this funding will lead to public health harm through decreased

access to COVID-19 and routine vaccinations, particularly for people who are already

disproportionately affected by barriers in accessing health care services. With a reduced ability to

provide positive and accurate vaccine messaging for the public and health care providers, this

grant termination will lead to further decline in vaccine coverage and will result in more vaccine

preventable disease outbreaks. The wealth of education and outreach resources previously

provided by CDPHE, local public health agencies, community based organizations and health

care providers through outreach, media, and education campaigns will cease with the termination

in funds.

53.     CDPHE relied and acted upon its expectation and understanding that HHS would

fulfill its commitment to provide Immunization Grant funding it had awarded to CDPHE. The

CDPHE Immunization Program has 9 employees with impacted funding as follows: 8 will be

terminated by June 30, 2025 and 1 who will move back into a permanent lower level position

with less pay. The Immunization Program had 5 contracted staff assisting with the immunization information system help desk and reminder/recall efforts for notifying patients and families about vaccinations that are due or missing, as well as coordinating vaccine education and outreach efforts for health care provider education sessions. These contracted staff were notified of a stop work order issued to their contracted vendor agency immediately after the termination of funds on March 24, 2025, and will lose their employment. The loss in staff will result in the loss of customer service for our vaccine providers through the immunization information system help desk, and the loss of the ability to provide notification to parents and patients regarding the need for both COVID-19 and routine vaccinations, including flu and the measles, mumps, and rubella (MMR) vaccine during a time of increased measles cases and outbreaks in the U.S.

54.     The termination of Immunization Grant funding dismantles CDPHE's Champions for Vaccine Equity program, which leverages physicians and other health care providers to act as trusted messengers and educate people and communities in settings that provide comfort and support, such as at faith based or community events within and coordinated by the community in which they live or with which they identify. It also interrupts contracted work through the University of Colorado to provide physician-led training and education to health care providers throughout Colorado so that they are better prepared to make strong vaccine recommendations for COVID-19 vaccines and routine vaccines such as the MMR. This loss of education for providers and the public will likely lead to further decline in vaccine coverage and will result in more vaccine preventable disease outbreaks.

55.     The Immunization Grant funds contracted to Colorado local public health agencies provide additional staff and resources to address gaps in vaccine access by supporting mobile and community based clinics, and additional staff and resources to expand clinic hours on

nights and weekends to better serve their working populations. Termination of these funds will immediately reduce staffing capacity and resources, resulting in offering fewer opportunities for the public to access vaccines.

56.    CDPHE relied on the Immunization Grant to expand the reach of a newly built Mobile Public Health Clinic Program that fills gaps in routine vaccination services throughout the state, particularly in communities that are underserved and experience barriers in access to care, and can be deployed for emergency response such as testing and post-exposure prophylaxis during outbreaks. This program was based on a larger COVID Vaccine Bus program successfully implemented during the pandemic, and built into our routine disease control infrastructure to provide access to COVID-19 and routine vaccinations. As with the reduced capacity at the local level due, CDPHE's Mobile Public Health Clinic Program will also be severely limited in its ability to provide these necessary vaccine services in communities in need.

57.    The termination of this Immunization Grant funding will be detrimental to the health of all Coloradans. Decreased access to and education regarding routine vaccinations, including COVID-19 vaccines, will result in decreasing numbers of people vaccinated against COVID-19, influenza, and other serious illnesses such as measles, whooping cough, and polio. When fewer people are vaccinated against these serious diseases, cases and outbreaks will increase, which will result in lives lost and increased health care costs for those who are ill, seek emergency care, and are hospitalized. This also results in increased strain on our healthcare systems, including the public health system, which are still recovering from the effects of a global pandemic. The effects of lower vaccination rates are already being witnessed, due to increasing vaccine hesitancy from the politicization of vaccines during the pandemic, as evidenced by the number of cases and outbreaks of measles in just the first quarter of 2025

21

surpassing the number of cases and outbreaks in the whole of 2024, and in years previous, with

the exception of 2019. Ninety-seven percent of the 2025 measles cases are unvaccinated

individuals, or those whose vaccine status is unknown. Similarly, lower vaccination rates for

COVID-19 and influenza will lead to decreased health outcomes for Coloradans.

58.     With decreased CDPHE capacity to provide inventory and ordering support,

registry support, vaccine coordination, data analysis, and program and clinical guidance and

education for vaccine providers, Colorado could experience a loss in enrolled Vaccines for

Children providers, which would further reduce access to life saving vaccinations and important

vaccine education for patients and families who may not otherwise have access to vaccines.

59.     CDPHE had not yet begun any efforts related to FFRs and close-out, as CDC

provided no advance notice of early termination, causing chaos and confusion with local public

health agencies and contractors, and potentially causing these contracted entities to incur the cost

of contracted staff and work. This decreases the trust in and credibility of CDPHE and state and

federal government as a whole, and may damage CDPHE's relationships with these partners.

60.     Prior to the grant award termination on March 24, 2025, CDC had never provided

CDPHE with notice, written or otherwise, that the grant administered by CDPHE was in any way

unsatisfactory.

**Epidemiology and Laboratory Capacity For Infectious Diseases**

61.     In February 2019, CDC invited applications for CK19-1904 Epidemiology and

Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC

Cooperative Agreement). A true and accurate copy of this agreement is attached as Exhibit I.

62.     ELC is a cooperative agreement offered to states, U.S. territories, and large

metropolitan areas to address emerging or re-emerging disease threats and protect the public's

health. Funding supports epidemiological, laboratory, and health information system capacity at CDPHE to detect, respond, prevent, and control infectious disease issues. The ELC cooperative agreement has a mechanism to quickly award funds to states to enhance surveillance, report and respond to outbreaks, support surge staffing, and establish interventions to control disease spread during infectious disease emergencies. This mechanism was used to award states funding during the COVID-19 pandemic through the ELC CARES, ELC ED, and ELC EDE supplemental awards.

63.    On July 11, 2019, CDC produced an ELC Notice of Award (NOA) setting forth the terms and conditions of the grant award. *See* Exhibit I. As set forth therein, termination of the grant by CDC is permitted only if a recipient or subrecipient fails to comply with the terms and conditions of the grant, for good cause, or if the recipient or subrecipient agrees to the termination.

64.    CDPHE was awarded funding for budget period 1 of the 5 year project period in August 2019. On April 23, 2020, CDC issued a Notice of Award for Cross-Cutting Emerging Issues for $10,368,137 of ELC funding to respond to the COVID-19 pandemic (ELC CARES funding as part of the federal "Coronavirus Aid, Relief, and Economic Security Act") for the term January 20, 2020 through April 23, 2022. Supplemental to this award, on May 19, 2020, CDC issued a Notice of Award to CDPHE for $159,509,879 of ELC funding to respond to the COVID-19 pandemic (ELC Enhancing Detection [ED] funding as part of the federal "Paycheck Protection Program and Health Care Enhancement Act of 2020") for the term January 20, 2020 through November 11, 2022. Supplemental to these two awards, on January 14, 2021, CDC issued a Notice of Award to CDPHE for $331,463,532 of ELC funding to respond to the COVID-19 pandemic (ELC Enhancing Detection Expansion [EDE] as part of the "Coronavirus

Response and Relief Supplemental Appropriations Act of 2021") for the term August 1, 2020 through July 31, 2023. On April 26, 2022, CDC issued a Notice of Award to extend the terms of all three awards listed above through July 31, 2022 to line up with the award budget period. On October 18, 2023, CDC issued a Notice of Award to approve a No Cost Extension for all three awards listed above for an additional 24 months from August 1, 2024 to July 31, 2026. A true and accurate copy of these awards are attached as Exhibit J.

65.     These awards required CDPHE to perform the following activities:  hire and train epidemiology, laboratory, and health information system staff to respond to the pandemic; establish and expand laboratory testing; establish and improve/modernize laboratory and disease surveillance systems; conduct case investigations, contact tracing, and outbreak response; and coordinate and engage with partners, especially local public health agencies, Tribal Nations, community based organizations, and academic institutions.

66.     As set out in its proposal, CDPHE intended to use the ELC cooperative agreement to support the statewide public health response to the COVID-19 pandemic. Funding was allocated to a variety of public health functions and partners as follows:

      a.  to the CDPHE Laboratory to perform testing and virus genomic sequencing, procure testing from external resources and distribute self-test kits, test wastewater samples, and improve laboratory information systems;

      b.  to several CDPHE programs to perform outbreak response, infection prevention training to facilities experiencing an outbreak, case investigation, contact tracing, and analyze and share surveillance data;

      c.  to several CDPHE programs to develop and improve systems to collect, exchange, and share disease-related data, including setting up systems to collect

24

case investigation and contact tracing data, and a new statewide web-based

electronic reportable disease database;

    d.  to all Colorado local public health agencies, two Tribal Nations, and local or

regional agencies to support these activities at the local level; and

    e.  to academic institutions to provide additional testing capacity and perform

high-level analysis, such as pandemic modeling to inform the state's response

strategy.

67.    Since April 2020, CDPHE has used the ELC CARES, ED, and EDE grant funds in a manner fully consistent with CDC's statements regarding the nature of the grant and CDPHE's grant application.

68.    ELC CARES, ELC ED, and ELC EDE funding supported COVID-19 response efforts throughout the Colorado public health system, including CDPHE and all Colorado local public health agencies and Tribal Nations via multiple contract offerings. The CDPHE Laboratory used the funds to scale testing capacity to over 10,000 COVID-19 diagnostic tests daily, set up contracts to support mobile testing services and community-based testing, set up a new wastewater surveillance testing program, purchase and distribute self-test kits, conduct genomic sequencing to detect new variants, and ensure proper management controls were in place to ensure quality, inventory, and specimen management.

69.    CDPHE set up teams to support response activities within local public health agencies in the state, track and provide guidance to thousands of entities that experienced COVID-19 outbreaks including schools and high risk settings like nursing homes, correctional settings, and other congregate settings, established a medical guidance unit to develop statewide clinical and mitigation guidance and provide education and training to healthcare providers

statewide, establish teams to analyze surveillance data and post data daily to public websites, and set up systems and teams to conduct case investigation and contact tracing.

70.     CDPHE ensured that millions of COVID-19 case reports were entered into the statewide electronic disease surveillance database, ensured data was shared with partners and CDC in a timely and accurate manner, and established EpiTrax, a new and modern disease reporting database, and data lakehouse to allow for more efficient disease reporting and merging and analyzing of various disease-related data sets. Funding was used to support community based organizations that provided cultural navigation services to better reach populations at risk for adverse COVID-19 outcomes. Contracts were awarded to academic partners to train local public health agency staff on critical activities of case investigation, contact tracing, and outbreak investigation, as well as conduct high-level disease modeling to inform state leadership on the progression of the pandemic and the effectiveness of interventions. Funds were provided to all Colorado local public health agencies and Tribal Nations through several rounds of contracts to support their responses to the pandemic.

71.     While CDPHE has been scaling back the pandemic response since 2023, the ELC funding was continuing to support laboratory, epidemiology, and health information system capacity efforts so Colorado is better prepared for the next public health emergency, while still responding to COVID-19 which was responsible for 76 deaths in Colorado in January and February 2025. The CDPHE Laboratory is still performing COVID-19 testing and genomic sequencing to detect the emergence of new variants that may cause increases in illness – these efforts will be greatly diminished due to the termination of the funding. Laboratory information system improvements were in progress to set CDPHE up for better capacity for the next

emerging disease threat, such as replacing outdated equipment and continuing to modernize

laboratory data systems.

72.     Teams at CDPHE were analyzing COVID-19 surveillance data to provide weekly

updates on a public facing dashboard, which informs the healthcare community and public of

risks and potential hospital surges. The funding termination eliminates the team performing these

analyses with no opportunity to transition the work to other teams, stops a project where we were

transitioning reports of COVID hospitalizations into the EpiTrax disease reporting system for

accurate tracking, eliminates CDPHE's ability to monitor for accurate hospitalization reporting

by healthcare facilities, and eliminates the staff who examine COVID lab reports and

hospitalization reports to find potential outbreaks in high risk settings like nursing homes.

73.     Teams were still responding to dozens of COVID-19 outbreaks occurring at

high-risk settings like nursing homes, assisted living facilities, and correctional settings. The

funding termination eliminates the teams performing these activities with no opportunity to train

local public health staff or other teams to  pick up the work. This will greatly affect Colorado's

ability to track COVID outbreaks in high risk settings, which are often an indicator of new waves

of disease in a community or across the state. Efforts were underway to train disease intervention

specialists and epidemiologists statewide on best practices around responding to COVID-19

outbreaks in high risk settings so these efforts could be shifted from CDPHE to the local public

health agencies, but the funding termination eliminates the training team responsible for these

efforts.

74.     A standardized disease investigation training and curriculum was recently

launched to train disease investigators statewide so Colorado is better prepared for the next

disease emergency, as well as better trained to collect routine disease investigations. This project

will not be able to be fully implemented due to the funding termination. Contracts were still in place with most Colorado local public health agencies and both Tribal Nations to continue testing and response activities locally, which were abruptly stopped with the funding termination. There are no other resources available to support local public health agencies and Tribes for this work.

75.     CDPHE used millions of these funds over several years to set up EpiTrax and a new data lakehouse. Efforts have been underway to continue to enhance the EpiTrax system to collect outbreak information and manage outbreak work electronically, in addition to the case reporting and tracking functions embedded within this system. Efforts have been underway to continue the development of the data lakehouse, which allows for merging of different data systems, such as EpiTrax and the state's immunization information system, to create a more complete picture of emerging disease threats.

76.     CDPHE has been receiving ELC funding continuously since 1996, and remains in good standing with the CDC funders. CDPHE submits funding applications on-time with the required components, and responds to CDC questions and feedback within the established deadlines. CDPHE abides by the ELC activity progress reporting, fiscal reporting, and performance measure tracking. Progress updates on ELC CARES, ED, and EDE workplan activities and milestones, as well as fiscal spend-down figures, are currently reported quarterly; these reports were more frequent, some monthly, during the height of the pandemic. CDPHE uses CDC systems to submit reports, including ELC REDCap projects, Grant Solutions, and ELC CAMP, which is a CDC system launched in 2023 to manage the ELC funding.

77.     CDPHE's last federal quarterly review was completed in January 2025 with no issues identified with our CDC ELC project officer. CDPHE has informal monthly check-in calls

with the CDC ELC project officer; the last informal call was held on February 4, 2025 and the project officer noted "No concerns with current progress or items for immediate follow-up". CDPHE has periodic formal check-in calls with the CDC ELC project officer and CDC ELC leadership; the last formal call was held on January 28, 2025 and the project recorded that "Colorado is doing well with spending ELC CARES/Enhancing Detection/Enhancing Detection Expansion funds. The state has scaled down many of its epidemiology teams; however, they have had around 78 COVID outbreaks in nursing homes. They are considering some redirections of funds to support locals in high-risk settings. CO is trying to spend its CARES and Enhancing Detection funds first".

78.     CDPHE was approved for every request to extend the term of this award. CDPHE submitted a request for no-cost extensions on the funding source in September 2023 and was subsequently approved for a 24 month extension in October 2023, which established the end date of the funding as July 31, 2026.  During the no-cost extension time frame, CDPHE and contracted entities continued relevant and allowable COVID response activities, such as testing, variant typing, outbreak response, tracking and sharing COVID trends, and responding to COVID data requests. The allowable activities during the extension did not change from the original allowable activities. The original allowable activities included the ability for public health agencies to focus on projects and activities that benefitted the COVID response as well as other infections and conditions of public health significance.

79.     Additional activities CDPHE has conducted during the no-cost extension time frame include:

a.  enhancing laboratory, epidemiology, and health information system workforce capacity to respond to other emerging disease threats by developing and offering training and conducting after action reviews of disease responses;

b.  continuing to advance electronic data exchange at the laboratory and streamlining test ordering processes by enhancing and modernizing laboratory information systems;

c.  launching EpiTrax and continuing to enhance its ability to collect disease case and outbreak data;

d.  developing the data lakehouse to combine different datasets, such as disease surveillance data and immunization data, to better analyze and understand disease trends and response needs;

e.  developing electronic case reporting capabilities from medical records to public health in order to streamline reporting and lessen the burden on healthcare providers and laboratories;

f.  quickly adapting EpiTrax to accommodate and collect human and animal reports of avian influenza; modernizing our disease reporting regulations to be more clear and less burdensome to disease reporters, such as laboratories, hospitals, healthcare providers, schools, and others, and reflect the advancements made in our data systems during the pandemic; and

g.  expanding the sharing of aggregated disease surveillance data with partners and the public using systems and tools developed during the pandemic for broader awareness of disease trends and threats, such as our new viral respiratory disease

dashboard launched in the fall of 2024 which displays trends for COVID-19,

RSV, and influenza.

80.     On March 25, 2025, without any prior notice or indication, CDC informed

CDPHE that effective on March 24, 2025 its ELC grant funding was being terminated. A true

and correct copy of the grant award termination Notice of Award (ELC Termination NOA) is

attached as Exhibit K.

81.     CDC's ELC Termination NOA stated that the award was being terminated for

cause, citing that the funds were intended to ameliorate the effects of the pandemic.  The notice

further indicated that the pandemic is over, thus the limited purpose for which the funding was

awarded has run out.  No further information or explanation was provided.

82.     There was $154,822,434.66 in funds remaining in the payment management

system (PMS) account as of  March 24, 2025 with a performance period end date of July 31,

2026. Draws are submitted in PMS weekly, typically on Thursdays, for reimbursement of

expenditures posted since the prior week's draw. The last successful draw was on Friday March

28, 2025.

83.     CDPHE relied and acted upon its expectation and understanding that HHS would

fulfill its commitment to provide the ELC funding it had awarded to CDPHE. CDPHE had

planned for a gradual scaling down of staff and activities supported by this funding, assuming the

funding would continue until July 2026, allowing CDPHE to finish projects, transition activities

to teams funded by other sources, close out contracts, and conduct fiscal close out activities. The

lack of prior notice of the funding termination, the abrupt end date with no time to transition

activities, and the lack of other funding sources to support activities funded by the ELC CARES,

ED, and EDE funds have created hardships and likely harms to people in Colorado.

84.     Termination of the funding resulted in stop work orders being issued to at least 80 contractors on March 27, 2025, and likely more in the near future. These contracts support COVID response work at the local level in Colorado, including work performed by local public health agencies, Tribal Nations, community based organizations, and academic partners. Contracts that support the purchase of lab supplies and equipment were issued stop work orders. The stoppage of these contracts, paired with the ending of funding supporting staff performing COVID response work and support of EpiTrax and data lake house, greatly diminishes Colorado's ability to detect and respond to a new COVID variant or outbreaks in high risk settings, and further affects CDPHE's ability to quickly scale up any needed testing and changes to EpiTrax to capture new test or variant types, all of which impacts the health and wellbeing of Coloradoans.

85.     COVID has not disappeared from Colorado – in January and February 2025, 76 Coloradans died from COVID; there have been over 100 COVID outbreaks reported in high risk settings like nursing homes in 2025; and 94 COVID-associated hospitalizations were reported the week of March 24, 2025. A new COVID variant, KP.3.1.1, has recently emerged, and is now the predominant variant in the U.S. Termination of this funding eliminates the team that collects, collates, and analyzes the data that allows us to monitor these trends, which is especially concerning as we attempt to monitor the impact emerging variants may have in Colorado.

86.     CDPHE's response to the thousands of outbreaks that occurred in nursing homes and assisted living facilities since the start of the pandemic has resulted in a standardized response that, when coupled with COVID treatments and vaccines, has resulted in smaller outbreaks, fewer hospitalizations, and fewer deaths in these settings. The funding termination eliminates the teams performing outbreak response work, right when CDPHE was starting to

transition the work to local public health agencies. Local public health agencies were receiving funding to take on this work which is now not available to them due to the CDC Termination NOA. It is likely that the funding elimination will result in public health not detecting COVID outbreaks in high risk settings, and cause delays in detecting and reporting of outbreaks, resulting in higher occurrences of adverse outcomes like hospitalizations and deaths.

87.    Efforts around modernizing laboratory information systems and disease surveillance systems will be greatly hindered with the loss of the ELC CARES, ED, and EDE funding, which will affect Colorado's overall preparedness and the ability for the health information systems to be nimble when responding to emerging disease threats. The funding termination eliminates staff with specialized technical skills, leaving the EpiTrax team with limited capacity to continue enhancing the system. The funding termination adds risk for the continued maintenance and operation of EpiTrax because these funds were used to support CDPHE staff for this work as well as the contract with an external vendor that supports and upgrades the EpiTrax system.  The funding termination impacts CDPHE's ability to continue to develop the data lakehouse to increase functionality.

88.    Due to this funding termination, a contract with a Colorado academic institution that was studying long COVID was stopped just several months after being executed, which will result in less knowledge about the impacts of long COVID. CDPHE has no other funding source that can support the long COVID work. CDPHE was also working with laboratory, healthcare providers, local public health agencies, and other stakeholders to update our state disease reporting rule to reflect the advancements made in our disease reporting systems during the past five years, improve clarity, and reduce the reporting burden for our stakeholders. This project will be significantly delayed due to staff supporting the work no longer having funding.

89.     CDPHE's ability to offer training to local public health agencies on disease surveillance and investigation methods will end. This training has been instrumental in ensuring Colorado public health agencies have capacity to respond to emerging disease threats, especially given the large turnover in staff at the state and local level during and following the pandemic. Tribal Nations were disproportionately impacted during the pandemic, and funding that is now terminated affects their ability to monitor for disease trends, provide testing resources, and respond to outbreaks on their lands.  A contract with the Colorado School of Public Health to study long COVID and its impact on Coloradans that was recently executed has been stopped, which will end Colorado's ability to better understand the long term impacts of COVID on those who were affected.

90.     Laboratory equipment purchases that were in progress to replace worn out equipment used during early pandemic response are no longer able to be completed. This places the state at risk for ongoing testing needs for COVID, influenza including H5N1, measles, outbreak testing  bioterrorism response and future response testing needs. Current equipment is approaching end of life and these federal funds were planned for support of the replacement instrumentation for sample extraction, diagnostic PCR testing, sequencing and wastewater testing.

91.     Prior to the grant award termination on March 24, 2025, CDC had never provided CDPHE with notice, written or otherwise, that the grant administered by CDPHE was in any way unsatisfactory.

**Substance Use Prevention, Treatment and Recovery Services Block Grant 1319 (SAMHSA Block Grant)**

34

92.     CDPHE recently received a stop work order from the Colorado Behavioral Health Administration (BHA) due to the termination of BHA's award from the U.S. Department of Health and Human Services, Substance Abuse and Mental Health Services Administration (SAMHSA Block Grant). The total value of the terminated award was $7,700,000.00. A true and accurate copy of this notice of award is attached as Exhibit L. All terminations were "for cause" based on the end of the COVID pandemic, rather than failure of the BHA to follow the terms or conditions of the grants. A description of the award and the effects of this termination follows. A true and accurate copy of this stop work order is attached as Exhibit M.

93.     The SAMHSA Block Grant allocation requires states to expend not less than twenty percent (20%) of the total allocation for substance use disorder (SUD) primary prevention services for individuals who do not require treatment for substance abuse, in accordance with 42 USC § 300x-22 and 45 CFR §§ 96.124 and 96.125. The SUD prevention, intervention, treatment, and recovery support services continuum includes various evidence-based services and supports for individuals, families, and communities. Integral to the SAMHSA Block Grant funds are its efforts to support health equity through its priority focus on the provision of SUD prevention, treatment, and recovery support services to identified underserved populations. SAMHSA recommends states develop, enhance or improve the following through the SAMHSA Block Grant funds: enhancing the primary prevention infrastructure within the state and communities using the Strategic Prevention Framework planning model, and implementing evidence-based practices, the six Center for Substance Abuse Prevention (CSAP) prevention strategies with an emphasis on environmental approaches.

94.     As set out in BHA's grant proposal, CDPHE intended to use the SAMHSA Block Grant to procure primary prevention services through a Request for Proposal focused on three

areas: young adults/students enrolled in post secondary education and higher institutions of education, historically marginalized populations, and economically disadvantaged youth and their families. The organizations implemented the Strategic Prevention Framework and identified strategies to further develop, enhance, and improve the infrastructure of primary prevention services in communities. Funds were also used to further improve the Learning Management System, which is linked to the Behavioral Health Administration's OwnPath Learning Hub. These systems provide training and educational resources to behavioral health professionals and others interested in the field.

95.     BHA awarded $7,700,000.00 to CDPHE from its award, which extended through September 30, 2025.

96.     Since July 2022, CDPHE has used the SAMHSA Block Grant funds in a manner fully consistent with SAMHSA's statements regarding the nature of the grant and BHA's grant application.

97.     CDPHE has primarily used and expended the funds for two different programs. First, $3,000,000 was expended on the purchase of opioid overdose reversal medication.  The state's Naloxone Bulk Fund (naloxone distribution program) provides free naloxone to eligible entities for statewide distribution. The goal of the bulk fund is to increase statewide availability and access to naloxone, reduce the financial burden of purchasing naloxone, and promote public health and safety for all Coloradans. Community access to naloxone is a proven, vital tool for preventing overdose deaths.

98.     Second, $1,436,803 was expended on primary prevention activities.  The Community Prevention and Early Intervention Unit has provided funding to the Coalition of Colorado Campus Alcohol & Drug Educators (CADE) to support 2 and 4 year college and

university substance abuse prevention efforts. CADE is the only statewide coalition for higher education professionals involved in health and wellness in Colorado. The funds provided technical assistance, in person meetings and training for prevention teams at campuses across the state. The Boys and Girls Club provides the evidence-based Positive Action Program across 27 club sites in Colorado to economically disadvantaged youth and families, specifically the reduction and/or prevention of substance use among young people. Envision You provides a workshop series to teach adults how to provide better support systems for the LGBTQI+ youth in their lives. Funds were also used to develop a web-based prevention education program for middle and high school youth who have violated substances policy or law in school or the community. This program was to be provided to schools for free to look at their policies for substance violations and provide another path instead of suspension or expulsion. The development of the education program is impacted due to the loss of funding.

99. As of March 24, 2025, a balance of $3,263,197 remained from the SAMHSA Block Grant that BHA had committed to CDPHE, and performance was authorized through September 30, 2025. The funds would have been used to continue the work of the procured agencies in addition to helping smaller organizations build their prevention infrastructure such as conducting a needs assessment and strategic plan for their community, provide training to adults and youth of LBGTQ+, youth of color, latinx including the purchasing of evidence based curricula such as Strengthening Families and LifeSkills. As the agreement is cost-reimbursement based, CDPHE incurs costs and then seeks reimbursement monthly from BHA.

100. CDPHE reports annually to SAMHSA through the Web Block Grant Application System (WebBGAS). The 20% set aside for Prevention reports has a history of timely submissions and compliance since awarded. Bi-monthly meetings are also scheduled with the

SAMHSA Project Officer to discuss successes and challenges with the funds. Notice of Awards have been continuous in funding primary prevention services.

101.    On March 24, 2025, without any prior notice or indication, SAMHSA informed BHA that effective March 24, 2025, its SAMHSA Block Grant was being terminated as of March 24, 2025.

102.    CDPHE relied and acted upon its expectation and understanding that HHS would fulfill its commitment to provide SAMHSA Block Grant funding it had awarded to BHA. CDPHE entered into various contracts with Colorado communities to provide primary prevention services including the enhancement of primary prevention infrastructure in our state and communities using the Strategic Prevention Framework planning model and implementing evidence-based strategies and practices. The sudden termination of this funding without prior notice has created hardships for the communities and providers that had received these funds to fund projects through September 2025. This includes finishing programs that are in progress, collection of data for analysis to show the successes in their communities, and most harmful to the youth in these programs, especially the group of youth leaders working on providing the state their perspective on the programs and services implemented in communities. They were excited to share their voice and perspectives on how the state can better meet the needs of the youth through funds received. CDPHE had built the trust of the youth to share and now we have to explain why the funding went away suddenly.

103.    The funding cuts will harm organizations focusing on services to the youth, families, and communities and setting back the efforts and benefits of prevention. Funding is needed to support services that prevent substance use disorders, and by not investing in communities, youth and individuals, Coloradans will continue to be in crisis. This impacts

everyone as Colorado is already experiencing a high volume of people in need of treatment and mental health services.

104.    Prior to the grant award termination on March 24, 2025, SAMHSA had never provided CDPHE with notice, written or otherwise, that the grant funding administered by CDPHE was in any way unsatisfactory.

105.    As stated in detail throughout this Declaration, the abrupt termination of these federal sources of funding will harm Colorado communities, the governmental and nongovernmental entities that serve them, and will negatively impact the State's ability to fulfill its role in protecting public health.  Previously scheduled vaccine clinics will be cancelled, data collection initiatives will be curtailed, and individuals in need of access to the services provided through these funds will need to look elsewhere for assistance and may go unserved.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 31, 2025, at Denver, Colorado.


*Scott Bookman*
_____
Scott Bookman

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 1 NH75OT000066-01-00
FAIN# NH75OT000066
Federal Award Date: 05/28/2021

## Recipient Information

**1. Recipient Name**

Colorado Dept of Public Health

4300 E Cherry Creek South Dr

Colorado Department of Public Health and Environme

Denver, CO 80246-1523

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**

Ms. Kristen  Fedak

kristen.fedak@state.co.us

413-374-2641

**8. Authorized Official**

Ms. Jannette.  Scarpino

CFO

jannette.scarpino@state.co.us

303-692-2200

### Federal Agency Information

CDC Office of Financial Resources

**9. Awarding Agency Contact Information**

Mr. John McGee

Grants Management Specialist

qsj4@cdc.gov

404-498-4348

**10. Program Official Contact Information**

Ms. Christine  Graaf

khx2@cdc.gov

404-498-0442

## Federal Award Information

**11. Award Number**
1 NH75OT000066-01-00

**12. Unique Federal Award Identification Number (FAIN)**
NH75OT000066

**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Underserved, Including Racial and Ethnic Minority Populations and Rural Communities

**15. Assistance Listing Number**
93.391

**16. Assistance Listing Program Title**
Activities to Support State, Tribal, Local and Territorial (STLT) Health Department Response to Public Health or Healthcare Crises

**17. Award Action Type**
New

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 06/01/2021 **- End Date** 05/31/2023 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $22,581,706.00 |
| 20a. Direct Cost Amount | | $20,285,778.00 |
| 20b. Indirect Cost Amount | | $2,295,928.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $0.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $22,581,706.00 |
| **26.** Project Period  Start Date 06/01/2021 **- End Date** 05/31/2023 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | Not Available |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**

Ms. Shirley K Byrd

Grants Management Officer

## 30. Remarks

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## Centers for Disease Control and Prevention

Notice of Award

Award# 1 NH75OT000066-01-00
FAIN# NH75OT000066
Federal Award Date: 05/28/2021

## Recipient Information

**Recipient Name**

Colorado Dept of Public Health
4300 E Cherry Creek South Dr
Colorado Department of Public Health and Environme
Denver, CO 80246-1523

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier**
Not Available

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $7,211,254.00 |
| **b.  Fringe Benefits** | $2,379,714.00 |
| **c.  Total Personnel Costs** | $9,590,968.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $210,530.00 |
| **f.  Travel** | $74,280.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $0.00 |
| **i.  Contractual** | $10,410,000.00 |
| **j.  TOTAL DIRECT COSTS** | $20,285,778.00 |
| **k.  INDIRECT COSTS** | $2,295,928.00 |
| **l.  TOTAL APPROVED BUDGET** | $22,581,706.00 |
| **m.  Federal Share** | $22,581,706.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| 1-9390H06 | 21NH75OT000066C5 | OT | 41.51 | $22,581,706.00 | 75-2122-0140 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  1 NH75OT000066-01-00
FAIN#   NH75OT000066
Federal Award Date:  05/28/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                    1 NH75OT000066-01-00

1. Terms and Conditions

**Recipient:** Colorado Department of Public Health and Environment

| AWARD INFORMATION |
|---|

**Incorporation**:  In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CDC-RFA-OT21-2103, entitled National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Underserved, Including Racial and Ethnic Minority Populations and Rural Communities, and application dated May 3, 2021, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Approved Funding:**  Funding in the amount of $22,581,706 is approved for a two year performance and budget period, which is June 1, 2021 through May 31, 2023. All future funding will be based on satisfactory programmatic progress and the availability of funds.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Component/Project Funding:** The NOFO provides for the funding of multiple components under this award.  The approved component funding levels for this notice of award are:

| NOFO Component | Amount |
|---|---|
| Base funding | $17,969,695 |
| State Rural Carveout | $4,612,011 |

**Coronavirus Disease 2019 (COVID-19) Funds:**  A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); the Consolidated Appropriations Act and the Coronavirus Response and Relief Supplement Appropriations Act, 2021 (P.L. 116-260) and/or the American Rescue Plan of 2021 [P.L. 117-2] agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS–CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with

guidance and direction from HHS and/or CDC.  HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-reporting-guidance.pdf.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Financial Assistance Mechanism:** Grant

**Pre-Award Costs**: Pre-award costs dating back to March 15, 2021 – and directly related to the COVID-19 outbreak response are allowable.

| FUNDING RESTRICTIONS AND LIMITATIONS |
| --- |

**Indirect Costs:**

Indirect costs are approved based on the negotiated indirect cost rate agreement dated September 21, 2020**,** which calculates indirect costs as follows, a Provisional  is approved at a rate of 19.6%  of the base, which includes, salaries, wages, and all benefits. The effective dates of this indirect cost rate are from July 1, 2020 to June 30, 2024.

| REPORTING REQUIREMENTS |
| --- |

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.  Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.   Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
John McGee, Grants Management Specialist
Centers for Disease Control and Prevention
Global Health Services Branch
2939 Flowers Road
Atlanta, GA 30341
Email: qsj4@cdc.gov (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371.  Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b))  CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

## PAYMENT INFORMATION

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P  Account".  Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

## PROGRAM OR FUNDING SPECIFIC CLOSEOUT REQUIREMENTS

The final programmatic report format required is the following.

**Final Performance Progress and Evaluation Report:**  This report should include the information specified in the NOFO and is submitted 90 days following the end of the period of performance via www.grantsolutions.gov . At a minimum, the report will include the following:
- Statement of progress made toward the achievement of originally stated aims.

- Description of results (positive or negative) considered significant.
- List of publications resulting from the project, with plans, if any, for further publication.

Additional guidance may be provided by the GMS and found at:
https://www.cdc.gov/grants/alreadyhavegrant/Reporting.html

---

**CDC Staff Contacts**

**Grants Management Specialist:** The GMS is the federal staff member responsible for the day-to-day management of grants and cooperative agreements. The GMS is the primary contact of recipients for business and administrative matters pertinent to grant awards.

**Program/Project Officer:** The PO is the federal official responsible for monitoring the programmatic, scientific, and/or technical aspects of grants and cooperative agreements, as well as contributing to the effort of the award under cooperative agreements.

**Grants Management Officer:** The GMO is the federal official responsible for the business and other non-programmatic aspects of grant awards. The GMO is the only official authorized to obligate federal funds and is responsible for signing the NoA, including revisions to the NoA that change the terms and conditions. The GMO serves as the counterpart to the business officer of the recipient organization.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH75OT000066-01-01
FAIN# NH75OT000066
Federal Award Date: 11/22/2022

## Recipient Information

**1. Recipient Name**
PUBLIC HEALTH AND ENVIRONMENT,
COLORADO DEPARTMENT OF
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme
Denver, CO 80246-1523

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**7. Project Director or Principal Investigator**
Dr. Kristen Fedak
Health Equity Branch Deputy Chief
kristen.good@state.co.us
413-374-2641

**8. Authorized Official**
Ms. Jannette. Scarpino
CFO
jannette.scarpino@state.co.us
303-692-2200

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Jennifer Allen
GMS
trd3@cdc.gov
404-498-0976

**10. Program Official Contact Information**
Mr. Jeffrey Brock
Team Lead
DHPI/HDSDB
ihu8@cdc.gov
404 498-3078

## Federal Award Information

**11. Award Number**
6 NH75OT000066-01-01

**12. Unique Federal Award Identification Number (FAIN)**
NH75OT000066

**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Underserved, Including Racial and Ethnic Minority Populations and Rural Communities

**15. Assistance Listing Number**
93.391

**16. Assistance Listing Program Title**
Activities to Support State, Tribal, Local and Territorial (STLT) Health Department Response to Public Health or Healthcare Crises

**17. Award Action Type**
No Cost Extension

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 06/01/2021 **- End Date** 05/31/2023 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | ($453,267.00) |
| 20b. Indirect Cost Amount | | $453,267.00 |
| **21. Authorized Carryover** | | $0.00 |
| **22. Offset** | | $0.00 |
| **23. Total Amount of Federal Funds Obligated this budget period** | | $22,581,706.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $22,581,706.00 |
| **26. Period of Perfomance Start Date** 06/01/2021 **- End Date** 05/31/2024 | | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $22,581,706.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Ms. Ester Edward
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH75OT000066-01-01
FAIN# NH75OT000066
Federal Award Date: 11/22/2022

## Recipient Information

**Recipient Name**

PUBLIC HEALTH AND ENVIRONMENT,
COLORADO DEPARTMENT OF
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme
Denver, CO 80246-1523

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

---

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a.  Salaries and Wages** | $5,187,488.00 |
| **b.  Fringe Benefits** | $1,630,848.00 |
| **c.  Total Personnel Costs** | $6,818,336.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $61,954.00 |
| **f.  Travel** | $237,631.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $2,303.00 |
| **i.  Contractual** | $12,712,287.00 |
| **j.  TOTAL DIRECT COSTS** | $19,832,511.00 |
| **k.  INDIRECT COSTS** | $2,749,195.00 |
| **l.  TOTAL APPROVED BUDGET** | $22,581,706.00 |
| **m.  Federal Share** | $22,581,706.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390H06 | 21NH75OT000066C5 | OT | 41.51 | 93.391 | $0.00 | 75-2122-0140 |

Page 2

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#    6 NH75OT000066-01-01
FAIN#    NH75OT000066
Federal Award Date:    11/22/2022

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

PUBLIC HEALTH AND ENVIRONMENT, COLORADO DEPARTMENT OF   6 NH75OT000066-01-01

1. Terms & Conditions - NCE - NH75OT000066

**No Cost Extension:** The purpose of this amendment is to approve a **12-**month No Cost Extension per the request submitted by your organization dated **November 10, 2022** . **The budget and project period end dates have been extended from May 31, 2023 to May 31, 2024**.

**Annual Federal Financial Report (FFR SF-425):** Annual financial reporting is required every twelve-month period.  Due to the approved extension period, the final budget period has been extended and an additional annual financial report will be required.  **A completed FFR SF-425 covering the budget period of June 1, 2022 to May 31, 2023 must be submitted by August 31, 2023.**

Recipients must submit all closeout reports identified in this section within 90 days of the period of performance end date. The reporting timeframe is the full period of performance. Failure to submit timely and accurate final reports may affect future funding to the organization or awards under the direction of the same Project Director/Principal Investigator (PD/PI).

**Final Performance Progress and Evaluation Report:** This report should include the information specified in the NOFO and is submitted 90 days following the end of the period of performance via www.grantsolutions.gov. At a minimum, the report will include the following:

1. Statement of progress made toward the achievement of originally stated aims.
2. Description of results (positive or negative) considered significant.
3. List of publications resulting from the project, with plans, if any, for further publication.

Additional guidance may be provided by the GMS and found at:
https://www.cdc.gov/grants/alreadyhavegrant/Reporting.html

**Final Federal Financial Report (FFR, SF-425):** The FFR should only include those funds authorized and actually expended during the timeframe covered by the report. The Final FFR, SF-425 is required and must be submitted no later than 90 days after the period of performance end date.

The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Department of Health and Human Services' PMS, you will be required to update your reports to PMS accordingly.  Remaining unobligated funds will be de-obligated and returned to the U.S. Treasury.

**Equipment and Supplies - Tangible Personal Property Report (SF-428):**  A completed Tangible Personal Property Report SF-428 and Final Report SF-428B addendum must be submitted, along with any Supplemental Sheet SF-428S detailing all major equipment acquired or furnished under this project with a unit acquisition cost of $5,000 or more.  Electronic versions of the forms can be downloaded by visiting:
https://www.grants.gov/web/grants/forms/post-award-reporting-forms.html#sortby=1

If no equipment was acquired under an award, a negative report is required.

The recipient must identify each item of equipment that it wishes to retain for continued use in

accordance with 45 CFR Part 75.  The awarding agency may exercise its rights to require the transfer of equipment purchased under the assistance award. CDC will notify the recipient if transfer to title will be required and provide disposition instruction on all major equipment.

Equipment with a unit acquisition cost of less than $5,000 that is no longer to be used in projects or programs currently or previously sponsored by the Federal Government may be retained, sold, or otherwise disposed of, with no further obligation to the Federal Government.

Please be advised that the recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, necessary and reasonable.

All other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

**PLEASE REFERENCE THE NOFO AND AWARD NUMBER ON ALL CORRESPONDENCE**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NH75OT000066-01-02

FAIN# NH75OT000066

Federal Award Date: 01/20/2023

## Recipient Information

**1. Recipient Name**

Public Health and Environment, Colorado Department of

4300 E Cherry Creek South Dr

Colorado Department of Public Health and Environme

Denver, CO 80246-1523

**2. Congressional District of Recipient**

01

**3. Payment System Identifier (ID)**

1840644739A4

**4. Employer Identification Number (EIN)**

840644739

**5. Data Universal Numbering System (DUNS)**

878208826

**6. Recipient's Unique Entity Identifier (UEI)**

Y3WEW9MQ6NH5

**7. Project Director or Principal Investigator**

Dr. Kristen  Fedak

Health Equity Branch Deputy Chief

kristen.good@state.co.us

413-374-2641

**8. Authorized Official**

Ms. Jannette.  Scarpino

CFO

jannette.scarpino@state.co.us

303-692-2200

### Federal Agency Information

CDC Office of Financial Resources

**9. Awarding Agency Contact Information**

Jennifer Allen

GMS

trd3@cdc.gov

404-498-0976

**10. Program Official Contact Information**

Nathan  Griffin

Program Officer

scq8@cdc.gov

111-111-1111

## Federal Award Information

**11. Award Number**

6 NH75OT000066-01-02

**12. Unique Federal Award Identification Number (FAIN)**

NH75OT000066

**13. Statutory Authority**

317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**

National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Underserved, Including Racial and Ethnic Minority Populations and Rural Communities

**15. Assistance Listing Number**

93.391

**16. Assistance Listing Program Title**

Activities to Support State, Tribal, Local and Territorial (STLT) Health Department Response to Public Health or Healthcare Crises

**17. Award Action Type**

Administrative Action

**18. Is the Award R&D?**

No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 06/01/2021 **- End Date** 05/31/2024 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21. Authorized Carryover** | | $0.00 |
| **22. Offset** | | $0.00 |
| **23. Total Amount of Federal Funds Obligated this budget period** | | $22,581,706.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $22,581,706.00 |
| **26. Period of Perfomance Start Date** 06/01/2021 **- End Date** 05/31/2024 | | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $22,581,706.00 |

**28. Authorized Treatment of Program Income**

ADDITIONAL COSTS

**29. Grants Management Officer – Signature**

Mrs. Erica Stewart

Team Lead, Grants Management Officer

## 30. Remarks

According to the Central Contractor Registration system, your organization does not have an active registration, UEI Number Y3WEW9MQ6NH5. Please contact the Central Contractor Registration system (https://www.sam.gov) to confirm your registration status with CCR. Your organization will not be able to receive financial assistance until the registration is current.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH75OT000066-01-02
FAIN# NH75OT000066
Federal Award Date: 01/20/2023

## Recipient Information

**Recipient Name**

Public Health and Environment, Colorado Department of

4300 E Cherry Creek South Dr

Colorado Department of Public Health and Environme

Denver, CO 80246-1523

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier (UEI)**

Y3WEW9MQ6NH5

---

**31. Assistance Type**

Project Grant

**32. Type of Award**

Other

---

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only

II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $5,187,488.00 |
| **b. Fringe Benefits** | $1,630,848.00 |
| **c. Total Personnel Costs** | $6,818,336.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $61,954.00 |
| f. Travel | $237,631.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $2,303.00 |
| i. Contractual | $12,712,287.00 |
| **j. TOTAL DIRECT COSTS** | $19,832,511.00 |
| **k. INDIRECT COSTS** | $2,749,195.00 |
| **l. TOTAL APPROVED BUDGET** | $22,581,706.00 |
| **m. Federal Share** | $22,581,706.00 |
| **n. Non-Federal Share** | $0.00 |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 1-9390H06 | 21NH75OT000066C5 | OT | 41.51 | 93.391 | $0.00 | 75-2122-0140 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH75OT000066-01-02

FAIN# NH75OT000066

Federal Award Date: 01/20/2023

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Public Health and Environment, Colorado Department of          6 NH75OT000066-01-02

1. Notification of Expired CCR BP and PP correction

**REVISED AWARD INFORMATION**

**According to the Central Contractor Registration system, your organization does not have an active registration, UEI Number Y3WEW9MQ6NH5. Please contact the Central Contractor Registration system (https://www.sam.gov) to confirm your registration status with CCR. Your organization will not be able to receive financial assistance until the registration is current.**

**Administrative Correction:** The purpose of this Notice of Award to correct the budget period start date from 5/31/2023 to 5/31/2024..

**Stewardship:** The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

### Notice of Award

Award# 6 NH75OT000066-01-03
FAIN# NH75OT000066
Federal Award Date: 02/27/2024

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme-DUP
Denver, CO 80246-1523

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**7. Project Director or Principal Investigator**
Dr. Kristen  Fedak
Health Equity Branch Deputy Chief
kristen.good@state.co.us
413-374-2641

**8. Authorized Official**
Ms. Jannette   Scarpino
CFO
jannette.scarpino@state.co.us
303-692-2127

### Federal Agency Information

CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Charlena Gatlin
Internal Reviewer
tie3@cdc.gov
678-475-4966

**10. Program Official Contact Information**
Nathan  Griffin
Program Officer
scq8@cdc.gov
111-111-1111

## Federal Award Information

**11. Award Number**
6 NH75OT000066-01-03

**12. Unique Federal Award Identification Number (FAIN)**
NH75OT000066

**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Underserved, Including Racial and Ethnic Minority Populations and Rural Communities

**15. Assistance Listing Number**
93.391

**16. Assistance Listing Program Title**
Activities to Support State, Tribal, Local and Territorial (STLT) Health Department Response to Public Health or Healthcare Crises

**17. Award Action Type**
No Cost Extension

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 06/01/2021 **- End Date** 05/31/2026 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $22,581,706.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $22,581,706.00 |
| **26.** Period of Perfomance Start Date 06/01/2021 **- End Date** 05/31/2026 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $22,581,706.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Ms. Ester Edward
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH75OT000066-01-03
FAIN# NH75OT000066
Federal Award Date: 02/27/2024

## Recipient Information

**Recipient Name**

COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme-DUP
Denver, CO 80246-1523

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

---

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

## 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a.  Salaries and Wages** | $5,187,488.00 |
| **b.  Fringe Benefits** | $1,630,848.00 |
| **c.  Total Personnel Costs** | $6,818,336.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $61,954.00 |
| **f.  Travel** | $237,631.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $2,303.00 |
| **i.  Contractual** | $12,712,287.00 |
| **j.  TOTAL DIRECT COSTS** | $19,832,511.00 |
| **k.  INDIRECT COSTS** | $2,749,195.00 |
| **l.  TOTAL APPROVED BUDGET** | $22,581,706.00 |
| **m.  Federal Share** | $22,581,706.00 |
| **n.  Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390H06 | 21NH75OT000066C5 | OT | 41.51 | 93.391 | $0.00 | 75-2122-0140 |

Page 2

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#    6 NH75OT000066-01-03
FAIN#    NH75OT000066
Federal Award Date:    02/27/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT          6 NH75OT000066-01-03

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS OF AWARD**

The General Terms and Conditions for non-research grants and cooperative agreements have been updated, effective January 23, 2024, to reflect current regulations and requirements for federal financial assistance.

**No Cost Extension:** The purpose of this amendment is to approve a 24 month No Cost Extension per the request submitted by your organization dated January 17, 2024 . The budget and project period end dates have been extended from May 31, 2024 to May 31, 2026.

**Annual Federal Financial Report (FFR SF-425):** Annual financial reporting is required every twelve-month period.  Based on the approved no-cost extension, an additional annual financial report will be required.  A completed FFR SF-425 covering the budget period of June 1, 2023 to May 31, 2024 must be submitted by August 31, 2024.

**Closeout Requirements:** Recipients must submit all closeout reports within 120 days of the period of performance end date. Standard closeout reporting requirements are identified in the *General Terms and Conditions*, which are published on the CDC website at https://www.cdc.gov/grants/federal-regulations-policies/index.html

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH75OT000066-01-04
FAIN# NH75OT000066
Federal Award Date: 03/24/2025

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Colorado Department of Public Health and Environme-DUP
Denver, CO 80246-1523

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**7. Project Director or Principal Investigator**
Dr. Kristen Fedak
Health Equity Branch Deputy Chief
kristen.good@state.co.us
413-374-2641

**8. Authorized Official**
Ms. Jannette Scarpino
CFO
jannette.scarpino@state.co.us
303-692-2127

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Mr. Derick Wheeler , II
Grants Management Specialist
tie2@cdc.gov
678-475-4972

**10. Program Official Contact Information**
Nathan Griffin
Program Officer
scq8@cdc.gov
111-111-1111

## Federal Award Information

**11. Award Number**
6 NH75OT000066-01-04

**12. Unique Federal Award Identification Number (FAIN)**
NH75OT000066

**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Underserved, Including Racial and Ethnic Minority Populations and Rural Communities

**15. Assistance Listing Number**
93.391

**16. Assistance Listing Program Title**
Activities to Support State, Tribal, Local and Territorial (STLT) Health Department Response to Public Health or Healthcare Crises

**17. Award Action Type**
Terminate

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 06/01/2021 **- End Date** 03/24/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21. Authorized Carryover** | | $0.00 |
| **22. Offset** | | $0.00 |
| **23. Total Amount of Federal Funds Obligated this budget period** | | $22,581,706.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $22,581,706.00 |
| **26. Period of Performance Start Date** 06/01/2021 **- End Date** 03/24/2025 | | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $22,581,706.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Mrs. Erica Stewart
Team Lead, Grants Management Officer

## 30. Remarks

Department Authority

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH75OT000066-01-04
FAIN# NH75OT000066
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme-DUP
Denver, CO 80246-1523

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

---

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $5,187,488.00 |
| **b. Fringe Benefits** | $1,630,848.00 |
| **c. Total Personnel Costs** | $6,818,336.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $61,954.00 |
| f. Travel | $237,631.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $2,303.00 |
| **i. Contractual** | $12,712,287.00 |
| **j. TOTAL DIRECT COSTS** | $19,832,511.00 |
| **k. INDIRECT COSTS** | $2,749,195.00 |
| **l. TOTAL APPROVED BUDGET** | $22,581,706.00 |
| **m. Federal Share** | $22,581,706.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390H06 | 21NH75OT000066C5 | OT | 41.51 | 93.391 | $0.00 | 75-2122-0140 |

Page 2

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH75OT000066-01-04
FAIN# NH75OT000066
Federal Award Date: 03/24/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT        6 NH75OT000066-01-04

1. Terms

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate this award which is funded by COVID-19 supplemental appropriations. The termination of this award is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of this award is effective as of the date set out in your Notice of Award.

No additional activities can be conducted, and no additional costs may be incurred.  Unobligated award balances will be de-obligated by CDC.

**Closeout**: In order to facilitate an orderly closeout, we are requesting that you submit all closeout reports identified below within thirty (30) days of the date of this NoA. Submit the documentation as a "Grant Closeout" amendment in GrantSolutions. The reporting timeframe is the full period of performance. Please note, if you fail to submit timely and accurate reports, CDC may also pursue other enforcement actions per 45 CFR Part 75.371.

**Final Performance/Progress Report**: This report should include the information specified in the Notice of Funding Opportunity (NOFO). At a minimum, the report will include the following:

- Statement of progress made toward the achievement of originally stated aims.
- Description of results (positive or negative) considered significant.
- List of publications resulting from the project, with plans, if any, for further publication.

**Final Federal Financial Report (FFR, SF-425)**: The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**Equipment and Supplies - Tangible Personal Property Report (SF-428)**: A completed SF-428 detailing all major equipment acquired with a unit acquisition cost of $10,000 or more. If no equipment was acquired under the award, a negative report is required

| 1. DATE ISSUED *MM/DD/YYYY*<br>09/04/2020 | 1a. SUPERSEDES AWARD NOTICE dated<br>except that any additions or restrictions previously imposed<br>remain in effect unless specifically rescinded | **DEPARTMENT OF HEALTH AND HUMAN SERVICES**<br>**Centers for Disease Control and Prevention**<br>**CDC Office of Financial Resources** |
|---|---|---|

**2. CFDA NO.**
93.283 - Centers for Disease Control and Prevention Investigations and Technical Assistance

2939 Brandywine Road
Atlanta, GA 30341

**3. ASSISTANCE TYPE** Cooperative Agreement

| 4. GRANT NO.  1 NU50CK000562-01-00<br>Formerly | 5. TYPE OF AWARD<br>Other |
|---|---|

**4a. FAIN**  NU50CK000562

**5a. ACTION TYPE**  New

| 6.  PROJECT PERIOD *MM/DD/YYYY*<br>From  09/30/2020 | Through  09/29/2025 *MM/DD/YYYY* |
|---|---|

**NOTICE OF AWARD**
AUTHORIZATION (Legislation/Regulations)
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

| 7. BUDGET PERIOD *MM/DD/YYYY*<br>From  09/30/2020 | Through  09/29/2021 *MM/DD/YYYY* |
|---|---|

**8. TITLE OF PROJECT (OR PROGRAM)**
Advancing the Centers of Excellence in Newcomer Health

| 9a. GRANTEE NAME AND ADDRESS<br>PUBLIC HEALTH AND ENVIRONMENT, COLORADO DEPARTMENT OF<br>4300 CHERRY CREEK SOUTH DR<br>Colorado Department of Public Health and Environme<br>DENVER, CO 80246-1523 | 9b. GRANTEE PROJECT DIRECTOR<br>Ms. Lori  Kennedy<br>4300 CHERRY CREEK SOUTH DR<br>Colorado Department of Public Health and Environme<br>DENVER, CO 80246-1523<br>Phone: 303-692-2624 |
|---|---|
| 10a. GRANTEE AUTHORIZING OFFICIAL<br>Mr. Travis  Yoder<br>4300 CHERRY CREEK SOUTH DR<br>DENVER, CO 80246-1523<br>Phone: 303-692-2023 | 10b. FEDERAL PROJECT OFFICER<br>Nekeia  Gray<br>1600 Clifton Rd<br>Atlanta, GA 30333<br>Phone: 404-639-0712 |

**ALL AMOUNTS ARE SHOWN IN USD**

| 11. APPROVED BUDGET (Excludes Direct Assistance) | | 12. AWARD COMPUTATION | |
|---|---|---|---|
| I Financial Assistance from the Federal Awarding Agency Only | | a. Amount of Federal Financial Assistance (from item 11m) | 829,413.00 |
| II Total project costs including grant funds and all other financial participation | **I** | b. Less Unobligated Balance From Prior Budget Periods | 0.00 |
| | | c. Less Cumulative Prior Award(s) This Budget Period | 0.00 |
| a.  Salaries and WageS ............................. | 300,687.04 | d. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | 829,413.00 |
| b.  Fringe Benefits ............................. | 99,226.08 | **13. Total Federal Funds Awarded to Date for Project Period** | 829,413.00 |
| c.     Total Personnel Costs ............. | 399,913.12 | **14. RECOMMENDED FUTURE SUPPORT**<br>*(Subject to the availability of funds and satisfactory progress of the project):* | |

| | | YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL  DIRECT COSTS |
|---|---|---|---|---|---|
| d.  Equipment ............................. | 0.00 | a.  2 | | d.  5 | |
| e.  Supplies ............................. | 320.56 | b.  3 | | e.  6 | |
| f.  Travel ............................. | 43,174.83 | c.  4 | | f.  7 | |
| g.  Construction ............................. | 0.00 | | | | |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**
a.    DEDUCTION
b.    ADDITIONAL COSTS
c.    MATCHING
d.    OTHER RESEARCH (Add / Deduct Option)
e.    OTHER (See REMARKS)

| h.  Other ............................. | 0.00 |
|---|---|
| i.  Contractual ............................. | 291,504.81 |

**b**

| j.     TOTAL DIRECT COSTS    ⟶ | 734,913.32 |
|---|---|
| k.  INDIRECT COSTS | 94,499.68 |
| l.  **TOTAL APPROVED BUDGET** | 829,413.00 |

**16.** THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:
a.    The grant program legislation
b.    The grant program regulations.
c.    This award notice including terms and conditions, if any, noted below under REMARKS.
d.    Federal administrative requirements, cost principles and audit requirements applicable to this grant.

| m.  Federal Share | 829,413.00 |
|---|---|
| n.  Non-Federal Share | 0.00 |

In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail.  Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS**    (Other Terms and Conditions Attached -    [X] Yes    [ ] No)

**GRANTS MANAGEMENT OFFICIAL:**
Brownie Anderson-Rana, Grants Management Officer
2939 Flowers Road
Mailstop TV2
Atlanta, GA 30341-5509
Phone: 770-488-2771

| 17.OBJ CLASS    41.51 | 18a. VENDOR CODE   1840644739A4 | 18b. EIN   840644739 | 19. DUNS   878208826 | 20. CONG. DIST.   01 |
|---|---|---|---|---|
| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | APPROPRIATION |
| 21. a.  0-9390CEK | b.  20NU50CK000562 | c.    CK | d.    $250,000.00 | e.  75-20-0949 |
| 22. a.  0-939ZSDH | b.  20NU50CK000562 | c.    CK | d.    $110,000.00 | e.  75-20-0951 |
| 23. a.  0-939ZSLX | b.  20NU50CK000562 | c.    CK | d.    $170,000.00 | e.  75-20-0949 |

NOTICE OF AWARD (Continuation Sheet)

| PAGE 2 of 2 | DATE ISSUED 09/04/2020 |
|---|---|
| GRANT NO. 1 NU50CK000562-01-00 | |

| FY-ACCOUNT NO. | | DOCUMENT NO. | | ADMINISTRATIVE CODE | | AMT ACTION FIN ASST | | APPROPRIATION |
|---|---|---|---|---|---|---|---|---|
| 24.a. 0-939ZTHN | b. | 20NU50CK000562 | c. CK | | d. | $220,000.00 | e. | 75-20-0949 |
| 25.a. 0-939ZTSX | b. | 20NU50CK000562 | c. CK | | d. | $79,413.00 | e. | 75-20-0949 |

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                          1 NU50CK000562-01-00

1. Terms and Conditions
2. Summary Statement

**AWARD INFORMATION**

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CK20-2002, entitled *Advancing the Centers of Excellence in Newcomer Health*, and application dated June 9, 2020, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Approved Funding:** Funding in the amount of $829,413 is approved for the Year 01 budget period, which is September 30, 2020 through September 29, 2021. All future year funding will be based on satisfactory programmatic progress and the availability of funds.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Financial Assistance Mechanism:** Cooperative Agreement

**Substantial Involvement by CDC:** This is a cooperative agreement and CDC will have substantial programmatic involvement after the award is made. Substantial involvement is in addition to all post-award monitoring, technical assistance, and performance reviews undertaken in the normal course of stewardship of federal funds.

CDC program staff will assist, coordinate, or participate in carrying out effort under the award, and recipients agree to the responsibilities therein, as detailed in the NOFO.

Regarding award guidance and monitoring, CDC will support recipients in implementing the requirements of the cooperative agreement, selecting or prioritizing prevention/activities and meeting identified outcomes

Provide guidance and coordination to recipients to improve the quality and effectiveness of work plans, evaluation strategies, products and services, and collaborative activities with other organizations

Provide requirements and expectations for standardized and other data reporting, monitoring, and evaluation

**Summary Statement Response Requirement**: The review comments on the strengths and weaknesses of the proposal are provided as part of this award. A response to the weaknesses in these statements must be submitted in GrantSolutions as a Grant Note no later than 30 days from the budget period start date. Failure to submit the required information by the due date, October 30, 2020, will cause delay in programmatic progress and will adversely affect the future funding of this project.

**Expanded Authority:** The recipient is permitted the following expanded authority in the administration of the award.

☒ Carryover of unobligated balances from one budget period to a subsequent budget period. Unobligated funds may be used for purposes within the scope of the project as originally approved.  Recipients will report use, or intended use, of unobligated funds in Section 12 "Remarks" of the annual Federal Financial Report.  If the GMO determines that some or all of the unobligated funds are not necessary to complete the project, the GMO may restrict the recipient's authority to automatically carry over unobligated balances in the future, use the balance to reduce or offset CDC funding for a subsequent budget period, or use a combination of these actions.

**Program Income**: Any program income generated under this grant or cooperative agreement will be used in accordance with the Addition alternative.

<u>Addition alternative</u>**:** Under this alternative, program income is added to the funds committed to the project/program and is used to further eligible project/program objectives.

Note: The disposition of program income must have written prior approval from the GMO.

**FUNDING RESTRICTIONS AND LIMITATIONS**

**Indirect Costs:**

Indirect costs are approved based on the negotiated indirect cost rate agreement dated April 17, 2020, which calculates indirect costs as follows, a Provisional  is approved at a rate of 19.8%  of the base, which includes, on-site, total direct costs excluding capital expenditures, subawards and pass-through. In addition, a Provisional rate is approved at 2.3% of the base which includes subawards less capital expenditures and pass-through funds.  The effective dates of this indirect cost rate are from July 1, 2020 to June 30, 2023.

**REPORTING REQUIREMENTS**

**Performance Progress and Monitoring:** Performance information collection initiated under this grant/cooperative agreement has been approved by the Office of Management and Budget under **OMB Number 0920-1132, "Performance Progress and Monitoring Report", Expiration Date 10/31/2022**. The components of the PPMR are available for download at: https://www.cdc.gov/grants/alreadyhavegrant/Reporting.html .

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.  Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.   Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:
CDC, Office of Grants Services
Yolanda Sledge, Grants Management Specialist
Centers for Disease Control and Prevention
Branch 1
Atlanta, GA 30341

Fax: 770-488-2868 (Include "Mandatory Grant Disclosures" in subject line)
Email: yis0@cdc.gov (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371.  Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b))  CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

## PAYMENT INFORMATION

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P  Account".  Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

## CDC Staff Contacts

**Grants Management Specialist:** The GMS is the federal staff member responsible for the day-to-day management of grants and cooperative agreements.  The GMS is the primary contact of recipients for business and administrative matters pertinent to grant awards.

**GMS Contact:**
Yolanda Sledge, Grants Management Specialist
Centers for Disease Control and Prevention
Branch 1
Atlanta, GA 30341
Telephone: 770.488.2787
Fax: 770-488-2868
Email: yis0@cdc.gov

**Program/Project Officer:** The PO is the federal official responsible for monitoring the programmatic, scientific, and/or technical aspects of grants and cooperative agreements, as well as contributing to the effort of the award under cooperative agreements.

**Grants Management Officer:** The GMO is the federal official responsible for the business and other non-programmatic aspects of grant awards. The GMO is the only official authorized to obligate federal funds and is responsible for signing the NoA, including revisions to the NoA that change the terms and conditions.  The GMO serves as the counterpart to the business officer of the recipient organization.

SUMMARY STATEMENT

NOTICE OF FUNDING OPPORTUNITY

CK20-2002

*"Advancing the Centers of Excellence in Newcomer Health"*

**Date of Review:** 07/10/2020

**The Applicant Name:** Colorado Department of Public Health

**OTHER RELEVANT COMMENTS**

- The application has a strong approach, capacity, and infrastructure to conduct robust surveillance activities, using existing partnerships and their own rich data set.
- Concentrating on only one focus area allowed investigators to write a well-focused, easy to read and consistent proposal.
- The Applicant clearly understands the importance of collaborations (page 4).
- The Applicant provides an essential service for the overall program by maintaining the data repository.
- The CDPHE proposal covers only one of the 4 focus areas: "use of the multi-state/regional surveillance network to determine which health issues." The NOFO called for proposals to include at least 2 of the 4 focus areas.
- It is encouraging that the Applicant emphasizes getting information to the target population, although the primary function of the group is to maintain and analyze the database (pages 4-5).

**CRITERIA**

**1. Approach**

**Summary of Strengths:**

- The proposal addresses all required strategies and activities for the Surveillance and Epidemiology focus area only as presented in the NOFO Logic Model, the target population and health disparities.
- The workplan is detailed, coherent and align well with the proposed strategies and activities.
- The Applicant has very clear Surveillance and Epidemiology strategies and activities.
- The target population is clearly defined.
- The work plan explains methods and resources to be used to carry out the planned activities.
- The Applicant's activities include analyzing data for many specific health conditions, both short and long term.

- The Applicant has identified several public health partners with data sets related to many of these conditions.
- The Applicant will use a multijurisdictional dataset, which they will maintain and expand.
- The Applicant will analyze newcomer health data by nationality, visa type, age, sex, and other relevant factors to be determined per analysis. The planned analyses will add rich information about newcomer health, including information about health risks specific to different newcomer groups.
- The Applicant will collaborate with existing partners to conduct analyses and will convene a health equity advisory board to evaluate plans and outputs.
- All required strategies and activities of the pillar addressed are noted.  Within that pillar, the strategies and activities are fully supportive of the NOFO's intended outcomes.
- The strategies and activities are feasible, and the work plan is reasonably complete.
- The target population is clearly and appropriately defined
- The application emphasizes quality improvement checks to better capture data from the right population only (page 3, "analyses will be conducted to understand whether newcomers are undercounted or uncounted in linked state datasets.")

**Summary of Weaknesses:**

- The NOFO called for proposals to include at least 2 of the 4 focus areas. This proposal included only one of the 4 Strategies and Activities (Surveillance and Epidemiology).
- The Applicant provides no description of the methodology of the Health Equity Advisory Board (page 3).
- The composition is described (page 5) and it is stated that the board will, "provide feedback and recommendations on analysis plans and dissemination outputs," but meeting frequency, format and detailed role vis-à-vis the CoAg is unclear.

## 2. Evaluation and Performance Measurement

**Summary of Strengths:**

- All the elements sought above and in the NOFO are present in the proposal and are easy to find and the text is easy to read.
- The work plan details a clear sequence of activities and sub-activities for achieving these and includes clear and quantifiable metrics for assessing proposed activities. Terms are clearly defined. The organization has the ability to report on these measures, as they flow directly from the activities. Measures are well-aligned with activities around expanding collaborative partnerships and creating new analyses based on existing and new data.
- The Applicant proposes a series of activities targeting COVID-19, a current high-priority area.
- The proposal entails a midpoint Process Evaluation and a partner experience survey (page 6) as well as a partner webinar for performance feedback (page 7).

- The proposal includes process indicators "increase in partners regularly submitting data," and "number of partners able to access the dashboard" that go above and beyond the baseline requirement (page 6).
- The required outcome measures of the pillar are noted and interwoven with the work plan (page 14).

**Summary of Weaknesses:**

- The Applicant's Outcomes (page 2) do not seem to follow clearly from the project's purposes, and the activities and sub-activities do not fully address how the outcomes will be achieved. For example, "improved knowledge about newcomer health among clinicians through analysis and dissemination efforts" (outcome 1). Which clinicians? What is their existing knowledge base? How will this knowledge be disseminated? How will surveillance data be used to support guideline development (outcome 6)? There is a gap between the analyses of newcomer health conditions, which are described in some detail, and how those analyses will be used in ways that meaningfully improve newcomer health outcomes.
- Performance measures for many sub-activities include sharing results, but it is unclear who these results will be shared with and what, if anything, will be done with them.
- Baseline data is not clearly presented.

## 3. The Applicant's Organizational Capacity to Implement the Approach

**Summary of Strengths:**

- The project will be carried out by experienced an experienced team of investigators from very capable partners. All the required elements indicated above were provided in a concise, orderly, and easy to read text.
- Resumes and organizational charts are provided.
- The two organizations involved in this project have years of expertise and expertise in both data analysis and newcomer health issues. These organizations have a robust data repository they will use to carry out their planned activities, and they have existing partnerships with stakeholders including FQHCs to carry out LTHFU data activities.
- Key personnel are qualified and have relevant experience and training, and staffing appears sufficient.
- Organization has a strong existing partnership with 4 FQHCs, as well as partnerships with other Colorado Public Health branches. At the federal level, they have worked with CDC IRM, DHS ORR, and DOS PRM.
- The Applicant is working with seven multi-jurisdictional partners outside Colorado to add these datasets, which will strengthen analyses.
- The organization plans to incorporate overseas screening exam data, which would add a new dimension to the data and could lead to important knowledge about the etiology of some newcomer health issues.
- The current network is adequately described (page l).
- The team has a suitable server, data integrity/privacy protection and extensive experience managing a database (page 10).

**Summary of Weaknesses:**

- An organizational chart for the program and the larger organization were not provided.
- There are no evidence of clear avenues or partnerships for dissemination of analyses results.
- The application states that they will work with the four FQHCs to collect data, but the narrative does not address how the resulting analyses will be shared with FQHCs or other healthcare providers in a way that provides meaningful information that can be applied to clinical practice.
- The authority for some proposed activities may be in doubt, "Investigate authority to conduct analyses on the children of newcomers identified in matched Vital Statistics births data" (page 17).
- Key positions are unfilled at this time (Analyst/Mapper, Evaluator/Manuscript Writer) and no obvious back up plan is presented if they cannot be filled.

**4. Budget Comments:**

- The budget level appears to be about what you would expect for this type of project. The level of staffing, indirect and direct costs appear to be aligned with the strategies and activities and therefore justified.
- The Applicant is requesting $1,293,678.00 for the first year to fund a very thorough Surveillance and Epidemiology component, but a portion of those funds could have been used to address one of the other three components.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU50CK000562-01-01
FAIN# NU50CK000562
Federal Award Date: 01/12/2021

## Recipient Information

**1. Recipient Name**
Colorado Dept of Public Health
4300 CHERRY CREEK SOUTH DR
Colorado Department of Public Health and
Environme
DENVER, CO 80246-1523

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Ms. Lori  Kennedy
lori.kennedy@state.co.us
303-692-2624

**8. Authorized Official**
Ms. Jannette  Scarpino
Chief Financial Officer
Jannette.Scarpino@state.co.us
303-692-2127

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10.Program Official Contact Information**
Nekeia  Gray
hvq6@cdc.gov
404-639-0712

## Federal Award Information

**11. Award Number**
6 NU50CK000562-01-01

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000562

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
Advancing the Centers of Excellence in Newcomer Health

**15. Assistance Listing Number**
93.283

**16. Assistance Listing Program Title**
Centers for Disease Control and Prevention Investigations and Technical Assistance

**17. Award Action Type**
Change in Key Personnel

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19.  Budget Period Start Date** 09/30/2020 **- End Date** 09/29/2021 | | |
| **20.  Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $829,413.00 |
| **24.** **Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25.**  **Total Federal and Non-Federal Approved this Budget Period** | | $829,413.00 |
| **26. Project Period  Start Date** 09/30/2020 **- End Date** 09/29/2025 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | $829,413.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Freda Johnson

## 30. Remarks

Change of Key Personnel- Approved

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NU50CK000562-01-01
FAIN#   NU50CK000562
Federal Award Date:  01/12/2021

## Recipient Information

**Recipient Name**

Colorado Dept of Public Health

4300 CHERRY CREEK SOUTH DR

Colorado Department of Public Health and Environme

DENVER, CO 80246-1523

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier**

Not Available

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

## 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $300,687.04 |
| **b. Fringe Benefits** | $99,226.08 |
|    **c. Total Personnel Costs** | $399,913.12 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $320.56 |
| **f. Travel** | $43,174.83 |
| **g. Construction** | $0.00 |
| **h. Other** | $0.00 |
| **i. Contractual** | $291,504.81 |
| **j. TOTAL DIRECT COSTS** | $734,913.32 |
| **k. INDIRECT COSTS** | $94,499.68 |
| **l. TOTAL APPROVED BUDGET** | $829,413.00 |
| **m. Federal Share** | $829,413.00 |
| **n. Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---:|---|
| 0-9390CEK | 20NU50CK000562 | CK | 41.51 | $0.00 | 75-20-0949 |
| 0-939ZSDH | 20NU50CK000562 | CK | 41.51 | $0.00 | 75-20-0951 |
| 0-939ZSLX | 20NU50CK000562 | CK | 41.51 | $0.00 | 75-20-0949 |
| 0-939ZTHN | 20NU50CK000562 | CK | 41.51 | $0.00 | 75-20-0949 |
| 0-939ZTSX | 20NU50CK000562 | CK | 41.51 | $0.00 | 75-20-0949 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Notice of Award

Centers for Disease Control and Prevention

Award#   6 NU50CK000562-01-01
FAIN#    NU50CK000562
Federal Award Date:   01/12/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                6 NU50CK000562-01-01

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS**

**Key Personnel:**  The purpose of this amendment is to approve the **Authorized Representative/Business Official,** change from previously listed **Joy Moore** to **Jannette Scarpino**. This is in response to the request submitted by your organization dated December 28, 2020.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

Please be advised that the recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, necessary and reasonable.

**Grants Management Specialist Contact:**
Wayne Woods, Grants Management Specialist (GMS)
Centers for Disease Control and Prevention
Branch 1
2920 Brandywine Road, M/S E-15
Atlanta, GA 30341
Telephone: 770-488-2948
Email: kuv1@cdc.gov

**PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 5 NU50CK000562-02-00
FAIN# NU50CK000562
Federal Award Date: 07/01/2021

## Recipient Information

**1. Recipient Name**
Colorado Dept of Public Health
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme
Denver, CO 80246-1523

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Ms. Lori Kennedy
lori.kennedy@state.co.us
303-692-2624

**8. Authorized Official**
Ms. Jannette Scarpino
Chief Financial Officer
Jannette.Scarpino@state.co.us
303-692-2127

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Cathleen Franklin
Grants Management Specialist
qtm0@cdc.gov
678-475-4552

**10. Program Official Contact Information**
Nekeia Gray
hvq6@cdc.gov
404-639-0712

## Federal Award Information

**11. Award Number**
5 NU50CK000562-02-00

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000562

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
Advancing the Centers of Excellence in Newcomer Health

**15. Assistance Listing Number**
93.283

**16. Assistance Listing Program Title**
Centers for Disease Control and Prevention Investigations and Technical Assistance

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---:|
| **19.** | **Budget Period Start Date** 09/30/2021 **- End Date** 09/29/2022 | |
| **20.** | **Total Amount of Federal Funds Obligated by this Action** | $10,000.00 |
| | 20a. Direct Cost Amount | $10,000.00 |
| | 20b. Indirect Cost Amount | $0.00 |
| **21.** | Authorized Carryover | $0.00 |
| **22.** | Offset | $0.00 |
| **23.** | Total Amount of Federal Funds Obligated this budget period | $0.00 |
| **24.** | Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| **25.** | Total Federal and Non-Federal Approved this Budget Period | $10,000.00 |
| **26.** | **Project Period Start Date** 09/30/2020 **- End Date** 09/29/2025 | |
| **27.** | Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | Not Available |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Ms. Freda Johnson
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award# 5 NU50CK000562-02-00
FAIN#  NU50CK000562
Federal Award Date: 07/01/2021

## Recipient Information

**Recipient Name**
Colorado Dept of Public Health
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme
Denver, CO 80246-1523

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier**
Not Available

| 31. Assistance Type |
| --- |
| Cooperative Agreement |
| **32. Type of Award** |
| Other |

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
| --- | --- |
| **a. Salaries and Wages** | $10,000.00 |
| **b. Fringe Benefits** | $0.00 |
| **c. Total Personnel Costs** | $10,000.00 |
| **d.** Equipment | $0.00 |
| **e.** Supplies | $0.00 |
| **f.** Travel | $0.00 |
| **g.** Construction | $0.00 |
| **h.** Other | $0.00 |
| **i.** Contractual | $0.00 |
| **j. TOTAL DIRECT COSTS** | $10,000.00 |
| **k.** INDIRECT COSTS | $0.00 |
| **l. TOTAL APPROVED BUDGET** | $10,000.00 |
| **m.** Federal Share | $10,000.00 |
| **n.** Non-Federal Share | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
| --- | --- | --- | --- | --- | --- |
| 1-939ZTSX | 20NU50CK000562 | CK | 41.51 | $10,000.00 | 75-21-0949 |

Page 2

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#    5 NU50CK000562-02-00
FAIN#    NU50CK000562
Federal Award Date:  07/01/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                       5 NU50CK000562-02-00

1. Terms and Conditions

**ADDITIONAL AWARD INFORMATION**

**Incorporation:** In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/indexhtml, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CK20-2002, entitled Advancing the Centers of Excellence in Newcomer Health, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NOA).

**Approved Funding:** Funding in the amount $10,000 is approved for the Year 02 budget period, which is September 30, 2021 through September 29, 2022. All further year funding will be base on satisfactory programmatic progress and the availability of funds.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third- party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Financial Assistance Mechanism:** Cooperative Agreement

**Substantial Involvement by CDC:** This is a cooperative agreement and CDC will have substantial programmatic involvement after the award is made. Substantial involvement is in addition to all post-award monitoring, technical assistance, and performance reviews undertaken in the normal course of stewardship of federal funds.

CDC program staff will assist, coordinate, or participate in carrying out effort under the award, and recipients agree to the responsibilities therein, as detailed in the NOFO.

Regarding award guidance and monitoring, CDC will support recipients in the implementing the requirements of the cooperative agreement, selecting or prioritizing prevention/activities and meeting identified outcomes.

Provide guidance and coordination to recipients to improve the quality and effectiveness of work plan, evaluation strategies, products and services, and collaborative activities with other organizations.

Provides requirements and expectations for standardized and other data reporting, monitoring and evaluation.

**<u>Budget Revision Requirement</u>:** The recipient must submit a revised budget with a narrative justification within 30 days of receipt of the Notice of Award. If the date falls on a weekend or holiday, the submission will be due the following business day. Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the Awarding Agency Contact Information section on the first page before the due date.

**Expanded Authority:** The recipient is permitted the following expanded authority in the

administration of the award.

Carryover of unobligated balances from one budget period to a subsequent budget period. Unobligated funds may be used for purposes within the scope of the project as originally approved. Recipients will report use, or intended use, of unobligated funds in Section 12 "Remarks" of the annual Federal Financial Report. If the GMO determines that some or all of the unobligated funds are not necessary to complete the project, the GMO may restrict the recipient's authority to automatically carry over unobligated balances in the future, use the balance to reduce or offset CDC funding for a subsequent budget period, or use a combination of these actions.

**Program Income:** Any program income generated under this grant or cooperative agreement will be used in accordance with the Addition alternative.

Addition alternative: Under this alternative, program income is added to the funds committed to the project/program and is used to further eligible project/program objectives.

Note: The disposition of program income must have written prior approval from the GMO.

**FUNDING RESTRICTIONS AND LIMITATIONS**

**Indirect Costs:**
Indirect costs are approved based on the negotiated indirect cost rate agreement dated September 21, 2020, which calculates indirect costs as follows, a Provisional is approved at a rate of 19.60% of the base, which includes, on-site, total direct costs excluding capital expenditures, subawards and pass-through. In addition, a Provisional rate is approved at 3.1% of the base which includes subawards less capital expenditures and pass-through funds. The effective dates of this indirect cost rate are from July 1, 2021 to June 30, 2024.

**REPORTING REQUIREMENTS**

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.  Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Cathleen Franklin, Grants Management
Specialist Centers for Disease Control and
Prevention Branch 1
2939 Flowers Road, MS-TV-2 Atlanta, GA 30341
Email: gtmO@cdc.gov (Include "Mandatory Grant Disclosures" in subject line)

**AND**

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
3301ndependenceAvenue,SVv
Cohen Building, Room 5527
Vvashington,  DC 20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email:   MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and
contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR
75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR
parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period
of performance due to material failure to comply with the terms and conditions of this award
in the OMS-designated integrity and performance system accessible through SAM
(currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal
award is terminated for failure to comply with the federal statutes, regulations, or terms and
conditions of the federal award. (45 CFR 75.373(b))

**PAYMENT INFORMATION**

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-
TIPS [1- 800-447-8477]) for receiving information concerning fraud, waste, or abuse under
grants and cooperative agreements. Information also may be submitted by e-mail to
hhstips@oig.hhs.gov by mail to Office of the Inspector General, Department of Health
and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC
20201. Such reports are treated as sensitive material and submitters may decline to give
their names if they choose to remain anonymous.*

Payment Management System Subaccount: Funds awarded in support of approved activities
have been obligated in a subaccount in the PMS, herein identified as the " P  Account".  Funds
must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of **Page 2** of the Notice of Award must be
known in order to draw down funds.

**CDC  STAFF CONTACTS**

 **Grants Management Specialist:** The GMS is the federal staff member responsible for the
day-to-day management of grants and cooperative agreements. The GMS is the primary
contact of recipients for business and administrative matters pertinent to grant awards.

**Program/Project Officer:** The PO is the federal official responsible for monitoring the
programmatic, scientific, and/or technical aspects of grants and cooperative
agreements, as well as contributing to the effort of the award under cooperative
agreements.

**Grants Management Officer:** The GMO is the federal official responsible for the business and other non-programmatic aspects of grant awards. The GMO is the only official authorized to obligate federal funds and is responsible for signing the NoA, including revisions to the NoA that change the terms and conditions. The GMO serves as the counterpart to the business officer of the recipient organization.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU50CK000562-01-02
FAIN# NU50CK000562
Federal Award Date: 08/26/2021

## Recipient Information

**1. Recipient Name**
Colorado Dept of Public Health
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme
Denver, CO 80246-1523

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Ms. Lori  Kennedy
lori.kennedy@state.co.us
303-692-2624

**8. Authorized Official**
Ms. Jannette  Scarpino
Chief Financial Officer
Jannette.Scarpino@state.co.us
303-692-2127

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Cathleen Franklin
Grants Management Specialist
qtm0@cdc.gov
678-475-4552

**10. Program Official Contact Information**
Nekeia  Gray
hvq6@cdc.gov
404-639-0712

## Federal Award Information

**11. Award Number**
6 NU50CK000562-01-02

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000562

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
Advancing the Centers of Excellence in Newcomer Health

**15. Assistance Listing Number**
93.283

**16. Assistance Listing Program Title**
Centers for Disease Control and Prevention Investigations and Technical Assistance

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 09/30/2020 **- End Date** 09/29/2021 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $1,933,891.00 |
| 20a. Direct Cost Amount | | $1,748,952.00 |
| 20b. Indirect Cost Amount | | $184,939.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $829,413.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $2,763,304.00 |
| **26. Project Period  Start Date** 09/30/2020 **- End Date** 09/29/2025 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | Not Available |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Ms. Freda Johnson
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000562-01-02
FAIN# NU50CK000562
Federal Award Date: 08/26/2021

## Recipient Information

**Recipient Name**

Colorado Dept of Public Health

4300 E Cherry Creek South Dr

Colorado Department of Public Health and
Environme

Denver, CO 80246-1523

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier**

Not Available

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $854,797.04 |
| **b.  Fringe Benefits** | $282,082.08 |
| **c.  Total Personnel Costs** | $1,136,879.12 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $320.56 |
| **f.  Travel** | $43,174.83 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $55,267.00 |
| **i.  Contractual** | $1,248,223.81 |
| **j.  TOTAL DIRECT COSTS** | $2,483,865.32 |
| **k.  INDIRECT COSTS** | $279,438.68 |
| **l.  TOTAL APPROVED BUDGET** | $2,763,304.00 |
| **m.  Federal Share** | $2,763,304.00 |
| **n.  Non-Federal Share** | $0.00 |

---

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---:|---|
| 1-9390EX2 | 20NU50CK000562C3 | CK | 41.51 | $933,891.00 | 75-2024-0943 |
| 1-9390GR3 | 20NU50CK000562C5 | CK | 41.51 | $1,000,000.00 | 75-2124-0943 |

Page 2

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#    6 NU50CK000562-01-02
FAIN#    NU50CK000562
Federal Award Date:  08/26/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                    6 NU50CK000562-01-02

1. Terms and Conditions

| AWARD INFORMATION |
|---|

**Incorporation**:  In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations-policies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CK20-2002, titled *Advancing the Centers of Excellence in Newcomer Health* and application dated August 16, 2021, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Approved Funding:**  Funding in the amount of $1,933,891.00 is approved for budget period, September 30, 2020 thru September 29, 2021.

**Recipients have until September 29, 2022 to expend all funds awarded herein.**

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Coronavirus Disease 2019 (COVID-19) Funds:**  A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); the Consolidated Appropriations Act and the Coronavirus Response and Relief Supplement Appropriations Act, 2021 (P.L. 116-260) and/or the American Rescue Plan of 2021 [P.L. 117-2] agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS–CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC.  HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-reporting-guidance.pdf.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

## REPORTING REQUIREMENTS

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.  Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.   Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Cathleen Franklin, Grants Management Specialist
Contractor: Cherokee National Operational Solutions
Centers for Disease Control and Prevention
Branch 1
2939 Flowers Road, MS-TV-2 Atlanta, GA 30341
Email: qtm0@cdc.gov  (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371.  Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b))  CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

## PAYMENT INFORMATION

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P  Account".  Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of **Page 2** of the Notice of Award must be known in order to draw down funds.

**Stewardship:** The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

## CDC Staff Contacts

**Grants Management Specialist:** The GMS is the federal staff member responsible for the day-to-day management of grants and cooperative agreements.  The GMS is the primary contact of recipients for business and administrative matters pertinent to grant awards.

**Program/Project Officer:** The PO is the federal official responsible for monitoring the programmatic, scientific, and/or technical aspects of grants and cooperative agreements, as well as contributing to the effort of the award under cooperative agreements.

**Grants Management Officer:** The GMO is the federal official responsible for the business and other non-programmatic aspects of grant awards. The GMO is the only official authorized to obligate federal funds and is responsible for signing the NoA, including revisions to the NoA that change the terms and conditions.  The GMO serves as the counterpart to the business officer of the recipient organization.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000562-01-03
FAIN# NU50CK000562
Federal Award Date: 09/29/2021

## Recipient Information

**1. Recipient Name**
PUBLIC HEALTH AND ENVIRONMENT,
COLORADO DEPARTMENT OF
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Ms. Lori  Kennedy
lori.kennedy@state.co.us
303-692-2624

**8. Authorized Official**
Ms. Jannette  Scarpino
Chief Financial Officer
Jannette.Scarpino@state.co.us
303-692-2127

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Cathleen Franklin
Grants Management Specialist
qtm0@cdc.gov
678-475-4552

**10. Program Official Contact Information**
Nekeia  Gray
hvq6@cdc.gov
404-639-0712

## Federal Award Information

**11. Award Number**
6 NU50CK000562-01-03

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000562

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
Advancing the Centers of Excellence in Newcomer Health

**15. Assistance Listing Number**
93.283

**16. Assistance Listing Program Title**
Centers for Disease Control and Prevention Investigations and Technical Assistance

**17. Award Action Type**
NGA Revision

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 09/30/2020 **- End Date** 09/29/2021 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $2,763,304.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $2,763,304.00 |
| **26. Project Period  Start Date** 09/30/2020 **- End Date** 09/29/2025 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | Not Available |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Ms. Freda Johnson
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000562-01-03
FAIN# NU50CK000562
Federal Award Date: 09/29/2021

## Recipient Information

**Recipient Name**

PUBLIC HEALTH AND ENVIRONMENT,
COLORADO DEPARTMENT OF

4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier**
Not Available

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a.  Salaries and Wages** | $854,797.04 |
| **b.  Fringe Benefits** | $282,082.08 |
| **c.  Total Personnel Costs** | $1,136,879.12 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $320.56 |
| **f.  Travel** | $43,174.83 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $55,267.00 |
| **i.  Contractual** | $1,248,223.81 |
| **j.  TOTAL DIRECT COSTS** | $2,483,865.32 |
| **k.  INDIRECT COSTS** | $279,438.68 |
| **l.  TOTAL APPROVED BUDGET** | $2,763,304.00 |
| **m.  Federal Share** | $2,763,304.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| 1-9390EX2 | 20NU50CK000562C3 | CK | 41.51 | $0.00 | 75-2024-0943 |
| 1-9390GR3 | 20NU50CK000562C5 | CK | 41.51 | $0.00 | 75-2124-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#    6 NU50CK000562-01-03
FAIN#    NU50CK000562
Federal Award Date:    09/29/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

PUBLIC HEALTH AND ENVIRONMENT, COLORADO DEPARTMENT OF   6 NU50CK000562-01-03

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS OF AWARD**

**HHS Non-Discrimination Legal Requirements for Recipients of Federal Financial Assistance**

The purpose of this Notice of Award amendment is to notify you that the Centers for Disease Control and Prevention (CDC) incorporated Department of Health and Human Services (HHS) non-discrimination legal requirements for recipients of federal financial assistance into the CDC General Terms and Conditions within your Notice of Award. The new requirements are effective immediately. The requirements are in the General Requirements section of the General Terms and Conditions, and are also listed below.

You must administer your project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age and, in some circumstances, religion, conscience, and sex (including gender identity, sexual orientation, and pregnancy). This includes taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/civil-rights/for-individuals/nondiscrimination/index.html.

- You must take reasonable steps to ensure that your project provides meaningful access to persons with limited English proficiency. For guidance on meeting your legal obligation to take reasonable steps to ensure meaningful access to your programs or activities by limited English proficient individuals, *see* https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov/.
- For information on your specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and taking appropriate steps to provide effective communication, *see* http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment, *see* https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html.
- For guidance on administering your project in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, *see* https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000562-02-01
FAIN# NU50CK000562
Federal Award Date: 04/28/2022

## Recipient Information

**1. Recipient Name**
Public Health and Environment, Colorado
Department of
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**7. Project Director or Principal Investigator**
Ms. Lori  Kennedy
lori.kennedy@state.co.us
303-692-2624

**8. Authorized Official**
Ms. Jannette  Scarpino
Chief Financial Officer
Jannette.Scarpino@state.co.us
303-692-2127

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Ms. Joelle Cadet
Grants Management Specialist
qrx2@cdc.gov
(404) 498-4349

**10. Program Official Contact Information**
Nekeia  Gray
hvq6@cdc.gov
404-639-0712

## Federal Award Information

**11. Award Number**
6 NU50CK000562-02-01

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000562

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
Advancing the Centers of Excellence in Newcomer Health

**15. Assistance Listing Number**
93.283

**16. Assistance Listing Program Title**
Centers for Disease Control and Prevention Investigations and Technical Assistance

**17. Award Action Type**
Administrative Action

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 09/30/2021  **- End Date** 09/29/2022 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| **21.** Authorized Carryover | $0.00 |
| **22.** Offset | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $10,000.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | $10,000.00 |
| **26. Project Period  Start Date** 09/30/2020 **- End Date** 09/29/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | Not Available |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Ms. Freda Johnson
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU50CK000562-02-01
FAIN# NU50CK000562
Federal Award Date: 04/28/2022

## Recipient Information

**Recipient Name**

Public Health and Environment, Colorado
Department of
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier (UEI)**

Y3WEW9MQ6NH5

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

---

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $10,000.00 |
| **b.  Fringe Benefits** | $0.00 |
| **c.  Total Personnel Costs** | $10,000.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $0.00 |
| **f.  Travel** | $0.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $0.00 |
| **i.  Contractual** | $0.00 |
| **j.  TOTAL DIRECT COSTS** | $10,000.00 |
| **k.  INDIRECT COSTS** | $0.00 |
| **l.  TOTAL APPROVED BUDGET** | $10,000.00 |
| **m.  Federal Share** | $10,000.00 |
| **n.  Non-Federal Share** | $0.00 |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 1-939ZTSX | 20NU50CK000562 | CK | 41.51 | 93.283 | | 75-21-0949 |
| 0-9390EX2 | 20NU50CK000562C3 | CK | 41.51 | 93.283 | $0.00 | 75-2024-0943 |
| 1-9390GR3 | 20NU50CK000562C5 | CK | 41.51 | 93.283 | $0.00 | 75-2124-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NU50CK000562-02-01
FAIN#   NU50CK000562
Federal Award Date:  04/28/2022

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Public Health and Environment, Colorado Department of                    6 NU50CK000562-02-01

1. Terms and Conditions -

## ADDITIONAL TERMS AND CONDITIONS OF AWARD

**Administrative Correction:** The purpose of the amendment is to extend the performance period for all listed COVID document numbers to align with the liquidation extensions in Payment Management Systems.  No action is required from the recipient.

| YR1 and YR2 COVID Document Numbers |
| --- |
| 20NU50CK000562C3 |
| 20NU50CK000562C5 |
|  |

All other terms and conditions of this award remains in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

PLEASE REFERENCE AWARD NUMBERS ON ALL CORRESPONDENCE

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000562-02-02
FAIN# NU50CK000562
Federal Award Date: 05/04/2022

## Recipient Information

**1. Recipient Name**

Public Health and Environment, Colorado
Department of
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**7. Project Director or Principal Investigator**

Ms. Lori  Kennedy
lori.kennedy@state.co.us
303-692-2624

**8. Authorized Official**

Ms. Jannette  Scarpino
Chief Financial Officer
Jannette.Scarpino@state.co.us
303-692-2127

### Federal Agency Information

CDC Office of Financial Resources

**9. Awarding Agency Contact Information**

Ms. Joelle Cadet
Grants Management Specialist
qrx2@cdc.gov
(404) 498-4349

**10.Program Official Contact Information**

Nekeia  Gray
hvq6@cdc.gov
404-639-0712

## Federal Award Information

**11. Award Number**
6 NU50CK000562-02-02
**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000562
**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
Advancing the Centers of Excellence in Newcomer Health (CDC-RFA-CK20-2002)

**15. Assistance Listing Number**
93.283
**16. Assistance Listing Program Title**
Centers for Disease Control and Prevention Investigations and Technical Assistance

**17. Award Action Type**
Supplement
**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19.  Budget Period Start Date** 09/30/2021  **- End Date** 09/29/2022 | | |
| **20.  Total Amount of Federal Funds Obligated by this Action** | | $2,000,000.00 |
| 20a. Direct Cost Amount | | $1,751,904.00 |
| 20b. Indirect Cost Amount | | $248,096.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $10,000.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $2,010,000.00 |
| **26. Project Period  Start Date** 09/30/2020  **- End Date** 09/29/2025 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | Not Available |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Ms. Freda Johnson
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU50CK000562-02-02
FAIN#  NU50CK000562
Federal Award Date:  05/04/2022

## Recipient Information

**Recipient Name**

Public Health and Environment, Colorado
Department of
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier  (UEI)**

Y3WEW9MQ6NH5

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

---

**33.  Approved Budget**
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a.  Salaries and Wages** | $810,917.00 |
| **b.  Fringe Benefits** | $264,303.00 |
| **c.  Total Personnel Costs** | $1,075,220.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $16,465.00 |
| **f.  Travel** | $16,086.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $76,692.00 |
| **i.  Contractual** | $577,441.00 |
| **j.  TOTAL DIRECT COSTS** | $1,761,904.00 |
| **k.  INDIRECT COSTS** | $248,096.00 |
| **l.  TOTAL APPROVED BUDGET** | $2,010,000.00 |
| **m.  Federal Share** | $2,010,000.00 |
| **n.  Non-Federal Share** | $0.00 |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-939ZTSX | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-21-0949 |
| 0-9390EX2 | 20NU50CK000562C3 | CK | 41.51 | 93.283 | $0.00 | 75-2024-0943 |
| 1-9390GR3 | 20NU50CK000562C5 | CK | 41.51 | 93.283 | $0.00 | 75-2124-0943 |
| 2-9390JEC | 20NU50CK000562 | CK | 41.51 | 93.283 | $2,000,000.00 | 75-22-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**     Notice of Award

Centers for Disease Control and Prevention

Award#   6 NU50CK000562-02-02
FAIN#    NU50CK000562
Federal Award Date:  05/04/2022

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Public Health and Environment, Colorado Department of          6 NU50CK000562-02-02

1. Terms and Conditions -

## AWARD INFORMATION

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations-policies/index.html,  the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CK20-2002, titled, *Advancing the Centers of Excellence in Newcomer Health*, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Component Funding:** Additional funding in the amount $2,000,000 is approved for budget period 09/30/2021 through 09/29/2022.

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Joëlle Cadet, Grants Management Specialist
Centers for Disease Control and
Prevention Branch 1
2939 Flowers Road, MS-TV2
Atlanta, GA 30341
Email: qrx2@cdc.gov (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN:  Mandatory Grant Disclosure, Intake Coordinator
330 Independent Avenue, SW
Cohen Building, Room 5527
Washington, DC 20201Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

| PAYMENT INFORMATION |
|---|

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1- 800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 2 of the Notice of Award must be known in order to draw down funds.

| Stewardship Information |
|---|

**Stewardship**: The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU50CK000562-02-03

FAIN# NU50CK000562

Federal Award Date: 08/04/2022

| Recipient Information | Federal Award Information |
|---|---|

**Recipient Information**

1. **Recipient Name**
   PUBLIC HEALTH AND ENVIRONMENT,
   COLORADO DEPARTMENT OF
   4300 E Cherry Creek South Dr
   Colorado Department of Public Health and
   Environme
   Denver, CO 80246-1523
2. **Congressional District of Recipient**
   01
3. **Payment System Identifier (ID)**
   1840644739A4
4. **Employer Identification Number (EIN)**
   840644739
5. **Data Universal Numbering System (DUNS)**
   878208826
6. **Recipient's Unique Entity Identifier (UEI)**
   Y3WEW9MQ6NH5
7. **Project Director or Principal Investigator**
   Ms. Lori  Kennedy
   lori.kennedy@state.co.us
   303-692-2624

8. **Authorized Official**
   Ms. Jannette  Scarpino
   Chief Financial Officer
   Jannette.Scarpino@state.co.us
   303-692-2127

**Federal Agency Information**

CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Ms. Joelle Cadet
   Grants Management Specialist
   qrx2@cdc.gov
   (404) 498-4349

10. **Program Official Contact Information**
    Nekeia  Gray
    hvq6@cdc.gov
    404-639-0712

**Federal Award Information**

11. **Award Number**
    6 NU50CK000562-02-03
12. **Unique Federal Award Identification Number (FAIN)**
    NU50CK000562
13. **Statutory Authority**
    301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

14. **Federal Award Project Title**
    Advancing the Centers of Excellence in Newcomer Health (CDC-RFA-CK20-2002)

15. **Assistance Listing Number**
    93.283
16. **Assistance Listing Program Title**
    Centers for Disease Control and Prevention Investigations and Technical Assistance

17. **Award Action Type**
    Supplement
18. **Is the Award R&D?**
    No

**Summary Federal Award Financial Information**

| | | |
|---|---|---:|
| 19. | **Budget Period Start Date** 09/30/2021 **- End Date** 09/29/2022 | |
| 20. | **Total Amount of Federal Funds Obligated by this Action** | $500,000.00 |
| | 20a. Direct Cost Amount | $466,418.00 |
| | 20b. Indirect Cost Amount | $33,582.00 |
| 21. | Authorized Carryover | $0.00 |
| 22. | Offset | $0.00 |
| 23. | Total Amount of Federal Funds Obligated this budget period | $2,010,000.00 |
| 24. | **Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| 25. | **Total Federal and Non-Federal Approved this Budget Period** | $2,510,000.00 |
| 26. | **Period of Perfomance Start Date** 09/30/2020 **- End Date** 09/29/2025 | |
| 27. | Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | $5,273,304.00 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
    Ms. Freda Johnson
    Grants Management Officer

**30. Remarks**

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU50CK000562-02-03
FAIN#   NU50CK000562
Federal Award Date: 08/04/2022

| Recipient Information |
|---|

**Recipient Name**

PUBLIC HEALTH AND ENVIRONMENT,
COLORADO DEPARTMENT OF
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme
Denver, CO 80246-1523

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier  (UEI)**
Y3WEW9MQ6NH5

| 31. Assistance Type |
|---|

Cooperative Agreement

**32. Type of Award**
Other

| 33. Approved Budget |
|---|
| (Excludes Direct Assistance) |

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a.  Salaries and Wages** | $1,039,372.00 |
| **b.  Fringe Benefits** | $339,693.00 |
| **c.  Total Personnel Costs** | $1,379,065.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $22,574.00 |
| **f.  Travel** | $16,086.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $84,422.00 |
| **i.  Contractual** | $726,175.00 |
| **j.  TOTAL DIRECT COSTS** | $2,228,322.00 |
| **k.  INDIRECT COSTS** | $281,678.00 |
| **l.  TOTAL APPROVED BUDGET** | $2,510,000.00 |
| **m.  Federal Share** | $2,510,000.00 |
| **n.  Non-Federal Share** | $0.00 |

| 34. Accounting Classification Codes |
|---|

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-939ZTSX | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-21-0949 |
| 0-9390EX2 | 20NU50CK000562C3 | CK | 41.51 | 93.283 | $0.00 | 75-2024-0943 |
| 1-9390GR3 | 20NU50CK000562C5 | CK | 41.51 | 93.283 | $0.00 | 75-2124-0943 |
| 2-9390JEC | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-22-0943 |
| 2-9390EX2 | 20NU50CK000562C3 | CK | 41.51 | 93.283 | $500,000.00 | 75-2024-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Notice of Award

Centers for Disease Control and Prevention

Award#  6 NU50CK000562-02-03
FAIN#  NU50CK000562
Federal Award Date:  08/04/2022

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

PUBLIC HEALTH AND ENVIRONMENT, COLORADO DEPARTMENT OF  6 NU50CK000562-02-03

1. Terms and Conditions - YR02 Supplement

**AWARD INFORMATION**

**Incorporation**:  In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations-policies.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CDC-RFA-CK20-2002, entitled Advancing the Centers of Excellence in Newcomer Health, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Approved Funding:**  Funding in the amount of $500,000 is approved for the Year 02 budget period, which is September 30, 2021 through September 29, 2022.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third-party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Coronavirus Disease 2019 (COVID-19) Funds:**  A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); the Consolidated Appropriations Act and the Coronavirus Response and Relief Supplement Appropriations Act, 2021 (P.L. 116-260) and/or the American Rescue Plan of 2021 [P.L. 117-2] agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS–CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC.  HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-reporting-guidance.pdf.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition,

recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Indirect Costs:** Indirect costs are approved based on the negotiated indirect cost rate agreement dated October 15, 2021**,** which calculates indirect costs as follows, a Provisional  is approved at a rate of 17.4%  of the base, which includes, grants and contracts awarded by the state department to local units of government, hospitals,universities, and private organizations less capital expenditures and pass-through fundsl. The effective dates of this indirect cost rate are from July 1, 2022 to June 30, 2025.

## REPORTING REQUIREMENTS

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.  Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.   Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Joëlle Cadet, Grants Management Specialist
Centers for Disease Control and Prevention
Branch 1
2939 Flowers Road
Atlanta, GA  30341
Telephone: 404-498-4349
Email: qrx2@cdc.gov (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371.  Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the

OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b))  CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

## PAYMENT INFORMATION

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P  Account".  Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified beginning on the bottom of Page 2 of the Notice of Award must be known in order to draw down funds.

## CDC STAFF CONTACTS

**The CDC contact information may be identified on Page 1 of the Notice of Award.**

**Grants Management Specialist**: The GMS is the federal staff member responsible for the day-to-day management of grants and cooperative agreements. The GMS is the primary contact of recipients for business and administrative matters pertinent to grant awards.

**Program/Project Officer**: The PO is the federal official responsible for monitoring the programmatic, scientific, and/or technical aspects of grants and cooperative agreements, as well as contributing to the effort of the award under cooperative agreements.

**Grants Management Officer**: The GMO is the federal official responsible for the business and other non-programmatic aspects of grant awards. The GMO is the only official authorized to obligate federal funds and is responsible for signing the NoA, including revisions to the NoA that change the terms and conditions. The GMO serves as the counterpart to the business officer of the recipient organization.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award#  5 NU50CK000562-03-00
FAIN#   NU50CK000562
Federal Award Date:  08/25/2022

## Recipient Information

1. **Recipient Name**
   PUBLIC HEALTH AND ENVIRONMENT,
   COLORADO DEPARTMENT OF
   4300 E Cherry Creek South Dr
   Colorado Department of Public Health and
   Environme
   Denver, CO 80246-1523
2. **Congressional District of Recipient**
   01
3. **Payment System Identifier (ID)**
   1840644739A4
4. **Employer Identification Number (EIN)**
   840644739
5. **Data Universal Numbering System (DUNS)**
   878208826
6. **Recipient's Unique Entity Identifier (UEI)**
   Y3WEW9MQ6NH5
7. **Project Director or Principal Investigator**
   Ms. Lori  Kennedy
   lori.kennedy@state.co.us
   303-692-2624

8. **Authorized Official**
   Ms. Jannette  Scarpino
   Chief Financial Officer
   Jannette.Scarpino@state.co.us
   303-692-2127

### Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Ms. Joelle Cadet
   Grants Management Specialist
   qrx2@cdc.gov
   (404) 498-4349

10. **Program Official Contact Information**
    Nekeia  Gray
    hvq6@cdc.gov
    404-639-0712

## Federal Award Information

11. **Award Number**
    5 NU50CK000562-03-00
12. **Unique Federal Award Identification Number (FAIN)**
    NU50CK000562
13. **Statutory Authority**
    301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

14. **Federal Award Project Title**
    Advancing the Centers of Excellence in Newcomer Health

15. **Assistance Listing Number**
    93.283
16. **Assistance Listing Program Title**
    Centers for Disease Control and Prevention Investigations and Technical Assistance

17. **Award Action Type**
    Non-Competing Continuation
18. **Is the Award R&D?**
    No

## Summary Federal Award Financial Information

| | | |
|---|---|---:|
| 19. **Budget Period Start Date** 09/30/2022 **- End Date** 09/29/2023 | | |
| 20. **Total Amount of Federal Funds Obligated by this Action** | | $848,424.00 |
| 20a. Direct Cost Amount | | $778,524.00 |
| 20b. Indirect Cost Amount | | $69,900.00 |
| 21. Authorized Carryover | | $0.00 |
| 22. Offset | | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $0.00 |
| 24. **Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| 25. **Total Federal and Non-Federal Approved this Budget Period** | | $848,424.00 |
| 26. **Period of Perfomance Start Date** 09/30/2020 **- End Date** 09/29/2025 | | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $6,121,728.00 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
    Ms. Freda Johnson
    Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

**Centers for Disease Control and Prevention**

Notice of Award

Award#  5 NU50CK000562-03-00
FAIN#   NU50CK000562
Federal Award Date:  08/25/2022

## Recipient Information

**Recipient Name**

PUBLIC HEALTH AND ENVIRONMENT,
COLORADO DEPARTMENT OF
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme
Denver, CO 80246-1523

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

---

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a.  Salaries and Wages** | $516,063.00 |
| **b.  Fringe Benefits** | $170,302.00 |
| **c.  Total Personnel Costs** | $686,365.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $6,999.00 |
| **f.  Travel** | $5,365.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $21,786.00 |
| **i.  Contractual** | $58,009.00 |
| **j.  TOTAL DIRECT COSTS** | $778,524.00 |
| **k.  INDIRECT COSTS** | $69,900.00 |
| **l.  TOTAL APPROVED BUDGET** | $848,424.00 |
| **m.  Federal Share** | $848,424.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-939ZTSX | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-21-0949 |
| 2-9390EX2 | 20NU50CK000562C3 | CK | 41.51 | 93.283 | $0.00 | 75-2024-0943 |
| 1-9390GR3 | 20NU50CK000562C5 | CK | 41.51 | 93.283 | $0.00 | 75-2124-0943 |
| 2-9390JEC | 20NU50CK000562 | CK | 41.51 | 93.283 | $598,424.00 | 75-22-0943 |
| 2-939ZSLX | 20NU50CK000562 | CK | 41.51 | 93.283 | $250,000.00 | 75-22-0949 |
| 1-9390EX2 | 20NU50CK000562C3 | CK | 41.51 | 93.283 | $0.00 | 75-2024-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award#   5 NU50CK000562-03-00

FAIN#   NU50CK000562

Federal Award Date:  08/25/2022

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

PUBLIC HEALTH AND ENVIRONMENT, COLORADO DEPARTMENT OF   5 NU50CK000562-03-00

1. Terms and Conditions

## AWARD INFORMATION

**Incorporation**:  In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at  https://www.cdc.gov/grants/federal-regulations-policies/index.html , the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CK20-2002, *Colorado Department of Public Health and Environment,*  as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Approved Funding:**  Funding in the amount of $848,424 is approved for the Year 03 budget period, which is September 30, 2022 through September 29, 2023. All future year funding will be based on satisfactory programmatic progress and the availability of funds.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third-party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Financial Assistance Mechanism:** Cooperative Agreement

**Substantial Involvement by CDC:**  This is a cooperative agreement and CDC will have substantial programmatic involvement after the award is made.  Substantial involvement is in addition to all post-award monitoring, technical assistance, and performance reviews undertaken in the normal course of stewardship of federal funds.

CDC program staff will assist, coordinate, or participate in carrying out effort under the award, and recipients agree to the responsibilities therein, as detailed in the NOFO.

**Expanded Authority:** The recipient is permitted the following expanded authority in the administration of the award.

☒ Carryover of unobligated balances from one budget period to a subsequent budget period. Unobligated funds may be used for purposes within the scope of the project as originally approved.  Recipients will report use, or intended use, of unobligated funds in Section 12 "Remarks" of the annual Federal Financial Report.  If the GMO determines that some or all of the unobligated funds are not necessary to complete the project, the GMO may restrict the recipient's authority to automatically carry over unobligated balances in the future, use the balance to reduce or offset CDC funding for a subsequent budget period, or use a combination of these actions.

**Program Income**: Any program income generated under this grant or cooperative agreement will be used in accordance with the Addition alternative.

Addition alternative**:** Under this alternative, program income is added to the funds committed to the project/program and is used to further eligible project/program objectives.

## FUNDING RESTRICTIONS AND LIMITATIONS

**Indirect Costs:** Indirect costs are approved based on the negotiated indirect cost rate agreement dated October 15, 2021**,** which calculates indirect costs as follows, a Provisional  is approved at a rate of 17.4%  of the base, excluding capital expenditures (buildings, individual items of equipment, and alterations and renovations), subawards and pass-through.  2) Grant and Contracts awarded by this state department to local units of government, hospitals, universities, and private organizations less  capital expenditures and pass-through funds. The effective dates of this indirect cost rate are from July 1, 2022 to June 30, 2025.

## REPORTING REQUIREMENTS

**Performance Progress and Monitoring:** Performance information collection initiated under this grant/cooperative agreement has been approved by the Office of Management and Budget under **OMB Number 0920-1132**, **"Performance Progress and Monitoring Report", Expiration Date 10/31/2022**. The components of the PPMR are available for download at: https://www.cdc.gov/grants/alreadyhavegrant/Reporting.html .

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.  Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.   Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Joëlle Cadet, Grants Management Specialist
Centers for Disease Control and Prevention
Branch 1
2939 Flowers Road
Atlanta, GA  30341
Telephone: 404.498.4349
Email: qrx2@cdc.gov (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371.  Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

| PAYMENT INFORMATION |
| --- |

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P  Account".  Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 2 of the Notice of Award must be known to draw down funds.

| CDC Staff Contacts |
| --- |

**Grants Management Specialist:** The GMS is the federal staff member responsible for the day-to-day management of grants and cooperative agreements.  The GMS is the primary contact of recipients for business and administrative matters pertinent to grant awards.

**Program/Project Officer:** The PO is the federal official responsible for monitoring the programmatic, scientific, and/or technical aspects of grants and cooperative agreements, as well as contributing to the effort of the award under cooperative agreements.

**Grants Management Officer:** The GMO is the federal official responsible for the business and other non-programmatic aspects of grant awards. The GMO is the only official authorized to obligate federal funds and is responsible for signing the NoA, including revisions to the NoA that change the terms and conditions.  The GMO serves as the counterpart to the business officer of the recipient organization.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## Centers for Disease Control and Prevention

**Notice of Award**

Award# 5 NU50CK000562-04-00
FAIN# NU50CK000562
Federal Award Date: 08/16/2023

## Recipient Information

1. **Recipient Name**
   COLORADO DEPARTMENT OF PUBLIC
   HEALTH & ENVIRONMENT
   4300 E Cherry Creek South Dr
   Colorado Department of Public Health and
   Environme-DUP
   Denver, CO 80246-1523
2. **Congressional District of Recipient**
   01
3. **Payment System Identifier (ID)**
   1840644739A4
4. **Employer Identification Number (EIN)**
   840644739
5. **Data Universal Numbering System (DUNS)**
   878208826
6. **Recipient's Unique Entity Identifier (UEI)**
   Y3WEW9MQ6NH5
7. **Project Director or Principal Investigator**
   Ms. Lori  Kennedy
   lori.kennedy@state.co.us
   303-692-2624

8. **Authorized Official**
   Ms. Jannette4 Scarpino
   N/A
   jannette.scarpino@state.co.us
   303-692-2127

### Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Ms. Joelle Cadet
   Grants Management Specialist
   qrx2@cdc.gov
   (404) 498-4349

10. **Program Official Contact Information**
    Terry  Comans
    twc1@cdc.gov
    404-639-4445

## Federal Award Information

11. **Award Number**
    5 NU50CK000562-04-00
12. **Unique Federal Award Identification Number (FAIN)**
    NU50CK000562
13. **Statutory Authority**
    301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

14. **Federal Award Project Title**
    Advancing the Centers of Excellence in Newcomer Health

15. **Assistance Listing Number**
    93.283
16. **Assistance Listing Program Title**
    Centers for Disease Control and Prevention Investigations and Technical Assistance

17. **Award Action Type**
    Non-Competing Continuation
18. **Is the Award R&D?**
    No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| 19. **Budget Period Start Date** 09/30/2023 **- End Date** 09/29/2024 | | |
| 20. **Total Amount of Federal Funds Obligated by this Action** | | $103,500.00 |
| 20a. Direct Cost Amount | | $103,500.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| 21. Authorized Carryover | | $0.00 |
| 22. Offset | | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $0.00 |
| 24. **Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| 25. **Total Federal and Non-Federal Approved this Budget Period** | | $103,500.00 |
| 26. **Period of Perfomance Start Date** 09/30/2020 **- End Date** 09/29/2025 | | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $6,225,228.00 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
    Karen Zion1
    Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 5 NU50CK000562-04-00
FAIN# NU50CK000562
Federal Award Date: 08/16/2023

| Recipient Information |
|---|

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme-DUP
Denver, CO 80246-1523
**Congressional District of Recipient**
01
**Payment Account Number and Type**
1840644739A4
**Employer Identification Number (EIN) Data**
840644739
**Universal Numbering System (DUNS)**
878208826
**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

| 31. Assistance Type |
|---|
Cooperative Agreement
**32. Type of Award**
Other

**33. Approved Budget**
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | | |
|---|---|---|
| **a.  Salaries and Wages** | | $0.00 |
| **b.  Fringe Benefits** | | $0.00 |
| **c.  Total Personnel Costs** | | $0.00 |
| **d.  Equipment** | | $0.00 |
| **e.  Supplies** | | $0.00 |
| **f.  Travel** | | $0.00 |
| **g.  Construction** | | $0.00 |
| **h.  Other** | | $103,500.00 |
| **i.  Contractual** | | $0.00 |
| **j.  TOTAL DIRECT COSTS** | | $103,500.00 |
| **k.  INDIRECT COSTS** | | $0.00 |
| **l.  TOTAL APPROVED BUDGET** | | $103,500.00 |
| **m.  Federal Share** | | $103,500.00 |
| **n.  Non-Federal Share** | | $0.00 |

| 34. Accounting Classification Codes |
|---|

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-939ZTSX | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-21-0949 |
| 3-939ZTSX | 20NU50CK000562 | CK | 41.51 | 93.283 | $103,500.00 | 75-23-0949 |
| 2-939OJEC | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-22-0943 |
| 2-939ZSLX | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-22-0949 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#    5 NU50CK000562-04-00
FAIN#    NU50CK000562
Federal Award Date:    08/16/2023

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT      5 NU50CK000562-04-00

1. BP4 Terms and Conditions

| AWARD INFORMATION |
|---|

**Incorporation**:  In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations-policies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number **CDC-RFA-CK20-2002**, entitled the ***Centers of Excellence in Newcomer Health,*** as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Approved Funding:**  Funding in the amount of **$103,500** is approved for Year 04 budget period September 30, 2023 through September 30, 2024.  All future year funding will be based on satisfactory programmatic progress and the availability of funds.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third-party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Financial Assistance Mechanism:** Cooperative Agreement

**Substantial Involvement by CDC:**  This is a cooperative agreement and CDC will have substantial programmatic involvement after the award is made.  Substantial involvement is in addition to all post-award monitoring, technical assistance, and performance reviews undertaken in the normal course of stewardship of federal funds.

CDC program staff will assist, coordinate, or participate in carrying out effort under the award, and recipients agree to the responsibilities therein, as detailed in the NOFO.

CDC will provide technical assistance in identifying disparities in immunization, setting program priorities, work plan development, and subject matter expertise. CDC will assist in the review of immunization messages and materials both for technical accuracy and for compliance with proven health education and communication strategies. CDC will share information, practices, lessons learned, and evaluation results through meetings, conference calls, and electronic communication. CDC will monitor the recipient's performance of program activities and progress toward program goals.

**Budget Revision Requirement:**  By October 30, 2023 the recipient must submit a revised budget with a narrative justification.  Failure to submit the required information in a timely manner may adversely affect the future funding of this project.  If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date.

**Expanded Authority:** The recipient is permitted the following expanded authority in the administration of the award.

☒ Carryover of unobligated balances from one budget period to a subsequent budget period. Unobligated funds may be used for purposes within the scope of the project as originally approved. Recipients will report use, or intended use, of unobligated funds in Section 12 "Remarks" of the annual Federal Financial Report. If the GMO determines that some or all of the unobligated funds are not

necessary to complete the project, the GMO may restrict the recipient's authority to automatically carry over unobligated balances in the future, use the balance to reduce or offset CDC funding for a subsequent budget period, or use a combination of these actions.

**Program Income**: Any program income generated under this grant or cooperative agreement will be used in accordance with the Addition alternative.

<u>Addition alternative</u>: Under this alternative, program income is added to the funds committed to the project/program and is used to further eligible project/program objectives.

Note: The disposition of program income must have written prior approval from the GMO.

## FUNDING RESTRICTIONS AND LIMITATIONS

**Indirect Costs:** Indirect costs are approved based on the negotiated indirect cost rate agreement dated May 16, 2023**,** which calculates indirect costs as follows, a Provisional  is approved at a rate of 13.40% for all programs and 1.10% all subawards  of the base, which includes, 1) Total direct cost excluding capital expenditures ( buildings, individual items of equipment , and alterations and renovations), subawards and pass-through. 2) Grants and contracts awarded by this state department to local units of government, hospitals, universities, and private organizations less capital expenditures and pass-through funds. 3) On-Site is defined as programs administered at 8100 Lowry Boulevard, and 4300 Cherry Creek Dr. South. 4) Off-site is defined as programs administered at locations other than the above locations. The effective dates of this indirect cost rate are from July 1, 2023 to June 30, 2026.

## REPORTING REQUIREMENTS

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.  Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.   Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Joëlle Cadet, Grants Management Specialist
*Contractor: Chenega Enterprise Systems and Solutions (ChESS)*
Centers for Disease Control and Prevention
Branch 1
2939 Flowers Road, MS-TV-2
Atlanta, GA 30341
Email: qrx2@cdc.gov (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371.  Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b))  CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1- 800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.

## PAYMENT INFORMATION

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account".  Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified beginning on the bottom of Page 2 of the Notice of Award must be known to draw down funds.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000562-04-01
FAIN# NU50CK000562
Federal Award Date: 11/21/2023

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme-DUP
Denver, CO 80246-1523

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**7. Project Director or Principal Investigator**
Ms. Lori  Kennedy
lori.kennedy@state.co.us
303-692-2624

**8. Authorized Official**
Ms. Jannette4 Scarpino
N/A
jannette.scarpino@state.co.us
303-692-2127

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Sharlene Sanders
GMS
qxl2@cdc.gov
678-475-4650

**10. Program Official Contact Information**
Adamma  Ibe
Program Officer
qag9@cdc.gov
111-111-1111

## Federal Award Information

**11. Award Number**
6 NU50CK000562-04-01

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000562

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
Advancing the Centers of Excellence in Newcomer Health

**15. Assistance Listing Number**
93.283

**16. Assistance Listing Program Title**
Centers for Disease Control and Prevention Investigations and Technical Assistance

**17. Award Action Type**
Budget Revision

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 09/30/2023 **- End Date** 09/29/2024 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | ($6,226.00) |
| 20b. Indirect Cost Amount | | $6,226.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $103,500.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $103,500.00 |
| **26. Period of Perfomance Start Date** 09/30/2020 **- End Date** 09/29/2025 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $6,225,228.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Karen Zion1
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU50CK000562-04-01
FAIN# NU50CK000562
Federal Award Date: 11/21/2023

## Recipient Information

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme-DUP
Denver, CO 80246-1523
**Congressional District of Recipient**
01
**Payment Account Number and Type**
1840644739A4
**Employer Identification Number (EIN) Data**
840644739
**Universal Numbering System (DUNS)**
878208826
**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

---

**31. Assistance Type**
Cooperative Agreement
**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a.  Salaries and Wages** | $15,574.00 |
| **b.  Fringe Benefits** | $5,141.00 |
| **c.  Total Personnel Costs** | $20,715.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $0.00 |
| **f.  Travel** | $10,054.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $11,136.00 |
| **i.  Contractual** | $55,369.00 |
| **j.  TOTAL DIRECT COSTS** | $97,274.00 |
| **k.  INDIRECT COSTS** | $6,226.00 |
| **l.  TOTAL APPROVED BUDGET** | $103,500.00 |
| **m.  Federal Share** | $103,500.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-939ZTSX | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-21-0949 |
| 3-939ZTSX | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-23-0949 |
| 2-9390JEC | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-22-0943 |
| 2-939ZSLX | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-22-0949 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#    6 NU50CK000562-04-01
FAIN#    NU50CK000562
Federal Award Date:    11/21/2023

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT          6 NU50CK000562-04-01

1. Terms and Conditions_0562

ADDITIONAL TERMS AND CONDITIONS OF THIS AWARD

**Revised Budget:** The purpose of this amended Notice of Award is to approve the revised budget that was submitted by your organization dated October 27, 2023.  Funds have been distributed as indicated in the approved budget of this Notice of Award.

**Stewardship:** The recipient must exercise proper stewardship over Federal funds by ensuring that all cost charged to their cooperative agreement are allowable, allocable and reasonable and that they address the highest priority needs as they relate to this program.

All other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

PLEASE REFERENCE YOUR AWARD NUMBER ON ALL CORRESPONDENCE

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000562-04-02
FAIN# NU50CK000562
Federal Award Date: 04/24/2024

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme-DUP
Denver, CO 80246-1523

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**7. Project Director or Principal Investigator**
Ms. Lori  Kennedy
lori.kennedy@state.co.us
303-692-2624

**8. Authorized Official**
Ms. Jannette4  Scarpino
N/A
jannette.scarpino@state.co.us
303-692-2127

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Adamma  Ibe
Program Officer
qag9@cdc.gov
111-111-1111

## Federal Award Information

**11. Award Number**
6 NU50CK000562-04-02

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000562

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
Advancing the Centers of Excellence in Newcomer Health

**15. Assistance Listing Number**
93.283

**16. Assistance Listing Program Title**
Centers for Disease Control and Prevention Investigations and Technical Assistance

**17. Award Action Type**
Administrative Action

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 09/30/2023 **- End Date** 09/29/2024 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $103,500.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $103,500.00 |
| **26. Period of Performance Start Date** 09/30/2020 **- End Date** 09/29/2025 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $6,225,228.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Karen Zion1
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000562-04-02
FAIN# NU50CK000562
Federal Award Date: 04/24/2024

| Recipient Information | |
|---|---|
| **Recipient Name** | |
| COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT | |
| 4300 E Cherry Creek South Dr | |
| Colorado Department of Public Health and Environme-DUP | |
| Denver, CO 80246-1523 | |
| **Congressional District of Recipient** | |
| 01 | |
| **Payment Account Number and Type** | |
| 1840644739A4 | |
| **Employer Identification Number (EIN) Data** | |
| 840644739 | |
| **Universal Numbering System (DUNS)** | |
| 878208826 | |
| **Recipient's Unique Entity Identifier (UEI)** | |
| Y3WEW9MQ6NH5 | |

| 31. Assistance Type |
|---|
| Cooperative Agreement |
| **32. Type of Award** |
| Other |

**33. Approved Budget**
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| a. **Salaries and Wages** | $15,574.00 |
| b. **Fringe Benefits** | $5,141.00 |
| c. **Total Personnel Costs** | $20,715.00 |
| d. **Equipment** | $0.00 |
| e. **Supplies** | $0.00 |
| f. **Travel** | $10,054.00 |
| g. **Construction** | $0.00 |
| h. **Other** | $11,136.00 |
| i. **Contractual** | $55,369.00 |
| j. **TOTAL DIRECT COSTS** | $97,274.00 |
| k. **INDIRECT COSTS** | $6,226.00 |
| l. **TOTAL APPROVED BUDGET** | $103,500.00 |
| m. **Federal Share** | $103,500.00 |
| n. **Non-Federal Share** | $0.00 |

**34. Accounting Classification Codes**

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-939ZTSX | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-21-0949 |
| 3-939ZTSX | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-23-0949 |
| 2-9390JEC | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-22-0943 |
| 2-939ZSLX | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-22-0949 |
| 2-9390EX2 | 20NU50CK000562C3 | CK | 41.51 | 93.283 | $0.00 | 75-2024-0943 |
| 1-9390EX2 | 20NU50CK000562C3 | CK | 41.51 | 93.283 | $0.00 | 75-2024-0943 |
| 1-9390GR3 | 20NU50CK000562C5 | CK | 41.51 | 93.283 | $0.00 | 75-2124-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NU50CK000562-04-02
FAIN#   NU50CK000562
Federal Award Date:  04/24/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT        6 NU50CK000562-04-02

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS OF AWARD**

**Administrative Correction:** The purpose of this amendment is to extend the period of usage for all listed COVID document numbers to align with the liquidation extensions in Payment Management Systems.  No action is required from the recipient.

| COVID Document Numbers |
| --- |
| 20NU50CK000562C3 |
| 20NU50CK000562C5 |

All other terms and conditions of this award remains in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

PLEASE REFERENCE AWARD NUMBERS ON ALL CORRESPONDENCE

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  5 NU50CK000562-05-00
FAIN#   NU50CK000562
Federal Award Date:  08/08/2024

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme-DUP
Denver, CO 80246-1523

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**7. Project Director or Principal Investigator**
Ms. Lori  Kennedy
lori.kennedy@state.co.us
303-692-2624

**8. Authorized Official**
Ms. Jannette  Scarpino.
N/A
jannette.scarpino@state.co.us
303-692-2127

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Adamma  Ibe
Program Officer
qag9@cdc.gov
111-111-1111

## Federal Award Information

**11. Award Number**
5 NU50CK000562-05-00

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000562

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
Advancing the Centers of Excellence in Newcomer Health

**15. Assistance Listing Number**
93.283

**16. Assistance Listing Program Title**
Centers for Disease Control and Prevention Investigations and Technical Assistance

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 09/30/2024 **- End Date** 09/29/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $10,000.00 |
| 20a. Direct Cost Amount | $10,000.00 |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $0.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $10,000.00 |
| **26. Period of Performance Start Date** 09/30/2020 **- End Date** 09/29/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | $6,235,228.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Karen Zion1
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES    Notice of Award

Centers for Disease Control and Prevention

Award# 5 NU50CK000562-05-00
FAIN#  NU50CK000562
Federal Award Date:  08/08/2024

## Recipient Information

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme-DUP
Denver, CO 80246-1523
**Congressional District of Recipient**
01
**Payment Account Number and Type**
1840644739A4
**Employer Identification Number (EIN) Data**
840644739
**Universal Numbering System (DUNS)**
878208826
**Recipient's Unique Entity Identifier  (UEI)**
Y3WEW9MQ6NH5

**31. Assistance Type**
Cooperative Agreement
**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.    Financial Assistance from the Federal Awarding Agency Only
II.   Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.   Salaries and Wages** | $0.00 |
| **b.   Fringe Benefits** | $0.00 |
|     **c.   Total Personnel Costs** | $0.00 |
| **d.   Equipment** | $0.00 |
| **e.   Supplies** | $0.00 |
| **f.   Travel** | $0.00 |
| **g.   Construction** | $0.00 |
| **h.   Other** | $10,000.00 |
| **i.   Contractual** | $0.00 |
| **j.   TOTAL DIRECT COSTS** | $10,000.00 |
| **k.   INDIRECT COSTS** | $0.00 |
| **l.   TOTAL APPROVED BUDGET** | $10,000.00 |
| **m.   Federal Share** | $10,000.00 |
| **n.   Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 1-939ZTSX | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-21-0949 |
| 3-939ZTSX | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-23-0949 |
| 2-9390JEC | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-22-0943 |
| 2-939ZSLX | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-22-0949 |
| 2-9390EX2 | 20NU50CK000562C3 | CK | 41.51 | 93.283 | $0.00 | 75-2024-0943 |
| 1-9390EX2 | 20NU50CK000562C3 | CK | 41.51 | 93.283 | $0.00 | 75-2024-0943 |
| 1-9390GR3 | 20NU50CK000562C5 | CK | 41.51 | 93.283 | $0.00 | 75-2124-0943 |
| 4-939ZSMA | 20NU50CK000562 | CK | 41.51 | 93.283 | $10,000.00 | 75-24-0949 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#    5 NU50CK000562-05-00
FAIN#    NU50CK000562
Federal Award Date:  08/08/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT        5 NU50CK000562-05-00

1. Terms and Conditions

## AWARD INFORMATION

**Incorporation**:  In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations-policies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CDC-RFA-CK20-2002, entitled **Centers of Excellence in Newcomer Health**, and application dated March 12, 2024, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NOA).

**Total Approved Funding is included in Summary Federal Award Financial Information on page 1 of the NOA.** All future year funding will be based on satisfactory programmatic progress and the availability of funds.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third-party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Financial Assistance Mechanism:** Cooperative Agreement

**Summary Statement/Technical Review:** Within 5 days of this Notice of Award's (NOA) issue date, the Summary Statement/Technical Review will be accessible to the recipient in GrantSolutions Grant Notes. Contact the assigned Program Officer indicated in the NOA with any questions regarding this document or any follow up requirements and timelines set forth therein.

**Substantial Involvement by CDC:** This is a cooperative agreement and CDC will have substantial programmatic involvement after the award is made. Substantial involvement is in addition to all post- award monitoring, technical assistance, and performance reviews undertaken in the normal course of stewardship of federal funds.

CDC program staff will assist, coordinate, or participate in carrying out effort under the award, and recipients agree to the responsibilities therein, as detailed in the NOFO.

CDC will provide technical assistance in identifying disparities in immunization, setting program priorities, work plan development, and subject matter expertise. CDC will assist in the review of immunization messages and materials both for technical accuracy and for compliance with proven health education and communication strategies. CDC will share information, practices, lessons learned, and evaluation results through meetings, conference calls, and electronic communication. CDC will monitor the recipient's performance of program activities and progress toward program goals.

**Budget Revision Requirement:** By October 30, 2024, the recipient must submit a revised budget **based on the awarded amount** with a narrative justification. Submit the revised budget as an amendment in GrantSolutions. Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date.

**Expanded Authority:** The recipient is permitted the following expanded authority in the administration of the award.

☒ Carryover of unobligated balances from one budget period to a subsequent budget period. Unobligated funds may be used for purposes within the scope of the project as originally approved.  Recipients will report use, or intended use, of unobligated funds in Section 12 "Remarks" of the annual Federal Financial Report.  If the GMO determines that some or all of the unobligated funds are not necessary to complete the project, the GMO may restrict the recipient's authority to automatically carry over unobligated balances in the future, use the balance to reduce or offset CDC funding for a subsequent budget period, or use a combination of these actions.

**Program Income**: Any program income generated under this grant or cooperative agreement will be used in accordance with the Addition alternative.

Addition alternative**:** Under this alternative, program income is added to the funds committed to the project/program and is used to further eligible project/program objectives.

Note: The disposition of program income must have written prior approval from the GMO.

**FUNDING RESTRICTIONS AND LIMITATIONS**

**Administrative Requirement:** The recipient must respond to the information below in the budget revision or as a grant note:

- **Personnel:** Provide names of TBD staff upon selection.

**Indirect Costs:** Indirect costs are approved based on the negotiated indirect cost rate agreement dated January 10, 2024, which calculates indirect costs as follows, a Provisional is approved at a rate of 4.20% of the base, which includes, total direct costs excluding capital expenditures, that portion of each subaward in excess of $25,000 and flow-through funds. The effective dates of this indirect cost rate are from July 1, 2024, to June 30, 2027.

**REPORTING REQUIREMENTS**

**Performance Progress and Monitoring:** Performance information collection initiated under this grant/cooperative agreement has been approved by the Office of Management and Budget under **OMB Number 0920-1132, "Performance Progress and Monitoring Report", Expiration Date 10/31/2022**. The components of the PPMR are available for download at: https://www.cdc.gov/grants/alreadyhavegrant/Reporting.html.

**PAYMENT INFORMATION**

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P  Account".  Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of **Page 2** of the Notice of Award must be known in order to draw down funds.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NU50CK000562-05-01
FAIN#   NU50CK000562
Federal Award Date: 10/23/2024

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme-DUP
Denver, CO 80246-1523

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**7. Project Director or Principal Investigator**
Ms. Lori  Kennedy
lori.kennedy@state.co.us
303-692-2624

**8. Authorized Official**
Ms. Jannette  Scarpino.
N/A
jannette.scarpino@state.co.us
303-692-2127

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Regina Mobley
Grants Management Specialist
tlz7@cdc.gov
678-754-4986

**10.Program Official Contact Information**
Adamma  Ibe
Program Officer
qag9@cdc.gov
111-111-1111

## Federal Award Information

**11. Award Number**
6 NU50CK000562-05-01

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000562

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
Advancing the Centers of Excellence in Newcomer Health

**15. Assistance Listing Number**
93.283

**16. Assistance Listing Program Title**
Centers for Disease Control and Prevention Investigations and Technical Assistance

**17. Award Action Type**
Budget Revision

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19.  Budget Period Start Date** 09/30/2024 **- End Date** 09/29/2025 | | |
| **20.  Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | ($405.00) |
| 20b. Indirect Cost Amount | | $405.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $10,000.00 |
| **24.  Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25.  Total Federal and Non-Federal Approved this Budget Period** | | $10,000.00 |
| **26.  Period of Performance Start Date** 09/30/2020 **- End Date** 09/29/2025 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $6,235,228.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible1
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000562-05-01
FAIN# NU50CK000562
Federal Award Date: 10/23/2024

## Recipient Information

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Colorado Department of Public Health and
Environme-DUP
Denver, CO 80246-1523
**Congressional District of Recipient**
01
**Payment Account Number and Type**
1840644739A4
**Employer Identification Number (EIN) Data**
840644739
**Universal Numbering System (DUNS)**
878208826
**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

### 31. Assistance Type
Cooperative Agreement
### 32. Type of Award
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | | |
|---|---|---|
| **a.** | **Salaries and Wages** | $0.00 |
| **b.** | **Fringe Benefits** | $0.00 |
| | **c.  Total Personnel Costs** | $0.00 |
| **d.** | **Equipment** | $0.00 |
| **e.** | **Supplies** | $0.00 |
| **f.** | **Travel** | $0.00 |
| **g.** | **Construction** | $0.00 |
| **h.** | **Other** | $9,595.00 |
| **i.** | **Contractual** | $0.00 |
| **j.** | **TOTAL DIRECT COSTS** | $9,595.00 |
| **k.** | **INDIRECT COSTS** | $405.00 |
| **l.** | **TOTAL APPROVED BUDGET** | $10,000.00 |
| **m.** | **Federal Share** | $10,000.00 |
| **n.** | **Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-939ZTSX | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-21-0949 |
| 3-939ZTSX | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-23-0949 |
| 2-9390JEC | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-22-0943 |
| 2-939ZSLX | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-22-0949 |
| 2-9390EX2 | 20NU50CK000562C3 | CK | 41.51 | 93.283 | $0.00 | 75-2024-0943 |
| 1-9390EX2 | 20NU50CK000562C3 | CK | 41.51 | 93.283 | $0.00 | 75-2024-0943 |
| 1-9390GR3 | 20NU50CK000562C5 | CK | 41.51 | 93.283 | $0.00 | 75-2124-0943 |
| 4-939ZSMA | 20NU50CK000562 | CK | 41.51 | 93.283 | $0.00 | 75-24-0949 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NU50CK000562-05-01
FAIN#   NU50CK000562
Federal Award Date:  10/23/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT      6 NU50CK000562-05-01

1. Terms and Conditions

## ADDITIONAL TERMS AND CONDITIONS OF AWARD

**Revised Budget:** The purpose of this amended Notice of Award is to approve the **revised budget request** submitted by your organization dated **September 30, 2024** . Funds have been distributed as indicated in the approved budget of this Notice of Award.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

Please be advised that recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, necessary, and reasonable.

**PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000562-05-02
FAIN# NU50CK000562
Federal Award Date: 03/24/2025

## Recipient Information

1. **Recipient Name**
   COLORADO DEPARTMENT OF PUBLIC
   HEALTH & ENVIRONMENT
   4300 E Cherry Creek South Dr
   Colorado Department of Public Health and
   Environme-DUP
   Denver, CO 80246-1523
2. **Congressional District of Recipient**
   01
3. **Payment System Identifier (ID)**
   1840644739A4
4. **Employer Identification Number (EIN)**
   840644739
5. **Data Universal Numbering System (DUNS)**
   878208826
6. **Recipient's Unique Entity Identifier (UEI)**
   Y3WEW9MQ6NH5
7. **Project Director or Principal Investigator**
   Ms. Lori  Kennedy
   lori.kennedy@state.co.us
   303-692-2624

8. **Authorized Official**
   Ms. Jannette  Scarpino.
   N/A
   jannette.scarpino@state.co.us
   303-692-2127

### Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Regina Mobley
   Grants Management Specialist
   tlz7@cdc.gov
   678-754-4986

10. **Program Official Contact Information**
    Adamma  Ibe
    Program Officer
    qag9@cdc.gov
    111-111-1111

## Federal Award Information

11. **Award Number**
    6 NU50CK000562-05-02
12. **Unique Federal Award Identification Number (FAIN)**
    NU50CK000562
13. **Statutory Authority**
    301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

14. **Federal Award Project Title**
    Advancing the Centers of Excellence in Newcomer Health

15. **Assistance Listing Number**
    93.283
16. **Assistance Listing Program Title**
    Centers for Disease Control and Prevention Investigations and Technical Assistance

17. **Award Action Type**
    Administrative Action
18. **Is the Award R&D?**
    No

### Summary Federal Award Financial Information

19. **Budget Period Start Date** 09/30/2024 **- End Date** 03/24/2025
20. **Total Amount of Federal Funds Obligated by this Action** — $0.00
    20a. Direct Cost Amount — $0.00
    20b. Indirect Cost Amount — $0.00
21. Authorized Carryover — $0.00
22. Offset — $0.00
23. Total Amount of Federal Funds Obligated this budget period — $10,000.00
24. **Total Approved Cost Sharing or Matching, where applicable** — $0.00
25. **Total Federal and Non-Federal Approved this Budget Period** — $10,000.00
26. **Period of Performance Start Date** 09/30/2020 **- End Date** 03/24/2025
27. Total Amount of the Federal Award including Approved
    Cost  Sharing or Matching this Period of Performance — $6,235,228.00

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
    Percy Jernigan

## 30. Remarks

Department Authority

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU50CK000562-05-02
FAIN# NU50CK000562
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**

COLORADO DEPARTMENT OF PUBLIC

HEALTH & ENVIRONMENT

4300 E Cherry Creek South Dr

Colorado Department of Public Health and

Environme-DUP

Denver, CO 80246-1523

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier (UEI)**

Y3WEW9MQ6NH5

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only

II.  Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a.  Salaries and Wages** | $0.00 |
| **b.  Fringe Benefits** | $0.00 |
| **c.  Total Personnel Costs** | $0.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $0.00 |
| **f.  Travel** | $0.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $9,595.00 |
| **i.  Contractual** | $0.00 |
| **j.  TOTAL DIRECT COSTS** | $9,595.00 |
| **k.  INDIRECT COSTS** | $405.00 |
| **l.  TOTAL APPROVED BUDGET** | $10,000.00 |
| **m.  Federal Share** | $10,000.00 |
| **n.  Non-Federal Share** | $0.00 |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390GR3 | 20NU50CK000562C5 | CK | 41.51 | 93.283 | $0.00 | 75-2124-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**     Notice of Award

Centers for Disease Control and Prevention

Award#  6 NU50CK000562-05-02
FAIN#   NU50CK000562
Federal Award Date:  03/24/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT      6 NU50CK000562-05-02

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of use of funding under the listed document number(s) is effective as of the date set out in your Notice of Award.

Impacted document numbers are included on page 2 of this Notice of Award (NoA).

No additional activities can be conducted, and no additional costs may be incurred, as it relates to these funds.  Unobligated award balances of COVID-19 funding will be de-obligated by CDC. Award activities under other funding may continue consistent with the terms and conditions of the award.

**Final Federal Financial Report (FFR, SF-425)**: Within 30 days please submit final FFR's for impacted document numbers.  The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**All other terms and conditions of this award remain in effect.**

| 1. DATE ISSUED *MM/DD/YYYY*<br>06/25/2019 | 1a. SUPERSEDES AWARD NOTICE dated<br>except that any additions or restrictions previously imposed<br>remain in effect unless specifically rescinded |
|---|---|

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Centers for Disease Control and Prevention**
**CDC Office of Financial Resources**

2. CFDA NO.
93.268 - Immunization Cooperative Agreements

2939 Brandywine Road
Atlanta, GA 30341

3. ASSISTANCE TYPE Cooperative Agreement

| 4. GRANT NO. 1 NH23IP922600-01-00<br>Formerly | 5. TYPE OF AWARD<br>Demonstration |
|---|---|
| 4a. FAIN NH23IP922600 | 5a. ACTION TYPE New |

**NOTICE OF AWARD**
AUTHORIZATION (Legislation/Regulations)
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C.
Sections 247b. 247b(k)(2) and 247c). as amended.

| 6. PROJECT PERIOD *MM/DD/YYYY*<br>From 07/01/2019 | Through | *MM/DD/YYYY*<br>06/30/2024 |
|---|---|---|
| 7. BUDGET PERIOD *MM/DD/YYYY*<br>From 07/01/2019 | Through | *MM/DD/YYYY*<br>06/30/2020 |

8. TITLE OF PROJECT (OR PROGRAM)
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

| 9a. GRANTEE NAME AND ADDRESS<br>PUBLIC HEALTH AND ENVIRONMENT, COLORADO DEPARTMENT OF<br>4300 CHERRY CREEK SOUTH DR<br>DENVER, CO 80246-1523 | 9b. GRANTEE PROJECT DIRECTOR<br>Ms. Lynn Trefren<br>4300 CHERRY CREEK SOUTH DR<br>DENVER, CO 80246-1523<br>Phone: (303) 692-6242 |
|---|---|
| 10a. GRANTEE AUTHORIZING OFFICIAL<br>Mr. John Chase<br>4300 Cherry Creek Drive South<br>Grants Administration<br>Denver, CO 80246-1523 | 10b. FEDERAL PROJECT OFFICER<br>Maribeth Eckert<br>1600 Clifton Rd<br>Atlanta, GA 30333<br>Phone: 404-639-8800 |

**ALL AMOUNTS ARE SHOWN IN USD**

| 11. APPROVED BUDGET (Excludes Direct Assistance) | | 12. AWARD COMPUTATION | |
|---|---|---|---|
| I  Financial Assistance from the Federal Awarding Agency Only | | a. Amount of Federal Financial Assistance (from item 11m) | 5,785,549.00 |
| II Total project costs including grant funds and all other financial participation | I | b. Less Unobligated Balance From Prior Budget Periods | 0.00 |
| | | c. Less Cumulative Prior Award(s) This Budget Period | 0.00 |
| a.  Salaries and WageS ........................ | 2,375,557.00 | d. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | 5,785,549.00 |
| b.  Fringe Benefits ........................ | 783,934.00 | 13. Total Federal Funds Awarded to Date for Project Period | 5,785,549.00 |
| c.     Total Personnel Costs ............ | 3,159,491.00 | 14. RECOMMENDED FUTURE SUPPORT<br>*(Subject to the availability of funds and satisfactory progress of the project):* | |
| d.  Equipment | 30,000.00 | | |
| e.  Supplies ........................ | 20,793.00 | | |

| 14. RECOMMENDED FUTURE SUPPORT | | | |
|---|---|---|---|
| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL DIRECT COSTS |
| a. 2 | | d. 5 | |
| b. 3 | | e. 6 | |
| c. 4 | | f. 7 | |

| 11. APPROVED BUDGET (cont.) | |
|---|---|
| f.  Travel ........................ | 45,071.00 |
| g.  Construction | 0.00 |
| h.  Other ........................ | 184,244.00 |
| i.  Contractual | 1,594,920.00 |
| j.     TOTAL DIRECT COSTS → | 5,034,519.00 |
| k.  INDIRECT COSTS | 751,030.00 |
| l.  **TOTAL APPROVED BUDGET** | 5,785,549.00 |
| m.  Federal Share | 5,785,549.00 |
| n.  Non-Federal Share | 0.00 |

15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:
a.  DEDUCTION
b.  ADDITIONAL COSTS
c.  MATCHING
d.  OTHER RESEARCH (Add / Deduct Option)
e.  OTHER (See REMARKS)

**b**

16. THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:
a.  The grant program legislation
b.  The grant program regulations.
c.  This award notice including terms and conditions, if any, noted below under REMARKS.
d.  Federal administrative requirements, cost principles and audit requirements applicable to this grant.
In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

REMARKS   (Other Terms and Conditions Attached -  [X] Yes    [ ] No)

GRANTS MANAGEMENT OFFICIAL:
Erica Stewart, Grants Management Officer
2939 Flowers Rd
TV-2
Atlanta, GA 30341
Phone: 770-488-2769

| 17.OBJ CLASS | 41.51 | 18a. VENDOR CODE | 1840644739A4 | 18b. EIN | 840644739 | 19. DUNS | 878208826 | 20. CONG. DIST. | 01 |
|---|---|---|---|---|---|---|---|---|---|
| FY-ACCOUNT NO. | | DOCUMENT NO. | | ADMINISTRATIVE CODE | | AMT ACTION FIN ASST | | APPROPRIATION | |
| 21. a. 9-93909KZ | b. | 19NH23IP922600 | c. | IP | d. | $3,447,981.00 | e. | 75-X-0951 | |
| 22. a. 9-9390BKG | b. | 19NH23IP922600 | c. | IP | d. | $595,560.00 | e. | 75-75-X-0512-009 | |
| 23. a. 9-9390BKJ | b. | 19NH23IP922600 | c. | IP | d. | $52,310.00 | e. | 75-75-X-0512-009 | |

NOTICE OF AWARD (Continuation Sheet)

| PAGE  2 of 3 | DATE ISSUED 06/25/2019 |
|---|---|
| GRANT NO.     1 NH23IP922600-01-00 | |

| FY-ACCOUNT NO. | | DOCUMENT NO. | | ADMINISTRATIVE CODE | | AMT ACTION FIN ASST | | APPROPRIATION |
|---|---|---|---|---|---|---|---|---|
| 24.a.    9-9390BKM | b. | 19NH23IP922600 | c. | IP | d. | $749,372.00 | e. | 75-75-X-0512-009 |
| 25.a.    9-939ZRWL | b. | 19NH23IP922600 | c. | IP | d. | $268,621.00 | e. | 75-19-0951 |
| 26.a.    9-939ZRYH | b. | 19NH23IP922600 | c. | IP | d. | $671,705.00 | e. | 75-19-0951 |

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $10,000.00 | $10,000.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $10,000.00 | $10,000.00 |

| NOTICE OF AWARD (Continuation Sheet) | PAGE   3 of 3 | DATE ISSUED 06/25/2019 |
|---|---|---|
| | GRANT NO.    1 NH23IP922600-01-00 | |

| Federal Financial Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 07/01/2019 | 06/30/2020 | Annual | 09/28/2020 |
| 07/01/2020 | 06/30/2021 | Annual | 09/28/2021 |
| 07/01/2021 | 06/30/2022 | Annual | 09/28/2022 |
| 07/01/2022 | 06/30/2023 | Annual | 09/28/2023 |
| 07/01/2023 | 06/30/2024 | Annual | 09/28/2024 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                    1 NH23IP922600-01-00

1. Terms and Conditions

**AWARD INFORMATION**

**Incorporation**:  In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number IP19-1901, entitled Immunization and Vaccines for Children, and application dated Mar 29, 2019 as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NOA).

**Approved Funding:**  Funding in the amount of $5,785,549 is approved for the Year 2019 budget period, which is July 1, 2019 through June 30, 2020. All future year funding will be based on satisfactory programmatic progress and the availability of funds.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

The NOFO provides for the funding of multiple components under this award.  The approved component funding levels for this notice of award are:

| Funding Type | Amount |
|---|---|
| Project BB1 | $ 374,090 |
| Project CC3 | $239,052 |
| **Core Funding** | $5,172,407 |

**Approved But Unfunded:**  Travel to the following CDC Sponsored or co-sponsored meetings is approved but not funded at this time: National Immunization Conference (NIC), Immunization Awardee Meetings, Influenza Immunization Summit, and the Public Health Informatics Conference.

Note: Refer to the Payment Information section for draw down and Payment Management System (PMS) subaccount information.

**Financial Assistance Mechanism:** Cooperative Agreement

**Substantial Involvement by CDC:**  This is a cooperative agreement and CDC will have substantial programmatic involvement after the award is made.  Substantial involvement is in addition to all post-award monitoring, technical assistance, and performance reviews undertaken in the normal course of stewardship of federal funds.

CDC program staff will assist, coordinate, or participate in carrying out effort under the award, and recipients agree to the responsibilities therein, as detailed in the NOFO and below.

- Provide guidance, trainings, tools, and technical assistance to award recipient on program area components.

- Host conference calls for sharing information from CDC and between award recipients.

- Work with award recipients on planning and implementation of required and proposed activities.

- Monitor award recipient vaccine spend plan and replenishment providing regular feedback and working with award recipient to address barriers.

- Analyze and report results of surveys regarding national, state and selected local level vaccination coverage.

- Analyze and report result of surveys of award recipient plans and activities related to preparedness.

- Collaboration with external partners to promote IIS in national health IT settings.

- Develop and support improvements in IIS data quality and program measures to assess IIS performance.

- Use IIS submitted data to develop methods to estimate national vaccination coverage and calculate vaccination coverage estimates for routinely recommended childhood vaccines.

- Use IIS submitted data to monitor seasonal or pandemic influenza vaccination among ages that are available in the IIS data.

- Assist, as needed, in the development of data collection and reporting methods for school-enterer vaccination coverage surveys.

- Provide VFC policy guidance via the VFC Operations Guide, periodic trainings and conference calls, including use of the CDC developed quality assurance site visit tools, to assist award recipient implement their VFC program in accordance with federal requirements.

- Provide subject matter guidance in all program component areas.

**Direct Assistance (DA):** DA is awarded in the amount of $ 10,000 in this budget period.

**Summary/Technical Review Response Requirement**: The review comments on the strengths and weaknesses of the proposal are provided as part of this award.  A response to the weaknesses in these statements must be submitted in GrantSolutions Grant Notes and approved, in writing, by the Grants Management Specialist/Grants Management Officer (GMS/GMO) noted in the CDC Staff Contacts section of this NOA, no later than 60 days from the budget period start date. Failure to submit the required information by the due date, September 3, 2019, will cause delay in programmatic progress and will adversely affect the future funding of this project.

**Budget Revision Requirement:**  By September 3, 2019 the recipient must submit a revised budget with a narrative justification in GrantSolutions Grant Notes.  Failure to submit the required information in a timely manner may adversely affect the future funding of this project.  If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date.

**Program Income**: Any program income generated under this grant or cooperative agreement will be used in accordance with the Addition alternative.

<u>Addition alternative</u>**:** Under this alternative, program income is added to the funds committed to the project/program and is used to further eligible project/program objectives.

Note: The disposition of program income must have written prior approval from the GMO.

| FUNDING RESTRICTIONS AND LIMITATIONS |
|---|

**Notice of Funding Opportunity (NOFO) Restrictions**:

- Recipients may not use funds for research.

- Recipients may not use funds for clinical care except as allowed by law.

- Recipients may use funds only for reasonable program purposes, including personnel, travel, supplies,

and services.

- Generally, recipients may not use funds to purchase furniture or equipment. Any such proposed spending must be clearly identified in the budget.

- Reimbursement of pre-award costs generally is not allowed, unless the CDC provides written approval to the recipient.

- Other than for normal and recognized executive-legislative relationships, no funds may be used for:

  - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body

  - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body

  - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients.

- The direct and primary recipient in a cooperative agreement program must perform a substantial role in carrying out project outcomes and not merely serve as a conduit for an award to another party or provider who is ineligible.

- In accordance with the United States Protecting Life in Global Health Assistance policy, all non-governmental organization (NGO) applicants acknowledge that foreign NGOs that receive funds provided through this award, either as a prime recipient or subrecipient, are strictly prohibited, regardless of the source of funds, from performing abortions as a method of family planning or engaging in any activity that promotes abortion as a method of family planning, or to provide financial support to any other foreign non-governmental organization that conducts such activities. See Additional Requirement (AR) 35 for applicability (https://www.cdc.gov/grants/additionalrequirements/ar-35.html).

**Indirect Costs:**

Indirect costs are not approved for this award, because indirect costs were not requested or an approved Indirect Cost Rate Agreement has not been established.  To have indirect costs approved for this grant, submit an approved indirect cost rate agreement to the grants management specialist no later than September 30, 2019.

**REPORTING REQUIREMENTS**

**Performance Progress and Monitoring:** Performance information collection initiated under this grant/cooperative agreement has been approved by the Office of Management and Budget under **OMB Number 0920-1132**, **"Performance Progress and Monitoring Report", Expiration Date 8/31/2019**.  The components of the PPMR are available for download at: https://www.cdc.gov/grants/alreadyhavegrant/Reporting.html .

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):**
Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.  Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially

affecting the federal award.   Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Freda Johnson, Grants Management Officer/Specialist
Centers for Disease Control and Prevention
**Infectious Disease Services Branch**
**2939 Flowers Road, MS TV2**
**Atlanta, GA 30341**
Fax: 770-488-2640 (Include "Mandatory Grant Disclosures" in subject line)
Email: WVE2@CDC.GOV  (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371.  Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b))  CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

**PAYMENT INFORMATION**

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a newly established subaccount in the PMS, herein identified as the "P  Account".  Funds must be used in support of approved activities in the NOFO and the approved application. All award funds must be tracked and reported separately.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

Subaccount Title: 19NH23IP922600

**CDC Staff Contacts**

**Grants Management Specialist:** The GMS is the federal staff member responsible for the day-to-day

management of grants and cooperative agreements.  The GMS is the primary contact of recipients for business and administrative matters pertinent to grant awards.

**GMS Contact:**
Freda Johnson, Grants Management Specialist
Centers for Disease Control and Prevention
Infectious Disease Services Branch
2939 Flowers Road, MS TV2
Atlanta, GA 30341
Telephone: 770-488-3107
Fax: 770-488-2640
Email: Fjohnson5@cdc.gov

**Program/Project Officer:** The PO is the federal official responsible for monitoring the programmatic, scientific, and/or technical aspects of grants and cooperative agreements, as well as contributing to the effort of the award under cooperative agreements.

**Grants Management Officer:** The GMO is the federal official responsible for the business and other non-programmatic aspects of grant awards. The GMO is the only official authorized to obligate federal funds and is responsible for signing the NOA, including revisions to the NOA that change the terms and conditions.  The GMO serves as the counterpart to the business officer of the recipient organization.  GMO contact information is located on Page 1 of this NOA.

| 1. DATE ISSUED *MM/DD/YYYY* | 1a. SUPERSEDES AWARD NOTICE dated *MM/DD/YYYY* except that any additions or restrictions previously imposed remain in effect unless specifically rescinded | DEPARTMENT OF HEALTH AND HUMAN SERVICES |
|---|---|---|
| 09/23/2020 | | Centers for Disease Control and Prevention |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Centers for Disease Control and Prevention**
CDC Office of Financial Resources

**2. CFDA NO.**
93.268 - Immunization Cooperative Agreements

**3. ASSISTANCE TYPE** Cooperative Agreement

| **4. GRANT NO.** 6 NH23IP922600-02-02 Formerly | **5. TYPE OF AWARD** Demonstration |
|---|---|

2939 Brandywine Road
Atlanta, GA 30341

**4a. FAIN** NH23IP922600 | **5a. ACTION TYPE** Post Award Amendment

| **6. PROJECT PERIOD** *MM/DD/YYYY* | | |
|---|---|---|
| From 07/01/2019 | Through | 06/30/2024 |

**NOTICE OF AWARD**

| **7. BUDGET PERIOD** *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|
| From 07/01/2020 | Through | 06/30/2021 |

AUTHORIZATION (Legislation/Regulations)
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b. 247b(k)(2) and 247c). as amended.

**8. TITLE OF PROJECT (OR PROGRAM)**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

| **9a. GRANTEE NAME AND ADDRESS** | **9b. GRANTEE PROJECT DIRECTOR** |
|---|---|
| PUBLIC HEALTH AND ENVIRONMENT, COLORADO DEPARTMENT OF | Ms. Lynn Trefren |
| 4300 E Cherry Creek South Dr | 4300 CHERRY CREEK SOUTH DR |
| Denver, CO 80246-1523 | DENVER, CO 80246-1523 |
| | Phone: (303) 692-6242 |

| **10a. GRANTEE AUTHORIZING OFFICIAL** | **10b. FEDERAL PROJECT OFFICER** |
|---|---|
| Ms. Joy  Moore | Hilary  Oliphant |
| 4300 CHERRY CREEK SOUTH DR | 4770 Buford Highway |
| Colorado Dept of Public Health | Chamblee, GA 30341 |
| DENVER, CO 80246-1523 | Phone: 770-488-3973 |

**ALL AMOUNTS ARE SHOWN IN USD**

| **11. APPROVED BUDGET** (Excludes Direct Assistance) | | **12. AWARD COMPUTATION** | |
|---|---|---|---|
| I Financial Assistance from the Federal Awarding Agency Only | | a. Amount of Federal Financial Assistance (from item 11m) | 9,625,306.00 |
| II Total project costs including grant funds and all other financial participation | **I** | b. Less Unobligated Balance From Prior Budget Periods | 498,373.00 |
| | | c. Less Cumulative Prior Award(s) This Budget Period | 5,856,069.00 |
| a. Salaries and WageS …………………………….. | 2,811,412.00 | **d. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION** | **3,270,864.00** |
| b. Fringe Benefits …………………………….. | 930,559.00 | **13. Total Federal Funds Awarded to Date for Project Period** | 17,426,270.00 |
| c. Total Personnel Costs …………….. | 3,741,971.00 | **14. RECOMMENDED FUTURE SUPPORT** *(Subject to the availability of funds and satisfactory progress of the project):* | |
| d. Equipment | 22,500.00 | | |
| e. Supplies …………………………….. | 132,918.00 | | |
| f. Travel …………………………….. | 93,899.00 | | |
| g. Construction | 0.00 | | |
| h. Other | 292,188.00 | | |
| i. Contractual | 4,196,075.00 | | |
| j. TOTAL DIRECT COSTS ⟶ | 8,479,551.00 | | |
| k. INDIRECT COSTS | 1,145,755.00 | | |
| l. **TOTAL APPROVED BUDGET** | 9,625,306.00 | | |
| m. Federal Share | 9,625,306.00 | | |
| n. Non-Federal Share | 0.00 | | |

**14. RECOMMENDED FUTURE SUPPORT**

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL  DIRECT COSTS |
|---|---|---|---|
| a. 3 | | d. 6 | |
| b. 4 | | e. 7 | |
| c. 5 | | f. 8 | |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**
a.  DEDUCTION
b.  ADDITIONAL COSTS
c.  MATCHING
d.  OTHER RESEARCH (Add / Deduct Option)
e.  OTHER (See REMARKS)

**b**

**16. THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:**
a.  The grant program legislation
b.  The grant program regulations.
c.  This award notice including terms and conditions, if any, noted below under REMARKS.
d.  Federal administrative requirements, cost principles and audit requirements applicable to this grant.
In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail.  Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS** (Other Terms and Conditions Attached - [X] Yes  [ ] No)
Supplemental Funding: Financial Assistance in the amount of $3,270,864

**GRANTS MANAGEMENT OFFICIAL:**
Brownie Anderson-Rana, Grants Management Officer
2939 Flowers Road
Mailstop TV2
Atlanta, GA 30341-5509
Phone: 770-488-2771

| **17.OBJ CLASS** 41.51 | **18a. VENDOR CODE** 1840644739A4 | **18b. EIN** 840644739 | **19. DUNS** 878208826 | **20. CONG. DIST.** 01 |
|---|---|---|---|---|
| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | APPROPRIATION |
| 21. a. 0-9390BKG | b. 19NH23IP922600 | c. IP | d. $105,731.00 | e. 75-75-X-0512-009 |
| 22. a. 0-9390FG3 | b. 20NH23IP922600C3 | c. IP | d. $3,165,133.00 | e. 75-2024-0943 |
| 23. a. | b. | c. | d. | e. |

| NOTICE OF AWARD (Continuation Sheet) | PAGE  2 of 3 | DATE ISSUED 09/23/2020 |
|---|---|---|
| | GRANT NO.    6 NH23IP922600-02-02 | |

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

2

| NOTICE OF AWARD (Continuation Sheet) | PAGE  3 of 3 | DATE ISSUED 09/23/2020 |
|---|---|---|
| | GRANT NO.     6 NH23IP922600-02-02 | |

| Federal Financial Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 07/01/2019 | 06/30/2020 | Annual | 09/28/2020 |
| 07/01/2020 | 06/30/2021 | Annual | 09/28/2021 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                    6 NH23IP922600-02-02

1. Revised Terms and Conditions

## AWARD INFORMATION

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number IP19-1901, entitled, *Immunization and Vaccines for Children*, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Component Funding:** Additional funding in the amount **$3,270,864** is approved for the Year 02 budget period, which is July1, 2020 through June 30, 2021.

The NOFO provides for the funding of multiple components under this award. The approved component funding levels for this notice of award are:

| NOFO Component | Amount |
|---|---|
| **COVID-19** | $3,165,133 |
| **VFC FA Operations** | $105,731 |

**Recipients have until July 5, 2021 to expend all COVID-19 funds awarded herein**

**Overtime:** Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Coronavirus Disease 2019 (COVID-19) Funds:** A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); and/or the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139) agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS– CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC. HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-

reporting-guidance.pdf.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
  - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
    - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
    - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
  - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- All unallowable costs cited in CDC-RFA-CK19-1904 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 – Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.

**COVID-19 and VFC Funding Budget Revision Requirement:** The recipient must submit a revised budget with a narrative justification and workplan within 30 days after the receipt of this Notice of Award. Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date. **A separate narrative and workplan must be submitted in accordance with the COVID-19 guidance and must also be uploaded in GMM as an amendment with a SF424A.**

## REPORTING REQUIREMENTS

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information

related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Wayne Woods, Grants Management Specialist
Centers for Disease Control and Prevention
Branch 1
2939 Flowers Road, M/S TV2
Atlanta, GA 30341
Email: kuv1@cdc.gov (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures,
Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC 20201
Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line)
or Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

## PAYMENT INFORMATION

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1- 800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

| Component: CORE |
| --- |
| Document Number: 19NH23IP922600 |

| Component:  COVID-19 |
| --- |
| Document Number: 20NH23IP922600C3 |

## CDC Staff Contacts

**Grants Management Specialist:**
Wayne Woods, Grants Management Specialist (GMS)
Centers for Disease Control and Prevention
Branch 1
2920 Brandywine Road, M/S TV1
Atlanta, GA 30341
Telephone: 770-488-2948
Email: kuv1@cdc.gov

**Stewardship**: The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-02-03
FAIN# NH23IP922600
Federal Award Date: 11/25/2020

## Recipient Information

**1. Recipient Name**
Colorado Dept of Public Health
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Ms. Lynn  Trefren
LYNN.TREFREN@STATE.CO.US
(303) 692-6242

**8. Authorized Official**
Ms. Joy  Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Hilary  Oliphant
Public Health Advisor
hbo1@cdc.gov
770-488-3973

## Federal Award Information

**11. Award Number**
6 NH23IP922600-02-03
**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600
**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as ame
**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268
**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Budget Revision
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2020 **- End Date** 06/30/2021 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $443.00 |
| 20b. Indirect Cost Amount | | ($443.00) |
| **21.** Authorized Carryover | | $498,373.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $9,126,933.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $9,126,933.00 |
| **26. Project Period  Start Date** 07/01/2019 **- End Date** 06/30/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | $17,426,270.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

Revised Budget- Approved

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award#  6 NH23IP922600-02-03
FAIN#   NH23IP922600
Federal Award Date:  11/25/2020

---

## Recipient Information

**Recipient Name**

Colorado Dept of Public Health
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier**

Not Available

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Demonstration

---

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $2,745,689.00 |
| **b. Fringe Benefits** | $908,032.00 |
| **c. Total Personnel Costs** | $3,653,721.00 |
| **d. Equipment** | $22,500.00 |
| **e. Supplies** | $132,918.00 |
| **f. Travel** | $93,899.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $287,775.00 |
| **i. Contractual** | $4,289,181.00 |
| **j. TOTAL DIRECT COSTS** | $8,479,994.00 |
| **k. INDIRECT COSTS** | $1,145,312.00 |
| **l. TOTAL APPROVED BUDGET** | $9,625,306.00 |
| **m. Federal Share** | $9,625,306.00 |
| **n. Non-Federal Share** | $0.00 |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---:|---|
| 0-9390BKG | 19NH23IP922600 | IP | 41.51 | $0.00 | 75-75-X-0512-009 |
| 0-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | $0.00 | 75-2024-0943 |

Page 2



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922600-02-03
FAIN#   NH23IP922600
Federal Award Date:  11/25/2020

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                    6 NH23IP922600-02-03

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS**

**PURPOSE:** The purpose of this amended notice of award is to approve the **Budget Revision** as submitted on November 03, 2020. The activities have been reviewed and found to be appropriate and consistent with program objectives. Therefore, the request is incorporated by reference.

These funds have been approved by cost categories as follows:

| Budget Category | Original Awarded Budget | Requested Redirection | Revised Award |
|---|---|---|---|
| Salaries and Wages | $2,811,412 | -$65,723 | $2,745,689 |
| Fringe Benefits | $930,559 | -$22,527 | $908,032 |
| Consultants | $0 | $0 | $0 |
| Equipment | $22,500 | $0 | $22,500 |
| Supplies | $132,918 | $0 | $132,918 |
| Travel | $93,899 | $0 | $93,899 |
| Other | $292,188 | -$4,413 | $287,775 |
| Contractual | $4,196,075 | $93,106 | $4,289,181 |
| **Total Direct Costs** | $8,479,551 | $443 | **$8,479,994** |
| | | | |
| Indirect costs | $1,145,755 | -$443 | $1,145,312 |
| **Total Award** | **$9,625,306** | **$0** | **$9,625,306** |

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

Please be advised that grantee must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, necessary and reasonable.

**Grants Management Specialist:**
Wayne Woods, Grants Management Specialist (GMS)
Centers for Disease Control and Prevention
Branch 1
2920 Brandywine Road, M/S E-15
Atlanta, GA 30341
Telephone: 770-488-2948
Email: kuv1@cdc.gov

**PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH23IP922600-02-04

FAIN#   NH23IP922600

Federal Award Date:  12/16/2020

## Recipient Information

**1. Recipient Name**
Colorado Dept of Public Health
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Ms. Lynn  Trefren
LYNN.TREFREN@STATE.CO.US
(303) 692-6242

**8. Authorized Official**
Ms. Joy  Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10.Program Official Contact Information**
Hilary  Oliphant
Public Health Advisor
hbo1@cdc.gov
770-488-3973

## Federal Award Information

**11. Award Number**
6 NH23IP922600-02-04

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as ame

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date**  07/01/2020  **- End Date**  06/30/2021 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $2,215,322.00 |
| 20a. Direct Cost Amount | | $1,990,231.00 |
| 20b. Indirect Cost Amount | | $225,091.00 |
| **21.** Authorized Carryover | | $498,373.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $9,126,933.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $11,342,255.00 |
| **26. Project Period  Start Date**  07/01/2019  **- End Date**  06/30/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | $19,641,592.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Freda Johnson

## 30. Remarks

Supplemental Funding in the Amount of $2,215,322.00

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH23IP922600-02-04
FAIN#  NH23IP922600
Federal Award Date:  12/16/2020

## Recipient Information

**Recipient Name**

Colorado Dept of Public Health
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier**

Not Available

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Demonstration

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a.  Salaries and Wages** | $3,228,417.00 |
| **b.  Fringe Benefits** | $1,067,332.00 |
| **c.  Total Personnel Costs** | $4,295,749.00 |
| **d.  Equipment** | $22,500.00 |
| **e.  Supplies** | $132,918.00 |
| **f.  Travel** | $93,899.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $351,978.00 |
| **i.  Contractual** | $5,573,181.00 |
| **j.  TOTAL DIRECT COSTS** | $10,470,225.00 |
| **k.  INDIRECT COSTS** | $1,370,403.00 |
| **l.  TOTAL APPROVED BUDGET** | $11,840,628.00 |
| **m.  Federal Share** | $11,840,628.00 |
| **n.  Non-Federal Share** | $0.00 |

---

**34. Accounting Classification Codes**

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| 1-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | $2,215,322.00 | 75-2024-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#    6 NH23IP922600-02-04
FAIN#    NH23IP922600
Federal Award Date:    12/16/2020

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#   6 NH23IP922600-02-04
FAIN#    NH23IP922600
Federal Award Date:   12/16/2020

| 35. Terms And Conditions |
|---|

**Federal Financial Report Cycle**

| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
|---|---|---|---|
| 07/01/2019 | 06/30/2020 | Annual | 09/28/2020 |
| 07/01/2020 | 06/30/2021 | Annual | 09/28/2021 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                6 NH23IP922600-02-04

1. Terms and Conditions

## AWARD INFORMATION

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number IP19-1901, entitled, *Immunization and Vaccines for Children*, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Component Funding:** Additional funding in the amount $2,215,322 is approved for the Year 02 budget period, which is July 1, 2020 through June 30, 2021.

The NOFO provides for the funding of multiple components under this award. The approved component funding levels for this notice of award are:

| NOFO Component | Amount |
|---|---|
| **COVID-19** | $2,215,322 |

**Recipients have until June 30, 2022 to expend all COVID-19 funds awarded in Year 2**

**Overtime:** Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Coronavirus Disease 2019 (COVID-19) Funds:** A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); and/or the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139) agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS– CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC. HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-reporting-guidance.pdf.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the

purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
  - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
    - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
    - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
  - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- All unallowable costs cited in CDC-RFA-IP19-1901 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 – Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.

## ADMINISTRATIVE REQUIREMENTS

The recipient must respond to the comments in the technical review and/or OGS Budget Comments in accordance with the recommendations provided in GrantSolutions as a Grant Note within 45 days of receipt of the Notice of Award. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the Awarding Agency Contact Information section on the first page before the due date.

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.  Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.   Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services

Wayne Woods, Grants Management Specialist (GMS)
Centers for Disease Control and Prevention
Branch 1
2920 Brandywine Road, M/S E-15
Atlanta, GA 30341
Telephone: 770-488-2948
Email: kuv1@cdc.gov  (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures,
Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC 20201
Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line)
or Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

**PAYMENT INFORMATION**

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1- 800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

**Stewardship**: The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH23IP922600-02-05
FAIN#   NH23IP922600
Federal Award Date:  01/15/2021

## Recipient Information

**1. Recipient Name**

Colorado Dept of Public Health

4300 E Cherry Creek South Dr

Denver, CO 80246-1523

[NO DATA]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**

Ms. Lynn  Trefren

LYNN.TREFREN@STATE.CO.US

(303) 692-6242

**8. Authorized Official**

Ms. Joy  Moore

Interim Chief Financial Officer

joy.moore@state.co.us

303-692-2966

### Federal Agency Information

CDC Office of Financial Resources

**9. Awarding Agency Contact Information**

Wayne Woods

kuv1@cdc.gov

770-488-2948

**10.Program Official Contact Information**

Hilary  Oliphant

Public Health Advisor

hbo1@cdc.gov

770-488-3973

## Federal Award Information

**11. Award Number**
6 NH23IP922600-02-05

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2020  **- End Date** 06/30/2021 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $52,035,091.00 |
| 20a. Direct Cost Amount | | $52,035,091.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $498,373.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $11,342,255.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $63,377,346.00 |
| **26. Project Period  Start Date** 07/01/2019  **- End Date** 06/30/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | $71,676,683.00 |

**28. Authorized Treatment of Program Income**

ADDITIONAL COSTS

**29. Grants Management Officer – Signature**

Freda Johnson

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH23IP922600-02-05
FAIN#   NH23IP922600
Federal Award Date:  01/15/2021

## Recipient Information

**Recipient Name**

Colorado Dept of Public Health

4300 E Cherry Creek South Dr

Denver, CO 80246-1523

[NO DATA]

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier**

Not Available

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Demonstration

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $3,228,417.00 |
| **b. Fringe Benefits** | $1,067,332.00 |
| **c. Total Personnel Costs** | $4,295,749.00 |
| **d. Equipment** | $22,500.00 |
| **e. Supplies** | $132,918.00 |
| **f. Travel** | $93,899.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $52,387,069.00 |
| **i. Contractual** | $5,573,181.00 |
| **j. TOTAL DIRECT COSTS** | $62,505,316.00 |
| **k. INDIRECT COSTS** | $1,370,403.00 |
| **l. TOTAL APPROVED BUDGET** | $63,875,719.00 |
| **m. Federal Share** | $63,875,719.00 |
| **n. Non-Federal Share** | $0.00 |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---:|---|
| 1-9390GKL | 20NH23IP922600C5 | IP | 41.51 | $52,035,091.00 | 75-2124-0943 |

Page 2



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922600-02-05
FAIN#   NH23IP922600
Federal Award Date:  01/15/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                    6 NH23IP922600-02-05

1. Terms and Conditions

| AWARD INFORMATION |
|---|

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number IP19-1901, entitled, *Immunization and Vaccines for Children*, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Component Funding:** Additional funding in the amount $52,035,091 is approved for the Year 02 budget period, which is July 1, 2020 through June 30, 2021.

The NOFO provides for the funding of multiple components under this award. The approved component funding levels for this notice of award are:

| NOFO Component | Amount |
|---|---|
| **COVID-19** | $52,035,091 |

**Recipients have until June 30, 2024 to expend all COVID-19 funds herein and previously funded.**

**Overtime:** Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Coronavirus Disease 2019 (COVID-19) Funds:** A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); and/or the Consolidated Appropriations Act, 2021, Division M – Coronavirus Response and Relief Supplemental Appropriations Act, 2021 (P.L. 116-266), agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS–CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC. HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-reporting-guidance.pdf.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the

purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
  - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
    - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
    - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
  - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- All unallowable costs cited in CDC-RFA-IP19-1901 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 – Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.

**COVID-19 Funding Budget Revision Requirement:** The recipient must submit a revised budget with a narrative justification within 45 days of receipt of the Notice of Award. Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the Awarding Agency Contact Information section on the first page before the due date.

## ADMINISTRATIVE REQUIREMENTS

The recipient must respond to the comments in the technical review and/or OGS Budget Comments in accordance with the recommendations provided in GrantSolutions as a Grant Note within 45 days of receipt of the Notice of Award. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the Awarding Agency Contact Information section on the first page before the due date.

## REPORTING REQUIREMENTS

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.  Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.   Disclosures must be sent in writing to the CDC and to

the HHS OIG at the following addresses:

CDC, Office of Grants Services
Wayne Woods, Grants Management Specialist
Centers for Disease Control and Prevention
Branch 1
2939 Flowers Road, MS-TV-2
Atlanta, GA 30341
Email: kuv1@cdc.gov  (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures,
Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC 20201
Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line)
or Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and
contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR
75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts
180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of
performance due to material failure to comply with the terms and conditions of this award in
the OMB-designated integrity and performance system accessible through SAM (currently
FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is
terminated for failure to comply with the federal statutes, regulations, or terms and conditions
of the federal award. (45 CFR 75.373(b))

| **PAYMENT INFORMATION** |
| --- |

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS
[1- 800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants
and cooperative agreements. Information also may be submitted by e-mail to
hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and
Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such
reports are treated as sensitive material and submitters may decline to give their names if they
choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved
activities have been obligated in a subaccount in the PMS, herein identified as the "P
Account". Funds must be used in support of approved activities in the NOFO and the
approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must
be known in order to draw down funds.

**Stewardship**: The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-02-06
FAIN# NH23IP922600
Federal Award Date: 01/19/2021

## Recipient Information

**1. Recipient Name**
Colorado Dept of Public Health
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Ms. Heather  Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy  Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10.Program Official Contact Information**
Hilary  Oliphant
Public Health Advisor
hbo1@cdc.gov
770-488-3973

## Federal Award Information

**11. Award Number**
6 NH23IP922600-02-06

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
PD/PI Key Personnel

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2020 **- End Date** 06/30/2021 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | ($498,373.00) |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $63,377,346.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $63,377,346.00 |
| **26. Project Period  Start Date** 07/01/2019 **- End Date** 06/30/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | $71,676,683.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Freda Johnson

## 30. Remarks

Change of Key Personnel- Approved

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH23IP922600-02-06
FAIN#  NH23IP922600
Federal Award Date:  01/19/2021

## Recipient Information

**Recipient Name**

Colorado Dept of Public Health
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier**

Not Available

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Demonstration

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $3,228,417.00 |
| **b.  Fringe Benefits** | $1,067,332.00 |
| **c.  Total Personnel Costs** | $4,295,749.00 |
| **d.  Equipment** | $22,500.00 |
| **e.  Supplies** | $132,918.00 |
| **f.  Travel** | $93,899.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $52,387,069.00 |
| **i.  Contractual** | $5,074,808.00 |
| **j.  TOTAL DIRECT COSTS** | $62,006,943.00 |
| **k.  INDIRECT COSTS** | $1,370,403.00 |
| **l.  TOTAL APPROVED BUDGET** | $63,377,346.00 |
| **m.  Federal Share** | $63,377,346.00 |
| **n.  Non-Federal Share** | $0.00 |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| 1-9390GKL | 20NH23IP922600C5 | IP | 41.51 | $0.00 | 75-2124-0943 |

Page 2



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922600-02-06
FAIN#   NH23IP922600
Federal Award Date:  01/19/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                    6 NH23IP922600-02-06

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS**

**Key Personnel:**  The purpose of this amendment is to approve the **Project Director/Principle Investigator,** change from previously listed **Lynn Trefren** to **Heather Roth**. This is in response to the request submitted by your organization dated December 16, 2020.


All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.


Please be advised that the recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, necessary and reasonable.


**Grants Management Specialist Contact:**
Wayne Woods, Grants Management Specialist (GMS)
Centers for Disease Control and Prevention
Branch 1
2920 Brandywine Road, M/S E-15
Atlanta, GA 30341
Telephone: 770-488-2948
Email: kuv1@cdc.gov


**PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH23IP922600-02-07
FAIN#   NH23IP922600
Federal Award Date:  03/18/2021

## Recipient Information

**1. Recipient Name**
Colorado Dept of Public Health
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Ms. Heather  Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy  Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10.Program Official Contact Information**
Hilary  Oliphant
Public Health Advisor
hbo1@cdc.gov
770-488-3973

## Federal Award Information

**11. Award Number**
6 NH23IP922600-02-07

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Budget Revision

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date**  07/01/2020  **- End Date**  06/30/2021 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | ($5,998,073.00) |
| 20b. Indirect Cost Amount | | $5,998,073.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $63,377,346.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $63,377,346.00 |
| **26. Project Period  Start Date**  07/01/2019  **- End Date**  06/30/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | $71,676,683.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Freda Johnson

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-02-07

FAIN# NH23IP922600

Federal Award Date: 03/18/2021

## Recipient Information

**Recipient Name**

Colorado Dept of Public Health

4300 E Cherry Creek South Dr

Denver, CO 80246-1523

[NO DATA]

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier**

Not Available

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Demonstration

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only

II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a.  Salaries and Wages** | $14,284,608.00 |
| **b.  Fringe Benefits** | $4,715,875.00 |
| **c.  Total Personnel Costs** | $19,000,483.00 |
| **d.  Equipment** | $35,429.00 |
| **e.  Supplies** | $249,369.00 |
| **f.  Travel** | $93,899.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $1,043,221.00 |
| **i.  Contractual** | $35,586,469.00 |
| **j.  TOTAL DIRECT COSTS** | $56,008,870.00 |
| **k.  INDIRECT COSTS** | $7,368,476.00 |
| **l.  TOTAL APPROVED BUDGET** | $63,377,346.00 |
| **m.  Federal Share** | $63,377,346.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| 1-9390GKL | 20NH23IP922600C5 | IP | 41.51 | $0.00 | 75-2124-0943 |

Page 2



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Notice of Award

Centers for Disease Control and Prevention

Award#   6 NH23IP922600-02-07
FAIN#   NH23IP922600
Federal Award Date:   03/18/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                      6 NH23IP922600-02-07

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS**

**Revised Budget:** The purpose of this amended Notice of Award is to approve the revised budget submitted by your organization dated March 12, 2021. Funds have been distributed as indicated in the approved budget of this Notice of Award.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

Please be advised that grantee must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, necessary, and reasonable.

**PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE**

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NH23IP922600-02-08
FAIN# NH23IP922600
Federal Award Date: 03/31/2021

## Recipient Information

**1. Recipient Name**
Colorado Dept of Public Health
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Ms. Heather Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10.Program Official Contact Information**
Hilary Oliphant
Public Health Advisor
hbo1@cdc.gov
770-488-3973

## Federal Award Information

**11. Award Number**
6 NH23IP922600-02-08

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2020 **- End Date** 06/30/2021 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $52,035,091.00 |
| 20a. Direct Cost Amount | | $52,035,091.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $63,377,346.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $115,412,437.00 |
| **26. Project Period Start Date** 07/01/2019 **- End Date** 06/30/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | | $123,711,774.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Freda Johnson

## 30. Remarks

This funding is related to the activities under COVID-19 Vaccination Supplement 4 (April 2021)

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-02-08

FAIN# NH23IP922600

Federal Award Date: 03/31/2021

## Recipient Information

**Recipient Name**

Colorado Dept of Public Health

4300 E Cherry Creek South Dr

Denver, CO 80246-1523

[NO DATA]

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier**

Not Available

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Demonstration

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $14,284,608.00 |
| **b.  Fringe Benefits** | $4,715,875.00 |
| **c.  Total Personnel Costs** | $19,000,483.00 |
| **d.  Equipment** | $35,429.00 |
| **e.  Supplies** | $249,369.00 |
| **f.  Travel** | $93,899.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $53,078,312.00 |
| **i.  Contractual** | $35,586,469.00 |
| **j.  TOTAL DIRECT COSTS** | $108,043,961.00 |
| **k.  INDIRECT COSTS** | $7,368,476.00 |
| **l.  TOTAL APPROVED BUDGET** | $115,412,437.00 |
| **m.  Federal Share** | $115,412,437.00 |
| **n.  Non-Federal Share** | $0.00 |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| 1-9390GKL | 20NH23IP922600C5 | IP | 41.51 | $22,375,089.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922600C6 | IP | 41.51 | $29,660,002.00 | 75-X-0943 |

Page 2



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#   6 NH23IP922600-02-08
FAIN#    NH23IP922600
Federal Award Date:   03/31/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                        6 NH23IP922600-02-08

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS OF AWARD**

**Incorporation:** In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at
https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number IP19- 1901, entitled, *Immunization and Vaccines for Children,* which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Component Funding:** Additional funding in the amount <u>$52,035,091</u> is approved for the Year 02 budget period, which is July 1, 2020 through June 30, 2021.

<u>**Recipients have until June 30, 2024 to expend all COVID-19 funds herein and previously funded.**</u>

<u>**Overtime**</u>: Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Coronavirus Disease 2019 (COVID-19) Funds:**  A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); and/or the Consolidated Appropriations Act, 2021, Division M -  Coronavirus Response and Relief Supplemental Appropriations Act, 2021 (P.L. 116-260), the American Rescue Plan Act of 2021 (P.L. 117-2) agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS- CoV-2 or to diagnose a possible case of COVID-19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC. HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-reporting-guidance.pdf.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
  - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
    - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
    - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
  - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- All unallowable costs cited in CDC-RFA-IP19-1901 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 - Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.

**COVID-19 Funding Budget Revision Requirement:** The recipient must submit a revised budget with a narrative justification within 60 days of receipt of the Notice of Award. If the date falls on a weekend or holiday, the submission will be due the following business day. Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the Awarding Agency Contact Information section on the first page before the due date.

---

**REPORTING REQUIREMENTS**

---

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.   Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Wayne Woods, Grants Management Specialist Centers for Disease Control and Prevention Branch 1
2939 Flowers Road, MS-TV-2 Atlanta, GA 30341
Email: kuv1@cdc.gov  (Include "Mandatory Grant Disclosures" in subject line)

**AND**

U.S. Department of Health and Human Services Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator 3301Independence Avenue, SW
Cohen Building, Room 5527 Washington, DC 20201
Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or Email:
MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and
contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR
75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts
180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of
performance due to material failure to comply with the terms and conditions of this award in
the OMB-designated integrity and performance system accessible through SAM (currently
FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is
terminated for failure to comply with the federal statutes, regulations, or terms and conditions
of the federal award. (45 CFR 75.373(b))

| PAYMENT INFORMATION |
| --- |

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-*
*TIPS [1- 800-447-8477]) for receiving information concerning fraud, waste, or abuse under*
*grants and cooperative agreements. Information also may be submitted by e-mail to*
*hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and*
*Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201.*
*Such reports are treated as sensitive material and submitters may decline to give their*
*names if they choose to remain anonymous.*

**Payment Management System Subaccount:** Funds awarded in support of approved
activities have been obligated in a subaccount in the PMS, herein identified as the "P
Account". Funds must be used in support of approved activities in the NOFO and the
approved application.

The grant document number identified on the bottom of **Page 2** of the Notice of Award must
be known to draw down funds.

**Stewardship:** The recipient must exercise proper stewardship over Federal funds by
ensuring that all costs charged to your cooperative agreement are allowable, allocable, and
reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout
the budget period unless otherwise changed, in writing, by the Grants Management Officer.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-02-09
FAIN# NH23IP922600
Federal Award Date: 05/03/2021

## Recipient Information

**1. Recipient Name**
Colorado Dept of Public Health
4300 E Cherry Creek Dr
Denver, CO 80246-1523
[NO DATA]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Ms. Heather Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Hilary Oliphant
Public Health Advisor
hbo1@cdc.gov
770-488-3973

## Federal Award Information

**11. Award Number**
6 NH23IP922600-02-09

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

**19. Budget Period Start Date** 07/01/2020 **- End Date** 06/30/2021

**20. Total Amount of Federal Funds Obligated by this Action** $4,227,851.00
   20a. Direct Cost Amount $4,227,851.00
   20b. Indirect Cost Amount $0.00

**21. Authorized Carryover** $0.00

**22. Offset** $0.00

**23. Total Amount of Federal Funds Obligated this budget period** $115,412,437.00

**24. Total Approved Cost Sharing or Matching, where applicable** $0.00

**25. Total Federal and Non-Federal Approved this Budget Period** $119,640,288.00

**26. Project Period Start Date** 07/01/2019 **- End Date** 06/30/2024

**27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period** Not Available

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-02-09
FAIN# NH23IP922600
Federal Award Date: 05/03/2021

## Recipient Information

**Recipient Name**

Colorado Dept of Public Health

4300 E Cherry Creek South Dr

Denver, CO 80246-1523

[NO DATA]

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier**

Not Available

| 31. Assistance Type |
| --- |
| Cooperative Agreement |
| **32. Type of Award** |
| Demonstration |

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only

II.  Total project costs including grant funds and all other financial participation

| | |
| --- | ---: |
| **a.  Salaries and Wages** | $14,284,608.00 |
| **b.  Fringe Benefits** | $4,715,875.00 |
| **c.  Total Personnel Costs** | $19,000,483.00 |
| **d.  Equipment** | $35,429.00 |
| **e.  Supplies** | $249,369.00 |
| **f.  Travel** | $93,899.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $57,306,163.00 |
| **i.  Contractual** | $35,586,469.00 |
| **j.  TOTAL DIRECT COSTS** | $112,271,812.00 |
| **k.  INDIRECT COSTS** | $7,368,476.00 |
| **l.  TOTAL APPROVED BUDGET** | $119,640,288.00 |
| **m.  Federal Share** | $119,640,288.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
| --- | --- | --- | --- | --- | --- |
| 1-9390GZB | 20NH23IP922600VWCC6 | IP | 41.51 | $4,227,851.00 | 75-X-0943 |

Page 2



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#    6 NH23IP922600-02-09
FAIN#    NH23IP922600
Federal Award Date:    05/03/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                          6 NH23IP922600-02-09

1. Revised Terms & Conditions

| ADDITIONAL TERMS AND CONDITIONS OF AWARD |
| --- |

**Incorporation:** In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number IP19- 1901, entitled, *Immunization and Vaccines for Children,* which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Component Funding:** Additional funding in the amount $4,227,851 is approved for the Year 02 budget period, which is July 1, 2020 through June 30, 2021.

**Recipients have until June 30, 2024 to expend all COVID-19 funds herein and previously funded.**

**Overtime:** Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Coronavirus Disease 2019 (COVID-19) Funds:**  A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); and/or the Consolidated Appropriations Act, 2021, Division M -  Coronavirus Response and Relief Supplemental Appropriations Act, 2021 (P.L. 116-260), the American Rescue Plan Act of 2021 (P.L. 117-2) agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS- CoV-2 or to diagnose a possible case of COVID-19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC. HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-reporting-guidance.pdf.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
  - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
    - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
    - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
  - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- All unallowable costs cited in CDC-RFA-IP19-1901 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 - Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.

**COVID-19 Funding Budget Revision Requirement:** The recipient must submit a revised budget with a narrative justification by May 31, 2021. If the date falls on a weekend or holiday, the submission will be due the following business day. Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the Awarding Agency Contact Information section on the first page before the due date.

| REPORTING REQUIREMENTS |
| --- |

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.   Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Wayne Woods, Grants Management Specialist
Centers for Disease Control and Prevention
Branch 1
2939 Flowers Road, MS-TV-2
Atlanta, GA 30341
Email: kuv1@cdc.gov  (Include "Mandatory Grant Disclosures" in subject line

**AND**
U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
3301Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC 20201
Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or Email:
MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

| PAYMENT INFORMATION |
|---|

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1- 800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount:** Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of **Page 2** of the Notice of Award must be known to draw down funds.

**Stewardship:** The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NH23IP922600-02-10
FAIN# NH23IP922600
Federal Award Date: 05/25/2021

## Recipient Information

**1. Recipient Name**
Colorado Dept of Public Health
4300 E Cherry Creek Dr
Denver, CO 80246-1523
[NO DATA]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Ms. Heather  Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy  Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Hilary  Oliphant
Public Health Advisor
hbo1@cdc.gov
770-488-3973

## Federal Award Information

**11. Award Number**
6 NH23IP922600-02-10

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Deob/Reob

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19.  Budget Period Start Date** 07/01/2020  **- End Date** 06/30/2021 | | |
| **20.  Total Amount of Federal Funds Obligated by this Action** | | ($30,580,009.00) |
| 20a. Direct Cost Amount | | ($30,580,009.00) |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $119,640,288.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $89,060,279.00 |
| **26. Project Period  Start Date** 07/01/2019 **- End Date** 06/30/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | Not Available |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922600-02-10
FAIN#  NH23IP922600
Federal Award Date:  05/25/2021

## Recipient Information

**Recipient Name**

Colorado Dept of Public Health

4300 E Cherry Creek South Dr

Denver, CO 80246-1523

[NO DATA]

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier**

Not Available

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Demonstration

---

**33.  Approved Budget**
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only

II.   Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $14,284,608.00 |
| **b.  Fringe Benefits** | $4,715,875.00 |
| **c.  Total Personnel Costs** | $19,000,483.00 |
| **d.  Equipment** | $35,429.00 |
| **e.  Supplies** | $249,369.00 |
| **f.  Travel** | $93,899.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $57,237,815.00 |
| **i.  Contractual** | $5,074,808.00 |
| **j.  TOTAL DIRECT COSTS** | $81,691,803.00 |
| **k.  INDIRECT COSTS** | $7,368,476.00 |
| **l.  TOTAL APPROVED BUDGET** | $89,060,279.00 |
| **m.  Federal Share** | $89,060,279.00 |
| **n.  Non-Federal Share** | $0.00 |

---

**34. Accounting Classification Codes**

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| 1-9390GKL | 20NH23IP922600C5 | IP | 41.51 | ($30,580,009.00) | 75-2124-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922600-02-10
FAIN#   NH23IP922600
Federal Award Date:  05/25/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                    6 NH23IP922600-02-10

1. Revised Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS OF AWARD**

**Administrative Action**:  The purpose of this amended Notice of Award (NoA) is to respond to the requirement under P.L.117-2, The American Rescue Plan Act of 2021, regarding the 10% legislative mandated funding to Underserved Populations. This is an internal administrative change which does not affect the amount of the current award.

**De-obligation of Funds:**  The purpose of this amended Notice of Award is to de-obligate funds in the amount of $30,580,009 from to Commitment Accounting Number (CAN) 9390GKL and Document Number 20NH231IP922634C5.

Funding will be re-obligated in a subsequent action to CAN 9390GUU and Document Number 20NH231IP922634UDSPC5. Funding amount is not impacted by this action.

**Stewardship**: Please be advised that recipients must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, necessary, and reasonable.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

**Grants Management Specialist Contact:**

Wayne Woods, Grants Management Specialist (GMS)
Centers for Disease Control and Prevention
Branch 1
2939 Flowers Road
Atlanta, GA 30341
Telephone: 770-488-2948
Email: kuv1@cdc.gov

**PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-02-11
FAIN# NH23IP922600
Federal Award Date: 06/22/2021

## Recipient Information

**1. Recipient Name**
Colorado Dept of Public Health
4300 E Cherry Creek Dr
Denver, CO 80246-1523
[NO DATA]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Ms. Heather Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Hilary Oliphant
Public Health Advisor
hbo1@cdc.gov
770-488-3973

## Federal Award Information

**11. Award Number**
6 NH23IP922600-02-11

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2020 **- End Date** 06/30/2021 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $30,580,009.00 |
| 20a. Direct Cost Amount | | $30,580,009.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21. Authorized Carryover** | | $0.00 |
| **22. Offset** | | $0.00 |
| **23. Total Amount of Federal Funds Obligated this budget period** | | $89,060,279.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $119,640,288.00 |
| **26. Project Period Start Date** 07/01/2019 **- End Date** 06/30/2024 | | |
| **27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period** | | Not Available |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-02-11

FAIN# NH23IP922600

Federal Award Date: 06/22/2021

## Recipient Information

**Recipient Name**

Colorado Dept of Public Health

4300 E Cherry Creek South Dr

Denver, CO 80246-1523

[NO DATA]

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier**

Not Available

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Demonstration

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only

II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $14,284,608.00 |
| **b.  Fringe Benefits** | $4,715,875.00 |
|    **c.  Total Personnel Costs** | $19,000,483.00 |
| **d.  Equipment** | $35,429.00 |
| **e.  Supplies** | $249,369.00 |
| **f.  Travel** | $93,899.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $57,306,163.00 |
| **i.  Contractual** | $35,586,469.00 |
| **j.  TOTAL DIRECT COSTS** | $112,271,812.00 |
| **k.  INDIRECT COSTS** | $7,368,476.00 |
| **l.  TOTAL APPROVED BUDGET** | $119,640,288.00 |
| **m.  Federal Share** | $119,640,288.00 |
| **n.  Non-Federal Share** | $0.00 |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---:|---|
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | $30,580,009.00 | 75-2124-0943 |

Page 2



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922600-02-11
FAIN#  NH23IP922600
Federal Award Date:  06/22/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                              6 NH23IP922600-02-11

1. Terms and Conditions

## ADDITIONAL TERMS AND CONDITIONS OF AWARD

**Administrative Action**:  The purpose of this amended Notice of Award (NoA) is to respond to the requirement under P.L.116-260, Consolidated Appropriations Act and the Coronavirus Response and Relief Supplement Appropriations Act of 2021, regarding the 10% legislative mandated funding to Underserved Populations. This is an internal administrative change which does not affect the amount of the current award.

**Re-obligation of Funds:**  Funds in the amount of $30,580,009 are re-obligated to Commitment Accounting Number (CAN) 9390GUU and Document Number 20NH23IP922600UDSPC5.  This action does not increase nor decrease the approved funding amount. This CAN and Document Number should be used to fund and track activities which serve the Underserved Communities.

**Stewardship**: Please be advised that recipients must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, necessary, and reasonable.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

**PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 5 NH23IP922600-03-00

FAIN# NH23IP922600

Federal Award Date: 07/01/2021

## Recipient Information

**1. Recipient Name**
Colorado Dept of Public Health
4300 E Cherry Creek Dr
Denver, CO 80246-1523
[NO DATA]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Ms. Heather Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Hilary Oliphant
Public Health Advisor
hbo1@cdc.gov
770-488-3973

## Federal Award Information

**11. Award Number**
5 NH23IP922600-03-00

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

**19. Budget Period Start Date** 07/01/2021 **- End Date** 06/30/2022

**20. Total Amount of Federal Funds Obligated by this Action** $5,809,059.00

20a. Direct Cost Amount $5,072,481.00

20b. Indirect Cost Amount $736,578.00

**21.** Authorized Carryover $0.00

**22.** Offset $0.00

**23.** Total Amount of Federal Funds Obligated this budget period $0.00

**24. Total Approved Cost Sharing or Matching, where applicable** $0.00

**25. Total Federal and Non-Federal Approved this Budget Period** $5,809,059.00

**26. Project Period Start Date** 07/01/2019 **- End Date** 06/30/2024

**27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period — Not Available

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award# 5 NH23IP922600-03-00
FAIN# NH23IP922600
Federal Award Date: 07/01/2021

## Recipient Information

**Recipient Name**

Colorado Dept of Public Health
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier**
Not Available

---

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Demonstration

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| a.  **Salaries and Wages** | $2,053,252.00 |
| b.  **Fringe Benefits** | $677,573.00 |
| c.  **Total Personnel Costs** | $2,730,825.00 |
| d.  **Equipment** | $0.00 |
| e.  **Supplies** | $162,294.00 |
| f.  **Travel** | $125,371.00 |
| g.  **Construction** | $0.00 |
| h.  **Other** | $379,047.00 |
| i.  **Contractual** | $1,674,944.00 |
| j.  **TOTAL DIRECT COSTS** | $5,072,481.00 |
| k.  **INDIRECT COSTS** | $736,578.00 |
| l.  **TOTAL APPROVED BUDGET** | $5,809,059.00 |
| m.  **Federal Share** | $5,809,059.00 |
| n.  **Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| 1-93909KZ | 19NH23IP922600 | IP | 41.51 | $3,666,882.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922600 | IP | 41.51 | $995,566.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922600 | IP | 41.51 | $56,790.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922600 | IP | 41.51 | $823,985.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922600 | IP | 41.51 | $265,836.00 | 75-21-0951 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#    5 NH23IP922600-03-00
FAIN#    NH23IP922600
Federal Award Date:  07/01/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                    5 NH23IP922600-03-00

1. Terms and Conditions

**AWARD INFORMATION**

**Incorporation**:  In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number IP19-1901, entitled Immunization and Vaccines for Children, and application dated May 7, 2021 as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Approved Funding:**  Funding in the amount of **$5,809,059** is approved for the Year 03 budget period, which is July 1, 2021 through June 30, 2022.  All future year funding will be based on satisfactory programmatic progress and the availability of funds.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third-party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Component/Project Funding:** The NOFO provides for the funding of multiple components under this award.  The approved component funding levels for this notice of award are:

| NOFO Component | Amount |
|---|---|
| *CORE* | $5,648,357 |
| *CC3* | $106,749 |
| *CC4* | $53,953 |

Note: Refer to the Payment Information section for draw down and Payment Management System (PMS) subaccount information.

**Financial Assistance Mechanism:** Cooperative Agreement

**Substantial Involvement by CDC:**  This is a cooperative agreement and CDC will have substantial programmatic involvement after the award is made.  Substantial involvement is in addition to all post-award monitoring, technical assistance, and performance reviews undertaken in the normal course of stewardship of federal funds.

CDC program staff will assist, coordinate, or participate in carrying out effort under the award, and recipients agree to the responsibilities therein, as detailed in the NOFO.

- Provide guidance, trainings, tools, and technical assistance to award recipient on program area components.
- Host conference calls for sharing information from CDC and between award recipient.
- Work with award recipients on planning and implementation of required and proposed activities.
- Monitor award recipient vaccine spend plan and replenishment providing regular feedback and working with award recipient to address barriers.
- Analyze and report results of surveys regarding national, state and selected local level vaccination coverage.

- Analyze and report result of surveys of award recipient plans and activities related to preparedness.
- Collaboration with external partners to promote IIS in national health IT settings.
- Develop and support improvements in IIS data quality and program measures to assess IIS performance.
- Use IIS submitted data to develop methods to estimate national vaccination coverage and calculate vaccination coverage estimates for routinely recommended childhood vaccines.
- Use IIS submitted data to monitor seasonal or pandemic influenza vaccination among ages that are available in the IIS data.
- Assist, as needed, in the development of data collection and reporting methods for school- enterer vaccination coverage surveys.
- Provide VFC policy guidance via the VFC Operations Guide, periodic trainings and conference calls, including use of the CDC developed quality assurance site visit tools, to assist award recipient implement their VFC program in accordance with federal requirements.
- Provide subject matter guidance in all program component areas.

**Budget Revision Requirement:**  By July 30, 2021, the recipient must submit a revised budget with a narrative justification.  Failure to submit the required information in a timely manner may adversely affect the future funding of this project.  If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date.

**Program Income**: Any program income generated under this grant or cooperative agreement will be used in accordance with the Addition alternative.

Addition alternative: Under this alternative, program income is added to the funds committed to the project/program and is used to further eligible project/program objectives.

Note: The disposition of program income must have written prior approval from the GMO.

| FUNDING RESTRICTIONS AND LIMITATIONS |
| --- |

**Notice of Funding Opportunity (NOFO) Restrictions:**

- Recipients may not use funds for research.
- Recipients may not use funds for clinical care except as allowed by law.
- Recipients may use funds only for reasonable program purposes, including personnel, travel, supplies, and services.
- Generally, recipients may not use funds to purchase furniture or equipment. Any such proposed spending must be clearly identified in the budget.
- Reimbursement of pre-award costs generally is not allowed, unless the CDC provides written approval to the recipient.
- Other than for normal and recognized executive-legislative relationships, no funds may be used for:

  a. publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body

  b. the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
  c. See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients.

- The direct and primary recipient in a cooperative agreement program must perform a substantial role in carrying out project outcomes and not merely serve as a conduit for an award to another party or provider who is ineligible.
- In accordance with the United States Protecting Life in Global Health Assistance policy, all non-governmental organization (NGO) applicants acknowledge that foreign NGOs that receive funds provided through this award, either as a prime recipient or subrecipient, are strictly prohibited, regardless of the source of funds, from performing abortions as a method of family planning or engaging in any activity that promotes abortion as a method of family planning, or to provide financial support to any other foreign non-governmental organization that conducts such activities. See Additional Requirement (AR) 35 for applicability https://www.cdc.gov/grants/additional-requirements/ar-35.html

**Indirect Costs:** Indirect costs are approved based on the negotiated indirect cost rate agreement dated April 17, 2020**,** which calculates indirect costs as follows, a Provisional  is approved at a rate of 19.80% for Onsite and 1.9% for subawards of the base, which is based on the terms referenced in the negotiated indirect cost rate agreement.  The effective dates of this indirect cost rate are from July 1, 2020 to June 30, 2023.

| REPORTING REQUIREMENTS |
| --- |

**Performance Progress and Monitoring:** Performance information collection initiated under this grant/cooperative agreement has been approved by the Office of Management and Budget under **OMB Number 0920-1132, "Performance Progress and Monitoring Report", Expiration Date 10/31/2022**. The components of the PPMR are available for download at: https://www.cdc.gov/grants/alreadyhavegrant/Reporting.html .

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.   Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Wayne Woods, Grants Management Specialist
Centers for Disease Control and Prevention
Branch 1
2939 Flowers Road, MS-TV-2
Atlanta, GA 30341

Email: kuv1@cdc.gov  (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC  20201
Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371.  Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS).  (45 CFR 75.372(b))  CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

**PAYMENT INFORMATION**

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P  Account".  Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 2 of the Notice of Award must be known in order to draw down funds.

**CDC Staff Contacts**

**Grants Management Specialist:** The GMS is the federal staff member responsible for the day-to-day management of grants and cooperative agreements.  The GMS is the primary contact of recipients for business and administrative matters pertinent to grant awards.

**Program/Project Officer:** The PO is the federal official responsible for monitoring the programmatic, scientific, and/or technical aspects of grants and cooperative agreements, as well as contributing to the effort of the award under cooperative agreements.

**Grants Management Officer:** The GMO is the federal official responsible for the business and other non-programmatic aspects of grant awards. The GMO is the only official authorized to obligate federal funds and is responsible for signing the NoA, including revisions to the NoA that change the terms and conditions.  The GMO serves as the counterpart to the business officer of the recipient organization.

**Contact information can be found on Page 1 of the Notice of Award.**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-02-12
FAIN# NH23IP922600
Federal Award Date: 07/19/2021

## Recipient Information

**1. Recipient Name**
Colorado Dept of Public Health
4300 E Cherry Creek Dr
Denver, CO 80246-1523
[NO DATA]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Ms. Heather Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Hilary Oliphant
Public Health Advisor
hbo1@cdc.gov
770-488-3973

## Federal Award Information

**11. Award Number**
6 NH23IP922600-02-12

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Budget Revision

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2020 **- End Date** 06/30/2021 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | ($4,969,179.00) |
| 20b. Indirect Cost Amount | | $4,969,179.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $119,640,288.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $119,640,288.00 |
| **26. Project Period Start Date** 07/01/2019 **- End Date** 06/30/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | | Not Available |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-02-12

FAIN# NH23IP922600

Federal Award Date: 07/19/2021

## Recipient Information

**Recipient Name**

Colorado Dept of Public Health

4300 E Cherry Creek South Dr

Denver, CO 80246-1523

[NO DATA]

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier**

Not Available

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Demonstration

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only

II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $18,945,008.00 |
| **b.  Fringe Benefits** | $6,253,807.00 |
| **c.  Total Personnel Costs** | $25,198,815.00 |
| **d.  Equipment** | $362,249.00 |
| **e.  Supplies** | $448,007.00 |
| **f.  Travel** | $93,899.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $1,138,558.00 |
| **i.  Contractual** | $80,061,105.00 |
| **j.  TOTAL DIRECT COSTS** | $107,302,633.00 |
| **k.  INDIRECT COSTS** | $12,337,655.00 |
| **l.  TOTAL APPROVED BUDGET** | $119,640,288.00 |
| **m.  Federal Share** | $119,640,288.00 |
| **n.  Non-Federal Share** | $0.00 |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---:|---|
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | $0.00 | 75-2124-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922600-02-12
FAIN# NH23IP922600
Federal Award Date: 07/19/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                    6 NH23IP922600-02-12

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS**

**Revised Budget / Redirection:** The purpose of this amended Notice of Award is to approve the **revised budget / redirection request** submitted by your organization dated May 28, 2021 .  Funds have been distributed as indicated in the approved budget of this Notice of Award.


All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

Please be advised that recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, necessary, and reasonable.


**Grants Management Specialist:**
Wayne Woods, Grants Management Specialist (GMS)
Centers for Disease Control and Prevention
Branch 1
2920 Brandywine Road, M/S E-15
Atlanta, GA 30341
Telephone: 770-488-2948
Email: kuv1@cdc.gov


**PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-03-01

FAIN# NH23IP922600

Federal Award Date: 11/01/2021

## Recipient Information

**1. Recipient Name**
PUBLIC HEALTH AND ENVIRONMENT,
COLORADO DEPARTMENT OF
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Ms. Heather  Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy  Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Hilary  Oliphant
Public Health Advisor
hbo1@cdc.gov
770-488-3973

## Federal Award Information

**11. Award Number**
6 NH23IP922600-03-01

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Carryover of Funds

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2021 **- End Date** 06/30/2022 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $336,034.00 |
| 20b. Indirect Cost Amount | | $65,861.00 |
| **21.** Authorized Carryover | | $401,895.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $5,809,059.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $5,809,059.00 |
| **26. Project Period  Start Date** 07/01/2019 **- End Date** 06/30/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | Not Available |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES            Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922600-03-01
FAIN# NH23IP922600
Federal Award Date: 11/01/2021

| Recipient Information |
|---|
| **Recipient Name** |
| PUBLIC HEALTH AND ENVIRONMENT, COLORADO DEPARTMENT OF |
| 4300 E Cherry Creek South Dr |
| Denver, CO 80246-1523 |
| [NO DATA] |
| **Congressional District of Recipient** |
| 01 |
| **Payment Account Number and Type** |
| 1840644739A4 |
| **Employer Identification Number (EIN) Data** |
| 840644739 |
| **Universal Numbering System (DUNS)** |
| 878208826 |
| **Recipient's Unique Entity Identifier** |
| Not Available |

| 31. Assistance Type |
|---|
| Cooperative Agreement |
| **32. Type of Award** |
| Demonstration |

**33. Approved Budget**
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| a. **Salaries and Wages** | $2,234,089.00 |
| b. **Fringe Benefits** | $737,248.00 |
| c. **Total Personnel Costs** | $2,971,337.00 |
| d. **Equipment** | $0.00 |
| e. **Supplies** | $162,294.00 |
| f. **Travel** | $129,271.00 |
| g. **Construction** | $0.00 |
| h. **Other** | $450,669.00 |
| i. **Contractual** | $1,694,944.00 |
| j. **TOTAL DIRECT COSTS** | $5,408,515.00 |
| k. **INDIRECT COSTS** | $802,439.00 |
| l. **TOTAL APPROVED BUDGET** | $6,210,954.00 |
| m. **Federal Share** | $6,210,954.00 |
| n. **Non-Federal Share** | $0.00 |

| 34. Accounting Classification Codes |
|---|

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| 1-93909KZ | 19NH23IP922600 | IP | 41.51 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922600 | IP | 41.51 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922600 | IP | 41.51 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922600 | IP | 41.51 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922600 | IP | 41.51 | $0.00 | 75-21-0951 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922600-03-01
FAIN# NH23IP922600
Federal Award Date: 11/01/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

PUBLIC HEALTH AND ENVIRONMENT, COLORADO DEPARTMENT OF    6 NH23IP922600-03-01

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS**

**Carryover**:  The purpose of this amended Notice of Award is to approve carryover of unobligated funds in the amount of $401,895 from budget period **YR02** to budget period **YR03**.  This is in response to a request submitted by your organization dated October 7, 2021. These funds have been distributed as indicated in the approved budget of this Notice of Award.

Unobligated funds in the amount of $401,895 have been applied to this award. Please note that if the actual amount of available unobligated funds is less than the amount used in this action, then the total approved budget may be reduced by the difference in a subsequent award action, thus reducing the amount of the current award.

These funds are approved for the *current fiscal year budget period only* with no commitment for continued support in future budget periods.

**HHS Non-Discrimination Legal Requirements for Recipients of Federal Financial Assistance**

The purpose of this Notice of Award amendment is to notify you that the Centers for Disease Control and Prevention (CDC) incorporated Department of Health and Human Services (HHS) non-discrimination legal requirements for recipients of federal financial assistance into the CDC General Terms and Conditions within your Notice of Award.  The new requirements are effective immediately. The requirements are in the General Requirements section of the General Terms and Conditions, and are also listed below.

You must administer your project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age and, in some circumstances, religion, conscience, and sex (including gender identity, sexual orientation, and pregnancy). This includes taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/civil-rights/for-individuals/nondiscrimination/index.html.

- You must take reasonable steps to ensure that your project provides meaningful access to persons with limited English proficiency. For guidance on meeting your legal obligation to take reasonable steps to ensure meaningful access to your programs or activities by limited English proficient individuals, *see* https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov/.
- For information on your specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and taking appropriate steps to provide effective communication, *see* http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
- HHS funded health and education programs must be administered in an environment free of sexual harassment, *see* https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html.

- For guidance on administering your project in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, *see* https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

All other terms and conditions of the cooperative agreement remain unchanged and in full effect.

Please be advised that grantee must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, and reasonable.

**Grants Management Specialist:**
Wayne Woods, Grants Management Specialist (GMS)
Centers for Disease Control and Prevention
Branch 1
2920 Brandywine Road, M/S E-15
Atlanta, GA 30341
Telephone: 770-488-2948
Email: kuv1@cdc.gov

**PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE**

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-02-13
FAIN# NH23IP922600
Federal Award Date: 01/28/2022

## Recipient Information

**1. Recipient Name**
Public Health and Environment, Colorado
Department of
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Ms. Heather  Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy  Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10.Program Official Contact Information**
Hilary  Oliphant
Public Health Advisor
hbo1@cdc.gov
770-488-3973

## Federal Award Information

**11. Award Number**
6 NH23IP922600-02-13

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Budget Revision

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19.  Budget Period Start Date** 07/01/2020 **- End Date** 06/30/2021 | | |
| **20.  Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | ($24,947.00) |
| 20b. Indirect Cost Amount | | $24,947.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $119,640,288.00 |
| **24.  Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25.  Total Federal and Non-Federal Approved this Budget Period** | | $119,640,288.00 |
| **26. Project Period  Start Date** 07/01/2019 **- End Date** 06/30/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | Not Available |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-02-13
FAIN# NH23IP922600
Federal Award Date: 01/28/2022

## Recipient Information

**Recipient Name**

Public Health and Environment, Colorado
Department of
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN)**

840644739

**Data Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier**

| 31. Assistance Type |
| --- |
| Cooperative Agreement |
| **32. Type of Award** |
| Demonstration |

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
| --- | --- |
| **a.  Salaries and Wages** | $17,682,385.00 |
| **b.  Fringe Benefits** | $5,837,142.00 |
| **c.  Total Personnel Costs** | $23,519,527.00 |
| d.  Equipment | $398,897.00 |
| e.  Supplies | $430,433.00 |
| f.  Travel | $107,091.00 |
| g.  Construction | $0.00 |
| h.  Other | $1,207,795.00 |
| i.  Contractual | $81,613,943.00 |
| **j.  TOTAL DIRECT COSTS** | $107,277,686.00 |
| **k.  INDIRECT COSTS** | $12,362,602.00 |
| **l.  TOTAL APPROVED BUDGET** | $119,640,288.00 |
| **m.  Federal Share** | $119,640,288.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
| --- | --- | --- | --- | --- | --- |
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | $0.00 | 75-2124-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#    6 NH23IP922600-02-13
FAIN#    NH23IP922600
Federal Award Date:    01/28/2022

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Public Health and Environment, Colorado Department of                6 NH23IP922600-02-13

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS**

**Revised Budget:** The purpose of this amended Notice of Award is to approve the revised budget submitted by your organization dated January 18, 2022. Funds have been distributed as indicated in the approved budget of this Notice of Award.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

Please be advised that recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, necessary, and reasonable.

**Grants Management Specialist:**
Wayne Woods, Grants Management Specialist (GMS)
Centers for Disease Control and Prevention
Branch 1
2920 Brandywine Road, MS-TV-2
Atlanta, GA 30341
Telephone: 770-488-2948
Email: kuv1@cdc.gov

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-03-02
FAIN# NH23IP922600
Federal Award Date: 04/28/2022

## Recipient Information

**1. Recipient Name**
Public Health and Environment, Colorado
Department of
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**7. Project Director or Principal Investigator**
Ms. Heather Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Megan Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
6 NH23IP922600-03-02

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Administrative Action

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2021 **- End Date** 06/30/2022 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $401,895.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $5,809,059.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $5,809,059.00 |
| **26. Project Period Start Date** 07/01/2019 **- End Date** 06/30/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | | Not Available |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922600-03-02
FAIN# NH23IP922600
Federal Award Date: 04/28/2022

## Recipient Information

**Recipient Name**

Public Health and Environment, Colorado
Department of
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier (UEI)**

Y3WEW9MQ6NH5

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Demonstration

---

## 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $1,973,939.00 |
| **b.  Fringe Benefits** | $651,398.00 |
| **c.  Total Personnel Costs** | $2,625,337.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $358,294.00 |
| **f.  Travel** | $129,271.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $600,669.00 |
| **i.  Contractual** | $1,694,944.00 |
| **j.  TOTAL DIRECT COSTS** | $5,408,515.00 |
| **k.  INDIRECT COSTS** | $802,439.00 |
| **l.  TOTAL APPROVED BUDGET** | $6,210,954.00 |
| **m.  Federal Share** | $6,210,954.00 |
| **n.  Non-Federal Share** | $0.00 |

---

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 1-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 20NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922600C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922600VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922600-03-02
FAIN#   NH23IP922600
Federal Award Date:  04/28/2022

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Public Health and Environment, Colorado Department of                    6 NH23IP922600-03-02

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS**

**Revised Budget:** The purpose of this amended Notice of Award is to approve the revised budget submitted by your organization dated March 17, 2022. Funds have been distributed as indicated in the approved budget of this Notice of Award.

**Administrative Correction:** The purpose of this amendment is to extend the period of usage for all listed COVID document numbers to align with the liquidation extensions in Payment Management Systems.  No action is required from the recipient.

| COVID Document Numbers |
| --- |
| 19NH23IP922600C3 |
| 20NH23IP922600C3 |
| 20NH23IP922600C5 |
| 20NH23IP922600UDSPC5 |
| 20NH23IP922600C6 |
| 20NH23IP922600VWCC6 |

All other terms and conditions of this award remains in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

PLEASE REFERENCE AWARD NUMBERS ON ALL CORRESPONDENCE

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## Centers for Disease Control and Prevention

Notice of Award

Award# 5 NH23IP922600-04-00

FAIN# NH23IP922600

Federal Award Date: 07/06/2022

## Recipient Information

**1. Recipient Name**
Public Health and Environment, Colorado
Department of
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**7. Project Director or Principal Investigator**
Ms. Heather  Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy  Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Megan  Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
5 NH23IP922600-04-00

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2022 **- End Date** 06/30/2023 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $6,215,817.00 |
| 20a. Direct Cost Amount | | $6,010,817.00 |
| 20b. Indirect Cost Amount | | $738,912.00 |
| 21. Authorized Carryover | | $0.00 |
| 22. Offset | | $533,912.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $0.00 |
| 24. **Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| 25. **Total Federal and Non-Federal Approved this Budget Period** | | $6,215,817.00 |
| 26. **Period of Perfomance Start Date** 07/01/2019 **- End Date** 06/30/2024 | | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $139,964,501.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award# 5 NH23IP922600-04-00
FAIN#  NH23IP922600
Federal Award Date: 07/06/2022

## Recipient Information

**Recipient Name**

Public Health and Environment, Colorado

Department of

4300 E Cherry Creek South Dr

Denver, CO 80246-1523

[NO DATA]

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier (UEI)**

Y3WEW9MQ6NH5

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only

II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $2,198,157.00 |
| **b.  Fringe Benefits** | $737,478.00 |
| **c.  Total Personnel Costs** | $2,935,635.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $133,147.00 |
| **f.  Travel** | $63,796.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $380,536.00 |
| **i.  Contractual** | $2,497,703.00 |
| **j.  TOTAL DIRECT COSTS** | $6,010,817.00 |
| **k.  INDIRECT COSTS** | $738,912.00 |
| **l.  TOTAL APPROVED BUDGET** | $6,749,729.00 |
| **m.  Federal Share** | $6,749,729.00 |
| **n.  Non-Federal Share** | $0.00 |

---

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 1-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 20NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922600C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922600VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $779,224.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $65,186.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $862,893.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $3,695,542.00 | 75-X-0951 |
| 2-9390K3G | 19NH23IP922600 | IP | 41.51 | 93.268 | $554,263.00 | 75-X-0951 |
| 2-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $258,709.00 | 75-22-0951 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Notice of Award

Centers for Disease Control and Prevention

Award# 5 NH23IP922600-04-00
FAIN# NH23IP922600
Federal Award Date: 07/06/2022

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $2,301.00 | $2,301.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $2,301.00 | $2,301.00 |

# AWARD ATTACHMENTS

Public Health and Environment, Colorado Department of                    5 NH23IP922600-04-00

1. Terms and Conditions

## AWARD INFORMATION

**Incorporation**:  In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations-policies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number IP19-1901, entitled Immunization and Vaccines for Children, and application dated March 28, 2022, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Approved Funding:**  Funding in the amount of $6,749,729 is approved for the Year 04 budget period, which is July 1,2022 through June 30, 2023. This amount includes carryover and/or offset, please see Use of Unobligated Funds below. All future year funding will be based on satisfactory programmatic progress and the availability of funds.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third-party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Component/Project Funding:** The NOFO provides for the funding of multiple components under this award.  The approved component funding levels for this notice of award are:

| NOFO Component | Amount |
|---|---|
| CORE | $6,215,817 |
| AA1 | $ |
| CC3 | $113,370 |
| CC4 | $ |

**HHS Non-Discrimination Legal Requirements for Recipients of Federal Financial Assistance:** This is to notify you that the Centers for Disease Control and Prevention (CDC) incorporated Department of Health and Human Services (HHS) non-discrimination legal requirements for recipients of federal financial assistance into the CDC General Terms and Conditions within your Notice of Award.  The new requirements are effective immediately. The requirements are in the General Requirements section of the General Terms and Conditions, and are also listed below.

You must administer your project in compliance with federal civil rights laws that prohibit discrimination on the basis of race, color, national origin, disability, age and, in some circumstances, religion, conscience, and sex (including gender identity, sexual orientation, and pregnancy). This includes taking reasonable steps to provide meaningful access to persons with limited English proficiency and providing programs that are accessible to and usable by persons with disabilities. The HHS Office for Civil Rights provides guidance on complying with civil rights laws enforced by HHS. See https://www.hhs.gov/civil-rights/for-providers/provider-obligations/index.html and https://www.hhs.gov/civil-rights/for-individuals/nondiscrimination/index.html.

- You must take reasonable steps to ensure that your project provides meaningful access to persons with limited English proficiency. For guidance on meeting your legal obligation to take reasonable steps to ensure meaningful access to your programs or activities by limited English proficient individuals, *see* https://www.hhs.gov/civil-rights/for-individuals/special-topics/limited-english-proficiency/fact-sheet-guidance/index.html and https://www.lep.gov/.
-  For information on your specific legal obligations for serving qualified individuals with disabilities, including providing program access, reasonable modifications, and taking appropriate steps to provide effective communication, *see* http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html.
-  HHS funded health and education programs must be administered in an environment free of sexual harassment, *see* https://www.hhs.gov/civil-rights/for-individuals/sex-discrimination/index.html.
- For guidance on administering your project in compliance with applicable federal religious nondiscrimination laws and applicable federal conscience protection and associated anti-discrimination laws, *see* https://www.hhs.gov/conscience/conscience-protections/index.html and https://www.hhs.gov/conscience/religious-freedom/index.html.

**Financial Assistance Mechanism:** Cooperative Agreement

**Substantial Involvement by CDC:**  This is a cooperative agreement and CDC will have substantial programmatic involvement after the award is made.  Substantial involvement is in addition to all post-award monitoring, technical assistance, and performance reviews undertaken in the normal course of stewardship of federal funds.

CDC program staff will assist, coordinate, or participate in carrying out effort under the award, and recipients agree to the responsibilities therein, as detailed in the NOFO.

- Provide guidance, trainings, tools, and technical assistance to award recipient on program area components.
- Host conference calls for sharing information from CDC and between award recipient.
- Work with award recipients on planning and implementation of required and proposed activities.
- Monitor award recipient vaccine spend plan and replenishment providing regular feedback and working with award recipient to address barriers.
- Analyze and report results of surveys regarding national, state and selected local level vaccination coverage.
- Analyze and report result of surveys of award recipient plans and activities related to preparedness.
- Collaboration with external partners to promote IIS in national health IT settings.
- Develop and support improvements in IIS data quality and program measures to assess IIS performance.
- Use IIS submitted data to develop methods to estimate national vaccination coverage and calculate vaccination coverage estimates for routinely recommended childhood vaccines.
- Use IIS submitted data to monitor seasonal or pandemic influenza vaccination among

ages that are available in the IIS data.
- Assist, as needed, in the development of data collection and reporting methods for school- enterer vaccination coverage surveys.
- Provide VFC policy guidance via the VFC Operations Guide, periodic trainings and conference calls, including use of the CDC developed quality assurance site visit tools, to assist award recipients implement their VFC program in accordance with federal requirements.
- Provide subject matter guidance in all program component areas.

**Direct Assistance (DA):** DA is awarded in the amount of <u>$2,301</u> for this budget period.

**Use of Unobligated Funds:** This NoA includes use of Year 02 unobligated funds in the amount of <u>$533,912</u> which has been applied as an offset to the currently approved funding level for this budget period.  The use of unobligated funds is approved based on the Year 02 Federal Financial Report (FFR) dated September 30, 2021. The amount of this NoA will be subject to reduction if the final amount of unobligated funds is less than the amount of unobligated funds reported on the referenced FFR.

**Budget Revision Requirement:**  By September 1, 2022, the recipient must submit a revised budget with a narrative justification.

A revised budget is needed in the amount of <u>$144,106</u>, which is the amount of additional funds awarded under this Notice of Award.  These additional funds were placed in the "Other" cost category under the CORE award. **Please submit the revised budget as an amendment in GrantSolutions.**

**Administrative Requirement**: The recipient must respond to the OGS Budget Comments in accordance with the recommendations provided as a Grant Note in GrantSolutions by September 1, 2022. If the date falls on a weekend or holiday, the submission will be due the following business day.

Failure to submit the required information in a timely manner may adversely affect the future funding of this project.  If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date.

**Program Income**: Any program income generated under this grant or cooperative agreement will be used in accordance with the Addition alternative.

<u>Addition alternative</u>**:** Under this alternative, program income is added to the funds committed to the project/program and is used to further eligible project/program objectives.

Note: The disposition of program income must have written prior approval from the GMO.

| **FUNDING RESTRICTIONS AND LIMITATIONS** |
| --- |

**Notice of Funding Opportunity (NOFO) Restrictions**:

- Recipients may not use funds for research.
- Recipients may not use funds for clinical care except as allowed by law. **This restriction**

**does not prohibit the use of IP19-1901 funding for vaccination activities, including the direct administration of vaccines.**

- Recipients may use funds only for reasonable program purposes, including personnel, travel, supplies, and services.
- Generally, recipients may not use funds to purchase furniture or equipment. Any such proposed spending must be clearly identified in the budget.
- Reimbursement of pre-award costs generally is not allowed, unless the CDC provides written approval to the recipient.
- Other than for normal and recognized executive-legislative relationships, no funds may be used for:

    a. publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
    b. the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
    c. See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients.

- The direct and primary recipient in a cooperative agreement program must perform a substantial role in carrying out project outcomes and not merely serve as a conduit for an award to another party or provider who is ineligible.
- In accordance with the United States Protecting Life in Global Health Assistance policy, all non-governmental organization (NGO) applicants acknowledge that foreign NGOs that receive funds provided through this award, either as a prime recipient or subrecipient, are strictly prohibited, regardless of the source of funds, from performing abortions as a method of family planning or engaging in any activity that promotes abortion as a method of family planning, or to provide financial support to any other foreign non-governmental organization that conducts such activities. See Additional Requirement (AR) 35 for applicability
https://www.cdc.gov/grants/additionalrequirements/ar-35.html

**Indirect Costs:** Indirect costs are approved based on the negotiated indirect cost rate agreement dated October 15, 2021**,** which calculates indirect costs as follows, a Provisional  is approved at a rate of 17.40% of the base, which includes, direct salaries/wages including all fringe benefits and contract payroll expenses. The effective dates of this indirect cost rate are from July 1, 2022 to June 30, 2025.

| REPORTING REQUIREMENTS |
| --- |

**Performance Progress and Monitoring:** Performance information collection initiated under this grant/cooperative agreement has been approved by the Office of Management and Budget under **OMB Number 0920-1132**, **"Performance Progress and Monitoring Report", Expiration Date 10/31/2022**. The components of the PPMR are available for download at: https://www.cdc.gov/grants/already-have-grant/Reporting.html .

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Wayne Woods, Grants Management Officer/Specialist
Centers for Disease Control and Prevention
Branch 1
2939 Flowers Road, MS-TV2
Atlanta, GA  30341
Email: kuv1@cdc.gov (include "Mandatory Grant Disclosures in subject line)


AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

| PAYMENT INFORMATION |
| --- |

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or*

*by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P  Account".  Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified beginning on the bottom of Page 2 of the Notice of Award must be known in order to draw down funds.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-04-01

FAIN# NH23IP922600

Federal Award Date: 08/31/2022

## Recipient Information

**1. Recipient Name**
PUBLIC HEALTH AND ENVIRONMENT, COLORADO DEPARTMENT OF
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**7. Project Director or Principal Investigator**
Ms. Heather Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Megan Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
6 NH23IP922600-04-01

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---:|
| **19.** | **Budget Period Start Date** 07/01/2022 **- End Date** 06/30/2023 | |
| **20.** | **Total Amount of Federal Funds Obligated by this Action** | $1,284,246.00 |
| | 20a. Direct Cost Amount | $1,095,721.00 |
| | 20b. Indirect Cost Amount | $188,525.00 |
| **21.** | Authorized Carryover | $0.00 |
| **22.** | Offset | $533,912.00 |
| **23.** | Total Amount of Federal Funds Obligated this budget period | $6,215,817.00 |
| **24.** | **Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25.** | **Total Federal and Non-Federal Approved this Budget Period** | $7,500,063.00 |
| **26.** | **Period of Perfomance Start Date** 07/01/2019 **- End Date** 06/30/2024 | |
| **27.** | Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $141,248,747.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922600-04-01
FAIN#  NH23IP922600
Federal Award Date: 08/31/2022

## Recipient Information

**Recipient Name**

PUBLIC HEALTH AND ENVIRONMENT,
COLORADO DEPARTMENT OF

4300 E Cherry Creek South Dr

Denver, CO 80246-1523

[NO DATA]

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier (UEI)**

Y3WEW9MQ6NH5

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only

II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $2,198,157.00 |
| **b.  Fringe Benefits** | $737,478.00 |
| **c.  Total Personnel Costs** | $2,935,635.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $133,147.00 |
| **f.  Travel** | $63,796.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $392,783.00 |
| **i.  Contractual** | $3,581,177.00 |
| **j.  TOTAL DIRECT COSTS** | $7,106,538.00 |
| **k.  INDIRECT COSTS** | $927,437.00 |
| **l.  TOTAL APPROVED BUDGET** | $8,033,975.00 |
| **m.  Federal Share** | $8,033,975.00 |
| **n.  Non-Federal Share** | $0.00 |

---

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 1-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 20NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922600C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922600VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390K3G | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-22-0951 |
| 2-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $20,781.00 | 75-2223-0943 |
| 2-9390K9M | 20NH23IP922600IISC6 | IP | 41.51 | 93.268 | $1,263,465.00 | 75-X-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922600-04-01
FAIN#  NH23IP922600
Federal Award Date:  08/31/2022

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

PUBLIC HEALTH AND ENVIRONMENT, COLORADO DEPARTMENT OF    6 NH23IP922600-04-01

1. Terms and Conditions

**AWARD INFORMATION**

**Incorporation**:  In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations-policies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number IP19-1901, titled Vaccines for Children, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Component Funding:**  Additional funding in the amount of $1,284,246 is approved for the Year 04 budget period, which is July 1, 2022 through June 30, 2023.

The NOFO provides for the funding of multiple components under this award.  The approved component funding levels for this notice of award are:

| NOFO Component | Amount |
|---|---|
| IIS Supplement | $1,263,465 |
| Ukrainian Resettlement Vaccination Supplement | $20,781 |

**Recipients have until June 30, 2024, to expend funds awarded under this supplement.**

**Coronavirus Disease 2019 (COVID-19) Funds:**  A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); the Consolidated Appropriations Act and the Coronavirus Response and Relief Supplement Appropriations Act, 2021 (P.L. 116-260) and/or the American Rescue Plan of 2021 [P.L. 117-2] agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS–CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC.  HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-reporting-guidance.pdf.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Administrative Requirement**: By October 31, 2022, the recipient must respond to the OGS Budget Comments in accordance with the recommendations provided in GrantSolutions as a Grant Note. If the date falls on a weekend or holiday, the submission will be due the following business day. Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the Awarding Agency Contact Information section on the first page before the due date.

| REPORTING REQUIREMENTS |
| --- |

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Wayne Woods, Grants Management Specialist
Centers for Disease Control and Prevention
Branch 1
2939 Flowers Road, MS-TV-2
Atlanta, GA 30341
Email: kuv1@cdc.gov  (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b)).

## PAYMENT INFORMATION

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified beginning on the bottom of Page 2 of the Notice of Award must be known in order to draw down funds.

**STEWARDSHIP:** The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH23IP922600-02-14
FAIN#   NH23IP922600
Federal Award Date: 03/23/2023

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**2. Congressional District of Recipient**
01
**3. Payment System Identifier (ID)**
1840644739A4
**4. Employer Identification Number (EIN)**
840644739
**5. Data Universal Numbering System (DUNS)**
878200826
**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5
**7. Project Director or Principal Investigator**
Ms. Heather  Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy  Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Megan  Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
6 NH23IP922600-02-14
**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600
**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.
**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268
**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Budget Revision
**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2020 **- End Date** 06/30/2021 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | ($927,537.00) |
| 20b. Indirect Cost Amount | | $1,425,910.00 |
| **21.** Authorized Carryover | | $498,373.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $119,640,288.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $119,640,288.00 |
| **26. Period of Perfomance Start Date** 07/01/2019 **- End Date** 06/30/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $141,248,747.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-02-14
FAIN# NH23IP922600
Federal Award Date: 03/23/2023

## Recipient Information

**Recipient Name**

COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT

4300 E Cherry Creek South Dr

Denver, CO 80246-1523

[NO DATA]

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier (UEI)**

Y3WEW9MQ6NH5

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Demonstration

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only

II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $14,983,836.00 |
| **b.  Fringe Benefits** | $4,946,621.00 |
| **c.  Total Personnel Costs** | $19,930,457.00 |
| **d.  Equipment** | $77,563.00 |
| **e.  Supplies** | $840,646.00 |
| **f.  Travel** | $332,278.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $1,865,788.00 |
| **i.  Contractual** | $83,303,417.00 |
| **j.  TOTAL DIRECT COSTS** | $106,350,149.00 |
| **k.  INDIRECT COSTS** | $13,788,512.00 |
| **l.  TOTAL APPROVED BUDGET** | $120,138,661.00 |
| **m.  Federal Share** | $120,138,661.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |

Page 2



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#   6 NH23IP922600-02-14
FAIN#    NH23IP922600
Federal Award Date:  03/23/2023

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT      6 NH23IP922600-02-14

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS**

**Revised Budget:** The purpose of this amended Notice of Award is to approve the **revised budget** submitted by your organization dated February 23, 2023. Funds have been distributed as indicated in the approved budget of this Notice of Award.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

Please be advised that recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, necessary, and reasonable.

**Grants Management Specialist:**
Wayne Woods, Grants Management Specialist (GMS)
Centers for Disease Control and Prevention
Branch 1
2920 Brandywine Road, M/S TV-2
Atlanta, GA 30341
Telephone: 770-488-2948
Email: kuv1@cdc.gov

**PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-04-02
FAIN# NH23IP922600
Federal Award Date: 04/07/2023

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**2. Congressional District of Recipient**
01
**3. Payment System Identifier (ID)**
1840644739A4
**4. Employer Identification Number (EIN)**
840644739
**5. Data Universal Numbering System (DUNS)**
878208826
**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5
**7. Project Director or Principal Investigator**
Ms. Heather Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Megan Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
6 NH23IP922600-04-02
**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600
**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.
**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children
**15. Assistance Listing Number**
93.268
**16. Assistance Listing Program Title**
Immunization Cooperative Agreements
**17. Award Action Type**
Administrative Action
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information
**19. Budget Period Start Date** 07/01/2022 **- End Date** 06/30/2023
**20. Total Amount of Federal Funds Obligated by this Action** $0.00
  20a. Direct Cost Amount $0.00
  20b. Indirect Cost Amount $0.00
**21.** Authorized Carryover $0.00
**22.** Offset $533,912.00
**23.** Total Amount of Federal Funds Obligated this budget period $7,500,063.00
**24. Total Approved Cost Sharing or Matching, where applicable** $0.00
**25. Total Federal and Non-Federal Approved this Budget Period** $7,500,063.00
**26. Period of Perfomance Start Date** 07/01/2019 **- End Date** 06/30/2024
**27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance $141,248,747.00

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks
This is an internal administrative correction. No action required of recipient.

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922600-04-02
FAIN# NH23IP922600
Federal Award Date: 04/07/2023

## Recipient Information

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

### 31. Assistance Type
Cooperative Agreement

### 32. Type of Award
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| a.  Salaries and Wages | $2,198,157.00 |
| b.  Fringe Benefits | $737,478.00 |
| c.  Total Personnel Costs | $2,935,635.00 |
| d.  Equipment | $0.00 |
| e.  Supplies | $133,147.00 |
| f.  Travel | $63,796.00 |
| g.  Construction | $0.00 |
| h.  Other | $392,783.00 |
| i.  Contractual | $3,581,177.00 |
| **j.  TOTAL DIRECT COSTS** | **$7,106,538.00** |
| **k.  INDIRECT COSTS** | **$927,437.00** |
| **l.  TOTAL APPROVED BUDGET** | **$8,033,975.00** |
| m.  Federal Share | $8,033,975.00 |
| n.  Non-Federal Share | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 20NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922600C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922600VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390K3G | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-22-0951 |
| 2-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 2-9390K9M | 20NH23IP922600IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922600-04-02
FAIN# NH23IP922600
Federal Award Date: 04/07/2023

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award#  5 NH23IP922600-05-00
FAIN#   NH23IP922600
Federal Award Date: 07/12/2023

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**2. Congressional District of Recipient**
01
**3. Payment System Identifier (ID)**
1840644739A4
**4. Employer Identification Number (EIN)**
840644739
**5. Data Universal Numbering System (DUNS)**
878208826
**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5
**7. Project Director or Principal Investigator**
Ms. Heather  Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy  Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10.Program Official Contact Information**
Megan  Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
5 NH23IP922600-05-00
**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600
**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.
**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268
**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Non-Competing Continuation
**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2023 **- End Date** 06/30/2024 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $5,389,953.00 |
| 20a. Direct Cost Amount | | $5,808,771.00 |
| 20b. Indirect Cost Amount | | $652,327.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $1,071,145.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $0.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $5,389,953.00 |
| **26. Period of Perfomance Start Date** 07/01/2019 **- End Date** 06/30/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $146,638,700.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES    Notice of Award

Centers for Disease Control and Prevention

Award# 5 NH23IP922600-05-00
FAIN# NH23IP922600
Federal Award Date: 07/12/2023

## Recipient Information

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier  (UEI)**
Y3WEW9MQ6NH5

---

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

---

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---|
| a.  **Salaries and Wages** | $1,937,338.00 |
| b.  **Fringe Benefits** | $639,749.00 |
| c.   **Total Personnel Costs** | $2,577,087.00 |
| d.  **Equipment** | $0.00 |
| e.  **Supplies** | $147,787.00 |
| f.  **Travel** | $105,288.00 |
| g.  **Construction** | $0.00 |
| h.  **Other** | $138,495.00 |
| i.  **Contractual** | $2,840,114.00 |
| j.  **TOTAL DIRECT COSTS** | $5,808,771.00 |
| k.  **INDIRECT COSTS** | $652,327.00 |
| l.  **TOTAL APPROVED BUDGET** | $6,461,098.00 |
| m.  **Federal Share** | $6,461,098.00 |
| n.  **Non-Federal Share** | $0.00 |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 19NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922600C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922600VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390K3G | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-22-0951 |
| 2-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 2-9390K9M | 20NH23IP922600IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 3-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $118,938.00 | 75-X-0951 |
| 3-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $934,246.00 | 75-75-X-0512-009 |
| 3-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $60,015.00 | 75-75-X-0512-009 |
| 3-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $803,628.00 | 75-75-X-0512-009 |
| 3-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $3,144,562.00 | 75-X-0951 |
| 3-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $38,800.00 | 75-2223-0943 |
| 3-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $289,764.00 | 75-23-0951 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  5 NH23IP922600-05-00
FAIN#    NH23IP922600
Federal Award Date:  07/12/2023

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $9,176.00 | $9,176.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $9,176.00 | $9,176.00 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  5 NH23IP922600-05-00
FAIN#   NH23IP922600
Federal Award Date:  07/12/2023

---

| 35. Terms And Conditions |
|---|

## Project Abstract Summary

1. A statewide program to prevent vaccine-preventable diseases, raise immunization levels, prevent Hepatitis A & B and administer the Vaccines for Children Program.

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT        5 NH23IP922600-05-00

1. Terms and Conditions

## AWARD INFORMATION

**Incorporation**:  In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations-policies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number IP19-1901, entitled Immunization and Vaccines for Children, and application dated April 24, 2023, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Approved Funding:**  Funding in the amount of $6,461,098 is approved for the Year 05 budget period, which is July 1, 2023, through June 30, 2024. This amount includes offset, please see Use of Unobligated Funds below. All future year funding will be based on satisfactory programmatic progress and the availability of funds.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third-party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Component/Project Funding:** The NOFO provides for the funding of multiple components under this award.  The approved component funding levels for this notice of award are:

| NOFO Component | Amount |
|---|---|
| CORE | $5,991,995 |
| AA1 | $311,365 |
| CC3 | $118,938 |
| Ukraine | $38,800 |

**Financial Assistance Mechanism:** Cooperative Agreement

**Substantial Involvement by CDC:**  This is a cooperative agreement and CDC will have substantial programmatic involvement after the award is made.  Substantial involvement is in addition to all post-award monitoring, technical assistance, and performance reviews undertaken in the normal course of stewardship of federal funds.

CDC program staff will assist, coordinate, or participate in carrying out effort under the award, and recipients agree to the responsibilities therein, as detailed in the NOFO.

- Provide guidance, trainings, tools, and technical assistance to award recipient on program area components.
- Host conference calls for sharing information from CDC and between award recipient.
- Work with award recipients on planning and implementation of required and proposed activities.
- Monitor award recipient vaccine spend plan and replenishment providing regular feedback and working with award recipient to address barriers.
- Analyze and report results of surveys regarding national, state and selected local level vaccination coverage.
- Analyze and report result of surveys of award recipient plans and activities related to

preparedness.
- Collaboration with external partners to promote IIS in national health IT settings.
- Develop and support improvements in IIS data quality and program measures to assess IIS performance.
- Use IIS submitted data to develop methods to estimate national vaccination coverage and calculate vaccination coverage estimates for routinely recommended childhood vaccines.
- Use IIS submitted data to monitor seasonal or pandemic influenza vaccination among ages that are available in the IIS data.
- Assist, as needed, in the development of data collection and reporting methods for school- enterer vaccination coverage surveys.
- Provide VFC policy guidance via the VFC Operations Guide, periodic trainings and conference calls, including use of the CDC developed quality assurance site visit tools, to assist award recipients implement their VFC program in accordance with federal requirements.
- Provide subject matter guidance in all program component areas.

**Direct Assistance (DA):** DA is awarded in the amount of <u>$9,176</u> for this budget period.

**Use of Unobligated Funds:** This NoA includes use of Year 03 unobligated funds in the amount of <u>$1,071,145</u>, which has been applied as an offset to the currently approved funding level for this budget period. The use of unobligated funds is approved based on the Year 03Federal Financial Report (FFR) dated September 28, 2022. The amount of this NoA will be subject to reduction if the final amount of unobligated funds is less than the amount of unobligated funds reported on the referenced FFR.

**Budget Revision Requirement:**  Due to the availability of funds, recipient must submit a revised budget (based on the awarded amount) with a narrative justification in GrantSolutions as an amendment by September 30, 2023. Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date.

**Missing Contractual Elements –** The contracts listed in the budget are approved, however, the recipient must provide *name of vacant contractors upon selection*, in GrantSolutions as a Grant Note prior to beginning work on the contracts.

**Program Income**: Any program income generated under this grant or cooperative agreement will be used in accordance with the Addition alternative.

<u>Addition alternative</u>**:** Under this alternative, program income is added to the funds committed to the project/program and is used to further eligible project/program objectives.

Note: The disposition of program income must have written prior approval from the GMO.

| FUNDING RESTRICTIONS AND LIMITATIONS |
|---|

**Notice of Funding Opportunity (NOFO) Restrictions**:

- Recipients may not use funds for research.
- Recipients may not use funds for clinical care except as allowed by law. **This restriction does not prohibit the use of IP19-1901 funding for vaccination activities, including the direct administration of vaccines.**
- Recipients may use funds only for reasonable program purposes, including personnel, travel, supplies, and services.
- Generally, recipients may not use funds to purchase furniture or equipment. Any such proposed spending must be clearly identified in the budget.
- Reimbursement of pre-award costs generally is not allowed, unless the CDC provides written approval to the recipient.
- Other than for normal and recognized executive-legislative relationships, no funds may be used for:

  a. publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
  b. the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
  c. See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients.

- The direct and primary recipient in a cooperative agreement program must perform a substantial role in carrying out project outcomes and not merely serve as a conduit for an award to another party or provider who is ineligible.
- In accordance with the United States Protecting Life in Global Health Assistance policy, all non-governmental organization (NGO) applicants acknowledge that foreign NGOs that receive funds provided through this award, either as a prime recipient or subrecipient, are strictly prohibited, regardless of the source of funds, from performing abortions as a method of family planning or engaging in any activity that promotes abortion as a method of family planning, or to provide financial support to any other foreign non-governmental organization that conducts such activities. See Additional Requirement (AR) 35 for applicability
https://www.cdc.gov/grants/additionalrequirements/ar-35.html

**Indirect Costs:** Indirect costs are approved based on the negotiated indirect cost rate agreement dated October 15, 2021**,** which calculates indirect costs as follows, a Provisional  is approved at a rate of 17.40% of the base, which includes, direct salaries/wages including all fringe benefits and contract payroll expenses. The effective dates of this indirect cost rate are from July 1, 2022 to June 30, 2025.

**REPORTING REQUIREMENTS**

**Performance Progress and Monitoring:** Performance information collection initiated under this grant/cooperative agreement has been approved by the Office of Management and Budget under **OMB Number 0920-1132, "Performance Progress and Monitoring Report", Expiration Date 10/31/2022**. The components of the PPMR are available for download at: https://www.cdc.gov/grants/already-have-grant/Reporting.html .

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Wayne Woods, Grants Management Officer/Specialist
Centers for Disease Control and Prevention
Branch 1
2939 Flowers Road, MS-TV2
Atlanta, GA  30341
Email: kuv1@cdc.gov (include "Mandatory Grant Disclosures in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for

failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

| PAYMENT INFORMATION |
|---|

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to* hhstips@oig.hhs.gov *or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified beginning on the bottom of Page 2 of the Notice of Award must be known in order to draw down funds.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH23IP922600-05-01

FAIN#   NH23IP922600

Federal Award Date:  08/28/2023

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**2. Congressional District of Recipient**
01
**3. Payment System Identifier (ID)**
1840644739A4
**4. Employer Identification Number (EIN)**
840644739
**5. Data Universal Numbering System (DUNS)**
878208826
**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5
**7. Project Director or Principal Investigator**
Ms. Heather  Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy  Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Megan  Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
6 NH23IP922600-05-01
**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600
**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.
**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268
**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Supplement
**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2023 **- End Date** 12/31/2024 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $4,889,097.00 |
| 20a. Direct Cost Amount | | $4,599,933.00 |
| 20b. Indirect Cost Amount | | $289,164.00 |
| 21. Authorized Carryover | | $0.00 |
| 22. Offset | | $1,071,145.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $5,389,953.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | | $10,279,050.00 |
| **26. Period of Perfomance Start Date** 07/01/2019 **- End Date** 12/31/2024 | | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $151,527,797.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-05-01
FAIN# NH23IP922600
Federal Award Date: 08/28/2023

## Recipient Information

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

---

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $2,477,994.00 |
| **b. Fringe Benefits** | $853,781.00 |
| **c. Total Personnel Costs** | $3,331,775.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $147,787.00 |
| **f. Travel** | $139,008.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $1,432,852.00 |
| **i. Contractual** | $5,357,282.00 |
| **j. TOTAL DIRECT COSTS** | $10,408,704.00 |
| **k. INDIRECT COSTS** | $941,491.00 |
| **l. TOTAL APPROVED BUDGET** | $11,350,195.00 |
| **m. Federal Share** | $11,350,195.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 1-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 19NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922600C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922600VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390K3G | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-22-0951 |
| 2-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 2-9390K9M | 20NH23IP922600IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 3-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 3-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 3-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390LR9 | 19NH23IP922600 | IP | 41.51 | 93.268 | $4,542,721.00 | 75-X-0140 |
| 3-939ZRYH | 19NH23IP922600 | IP | 41.51 | 93.268 | $346,376.00 | 75-23-0951 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922600-05-01
FAIN#  NH23IP922600
Federal Award Date:  08/28/2023

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT          6 NH23IP922600-05-01

1. Terms and Conditions

## AWARD INFORMATION

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations-policies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CDC-RFA-IP19-1901, titled Immunization and Vaccines for Children, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Extension:**  This amendment approves a 6-month extension with additional funds in the amount of $4,889,097. The budget and project period end dates have been extended from June 30, 2024, to December 31, 2024.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third-party in-kind contribution when applicable.

**Note:** Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Component/Project Funding:** The NOFO provides for the funding of multiple components under this award. The approved component funding levels for this notice of award are:

| NOFO Component | Amount |
|---|---|
| HHS Bridge Access | $3,688,320 |
| Vaccine Confidence | $346,376 |
| BY05 CORE - IIS | $854,401 |

**Summary Statement/Technical Review:** Within 5 days of this Notice of Award's (NoA) issue date, the Summary Statement/Technical Review will be accessible to the recipient in GrantSolutions Grant Notes. Contact the assigned Program Officer indicated in the NoA with any questions regarding this document or any follow up requirements.

**Budget Revision Requirement:** By October 31, 2023, the recipient must submit a detailed budget with a narrative justification and a detailed workplan as a budget revision amendment in GrantSolutions. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date.

A detailed budget is needed for the CORE-IIS component.

## REPORTING REQUIREMENTS

**Annual Federal Financial Report (FFR SF-425):** Annual financial reporting is required every twelve-month period.  Due to the approved extension period, the final budget period has been extended and an additional annual financial report will be required.  A completed FFR SF-425 covering the original final budget period of **July 01, 2023**, to **June 30, 2024**, must be submitted by **September 30, 2024**.

Recipients must submit all closeout reports identified in this section within 90 days of the period of performance end date.  The reporting timeframe is the full period of performance. Failure to

submit timely and accurate final reports may affect future funding to the organization or awards under the direction of the same Project Director/Principal Investigator (PD/PI).

**Final Performance Progress and Evaluation Report (PPER):**  This report should include the information specified in the NOFO.  At a minimum, the report will include the following:

•        Statement of progress made toward the achievement of originally stated aims.
•        Description of results (positive or negative) considered significant.
•        List of publications resulting from the project, with plans, if any, for further publication.

All manuscripts published as a result of the work supported in part or whole by the cooperative grant must be submitted with the performance progress reports.

**Final Federal Financial Report (FFR, SF-425):**  The FFR should only include those funds authorized and expended during the timeframe covered by the report.  The Final FFR, SF-425 is required and must be submitted no later than 90 days after the period of performance end date. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations.   Should the amount not match with the final expenditures reported to the Department of Health and Human Services' PMS, you will be required to update your reports to PMS accordingly.  Remaining unobligated funds will be de-obligated and returned to the U.S. Treasury.

Electronic versions of the form can be downloaded at:
https://www.grants.gov/web/grants/forms/post-award-reporting-forms.html#sortby=1

**Equipment and Supplies** - Tangible Personal Property Report (SF-428):  A completed Tangible Personal Property Report SF-428 and Final Report SF-428B addendum must be submitted, along with any Supplemental Sheet SF-428S detailing all major equipment acquired or furnished under this project with a unit acquisition cost of $5,000 or more.  Electronic versions of the forms can be downloaded by visiting:  https://www.grants.gov/web/grants/forms/post-award-reporting-forms.html#sortby=1

If no equipment was acquired under an award, a negative report is required.

The recipient must identify each item of equipment that it wishes to retain for continued use in accordance with 45 CFR Part 75.  The awarding agency may exercise its rights to require the transfer of equipment purchased under the assistance award. CDC will notify the recipient if transfer to title will be required and provide disposition instruction on all major equipment.

Equipment with a unit acquisition cost of less than $5,000 that is no longer to be used in projects or programs currently or previously sponsored by the Federal Government may be retained, sold, or otherwise disposed of, with no further obligation to the Federal Government.

| PAYMENT INFORMATION |
| --- |

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to* hhstips@oig.hhs.gov *or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P  Account".  Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of **Page 2** of the Notice of Award must be known to draw down funds.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NH23IP922600-05-02
FAIN# NH23IP922600
Federal Award Date: 11/21/2023

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**2. Congressional District of Recipient**
01
**3. Payment System Identifier (ID)**
1840644739A4
**4. Employer Identification Number (EIN)**
840644739
**5. Data Universal Numbering System (DUNS)**
878208826
**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5
**7. Project Director or Principal Investigator**
Ms. Heather  Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy  Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Megan  Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
6 NH23IP922600-05-02
**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600
**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.
**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268
**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Budget Revision
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 07/01/2023 **- End Date** 12/31/2024 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $50,761.00 |
| 20b. Indirect Cost Amount | ($50,761.00) |
| **21.** Authorized Carryover | $0.00 |
| **22.** Offset | $1,071,145.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $10,279,050.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | $10,279,050.00 |
| **26. Period of Perfomance Start Date** 07/01/2019 **- End Date** 12/31/2024 | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | $151,527,797.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922600-05-02
FAIN# NH23IP922600
Federal Award Date: 11/21/2023

## Recipient Information

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $2,904,049.00 |
| **b. Fringe Benefits** | $993,951.00 |
| **c. Total Personnel Costs** | $3,898,000.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $150,332.00 |
| **f. Travel** | $160,077.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $748,289.00 |
| **i. Contractual** | $5,502,767.00 |
| **j. TOTAL DIRECT COSTS** | $10,459,465.00 |
| **k. INDIRECT COSTS** | $890,730.00 |
| **l. TOTAL APPROVED BUDGET** | $11,350,195.00 |
| **m. Federal Share** | $11,350,195.00 |
| **n. Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 19NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922600C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922600VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390K3G | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-22-0951 |
| 2-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 2-9390K9M | 20NH23IP922600IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 3-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 3-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 3-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390LR9 | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0140 |
| 3-939ZRYH | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922600-05-02
FAIN# NH23IP922600
Federal Award Date: 11/21/2023

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT    6 NH23IP922600-05-02

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS**

**Revised Budget:** The purpose of this amended Notice of Award is to approve the **revised budget** submitted by your organization dated October 30, 2023. Funds have been distributed as indicated in the approved budget of this Notice of Award.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

Please be advised that recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, necessary, and reasonable.

**Grants Management Specialist:**
Wayne Woods, Grants Management Specialist (GMS)
Centers for Disease Control and Prevention
Branch 1
2920 Brandywine Road, M/S TV-2
Atlanta, GA 30341
Telephone: 770-488-2948
Email: kuv1@cdc.gov

**PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-05-03
FAIN# NH23IP922600
Federal Award Date: 01/03/2024

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**2. Congressional District of Recipient**
01
**3. Payment System Identifier (ID)**
1840644739A4
**4. Employer Identification Number (EIN)**
840644739
**5. Data Universal Numbering System (DUNS)**
878208826
**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5
**7. Project Director or Principal Investigator**
Ms. Heather  Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy  Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Megan  Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
6 NH23IP922600-05-03
**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600
**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.
**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children
**15. Assistance Listing Number**
93.268
**16. Assistance Listing Program Title**
Immunization Cooperative Agreements
**17. Award Action Type**
Supplement
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---:|
| **19.** | **Budget Period Start Date** 07/01/2023  **- End Date** 12/31/2024 | |
| **20.** | **Total Amount of Federal Funds Obligated by this Action** | $1,071,781.00 |
| | 20a. Direct Cost Amount | $1,071,781.00 |
| | 20b. Indirect Cost Amount | $0.00 |
| **21.** | Authorized Carryover | $0.00 |
| **22.** | Offset | $1,071,145.00 |
| **23.** | Total Amount of Federal Funds Obligated this budget period | $10,279,050.00 |
| **24.** | **Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25.** | **Total Federal and Non-Federal Approved this Budget Period** | $11,350,831.00 |
| **26.** | **Period of Perfomance Start Date** 07/01/2019  **- End Date** 12/31/2024 | |
| **27.** | Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | $152,599,578.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922600-05-03
FAIN# NH23IP922600
Federal Award Date: 01/03/2024

## Recipient Information

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a. Salaries and Wages** | $2,904,049.00 |
| **b. Fringe Benefits** | $993,951.00 |
| **c. Total Personnel Costs** | $3,898,000.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $150,332.00 |
| **f. Travel** | $160,077.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $1,820,070.00 |
| **i. Contractual** | $5,502,767.00 |
| **j. TOTAL DIRECT COSTS** | $11,531,246.00 |
| **k. INDIRECT COSTS** | $890,730.00 |
| **l. TOTAL APPROVED BUDGET** | $12,421,976.00 |
| **m. Federal Share** | $12,421,976.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 19NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922600C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922600VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390K3G | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-22-0951 |
| 2-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 2-9390K9M | 20NH23IP922600IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 3-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 3-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 3-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390LR9 | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0140 |
| 3-939ZRYH | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 4-9390MV2 | 20NH23IP922600IISC5 | IP | 41.51 | 93.268 | $1,071,781.00 | 75-2124-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#   6 NH23IP922600-05-03
FAIN#   NH23IP922600
Federal Award Date:  01/03/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT     6 NH23IP922600-05-03

1. Terms and Conditions

**AWARD INFORMATION**

**Incorporation**:  In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations-policies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CDC-RFA-IP19-1901, entitled Immunization and Vaccines for Children, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Funding for Component Modernize IIS:**  Funding in the amount of $1,071,781 is approved for the Year 05 budget period, which is July 1, 2023, through December 31, 2024. All future funding will be based on satisfactory programmatic progress and the availability of funds.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third-party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Coronavirus Disease 2019 (COVID-19) Funds:**  A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); the Consolidated Appropriations Act and the Coronavirus Response and Relief Supplement Appropriations Act, 2021 (P.L. 116-260) and/or the American Rescue Plan of 2021 [P.L. 117-2] agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS–CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC.  HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-reporting-guidance.pdf. Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to

activities set out in such subaward.

**Budget Revision Requirement:**  Within 30 days of this Notice of Award (NoA) issue date, the recipient must submit a revised budget with a narrative justification.  Failure to submit the required information in a timely manner may adversely affect the future funding of this project.  If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date.

**BE SURE TO INCLUDE A DETAILED BUDGET AND THE REQUIRED ELEMENTS FOR EACH SUBCONTRACT.**

| REPORTING REQUIREMENTS |
|---|

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.  Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.   Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Wayne Woods, Grants Management Officer/Specialist
Centers for Disease Control and Prevention
Branch 1
2939 Flowers Road, MS-TV2
Atlanta, GA  30341
Email: kuv1@cdc.gov (include "Mandatory Grant Disclosures in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371.  Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b))  CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

| PAYMENT INFORMATION |
|---|

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P  Account".  Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified beginning on the bottom of Page 2 of the Notice of Award must be known in order to draw down funds.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-05-04
FAIN# NH23IP922600
Federal Award Date: 02/27/2024

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**2. Congressional District of Recipient**
01
**3. Payment System Identifier (ID)**
1840644739A4
**4. Employer Identification Number (EIN)**
840644739
**5. Data Universal Numbering System (DUNS)**
878208826
**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5
**7. Project Director or Principal Investigator**
Ms. Heather Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Megan Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
6 NH23IP922600-05-04
**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600
**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.
**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268
**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Supplement
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2023 **- End Date** 12/31/2024 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $249,950.00 |
| 20a. Direct Cost Amount | | $248,212.00 |
| 20b. Indirect Cost Amount | | $1,738.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $1,071,145.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $11,350,831.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $11,600,781.00 |
| **26. Period of Perfomance Start Date** 07/01/2019 **- End Date** 12/31/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $152,849,528.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922600-05-04
FAIN# NH23IP922600
Federal Award Date: 02/27/2024

## Recipient Information

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---|
| a. **Salaries and Wages** | $2,904,049.00 |
| b. **Fringe Benefits** | $993,951.00 |
| c. **Total Personnel Costs** | $3,898,000.00 |
| d. **Equipment** | $0.00 |
| e. **Supplies** | $150,332.00 |
| f. **Travel** | $160,077.00 |
| g. **Construction** | $0.00 |
| h. **Other** | $1,820,070.00 |
| i. **Contractual** | $5,750,979.00 |
| j. **TOTAL DIRECT COSTS** | $11,779,458.00 |
| k. **INDIRECT COSTS** | $892,468.00 |
| l. **TOTAL APPROVED BUDGET** | $12,671,926.00 |
| m. **Federal Share** | $12,671,926.00 |
| n. **Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 19NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922600C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922600VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390K3G | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-22-0951 |
| 2-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 2-9390K9M | 20NH23IP922600IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 3-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 3-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 3-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390LR9 | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0140 |
| 3-939ZRYH | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 4-9390MV2 | 20NH23IP922600IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-9390MPS | 19NH23IP922600 | IP | 41.51 | 93.268 | $249,950.00 | 75-X-0951 |



DEPARTMENT OF HEALTH AND HUMAN SERVICES    Notice of Award

Centers for Disease Control and Prevention

Award#   6 NH23IP922600-05-04
FAIN#    NH23IP922600
Federal Award Date:  02/27/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT        6 NH23IP922600-05-04

1. Terms and Conditions

## AWARD INFORMATION

**Incorporation**:  In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations-policies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CDC-RFA-IP19-1901, entitled Immunization and Vaccines for Children, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Funding for Varicella Outbreak:**  Funding in the amount of $249,950 is approved for the Year 05 budget period, which is July 1, 2023, through December 31, 2024. All future funding will be based on satisfactory programmatic progress and the availability of funds.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third-party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

## REPORTING REQUIREMENTS

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.  Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.   Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Wayne Woods, Grants Management Officer/Specialist
Centers for Disease Control and Prevention
Branch 1
2939 Flowers Road, MS-TV2
Atlanta, GA  30341
Email: kuv1@cdc.gov (include "Mandatory Grant Disclosures in subject line)


AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371.  Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b))  CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

## PAYMENT INFORMATION

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P  Account".  Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified beginning on the bottom of Page 2 of the Notice of Award must be known in order to draw down funds.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-05-05
FAIN# NH23IP922600
Federal Award Date: 03/25/2024

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**2. Congressional District of Recipient**
01
**3. Payment System Identifier (ID)**
1840644739A4
**4. Employer Identification Number (EIN)**
840644739
**5. Data Universal Numbering System (DUNS)**
878208826
**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5
**7. Project Director or Principal Investigator**
Ms. Heather  Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy  Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10.Program Official Contact Information**
Megan  Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
6 NH23IP922600-05-05
**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600
**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.
**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268
**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Budget Revision
**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---:|
| **19.** | **Budget Period Start Date** 07/01/2023 **- End Date** 12/31/2024 | |
| **20.** | **Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| | 20a. Direct Cost Amount | $481,908.00 |
| | 20b. Indirect Cost Amount | ($481,908.00) |
| **21.** | Authorized Carryover | $0.00 |
| **22.** | Offset | $1,071,145.00 |
| **23.** | Total Amount of Federal Funds Obligated this budget period | $11,600,781.00 |
| **24.** | **Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25.** | **Total Federal and Non-Federal Approved this Budget Period** | $11,600,781.00 |
| **26.** | **Period of Performance Start Date** 07/01/2019 **- End Date** 12/31/2024 | |
| **27.** | Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | $152,849,528.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922600-05-05
FAIN#  NH23IP922600
Federal Award Date: 03/25/2024

## Recipient Information

**Recipient Name**

COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT

4300 E Cherry Creek South Dr

Denver, CO 80246-1523

321-321-3214

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier (UEI)**

Y3WEW9MQ6NH5

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only

II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $2,916,365.00 |
| **b.  Fringe Benefits** | $997,791.00 |
| **c.  Total Personnel Costs** | $3,914,156.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $191,932.00 |
| **f.  Travel** | $183,617.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $760,694.00 |
| **i.  Contractual** | $7,210,967.00 |
| **j.  TOTAL DIRECT COSTS** | $12,261,366.00 |
| **k.  INDIRECT COSTS** | $410,560.00 |
| **l.  TOTAL APPROVED BUDGET** | $12,671,926.00 |
| **m.  Federal Share** | $12,671,926.00 |
| **n.  Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 19NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922600C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922600VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390K3G | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-22-0951 |
| 2-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 2-9390K9M | 20NH23IP922600IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 3-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 3-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 3-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390LR9 | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0140 |
| 3-939ZRYH | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 4-9390MV2 | 20NH23IP922600IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-9390MPS | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922600-05-05
FAIN#  NH23IP922600
Federal Award Date:  03/25/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT         6 NH23IP922600-05-05

1. Terms and Conditions

| ADDITIONAL TERMS AND CONDITIONS |
|---|

**Revised Budget:** The purpose of this amended Notice of Award is to approve the **revised budget** submitted by your organization dated February 28, 2024. Funds have been distributed as indicated in the approved budget of this Notice of Award.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

Please be advised that recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, necessary, and reasonable.

**Grants Management Specialist:**
Wayne Woods, Grants Management Specialist (GMS)
Centers for Disease Control and Prevention
Branch 1
2920 Brandywine Road, M/S TV-2
Atlanta, GA 30341
Telephone: 770-488-2948
Email: kuv1@cdc.gov

**PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-05-06
FAIN# NH23IP922600
Federal Award Date: 04/25/2024

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**7. Project Director or Principal Investigator**
Ms. Heather Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Megan Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
6 NH23IP922600-05-06

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Carryover of Funds

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2023 **- End Date** 12/31/2024 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $60,154,791.00 |
| 20b. Indirect Cost Amount | | $1,658,272.00 |
| **21. Authorized Carryover** | | $61,813,063.00 |
| **22. Offset** | | $1,071,145.00 |
| **23. Total Amount of Federal Funds Obligated this budget period** | | $11,600,781.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $11,600,781.00 |
| **26. Period of Performance Start Date** 07/01/2019 **- End Date** 12/31/2024 | | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $152,849,528.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES                 Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922600-05-06
FAIN#  NH23IP922600
Federal Award Date: 04/25/2024

## Recipient Information

**Recipient Name**

COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT

4300 E Cherry Creek South Dr

Denver, CO 80246-1523

321-321-3214

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier (UEI)**

Y3WEW9MQ6NH5

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only

II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $10,099,472.00 |
| **b.  Fringe Benefits** | $3,392,362.00 |
| **c.  Total Personnel Costs** | $13,491,834.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $605,200.00 |
| **f.  Travel** | $447,966.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $1,235,790.00 |
| **i.  Contractual** | $56,635,367.00 |
| **j.  TOTAL DIRECT COSTS** | $72,416,157.00 |
| **k.  INDIRECT COSTS** | $2,068,832.00 |
| **l.  TOTAL APPROVED BUDGET** | $74,484,989.00 |
| **m.  Federal Share** | $74,484,989.00 |
| **n.  Non-Federal Share** | $0.00 |

---

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 19NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922600C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922600VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390K3G | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-22-0951 |
| 2-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 2-9390K9M | 20NH23IP922600IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 3-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 3-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 3-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390LR9 | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0140 |
| 3-939ZRYH | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 4-9390MV2 | 20NH23IP922600IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-9390MPS | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922600-05-06
FAIN#   NH23IP922600
Federal Award Date:  04/25/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT          6 NH23IP922600-05-06

1. Terms and Conditions

| ADDITIONAL TERMS AND CONDITIONS |
| --- |

**Carryover**:  The purpose of this amended Notice of Award is to approve carryover of unobligated funds in the amount of $61,813,063 from budget period **YR04** to budget period **YR05**.  This is in response to a request submitted by your organization dated April 1, 2024. These funds have been distributed as indicated in the approved budget of this Notice of Award.

Unobligated funds in the amount of $61,813,063 have been applied to this award. Please note that if the actual amount of available unobligated funds is less than the amount used in this action, then the total approved budget may be reduced by the difference in a subsequent award action, thus reducing the amount of the current award.

**Missing Contractual Elements –** The contract(s) listed below are **not** approved and the recipient may not begin the contracts until justified budgets are provided for each of the below contracts via GrantSolutions as an AMENDMENT and GMO approval is provided via Notice of Award.

**COVID 1 and 2**

Contractor 1    TBD Media Campaign Vendor    $830,145        FFR C3
                (Itemized costs for Contractor: $830,145)

Contractor 2    Local Public Health Agencies (LPHAs)  $68,960  FFR C3
                (Itemized costs for Contractor: $68,960)

Contractor 3    Southern Ute Indian Tribe (SUIT)    $19,575        FFR C3
                (Itemized costs for Contractor: $19,575)

Contractor 4     Ute Mountain Ute Tribe (UMUT)  $8,564      FFR C3
                (Itemized costs for Contractor: $8,564)

**COVID 3**

Contractor 1     TBD - Electronic Health Record    $500,000     FFR C5, C6, UDSPC5
                 (Itemized costs for Contractor $500,000)

Contractor 2    TBD Media Campaign Vendor      $2,000,000 FFR C5, C6, UDSPC5
                (Itemized costs for Contractor $2,000,000- Fall 2024 Respiratory Virus Season Media
                Campaign)

Contractor 3    TBD Media Campaign Vendor     $2,000,000 FFR C5, C6, UDSPC5
                (Itemized costs for Contractor $2,000,000 -  Spring 2025 campaign)

**COVID 4**

Contractor 1   Regents of the University of Colorado - MI/BCT Project $895,000   FFR C5, C6, WVCC6
                (Itemized costs for Contractor $895,000)

Contractor 2    TBD Community Based Organization Contracts    $1,048,845    FFR C5, C6, WVCC6
(Itemized costs for Contractor $1,048,845)

**IIS Supplement**

Contractor 1      Resultant, LLC      $97,421    FFR    IISC6
(Itemized costs for Contractor $97,421)

These funds are approved for the *current fiscal year budget period only* with no commitment for continued support in future budget periods.

All other terms and conditions of the cooperative agreement remain unchanged and in full effect.

Please be advised that grantee must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, and reasonable.

**Grants Management Specialist:**
Wayne Woods, Grants Management Specialist (GMS)
Centers for Disease Control and Prevention
Branch 1
2920 Brandywine Road, M/S E-15
Atlanta, GA 30341
Telephone: 770-488-2948
Email: kuv1@cdc.gov

**PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NH23IP922600-05-07
FAIN# NH23IP922600
Federal Award Date: 06/27/2024

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**2. Congressional District of Recipient**
01
**3. Payment System Identifier (ID)**
1840644739A4
**4. Employer Identification Number (EIN)**
840644739
**5. Data Universal Numbering System (DUNS)**
878208826
**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5
**7. Project Director or Principal Investigator**
Ms. Heather Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Ms. Joy Moore
Interim Chief Financial Officer
joy.moore@state.co.us
303-692-2966

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Megan Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
6 NH23IP922600-05-07
**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600
**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.
**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268
**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Supplement
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2023 **- End Date** 06/30/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $6,950,792.00 |
| 20a. Direct Cost Amount | | $7,547,025.00 |
| 20b. Indirect Cost Amount | | $209,823.00 |
| 21. Authorized Carryover | | $61,813,063.00 |
| 22. Offset | | $1,877,201.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $11,600,781.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | | $18,551,573.00 |
| **26. Period of Performance Start Date** 07/01/2019 **- End Date** 06/30/2025 | | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $159,800,320.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922600-05-07
FAIN# NH23IP922600
Federal Award Date: 06/27/2024

## Recipient Information

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

---

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $12,830,711.00 |
| **b. Fringe Benefits** | $4,305,700.00 |
| **c. Total Personnel Costs** | $17,136,411.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $734,738.00 |
| **f. Travel** | $602,386.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $2,106,571.00 |
| **i. Contractual** | $59,383,076.00 |
| **j. TOTAL DIRECT COSTS** | $79,963,182.00 |
| **k. INDIRECT COSTS** | $2,278,655.00 |
| **l. TOTAL APPROVED BUDGET** | $82,241,837.00 |
| **m. Federal Share** | $82,241,837.00 |
| **n. Non-Federal Share** | $0.00 |

---

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 19NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922600C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922600VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390K3G | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-22-0951 |
| 2-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 2-9390K9M | 20NH23IP922600IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 3-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 3-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 3-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390LR9 | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0140 |
| 3-939ZRYH | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 4-9390MV2 | 20NH23IP922600IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-9390MPS | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |



# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-05-07

FAIN# NH23IP922600

Federal Award Date: 06/27/2024

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 4-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $807,379.00 | 75-75-X-0512-009 |
| 4-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $68,531.00 | 75-75-X-0512-009 |
| 4-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $1,004,675.00 | 75-75-X-0512-009 |
| 4-9390MPT | 19NH23IP922600 | IP | 41.51 | 93.268 | $3,922,914.00 | 75-X-0951 |
| 4-9390MV2 | 19NH23IP922600IISC5 | IP | 41.51 | 93.268 | $534,988.00 | 75-2124-0943 |
| 4-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $311,071.00 | 75-24-0951 |
| 4-939ZRYH | 19NH23IP922600 | IP | 41.51 | 93.268 | $301,234.00 | 75-X-0951 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922600-05-07
FAIN#   NH23IP922600
Federal Award Date:  06/27/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $6,452.00 | $6,452.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $6,452.00 | $6,452.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT        6 NH23IP922600-05-07

1. Terms and Conditions

**Supplemented Extension:** The purpose of this amendment is to approve a 6-month extension with supplemental funds per the request submitted by your organization dated April 4, 2024. The budget and project period end dates have been extended from December 31, 2024, to June 30, 2025.

Additional funds in the amount of $7,756,848 are authorized and have been distributed as indicated in the approved budget of this Notice of Award.

This amount includes offset, please see Use of Unobligated Funds below.

*Approved* **Component/Project Funding:** The NOFO provides for the funding of multiple components under this award. For this NOA, the approved funding level for each component is shown below:

| NOFO Component | Amount |
|---|---|
| CORE | $7,221,860 |
| IIS | $534,988 |

**Coronavirus Disease 2019 (COVID-19) Funds:** A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); the Consolidated Appropriations Act and the Coronavirus Response and Relief Supplement Appropriations Act, 2021 (P.L. 116-260) and/or the American Rescue Plan of 2021 [P.L. 117-2] agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Summary Statement/Technical Review:** Within 5 days of this Notice of Award's (NOA) issue date, the Summary Statement/Technical Review will be accessible to the recipient in GrantSolutions Grant Notes. Contact the assigned Program Officer indicated in the NOA with any questions regarding this document or any follow up requirements and timelines set forth therein.

**Direct Assistance (DA):** The DA award amount is shown on page 3 of the NOA for $6,452 (DA Travel- $2,292 and DA VCF Travel- $4,160) in this budget period.

**Use of Unobligated Funds:** This NOA includes use of Year 04 unobligated funds in the amount of $806,056, which has been applied as an offset to the currently approved funding level for this budget period.  The use of unobligated funds is approved based on the Year 04 Federal Financial Report (FFR) dated October 31, 2023. The amount of this NOA will be subject to reduction if the final amount of unobligated funds is less than the amount of unobligated funds reported on the referenced FFR.

**Budget Revision Requirement:**  By September 30, 2024, the recipient must submit a revised budget with a narrative justification.  Failure to submit the required information in a timely manner may adversely affect the future funding of this project.  If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date.

**Administrative Requirements:** The recipient must respond to the information below in the budget revision:

- **Personnel:** Provide names of TBD staff upon selection

**Missing Contractual/Consultant Elements –** The contracts listed below is **not** approved and the recipient may not begin the contract until a detailed budget is provided via GrantSolutions as a Notification of a Contractor or Consultant Amendment and GMO approval is provided via Notice of Award.

### CORE FUNDING

**Contractor 1: Provide Funding Formula for LPHAs**
**Contractor 2: Envision – CIIS- $1,262,079**
**Contractor 3: TBD Media Campaign- $1,000,000**

**Provide the names of TBD Contractors upon selection.**

### Adult IZ Framework

**Provide the names of TBD Contractors upon selection.**

## PAYMENT INFORMATION

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account".  Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document numbers identified beginning on the bottom of Page 2 of the Notice of Award must be known in order to draw down funds.

## ADDITIONAL REPORTING REQUIREMENTS

**Annual Federal Financial Report (FFR SF-425):** Annual financial reporting is required every twelve-month period.  Due to the approved extension period, the final budget period has been extended and an additional annual financial report will be required.  A completed FFR SF-425 covering the original final budget period of July 1, 2023, to June 30, 2024, must be submitted by **September 30, 2024**.

Recipients must submit all closeout reports identified in this section within 120 days of the period of performance end date.  The reporting timeframe is the full period of performance.  Failure to submit timely and accurate final reports may affect future funding to the organization or awards under the direction of the same Project Director/Principal Investigator (PD/PI).

**Final Performance Progress and Evaluation Report (PPER):**  This report should include the information specified in the NOFO.  At a minimum, the report will include the following:

- Statement of progress made toward the achievement of originally stated aims.
- Description of results (positive or negative) considered significant.
- List of publications resulting from the project, with plans, if any, for further publication.

All manuscripts published as a result of the work supported in part or whole by the cooperative grant must be submitted with the performance progress reports.

**Final Federal Financial Report (FFR, SF-425):**  The FFR should only include those funds authorized and actually expended during the timeframe covered by the report.  The Final FFR, SF-425 is required and must be submitted no later than 120 days after the period of performance end date.

The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations.   Should the amount not match with the final expenditures reported to the Department of Health and Human Services' PMS, you will be required to update your reports to PMS accordingly.  Remaining unobligated funds will be de-obligated and returned to the U.S. Treasury.

Electronic versions of the form can be downloaded at:
https://www.grants.gov/web/grants/forms/post-award-reporting-forms.html#sortby=1

**Equipment and Supplies - Tangible Personal Property Report (SF-428):**  A completed Tangible Personal Property Report SF-428 and Final Report SF-428B addendum must be submitted, along with any Supplemental Sheet SF-428S detailing all major equipment acquired or furnished under this project with a unit acquisition cost of $5,000 or more.  Electronic versions of the forms can be downloaded by visiting:
https://www.grants.gov/web/grants/forms/post-award-reporting-forms.html#sortby=1

If no equipment was acquired under an award, a negative report is required.

The recipient must identify each item of equipment that it wishes to retain for continued use in accordance with 45 CFR Part 75.  The awarding agency may exercise its rights to require the transfer of equipment purchased under the assistance award. CDC will notify the recipient if

transfer to title will be required and provide disposition instruction on all major equipment.

Equipment with a unit acquisition cost of less than $5,000 that is no longer to be used in projects or programs currently or previously sponsored by the Federal Government may be retained, sold, or otherwise disposed of, with no further obligation to the Federal Government.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-05-08
FAIN# NH23IP922600
Federal Award Date: 08/28/2024

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**2. Congressional District of Recipient**
01
**3. Payment System Identifier (ID)**
1840644739A4
**4. Employer Identification Number (EIN)**
840644739
**5. Data Universal Numbering System (DUNS)**
878208826
**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5
**7. Project Director or Principal Investigator**
Robin  Trujillo
Deputy Chief
robin.trujillo@state.co.us
303-692-6242

**8. Authorized Official**
Kurt  Williams
Controller
kurt.williams@state.co.us
303-810-4679

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Megan  Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
6 NH23IP922600-05-08
**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600
**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.
**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children
**15. Assistance Listing Number**
93.268
**16. Assistance Listing Program Title**
Immunization Cooperative Agreements
**17. Award Action Type**
Supplement
**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---:|
| **19.** | **Budget Period Start Date** 07/01/2023 **- End Date** 06/30/2025 | |
| **20.** | **Total Amount of Federal Funds Obligated by this Action** | $200,000.00 |
| | 20a. Direct Cost Amount | $191,939.00 |
| | 20b. Indirect Cost Amount | $8,061.00 |
| **21.** | Authorized Carryover | $61,813,063.00 |
| **22.** | Offset | $1,877,201.00 |
| **23.** | Total Amount of Federal Funds Obligated this budget period | $18,551,573.00 |
| **24.** | **Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25.** | **Total Federal and Non-Federal Approved this Budget Period** | $18,751,573.00 |
| **26.** | **Period of Performance Start Date** 07/01/2019 **- End Date** 06/30/2025 | |
| **27.** | Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | $160,000,320.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Kathy Raible1
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-05-08
FAIN# NH23IP922600
Federal Award Date: 08/28/2024

## Recipient Information

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**Congressional District of Recipient**
01
**Payment Account Number and Type**
1840644739A4
**Employer Identification Number (EIN) Data**
840644739
**Universal Numbering System (DUNS)**
878208826
**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**31. Assistance Type**
Cooperative Agreement
**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a. Salaries and Wages** | $12,830,711.00 |
| **b. Fringe Benefits** | $4,305,700.00 |
| **c. Total Personnel Costs** | $17,136,411.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $736,677.00 |
| **f. Travel** | $602,386.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $2,106,571.00 |
| **i. Contractual** | $59,573,076.00 |
| **j. TOTAL DIRECT COSTS** | $80,155,121.00 |
| **k. INDIRECT COSTS** | $2,286,716.00 |
| **l. TOTAL APPROVED BUDGET** | $82,441,837.00 |
| **m. Federal Share** | $82,441,837.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 19NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922600C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922600VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390K3G | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-22-0951 |
| 2-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 2-9390K9M | 20NH23IP922600IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 3-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 3-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 3-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390LR9 | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0140 |
| 3-939ZRYH | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 4-9390MV2 | 20NH23IP922600IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-9390MPS | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |

Page 2



# DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-05-08

FAIN# NH23IP922600

Federal Award Date: 08/28/2024

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 4-939ZRYH | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 4-9390MPT | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 4-9390MV2 | 19NH23IP922600IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-24-0951 |
| 4-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390NKD | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $200,000.00 | 75-2024-0140 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#    6 NH23IP922600-05-08
FAIN#    NH23IP922600
Federal Award Date:  08/28/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT          6 NH23IP922600-05-08

1. Terms and Conditions

## AWARD INFORMATION

**Incorporation**:  In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations-policies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number IP19-1901, entitled Immunization and Vaccines for Children, and application dated August 14, 2024, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NOA).

**Supplemental Funding for Farmworker:**  Funding in the amount of $200,000 is approved for Year 05 budget period, which is July 1, 2023, through June 30, 2025.  All future year funding will be based on satisfactory programmatic progress and the availability of funds.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third-party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Coronavirus Disease 2019 (COVID-19) Funds:** A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); the Consolidated Appropriations Act and the Coronavirus Response and Relief Supplement Appropriations Act, 2021 (P.L. 116-260) and/or the American Rescue Plan of 2021 [P.L. 117-2] agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Summary Statement/Technical Review:** Within 5 days of this Notice of Award's (NOA) issue date, the Summary Statement/Technical Review will be accessible to the recipient in GrantSolutions Grant Notes. Contact the assigned Program Officer indicated in the NOA with any questions regarding this document or any follow up requirements and timelines set forth therein.

| REPORTING REQUIREMENTS |
|---|

**Performance Progress and Monitoring:** Performance information collection initiated under this grant/cooperative agreement has been approved by the Office of Management and Budget under **OMB Number 0920-1132**, **"Performance Progress and Monitoring Report", Expiration Date March 31, 2026.** The components of the PPMR are available for download at: https://www.cdc.gov/grants/already-have-grant/Reporting.html .

| PAYMENT INFORMATION |
|---|

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P  Account".  Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified beginning on the bottom of Page 2 of the Notice of Award must be known in order to draw down funds.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NH23IP922600-05-09

FAIN#  NH23IP922600

Federal Award Date: 08/29/2024

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878200826

**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**7. Project Director or Principal Investigator**
Robin Trujillo
Deputy Chief
robin.trujillo@state.co.us
303-692-6242

**8. Authorized Official**
Kurt Williams
Controller
kurt.williams@state.co.us
303-810-4679

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Megan Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
6 NH23IP922600-05-09

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Change in Key Personnel

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2023 **- End Date** 06/30/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $61,813,063.00 |
| **22.** Offset | | $1,877,201.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $18,551,573.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $18,551,573.00 |
| **26. Period of Performance Start Date** 07/01/2019 **- End Date** 06/30/2025 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $160,000,320.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible1
Grants Management Officer

## 30. Remarks

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-05-09
FAIN# NH23IP922600
Federal Award Date: 08/29/2024

## Recipient Information

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

### 31. Assistance Type
Cooperative Agreement

### 32. Type of Award
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a.  Salaries and Wages** | $20,013,818.00 |
| **b.  Fringe Benefits** | $6,700,271.00 |
| **c.  Total Personnel Costs** | $26,714,089.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $1,149,945.00 |
| **f.  Travel** | $866,735.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $2,581,667.00 |
| **i.  Contractual** | $108,997,476.00 |
| **j.  TOTAL DIRECT COSTS** | $140,309,912.00 |
| **k.  INDIRECT COSTS** | $2,286,716.00 |
| **l.  TOTAL APPROVED BUDGET** | $142,596,628.00 |
| **m.  Federal Share** | $82,241,837.00 |
| **n.  Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 19NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922600C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922600VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390K3G | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-22-0951 |
| 2-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 2-9390K9M | 20NH23IP922600IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 3-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 3-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 3-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390LR9 | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0140 |
| 3-939ZRYH | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 4-9390MV2 | 20NH23IP922600IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-9390MPS | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922600-05-09
FAIN#  NH23IP922600
Federal Award Date:  08/29/2024

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 4-939ZRYH | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 4-9390MPT | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 4-9390MV2 | 19NH23IP922600IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-24-0951 |
| 4-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390NKD | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0140 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Notice of Award

Centers for Disease Control and Prevention

Award#   6 NH23IP922600-05-09
FAIN#   NH23IP922600
Federal Award Date:   08/29/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT        6 NH23IP922600-05-09

1. Terms and Conditions

| ADDITIONAL TERMS AND CONDITIONS |
|---|

**Key Personnel:**  The purpose of this amendment is to approve the **Authorized Organizational Representative** change from previously listed **Jannette Scarpino** to **Kurt Williams**. This is in response to the request submitted by your organization dated August 22, 2024.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

Please be advised that the recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, necessary and reasonable.

**PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE**

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

### Notice of Award

Award# 6 NH23IP922600-05-10
FAIN# NH23IP922600
Federal Award Date: 09/03/2024

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**7. Project Director or Principal Investigator**
Robin Trujillo
Deputy Chief
robin.trujillo@state.co.us
303-692-6242

**8. Authorized Official**
Kurt Williams
Controller
kurt.williams@state.co.us
303-810-4679

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Megan Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
6 NH23IP922600-05-10

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2023 **- End Date** 06/30/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $1,000,000.00 |
| 20a. Direct Cost Amount | | $966,410.00 |
| 20b. Indirect Cost Amount | | $33,590.00 |
| 21. Authorized Carryover | | $61,813,063.00 |
| 22. Offset | | $1,877,201.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $18,551,573.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $19,551,573.00 |
| **26. Period of Performance Start Date** 07/01/2019 **- End Date** 06/30/2025 | | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $161,000,320.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible1
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES        Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922600-05-10
FAIN#  NH23IP922600
Federal Award Date: 09/03/2024

## Recipient Information

**Recipient Name**

COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT

4300 Cherry Creek South Dr

Denver, CO 80246-1523

321-321-3214

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier  (UEI)**

Y3WEW9MQ6NH5

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

---

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only

II.  Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a.  Salaries and Wages** | $20,074,628.00 |
| **b.  Fringe Benefits** | $6,720,338.00 |
| **c.  Total Personnel Costs** | $26,794,966.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $1,157,159.00 |
| **f.  Travel** | $879,165.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $2,583,109.00 |
| **i.  Contractual** | $109,861,923.00 |
| **j.  TOTAL DIRECT COSTS** | $141,276,322.00 |
| **k.  INDIRECT COSTS** | $2,756,976.00 |
| **l.  TOTAL APPROVED BUDGET** | $144,033,298.00 |
| **m.  Federal Share** | $83,241,837.00 |
| **n.  Non-Federal Share** | $0.00 |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 19NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922600C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922600VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390K3G | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-22-0951 |
| 2-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 2-9390K9M | 20NH23IP922600IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 3-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 3-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 3-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390LR9 | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0140 |
| 3-939ZRYH | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 4-9390MV2 | 20NH23IP922600IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-9390MPS | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922600-05-10
FAIN#  NH23IP922600
Federal Award Date:  09/03/2024

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 4-939ZRYH | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 4-9390MPT | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 4-9390MV2 | 19NH23IP922600IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-24-0951 |
| 4-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390NKD | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0140 |
| 4-9390MFC | 19NH23IP922600C5 | IP | 41.51 | 93.268 | $1,000,000.00 | 75-2124-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922600-05-10
FAIN#  NH23IP922600
Federal Award Date:  09/03/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT          6 NH23IP922600-05-10

1. Terms and Conditions

## AWARD INFORMATION

**Incorporation**:  In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations-policies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number IP19-1901, entitled Immunization and Vaccines for Children, and application dated August 22, 2024, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NOA).

**Supplemental Funding for Vaccine Confidence:**  Funding in the amount of $1,000,000.00 is approved for Year 05 budget period, which is July 1, 2023, through June 30, 2025. All future year funding will be based on satisfactory programmatic progress and the availability of funds.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third-party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Coronavirus Disease 2019 (COVID-19) Funds:** A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); the Consolidated Appropriations Act and the Coronavirus Response and Relief Supplement Appropriations Act, 2021 (P.L. 116-260) and/or the American Rescue Plan of 2021 [P.L. 117-2] agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.
This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Summary Statement/Technical Review:** Within 5 days of this Notice of Award's (NOA) issue date, the Summary Statement/Technical Review will be accessible to the recipient in GrantSolutions Grant Notes. Contact the assigned Program Officer indicated in the NOA with any questions regarding this document or any follow up requirements and timelines set forth therein.

## REPORTING REQUIREMENTS

**Performance Progress and Monitoring:** Performance information collection initiated under this grant/cooperative agreement has been approved by the Office of Management and Budget under **OMB Number 0920-1132**, **"Performance Progress and Monitoring Report", Expiration Date March 31, 2026.** The components of the PPMR are available for download at: https://www.cdc.gov/grants/already-have-grant/Reporting.html .

## PAYMENT INFORMATION

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified beginning on the bottom of Page 2 of the Notice of Award must be known in order to draw down funds.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-05-11
FAIN# NH23IP922600
Federal Award Date: 09/10/2024

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**7. Project Director or Principal Investigator**
Robin Trujillo
Deputy Chief
robin.trujillo@state.co.us
303-692-6242

**8. Authorized Official**
Kurt Williams
Controller
kurt.williams@state.co.us
303-810-4679

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Megan Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
6 NH23IP922600-05-11

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Release of Restrictions on NOA

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

**19. Budget Period Start Date** 07/01/2023 **- End Date** 06/30/2025

**20. Total Amount of Federal Funds Obligated by this Action** $0.00
  20a. Direct Cost Amount $0.00
  20b. Indirect Cost Amount $0.00

**21.** Authorized Carryover $61,813,063.00

**22.** Offset $1,877,201.00

**23.** Total Amount of Federal Funds Obligated this budget period $19,751,573.00

**24. Total Approved Cost Sharing or Matching, where applicable** $0.00

**25. Total Federal and Non-Federal Approved this Budget Period** $19,751,573.00

**26. Period of Performance Start Date** 07/01/2019 **- End Date** 06/30/2025

**27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance $161,000,320.00

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible1
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922600-05-11
FAIN# NH23IP922600
Federal Award Date: 09/10/2024

## Recipient Information

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**Congressional District of Recipient**
01
**Payment Account Number and Type**
1840644739A4
**Employer Identification Number (EIN) Data**
840644739
**Universal Numbering System (DUNS)**
878208826
**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**31. Assistance Type**
Cooperative Agreement
**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $12,891,521.00 |
| **b.  Fringe Benefits** | $4,325,767.00 |
| **c.  Total Personnel Costs** | $17,217,288.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $743,891.00 |
| **f.  Travel** | $614,816.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $2,108,013.00 |
| **i.  Contractual** | $60,437,523.00 |
| **j.  TOTAL DIRECT COSTS** | $81,121,531.00 |
| **k.  INDIRECT COSTS** | $2,320,306.00 |
| **l.  TOTAL APPROVED BUDGET** | $83,441,837.00 |
| **m.  Federal Share** | $83,441,837.00 |
| **n.  Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 19NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922600C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922600VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390K3G | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-22-0951 |
| 2-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 2-9390K9M | 20NH23IP922600IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 3-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 3-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 3-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390LR9 | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0140 |
| 3-939ZRYH | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 4-9390MV2 | 20NH23IP922600IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-9390MPS | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |

Page 2



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922600-05-11

FAIN#  NH23IP922600

Federal Award Date:  09/10/2024

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 4-939ZRYH | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 4-9390MPT | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 4-9390MV2 | 19NH23IP922600IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-24-0951 |
| 4-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390NKD | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0140 |
| 4-9390MFC | 19NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922600-05-11
FAIN#  NH23IP922600
Federal Award Date:  09/10/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT          6 NH23IP922600-05-11

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS OF AWARD**

**Release of Contractual Restrictions:** The purpose of this amended Notice of Award is to approve the receipt of Missing Contractual Elements for Envision and to lift restrictions that were placed on the use of this contractor.  This approval is in response to the request submitted by your organization dated August 30, 2024.

**Stewardship:** Please be advised that recipients must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, necessary, and reasonable.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

**PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH23IP922600-05-12
FAIN#   NH23IP922600
Federal Award Date:  10/16/2024

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**2. Congressional District of Recipient**
01
**3. Payment System Identifier (ID)**
1840644739A4
**4. Employer Identification Number (EIN)**
840644739
**5. Data Universal Numbering System (DUNS)**
878208826
**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5
**7. Project Director or Principal Investigator**
Robin  Trujillo
Deputy Chief
robin.trujillo@state.co.us
303-692-6242

**8. Authorized Official**
Mr. Kurt  Williams
Controller
kurt.williams@state.co.us
303-810-4679

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Megan  Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
6 NH23IP922600-05-12
**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600
**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.
**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268
**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Budget Revision
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---:|
| **19. Budget Period Start Date** 07/01/2023 **- End Date** 06/30/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | ($26,932.00) |
| 20b. Indirect Cost Amount | | $26,932.00 |
| 21. Authorized Carryover | | $61,813,063.00 |
| 22. Offset | | $1,877,201.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $19,751,573.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $19,751,573.00 |
| **26. Period of Performance Start Date** 07/01/2019 **- End Date** 06/30/2025 | | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $161,000,320.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Kathy Raible1
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922600-05-12
FAIN# NH23IP922600
Federal Award Date: 10/16/2024

## Recipient Information

**Recipient Name**

COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier (UEI)**

Y3WEW9MQ6NH5

### 31. Assistance Type
Cooperative Agreement

### 32. Type of Award
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $12,891,982.00 |
| **b. Fringe Benefits** | $4,313,891.00 |
| **c. Total Personnel Costs** | $17,205,873.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $741,952.00 |
| **f. Travel** | $623,833.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $1,536,323.00 |
| **i. Contractual** | $60,986,618.00 |
| **j. TOTAL DIRECT COSTS** | $81,094,599.00 |
| **k. INDIRECT COSTS** | $2,347,238.00 |
| **l. TOTAL APPROVED BUDGET** | $83,441,837.00 |
| **m. Federal Share** | $83,441,837.00 |
| **n. Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 1-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 20NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922600C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922600VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390K3G | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-22-0951 |
| 2-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 2-9390K9M | 20NH23IP922600IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 3-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 3-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 3-9390LR9 | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0140 |
| 3-939ZRYH | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 4-9390MV2 | 20NH23IP922600IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-9390MPS | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |



# DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH23IP922600-05-12

FAIN#  NH23IP922600

Federal Award Date:  10/16/2024

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 4-939ZRYH | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 4-9390MPT | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 4-9390MV2 | 19NH23IP922600IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-24-0951 |
| 4-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390NKD | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0140 |
| 4-9390MFC | 19NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922600-05-12
FAIN# NH23IP922600
Federal Award Date: 10/16/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT          6 NH23IP922600-05-12

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS**

**Revised Budget:** The purpose of this amended Notice of Award is to approve the **revised budget** submitted by your organization dated September 24, 2024. Funds have been distributed as indicated in the approved budget of this Notice of Award.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

Please be advised that recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, necessary, and reasonable.

**PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-05-13
FAIN# NH23IP922600
Federal Award Date: 01/08/2025

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**2. Congressional District of Recipient**
01
**3. Payment System Identifier (ID)**
1840644739A4
**4. Employer Identification Number (EIN)**
840644739
**5. Data Universal Numbering System (DUNS)**
878208826
**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5
**7. Project Director or Principal Investigator**
Ms. Heather  Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Mr. Kurt  Williams
Controller
kurt.williams@state.co.us
303-810-4679

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Megan  Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
6 NH23IP922600-05-13
**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600
**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.
**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268
**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Change PI/PD
**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 07/01/2023 **- End Date** 06/30/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $61,813,063.00 |
| 22. Offset | $1,877,201.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $19,751,573.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $19,751,573.00 |
| **26. Period of Performance Start Date** 07/01/2019 **- End Date** 06/30/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | $161,000,320.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Kathy Raible1
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922600-05-13
FAIN# NH23IP922600
Federal Award Date: 01/08/2025

## Recipient Information

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

### 31. Assistance Type
Cooperative Agreement

### 32. Type of Award
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only

II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $12,891,982.00 |
| **b. Fringe Benefits** | $4,313,891.00 |
| **c. Total Personnel Costs** | $17,205,873.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $741,952.00 |
| **f. Travel** | $623,833.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $1,536,323.00 |
| **i. Contractual** | $60,986,618.00 |
| **j. TOTAL DIRECT COSTS** | $81,094,599.00 |
| **k. INDIRECT COSTS** | $2,347,238.00 |
| **l. TOTAL APPROVED BUDGET** | $83,441,837.00 |
| **m. Federal Share** | $83,441,837.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 20NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922600C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922600VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390K3G | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-22-0951 |
| 2-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 2-9390K9M | 20NH23IP922600IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 3-9390K8W | 20NH23IP922600UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 3-9390K3F | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 3-93909KZ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390LR9 | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0140 |
| 3-939ZRYH | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 4-9390MV2 | 20NH23IP922600IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-9390MPS | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922600-05-13

FAIN#  NH23IP922600

Federal Award Date:  01/08/2025

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 4-939ZRYH | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 4-9390MPT | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 4-9390MV2 | 19NH23IP922600IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-939ZRWL | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-24-0951 |
| 4-9390BKJ | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390BKM | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390NKD | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0140 |
| 4-9390MFC | 19NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Notice of Award

Centers for Disease Control and Prevention

Award#   6 NH23IP922600-05-13
FAIN#   NH23IP922600
Federal Award Date:   01/08/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT         6 NH23IP922600-05-13

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS**

**Key Personnel:**  The purpose of this amendment is to approve the **Program Director** change from previously listed <u>Robin Trujillo</u> to <u>Heather Roth</u>. This is in response to the request submitted by your organization dated December 16, 2024.


All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.


Please be advised that the recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, necessary and reasonable.


**PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH23IP922600-05-14
FAIN#   NH23IP922600
Federal Award Date: 03/24/2025

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**2. Congressional District of Recipient**
01
**3. Payment System Identifier (ID)**
1840644739A4
**4. Employer Identification Number (EIN)**
840644739
**5. Data Universal Numbering System (DUNS)**
878208826
**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5
**7. Project Director or Principal Investigator**
Ms. Heather  Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Mr. Kurt  Williams
Controller
kurt.williams@state.co.us
303-810-4679

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Megan  Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
6 NH23IP922600-05-14
**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600
**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.
**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268
**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Administrative Action
**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2023 **- End Date** 03/24/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $61,813,063.00 |
| **22.** Offset | | $1,877,201.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $19,751,573.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $19,751,573.00 |
| **26. Period of Performance Start Date** 07/01/2019 **- End Date** 03/24/2025 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $161,000,320.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Percy Jernigan

## 30. Remarks

Department Authority

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-05-14
FAIN#  NH23IP922600
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

### 31. Assistance Type
Cooperative Agreement

### 32. Type of Award
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $12,891,982.00 |
| **b. Fringe Benefits** | $4,313,891.00 |
| **c. Total Personnel Costs** | $17,205,873.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $741,952.00 |
| **f. Travel** | $623,833.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $1,536,323.00 |
| **i. Contractual** | $60,986,618.00 |
| **j. TOTAL DIRECT COSTS** | $81,094,599.00 |
| **k. INDIRECT COSTS** | $2,347,238.00 |
| **l. TOTAL APPROVED BUDGET** | $83,441,837.00 |
| **m. Federal Share** | $83,441,837.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 0-9390EWQ | 19NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922600C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 20NH23IP922600C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922600C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390K9M | 20NH23IP922600IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GUU | 20NH23IP922600UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |

Page 2



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**     Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922600-05-14
FAIN#   NH23IP922600
Federal Award Date:  03/24/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT       6 NH23IP922600-05-14

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of use of funding under the listed document number(s) is effective as of the date set out in your Notice of Award.

Impacted document numbers are included on page 2 of this Notice of Award (NoA).

No additional activities can be conducted, and no additional costs may be incurred, as it relates to these funds.  Unobligated award balances of COVID-19 funding will be de-obligated by CDC. Award activities under other funding may continue consistent with the terms and conditions of the award.

**Final Federal Financial Report (FFR, SF-425)**: Within 30 days please submit final FFR's for impacted document numbers.  The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**All other terms and conditions of this award remain in effect.**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-05-15
FAIN# NH23IP922600
Federal Award Date: 03/25/2025

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**2. Congressional District of Recipient**
01
**3. Payment System Identifier (ID)**
1840644739A4
**4. Employer Identification Number (EIN)**
840644739
**5. Data Universal Numbering System (DUNS)**
878320826
**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5
**7. Project Director or Principal Investigator**
Ms. Heather  Roth
Heather.Roth@State.Co.Us
303-692-2289

**8. Authorized Official**
Mr. Kurt  Williams
Controller
kurt.williams@state.co.us
303-810-4679

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Megan  Schubnell
Program Officer
uvu4@cdc.gov
4047184709

## Federal Award Information

**11. Award Number**
6 NH23IP922600-05-15
**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922600
**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.
**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268
**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Administrative Action
**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19.  Budget Period Start Date** 07/01/2023  **- End Date** 06/30/2025 | | |
| **20.  Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| 21. Authorized Carryover | | $61,813,063.00 |
| 22. Offset | | $1,877,201.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $19,751,573.00 |
| 24. **Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| 25. **Total Federal and Non-Federal Approved this Budget Period** | | $19,751,573.00 |
| 26. **Period of Performance Start Date** 07/01/2019  **- End Date** 06/30/2025 | | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $161,000,320.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Percy Jernigan

## 30. Remarks

This is an internal administrative action. No action is required from the recipient.

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922600-05-15

FAIN# NH23IP922600

Federal Award Date: 03/25/2025

## Recipient Information

**Recipient Name**

COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT

4300 Cherry Creek South Dr

Denver, CO 80246-1523

321-321-3214

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier (UEI)**

Y3WEW9MQ6NH5

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only

II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $12,891,982.00 |
| **b.  Fringe Benefits** | $4,313,891.00 |
| **c.  Total Personnel Costs** | $17,205,873.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $741,952.00 |
| **f.  Travel** | $623,833.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $1,536,323.00 |
| **i.  Contractual** | $60,986,618.00 |
| **j.  TOTAL DIRECT COSTS** | $81,094,599.00 |
| **k.  INDIRECT COSTS** | $2,347,238.00 |
| **l.  TOTAL APPROVED BUDGET** | $83,441,837.00 |
| **m.  Federal Share** | $83,441,837.00 |
| **n.  Non-Federal Share** | $0.00 |

---

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 4-9390BKG | 19NH23IP922600 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |

Page 2



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922600-05-15
FAIN#  NH23IP922600
Federal Award Date:  03/25/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

| 1. DATE ISSUED *MM/DD/YYYY*<br>07/11/2019 | 1a. SUPERSEDES AWARD NOTICE dated<br>except that any additions or restrictions previously imposed<br>remain in effect unless specifically rescinded |
|---|---|

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Centers for Disease Control and Prevention**
**CDC Office of Financial Resources**

2939 Brandywine Road
Atlanta, GA 30341

**2. CFDA NO.**
93.323 - Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**3. ASSISTANCE TYPE** Cooperative Agreement

| 4. GRANT NO.  1 NU50CK000552-01-00<br>Formerly | 5. TYPE OF AWARD<br>Other |
|---|---|
| 4a. FAIN   NU50CK000552 | 5a. ACTION TYPE   New |

| 6.  PROJECT PERIOD *MM/DD/YYYY*<br>From      08/01/2019 | Through        07/31/2024 *MM/DD/YYYY* |
|---|---|
| 7. BUDGET PERIOD *MM/DD/YYYY*<br>From      08/01/2019 | Through        07/31/2020 *MM/DD/YYYY* |

**NOTICE OF AWARD**
AUTHORIZATION (Legislation/Regulations)
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**8. TITLE OF PROJECT (OR PROGRAM)**
See attached document

| 9a. GRANTEE NAME AND ADDRESS<br>PUBLIC HEALTH AND ENVIRONMENT, COLORADO DEPARTMENT OF<br>4300 CHERRY CREEK SOUTH DR<br>DENVER, CO 80246-1523 | 9b. GRANTEE PROJECT DIRECTOR<br>Ms. Nicole  Comstock<br>4300 Cherry Creek South Dr<br>Denver, CO 80246-1523<br>Phone: 303-692-2676 |
|---|---|
| 10a. GRANTEE AUTHORIZING OFFICIAL<br>Mr. David  Norris<br>4300 Cherry Creek South Drive<br>Prevention Services Division<br>Denver, CO 80246-1523 | 10b. FEDERAL PROJECT OFFICER<br>Mrs. Janice  Downing<br>1600 Clifton Rd<br>Atlanta, GA 30333<br>Phone: 404-639-7808 |

**ALL AMOUNTS ARE SHOWN IN USD**

| 11. APPROVED BUDGET (Excludes Direct Assistance) | |
|---|---|
| I  Financial Assistance from the Federal Awarding Agency Only | |
| II Total project costs including grant funds and all other financial participation | **I** |
| a.    Salaries and WageS  …………………………….. | 2,080,630.00 |
| b.    Fringe Benefits  …………………………….. | 682,275.00 |
| c.       Total Personnel Costs  …………………….. | 2,762,905.00 |
| d.    Equipment  …………………………….. | 123,331.00 |
| e.    Supplies  …………………………….. | 84,297.00 |
| f.    Travel  …………………………….. | 87,596.00 |
| g.    Construction  …………………………….. | 0.00 |
| h.    Other  …………………………….. | 84,300.00 |
| i.    Contractual  …………………………….. | 1,194,552.00 |
| j.       TOTAL DIRECT COSTS  ⟶ | 4,336,981.00 |
| k.    INDIRECT COSTS | 666,237.00 |
| l.    **TOTAL APPROVED BUDGET** | 5,003,218.00 |
| m.    Federal Share | 5,003,218.00 |
| n.    Non-Federal Share | 0.00 |

**12. AWARD COMPUTATION**

| | |
|---|---|
| a. Amount of Federal Financial Assistance (from item 11m) | 5,003,218.00 |
| b. Less Unobligated Balance From Prior Budget Periods | 0.00 |
| c. Less Cumulative Prior Award(s) This Budget Period | 0.00 |
| d. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | 5,003,218.00 |

**13. Total Federal Funds Awarded to Date for Project Period**   5,003,218.00

**14. RECOMMENDED FUTURE SUPPORT**
*(Subject to the availability of funds and satisfactory progress of the project):*

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL  DIRECT COSTS |
|---|---|---|---|
| a.  2 | | d.  5 | |
| b.  3 | | e.  6 | |
| c.  4 | | f.  7 | |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**
a.      DEDUCTION
b.      ADDITIONAL COSTS
c.      MATCHING
d.      OTHER RESEARCH (Add / Deduct Option)
e.      OTHER (See REMARKS)

**b**

**16. THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:**
a.      The grant program legislation
b.      The grant program regulations.
c.      This award notice including terms and conditions, if any, noted below under REMARKS.
d.      Federal administrative requirements, cost principles and audit requirements applicable to this grant.
In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail.  Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS**   (Other Terms and Conditions Attached -    [X] Yes      [ ] No)
The purpose of this action is to award $5,003,218. The award total includes $19,919 in hurricane funds.

**GRANTS MANAGEMENT OFFICIAL:**
Shirley K Byrd, Grants Management Officer
2939 Flowers Rd
Mailstop TV-2
Atlanta, GA 30341-5509
Phone: (770) 488-2591

| 17.OBJ CLASS       41.51 | 18a. VENDOR CODE    1840644739A4 | 18b. EIN       840644739 | 19. DUNS       878208826 | 20. CONG. DIST.       01 |
|---|---|---|---|---|
| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | APPROPRIATION |
| 21. a.    9-921VV46 | b.   19NU50CK000552 | c.       CK | d.       $156,429.00 | e.    75-19-0949 |
| 22. a.    9-921ZEYJ | b.   19NU50CK000552 | c.       CK | d.       $53,943.00 | e.    75-19-0949 |
| 23. a.    9-939014P | b.   19NU50CK000552 | c.       CK | d.       $248,968.00 | e.    75-19-0949 |

NOTICE OF AWARD (Continuation Sheet)

| PAGE 2 of 3 | DATE ISSUED 07/11/2019 |
| --- | --- |
| GRANT NO. | 1 NU50CK000552-01-00 |

| FY-ACCOUNT NO. | | DOCUMENT NO. | | ADMINISTRATIVE CODE | | AMT ACTION FIN ASST | | APPROPRIATION |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 24.a. 9-93901FW | b. | 19NU50CK000552 | c. | CK | d. | $374,002.00 | e. | 75-19-0959 |
| 25.a. 9-93904SH | b. | 19NU50CK000552 | c. | CK | d. | $175,740.00 | e. | 75-19-0956 |
| 26.a. 9-93905VH | b. | 19NU50CK000552 | c. | CK | d. | $327,937.00 | e. | 75-19-0949 |
| 27.a. 9-93906EZ | b. | 19NU50CK000552 | c. | CK | d. | $74,087.00 | e. | 75-19-0947 |
| 28.a. 9-93906N9 | b. | 19NU50CK000552 | c. | CK | d. | $807,511.00 | e. | 75-19-0949 |
| 29.a. 9-93907PM | b. | 19NU50CK000552 | c. | CK | d. | $6,100.00 | e. | 75-X-0951 |
| 30.a. 9-93908MV | b. | 19NU50CK000552 | c. | CK | d. | $761,028.00 | e. | 75-19-0949 |
| 31.a. 9-93909PE | b. | 19NU50CK000552 | c. | CK | d. | $32,631.00 | e. | 75-X-0951 |
| 32.a. 9-93909QZ | b. | 19NU50CK000552 | c. | CK | d. | $126,427.00 | e. | 75-X-0951 |
| 33.a. 9-93909R9 | b. | 19NU50CK000552 | c. | CK | d. | $10,000.00 | e. | 75-19-0949 |
| 34.a. 9-93909UW | b. | 19NU50CK000552 | c. | CK | d. | $341,637.00 | e. | 75-X-0949 |
| 35.a. 9-9390AC3 | b. | 19NU50CK0005219HURR | c. | CK | d. | $19,919.00 | e. | 75-1820-0943 |
| 36.a. 9-9390C0K | b. | 19NU50CK000552 | c. | CK | d. | $111,135.00 | e. | 75-X-0943 |
| 37.a. 9-939ZSCE | b. | 19NU50CK000552 | c. | CK | d. | $154,784.00 | e. | 75-19-0951 |
| 38.a. 9-939ZSKR | b. | 19NU50CK000552 | c. | CK | d. | $28,122.00 | e. | 75-19-0949 |
| 39.a. 9-939ZVJC | b. | 19NU50CK000552 | c. | CK | d. | $1,192,818.00 | e. | 75-19-0949 |

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
| --- | --- | --- | --- |
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

| NOTICE OF AWARD (Continuation Sheet) | PAGE  3 of 3 | DATE ISSUED<br>07/11/2019 |
|---|---|---|
| | GRANT NO.    1 NU50CK000552-01-00 | |

Federal Financial Report Cycle

| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
|---|---|---|---|
| 08/01/2019 | 07/31/2020 | Annual | 10/29/2020 |
| 08/01/2020 | 07/31/2021 | Annual | 10/29/2021 |
| 08/01/2021 | 07/31/2022 | Annual | 10/29/2022 |
| 08/01/2022 | 07/31/2023 | Annual | 10/29/2023 |
| 08/01/2023 | 07/31/2024 | Annual | 10/29/2024 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                    1 NU50CK000552-01-00

1. Terms and Conditions

## AWARD INFORMATION

**Incorporation**:  In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CDC-RFA-CK19-1904, entitled 2019 Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC) - 2019, and application dated May 10, 2019, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Approved Funding:**  Funding in the amount of **$5,003,218** is approved for the Year 01 budget period, which is August 1, 2019 through July 31, 2020. All future year funding will be based on satisfactory programmatic progress and the availability of funds.

| NOFO Funding | Amount |
|---|---|
| Non-PPHF | $5,003,218 |
| Hurricane | $19,919 |

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Hurricane Disaster Relief Funds and Availability:** Funds for grants provided by division B of Public Law 115-56, division A of Public Law 115-72, and division B of Public Law 115-123 must be expended by grant recipients within the 24-month period following the agency's obligation of those funds. The agency obligation date is identified as the Issue Date reflected on page one of this Notice of Award.

Funding in the amount of **$19,919** is approved for budget period **August 1, 2019** through **July 31, 2020**. The recipient must expend and disburse all funds by **July 31, 2021**. After the budget period has expired, CDC may de-obligate all funds not expended and disbursed, including unliquidated obligations.

Note: Refer to the Payment Information section for draw down and Payment Management System (PMS) subaccount information.

**Financial Assistance Mechanism:** Cooperative Agreement

**Substantial Involvement by CDC:**  This is a cooperative agreement and CDC will have substantial programmatic involvement after the award is made.  Substantial involvement is in addition to all post-award monitoring, technical assistance, and performance reviews undertaken in the normal course of stewardship of federal funds.

CDC program staff will assist, coordinate, or participate in carrying out effort under the award, and recipients agree to the responsibilities therein, as detailed in the NOFO.

**Objective/Technical Review Statement Response Requirement**: The review comments on the strengths and weaknesses of the proposal are provided as part of this award.  A response to

the weaknesses in these statements must be submitted to and approved, in writing, by the Program Officer noted in the CDC Staff Contacts section of this NoA, no later than 30 days from the budget period start date. Failure to submit the required information by the due date, September 2, 2019, will cause delay in programmatic progress and will adversely affect the future funding of this project.

**Budget Revision Requirement:** By September 2, 2019 the recipient must submit a revised budget with a narrative justification. Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date.

**Expanded Authority:** The recipient is permitted the following expanded authority in the administration of the award.

⊠ Carryover of unobligated balances from one budget period to a subsequent budget period. Unobligated funds may be used for purposes within the scope of the project as originally approved. Recipients will report use, or intended use, of unobligated funds in Section 12 "Remarks" of the annual Federal Financial Report. If the GMO determines that some or all of the unobligated funds are not necessary to complete the project, the GMO may restrict the recipient's authority to automatically carry over unobligated balances in the future, use the balance to reduce or offset CDC funding for a subsequent budget period, or use a combination of these actions.

**Program Income**: Any program income generated under this grant or cooperative agreement will be used in accordance with the Addition alternative.

Addition alternative: Under this alternative, program income is added to the funds committed to the project/program and is used to further eligible project/program objectives.

Note: The disposition of program income must have written prior approval from the GMO.

| FUNDING RESTRICTIONS AND LIMITATIONS |
|---|

Hurricane Disaster Previously Incurred Costs Restrictions: Previously incurred costs and activities that will be reimbursed or funded by another federal source (e.g., FEMA) may not be included.

**Indirect Costs:** Indirect costs are not approved for this award, because indirect costs were not requested or an approved Indirect Cost Rate Agreement has not been provided. To have indirect costs approved for this grant, submit an approved indirect cost rate agreement to the grants management specialist no later than September 3, 2019.

| REPORTING REQUIREMENTS |
|---|

**Performance Progress and Monitoring:** Performance information collection initiated under this grant/cooperative agreement has been approved by the Office of Management and Budget under **OMB Number 0920-1132, "Performance Progress and Monitoring Report", Expiration Date 8/31/2019**. The components of the PPMR are available for download at: https://www.cdc.gov/grants/alreadyhavegrant/Reporting.html .

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Karen Zion, Grants Management Specialist
Centers for Disease Control and Prevention
Infectious Disease Services Branch
2939 Flowers Road, MS-TV-2
Atlanta, GA 30341
Telephone: 770-488-2729
Email: wvf8@cdc.gov (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC 20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

| PAYMENT INFORMATION |
| --- |

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or*

*by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

| Component: Non-PPHF |
|---|
| Document Number:  19NU50CK000552 |

| Component: Hurricane |
|---|
| Document Number:  19NU50CK00055219HURR |

## CDC Staff Contacts

**Grants Management Specialist:** The GMS is the federal staff member responsible for the day-to-day management of grants and cooperative agreements.  The GMS is the primary contact of recipients for business and administrative matters pertinent to grant awards.

**GMS Contact:**
Karen Zion, Grants Management Specialist
Centers for Disease Control and Prevention
Infectious Disease Services Branch
2939 Flowers Road, MS-TV-2
Atlanta, GA 30341
Telephone: 770-488-2729
Email: wvf8@cdc.gov

**Program/Project Officer:** The PO is the federal official responsible for monitoring the programmatic, scientific, and/or technical aspects of grants and cooperative agreements, as well as contributing to the effort of the award under cooperative agreements.

**Grants Management Officer:** The GMO is the federal official responsible for the business and other non-programmatic aspects of grant awards. The GMO is the only official authorized to obligate federal funds and is responsible for signing the NoA, including revisions to the NoA that change the terms and conditions.  The GMO serves as the counterpart to the business officer of the recipient organization.

| 1. DATE ISSUED *MM/DD/YYYY* | 1a. SUPERSEDES AWARD NOTICE dated 03/26/2020 |
|---|---|
| 04/23/2020 | except that any additions or restrictions previously imposed remain in effect unless specifically rescinded |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Centers for Disease Control and Prevention**

2. CFDA NO.
93.323 - Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

3. ASSISTANCE TYPE   Cooperative Agreement

2939 Brandywine Road
Atlanta, GA 30341

| 4. GRANT NO. 6 NU50CK000552-01-07 | 5. TYPE OF AWARD |
|---|---|
| Formerly | Demonstration |
| 4a. FAIN   NU50CK000552 | 5a. ACTION TYPE   Post Award Amendment |

**NOTICE OF AWARD**
AUTHORIZATION (Legislation/Regulations)
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

| 6. PROJECT PERIOD | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| From | 08/01/2019 | Through | 07/31/2024 |
| 7. BUDGET PERIOD | *MM/DD/YYYY* | | *MM/DD/YYYY* |
| From | 08/01/2019 | Through | 07/31/2020 |

8. TITLE OF PROJECT (OR PROGRAM)
CK19-1904 - 2019 Epidemiology and Laboratory Capacity (ELC),

| 9a. GRANTEE NAME AND ADDRESS | 9b. GRANTEE PROJECT DIRECTOR |
|---|---|
| PUBLIC HEALTH AND ENVIRONMENT, COLORADO DEPARTMENT OF | Ms. Nicole  Comstock |
| 4300 E Cherry Creek South Dr | 4300 E Cherry Creek South Dr |
| Denver, CO 80246-1523 | Denver, CO 80246-1523 |
| | Phone: 303-692-2676 |

| 10a. GRANTEE AUTHORIZING OFFICIAL | 10b. FEDERAL PROJECT OFFICER |
|---|---|
| Mr. David  Norris | Mrs. Janice  Downing |
| 4300 Cherry Creek South Drive | 1600 Clifton Rd |
| Denver, CO 80246-1523 | Atlanta, GA 30333 |
| Phone: 303-692-2127 | Phone: 404-639-7808 |

**ALL AMOUNTS ARE SHOWN IN USD**

| 11. APPROVED BUDGET (Excludes Direct Assistance) | | 12. AWARD COMPUTATION | |
|---|---|---|---|
| I  Financial Assistance from the Federal Awarding Agency Only | | a. Amount of Federal Financial Assistance (from item 11m) | 16,683,089.00 |
| II Total project costs including grant funds and all other financial participation | **I** | b. Less Unobligated Balance From Prior Budget Periods | 0.00 |
| | | c. Less Cumulative Prior Award(s) This Budget Period | 6,314,952.00 |
| a. Salaries and WageS ............................... | 2,504,401.00 | d. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | 10,368,137.00 |
| b. Fringe Benefits ............................... | 822,112.00 | 13. Total Federal Funds Awarded to Date for Project Period | 16,683,089.00 |
| c.   Total Personnel Costs ............... | 3,326,513.00 | 14. RECOMMENDED FUTURE SUPPORT | |

14. RECOMMENDED FUTURE SUPPORT
*(Subject to the availability of funds and satisfactory progress of the project):*

| YEAR | TOTAL DIRECT COSTS | | YEAR | TOTAL  DIRECT COSTS |
|---|---|---|---|---|
| a. 2 | | d. 5 | | |
| b. 3 | | e. 6 | | |
| c. 4 | | f. 7 | | |

| | | |
|---|---|---|
| d. Equipment | 135,331.00 | |
| e. Supplies | 220,330.00 | |
| f. Travel | 88,886.00 | |
| g. Construction | 0.00 | |
| h. Other | 10,502,837.00 | |
| i. Contractual | 1,572,052.00 | |
| j.   TOTAL DIRECT COSTS ⟶ | 15,845,949.00 | |
| k. INDIRECT COSTS | 837,140.00 | |
| l.   TOTAL APPROVED BUDGET | 16,683,089.00 | |
| m. Federal Share | 16,683,089.00 | |
| n. Non-Federal Share | 0.00 | |

15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:
a.   DEDUCTION
b.   ADDITIONAL COSTS
c.   MATCHING
d.   OTHER RESEARCH (Add / Deduct Option)
e.   OTHER (See REMARKS)

**b**

16. THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:
a.   The grant program legislation
b.   The grant program regulations.
c.   This award notice including terms and conditions, if any, noted below under REMARKS.
d.   Federal administrative requirements, cost principles and audit requirements applicable to this grant.
In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail.  Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

REMARKS   (Other Terms and Conditions Attached -   ☒ Yes   ☐ No)

GRANTS MANAGEMENT OFFICIAL:

Brownie Anderson-Rana, Grants Management Officer
2939 Flowers Road
Mailstop TV2
Atlanta, GA 30341-5509
Phone: 770-488-2771

| 17.OBJ CLASS | 41.51 | 18a. VENDOR CODE | 1840644739A4 | 18b. EIN | | 840644739 | 19. DUNS | 878208826 | 20. CONG. DIST. | 01 |
|---|---|---|---|---|---|---|---|---|---|---|
| FY-ACCOUNT NO. | | DOCUMENT NO. | | ADMINISTRATIVE CODE | | AMT ACTION FIN ASST | | APPROPRIATION | |
| 21. a.   0-9390EWQ | b. | 19NU50CK000552C3 | c. | CK | d. | $10,368,137.00 | e. | 75-2024-0943 | |
| 22. a. | b. | | c. | | d. | | e. | | |
| 23. a. | b. | | c. | | d. | | e. | | |

| NOTICE OF AWARD (Continuation Sheet) | PAGE 2 of 3 | DATE ISSUED 04/23/2020 |
|---|---|---|
| | GRANT NO. | 6 NU50CK000552-01-07 |

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

2

| NOTICE OF AWARD (Continuation Sheet) | PAGE   3 of 3 | DATE ISSUED 04/23/2020 |
|---|---|---|
| | GRANT NO.     6 NU50CK000552-01-07 | |

| Federal Financial Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 08/01/2019 | 07/31/2020 | Annual | 10/29/2020 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                      6 NU50CK000552-01-07

1. COVID-19 Supplement Terms and Conditions

**AWARD INFORMATION**

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CK19-1904, entitled Epidemiology and Laboratory Capacity (ELC), which is hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Component Funding:** Additional funding in the amount $10,368,137 is approved for the Year 01 budget period, which is August 1, 2019 through July 31, 2020

**COVID-19** Response Activities:

- E. Cross-Cutting Emerging Issues: $10,368,137

**Recipients have 24 months from the date of this NoA to expend all funds awarded herein**

**Budget/Workplan Revision Requirement:** Within 30 days of this NoA, the recipient must submit a revised budget with a narrative justification outlining response activities. Failure to submit the required information in a timely manner may adversely affect the future funding of the project. If the information cannot be provided by the due date, you are required to contact your ELC Project Officer and Grant Management Specialist. Revised budget can be uploaded in GrantSolutions as a grant note for the purpose of "administrative relief" during the COVID-19 crisis.

**Pre-Award Costs**: Pre-award costs dating back to January 20, 2020 – when CDC first activated its Emergency Operations Center (EOC) – and directly related to the COVID-19 outbreak response are allowable.

**Indirect Costs:** Indirect cost will be approved based on current approved negotiated indirect cost rate agreement.

**Overtime:** Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Additional Reporting:**
- Monthly progress reports on status of timelines, goals, and objectives as defined by CDC in approved work plans.
- Monthly fiscal reports (beginning 60 days after NOAs are issued).
- Performance measure data
- CDC may require recipients to develop annual progress reports (APRs). CDC will provide APR guidance and optional templates should they be required.

**Additional Term and Condition:**
A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123)  or the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136) agrees to: 1) comply with

existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

If recipient disburses any funds received pursuant to this award to a local jurisdiction, recipient shall ensure that the local jurisdiction complies with the terms and conditions of this award. Consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19.
In addition, to the extent applicable, Recipient will comply with Section 18115 of the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act"), Public Law 116-136, with respect to the reporting to the Secretary of Health and Human Services of results of tests intended to detect SARS–CoV–2 or to diagnose a possible case of COVID–19.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
  - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
    - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
    - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
  - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf
- All unallowable costs cited in CDC-RFA-CK19-1904 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 – Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.

## REPORTING REQUIREMENTS

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.  Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the CDC and to the

HHS OIG at the following addresses:

CDC, Office of Grants Services
Tonya M. Jenkins, Grants Management Specialist
Time Solutions LLC
Office of Grants Services (OGS)
Office of Financial Resources (OFR)
Office of the Chief Operating Officer (OCOO)
Centers for Disease Control and Prevention (CDC)
pjo6@cdc.gov | 404-498-2399 office


AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

## PAYMENT INFORMATION

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1- 800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*


Payment Management System Subaccount: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

**Stewardship**: The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

*All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.*

| 1. DATE ISSUED *MM/DD/YYYY* | 1a. SUPERSEDES AWARD NOTICE dated *MM/DD/YYYY* |
|---|---|
| 05/19/2020 | except that any additions or restrictions previously imposed remain in effect unless specifically rescinded |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Centers for Disease Control and Prevention**

**2. CFDA NO.**
93.323 - Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**3. ASSISTANCE TYPE** Cooperative Agreement

| 4. GRANT NO. 6 NU50CK000552-01-08 Formerly | 5. TYPE OF AWARD Demonstration |
|---|---|
| 4a. FAIN NU50CK000552 | 5a. ACTION TYPE Post Award Amendment |

2939 Brandywine Road
Atlanta, GA 30341

| 6. PROJECT PERIOD *MM/DD/YYYY* | | |
|---|---|---|
| From 08/01/2019 | Through | 07/31/2024 |

**NOTICE OF AWARD**
AUTHORIZATION (Legislation/Regulations)
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

| 7. BUDGET PERIOD *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|
| From 08/01/2019 | Through | 07/31/2020 |

**8. TITLE OF PROJECT (OR PROGRAM)**
CK19-1904 - 2019 Epidemiology and Laboratory Capacity (ELC),

| 9a. GRANTEE NAME AND ADDRESS | 9b. GRANTEE PROJECT DIRECTOR |
|---|---|
| PUBLIC HEALTH AND ENVIRONMENT, COLORADO DEPARTMENT OF<br>4300 E Cherry Creek South Dr<br>Denver, CO 80246-1523 | Ms. Nicole  Comstock<br>4300 Cherry Creek South Dr<br>Denver, CO 80246-1523<br>Phone: 303-692-2676 |

| 10a. GRANTEE AUTHORIZING OFFICIAL | 10b. FEDERAL PROJECT OFFICER |
|---|---|
| Mr. David  Norris<br>4300 Cherry Creek South Drive<br>Denver, CO 80246-1523<br>Phone: 303-692-2127 | Mrs. Janice  Downing<br>1600 Clifton Rd<br>Atlanta, GA 30333<br>Phone: 404-639-7808 |

**ALL AMOUNTS ARE SHOWN IN USD**

| 11. APPROVED BUDGET (Excludes Direct Assistance) | | 12. AWARD COMPUTATION | |
|---|---|---|---|
| I  Financial Assistance from the Federal Awarding Agency Only | | a. Amount of Federal Financial Assistance (from item 11m) | 176,192,968.00 |
| II Total project costs including grant funds and all other financial participation | **I** | b. Less Unobligated Balance From Prior Budget Periods | 0.00 |
| | | c. Less Cumulative Prior Award(s) This Budget Period | 16,683,089.00 |
| a.   Salaries and WageS .............................. | 2,504,401.00 | d. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | 159,509,879.00 |
| b.   Fringe Benefits .............................. | 822,112.00 | 13. Total Federal Funds Awarded to Date for Project Period | 176,192,968.00 |
| c.      Total Personnel Costs     ............... | 3,326,513.00 | 14. RECOMMENDED FUTURE SUPPORT<br>*(Subject to the availability of funds and satisfactory progress of the project):* | |
| d.   Equipment | 135,331.00 | | |

| | YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL  DIRECT COSTS |
|---|---|---|---|---|
| e.   Supplies .............................. 220,330.00 | a.  2 | | d.  5 | |
| f.   Travel .............................. 88,886.00 | b.  3 | | e.  6 | |
| g.   Construction .............................. 0.00 | c.  4 | | f.  7 | |

| h.   Other | 170,012,716.00 |
|---|---|

| 15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES: | |
|---|---|
| i.   Contractual | 1,572,052.00 |

<table>
<tr><td>j.      TOTAL DIRECT COSTS      ⟶</td><td>175,355,828.00</td><td>a.    DEDUCTION<br>b.    ADDITIONAL COSTS<br>c.    MATCHING<br>d.    OTHER RESEARCH (Add / Deduct Option)<br>e.    OTHER (See REMARKS)</td><td>**b**</td></tr>
<tr><td>k.   INDIRECT COSTS</td><td>837,140.00</td><td colspan="2" rowspan="3">16. THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:<br>    a.    The grant program legislation<br>    b.    The grant program regulations.<br>    c.    This award notice including terms and conditions, if any, noted below under REMARKS.<br>    d.    Federal administrative requirements, cost principles and audit requirements applicable to this grant.<br>In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail.  Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.</td></tr>
<tr><td>l.   **TOTAL APPROVED BUDGET**</td><td>176,192,968.00</td></tr>
<tr><td>m.   Federal Share</td><td>176,192,968.00</td></tr>
<tr><td>n.   Non-Federal Share</td><td>0.00</td><td></td></tr>
</table>

**REMARKS** (Other Terms and Conditions Attached -     [X] Yes     [ ] No)
ELC Enhancing Detection Funding

**GRANTS MANAGEMENT OFFICIAL:**
Kathy Raible
2920 Brandywine Rd
Mailstop E09
Atlanta, GA 30341-5539
Phone: 770-488-2045

| 17.OBJ CLASS | 41.51 | 18a. VENDOR CODE | 1840644739A4 | 18b. EIN | 840644739 | 19. DUNS | 878208826 | 20. CONG. DIST. | 01 |
|---|---|---|---|---|---|---|---|---|---|

| | FY-ACCOUNT NO. | | DOCUMENT NO. | | ADMINISTRATIVE CODE | | AMT ACTION FIN ASST | | APPROPRIATION |
|---|---|---|---|---|---|---|---|---|---|
| 21. a. | 0-9390F7F | b. | 19NU50CK000552C4 | c. | CK | d. | $159,509,879.00 | e. | 75-X-0140 |
| 22. a. | | b. | | c. | | d. | | e. | |
| 23. a. | | b. | | c. | | d. | | e. | |

| NOTICE OF AWARD (Continuation Sheet) | PAGE 2 of 3 | DATE ISSUED 05/19/2020 |
|---|---|---|
| | GRANT NO. | 6 NU50CK000552-01-08 |

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

2

| NOTICE OF AWARD (Continuation Sheet) | PAGE  3 of 3 | DATE ISSUED<br>05/19/2020 |
|---|---|---|
| | GRANT NO.    6 NU50CK000552-01-08 | |

| Federal Financial Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 08/01/2019 | 07/31/2020 | Annual | 10/29/2020 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                  6 NU50CK000552-01-08

1. Terms & Conditions

## AWARD INFORMATION

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at
https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CK19-1904, entitled Epidemiology and Laboratory Capacity (ELC), which is hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Component Funding:** Additional funding in the amount $159,509,879 is approved for the Year 01 budget period, which is August 1, 2019 through July 31, 2020

COVID-19 Paycheck Protection Program and Health Care Enhancement Act Response Activities:

      E. Cross-Cutting Emerging Issues: $159,509,879

Recipients have 30 months from the date of this NoA to expend all funds awarded herein

**Budget/Workplan Revision Requirement:** Within 30 days of this NoA, the recipient must submit a revised budget with a narrative justification outlining response activities. Failure to submit the required information in a timely manner may adversely affect the future funding of the project. If the information cannot be provided by the due date, you are required to contact your ELC Project Officer and Grant Management Specialist.

**Pre-Award Costs**: Pre-award costs dating back to January 20, 2020 – when CDC first activated its Emergency Operations Center (EOC) – and directly related to the COVID-19 outbreak response are allowable.

**Indirect Costs:** Indirect cost will be approved based on current approved negotiated indirect cost rate agreement.

**Overtime:** Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Additional Term and Condition:**
A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); and/or the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139) agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS–CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC

copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
    - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
        - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
        - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
    - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- All unallowable costs cited in CDC-RFA-CK19-1904 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 – Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.

## REPORTING REQUIREMENTS

**Additional Reporting:**
- Quarterly progress reports on status of timelines, goals, and objectives as defined by CDC in approved work plans.
- Monthly fiscal reports (beginning 60 days after NOAs are issued).
- Quarterly performance measure data
- CDC may require recipients to develop annual progress reports (APRs). CDC will provide APR guidance and optional templates should they be required.
- Quarterly reporting of test results, both positive and negative
- Clarity on how the states will focus on high socially vulnerable index counties, rural and urban areas, etc. (Vulnerable populations must be specific).

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.  Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Tonya M. Jenkins, Grants Management Specialist
Time Solutions LLC
Office of Grants Services (OGS)
Office of Financial Resources (OFR)
Office of the Chief Operating Officer (OCOO)
Centers for Disease Control and Prevention (CDC)
pjo6@cdc.gov | 404-498-2399 office

AND

U.S. Department of Health and Human Services Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator 330 Independence Avenue, SW
Cohen Building, Room 5527 Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or Email:
MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts
under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR
75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180
and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of
performance due to material failure to comply with the terms and conditions of this award in the
OMB-designated integrity and performance system accessible through SAM (currently FAPIIS).
(45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure
to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45
CFR 75.373(b))

## PAYMENT INFORMATION

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1- 800-HHS- TIPS
[1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and
cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or
by mail to Office of the Inspector General, Department of Health and Human Services, Attn:
HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as
sensitive material and submitters may decline to give their names if they choose to remain
anonymous.*

Payment Management System Subaccount: Funds awarded in support of approved activities
have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must
be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be
known in order to draw down funds.

**Stewardship**: The recipient must exercise proper stewardship over Federal funds by ensuring
that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and
that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the
budget period unless otherwise changed, in writing, by the Grants Management Officer.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NU50CK000552-02-04
FAIN#   NU50CK000552
Federal Award Date:  01/14/2021

## Recipient Information

**1. Recipient Name**
Colorado Dept of Public Health
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Ms. Nicole   Comstock
nicole.comstock@state.co.us
303-692-2676

**8. Authorized Official**
Mr. David  Crosby
david.crosby@state.co.us
3036922726

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Ms. Joelle Cadet
Grants Management Specialist
qrx2@cdc.gov
(404) 498-4349

**10. Program Official Contact Information**
Mrs. Janice  Downing
Public Health Analyst
jsb3@cdc.gov
404-639-7808

## Federal Award Information

**11. Award Number**
6 NU50CK000552-02-04

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000552

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
CK19-1904 Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**15. Assistance Listing Number**
93.323

**16. Assistance Listing Program Title**
Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** | 08/01/2020  **- End Date** | 07/31/2021 |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $331,463,532.00 |
| 20a. Direct Cost Amount | | $331,463,532.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $8,335,158.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $339,798,690.00 |
| **26. Project Period  Start Date** | 08/01/2019  **- End Date** | 07/31/2024 |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | $517,406,670.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000552-02-04
FAIN# NU50CK000552
Federal Award Date: 01/14/2021

## Recipient Information

**Recipient Name**

Colorado Dept of Public Health
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier**

Not Available

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Demonstration

---

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a. Salaries and Wages** | $2,457,555.00 |
| **b. Fringe Benefits** | $802,609.00 |
| **c. Total Personnel Costs** | $3,260,164.00 |
| **d. Equipment** | $220,446.00 |
| **e. Supplies** | $147,801.00 |
| **f. Travel** | $68,863.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $333,729,032.00 |
| **i. Contractual** | $1,609,203.00 |
| **j. TOTAL DIRECT COSTS** | $339,035,509.00 |
| **k. INDIRECT COSTS** | $763,181.00 |
| **l. TOTAL APPROVED BUDGET** | $339,798,690.00 |
| **m. Federal Share** | $339,798,690.00 |
| **n. Non-Federal Share** | $0.00 |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| 1-9390GCP | 19NU50CK000552AMDC4 | CK | 41.51 | $0.00 | 75-X-0943 |
| 1-9390GCQ | 19NU50CK000552THC4 | CK | 41.51 | $0.00 | 75-X-0943 |
| 1-9390GF0 | 19NU50CK000552PHLC4 | CK | 41.51 | $0.00 | 75-X-0943 |
| 1-9390GKT | 19NU50CK000552EDEXC5 | CK | 41.51 | $331,463,532.00 | 75-2122-0140 |

Page 2



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NU50CK000552-02-04
FAIN#   NU50CK000552
Federal Award Date:  01/14/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Colorado Dept of Public Health                                    6 NU50CK000552-02-04

1. Terms & Conditions -ELC Enhancing Detection Exp.

## AWARD INFORMATION

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CK19-1904, entitled Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC), which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Component Funding:** Additional funding in the amount $ 331,463,532 is approved for the Year 02 budget period, which is August 1, 2020 through July 31, 2021.

The approved component and funding level for this notice of award are:

| NOFO Component | Amount |
|---|---|
| ELC Enhancing Detection Expansion | $ 331,463,532 |

**Recipients have until July 31, 2023 to expend all COVID-19 funds awarded herein.**

**Overtime**: Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Coronavirus Disease 2019 (COVID-19) Funds:**  A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); and/or the Consolidated Appropriations Act, 2021, Division M – Coronavirus Response and Relief Supplemental Appropriations Act, 2021 (P.L. 116-260), agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

To achieve the public health objectives of ensuring the health, safety, and welfare of all Americans, Recipient must distribute or administer vaccine without discriminating on non-public-health grounds within a prioritized group. This includes, but is not limited to, immigration status, criminal history, incarceration, or homelessness.  To this end, and to help achieve the public health imperative of widespread herd immunity to COVID-19, Recipient must administer or distribute vaccine to any and all individuals within a prioritized group in the same timeframe, taking into account available vaccine doses.  For example, if meatpacking plant workers are a prioritized group, then all workers in that group, including undocumented immigrants, must be vaccinated to help assure that the plant is in a position to safely resume essential functions.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS–CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC.  HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-reporting-guidance.pdf.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
  - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
    - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
    - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
  - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- All unallowable costs cited in CDC-RFA-CK19-1904 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 – Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.

**Budget Revision Requirement:**  By March 17, 2021 the recipient must submit a separate revised budget with a narrative justification and workplan in accordance with the COVID-19 guidance.  The workplan should be submitted in REDCap and must address all activities in the guidance.

The revised budget and narrative justification must be uploaded as an amendment in Grant Solutions with a SF424A.

Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date.

## REPORTING REQUIREMENTS

**COVID-19 - Additional Reporting Requirements:**

- Monthly fiscal reports (beginning 60 days after NOAs are issued). Thereafter, all monthly financial reporting will occur on the 5th of the month which will cover the preceding month's expenditures and unliquidated obligations (ULOs).
- Quarterly workplan milestone progress reporting will start on April 30, 2021; and will follow the regular ELC quarterly reporting timeline.
- The Jurisdictional Testing, Case Investigation, and Contact Tracing Plan updates will occur on the same quarterly reporting timeline as the workplan milestone progress.
- CDC may require recipients to develop annual progress reports (APRs). CDC will provide APR guidance and optional templates should they be required

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Joëlle Cadet, Grants Management Specialist

Centers for Disease Control and
Prevention Branch 1
2939 Flowers Road, MS-TV2
Atlanta, GA 30341
Email: qrx2@cdc.gov (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN:  Mandatory Grant Disclosure, Intake Coordinator
330 Independent Avenue, SW
Cohen Building, Room 5527
Washington, DC 20201
Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject
line) or Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and
contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45
CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2
CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the
period of performance due to material failure to comply with the terms and conditions
of this award in the OMB-designated integrity and performance system accessible
through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the
recipient if the federal award is terminated for failure to comply with the federal
statutes, regulations, or terms and conditions of the federal award. (45 CFR
75.373(b))

| PAYMENT INFORMATION |
|---|

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-
HHS-TIPS [1- 800-447-8477]) for receiving information concerning fraud, waste, or
abuse under grants and cooperative agreements. Information also may be submitted by
e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General,
Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave.,
SW, Washington DC 20201. Such reports are treated as sensitive material and
submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of
approved activities have been obligated in a subaccount in the PMS, herein identified
as the "P Account". Funds must be used in support of approved activities in the

NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

| Stewardship Information |
| --- |

**Stewardship**: The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000552-03-06
FAIN# NU50CK000552
Federal Award Date: 04/26/2022

## Recipient Information

**1. Recipient Name**
Public Health and Environment, Colorado
Department of
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**2. Congressional District of Recipient**
01

**3. Payment System Identifier (ID)**
1840644739A4

**4. Employer Identification Number (EIN)**
840644739

**5. Data Universal Numbering System (DUNS)**
878208826

**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

**7. Project Director or Principal Investigator**
Ms. Nicole  Comstock
nicole.comstock@state.co.us
303-692-2676

**8. Authorized Official**
Ms. Jannette  Scarpino
Chief Financial Officer
Jannette.Scarpino@state.co.us
303-692-2127

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Myrtle Smalls
Grants Management Specialist
tiu0@cdc.gov
404-498-0623

**10. Program Official Contact Information**
Mrs. Janice  Downing
Public Health Analyst
jsb3@cdc.gov
404-639-7808

## Federal Award Information

**11. Award Number**
6 NU50CK000552-03-06

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000552

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
CK19-1904 Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**15. Assistance Listing Number**
93.323

**16. Assistance Listing Program Title**
Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**17. Award Action Type**
Administrative Action

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 08/01/2021 **- End Date** 07/31/2022 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| **21.** Authorized Carryover | $0.00 |
| **22.** Offset | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $40,875,449.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | $40,875,449.00 |
| **26. Project Period  Start Date** 08/01/2019 **- End Date** 07/31/2024 | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | Not Available |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Ms. Freda Johnson
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000552-03-06
FAIN# NU50CK000552
Federal Award Date: 04/26/2022

## Recipient Information

**Recipient Name**

Public Health and Environment, Colorado
Department of
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
[NO DATA]

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

---

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

## 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $8,428,026.00 |
| **b. Fringe Benefits** | $2,734,335.00 |
|    **c. Total Personnel Costs** | $11,162,361.00 |
| **d. Equipment** | $39,200.00 |
| **e. Supplies** | $3,541,489.00 |
| **f. Travel** | $180,482.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $7,722,955.00 |
| **i. Contractual** | $13,950,886.00 |
| **j. TOTAL DIRECT COSTS** | $36,597,373.00 |
| **k. INDIRECT COSTS** | $4,278,076.00 |
| **l. TOTAL APPROVED BUDGET** | $40,875,449.00 |
| **m. Federal Share** | $40,875,449.00 |
| **n. Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 0-9390EPX | 19NU50CK000552CV | CK | 41.51 | 93.323 | $0.00 | 75-2022-0943 |
| 0-9390ESY | 19NU50CK000552CV | CK | 41.51 | 93.323 | $0.00 | 75-2022-0943 |
| 1-9390EWQ | 19NU50CK000552C3 | CK | 41.51 | 93.323 | $0.00 | 75-2024-0943 |
| 0-9390F7F | 19NU50CK000552C4 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 1-9390GCP | 19NU50CK000552AMDC4 | CK | 41.51 | 93.323 | $0.00 | 75-X-0943 |
| 1-9390GCQ | 19NU50CK000552THC4 | CK | 41.51 | 93.323 | $0.00 | 75-X-0943 |
| 1-9390GF0 | 19NU50CK000552PHLC4 | CK | 41.51 | 93.323 | $0.00 | 75-X-0943 |
| 1-9390GF6 | 19NU50CK000552PHL2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 1-9390GKT | 19NU50CK000552EDEXC5 | CK | 41.51 | 93.323 | $0.00 | 75-2122-0140 |
| 1-9390GY2 | 19NU50CK000552SCHLC6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 1-9390H08 | 19NU50CK000552AMD2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#   6 NU50CK000552-03-06
FAIN#    NU50CK000552
Federal Award Date:  04/26/2022

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Public Health and Environment, Colorado Department of                6 NU50CK000552-03-06

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS OF AWARD**

**Administrative Correction:** The purpose of the amendment is to extend the period of usage for all listed COVID document numbers to align with YR3 budget period which is August 1, 2021 to July 31, 2022.  No action is required from the recipient.

| YR1 and YR2 COVID Document Numbers |
|---|
| 19NU50CK000552CV |
| 19NU50CK000552C3 |
| 19NU50CK000552C4 |
| 19NU50CK000552AMDC4 |
| 19NU50CK000552THC4 |
| 19NU50CK000552PHLC4 |
| 19NU50CK000552PHL2C6 |
| 19NU50CK000552EDEXC5 |
| 19NU50CK000552SCHLC6 |
| 19NU50CK000552AMD2C6 |

All other terms and conditions of this award remains in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

PLEASE REFERENCE AWARD NUMBERS ON ALL CORRESPONDENCE

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU50CK000552-05-02
FAIN# NU50CK000552
Federal Award Date: 10/18/2023

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**2. Congressional District of Recipient**
01
**3. Payment System Identifier (ID)**
1840644739A4
**4. Employer Identification Number (EIN)**
840644739
**5. Data Universal Numbering System (DUNS)**
878208826
**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5
**7. Project Director or Principal Investigator**
Ms. Nicole  Comstock
Communicable Disease Branch Chief /  ELC Project
Director
nicole.comstock@state.co.us
**8. Authorized Official**
Ms. Jannette4 Scarpino
N/A
jannette.scarpino@state.co.us
303-692-2127

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Myrtle Smalls
Grants Management Specialist
tiu0@cdc.gov
404-498-0623

**10.Program Official Contact Information**
Mrs. Janice  Downing
Public Health Analyst
jsb3@cdc.gov
404-639-7808

## Federal Award Information

**11. Award Number**
6 NU50CK000552-05-02
**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000552
**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
CK19-1904 Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**15. Assistance Listing Number**
93.323
**16. Assistance Listing Program Title**
Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**17. Award Action Type**
No Cost Extension
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 08/01/2023 **- End Date** 07/31/2026 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $1,698,403.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $5,748,005.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $5,748,005.00 |
| **26. Period of Perfomance Start Date** 08/01/2019 **- End Date** 07/31/2026 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $774,175,196.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Karen Zion1
Grants Management Officer

## 30. Remarks

No Cost Extension

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000552-05-02
FAIN# NU50CK000552
Federal Award Date: 10/18/2023

## Recipient Information

**Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

### 31. Assistance Type
Cooperative Agreement

### 32. Type of Award
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $2,891,551.00 |
| **b. Fringe Benefits** | $941,232.00 |
| **c. Total Personnel Costs** | $3,832,783.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $437,105.00 |
| **f. Travel** | $142,126.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $143,557.00 |
| **i. Contractual** | $2,004,587.00 |
| **j. TOTAL DIRECT COSTS** | $6,560,158.00 |
| **k. INDIRECT COSTS** | $886,250.00 |
| **l. TOTAL APPROVED BUDGET** | $7,446,408.00 |
| **m. Federal Share** | $7,446,408.00 |
| **n. Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 0-9390EPX | 19NU50CK000552CV | CK | 41.51 | 93.323 | $0.00 | 75-2022-0943 |
| 0-9390ESY | 19NU50CK000552CV | CK | 41.51 | 93.323 | $0.00 | 75-2022-0943 |
| 0-9390EWQ | 19NU50CK000552C3 | CK | 41.51 | 93.323 | $0.00 | 75-2024-0943 |
| 0-9390F7F | 19NU50CK000552C4 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 1-9390EWQ | 19NU50CK000552DMODC3 | CK | 41.51 | 93.323 | $0.00 | 75-2024-0943 |
| 1-9390GF6 | 19NU50CK000552PHL2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 1-9390GKT | 19NU50CK000552EDEXC5 | CK | 41.51 | 93.323 | $0.00 | 75-2122-0140 |
| 1-9390H08 | 19NU50CK000552AMD2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0943 |
| 2-9390JEN | 19NU50CK000552NWSSC6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 1-9390GJ9 | 19NU50CK000552NWSSC4 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 2-9390J4P | 19NU50CK000552SHRPC6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 2-9390JXH | 19NU50CK000552LDXC6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#    6 NU50CK000552-05-02
FAIN#    NU50CK000552
Federal Award Date:    10/18/2023

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT        6 NU50CK000552-05-02

1. CK000552 Additional_Terms_Conditions No Cost Extension

## ADDITIONAL TERMS AND CONDITIONS OF AWARD

**No Cost Extension:** The purpose of this amendment is to approve a 24 month No Cost Extension per the request submitted by your organization dated September 25, 2023 . The budget and project period end dates have been extended from **August 1, 2024** to **July 31, 2026**.

**Annual Federal Financial Report (FFR SF-425):** Annual financial reporting is required every twelve-month period.  Due to the approved extension period, the final budget period has been extended and an additional annual financial report will be required.  A completed FFR SF-425 covering the original final budget period of **August 1, 2023** to **July 31, 2026** must be submitted by **October 31, 2026**.

Recipients must submit all closeout reports identified in this section within 90 days of the period of performance end date.  The reporting timeframe is the full period of performance. Failure to submit timely and accurate final reports may affect future funding to the organization or awards under the direction of the same Project Director/Principal Investigator (PD/PI).

**Final Performance Progress and Evaluation Report (PPER):**  This report should include the information specified in the NOFO.  At a minimum, the report will include the following:

- Statement of progress made toward the achievement of originally stated aims.
- Description of results (positive or negative) considered significant.
- List of publications resulting from the project, with plans, if any, for further publication.

All manuscripts published as a result of the work supported in part or whole by the cooperative grant must be submitted with the performance progress reports.

**Final Federal Financial Report (FFR, SF-425):**  The FFR should only include those funds authorized and actually expended during the timeframe covered by the report.  The Final FFR, SF-425 is required and must be submitted no later than 90 days after the period of performance end date.

The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations.   Should the amount not match with the final expenditures reported to the Department of Health and Human Services' PMS, you will be required to update your reports to PMS accordingly.  Remaining unobligated funds will be de-obligated and returned to the U.S. Treasury.

Electronic versions of the FFR SF-425 can be downloaded at:
https://www.grants.gov/web/grants/forms/post-award-reporting-forms.html#sortby=1

**Equipment and Supplies - Tangible Personal Property Report (SF-428):**  A completed Tangible Personal Property Report SF-428 and Final Report SF-428B addendum must be submitted, along with any Supplemental Sheet SF-428S detailing all major equipment acquired or furnished under this project with a unit acquisition cost of $5,000 or more.  Electronic versions of the forms can be downloaded by visiting:  https://www.grants.gov/web/grants/forms/post-award-reporting-forms.html#sortby=1

If no equipment was acquired under an award, a negative report is required.

The recipient must identify each item of equipment that it wishes to retain for continued use in accordance with 45 CFR Part 75.  The awarding agency may exercise its rights to require the transfer of equipment purchased under the assistance award. CDC will notify the recipient if transfer to title will be required and provide disposition instruction on all major equipment.

Equipment with a unit acquisition cost of less than $5,000 that is no longer to be used in projects or programs currently or previously sponsored by the Federal Government may be retained, sold, or otherwise disposed of, with no further obligation to the Federal Government.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000552-05-12
FAIN# NU50CK000552
Federal Award Date: 03/24/2025

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**2. Congressional District of Recipient**
01
**3. Payment System Identifier (ID)**
1840644739A4
**4. Employer Identification Number (EIN)**
840644739
**5. Data Universal Numbering System (DUNS)**
878208826
**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5
**7. Project Director or Principal Investigator**
Ms. Nicole   Comstock
Communicable Disease Branch Chief /  ELC Project
Director
nicole.comstock@state.co.us
**8. Authorized Official**
Mr. Kurt   Williams
Controller
kurt.williams@state.co.us
303-810-4679

### Federal Agency Information
CDC Office of Financial Resources
**9. Awarding Agency Contact Information**
Terrian Dixon
Grants Management Officer
thd4@cdc.gov
770-488-2774

**10.Program Official Contact Information**
Aaron  Borrelli
Public Health Advisor
zvt3@cdc.gov
4046398715

## Federal Award Information

**11. Award Number**
6 NU50CK000552-05-12
**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000552
**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
CK19-1904 Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**15. Assistance Listing Number**
93.323
**16. Assistance Listing Program Title**
Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**17. Award Action Type**
Administrative Action
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19.  Budget Period Start Date** 08/01/2023   **- End Date** 03/24/2025 | | |
| **20.  Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| 21. Authorized Carryover | | $24,400,843.00 |
| 22. Offset | | $1,698,403.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $13,860,272.00 |
| 24. **Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| 25. **Total Federal and Non-Federal Approved this Budget Period** | | $13,860,272.00 |
| 26.  **Period of Performance Start Date** 08/01/2019  **- End Date** 03/24/2025 | | |
| 27.  Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $696,743,117.80 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Percy Jernigan

## 30. Remarks

Department Authority

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000552-05-12
FAIN# NU50CK000552
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**

COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**Congressional District of Recipient**
01

**Payment Account Number and Type**
1840644739A4

**Employer Identification Number (EIN) Data**
840644739

**Universal Numbering System (DUNS)**
878208826

**Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5

| 31. Assistance Type |
|---|
| Cooperative Agreement |
| **32. Type of Award** |
| Other |

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a.  Salaries and Wages** | $13,967,470.00 |
| **b.  Fringe Benefits** | $4,587,147.00 |
| **c.  Total Personnel Costs** | $18,554,617.00 |
| **d.  Equipment** | $901,199.00 |
| **e.  Supplies** | $3,694,037.00 |
| **f.  Travel** | $393,346.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $4,534,527.00 |
| **i.  Contractual** | $8,528,315.00 |
| **j.  TOTAL DIRECT COSTS** | $36,606,041.00 |
| **k.  INDIRECT COSTS** | $3,353,477.00 |
| **l.  TOTAL APPROVED BUDGET** | $39,959,518.00 |
| **m.  Federal Share** | $39,959,518.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 0-9390EWQ | 19NU50CK000552C3 | CK | 41.51 | 93.323 | $0.00 | 75-2024-0943 |
| 0-9390F7F | 19NU50CK000552C4 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 1-9390GKT | 19NU50CK000552EDEXC5 | CK | 41.51 | 93.323 | $0.00 | 75-2122-0140 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award#   6 NU50CK000552-05-12
FAIN#    NU50CK000552
Federal Award Date:  03/24/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT        6 NU50CK000552-05-12

1. REVISED: TERMS AND CONDITIONS

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of use of funding under the listed document number(s) is effective as of the date set out in your Notice of Award.

Impacted document numbers are included on page 2 of this Notice of Award (NoA).

No additional activities can be conducted, and no additional costs may be incurred, as it relates to these funds.  Unobligated award balances of COVID-19 funding will be de-obligated by CDC. Award activities under other funding may continue consistent with the terms and conditions of the award.

**Final Federal Financial Report (FFR, SF-425)**: Within 30 days please submit final FFR's for impacted document numbers.  The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**All other terms and conditions of this award remain in effect.**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000552-05-13

FAIN# NU50CK000552

Federal Award Date: 03/25/2025

## Recipient Information

**1. Recipient Name**
COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**2. Congressional District of Recipient**
01
**3. Payment System Identifier (ID)**
1840644739A4
**4. Employer Identification Number (EIN)**
840644739
**5. Data Universal Numbering System (DUNS)**
878208826
**6. Recipient's Unique Entity Identifier (UEI)**
Y3WEW9MQ6NH5
**7. Project Director or Principal Investigator**
Ms. Nicole   Comstock
Communicable Disease Branch Chief / ELC Project
Director
nicole.comstock@state.co.us
**8. Authorized Official**
Mr. Kurt   Williams
Controller
kurt.williams@state.co.us
303-810-4679

### Federal Agency Information
CDC Office of Financial Resources
**9. Awarding Agency Contact Information**
Terrian Dixon
Grants Management Officer
thd4@cdc.gov
770-488-2774

**10. Program Official Contact Information**
Aaron  Borrelli
Public Health Advisor
zvt3@cdc.gov
4046398715

## Federal Award Information

**11. Award Number**
6 NU50CK000552-05-13
**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000552
**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
CK19-1904 Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**15. Assistance Listing Number**
93.323
**16. Assistance Listing Program Title**
Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**17. Award Action Type**
Administrative Action
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 08/01/2023  **- End Date** 07/31/2027 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $24,400,843.00 |
| 22. Offset | $1,698,403.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $13,860,272.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $13,860,272.00 |
| **26. Period of Performance Start Date** 08/01/2019  **- End Date** 07/31/2027 | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | $696,743,117.80 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Percy Jernigan

## 30. Remarks

This is an internal administrative action. No action is required from the recipient.

DEPARTMENT OF HEALTH AND HUMAN SERVICES    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NU50CK000552-05-13
FAIN#  NU50CK000552
Federal Award Date:  03/25/2025

## Recipient Information

**Recipient Name**

COLORADO DEPARTMENT OF PUBLIC
HEALTH & ENVIRONMENT
4300 E Cherry Creek South Dr
Denver, CO 80246-1523
321-321-3214

**Congressional District of Recipient**

01

**Payment Account Number and Type**

1840644739A4

**Employer Identification Number (EIN) Data**

840644739

**Universal Numbering System (DUNS)**

878208826

**Recipient's Unique Entity Identifier  (UEI)**

Y3WEW9MQ6NH5

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

---

**33.  Approved Budget**
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $13,967,470.00 |
| **b.  Fringe Benefits** | $4,587,147.00 |
| **c.  Total Personnel Costs** | $18,554,617.00 |
| **d.  Equipment** | $901,199.00 |
| **e.  Supplies** | $3,694,037.00 |
| **f.  Travel** | $393,346.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $4,534,527.00 |
| **i.  Contractual** | $8,528,315.00 |
| **j.  TOTAL DIRECT COSTS** | $36,606,041.00 |
| **k.  INDIRECT COSTS** | $3,353,477.00 |
| **l.  TOTAL APPROVED BUDGET** | $39,959,518.00 |
| **m.  Federal Share** | $39,959,518.00 |
| **n.  Non-Federal Share** | $0.00 |

---

**34. Accounting Classification Codes**

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 3-939017Y | 19NU50CK000552ASA2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0943 |

Page 2



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NU50CK000552-05-13

FAIN#   NU50CK000552

Federal Award Date:  03/25/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |


**COLORADO**
**Financial Services**
Department of Human Services
Division of Contracts and Procurement

25 IBEH 193791
eClearance #: **2414909**

# STATE OF COLORADO
# DEPARTMENT OF HUMAN SERVICES
# INTERAGENCY AGREEMENT AMENDMENT #1

SIGNATURE AND COVER PAGES

| Base Interagency Agreement CMS: 25 IBEH 191808 | Base Interagency Agreement eClearance #: 2410214 |
|---|---|
| **State Agency #1- Party to Interagency Agreement**<br>Colorado Department of Human Services<br>Behavioral Health Administration<br>Referred to herein as: BHA or Paying Agency | **State Agency #2- Party to Interagency Agreement**<br>Colorado Department of Public Health and Environment<br>Referred to herein as: CDPHE or Receiving Agency |
| **Interagency Agreement Maximum Amount**<br>Initial Term<br>    State Fiscal Year 2025      $16,105,450.68<br><br>Extension Terms<br>    None<br><br><br><br><br><br><br><br><br><br>Maximum Amount for All Fiscal Years   $16,105,450.68 | **Interagency Agreement Performance Beginning Date**<br>July 1, 2024<br><br>**Interagency Agreement Expiration Date**<br>June 30, 2025<br><br>**Pricing/Funding**<br>Paying Agency: State Agency #1<br>Receiving Agency: State Agency #2<br>Price Structure: Cost Reimbursement<br>State Agency #2 shall invoice: As specified elsewhere<br>Fund Source: State Cash Fund, Substance Abuse Prevention and Treatment Block Grant – C.F.D.A. 93.959, Block Grants for Community Mental Health Services – C.F.D.A. 93.958, Substance Abuse Prevention and Treatment Block Grant – Supplemental #2 HR1319 – C.F.D.A. 93.959 |
| **State Agency #1 Representative**<br>Erin Wester, Deputy Commissioner<br>Behavioral Health Administration<br>710 S Ash St C140, Denver, CO 80246<br>303-748-5752 | erin.wester@state.co.us | **State Agency #2 Representative**<br>Sharon Liu, Senior Manager of Community Prevention Programs<br>Colorado Department of Public Health and Environment<br>4300 Cherry Creek Drive<br>South Denver, CO 80246<br>303-692-2000 | sharon.liu@state.co.us |
| **Exhibits**<br>The following Exhibits are attached and incorporated into this Agreement:<br>Exhibit A-1 – Statement of Work<br>Exhibit B-1 – Budget<br>Exhibit D-1 – Supplemental Provisions for Federal Awards | **Interagency Agreement Amendment Purpose**<br>The purpose of this Interagency Amendment is to update Exhibit A, Exhibit B, and Exhibit D.  This Interagency Amendment adds $3,000,000 in one time funding to supplement the Naloxone Bulk Fund. |

**Signature Page begins on next page** ☐



CMS Number: **25 IBEH 193791**
eClearance: **2414909**
Amendment #: **1**

### THE PARTIES HERETO HAVE EXECUTED THIS INTERAGENCY AGREEMENT AMENDMENT

Each person signing this Agreement represents and warrants that he or she is duly authorized to execute this Agreement and to bind the Party authorizing his or her signature.

| **Agency #1** | **Agency #2** |
|---|---|
| Colorado Department of Human Services | Colorado Department of Public Health and Environment |
| Behavioral Health Administration | Prevention Services Division |
| Michelle Barnes, Executive Director | Jill Hunsaker Ryan, MPH, Executive Director |
| Signed by:<br>*Dannette R. Smith*<br>C8461F937C9842D...<br>Signature | Signed by:<br>*Jill Hunsaker Ryan*<br>CAF08DE5506A43E...<br>Signature |
| By: Dannette R. Smith, Commissioner<br>Behavioral Health Administration | By: Jill Hunsaker Ryan, MPH, Executive Director |
| Date: _____ 9/16/2024 _____ | Date: _____ 9/16/2024 _____ |

In accordance with §24-30-202 C.R.S., this Agreement is not valid until signed and dated below by the State Controller or an authorized delegate.

**STATE CONTROLLER**
**Robert Jaros, CPA, MBA, JD**

By: _____ DocuSigned by: *Telly Belton* 3242417E8F6E464 _____

Toni Williamson / Telly Belton / Amanda Rios

Effective Date: _____ 9/17/2024 _____

-- Signature and Cover Pages End --

COLORADO
Financial Services
Department of Human Services
Division of Contracts and Procurement

CMS Number: **25 IBEH 193791**
eClearance: **2414909**
Amendment #: **1**

1) **PARTIES**
This Amendment to the above-referenced Interagency Agreement (hereinafter called "Agreement" or "Amendment") is entered into by and between the two State Agencies set forth and defined in the caption of this Agreement, who may collectively be called the "Parties" and individually a "Party," both of which are agencies of the STATE OF COLORADO, hereinafter called the "State."

2) **EFFECTIVE DATE AND ENFORCEABILITY**
This Amendment shall not be effective or enforceable until it is approved and signed by the Colorado State Controller or designee (hereinafter called the "Effective Date"), but shall be effective and enforceable thereafter in accordance with its provisions.

3) **LIMITS OF EFFECT**
This Amendment is incorporated by reference into the Agreement, and the Agreement and all prior amendments thereto, if any, remain in full force and effect except as specifically modified herein.

4) **MODIFICATIONS.**
The Agreement and all prior amendments thereto, if any, are modified as follows:

   A.   The Contract Maximum Amount table on the Contract's Signature and Cover Page is hereby deleted and replaced with the Current Contract Maximum Amount table shown on the Signature and Cover Page for this Amendment.

   B.   **REPLACE** Exhibit A, Statement of Work, with Exhibit A-1, Statement of Work, attached and incorporated by reference.

   C.   **REPLACE** Exhibit B, Budget, with Exhibit B-1, Budget, attached and incorporated by reference.

   D.   **REPLACE** Exhibit D, Supplemental Provisions for Federal Awards, with Exhibit D-1, Supplemental Provisions for Federal Awards, attached and incorporated by reference.

5) **START DATE**
Performance per this Agreement shall commence on Interagency Performance Beginning Date set forth on the cover page to this Agreement.

6) **ORDER OF PRECEDENCE**
In the event of any conflict, inconsistency, variance, or contradiction between the provisions of this Amendment and any of the provisions of the Agreement, the provisions of this Amendment shall in all respects supersede, govern, and control.

7) **AVAILABLE FUNDS**
Financial obligations of either Party payable after the current fiscal year are contingent upon funds for that purpose being appropriated, budgeted, or otherwise made available.

# Exhibit A-1
## Statement of Work

COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM *SAMHSA SUBSTANCE USE PREVENTION TREATMENT AND RECOVERY SERVCIES (SUPTRS) BLOCK GRANT* ................................................................................................................................ 2

COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM *HR1319 SUBSTANCE USE PREVENTION TREATMENT AND RECOVERY SERVICES BLOCK GRANT ARPA* . 6

COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM *PERSISTENT DRUNK DRIVING (PDD) AND LAW ENFORCEMENT ASSISTANCE FUND (LEAF) CASH FUNDS* .... 9

COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM *TOBACCO USE PREVENTION CASH FUND* ................................................................................................ 11

SCHOOL BASED HEALTH CENTERS PROGRAM FOR SCREENING BRIEF INTERVENTION AND REFERRAL TO TREATMENT (SBIRT) SERVICES *SAMHSA SUBSTANCE USE PREVENTION TREATMENT AND RECOVERY SERVICES BLOCK GRANT* ................................................. 15

COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM LEARNING MANAGEMENT SYSTEM ............................................................................................... 18

EMERGENCY PREPAREDNESS PARTNERSHIP SAMHSA EMERGENCY PREPAREDNESS FUNDING FOR BEHAVIORAL HEALTH IN COLORADO .................................................... 20

COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM *MINORS IN POSSESSION (MIP) OF ALCOHOL AND MARIJUANA* ........................................................ 25

COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM *RURAL YOUTH ALCOHOL AND SUBSTANCE ABUSE PREVENTION CASH FUNDS* ................................... 28

OVERDOSE PREVENTION PROGRAM *OPIATE ANTAGONIST BULK PURCHASE FUND* ........... 31

# COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM
*SAMHSA SUBSTANCE USE PREVENTION TREATMENT AND RECOVERY SERVCIES (SUPTRS) BLOCK GRANT*

**I.    PROJECT TERM**

     a.  July 1, 2024, through June 30, 2025

**II.    GOAL(S)**

     a.  Improve access to high quality behavioral health primary prevention of substance misuse programs and strategies.

     b.  Promote and strengthen the Colorado behavioral health substance misuse primary prevention infrastructure throughout the state.

     c.  Synar – Tobacco compliance activities and reporting

**III.    OBJECTIVE(S)**

     a.  CPEI shall fund local communities throughout the state to implement a wide range of community level, empirically based behavioral health primary prevention programming aimed at preventing the use and misuse of legal and illegal substances, while reducing risk factors and increasing protective factors associated with substance misuse and general wellness.

     b.  CPEI shall fund local communities in three categories: under-resourced high-need communities, priority populations – innovative programs, and evidence-based programs and policies.

     c.  CPEI shall fund behavioral health substance misuse primary prevention infrastructure categorized as "other" prevention: training, technical assistance, evaluation, data trends, fidelity, monitoring, and workforce development.

**IV.    ACTIVITIES/SERVICES**

     a.  CPEI shall provide funding, technical assistance and training to community-based grantees implementing services, activities and strategies designed to decrease substance misuse and related problem behaviors, increase understanding of contributing factors, and promote healthy behavior and lifestyle to support positive choices utilizing SAMHSA's Strategic Prevention Framework (SPF). Community based grantees implementing services, activities and strategies must include two or more of the following SAMHSA – Center for Substance Abuse Prevention (CSAP) strategies:

          i.   Information Dissemination

          ii.  Education

          iii. Alternative Activities

     iv.  Problem Identification and Referral

     v.  Community-based Process

     vi.  Environmental

b. CPEI shall provide evaluation tools, technical assistance and training to community-based grantees to collect data and program outcomes. CPEI shall input program data into the required web-based SAMHSA reporting database in accordance with all SAMHSA SUPTRS Block Grant reporting requirements.

c. CPEI staff shall remain as the National Prevention Network (NPN) and the National Association of State Alcohol and Drug Abuse Directors (NASADAD) lead prevention representation for Colorado.

## V.   STANDARDS & REQUIREMENTS

a. CPEI staff shall be required to enter reporting data directly into SAMHSA's WebBGAS system and shall directly enter program and related data required by SAMHSA for the prevention portion of the Block Grant.

b. CPEI staff shall work directly with the SAMHSA Center for Substance Abuse Prevention (CSAP) project officer.

c. CPEI within CDPHE shall be responsible for leading behavioral health primary prevention planning related to the SAMHSA SUPTRS and shall coordinate and collaborate with BHA staff.

d. CPEI within CDPHE shall be required to assist with the SAMHSA SUPTRS Block Grant application for the behavioral health primary prevention portion and shall coordinate and collaborate with BHA staff.

e. CPEI within CDPHE shall be responsible for Synar related activities outlined in the SUPTRS Block Grant and will inform appropriate BHA staff if any requirements related to Synar are not met.

## VI.   BHA ROLE

a. The BHA has overall accountability for the SAMHSA SUPTRS Block Grant behavioral health primary prevention project. The BHA shall review deliverables and collaborate with CPEI on all aspects of the SAMHSA SUPTRS Block Grant behavioral health primary prevention project.

b. The BHA shall ensure SAMHSA fiscal and contractual requirements are met.

c. The BHA shall approve key project deliverables, as defined in the SOW, of this IA, in each project phase.

d. The BHA shall approve any deviations from the outlined work plan.

e. The BHA shall create annual updates to this IA, in collaboration with CDPHE to provide annual funds for operation of the CPEI program. This shall include any carryover of unspent prevention funds from the prior contract period.

Docusign Envelope ID: A3336659-AB80-4015-803E-476A3F2272A3    Case 1.23-cv-00121-MSM-LDA    Document 4-10    Filed 04/01/25    Page 449 of 498
PageID #: 1536

Exhibit A-1

    f.  The BHA, as the State Mental Health and Substance Abuse Authority (SSA) shall inform and share any relevant federal and national prevention opportunities with CPEI within CDPHE.

## VII.   OUTCOMES

    a.  CPEI has identified outcomes for SABG-funded Behavioral Health Primary Prevention programs, policies, and strategies:

        i.  Preventing and reducing alcohol, marijuana, prescription drugs, and other drug use for those under 18 years of age (tobacco excluded).

        ii.  Changing community policies and norms regarding alcohol, marijuana, prescription drugs, and other drug use (tobacco excluded).

        iii.  Addressing population-based needs regarding alcohol, marijuana, prescription drugs, and other drug use (tobacco excluded).

    b.  All funded community-based grantees shall develop and implement a Comprehensive Primary Prevention initiative that employs Evidence-Based Prevention Programs and Policies, which include strategies directed at the following populations: children, youth, young adults, and/or families.

    c.  Implementing evidence-based primary prevention programs and policies will assist CPEI in meeting state-level outcomes, such as reductions in substance use, increased attendance at school, decreases in substance-related arrests, increased family communication around substance use, increases in youth exposure to prevention messaging, and a reduction in ACEs. The state will have a significant impact on the identified state level outcomes by funding community-based grantees 'Primary Prevention programs, policies, and strategies to address substance abuse and misuse.

    d.  Each community-based grantee shall consider and incorporate Cultural Responsiveness, an inclusive approach to foster effective programs and policies that are respectful of cultural conditions within the community. In addition, a health equity lens is to be utilized at all stages of the Strategic Prevention Framework to ensure that community-based grantees are valuing all individuals and populations equitably, while providing resources according to need and to assure conditions of optimal health for all people. Incorporating all these approaches in planning will lead to measurable outcomes and system improvements for substance abuse and misuse prevention at the community level.

## VIII.   DELIVERABLES

    a.  CPEI within CDPHE shall manage and oversee all funding and grantee contracts to ensure grantee activities, services, and deliverables are met annually.

b.  CPEI within CDPHE shall input program data into the required web-based SAMHSA reporting database in accordance with all SAMHSA SUPTRS Block Grant reporting requirements as needed or annually.

c.  CPEI within CDPHE shall follow all SAMHSA funding requirements such as planning, application, and reporting requirements as needed or annually.

d.  CPEI within CDPHE shall ensure Synar reporting is met annually.

e.  CPEI within CDPHE shall represent Colorado at NPN and NASADAD meetings and collaborations for SUPTRS Block Grant Prevention funding.

**THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK**

# COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM

*HR1319 SUBSTANCE USE PREVENTION TREATMENT AND RECOVERY SERVICES BLOCK GRANT ARPA*

**I.    PROJECT TERM**

    a.  July 1, 2024, through September 30, 2025 (Activities past June 30, 2025, are contingent upon contract renewal).

**II.   GOAL(S)**

    a.  Improve access to high quality behavioral health primary prevention of substance misuse programs and strategies.

    b.  Promote and strengthen the Colorado behavioral health substance misuse primary prevention infrastructure throughout the state.

**III.  OBJECTIVE(S)**

    a.  CPEI shall fund local communities throughout the state to implement a wide range of community level, empirically based behavioral health primary prevention programming aimed at preventing the misuse of legal and illegal substances, while reducing risk factors and increasing protective factors associated with substance misuse and general wellness.

    b.  CPEI shall fund local communities in three categories: under-resourced high-need communities, priority populations – innovative programs, and evidence-based programs and policies.

    c.  CPEI shall fund behavioral health substance misuse primary prevention infrastructure categorized as "other" prevention: training, technical assistance, evaluation, data trends, fidelity, monitoring, and workforce development.

**IV.   ACTIVITIES/SERVICES**

    a.  CPEI shall provide funding, technical assistance and training to community-based grantees implementing services, activities and strategies designed to decrease substance misuse and related problem behaviors, increase understanding of contributing factors, and promote healthy behavior and lifestyle to support positive choices utilizing SAMHSA's Strategic Prevention Framework (SPF). Community based grantees implementing services, activities and strategies must include two or more of the following SAMHSA – Center for Substance Abuse Prevention (CSAP) strategies:

        i.   Information Dissemination

        ii.  Education

        iii. Alternative Activities

    iv.  Problem Identification and Referral
     v.  Community-based Process
    vi.  Environmental

  b.  CPEI shall provide evaluation tools, technical assistance and training to community-based grantees to collect data and program outcomes. CPEI shall input program data into the required web-based SAMHSA reporting database in accordance with all SAMHSA SUPTRS Block Grant reporting requirements.

## V.   STANDARDS & REQUIREMENTS

  a.  CPEI staff are required to enter reporting data directly into SAMHSA's WebBGAS and shall directly enter program and related data required by SAMHSA for the prevention portion of the Block Grant.

  b.  CPEI staff shall work directly with the SAMHSA Center for Substance Abuse Prevention (CSAP) project officer.

  c.  CPEI within CDPHE shall be responsible for leading behavioral health primary prevention planning related to the SAMHSA SUPTRS Block Grant and shall coordinate and collaborate with BHA staff.

  d.  CPEI within CDPHE shall be required to assist with the SAMHSA SUPTRS Block Grant application for the behavioral health primary prevention portion and shall coordinate and collaborate with BHA staff.

## VI.   BHA ROLE

  a.  The BHA has overall accountability for the SAMHSA SUPTRS Block Grant behavioral health primary prevention project. The BHA shall review deliverables and collaborate with CPEI on all aspects of the SAMHSA SUPTRS Block Grant behavioral health primary prevention project.

  b.  The BHA shall ensure SAMHSA fiscal and contractual requirements are met.

  c.  The BHA shall approve key project deliverables, as defined in the SOW, of this IA, in each project phase.

  d.  The BHA shall approve any deviations from the outlined work plan.

  e.  The BHA shall create annual updates to this IA, in collaboration with CDPHE to provide annual funds for operation of the CPEI program. This shall include any carryover of unspent prevention funds from the prior contract period.

## VII.   OUTCOMES

  a.  CPEI has identified outcomes for SUPTRS-funded Behavioral Health Primary Prevention programs, policies, and strategies:

     i.  Preventing and reducing alcohol, marijuana, prescription drugs, and other drug use for those under 18 years of age (tobacco excluded).

Docusign Envelope ID: A3335659-AB80-4015-803E-476A3F2272A3    Case 1:25-cv-00121-MSM-LDA    Document 4-10    Filed 04/01/25    Page 453 of 498
PageID #: 1540

Exhibit A-1

    ii. Changing community policies and norms regarding alcohol, marijuana, prescription drugs, and other drug use (tobacco excluded).

    iii. Addressing population-based needs regarding alcohol, marijuana, prescription drugs, and other drug use (tobacco excluded).

b. All funded community-based grantees shall develop and implement a Comprehensive Primary Prevention initiative that employs Evidence-Based Prevention Programs and Policies, which include strategies directed at the following populations: children, youth, young adults, and/or families.

c. Implementing evidence-based primary prevention programs and policies will assist CPEI in meeting state-level outcomes, such as reductions in substance use, increased attendance at school, decreases in substance-related arrests, increased family communication around substance use, increases in youth exposure to prevention messaging, and a reduction in ACEs. The state will have a significant impact on the identified state level outcomes by funding community-based grantees Primary Prevention programs, policies, and strategies to address substance abuse and misuse.

d. Each community-based grantee shall consider and incorporate Cultural Responsiveness, an inclusive approach to foster effective programs and policies that are respectful of cultural conditions within the community. In addition, a health equity lens is to be utilized at all stages of the Strategic Prevention Framework to ensure that community-based grantees are valuing all individuals and populations equitably, while providing resources according to need and to assure conditions of optimal health for all people. The Two-Generation (2Gen) approach, also known as intergenerational, multi-generational, or whole family approach, shall also be included in the planning for programs and policies to address the needs of children, youth, young adults, and the trusted adults in their lives at the same time. Incorporating all these approaches in planning will lead to measurable outcomes and system improvements for substance abuse and misuse prevention at the community level.

## VIII. DELIVERABLES

a. CPEI within CDPHE shall manage and oversee all funding and grantee contracts to ensure grantee activities, services, and deliverables are met annually.

b. CPEI within CDPHE shall input program data into the required web-based SAMHSA reporting database in accordance with all SAMHSA SUPTRS Block Grant reporting requirements as needed or annually.

c. CPEI within CDPHE shall follow all SAMHSA funding requirements such as planning, application, and reporting requirements as needed or annually.

Docusign Envelope ID: A3335659-AB80-4045-803E-476A3F2272A3

Exhibit A-1

# COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM
*PERSISTENT DRUNK DRIVING (PDD) AND LAW ENFORCEMENT ASSISTANCE FUND (LEAF) CASH FUNDS*

I.  **PROJECT TERM**
   a. July 1, 2024, through June 30, 2025

II. **GOAL(S)**
   a. Fund two communities to implement impaired driving prevention environmental strategies with the goal of changing norms and attitudes around impaired driving and/or excessive use.
   b. Identify and mitigate the effects of local conditions related to identified DUI/DWAI risk factors.

III. **OBJECTIVE(S)**
   a. CPEI within CDPHE shall fund an organization to create a toolkit that addresses the following topics:
      i. Assess data around impaired driving in the community.
      ii. Identify risk and protective factors that relate to impaired driving.
      iii. Become familiar with best practices and evidence-based strategies around impaired driving.
      iv. Select interventions that fit the needs of the community through strategic planning.
      v. Engage in policy work at the community level.
      vi. Identify and implement evaluation methods to inform impaired driving prevention work.

IV. **ACTIVITIES/SERVICES**
   a. CPEI will work with two communities to address health and safety and roadway safety implementing impaired driving prevention environmental strategies. a
   b. CPEI will work with the two communities to utilize the Strategic Prevention Framework (SPF).
   c. CPEI will work with the two communities to implement a comprehensive primary prevention by selecting additional strategies in addition to an environmental strategy to be implemented in the communities.
   d. CPEI will work with an external evaluator to monitor year-to-year progress towards grant by measuring community-level attitudes and norms.

Docusign Envelope ID: A3335659-AB80-4015-803E-476A3F2272A3  Case 1:25-cv-00121-MSM-LDA    Document 4-10    Filed 04/01/25    Page 455 of 498
PageID #: 1542

Exhibit A-1

## V.    STANDARDS & REQUIREMENTS

    a.  CPEI within CDPHE will be responsible for leading prevention community programming related to the PDD and LEAF Cash Funds and will coordinate and collaborate with BHA staff.

## VI.    BHA ROLE

    a.  The BHA has overall accountability for the project. BHA will review deliverables and collaborate with CPEI on all aspects of the project.

    b.  The BHA will ensure fiscal and contractual requirements are met.

    c.  The BHA will approve key project deliverables, as defined in the SOW, of this IA, in each project phase.

    d.  The BHA will approve any deviations from the outlined work plan.

    e.  The BHA will create annual updates to this IA, in collaboration with CDPHE to provide annual funds for operation of the CPEI program.  This will include any carryover of unspent funds from the prior contract period.

## VII.    OUTCOMES

    a.  Improve community health and safety by decreasing injuries and fatalities caused by impaired driving in two communities.

## VIII.    DELIVERABLES

    a.  CPEI within CDPHE shall manage and oversee all funding contracts to ensure activities, services, and deliverables are met annually.

**THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK**

# COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM

## *TOBACCO USE PREVENTION CASH FUND*

**I.    PROJECT TERM**

      a.   July 1, 2024, through June 30, 2025

**II.    GOAL(S)**

      a.   This is a requirement of the SUPTRS Block Grant, and the majority of the work is funded through the Block Grant. The Tobacco Use Prevention Cash Fund supplements the requirement.

      b.   Since 1996, the Federal Synar Law has required States to have and enforce laws prohibiting retail tobacco sales to minors. In 2009, Congress further expanded regulatory authority over tobacco sales through the Family Smoking Prevention and Tobacco Control Act (FSPTCA.) Under this Act, the federal Food and Drug Administration (FDA) may regulate tobacco product contents and sales. The FDA contracts with States, including Colorado, to conduct enforcement inspections and report violations for imposition of penalties. Tobacco products include but are not limited to chewing tobacco, cigarettes, and Electronic Nicotine Delivery Systems (ENDS) and related products.

**III.    OBJECTIVE(S)**

      a.   Under the Synar Law, States must fulfill the following three requirements or face a loss of federal block grant funds for substance abuse prevention and treatment programs:

            i.   Apply probability-based sampling methods and undercover tobacco purchase attempts by those under the age of 21 to the proportion of retail tobacco outlets that sell tobacco to underage youth.

            ii.   Enforce state laws prohibiting tobacco sales to underage youth in a manner reasonably expected to reduce such sales.

            iii.   Report the State's estimated noncompliance rate, the methods used to obtain the estimate, and previous and planned activities to comply with the Synar Law.

      b.   The estimated store violation rate must not exceed 20 percent within a 3 percent margin of error. Exceeding this limit can lead to a ten percent reduction in SUPTRS Block Grant funds, or a negotiated agreement to enter into a Corrective Action Plan with SAMHSA, or an alternative agreement.

Docusign Envelope ID: A3336659-AB80-4015-803E-476A3F2272A3 Case 1:25-cv-00121-MSM-LDA Document 4-10 Filed 04/01/25 Page 457 of 498
PageID #: 1544

Exhibit A-1

## IV.   ACTIVITIES/SERVICES

a. In Colorado, three entities collaborate and coordinate - authorized in statute 44-7-104(3)(a): The Liquor and Tobacco Enforcement Division (LTED), Department of Revenue; The Community Prevention and Early Intervention Team funded by SAMHSA's Substance Abuse Treatment and Prevention Block Grant; and the State Tobacco Education and Prevention Program (STEPP), Department of Public Health and Environment, collaborate and contribute the necessary authority and resources to prevent tobacco sales to those who are under the age of 21.

b. CPEI within CDPHE shall be responsible for the contracts with The Liquor and Tobacco Enforcement Division (LTED and the State Tobacco Education and Prevention Program (STEPP), Department of Public Health and Environment).

c. CPEI within CDPHE staff shall fulfill the following responsibilities and activities:

   i.  CPEI shall serve as the lead agency for coordinating programs and activities that fulfill Colorado's Synar Obligations for the SUPTRS Block Grant.

   ii.  CPEI shall remain current on Synar statutes, rules, regulations, and practices including ensuring that Federal block grant funds are not being used for enforcement activities.

   iii.  Triennial field studies must be performed, and results must show that the tobacco retailers list sampled for annual surveys must include at least 80 percent of actual tobacco retail outlets.

   iv.  At least 90 percent of retail tobacco outlets selected for sampling must receive completed compliance checks.

   v.  The federal Synar agency must review and approve any changes to the sampling plan, with the rural sample provided in August and the urban sample provided in September.

   vi.  Coordination of retail tobacco outlet sampling to minimize overlap in FDA and Synar same- year samples in Colorado.

   vii.  Non-disclosure of confidential retailer information provided by the Department of Revenue.

   viii.  Analysis of compliance check results.

   ix.  Evaluation studies to improve methods of measuring youth access to tobacco and for enforcing laws against tobacco sales to those under 21, and to increase knowledge about the connections between retail access to tobacco products and underage smoking.

   x.  Preparation of Synar report.

   xi.  Communication with the federal Synar agency.

   xii.  Allocation of state revenues collected from tobacco-sales fines.

Docusign Envelope ID: A3335659-AB80-4015-893E-476A3F2272A3    Document 4-10    Filed 04/01/25    Page 458 of 498
Case 1:25-cv-00121-MSM-LDA    PageID #: 1545

Exhibit A-1

## V.    STANDARDS & REQUIREMENTS

a. CPEI within CDPHE staff will be responsible for Synar related activities outlined in the SUPTRS Block Grant and will inform appropriate BHA staff if any requirements related to Synar are not met. The Synar Amendment to the 1992 Alcohol, Drug Abuse, and Mental Health Administration Reorganization Act (PL 102-321) aims to decrease youth access to tobacco. SAMHSA oversees the implementation of the amendment. To receive their full SUPTRS Block Grant awards, states (that is, all 50 states, the District of Columbia, Puerto Rico, the U.S. Virgin Islands, and 6 Pacific jurisdictions) must enact and enforce laws prohibiting the sale or distribution of tobacco products to individuals under the age of 18. Synar legislation requires states to do the following:

   i.   Enact laws prohibiting the sale and distribution of tobacco products to minors.
   ii.  Enforce such laws in a manner that can reasonably be expected to reduce the availability of tobacco products to youth under the age of 18.
   iii. Conduct random, unannounced inspections of tobacco outlets.
   iv.  Report annual findings to the secretary of the U.S. Department of Health and Human Services by December 31 each year.

## VI.   BHA ROLE

a. The BHA has overall accountability for the project. BHA will review deliverables and collaborate with CPEI on all aspects of the project.
b. The BHA will post reviews and public access to the Synar report on the BHA website.
c. The BHA will submit the annual Synar report to SAMHSA to meet the requirements of the SUPTRS Block Grant.
d. The BHA will ensure fiscal and contractual requirements are met.
e. The BHA will approve key project deliverables, as defined in the SOW, of this IA, in each project phase.
f. The BHA will approve any deviations from the outlined work plan.
g. The BHA will create annual updates to this IA, in collaboration with CDPHE to provide annual funds for the operation of the CPEI program.  This will include any carryover of unspent funds from the prior contract period.

## VII.  OUTCOMES

a. Evaluation studies to improve methods of measuring youth access to tobacco and for enforcing laws against tobacco sales to those under 21, and to increase knowledge about the connections between retail access to tobacco products and underage smoking.

Docusign Envelope ID: A3336659-AB80-4015-803E-476A3F2272A3 Case 1:25-cv-00121-MSM-LDA   Document 4-10   Filed 04/01/25   Page 459 of 498
PageID #: 1546

Exhibit A-1

**VIII.**    **DELIVERABLES**

    a.   CPEI within CDPHE shall manage and oversee all funding contracts to ensure activities, services, deliverables and Synar reporting are met annually for the Substance Use Prevention, Treatment, and Recovery Services Block Grant.

**THE REMAINDER OF THIS PAGE WAS INTENIONALLY LEFT BLANK**

# SCHOOL BASED HEALTH CENTERS PROGRAM FOR SCREENING BRIEF INTERVENTION AND REFERRAL TO TREATMENT (SBIRT) SERVICES

*SAMHSA SUBSTANCE USE PREVENTION TREATMENT AND RECOVERY SERVICES BLOCK GRANT*

## I.    PROJECT TERM
    a.  July 1, 2024, through June 30, 2025

## II.    GOAL(S)
    a.  Through implementing screening, brief intervention, and referral to treatment and community services (SBIRT), address adolescent needs and reduce the harms associated with alcohol, tobacco, vape products, marijuana, and other drug use, as well as commonly reported mental health concerns.

    b.  Reduce health disparities that impact youth substance misuse by applying the Enhanced National Culturally and Linguistically Appropriate Services (CLAS) Standards.

## III.    OBJECTIVE(S)
    a.  CDPHE shall fund school-based health centers to participate in the SBIRT in school-based health centers (SBIRT-SBHC) Project to implement adolescent SBIRT.

    b.  CDPHE shall utilize SAMHSA's Strategic Prevention Framework and its guiding principles to plan, implement, and evaluate the SBIRT-SBHC Project.

    c.  CDPHE shall develop and implement a comprehensive SBIRT training and technical assistance plan for CDPHE-funded school-based health centers.

    d.  CDPHE shall maintain a connection to the BHA and staff providing oversight of the treatment components of the Block Grant to ensure that the SBIRT-SBHC Project aligns with Block Grant requirements.

## IV.    ACTIVITIES/SERVICES
    a.  CDPHE shall provide funding, technical assistance, and training to school-based health center grantees to deliver SBIRT services, activities, and strategies designed to address adolescent needs and reduce the harms associated with alcohol, tobacco, vape products, marijuana, and other drug use, as well as commonly reported mental health concerns utilizing SAMHSA's Strategic Prevention Framework.

    b.  CDPHE shall maintain stakeholder engagement in the SBIRT-SBHC project through the engagement of steering committee advisors.

    c.  CDPHE shall provide evaluation tools, technical assistance, and training to school-based health center grantees to collect data and program outcomes.

    d.  CDPHE shall report data and program outcomes in accordance with all SAMHSA SUPTRS Block Grant reporting requirements as directed by the BHA.

## V.    STANDARDS & REQUIREMENTS

   a.  CDPHE staff are required to watch the SBIRT for Adolescents webinar by the Institute for Research, Education, and Training in Addictions within 30 business days from their start date on this project. This is a recorded webinar that lasts approximately two and a half hours. The course is located here: https://ireta.org/resources/sbirt-for-adolescents/. The BHA may approve an alternative SBIRT course.

   b.  CDPHE staff are required to consult (and implement when possible) CLAS Standards located here: (https://www.thinkculturalhealth.hhs.gov/clas

   c.  CDPHE shall be responsible for leading SBIRT planning related to the SAMHSA SUPTRS Block Grant and shall coordinate and collaborate with BHA staff.

   d.  CDPHE shall be required to assist with the SAMHSA SUPTRS Block Grant application for the SBIRT portion and shall coordinate and collaborate with BHA staff.

   e.  CDPHE staff shall submit all project deliverables required to be submitted via email to the BHA.

## VI.    BHA ROLE

   a.  BHA has overall accountability for the project. BHA will participate on the project Steering Committee, review deliverables, and collaborate with School-Based Health Center staff on all aspects of the project. BHA will provide behavioral health systems-level technical assistance and subject matter expertise.

   b.  BHA shall ensure SAMHSA fiscal and contractual requirements are met.

   c.  BHA shall approve any deviations from the outlined work plan.

   d.  BHA shall approve key project deliverables, as defined in the SOW, of this IA, in each project phase.

   e.  BHA shall create annual updates to this IA, in collaboration with CDPHE to provide annual funds for the operation of the SBIRT-SBHC Project. This will include any carryover of unspent funds from the prior contract period.

   f.  BHA is responsible for ensuring continued project support by including the SBIRT-SBHC Project in the SAMHSA Block Grant application and grant reporting.

   g.  BHA shall review the Annual Project and Annual Evaluation Reports annually.

   h.  BHA shall serve as the primary liaison to SAMHSA, including participation in required federal meetings.

   i.  BHA shall identify opportunities for the SBIRT-SBHC project to collaborate with activities outlined in BHA's Children and Youth Behavioral Health Implementation Plan or other relevant statewide behavioral health initiatives.

## VII.    OUTCOMES

   a.  The overarching outcome of this project is to universally screen adolescents for alcohol, tobacco, vape products, marijuana, and other drug use, as well as commonly reported mental health concerns in CDPHE-funded school-based health centers voluntarily participating in this project. In accordance with SBIRT protocol, adolescents will receive brief intervention (BI), and referral to behavioral health and substance use disorder treatment and other community resources, as needed,  to reduce substance abuse and associated harms and/or address commonly reported mental health concerns.

      b.   Additional project outcomes are outlined within the SBIRT-SBHC Strategic and Evaluation Plan.

## VIII.   DELIVERABLES

      a.   Provide the following annual deliverables:

          i.   SBIRT-SBHC Project Implementation Plans to be submitted annually on the last business day of July.

        ii.   Annual Project Report on the last business day of December.

     iii.   Annual Evaluation Report on the last business day of December.

## THE REMAINDER OF THE PAGE WAS INTENTIONALLY LEFT BLANK

Exhibit A-1

# COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM LEARNING MANAGEMENT SYSTEM

**I.    PROJECT TERM**
    a.    July 1, 2024, through June 30, 2025

**II.    GOAL(S)**
    a.    Create, implement, and update the prevention workforce Learning Management System (LMS). The prevention LMS will be connected to the BHA LMS system to have the full representation of the behavioral health continuum for behavioral health professionals.

**III.    OBJECTIVE(S)**
    a.    CPEI shall work with the Rocky Mountain Public Health Training Center (RMPHTC) to deliver and implement a prevention LMS system that includes prevention trainings for the behavioral health workforce.

**IV.    ACTIVITIES/SERVICES**
    a.    RMPHTC shall further develop, create, build upon, implement and update the prevention LMS. This includes existing and new training content and hosting of the prevention LMS.
    b.    RMPHTC shall implement, update, and maintain the prevention LMS.
    c.    RMPHTC shall work with the BHA to link prevention LMS to the BHA LMS.

**V.    STANDARDS & REQUIREMENTS**
    a.    CPEI within CDPHE shall work directly with the BHA staff to provide quarterly updates as needed.
    b.    CPEI within CDPHE shall participate in BHA in project meetings as needed.

**VI.    BHA ROLE**
    b.    The BHA has overall accountability for the behavioral health primary prevention programs.  BHA shall review deliverables and collaborate with CPEI on all aspects of the behavioral health primary prevention programs.
    c.    The BHA shall ensure SAMHSA fiscal and contractual requirements are met.
    d.    The BHA shall approve key project deliverables, as defined in the SOW, of this IA, in each project phase.
    e.    The BHA shall approve any deviations from the outlined work plan.
    f.    The BHA shall create annual updates to this IA, in collaboration with CDPHE to provide annual funds for operation of the CPEI program. This shall include any carryover of unspent prevention funds from the prior contract period.

Docusign Envelope ID: A3336659-AB90-4015-803E-476A3F2272A3 Case 1.25-cv-00121-MSM-LDA    Document 4-10    Filed 04/01/25    Page 464 of 498
PageID #: 1551

Exhibit A-1

**VII.    OUTCOMES**

 a.  RMPHTC shall further develop, create, build upon, implement and update the prevention LMS. This includes existing and new training content and hosting of the prevention LMS. Prevention content on the LMS system shall be linked to the BHA LMS system to have the full representation of the behavioral health continuum for behavioral health professionals.

**IX.    DELIVERABLES**

 a.  CPEI within CDPHE shall manage and oversee all funding and grantee contract to ensure grantee activities, services, and deliverables are met annually.

 b.  CPEI within CDPHE shall provide quarterly updates as needed and attend project meetings when scheduled.

**THE REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK**

# EMERGENCY PREPAREDNESS PARTNERSHIP SAMHSA EMERGENCY PREPAREDNESS FUNDING FOR BEHAVIORAL HEALTH IN COLORADO

I. **PROJECT TERM**
   a. July 1, 2024, through June 30, 2025

II. **PURPOSE**
   a. The purpose of this contract is to improve Colorado's emergency preparedness efforts to meet the needs of individuals with serious and persistent mental illness, serious emotional disorders, substance abuse/addiction disorder, and/or psychiatric emergencies during times of disaster, medical surge, community crisis or public health emergency.
   b. Enhance Colorado's emergency preparedness efforts by focusing on the processes required to coordinate the delivery of behavioral health services.
   c. CDPHE will set up a coordinated process to improve communication and collaboration across the BHA and HCPF for emergency response.

III. **GOAL(S)**
   a. Improve Colorado's capacity to meet the needs of individuals with serious and persistent mental illness, serious emotional disorders, substance abuse/addiction disorder, and/or psychiatric emergencies during times of disaster, medical surge, community crisis or public health emergency.

IV. **OBJECTIVE(S)**
   a. No later than the expiration date of the Contract, increase emergency preparedness and response capacity for the public behavioral health system in Colorado.

V. **ACTIVITIES/SERVICES**
   a. Maintain 1 FTE DBH State Agency Planning Specialist to create CDPHE/BHA/HCPF preparedness and response collaborative.

      i. Develop draft cross agency behavioral health emergency operations procedure for collaborative response.

         1. Develop communications and situational awareness standard operational procedures.

         2. Revise and reestablish MOU between CDPHE DCPHR and BHA, HCPF

Docusign Envelope ID: A3336659-AB80-4015-803E-476A3F2272A3

3. Enhance DBH and crisis service delivery during disasters through collaborative partnership across CDPHE, BHA and HCPF through:

    a. Planning for crisis behavioral health system continuity and integration into emergency response systems.

    b. Develop substance abuse treatment service delivery Continuity of Operations Plans (COOP) template to assure the delivery of critical services (i.e. methadone treatment) when service providers are unable to deliver services due to crisis events or natural disasters in coordination with the BHA Disaster Liaison and/or HCPF.

4. Develop and implement training for BHA/HCPF partners covering DBH daily operations, resources requests, grant processes, response personnel coordination.

ii. Develop draft guidance and technical assistance for Crisis behavioral health system and continuity during disasters.

1. Fiscal year 2024-2025 CDPHE will connect with the crisis behavioral systems to conduct a disaster behavioral health and continuity of operations needs assessment.

2. Utilize needs assessment data to scope guidance and technical assistance resources.

iii. Develop response mechanisms to improve collaboration and communication across local, state and federal partners.

iv. Have messaging for behavioral health agencies to ensure clients have access to needed services, i.e. methadone in collaboration with BHA Liaison and HCPF.

v. Explore the possibilities of developing CDPHE/CDHS/HCPF/CDPS/DPA response capacity.

1. Develop a state agency strike team structure during a disaster.

2. Develop expected state agency response capabilities.

b. Maintain 1 FTE Pediatric Disaster Specialist

i. Improve partnership with CSSRC and Office of School Safety.

ii. Provide training and technical assistance regarding planning for pediatric needs following crisis events/disaster to school systems.

Docusign Envelope ID: A3336659-AB80-4015-803E-476A3F2272A3    Case 1.25-cv-00121-MSM-LDA    Document 4-10    Filed 04/01/25    Page 467 of 498
PageID #: 1554

Exhibit A-1

    iii.  Provide training and technical assistance to CMHC's for developing stronger pediatric response capability.

    iv.  Advocate for schools' partnership/integration with Healthcare Coalitions.

    v.  Provide training and technical assistance to state and local offices of emergency management to improve pediatric response capabilities.

    vi.  Provide training and technical assistance to child serving systems to improve planning and response activities.

    vii.  Develop a Pediatric Disaster Mental Health response team.

c.  Maintain 1 FTE DBH Training Specialist

    i.  Support DBH Strike Team capacity.

    ii.  Provide training and technical assistance to CMHCs and other providers at the local level to maintain DBH Strike Teams

    iii.  Develop and implement training for EMS providers to increase capacity for dealing with behavioral health crises.

    iv.  Develop training for DBH as requested by state and community partners.

    v.  Training Specialist will support the Pediatric Specialist and the State Agency Planning Specialist with the implementation of content specific training.

d.  Subcontract with Community Mental Health Center to:

    i.  Expand EOP /staff capacity and collaborative relationships to assure response/recovery capacity for individual clients.

    ii.  Update COOP to assure essential services can be provided throughout response and recovery time periods following a crisis event/disaster.

e.  Grant Requirements

    i.  CDPHE will configure their chart of accounts to track expenditures related to this grant.

    ii.  CDPHE will assist BHA in completing financial and programmatic reports related to receiving this grant funding.

## VI.  BHA ROLE

a.  The BHA will help coordinate between the three state agencies, HPCF, CDPHE and BHA.

b.  The BHA will have oversight of SOW deliverables submitted by CDPHE.

    c. The BHA will attend monthly collaborative meetings with HCPF and CDPHE.

    d. The BHA liaison will be responsible for communicating between the state agencies during a disaster.

    e. The BHA liaison will ensure BHA leadership and staff are aware of updates, needs and communications posted on OwnPath during a disaster that the BHA's participation has been requested.

## VII.  OUTCOMES

    a. Development of BHA/CDPHE/HCPF response coordination standard operational procedures.

    b. Evolution of pediatric response capability.

    c. Expansion of DBH training delivery capacity.

    d. CDPHE will provide BHA training plan for all training activities listed for approval by January 1st, 2025.

    e. CDPHE will document successful/unsuccessful attempts to engage with CMHC and other providers, etc.

    f. CDPHE project team, including HCPF and the BHA disaster liaison will have regular scheduled meetings about deliverables, fiscal updates, and outcomes.

    g. CDPHE will demonstrate compliance with all grant requirements.

    h. CDPHE will provide a list of all subcontractors.

    i. CDPHE will provide plan regarding strike teams between the three state agencies by January 1st, 2025.

## VIII.  DELIVERABLES

    a. CDPHE will provide quarterly expenditure reports to reconcile spending related to this grant. CDPHE is responsible for sending BHA fiscal invoices quarterly with all associated back up documentation such as invoices, receipts, payroll, etc.

    b. CDPHE will maintain 1.0 FTE for cross agency emergency response coordination.

    c. CDPHE will maintain 1.0 FTE for Pediatric planning, training, and response coordination.

    d. CDPHE will maintain 1.0 FTE for DBH training.

    e. CDPHE will deliver a draft cross agency behavioral health emergency operations process for collaborative response.

    f. CDPHE will deliver draft guidance and technical assistance for crisis behavioral health system continuity during disasters; June 1, 2025

g.  CDPHE will provide 4 training sessions for BHA/HCPF partners covering DBH daily operations, resources requests, grant processes, response personnel coordination by June 1, 2025

h.  CDPHE will provide training curriculum for advocacy organizations in supporting individuals with SPMI/SED/SAD.

i.  CDPHE will provide 4 EMS training.

j.  CDPHE will provide written messaging for behavioral health agencies for client emergency messaging and the BHA will provide information to OwnPath if messaging is allowable.

k.  CDPHE will provide a draft pediatric response training.

l.  CDPHE will provide 4 Pediatric training to BHA stakeholder organizations/service delivery organizations.

m.  CDPHE will deliver a Pediatric Disaster Behavioral Health Response Team overview.

n.  CDPHE will deliver a State Agency DBH Strike Team overview.

o.  CDPHE will subcontract with community mental health centers and other service delivery organizations interested in but not limited to Continuity of Operations Planning (COOP), response processes, partner engagement, needs assessments, training, capacity building, documentation.

p.  CDPHE will subcontract other service delivery organizations interested in disaster behavioral health response.

   i.  A state agency responsible for coordinating and providing crisis response services could be considered a service delivery organization.


**THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK**

Exhibit A-1

# COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM
### MINORS IN POSSESSION (MIP) OF ALCOHOL AND MARIJUANA

**I.   PROJECT TERM**
     a.  July 1, 2024, through June 30, 2025

**II.  GOAL(S)**
     a.  Promote and implement primary prevention programs that prevent the underage use of alcohol and marijuana and other substances. Educate Colorado youth about healthy choices available.

**III. OBJECTIVE(S)**
     a.  CPEI unit shall work with existing funded local community-based grantees to implement prevention programs for underage use of alcohol and marijuana by using empirically based behavioral health primary prevention programming aimed at preventing the use and misuse of legal and illegal substances, while reducing risk factors and increasing protective factors associated with substance misuse and general wellness.

**IV.  ACTIVITIES/SERVICES**
     a.  CPEI shall provide funding, technical assistance and training to community-based grantees implementing services, activities and strategies designed to decrease substance misuse and related problem behaviors, increase understanding of contributing factors, and promote healthy behavior and lifestyle to support positive choices utilizing SAMHSA's Strategic Prevention Framework (SPF). Community based grantees implementing services, activities and strategies must include two or more of the following SAMHSA – Center for Substance Abuse Prevention (CSAP) strategies:
          i.   Information Dissemination
          ii.  Education
          iii.     Alternative Activities
          iv.  Problem Identification and Referral
          v.   Community-based Process
          vi.  Environmental

     b.  CPEI shall provide evaluation tools, technical assistance and training to community-based grantees to collect data and program outcomes. CPEI shall input program data into the web-based SAMHSA reporting database in accordance with all grantee

Docusign Envelope ID: A3336659-AB80-4015-803E-47EA3F2272A3 Case 1.23-cv-00121-MSM-LDA Document 4-10 Filed 04/01/25 Page 471 of 498
PageID #: 1558

Exhibit A-1

reporting requirements.

## V. STANDARDS & REQUIREMENTS

a. CPEI within CDPHE shall work directly with the BHA staff to provide quarterly updates as needed.

b. CPEI within CDPHE shall participate in BHA in project meetings as needed.

## VI. BHA ROLE

a. The BHA has overall accountability for the behavioral health primary prevention programs. BHA shall review deliverables and collaborate with CPEI on all aspects of the behavioral health primary prevention programs.

b. The BHA shall ensure fiscal and contractual requirements are met.

c. The BHA shall approve key project deliverables, as defined in the SOW, of this IA, in each project phase.

d. The BHA shall approve any deviations from the outlined work plan.

e. The BHA shall create annual updates to this IA, in collaboration with CDPHE to provide annual funds for operation of the CPEI program. This shall include any carryover of unspent prevention funds from the prior contract period.

## VII. OUTCOMES

a. CPEI has identified outcomes for funded Behavioral Health Primary Prevention programs, policies, and strategies:

   i. Preventing and reducing alcohol, marijuana, prescription drugs, and other drug use for those under 18 years of age (tobacco excluded).

   ii. Changing community policies and norms regarding alcohol, marijuana, prescription drugs, and other drug use (tobacco excluded).

   iii. Addressing population-based needs regarding alcohol, marijuana, prescription drugs, and other drug use (tobacco excluded).

b. All funded community-based grantees shall develop and implement a Comprehensive Primary Prevention initiative that employs Evidence-Based Prevention Programs and Policies, which include strategies directed at the following populations: children, youth, young adults, and/or families.

c. Implementing evidence-based primary prevention programs and policies will assist CPEI in meeting state-level outcomes, such as reductions in substance use, increased attendance at school, decreases in substance-related arrests,

Docusign Envelope ID: A3336659-AB80-4015-803E-476A3F2272A3
Case 1:25-cv-00121-MSM-LDA    Document 4-10    Filed 04/01/25    Page 472 of 498
PageID #: 1559

Exhibit A-1

increased family communication around substance use, increases in youth exposure to prevention messaging, and a reduction in ACEs. The state will have a significant impact on the identified state level outcomes by funding community-based grantees 'Primary Prevention programs, policies, and strategies to address substance abuse and misuse.

d. Each community-based grantee shall consider and incorporate Cultural Responsiveness, an inclusive approach to foster effective programs and policies that are respectful of cultural conditions within the community. In addition, a health equity lens is to be utilized at all stages of the Strategic Prevention Framework to ensure that community-based grantees are valuing all individuals and populations equitably, while providing resources according to need and to assure conditions of optimal health for all people. Incorporating all these approaches in planning will lead to measurable outcomes and system improvements for substance abuse and misuse prevention at the community level.

## VIII.    DELIVERABLES

a. CPEI within CDPHE shall manage and oversee all funding and grantee contract to ensure grantee activities, services, and deliverables are met annually.

b. CPEI within CDPHE shall provide quarterly updates as needed and attend project meetings when scheduled.


**THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK**

# COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM
*RURAL YOUTH ALCOHOL AND SUBSTANCE ABUSE PREVENTION CASH FUNDS*

I.    **PROJECT TERM**
    a. July 1, 2024, through June 30, 2025

II.    **GOAL(S)**
    a. Promote and implement primary prevention programs that prevent the underage use of alcohol and other substances in rural counties in Colorado by educating youth about healthy choices available.

III.    **OBJECTIVE(S)**
    a. CPEI unit shall work with existing funded rural community-based grantees to implement prevention programs for underage use of alcohol and other drugs by using empirically based behavioral health primary prevention programming aimed at preventing the use and misuse of legal and illegal substances, while reducing risk factors and increasing protective factors associated with substance misuse and general wellness.

IV.    **ACTIVITIES/SERVICES**
    a. CPEI shall provide funding, technical assistance and training to community-based grantees implementing services, activities and strategies designed to decrease substance misuse and related problem behaviors, increase understanding of contributing factors, and promote healthy behavior and lifestyle to support positive choices utilizing SAMHSA's Strategic Prevention Framework (SPF). Community based grantees implementing services, activities and strategies must include two or more of the following SAMHSA – Center for Substance Abuse Prevention (CSAP) strategies:
        i.    Information Dissemination
        ii.   Education
        iii.  Alternative Activities
        iv.   Problem Identification and Referral
        v.    Community-based Process
        vi.   Environmental

    b. CPEI shall provide evaluation tools, technical assistance, and training to community-based grantees to collect data and program outcomes. CPEI shall input program data into the web-based SAMHSA reporting database in accordance with all grantee reporting requirements.

Exhibit A-1

## V.  STANDARDS & REQUIREMENTS
a. CPEI within CDPHE shall work directly with the BHA staff to provide quarterly updates as needed.

b. CPEI within CDPHE shall participate in BHA in project meetings as needed.

## VI.  BHA ROLE
a. The BHA has overall accountability for the behavioral health primary prevention programs. BHA shall review deliverables and collaborate with CPEI on all aspects of the behavioral health primary prevention programs.

b. The BHA shall ensure fiscal and contractual requirements are met.

c. The BHA shall approve key project deliverables, as defined in the SOW, of this IA, in each project phase.

d. The BHA shall approve any deviations from the outlined work plan.

e. The BHA shall create annual updates to this IA, in collaboration with CDPHE to provide annual funds for operation of the CPEI program. This shall include any carryover of unspent prevention funds from the prior contract period.

## VII. OUTCOMES
a. CPEI has identified outcomes for funded Behavioral Health Primary Prevention programs, policies, and strategies:
   i.   Preventing and reducing alcohol, marijuana, prescription drugs, and other drug use for those under 18 years of age (tobacco excluded).
   ii.  Changing community policies and norms regarding alcohol, marijuana, prescription drugs, and other drug use (tobacco excluded).
   iii. Addressing population-based needs regarding alcohol, marijuana, prescription drugs, and other drug use (tobacco excluded).

b. All funded community-based grantees shall develop and implement a Comprehensive Primary Prevention initiative that employs Evidence-Based Prevention Programs and Policies, which include strategies directed at the following populations: children, youth, young adults, and/or families.

c. Implementing evidence-based primary prevention programs and policies will assist CPEI in meeting state-level outcomes, such as reductions in substance use, increased attendance at school, decreases in substance-related arrests,

Docusign Envelope ID: A333665$9$-AB80-4015-8$0$3E-47EA3F2272A3  Case 1:25-cv-00121-MSM-LDA   Document 4-10   Filed 04/01/25   Page 475 of 498
PageID #: 1562

Exhibit A-1

increased family communication around substance use, increases in youth exposure to prevention messaging, and a reduction in ACEs. The state will have a significant impact on the identified state level outcomes by funding community-based grantees 'Primary Prevention programs, policies, and strategies to address substance abuse and misuse.

d. Each community-based grantee shall consider and incorporate Cultural Responsiveness, an inclusive approach to foster effective programs and policies that are respectful of cultural conditions within the community. In addition, a health equity lens is to be utilized at all stages of the Strategic Prevention Framework to ensure that community-based grantees are valuing all individuals and populations equitably, while providing resources according to need and to assure conditions of optimal health for all people. Incorporating all these approaches in planning will lead to measurable outcomes and system improvements for substance abuse and misuse prevention at the community level.

## VIII. DELIVERABLES

a. CPEI within CDPHE shall manage and oversee all funding and grantee contract to ensure grantee activities, services, and deliverables are met annually.

b. CPEI within CDPHE shall provide quarterly updates as needed and attend project meetings when scheduled.

# OVERDOSE PREVENTION PROGRAM
*OPIATE ANTAGONIST BULK PURCHASE FUND*

**I.    PROJECT TERM**
    a.  Upon execution of the IA Amendment through June 30, 2025

**II.    GOAL(S)**
    a.  This funding is managed by the Overdose Prevention Unit in the Prevention Services Division of CDPHE and exists to:
        i.  Reduce the financial burden of purchasing naloxone for key partners by providing naloxone at no cost.
        ii.  Promote public health and safety for Colorado citizens.
        iii.  Increase access to naloxone, which is used to reverse opioid overdoses and save lives.

**III.    OBJECTIVE(S)**
    a. The Naloxone Bulk Purchase Fund will be made available to eligible entities per state statute and prioritization plan in order to reduce the financial burden of purchasing naloxone.

    b. The naloxone acquired by eligible entities is intended to be used both by the agency that applied as well as distributed by that agency to those in the community at risk of experiencing an overdose event.

**IV.    ACTIVITIES/SERVICES**
    a.  Determine eligibility of applicants to the Naloxone Bulk Purchase Fund.

    b.  Place orders with a wholesale pharmacy and/or distributor for naloxone.

    c.  Ensure delivery of shipments of naloxone from wholesale pharmacy and / or distributor eligible Agencies.

    d.  Pay invoices for naloxone ordered upon delivery.

**V.    STANDARDS & REQUIREMENTS**
    a.  Entities eligible for the Naloxone Bulk Fund are outlined in C.R.S. § 12-30-110 (1)(a) & (b).

**VI.    BHA ROLE**
    a.  The BHA is responsible for ensuring project continuation by ensuring that BHA SUPTRS funds remain available for the Naloxone Bulk Purchase Fund as long as the funding is continued by SAMHSA. In the event that SUPTRS funding ends, the BHA will seek additional funding sources at both

Docusign Envelope ID: A3336659-AB80-4015-803E-476A3F2272A3    Case 1:25-cv-00121-MSM-LDA    Document 4-10    Filed 04/01/25    Page 477 of 498
PageID #: 1564

Exhibit A-1

the federal and state level, to ensure continued viability of the Naloxone Bulk Purchase Fund.

## VII. OUTCOMES AND DELIVERABLES

a. Naloxone will be made available through the naloxone bulk purchase fund to eligible entities in Colorado.

b. The cost of naloxone distributed to eligible entities will be covered by the naloxone bulk purchase fund.

c. Access to naloxone will increase in Colorado communities due to distribution efforts of the naloxone bulk purchase fund.

d. The deliverable is the annual report on the project due to the Colorado legislature. The report is due annually on October 1 and made available to the House and Senate appropriations committees. The report must include:

  i. Revenue received by the fund.

  ii. Revenue and expenditure projections for the forthcoming fiscal year and details of all expenditures from the fund.

  iii. The eligible entities that purchased opiate antagonists.

  iv. The amount of opiate antagonists purchased by each eligible entity.

  v. The discount procured through bulk purchasing.

e. The deliverable for Federal SUPTRS reporting is an annual report on the project due to BHA on October 1. The report must include:

  i. The number of naloxone kits purchased

  ii. The number of naloxone kits distributed


**THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK**

# Exhibit B-1
# Budget

COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM *SAMHSA SUBSTANCE USE PREVENTION TREATMENT AND BLOCK GRANT (SUBSTANCE ABUSE BLOCK GRANT PREVENTION SET ASIDE)* ......................................................................................... 2

COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM *HR1319 SAMHSA SUBSTANCE ABUSE PREVENTION AND TREATMENT BLOCK GRANT (SUBSTANCE ABUSE BLOCK GRANT) ARPA* .................................................................................................... 3

COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM *PERSISTENT DRUNK DRIVING (PDD, RURAL ALCOHOL, AND SUBSTANCE ABUSE PREVENTIONS AND LAW ENFORCEMENT ASSISTANCE (LEAF) CASH FUNDS* ........................................................... 4

COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM *TOBACCO USE PREVENTION AND ADOLESCENT SUBSTANCE ABUSE PREVENTION CASH FUNDS* ..................... 5

COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM AND SCHOOL BASED HEALTH CENTERS PROGRAM FOR SCREENING BRIEF INTERVENTION AND REFERRAL TO TREATMENT (SBIRT) SERVICES *SAMHSA SUBSTANCE ABUSE PREVENTION AND TREATMENT BLOCK GRANT (SUBSTANCE ABUSE BLOCK GRANT TREATMENT PORTION)* 6

PREVENTION LEARNING MANAGEMENT SYSTEM (LMS) DEVELOPMENT ............................... 7

BSCA SUPPLEMENT TO EMERGENCY PREPAREDNESS RESPONSE TEAM ................................ 8

OVERDOSE PREVENTION PROGRAM *OPIATE ANTAGONIST BULK FUND* ................................... 9

# COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM
*SAMHSA SUBSTANCE USE PREVENTION TREATMENT AND BLOCK GRANT (SUBSTANCE ABUSE BLOCK GRANT PREVENTION SET ASIDE)*


I.    **PROJECT TERM**
   **a.**  July1, 2024, through June 30, 2025


II.   **PROJECT BUDGET INFORMATION**

| PROJECT | FUND | APPROPRIATION | BUDGET AMOUNT |
|---|---|---|---|
| Substance Abuse Block Grant 1B08T1084634-01 | 1000 | IFLAU0180 | $7,325,184.00 |

**THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK**

# COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM

*HR1319 SAMHSA SUBSTANCE ABUSE PREVENTION AND TREATMENT BLOCK GRANT (SUBSTANCE ABUSE BLOCK GRANT) ARPA*

I.   **PROJECT TERM**

    a.   July1, 2024, through June 30, 2025

II.   **PROJECT BUDGET**

| PROJECT | FUND | APPROPRIATION | BUDGET AMOUNT |
|---|---|---|---|
| Substance Abuse Block Grant Supplemental HR 1319 | 1000 | IFLAWC522 | $1,906,602.73 |

**THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK**

Exhibit B-1

# COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM
*PERSISTENT DRUNK DRIVING (PDD, RURAL ALCOHOL, AND SUBSTANCE ABUSE PREVENTIONS AND LAW ENFORCEMENT ASSISTANCE (LEAF) CASH FUNDS*

I.    **PROJECT TERM**

     **a.**  July1, 2024, through June 30, 2025

II.    **PROJECT BUDGET**

| PROJECT | FUND | APPROPRIATION | BUDGET AMOUNT |
|---|---|---|---|
| Persistent Drunk Driving | 11YO | ICLAT0545 | $220,000 |
| Rural Alcohol and Substance Abuse (Youth Prevention) | 24T0 | ICLAT0545 | $75,600 |
| Law Enforcement Assistance Funds | 4030 | ICLAT0545 | $255,000 |
| | | TOTAL | $550,600.00 |

**THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK**

Exhibit B-1

# COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM

*TOBACCO USE PREVENTION AND ADOLESCENT SUBSTANCE ABUSE PREVENTION CASH FUNDS*

I.    **PROJECT TERM**

    a.  July1, 2024, through June 30, 2025

II.    **PROJECT BUDGET**

| PROJECT | FUND | APPROPRIATION | BUDGET AMOUNT |
|---|---|---|---|
| Community Prevention and Treatment Programs | 11X0 | ICLAU0180 | $10,000.00 |
| Adolescent Substance Abuse Prevention and Treatment | 19Y0 | ICLAU0180 | $42,172.00 |
| | | TOTAL | $52,172.00 |

**THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK**

# COMMUNITY PREVENTION AND EARLY INTERVENTION (CPEI) PROGRAM AND SCHOOL BASED HEALTH CENTERS PROGRAM FOR SCREENING BRIEF INTERVENTION AND REFERRAL TO TREATMENT (SBIRT) SERVICES
*SAMHSA SUBSTANCE ABUSE PREVENTION AND TREATMENT BLOCK GRANT (SUBSTANCE ABUSE BLOCK GRANT TREATMENT PORTION)*

I. **PROJECT TERM**
    a. July1, 2024, through June 30, 2025

II. **PROJECT BUDGET**

| PROJECT | FUND | APPROPRIATION | BUDGET AMOUNT |
|---|---|---|---|
| Substance Abuse Block Grant 1B08T1084634-01- CPEI Work | 1000 | IFLAW0522 | $138,986.00 |
| Substance Abuse Block Grant 1B08T1084634-01- SBIRT Work | 1000 | IFLAW0522 | $1,538,872.18 |
| Substance Abuse Block Grant 1B08T1084634-01- SBIRT Work (FY24 carry-over July 1, 2024 – September 30, 2024) | 1000 | IFLAW0522 | $10,000.00 |
| | | TOTAL | $1,687,858.18 |

**THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK**

Docusign Envelope ID: A3336659-AB80-4015-803E-476A3F2272A3 Case 1:25-cv-00121-MSM-LDA    Document 4-10    Filed 04/01/25    Page 484 of 498
PageID #: 1571

Exhibit B-1

# PREVENTION LEARNING MANAGEMENT SYSTEM (LMS) DEVELOPMENT

**I.    PROJECT TERM**

    **a.**  July1, 2024, through June 30, 2025

**II.    PROJECT BUDGET**

| PROJECT | FUND | APPROPRIATION | BUDGET AMOUNT |
|---|---|---|---|
| HR 1319 - Prevention LMS Development | 1000 | IFLAWC522 | $878,153.77 |

**THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK**

# BSCA SUPPLEMENT TO EMERGENCY PREPAREDNESS RESPONSE TEAM

**I.    PROJECT TERM**

    **a.**  July1, 2024, through June 30, 2025

**II.    PROJECT BUDGET**

| PROJECT | FUND | APPROPRIATION | BUDGET AMOUNT |
|---|---|---|---|
| BSCA Supplement to Emergency Preparedness Response Team | 1000 | IFBDB0110 | $704,880.00 |

**THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK**

Exhibit B-1

# OVERDOSE PREVENTION PROGRAM
*OPIATE ANTAGONIST BULK FUND*

**II.    PROJECT TERM**

    **a.**  Upon execution of the IA Amendment through June 30, 2025

**III.   PROJECT BUDGET**

| PROJECT | FUND | APPROPRIATION | BUDGET AMOUNT |
|---|---|---|---|
| Naloxone Bulk Fund Supplement | 1000 | IFLAW0522 | $3,000,000.00 |
| | | TOTAL | $3,000,000.00 |

**THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK**

Docusign Envelope ID: A3336659-AB80-4015-803E-476A3F2272A3 Case 1:25-cv-00121-MSM-LDA Document 4-10 Filed 04/01/25 Page 487 of 498 PageID #: 1574

Exhibit D-1



EXHIBIT D-1 - Supplemental Provisions for Federal Awards

For the purposes of this Exhibit only, Contractor is also identified as "Subrecipient." This Contract has been funded, in whole or in part, with an award of Federal funds. In the event of a conflict between the provisions of these Supplemental Provisions for Federal Awards, the Special Provisions, the Contract or any attachments or exhibits incorporated into and made a part of the Contract, the Supplemental Provisions for Federal Awards shall control. In the event of a conflict between the Supplemental Provisions for Federal Awards and the FFATA Supplemental Provisions (if any), and/or exhibit regarding SLFRF Federal Provisions, the terms re FFATA and/or SLFRF shall control. If the source of the funding of the Contract is a grant, these Federal Provisions are subject to the Award as defined in §2 of these Federal Provisions, as may be revised pursuant to ongoing guidance from the relevant Federal or State of Colorado agency or institutions of higher education.

1) Federal Award Identification
    **i.**    Subrecipient: **Colorado Department of Public Health & Environment**
    ii.    Subrecipient Unique Entity ID number: **Y3WEW9MQ6NH5**
    iii.    The Federal Award Identification Number (FAIN) is:
        a)    **SABG: B08TI085796**
        b)    **HR1319: B08TI083931-01**
        c)    **H24MBS: B09SM089139**
    iv.    The Federal award date is:
        a)    **SABG: February 20, 2024**
        b)    **HR1319: May 17, 2021**
        c)    **H24MBS: August 23, 2023**
    v.    The subaward period of performance start date is:
        a)    **SABG: October 1, 2023 – September 30, 2025**
        b)    **HR1319: September 1, 2021 – September 30, 2025**
        c)    **H24MBS: September 30, 2023 – September 29, 2025**

    vi.    Federal Funds:

| Contract or Fiscal Year | Amount of Federal funds obligated by this Contract | Total amount of Federal funds obligated to the Subrecipient | Total amount of the Federal Award committed to Subrecipient by CDHS |
|---|---|---|---|
| **FY25 SABG** | **$9,013,042.18** | **$9,013,042.18** | **$9,013,042.18** |
| **FY25 HR1319** | **$5,784,756.50** | **$5,784,756.50** | **$5,784,756.50** |
| **FY25 H24MBS** | **$704,880.00** | **$704,880.00** | **$704,880.00** |

    vii.   Federal award project description: **To provide funding for substance misuse prevention and early intervention through the Community Prevention and Early Intervention Program.**

    viii.   The name of the Federal awarding agency is **U.S. Department of Treasury; the name of the pass-through entity is the State of Colorado, Department of Human Services (CDHS).**

    ix.   The Catalog of Federal Domestic Assistance (CFDA) number is:

        a)   SABG is 93.959, name is Substance Use Prevention and Treatment Block Grant, and the dollar amount is $9,057,425.

        b)   HR1319 is 93.959, name is Substance Use Prevention and Treatment Block Grant, and the dollar amount is $23,406,309.

        c)   H24MBS is 93.958, name is Block Grants for Community Mental Health Services – BSCA 2nd Allocation, and the dollar amount is $851,047.

    x.   This award **is not** for research & development.

    xi.   The indirect cost rate for the Federal award (including if the de minimis rate is charged per 2 CFR §200.414 Indirect (F&A) costs) is pre-determined based upon the State of Colorado and CDHS cost allocation plan.

2)   All requirements imposed by CDHS on Subrecipient so that the Federal award is used in accordance with Federal statutes, regulations, and the terms and conditions of the Federal award, are stated in **Exhibit A, Exhibit B, Exhibit C, and Exhibit D**.

3)   Any additional requirements that CDHS imposes on Subrecipient in order for CDHS to meet its own responsibility to the Federal awarding agency, including identification of any required financial and performance reports, are stated in **Exhibit A, Exhibit B, Exhibit C, and Exhibit D**.

4)   Subrecipient's approved indirect cost rate is **0%**.

5)   Subrecipient must permit CDHS and auditors to have access to Subrecipient's records and financial statements as necessary for CDHS to meet the requirements of 2 CFR §200.332 Requirements for pass-through entities, §§ 200.300 Statutory and National Policy Requirements through §200.309 Period of performance, and Subpart F—Audit Requirements of this Part.

6)   The appropriate terms and conditions concerning closeout of the subaward are listed in Section 15 of this Exhibit and may be further specified in the accompanying Scope of Work exhibit.

7)   **Performance and Final Status.** Subrecipient shall submit all financial, performance, and other reports to CDHS no later than **30** calendar days after the period of performance end date or sooner termination of this Contract containing an evaluation and review of Subrecipient's performance and the final status of Subrecipient's obligations hereunder.

8)   **Matching Funds**

    If a box below is checked, the accompanying provision applies.

    i.   **X**   Subrecipient is not required to provide matching funds.

    ii.   ☐   Subrecipient shall provide matching funds as stated in **insert reference to exhibit that contains match information**. Subrecipient shall have raised the full amount of matching funds prior to the Effective Date and shall report to CDHS regarding the status of such funds upon request. Subrecipient's obligation to pay all or any part of any matching funds, whether direct or contingent, only extends to funds duly and lawfully appropriated for the purposes of this Contract by the authorized representatives of the Subrecipient and paid into the Subrecipient's treasury or bank account. Subrecipient represents to CDHS that the amount designated as matching funds has been legally appropriated for the purposes of this Contract by its authorized representatives and paid into its

Docusign Envelope ID: A3336659-AB80-4015-803E-476A3F2272A3

treasury or bank account. Subrecipient does not by this Contract irrevocably pledge present cash reserves for payments in future fiscal years, and this Contract is not intended to create a multiple-fiscal year debt of the Subrecipient. Subrecipient shall not pay or be liable for any claimed interest, late charges, fees, taxes or penalties of any nature, except as required by Subrecipient's laws or policies.

1. **DEFINITIONS.**

1.1  For the purposes of these Federal Provisions, the following terms shall have the meanings ascribed to them below.

1.1.1   "Award" means an award of Federal financial assistance, and the Contract setting forth the terms and conditions of that financial assistance, that a non-Federal Entity receives or administers.

1.1.1.1 Awards may be in the form of:

1.1.1.2 Grants;

1.1.1.3 Contracts;

1.1.1.3.1   Cooperative Contracts, which do not include cooperative research and development Contracts (CRDA) pursuant to the Federal Technology Transfer Act of 1986, as amended (15 U.S.C. 3710);

1.1.1.3.2   Loans;

1.1.1.3.3   Loan Guarantees;

1.1.1.3.4   Subsidies;

1.1.1.3.5   Insurance;

1.1.1.3.6   Food commodities;

1.1.1.3.7   Direct appropriations

1.1.1.3.8   Assessed and voluntary contributions; and

1.1.1.3.9   Other financial assistance transactions that authorize the expenditure of Federal funds by non-Federal entities.

1.1.1.3.10  Any other items specified by OMB in policy memoranda available at the OMB website or other source posted by the OMB.

1.1.2   Award *does not* include:

1.1.2.1 Technical assistance, which provides services in lieu of money;

1.1.2.2 A transfer of title to Federally owned property provided in lieu of money; even if the award is called a grant;

1.1.2.3 Any award classified for security purposes; or

1.1.2.4 Any awarded funded in whole or in part with Recovery funds, as defined in section 1512 of the American Recovery, and Reinvestment Act (ARRA) of 2009 (Public Law 111-5).

1.1.3   "Contract" means the Contract to which these Federal Provisions are attached and includes all Award types in § of this Exhibit.

1.1.4   "Contractor" means the party or parties to a Contract funded, in whole or in part, with Federal financial assistance, other than the Prime Recipient, and includes grantees, subgrantees,

Subrecipients, and borrowers.  For purposes of Transparency Act reporting, Contractor does not include Vendors.

1.1.5   "Unique Entity ID number" or "UEI" is the Unique Entity ID number established by the federal government in the Unique Entity ID System to uniquely identify a business entity. For more, see: www.sam.gov.

1.1.6   "Entity" means:

1.1.6.1  If the source of funding is a Grant:

1.1.6.1.1   a Non-Federal Entity;

1.1.6.1.2   a foreign public entity;

1.1.6.1.3   a foreign organization;

1.1.6.1.4   a non-profit organization;

1.1.6.1.5   a domestic for-profit organization (for 2 CFR parts 25 and 170 only);

1.1.6.1.6   a foreign non-profit organization (only for 2 CFR part 170) only);

1.1.6.1.7   a Federal agency, but only as a Subrecipient under an Award or Subaward to a non-Federal entity (or 2 CFR 200.1); or

1.1.6.1.8   a foreign for-profit organization (for 2 CFR part 170 only).

1.1.6.2  If the source of funding is not a Grant:

1.1.6.2.1   all of the following as defined at 2 CFR part 25, subpart C;

1.1.6.2.2   A governmental organization, which is a State, local government, or Indian Tribe;

1.1.6.2.3   a foreign public entity;

1.1.6.2.4   a domestic or foreign non-profit organization;

1.1.6.2.5   a domestic or foreign for-profit organization; and

1.1.6.2.6   a Federal agency, but only a Subrecipient under an Award or Subaward to a non-Federal entity.

1.1.7   "Executive" means an officer, managing partner or any other employee in a management position.

1.1.8   If the source of funding is a Grant, "Federal Awarding Agency" means a Federal agency providing a Federal Award to a Recipient as described in 2 CFR 200.1. If the source of funding is not a Grant, "Federal Award Identification Number (FAIN)" means an Award number assigned by a Federal agency to a Prime Recipient.

1.1.9   "FFATA" means the Federal Funding Accountability and Transparency Act of 2006 (Public Law 109-282), as amended by §6202 of Public Law 110-252.  FFATA, as amended, also is referred to as the "Transparency Act."

1.1.10  "Federal Provisions" means these Federal Provisions subject to the Transparency Act and Uniform Guidance, as may be revised pursuant to ongoing guidance from the relevant Federal or State of Colorado agency or institutions of higher education.

1.1.11  If the source of funding is a Grant, "Grant" as used herein is the Contract to which these Federal Provisions are attached.

1.1.12  "Grantee" means the party or parties identified as such in the Grant to which these Federal Provisions are attached if the source of funding is a Grant. Grantee also means Subrecipient.

Docusign Envelope ID: A3336659-AB80-4015-803E-476A3F2272A3 Case 1.25-cv-00121-MSM-LDA    Document 4-10    Filed 04/01/25    Page 491 of 498
PageID #: 1578

Exhibit D-1

1.1.13   "Non-Federal Entity means a State, local government, Indian tribe, institution of higher education, or nonprofit organization that carries out a Federal Award as a Recipient or a Subrecipient.

1.1.14   "Nonprofit Organization" means any corporation, trust, association, cooperative, or other organization, not including IHEs, that:

    1.1.14.1 Is operated primarily for scientific, educations, service, charitable, or similar purposes in the public interest;

    1.1.14.2 Is not organized primarily for the profit, and

    1.1.14.3 Uses net process to maintain improve or expand the operations of the organization.

1.1.15   "OMB" means the Executive Office of the President, Office of Management and Budget.

1.1.16   "Pass-through Entity" means a non-Federal Entity that provides a Subaward to a Subrecipient to carry out part of a Federal program.

1.1.17   "Prime Recipient" means a Colorado State agency or institution of higher education that receives an Award, or, of the source of funding is a Grant it is that agency or institution identified as the Grantor in the Grant to which these Federal Provisions are attached.

1.1.18   "Subaward" means an award by a Prime Recipient to a Subrecipient funded in whole or in part by a Federal Award.  The terms and conditions of the Federal Award flow down to the Subaward unless the terms and conditions of the Federal Award specifically indicate otherwise in accordance with 2 CFR 200.101 or 2 CFR 200.38, as applicable.  The term does not include payments to a contractor or payments to an individual that is a beneficiary of a Federal program.

1.1.19   "Subrecipient" or, if the source of funding is a Grant, "Subgrantee" means a non-Federal Entity (or a Federal agency under an Award or Subaward to a non-Federal Entity) receiving Federal funds through a Prime Recipient to support the performance of the Federal project or program for which the Federal funds were awarded. A Subrecipient is subject to the terms and conditions of the Federal Award to the Prime Recipient, including program compliance requirements. The term "Subrecipient" includes and may be referred to as Subgrantee.  The term does not include an individual who is a beneficiary of a federal program.

1.1.20   "Subrecipient Parent UEI Number" means the subrecipient parent organization's 12-digit Unique Entity ID System (UEI) number that appears in the subrecipient's System for Award Management (SAM) profile, if applicable.

1.1.21   "System for Award Management (SAM)" means the Federal repository into which an Entity must enter the information required under the Transparency Act, which may be found at http://www.sam.gov.

1.1.22   "Total Compensation" means the cash and noncash dollar value earned by an Executive during the Prime Recipient's or Subrecipient's preceding fiscal year (see 48 CFR 52.204-10, as prescribed in 48 CFR 4.1403(a), as applicable) and includes the following:

    1.1.22.1   Salary and bonus;

    1.1.22.2   Awards of stock, stock options, and stock appreciation rights, using the dollar    amount recognized for financial statement reporting purposes with respect to the fiscal year in accordance with the Statement of Financial Accounting Standards No. 123 (Revised 2005) (FAS 123R), Shared Based Payments;

    1.1.22.3   Earnings for services under non-equity incentive plans, not including group life, health, hospitalization or medical reimbursement plans that do not discriminate in favor of Executives and are available generally to all salaried employees;

Docusign Envelope ID: A3335659-AB80-4015-803E-476A3F2272A3

Exhibit D-1

1.1.22.4  Change in present value of defined benefit and actuarial pension plans;

1.1.22.5  Above-market earnings on deferred compensation which is not tax-qualified;

1.1.22.6  Other compensation, if the aggregate value of all such other compensation (e.g., severance, termination payments, value of life insurance paid on behalf of the employee, perquisites or property) for the Executive exceeds $10,000.

1.1.23  "Transparency Act" means the Federal Funding Accountability and Transparency Act of 2006 (Public Law 109-282), as amended by §6202 of Public Law 110-252.  The Transparency Act may also be referred to as FFATA.

1.1.24  "Uniform Guidance" means the Office of Management and Budget Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, which, unless the source of funding is a Grant, supersedes requirements from OMB Circulars A-21, A-87, A-110, and A-122, OMB Circulars A-89, A-102, and A-133, and the guidance in Circular A-50 on Single Audit Act follow-up.  The terms and conditions of the Uniform Guidance flow down to Awards to Subrecipients unless the Uniform Guidance or the terms and conditions of the Federal Award specifically indicate otherwise.

1.1.25  "Vendor" means a dealer, distributor, merchant or other seller providing property or services required for a project or program funded by an Award. A Vendor is not a Prime Recipient or a Subrecipient and is not subject to the terms and conditions of the Federal award.  Program compliance requirements do not pass through to a Vendor.

2.  **COMPLIANCE.**

2.1 Contractor/Grantee shall comply with all applicable provisions of the Transparency Act and the regulations issued pursuant thereto, all applicable provisions of the Uniform Guidance, including, but not limited to, all applicable Federal Laws and regulations required by this Federal Award. Any revisions to such provisions or regulations shall automatically become a part of these Federal Provisions, without the necessity of either party executing any further instrument. The State of Colorado, at its discretion, may provide written notification to Contractor/Grantee of such revisions, but such notice shall not be a condition precedent to the effectiveness of such revisions.

3.  **SYSTEM FOR AWARD MANAGEMENT (SAM) AND UNIQUE ENTITY ID SYSTEM (UEI) REQUIREMENTS.**

3.1 SAM. Contractor/Grantee shall maintain the currency of its information in SAM until the Contractor/Grantee submits the final financial report required under the Award or receives final payment, whichever is later.  Contractor/Grantee shall review and update SAM information at least annually after the initial registration, and more frequently if required by changes in its information.

3.2 UEI. Contractor/Grantee shall provide its UEI number to its Prime Recipient and shall update Contractor's/Grantee's information in www.sam.gov at least annually after the initial registration, and more frequently if required by changes in Contractor's/Grantee's information.

4.  **TOTAL COMPENSATION.**

4.1 Contractor/Grantee shall include Total Compensation in SAM for each of its five most highly compensated Executives for the preceding fiscal year if:

4.1.1  The total Federal funding authorized to date under the Award is $30,000 or more if the source of funding is a Grant, or otherwise $25,000 or more if the source of funding is not a Grant; and

4.1.2  In the preceding fiscal year, Contractor/Grantee received:

4.1.2.1  80% or more of its annual gross revenues from Federal procurement contracts and subcontracts and/or Federal financial assistance Awards or Subawards subject to the Transparency Act; and

4.1.2.2  $30,000,000 or more in annual gross revenues from Federal procurement contracts and subcontracts and/or Federal financial assistance Awards or Subawards subject to the Transparency Act if the source of funding is a Grant or otherwise $25,000,000 or more in annual gross revenues from Federal procurement contracts and subcontracts and/or Federal financial assistance Awards or Subawards subject to the Transparency Act if the source of funding is not a Grant; and

4.1.2.3  The public does not have access to information about the compensation of such Executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d) or § 6104 of the Internal Revenue Code of 1986.

## 5.  REPORTING.

5.1  If Contractor/Grantee is a Subrecipient of the Award pursuant to the Transparency Act, Grantee shall report data elements to SAM and to the Prime Recipient as required in this Exhibit.  No direct payment shall be made to Grantee for providing any reports required under these Federal Provisions and the cost of producing such reports shall be included in the Contract/Grant price.  The reporting requirements in this Exhibit are based on guidance from the US Office of Management and Budget (OMB), and as such are subject to change at any time by OMB.  Any such changes shall be automatically incorporated into this Contract/Grant and shall become part of Contractor's/Grantee's obligations under this Contract/Grant.

## 6.  EFFECTIVE DATE AND DOLLAR THRESHOLD FOR REPORTING.

6.1  If the source of funding is a Grant, Reporting requirements in §7 below apply to new Awards as of October 1, 2010, if the initial award is $30,000 or more.  If the initial award is below $30,000 but subsequent Award modifications result in a total Award of $30,000 or more, the Award is subject to the reporting requirements as of the date the Award exceeds $30,000.  If the initial Award is $30,000 or more, but funding is subsequently de-obligated such that the total award amount falls below $30,000, the Award shall continue to be subject to the reporting requirements.

6.2  If the source of funding is not a Grant, Reporting requirements in §7 below apply to new Awards as of October 1, 2010, if the initial award is $25,000 or more.  If the initial Award is below $25,000 but subsequent Award modifications result in a total Award of $25,000 or more, the Award is subject to the reporting requirements as of the date the Award exceeds $25,000.  If the initial Award is $25,000 or more, but funding is subsequently de-obligated such that the total award amount falls below $25,000, the Award shall continue to be subject to the reporting requirements.

6.3  The procurement standards in §8 below are applicable to new Awards made by Prime Recipient as of December 26, 2015.  The standards set forth in §11 below are applicable to audits of fiscal years beginning on or after December 26, 2014.

## 7.  SUBRECIPIENT REPORTING REQUIREMENTS.

7.1  If Contractor/Grantee is a Subrecipient, Contractor/Grantee shall report as set forth below.

7.1.1  To SAM.  A Subrecipient shall register in SAM and report the following data elements in SAM *for each* Federal Award Identification Number (FAIN) assigned by a Federal agency to a Prime Recipient no later than the end of the month following the month in which the Subaward was made:

7.1.1.1  Subrecipient UEI Number;

7.1.1.2  Subrecipient UEI Number if more than one electronic funds transfer (EFT) account;

7.1.1.3  Subrecipient parent's organization UEI Number;

7.1.1.4  Subrecipient's address, including Street Address, City, State, Country, Zip (+ 4 if source of funding is a Grant or as otherwise directed per SAM directives for proper reporting), and Congressional District;

Docusign Envelope ID: A3336659-AB80-4015-803E-476A3F2272A3    Case 1:25-cv-00121-MSM-LDA    Document 4-10    Filed 04/01/25    Page 494 of 498
PageID #: 1581

Exhibit D-1

7.1.1.5   Subrecipient's top 5 most highly compensated Executives if the criteria in §4 above are met; and

7.1.1.6   Subrecipient's Total Compensation of top 5 most highly compensated Executives if the criteria in §4 above met.

7.1.2   To Prime Recipient.  A Subrecipient shall report to its Prime Recipient, upon the effective date of the Contract/Grant, the following data elements:

7.1.2.1   Subrecipient's UEI Number as registered in SAM.

7.1.2.2   Primary Place of Performance Information, including: Street Address, City, State, Country, Zip code + 4, and Congressional District.

## 8.   SUBRECIPIENT REPORTING REQUIREMENTS.

8.1 Procurement Procedures.  A Subrecipient shall use its own documented procurement procedures which reflect applicable State, local, and Tribal laws and applicable regulations, provided that the procurements conform to applicable Federal law and the standards identified in the Uniform Guidance, including without limitation, 2 CFR 200.318 through 200.327 thereof.

8.2 If the source of funding is a Grant: Domestic preference for procurements (2 CFR 200.322).  As appropriate and to the extent consistent with law, the non-Federal entity should, to the greatest extent practicable under a Federal award, provide a preference for the purchase, acquisition, or use of goods, products, or materials produced in the United States (including but not limited to iron, aluminum, steel, cement, and other manufactured products). The requirements of this section must be included in all subawards including all contracts and purchase orders for work or products under this award.

8.3 Procurement of Recovered Materials.  If a Subrecipient is a State Agency or an agency of a political subdivision of the State, its contractors must comply with section 6002 of the Solid Waste Disposal Act, as amended by the Resource Conservation and Recovery Act.  The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 CFR part 247, that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition, where the purchase price of the item exceeds $10,000 or the value of the quantity acquired during the preceding fiscal year exceeded $10,000; procuring solid waste management services in a manner that maximizes energy and resource recovery; and establishing an affirmative procurement program for procurement of recovered materials identified in the EPA guidelines.

## 9.   ACCESS TO RECORDS.

9.1 A Subrecipient shall permit Recipient/Prime Recipient and its auditors to have access to Subrecipient's records and financial statements as necessary for Recipient to meet the requirements of 2 CFR 200.311-200.332 (Requirements for pass-through entities), 2 CFR 200.300 (Statutory and national policy requirements) through 2 CFR 200.309 (Period of performance), and Subpart F-Audit Requirements of the Uniform Guidance.

## 10.   SINGLE AUDIT REQUIREMENTS

10.1 If a Subrecipient expends $750,000 or more in Federal Awards during the Subrecipient's fiscal year, the Subrecipient shall procure or arrange for a single or program-specific audit conducted for that year in accordance with the provisions of Subpart F-Audit Requirements of the Uniform Guidance, issued pursuant to the Single Audit Act Amendments of 1996, (31 U.S.C. 7501-7507).  2 CFR 200.501.

Docusign Envelope ID: A3336659-AB80-4015-803E-476A3F2272A3

10.1.1 Election. A Subrecipient shall have a single audit conducted in accordance with Uniform Guidance 2 CFR 200.514 (Scope of audit), except when it elects to have a program-specific audit conducted in accordance with 2 CFR 200.507 (Program-specific audits). The Subrecipient may elect to have a program-specific audit if Subrecipient expends Federal Awards under only one Federal program (excluding research and development) and the Federal program's statutes, regulations, or the terms and conditions of the Federal award do not require a financial statement audit of Prime Recipient. A program-specific audit may not be elected for research and development unless all of the Federal Awards expended were received from Recipient and Recipient approves in advance a program-specific audit.

10.1.2 Exemption. If a Subrecipient expends less than $750,000 in Federal Awards during its fiscal year, the Subrecipient shall be exempt from Federal audit requirements for that year, except as noted in 2 CFR 200.503 (Relation to other audit requirements), but records shall be available for review or audit by appropriate officials of the Federal agency, the State, and the Government Accountability Office.

10.1.3 Subrecipient Compliance Responsibility. A Subrecipient shall procure or otherwise arrange for the audit required by Subpart F of the Uniform Guidance and ensure it is properly performed and submitted when due in accordance with the Uniform Guidance. Subrecipient shall prepare appropriate financial statements, including the schedule of expenditures of Federal awards in accordance with 2 CFR 200.510 (Financial statements) and provide the auditor with access to personnel, accounts, books, records, supporting documentation, and other information as needed for the auditor to perform the audit required by Uniform Guidance Subpart F-Audit Requirements.

**11. CONTRACT/GRANT PROVISIONS FOR SUBRECIPIENT CONTRACTS.**

11.1 In addition to other provisions required by the Federal Awarding Agency or the Prime Recipient, Contractors/Grantees that are Subrecipients shall comply with the following provisions. Subrecipients shall include all of the following applicable provisions in all subcontracts entered into by it pursuant to this Contract/Grant.

11.1.1 [Applicable to federally assisted construction contracts.] Equal Employment Opportunity. Except as otherwise provided under 41 CFR Part 60, all contracts that meet the definition of "federally assisted construction contract" in 41 CFR Part 60-1.3 shall include the equal opportunity clause provided under 41 CFR 60-1.4(b), in accordance with Executive Order 11246, "Equal Employment Opportunity" (30 FR 12319, 12935, 3 CFR Part, 1964-1965 Comp., p. 339), as amended by Executive Order 11375, "Amending Executive Order 11246 Relating to Equal Employment Opportunity," and implementing regulations at 41 CFR part 60, Office of Federal Contract Compliance Programs, Equal Employment Opportunity, Department of Labor.

11.1.2 [Applicable to on-site employees working on government-funded construction, alteration and repair projects.] Davis-Bacon Act. Davis-Bacon Act, as amended (40 U.S.C. 3141-3148).

11.1.3 Rights to Inventions Made Under a contract/grant or agreement. If the Federal Award meets the definition of "funding agreement"/ "funding Contract" under 37 CFR 401.2 (a) and the Prime Recipient or Subrecipient wishes to enter into a contract with a small business firm or nonprofit organization regarding the substitution of parties, assignment or performance of experimental, developmental, or research work under that "funding agreement,"/"funding Contract", the Prime Recipient or Subrecipient must comply with the requirements of 37 CFR Part 401, "Rights to Inventions Made by Nonprofit Organizations and Small Business Firms Under Government Grants, Contracts and Cooperative Agreements," and any implementing regulations issued by the Federal Awarding Agency.

Docusign Envelope ID: A3336659-AB80-4015-803E-476A3F2272A3
Case 1:25-cv-00121-MSM-LDA   Document 4-10   Filed 04/01/25   Page 496 of 498
PageID #: 1583

Exhibit D-1

11.1.4 Clean Air Act (42 U.S.C. 7401-7671q.) and the Federal Water Pollution Control Act (33 U.S.C. 1251-1387), as amended. Contracts and subgrants of amounts in excess of $150,000 must contain a provision that requires the non-Federal awardee(s) to agree to comply with all applicable standards, orders or regulations issued pursuant to the Clean Air Act (42 U.S.C. 7401-7671q) and the Federal Water Pollution Control Act as amended (33 U.S.C. 1251-1387). Violations must be reported to the Federal Awarding Agency and the Regional Office of the Environmental Protection Agency (EPA).

11.1.5 Debarment and Suspension (Executive Orders 12549 and 12689). A contract award (see 2 CFR 180.220) must not be made to parties listed on the government wide exclusions in the System for Award Management (SAM), in accordance with the OMB guidelines at 2 CFR 180 that implement Executive Orders 12549 (3 CFR part 1986 Comp., p. 189) and 12689 (3 CFR part 1989 Comp., p. 235), "Debarment and Suspension." SAM Exclusions contains the names of parties debarred, suspended, or otherwise excluded by agencies, as well as parties declared ineligible under statutory or regulatory authority other than Executive Order 12549.

11.1.6 Byrd Anti-Lobbying Amendment (31 U.S.C. 1352). Contractors that apply or bid for an award exceeding $100,000 must file the required certification. Each tier certifies to the tier above that it will not and has not used Federal appropriated funds to pay any person or organization for influencing or attempting to influence an officer or employee of any agency, a member of Congress, officer or employee of Congress, or an employee of a member of Congress in connection with obtaining any Federal contract, grant or any other award covered by 31 U.S.C. 1352. Each tier must also disclose any lobbying with non-Federal funds that takes place in connection with obtaining any Federal award. Such disclosures are forwarded from tier to tier up to the non-Federal award.

11.1.7 Never contract with the enemy (2 CFR 200.215). Federal awarding agencies and recipients are subject to the regulations implementing "Never contract with the enemy" in 2 CFR part 183. The regulations in 2 CFR part 183 affect covered contracts, grants and cooperative agreements that are expected to exceed $50,000 within the period of performance, are performed outside the United States and its territories, and are in support of a contingency operation in which members of the Armed Forces are actively engaged in hostilities.

11.1.8 Prohibition on certain telecommunications and video surveillance services or equipment (2 CFR 200.216). Grantee is prohibited from obligating or expending loan or grant funds on certain telecommunications and video surveillance services or equipment pursuant to 2 CFR 200.216.

12. CERTIFICATIONS.

12.1 Unless prohibited by Federal statutes or regulations, Recipient/Prime Recipient may require Subrecipient to submit certifications and representations required by Federal statutes or regulations on an annual basis. 2 CFR 200.208. Submission may be required more frequently if Subrecipient fails to meet a requirement of the Federal award. Subrecipient shall certify in writing to the State at the end of the Award that the project or activity was completed, or the level of effort was expended. 2 CFR 200.201(3). If the required level of activity or effort was not carried out, the amount of the Award must be adjusted.

13. EXEMPTIONS.

13.1 These Federal Provisions do not apply to an individual who receives an Award as a natural person, unrelated to any business or non-profit organization he or she may own or operate in his or her name.

14. EVENT OF DEFAULT AND TERMINATION.

14.1 Failure to comply with these Federal Provisions shall constitute an event of default under the Contract/Grant and the State of Colorado may terminate the Contract/Grant upon 30 days prior written notice if the default remains uncured five calendar days following the termination of the 30-day notice period. This remedy will be in addition to any other remedy available to the State of Colorado under the Contract/Grant, at law or in equity.

14.2 Termination (2 CFR 200.340). The Federal Award may be terminated in whole or in part as follows:

14.2.1   By the Federal Awarding Agency or Pass-through Entity, if a Non-Federal Entity fails to comply with the terms and conditions of a Federal Award;

14.2.2   By the Federal awarding agency or Pass-through Entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities;

14.2.3   By the Federal awarding agency or Pass-through Entity with the consent of the Non-Federal Entity, in which case the two parties must agree upon the termination conditions, including the effective date and, in the case of partial termination, the portion to be terminated;

14.2.4   By the Non-Federal Entity upon sending to the Federal Awarding Agency or Pass-through Entity written notification setting forth the reasons for such termination, the effective date, and, in the case of partial termination, the portion to be terminated. However, if the Federal Awarding Agency or Pass-through Entity determines in the case of partial termination that the reduced or modified portion of the Federal Award or Subaward will not accomplish the purposes for which the Federal Award was made, the Federal Awarding Agency or Pass-through Entity may terminate the Federal Award in its entirety; or

14.2.5   By the Federal Awarding Agency or Pass-through Entity pursuant to termination provisions included in the Federal Award.

**15.    ADDITIONAL TERMS RE PAYMENTS TO GRANTEE TO SUPPLEMENT MAIN TERMS IN CONTRACT.**

15.1 Federal Recovery: The closeout of a Federal Award does not affect the right of the Federal Awarding Agency or the State to disallow costs and recover funds on the basis of a later audit or other review. Any cost disallowance recovery is to be made within the Record Retention Period, as defined below.

15.2 Close-Out: Grantee shall close out this Award within 45 days after the Fund Expenditure End Date shown on the Signature and Cover Page for this Agreement. To complete closeout, Grantee shall submit to the State all deliverables (including documentation) as defined in this Agreement and Grantee's final reimbursement request or invoice. The State will withhold 5% of allowable costs until all final documentation has been submitted and accepted by the State as substantially complete. If the Federal Awarding Agency has not closed this Federal Award within one year and 90 days after the Fund Expenditure End Date shown on the Signature and Cover Page for this Agreement due to Grantee's failure to submit required documentation, then Grantee may be prohibited from applying for new Federal Awards through the State until such documentation is submitted and accepted

**EXHIBIT END**



# COLORADO
## Behavioral Health Administration

March 27, 2025

Colorado Behavioral Health Administration
710 S. Ash Street
Denver, CO 80246

Re: Notice of Stop Work Order for Original Agreement

Good afternoon,

I am writing to you today to follow up on a message that you received on March 25, 2025 regarding a notification that the Behavioral Health Administration (BHA) received from the Substance Abuse and Mental Health Services Administration (SAMHSA) on the evening of March 24th. The SAMHSA notice detailed the termination of four American Rescue Plan Act (ARPA) grants including: (1) Mental Health Block Grant 1319 (Stimulus) (FAIN #B09SM085338); (2) Mental Health Block Grant COVID Testing and Mitigation (FAIN #B09SM085865); (3) Substance Use Prevention, Treatment, and Recovery Services Block Grant 1319 (Stimulus) (FAIN #B08TI083931); (4) Substance Use Prevention, Treatment, and Recovery Services Block Grant COVID Testing and Mitigation (FAIN #B08TI084572).

Based on these notices, the BHA has determined that the federal funds supporting your agreement are not available. Therefore, effective immediately, and pursuant to the terms of your agreement,[1] all work related to the above referenced grants must stop. This stop work order shall remain in effect until further notice. Please note, this stop work order ONLY applies to the four direct-to-agency grants listed above.

The BHA has been working to ensure grantees were notified about this sudden change in availability of federal funding and understands you may have a variety of questions as a result of this challenging situation. Please reach out to your BHA grant monitor directly with any further questions.
Sincerely,

**Commissioner Dannette R. Smith**

---

[1] Depending on the type of agreement involved, this provision is known as either "Available Funds - Contingency - Termination," "Funds Availability," or "Available Funds."