## DECLARATION OF HEIDI CLARK

I, Heidi Clark, declare as follows:

1.      I am a resident of the State of Illinois. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the Illinois Department of Public Health (IDPH) as Division Chief for the Division of Infectious Diseases. From late 2020 until June of 2021, I also functioned as acting Section Chief for the Immunizations Section.

3.      As Division Chief for the Division of Infectious Diseases, I am responsible for overseeing both the Immunizations Section and Communicable Diseases Section of IDPH.

4.      IDPH recently received two award terminations from the U.S. Department of Health and Human Services, Centers for Disease Control and Prevention (CDC). The total value of the terminated awards over their lifetime was $1,436,227,132.56. CDC subsequently received another notice award regarding one of the terminated awards that indicated that the core funding under that grant would continue until the original program end date but that all COVID-19 funding under the grant was terminated. All terminations were "for cause" based on the end of the COVID pandemic, rather than failure of IDPH to follow the terms or conditions of the grants. Each award termination uses the same identical form language stating that "[t]hese grants were issued for a limited purpose: To ameliorate the effects of the pandemic. The end of the pandemic provides cause to terminate COVID-related grants. Now that the pandemic is over, the grants are no longer necessary." Descriptions of each award and the effects of these terminations follow.

**Epidemiology & Laboratory Capacity for Infectious Diseases (ELC)**

5.      In 2020, the Department of Health and Human Services, Centers for Disease Control and Prevention invited applications for Epidemiology and Laboratory Capacity for Prevention and Control of Emergency Infectious Diseases (ELC) Grants.

6.      The purpose of this initial grant was to broadly support all of IDPH's disease surveillance, detection, and modeling activities.

7.      Through multiple grant awards in 2020 and 2021, CDC approved hundreds of millions of dollars in additional funding as part of a preexisting grant award with a start date of August 1, 2019. Although the original term of the grant was set to end in July 2024, the grant was later extended into 2026.

8.      At the time of the termination of the ELC Grant effective March 24, 2025, the CDC had previously produced a notice of award on October 18, 2023 setting forth the terms and conditions of the ELC Grant award. A true and correct copy of the corresponding notice of award and its attachments, is attached as Exhibit A.

9.      Since 2020, IDPH has used the ELC Grant funds in a manner fully consistent with CDC's statements regarding the nature of the grant and IDPH's grant application.

10.      IDPH has used the ELC Grant funds that CDC has terminated for a range of critical programs for disease surveillance, monitoring, and control. This includes funding IDPH laboratories that conduct testing and analysis, such as genetic sequencing, to monitor the development and spread of infectious diseases such as COVID-19, measles, influenza, and others. 22 full-time laboratory employees performing this work were being paid using ELC Grant funds. In addition, IDPH used ELC Grant funds to replace its electronic disease surveillance system, which relied on outdated software was no longer sufficient to monitor

3

outbreaks, particularly of various respiratory diseases such as RSV and influenza that are especially dangerous to children. IDPH is also supporting $14 million laboratory remodeling project at Southern Illinois University, for which purchases have already been made, with ELC Grant funds.

11.    As of March 24, 2025, $380,358,865 of ELC Grant funds committed by CDC were remaining to be expended by the program end date of July 31, 2026. IDPH planned to draw on those funds to continue its essential infectious disease monitoring and surveillance operations, complete the replacement of its outdated electronic disease surveillance system, and support the building of new laboratory infrastructure.

12.    IDPH has fully performed its obligations under the ELC Grant, including making all required submissions to CDC in a timely manner and complying with the terms and conditions of the grant award. Reflecting IDPH's continued and demonstrated compliance with the ELC Grant's terms, CDC had previously agreed to extend the ELC Grant after the original date on which the program was set to end.

13.    Since IDPH began receiving the ELC Grant funding that CDC has terminated, CDC has issued guidance documents permitting and encouraging grant recipients to use that funding for various purposes that have a nexus to COVID-19 but that may also support broader infectious disease needs. This includes using funding for laboratory activities, data modernization, and epidemiology and disease prevention that relate to both COVID-19 and other infectious diseases.

14.    On March 25, 2025, without any prior notice or indication, CDC informed IDPH that effective March 24, 2025, its ELC Grant had been terminated. A true and correct copy of the grant award termination notice is attached as Exhibit B.

15.     CDC's purported basis for the ELC Grant termination was "the pandemic is over[ and] the grants are no longer necessary." CDC provided no further information or clarification about the basis for the termination of this grant.

16.     IDPH relied and acted upon its expectation and understanding that CDC would fulfill its commitment to provide ELC Grant funding it had awarded to IDPH. For example, IDPH has already begun expending funds on the replacement of its outdated electronic disease surveillance system and on the development of a new laboratory for disease monitoring and testing. CDC's abrupt termination of the ELC Grant threatens IDPH's ability to complete these projects, which are critical to IDPH's future epidemiological response to disease.

17.     The termination of the ELC Grant undermines IDPH's ability to fulfill its mission of protecting public health in Illinois. Employees who were being paid with this grant funding to perform critical epidemiological testing and analysis will have to be reassigned, and/or IDPH will have to divert its limited resources from other critical public health projects to continue supporting their work. The grant termination also jeopardizes IDPH's ability to modernize its data gathering and laboratory infrastructure to meet current needs and address public health crises such as measles and influenza outbreaks in children.

18.     Before the grant award termination on March 24, 2025, CDC had never provided IDPH with notice, written or otherwise, that IDPH's administration or compliance with the terms of the ELC Grant was in any way unsatisfactory.

**Immunization Grant**

19.     In 2020, the Department of Health and Human Services, Centers for Disease Control and Prevention invited applications for Immunization Cooperative Agreements (Immunization) Grants.

20.     The purpose of the Immunization Grant was to support IDPH in establishing and maintaining preventive health service programs to immunize individuals against vaccine-preventable diseases.

21.     Through multiple grant awards in 2020 and 2021, CDC approved hundreds of millions of dollars in funding for the Immunization Grant. Although the original term of the grant was set to end in June 2024, the grant was later extended through June 2025. At CDC's encouragement, in January 2025 IDPH submitted an application for a no-cost extension of the Immunization Grant beyond June 2025, which CDC initially indicated would be approved.

22.     At the time of the termination of the Immunization Grant effective March 24, 2025, the CDC had previously produced a notice of award on June 27, 2024 setting forth the terms and conditions of the Immunization Grant. A true and correct copy of the corresponding notice of award and its attachments, is attached as Exhibit C.

23.     Since 2020, IDPH has used the Immunization Grant funds in a manner fully consistent with CDC's statements regarding the nature of the grant and IDPH's grant application.

24.     IDPH has used the Immunization Grant funds that CDC has terminated for a range of critical programs for vaccination, data analysis and tracking, maintaining an immunization registry, enrolling providers, and filling vacant positions relating to IDPH's immunization efforts. These immunization efforts included programs designed to reach vulnerable and/or under-vaccinated populations.

25.     As of March 24, 2025, $68,910,316.90 of Immunization Grant funds committed by CDC were remaining to be expended by the program end date of June 2025.

26.     IDPH planned to draw on those funds to continue its immunization programs, which protect children and other vulnerable populations from the spread of infectious, vaccine-

6

preventable diseases. IDPH also sought to replace its existing immunization information system, as its current software is out of date and unable to meet the current data needs of IDPH.

27.     IDPH has fully performed its obligations under the Immunization Grant, including making all required submissions to CDC in a timely manner and complying with the terms and conditions of the grant award. Reflecting IDPH's continued and demonstrated compliance with the Immunization Grant's terms, CDC had previously agreed to extend the Immunization Grant after the original date on which the program was set to end.

28.     On March 25, 2025, without any prior notice or indication, CDC informed IDPH that effective March 24, 2025, its Immunization Grant had been terminated. A true and correct copy of the grant award termination notice is attached as Exhibit D.

29.     CDC subsequently issued another notice of award on March 25, 2025, apparently reinstating a small amount of the funding under the Immunization Grant through the original end date of June 2025. IDPH remains unable to spend the $68,910,316.90 of Immunization Grant funds relating to "COVID-19 programs" for any services after the March 24, 2025 termination date, however.

30.     CDC's purported basis for the Immunization Grant termination was "the pandemic is over[ and] the grants are no longer necessary." CDC provided no further information or clarification about the basis for the termination of this grant.

31.     The termination of the Immunization Grant undermines IDPH's ability to fulfill its mission of protecting public health in Illinois. Immunization Grant funds were used to assist with immunization and data-gathering efforts to support vaccination and infectious disease prevention among vulnerable populations throughout the state. In order to continue operating these programs, IDPH will have to divert its limited resources from other critical public health

projects to continue supporting their work. IDPH will also be unable to modernize its immunization information system to meet the agency's data needs going forward.

32.    Before the grant award termination on March 24, 2025, CDC had never provided IDPH with notice, written or otherwise, that IDPH's administration or compliance with the terms of the Immunization Grant was in any way unsatisfactory.

33.    The process by which CDC notified IDPH of the termination of both the ELC and Immunization Grants was unusual in that IDPH received notice on March 25, 2025 that the grants had been terminated a day earlier on March 24. In my experience, CDC has not sent a notice of immediate—let alone retroactive—termination of a grant without first announcing its intention to do so. In addition, CDC's decision to terminate the Immunization Grant is unusual because CDC previously indicated its willingness and intention to extend the period of that grant. In my experience, in cases where CDC has indicated that it would extend a grant, it has not then elected to immediately terminate that same grant.

34.    The abrupt termination of both the ELC and Immunization Grants significantly threatens IDPH's public-health mission by undermining vital programs to monitor and control the spread of infectious diseases, including not only COVID-19 but many other illnesses like measles, influenza, and RSV. As a result, individuals across Illinois face heightened risks from the spread of infectious diseases.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 28, 2025, in Chicago, Illinois.

8

Heidi Clark

# Exhibit A

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award#  6 NU50CK000559-05-02
FAIN#   NU50CK000559
Federal Award Date:  10/18/2023

## Recipient Information

**1. Recipient Name**
DEPARTMENT OF PUBLIC HEALTH ILLINOIS
535 W Jefferson St
-DUP5
Springfield, IL 62761
[NO DATA]

**2. Congressional District of Recipient**
00

**3. Payment System Identifier (ID)**
1010632628A1

**4. Employer Identification Number (EIN)**
010632628

**5. Data Universal Numbering System (DUNS)**
806660296

**6. Recipient's Unique Entity Identifier (UEI)**
NN66PR7QMLR8

**7. Project Director or Principal Investigator**
Ms. Carolyn  Haberman
Carolyn.haberman@illinois.gov
217-558-2611

**8. Authorized Official**
Ms. Nicole  Hildebrand
CFO, Deputy Director, Office of Finance and
Administration
nicole.hildebrand@illinois.gov
217-558-0264

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Ryan Smythe
Grants Management Specialist
lyt6@cdc.gov
(770) 488-3629

**10. Program Official Contact Information**
Namita  Agravat
Program Officer
nfk0@cdc.gov
6784310843

## Federal Award Information

**11. Award Number**
6 NU50CK000559-05-02

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000559

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
CK19-1904 Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC)

**15. Assistance Listing Number**
93.323

**16. Assistance Listing Program Title**
Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**17. Award Action Type**
No Cost Extension

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 08/01/2023 **- End Date** 07/31/2026 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $1,493,592.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $2,323,738.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $2,323,738.00 |
| **26. Period of Perfomance Start Date** 08/01/2019 **- End Date** 07/31/2026 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $1,291,372,341.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Karen Zion1
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000559-05-02
FAIN# NU50CK000559
Federal Award Date: 10/18/2023

## Recipient Information

**Recipient Name**
DEPARTMENT OF PUBLIC HEALTH ILLINOIS
535 W Jefferson St
-DUP5
Springfield, IL 62761
[NO DATA]

**Congressional District of Recipient**
00

**Payment Account Number and Type**
1010632628A1

**Employer Identification Number (EIN) Data**
010632628

**Universal Numbering System (DUNS)**
806660296

**Recipient's Unique Entity Identifier (UEI)**
NN66PR7QMLR8

### 31. Assistance Type
Cooperative Agreement

### 32. Type of Award
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $1,420,063.00 |
| **b.  Fringe Benefits** | $1,219,424.00 |
| **c.  Total Personnel Costs** | $2,639,487.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $465,440.00 |
| **f.  Travel** | $27,770.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $72,905.00 |
| **i.  Contractual** | $430,101.00 |
| **j.  TOTAL DIRECT COSTS** | $3,635,703.00 |
| **k.  INDIRECT COSTS** | $181,627.00 |
| **l.  TOTAL APPROVED BUDGET** | $3,817,330.00 |
| **m.  Federal Share** | $3,817,330.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 0-9390ESY | 19NU50CK000559CV | CK | 41.51 | 93.323 | $0.00 | 75-2022-0943 |
| 0-9390EPX | 19NU50CK000559CV | CK | 41.51 | 93.323 | $0.00 | 75-2022-0943 |
| 0-9390F7F | 19NU50CK000559C4 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 1-9390GKT | 19NU50CK000559EDEXC5 | CK | 41.51 | 93.323 | $0.00 | 75-2122-0140 |
| 1-9390H08 | 19NU50CK000559AMD2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0943 |
| 1-9390EWQ | 19NU50CK000559DMODC3 | CK | 41.51 | 93.323 | $0.00 | 75-2024-0943 |
| 2-9390J4P | 19NU50CK000559SHRPC6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 1-9390GJ9 | 19NU50CK000559NWSSC4 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 1-9390GF6 | 19NU50CK000559PHL2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 0-9390EWQ | 19NU50CK000559C3 | CK | 41.51 | 93.323 | $0.00 | 75-2024-0943 |
| 2-9390JXH | 19NU50CK000559LDXC6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 2-9390JEN | 19NU50CK000559NWSSC6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#    6 NU50CK000559-05-02
FAIN#    NU50CK000559
Federal Award Date:    10/18/2023

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

DEPARTMENT OF PUBLIC HEALTH ILLINOIS                    6 NU50CK000559-05-02

1. Terms and Conditions NCE

## ADDITIONAL TERMS AND CONDITIONS OF AWARD

**No Cost Extension:** The purpose of this amendment is to approve a 24 months No Cost Extension per the request submitted by your organization dated September 21, 2023 . The budget and project period end dates have been extended from August 1, 2024 to July 31, 2026.

**Annual Federal Financial Report (FFR SF-425):** Annual financial reporting is required every twelve-month period.  Due to the approved extension period, the final budget period has been extended and an additional annual financial report will be required.  A completed FFR SF-425 covering the original final budget period of August 1, 2023 to July 31, 2026 must be submitted by October 31, 2026.

Recipients must submit all closeout reports identified in this section within 90 days of the period of performance end date.  The reporting timeframe is the full period of performance. Failure to submit timely and accurate final reports may affect future funding to the organization or awards under the direction of the same Project Director/Principal Investigator (PD/PI).

**Final Performance Progress and Evaluation Report (PPER):**  This report should include the information specified in the NOFO.  At a minimum, the report will include the following:

• Statement of progress made toward the achievement of originally stated aims.
• Description of results (positive or negative) considered significant.
• List of publications resulting from the project, with plans, if any, for further publication.

All manuscripts published as a result of the work supported in part or whole by the cooperative grant must be submitted with the performance progress reports.

**Final Federal Financial Report (FFR, SF-425):**  The FFR should only include those funds authorized and actually expended during the timeframe covered by the report.  The Final FFR, SF-425 is required and must be submitted no later than 90 days after the period of performance end date.

The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations.   Should the amount not match with the final expenditures reported to the Department of Health and Human Services' PMS, you will be required to update your reports to PMS accordingly.  Remaining unobligated funds will be de-obligated and returned to the U.S. Treasury.

Electronic versions of the FFR SF-425 can be downloaded at:
https://www.grants.gov/web/grants/forms/post-award-reporting-forms.html#sortby=1

**Equipment and Supplies - Tangible Personal Property Report (SF-428):**  A completed Tangible Personal Property Report SF-428 and Final Report SF-428B addendum must be submitted, along with any Supplemental Sheet SF-428S detailing all major equipment acquired or furnished under this project with a unit acquisition cost of $5,000 or more.  Electronic versions of the forms can be downloaded by visiting:  https://www.grants.gov/web/grants/forms/post-award-reporting-forms.html#sortby=1

If no equipment was acquired under an award, a negative report is required.

The recipient must identify each item of equipment that it wishes to retain for continued use in

accordance with 45 CFR Part 75.  The awarding agency may exercise its rights to require the transfer of equipment purchased under the assistance award. CDC will notify the recipient if transfer to title will be required and provide disposition instruction on all major equipment.

Equipment with a unit acquisition cost of less than $5,000 that is no longer to be used in projects or programs currently or previously sponsored by the Federal Government may be retained, sold, or otherwise disposed of, with no further obligation to the Federal Government.

# Exhibit B

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000559-05-18

FAIN# NU50CK000559

Federal Award Date: 03/24/2025

## Recipient Information

**1. Recipient Name**
DEPARTMENT OF PUBLIC HEALTH ILLINOIS
535 W Jefferson St
-DUP5
Springfield, IL 62761
[NO DATA]

**2. Congressional District of Recipient**
00

**3. Payment System Identifier (ID)**
1010632628A1

**4. Employer Identification Number (EIN)**
010632628

**5. Data Universal Numbering System (DUNS)**
806660296

**6. Recipient's Unique Entity Identifier (UEI)**
NN66PR7QMLR8

**7. Project Director or Principal Investigator**
Jonathan  Popovitch
Assistant Section Chief, Communicable Disease Section
jonathan.popovitch@illinois.gov

**8. Authorized Official**
Ms. Nicole  Hildebrand
CFO, Deputy Director, Office of Finance and Administration
nicole.hildebrand@illinois.gov
217-993-2367

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Whitney Dade
Grants Management Specialist
zmm8@cdc.gov
4044983038

**10. Program Official Contact Information**
Aaron  Borrelli
Public Health Advisor
zvt3@cdc.gov
4046398715

## Federal Award Information

**11. Award Number**
6 NU50CK000559-05-18

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000559

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
CK19-1904 Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC)

**15. Assistance Listing Number**
93.323

**16. Assistance Listing Program Title**
Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**17. Award Action Type**
Administrative Action

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 08/01/2023 **- End Date** 03/24/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| 21. Authorized Carryover | | $40,805,308.00 |
| 22. Offset | | $1,493,592.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $10,333,854.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $10,333,854.00 |
| **26. Period of Performance Start Date** 08/01/2019 **- End Date** 03/24/2025 | | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $1,162,902,503.56 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Percy Jernigan

## 30. Remarks

Department Authority

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000559-05-18
FAIN# NU50CK000559
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**
DEPARTMENT OF PUBLIC HEALTH ILLINOIS
535 W Jefferson St
-DUP5
Springfield, IL 62761
[NO DATA]

**Congressional District of Recipient**
00

**Payment Account Number and Type**
1010632628A1

**Employer Identification Number (EIN) Data**
010632628

**Universal Numbering System (DUNS)**
806660296

**Recipient's Unique Entity Identifier (UEI)**
NN66PR7QMLR8

---

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

## 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $10,358,256.00 |
| **b.  Fringe Benefits** | $9,350,588.00 |
| **c.  Total Personnel Costs** | $19,708,844.00 |
| **d.  Equipment** | $1,535,074.00 |
| **e.  Supplies** | $5,487,269.00 |
| **f.  Travel** | $87,448.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $1,388,754.00 |
| **i.  Contractual** | $22,643,135.00 |
| **j.  TOTAL DIRECT COSTS** | $50,850,524.00 |
| **k.  INDIRECT COSTS** | $1,782,230.00 |
| **l.  TOTAL APPROVED BUDGET** | $52,632,754.00 |
| **m.  Federal Share** | $52,632,754.00 |
| **n.  Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 0-9390EWQ | 19NU50CK000559C3 | CK | 41.51 | 93.323 | $0.00 | 75-2024-0943 |
| 0-9390F7F | 19NU50CK000559C4 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 1-9390GKT | 19NU50CK000559EDEXC5 | CK | 41.51 | 93.323 | $0.00 | 75-2122-0140 |

Page 2

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000559-05-18
FAIN# NU50CK000559
Federal Award Date: 03/24/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

DEPARTMENT OF PUBLIC HEALTH ILLINOIS                          6 NU50CK000559-05-18

1. REVISED: TERMS AND CONDITIONS

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of use of funding under the listed document number(s) is effective as of the date set out in your Notice of Award.

Impacted document numbers are included on page 2 of this Notice of Award (NoA).

No additional activities can be conducted, and no additional costs may be incurred, as it relates to these funds.  Unobligated award balances of COVID-19 funding will be de-obligated by CDC. Award activities under other funding may continue consistent with the terms and conditions of the award.

**Final Federal Financial Report (FFR, SF-425)**: Within 30 days please submit final FFR's for impacted document numbers.  The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**All other terms and conditions of this award remain in effect.**

# Exhibit C

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH23IP922637-05-08
FAIN#  NH23IP922637
Federal Award Date:  06/27/2024

## Recipient Information

**1. Recipient Name**
DEPARTMENT OF PUBLIC HEALTH ILLINOIS
535 W Jefferson St Lbby
Springfield, IL 62702-5058
[NO DATA]

**2.  Congressional District of Recipient**
13

**3. Payment System Identifier (ID)**
1010632628A1

**4. Employer Identification Number (EIN)**
010632628

**5. Data Universal Numbering System (DUNS)**
806660296

**6. Recipient's Unique Entity Identifier (UEI)**
NN66PR7QMLR8

**7. Project Director or Principal Investigator**
Karyn  Lyons
Immunizations Program Manager
karyn.lyons@illinois.gov
2177851455

**8. Authorized Official**
Ms. Nicole  Hildebrand
CFO, Deputy Director, Office of Finance and
Administration
nicole.hildebrand@illinois.gov
217-558-0264

## Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10.Program Official Contact Information**
James  Lueken
Program Officer
oqh7@cdc.gov
4047187232

## Federal Award Information

**11. Award Number**
6 NH23IP922637-05-08
**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922637
**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.
**14. Federal Award Project Title**
Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268
**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Supplement
**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19.  Budget Period Start Date** 07/01/2023 **- End Date** 06/30/2025 | | |
| **20.  Total Amount of Federal Funds Obligated by this Action** | | $10,344,078.00 |
| 20a. Direct Cost Amount | | $12,277,040.00 |
| 20b. Indirect Cost Amount | | $1,070,746.00 |
| 21. Authorized Carryover | | $102,560,869.00 |
| 22. Offset | | $5,429,584.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $17,413,601.00 |
| **24.  Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $27,757,679.00 |
| **26.  Period of Performance Start Date** 07/01/2019 **- End Date** 06/30/2025 | | |
| 27.  Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $272,324,629.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NH23IP922637-05-08
FAIN# NH23IP922637
Federal Award Date: 06/27/2024

## Recipient Information

**Recipient Name**
DEPARTMENT OF PUBLIC HEALTH ILLINOIS
535 W Jefferson St Lbby
Springfield, IL 62702-5058
[NO DATA]

**Congressional District of Recipient**
13

**Payment Account Number and Type**
1010632628A1

**Employer Identification Number (EIN) Data**
010632628

**Universal Numbering System (DUNS)**
806660296

**Recipient's Unique Entity Identifier (UEI)**
NN66PR7QMLR8

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $6,592,565.00 |
| **b.  Fringe Benefits** | $6,063,691.00 |
| **c.  Total Personnel Costs** | $12,656,256.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $73,056.00 |
| **f.  Travel** | $528,366.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $2,963,573.00 |
| **i.  Contractual** | $117,817,245.00 |
| **j.  TOTAL DIRECT COSTS** | $134,038,496.00 |
| **k.  INDIRECT COSTS** | $1,709,636.00 |
| **l.  TOTAL APPROVED BUDGET** | $135,748,132.00 |
| **m.  Federal Share** | $135,748,132.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 1-9390KZ | 19NH23IP922637 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922637 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922637 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922637 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922637 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922637C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922637C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 19NH23IP922637C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GUU | 20NH23IP922637UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922637C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922637VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922637 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922637 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922637 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922637 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390K3G | 19NH23IP922637 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-939ZRWL | 19NH23IP922637 | IP | 41.51 | 93.268 | $0.00 | 75-22-0951 |
| 2-9390K8W | 20NH23IP922637UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 2-9390K9M | 20NH23IP922637IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 3-9390BKG | 19NH23IP922637 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKJ | 19NH23IP922637 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKM | 19NH23IP922637 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390K3F | 19NH23IP922637 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-939ZRWL | 19NH23IP922637 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 3-9390LR9 | 19NH23IP922637 | IP | 41.51 | 93.268 | $0.00 | 75-X-0140 |
| 3-939ZRYH | 19NH23IP922637 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 4-9390MV2 | 20NH23IP922637IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-9390BKG | 19NH23IP922637 | IP | 41.51 | 93.268 | $1,313,657.00 | 75-75-X-0512-009 |
| 4-9390BKJ | 19NH23IP922637 | IP | 41.51 | 93.268 | $122,345.00 | 75-75-X-0512-009 |
| 4-9390BKM | 19NH23IP922637 | IP | 41.51 | 93.268 | $1,726,720.00 | 75-75-X-0512-009 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922637-05-08

FAIN#   NH23IP922637

Federal Award Date:  06/27/2024

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 4-9390MPT | 19NH23IP922637 | IP | 41.51 | 93.268 | $5,340,768.00 | 75-X-0951 |
| 4-9390MV2 | 19NH23IP922637IISC5 | IP | 41.51 | 93.268 | $612,592.00 | 75-2124-0943 |
| 4-939ZRWL | 19NH23IP922637 | IP | 41.51 | 93.268 | $522,359.00 | 75-24-0951 |
| 4-939ZRYH | 19NH23IP922637 | IP | 41.51 | 93.268 | $705,637.00 | 75-X-0951 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922637-05-08
FAIN# NH23IP922637
Federal Award Date: 06/27/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $11,131.00 | $11,131.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $11,131.00 | $11,131.00 |

# AWARD ATTACHMENTS

DEPARTMENT OF PUBLIC HEALTH ILLINOIS                6 NH23IP922637-05-08

1. Terms and Conditions

**Supplemented Extension:** The purpose of this amendment is to approve a 6-month extension with supplemental funds per the request submitted by your organization dated April 8, 2024. The budget and project period end dates have been extended from December 31, 2024, to June 30, 2025.

Additional funds in the amount of $13,347,786 are authorized and have been distributed as indicated in the approved budget of this Notice of Award.

This amount includes offset, please see Use of Unobligated Funds below.

*Approved* **Component/Project Funding:** The NOFO provides for the funding of multiple components under this award. For this NOA, the approved funding level for each component is shown below:

| NOFO Component | Amount |
|----------------|--------|
| CORE | $12,735,194 |
| IIS | $612,592 |

**Coronavirus Disease 2019 (COVID-19) Funds:** A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); the Consolidated Appropriations Act and the Coronavirus Response and Relief Supplement Appropriations Act, 2021 (P.L. 116-260) and/or the American Rescue Plan of 2021 [P.L. 117-2] agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Summary Statement/Technical Review:** Within 5 days of this Notice of Award's (NOA) issue date, the Summary Statement/Technical Review will be accessible to the recipient in GrantSolutions Grant Notes. Contact the assigned Program Officer indicated in the NOA with any questions regarding this document or any follow up requirements and timelines set forth therein.

**Direct Assistance (DA):** The DA award amount is shown on page 3 of the NOA for $11,131 (DA Travel- $11,131) in this budget period.

**Use of Unobligated Funds:** This NOA includes use of Year 04 unobligated funds in the amount of $3,003,708, which has been applied as an offset to the currently approved funding level for this budget period. The use of unobligated funds is approved based on the Year 04 Federal Financial Report (FFR) dated September 26, 2023. The amount of this NOA will be subject to reduction if the final amount of unobligated funds is less than the amount of unobligated funds reported on the referenced FFR.

**Budget Revision Requirement:**  By September 30, 2024, the recipient must submit a revised budget with a narrative justification.  Failure to submit the required information in a timely manner may adversely affect the future funding of this project.  If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date.

**Administrative Requirements:** The recipient must respond to the information below in the budget revision:

- **<u>Personnel:</u>** Provide names of TBD staff upon selection.
- **<u>Other Costs:</u>**  Provide an appropriate cost itemization in accordance with the CDC Budget Preparation Guidelines for the following:

I.     **Conference Registration Fees- $10,000 (CORE Funding)**
II.    **Office Supplies- $5,425 (Adult IZ Framework)**

**Missing Contractual/Consultant Elements –** The contracts listed below is **<u>not</u>** approved and the recipient may not begin the contract until a detailed budget is provided via GrantSolutions as a Notification of a Contractor or Consultant Amendment and GMO approval is provided via Notice of Award.

**CORE Funding**
**Contractor 1: Coverage Level Grants -TBA- $1,000,000**

**HHS Bridge Access Program**
**Contractor 1: Community Based Organizations – TBA- $1,978,670**

**Adult IZ Framework**
**Contractor 1: TBA Contractor-$135,000**

**Provide names of TBD Contractors upon selection.**

**FUNDING RESTRICTIONS AND LIMITATIONS**

**Indirect Costs:** Indirect costs are not approved for this award, because the submitted rate agreement expired on June 30, 2023. Indirect costs in the amount of $638,890 have been moved to the "Other" cost category. To have indirect costs approved for this grant, create an

amendment (select NGA Revision as amendment type) and submit a copy of the approved indirect cost rate agreement.

**PAYMENT INFORMATION**

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document numbers identified beginning on the bottom of Page 2 of the Notice of Award must be known in order to draw down funds.

**ADDITIONAL REPORTING REQUIREMENTS**

**Annual Federal Financial Report (FFR SF-425):** Annual financial reporting is required every twelve-month period.  Due to the approved extension period, the final budget period has been extended and an additional annual financial report will be required.  A completed FFR SF-425 covering the original final budget period of July 1, 2023, to June 30, 2024, must be submitted by **September 30, 2024**.

Recipients must submit all closeout reports identified in this section within 120 days of the period of performance end date.  The reporting timeframe is the full period of performance.  Failure to submit timely and accurate final reports may affect future funding to the organization or awards under the direction of the same Project Director/Principal Investigator (PD/PI).

**Final Performance Progress and Evaluation Report (PPER):**  This report should include the information specified in the NOFO.  At a minimum, the report will include the following:

- Statement of progress made toward the achievement of originally stated aims.
- Description of results (positive or negative) considered significant.
- List of publications resulting from the project, with plans, if any, for further publication.

All manuscripts published as a result of the work supported in part or whole by the cooperative grant must be submitted with the performance progress reports.

**Final Federal Financial Report (FFR, SF-425):**  The FFR should only include those funds authorized and actually expended during the timeframe covered by the report.  The Final FFR, SF-425 is required and must be submitted no later than 120 days after the period of performance end date.

The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations.   Should the amount not match with the final expenditures reported to the Department of Health and Human Services' PMS, you will be required to update your reports to PMS accordingly.  Remaining unobligated funds will be de-obligated and returned to the U.S. Treasury.

Electronic versions of the form can be downloaded at:
https://www.grants.gov/web/grants/forms/post-award-reporting-forms.html#sortby=1

**Equipment and Supplies - Tangible Personal Property Report (SF-428):**  A completed Tangible Personal Property Report SF-428 and Final Report SF-428B addendum must be submitted, along with any Supplemental Sheet SF-428S detailing all major equipment acquired or furnished under this project with a unit acquisition cost of $5,000 or more.  Electronic versions of the forms can be downloaded by visiting: https://www.grants.gov/web/grants/forms/post-award-reporting-forms.html#sortby=1

If no equipment was acquired under an award, a negative report is required.

The recipient must identify each item of equipment that it wishes to retain for continued use in accordance with 45 CFR Part 75.  The awarding agency may exercise its rights to require the transfer of equipment purchased under the assistance award. CDC will notify the recipient if transfer to title will be required and provide disposition instruction on all major equipment.

Equipment with a unit acquisition cost of less than $5,000 that is no longer to be used in projects or programs currently or previously sponsored by the Federal Government may be retained, sold, or otherwise disposed of, with no further obligation to the Federal Government.

# Exhibit D

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NH23IP922637-05-12

FAIN# NH23IP922637

Federal Award Date: 03/24/2025

## Recipient Information

**1. Recipient Name**
DEPARTMENT OF PUBLIC HEALTH ILLINOIS
535 W Jefferson St Lbby
Springfield, IL 62702-5058
[NO DATA]

**2. Congressional District of Recipient**
13

**3. Payment System Identifier (ID)**
1010632628A1

**4. Employer Identification Number (EIN)**
010632628

**5. Data Universal Numbering System (DUNS)**
806660296

**6. Recipient's Unique Entity Identifier (UEI)**
NN66PR7QMLR8

**7. Project Director or Principal Investigator**
Karyn  Lyons
Immunizations Program Manager
karyn.lyons@illinois.gov
2177851455

**8. Authorized Official**
Ms. Nicole  Hildebrand
CFO, Deputy Director, Office of Finance and Administration
nicole.hildebrand@illinois.gov
217-993-2367

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Hilary  Oliphant
Public Health Advisor
hbo1@cdc.gov
770-488-3973

## Federal Award Information

**11. Award Number**
6 NH23IP922637-05-12

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922637

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Administrative Action

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---:|
| **19.** | **Budget Period Start Date** 07/01/2023  **- End Date** 03/24/2025 | |
| **20.** | **Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| | 20a. Direct Cost Amount | $0.00 |
| | 20b. Indirect Cost Amount | $0.00 |
| **21.** | Authorized Carryover | $102,560,869.00 |
| **22.** | Offset | $5,429,584.00 |
| **23.** | Total Amount of Federal Funds Obligated this budget period | $28,757,679.00 |
| **24.** | **Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25.** | **Total Federal and Non-Federal Approved this Budget Period** | $28,757,679.00 |
| **26.** | **Period of Performance Start Date** 07/01/2019  **- End Date** 03/24/2025 | |
| **27.** | Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | $273,324,629.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Percy Jernigan

## 30. Remarks

Department Authority

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922637-05-12
FAIN# NH23IP922637
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**

DEPARTMENT OF PUBLIC HEALTH ILLINOIS
535 W Jefferson St Lbby
Springfield, IL 62702-5058
[NO DATA]

**Congressional District of Recipient**

13

**Payment Account Number and Type**

1010632628A1

**Employer Identification Number (EIN) Data**

010632628

**Universal Numbering System (DUNS)**

806660296

**Recipient's Unique Entity Identifier (UEI)**

NN66PR7QMLR8

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

---

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| a. **Salaries and Wages** | $6,733,680.00 |
| b. **Fringe Benefits** | $6,224,613.00 |
| c. **Total Personnel Costs** | $12,958,293.00 |
| d. **Equipment** | $0.00 |
| e. **Supplies** | $79,944.00 |
| f. **Travel** | $521,478.00 |
| g. **Construction** | $0.00 |
| h. **Other** | $1,635,890.00 |
| i. **Contractual** | $119,727,926.00 |
| j. **TOTAL DIRECT COSTS** | $134,923,531.00 |
| k. **INDIRECT COSTS** | $1,824,601.00 |
| l. **TOTAL APPROVED BUDGET** | $136,748,132.00 |
| m. **Federal Share** | $136,748,132.00 |
| n. **Non-Federal Share** | $0.00 |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 0-9390EWQ | 19NH23IP922637C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 20NH23IP922637C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GUU | 20NH23IP922637UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922637C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390K9M | 20NH23IP922637IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922637-05-12
FAIN# NH23IP922637
Federal Award Date: 03/24/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

DEPARTMENT OF PUBLIC HEALTH ILLINOIS                     6 NH23IP922637-05-12

1. COVID TERMINATIONS

## TERMS AND CONDITIONS OF AWARD

**Termination**: The purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of use of funding under the listed document number(s) is effective as of the date set out in your Notice of Award.

Impacted document numbers are included on page 2 of this Notice of Award (NoA).

No additional activities can be conducted, and no additional costs may be incurred, as it relates to these funds.  Unobligated award balances of COVID-19 funding will be de-obligated by CDC. Award activities under other funding may continue consistent with the terms and conditions of the award.

**Final Federal Financial Report (FFR, SF-425)**: Within 30 days please submit final FFR's for impacted document numbers.  The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**All other terms and conditions of this award remain in effect.**