## DECLARATION OF DR. OLUSIMBO IGE

I, Olusimbo Ige, declare as follows:

1. I am a resident of the City of Chicago in the State of Illinois. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I currently serve as Commissioner of Chicago's Department of Public Health ("CDPH"). I have held this position since December 2023. Before my appointment as CDPH Commissioner, I served as the Managing Director of Programs at the Robert Wood Johnson Foundation. There, I oversaw partnerships with health organizations nationwide working towards making public health and health care systems accountable and equitable.

3. As Commissioner of CDPH, I make strategic decisions, in collaboration with the Mayor's Office and stakeholders across the City, to manage public health threats; design and deliver disease control services; and protect the food, air and environment for 3 million Chicago residents. I serve as a liaison and subject matter expert on all related policy matters and use of authorities and resources to promote and protect public health. I have built and currently manage an executive team of 10, a budget of $750M, and approximately 760 employees, with a dedication to sustaining a strong public health workforce and capacity.

4. On March 25, 2025, CDPH received 4 Notices of Awards terminating grants and cooperative agreements from the U.S. Department of Health and Human Services ("HHS"), Centers for Disease Control and Prevention ("CDC"). Specifically, CDC terminated supplemental funds for the following awards: (1) Immunizations and Vaccines for Children (Award #6 NH23IP922613-05-14); (2) Epidemiology and Laboratory Capacity for Prevention of Emerging Infectious Diseases (Award #6 NU50CK000556-05-16); (3) Chicago Community Health Workers

for COVID Response and Resilient Communities (Award #6 NU58DP007270-02-09); and (4) Initiative to Address COVID- 19 Health Disparities in Chicago's High Risk and Underserved Communities (Award #6 NH75OT000082-01-06).

5. All terminations purported to be "for cause" based on the end of the COVID pandemic, rather than any failure by CDPH to follow the terms or conditions of the awards. Indeed, each award termination included identical form language stating that the "end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements."

6. Had these 4 supplemental awards not been terminated, the City would have had access to up to $125 million in funding for work to be done under these programs and to fund staffing to conduct important public health work. Award terminations like these will be particularly felt by Chicago and its residents, as 82% of CDPH's budget relies on federal funding. Staffing levels at CDPH will drop significantly, limiting our ability to prepare and respond to future public health emergencies such as measles and H5N1.

7. Moreover, an abrupt rescission of approximately $125 million in previously awarded grant funds will impact more than 20 contracts and the retention of 130+ employees.

8. I highlight two of these awards and the effects of their terminations below.

## Immunizations and Vaccines for Children

9. In 2019, CDC's National Center for Immunization and Respiratory Diseases ("NCIRD") invited applications for a Cooperative Agreement award titled "Immunization and Vaccines for Children" ("VFC").

10. The Immunization Program grant's purpose is to support public health systems to ensure high vaccination coverage and low incidence of vaccine-preventable diseases. The Immunization grant is also intended to support the ability to respond to threats of vaccine-

preventable diseases. The Immunization grant allows increased access to vaccines for eligible children by supplying government-purchased vaccines to enrolled health care providers.

11. Immunization Program award recipients are tasked with vaccine program implementation; Project activities include provider and public education; vaccine distribution and inventory management; supporting immunization outreach, Immunization Information System maintenance and enhancement; and vaccine-preventable disease surveillance. Recipients are required to make use of quality improvement to reduce or eliminate vaccination coverage disparities and protect vulnerable populations.

12. For the grant period starting July 2019, CDPH applied for and was awarded a Immunization and VFC cooperative agreement for $5,879,237.00 on June 26, 2019. Since that time, CDPH has continuously received and used these funds in a manner fully consistent with CDC's statements regarding the nature of the grant and CDPH's grant application.

13. Beginning in June 2020, CDPH received supplemental Immunization COVID-19 VFC funds appropriated through the Coronavirus Aid, Relief, and Economic Security Act ("CARES" Act).

14. In September 2020, CDC told CDPH that it had until July 5, 2021 to expend all COVID-19 funds awarded. CDC, however, repeatedly extended this deadline.

15. CDPH has used Immunization funds, both core and COVID-19 supplemental, for essential public health services in Chicago, including providing vaccines approved by CDC to protect children against 19 different diseases at no cost for eligible children through doctors enrolled in the program, made vaccination services at non-traditional sites, and increase surveillance for vaccine-preventable diseases. These vaccinations prevent thousands of illnesses and hospitalizations in Chicago.

16. At the time the City received CDC's termination notice, CDPH had $6.5 million in funds available and until June 30, 2025 to spend them. However, on February 2025, CDPH submitted a request to extend the deadline to June 30, 2027. CDPH expected the extension to be granted, and acted in reliance upon those extra months to spend the supplemental award funds. In fact, the Grant Solutions management system that CDPH accessed showed that the City's extension request had been approved.

17. Without these funds, CDPH will have to reduce its annual influenza walk-in clinics throughout the City of Chicago. CDPH will also have to reduce its direct services and reduce the staff who investigate preventable disease outbreaks.

18. Without these funds, CDPH will also have reduced resources to investigate critical surveillance data and immunization coverage that allows CDPH to monitor and quickly respond to outbreaks in schools, health care facilities, and other congregate settings.

19. On March 25, 2025, without any prior notice or indication, CDC informed CDPH that effective March 24, 2025, that supplemental funds for the grant were being terminated. A true and correct copy of the grant award termination notice is attached as Exhibit A.

20. The purported basis for the grant termination was "for cause;" the cause being the end of the pandemic. Specifically, the termination notice stated that "[t]hese grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out." Ex. A. No further information or clarification was provided, and CDC did not list any non-compliance by CDPH.

21. CDPH relied and acted upon its expectation and understanding that HHS would fulfill its commitment to provide Immunization funding it had awarded to CDPH. CDPH's reliance

on Immunization funds included entering into contracts with delegate agencies or for professional services and by hiring employees. CDC's immediate termination of the Immunization supplemental funding impacts the City's ability to continue its VFC work with these delegate agencies that support routine and seasonal vaccination in faith-based settings.

22. Prior to the grant award termination on March 25, 2025, CDC did not provide CDPH with notice, written or otherwise, that the grant administered by CDPH was in any way unsatisfactory.

## Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases

23. Since 1995, the Epidemiology and Laboratory Capacity ("ELC") Program at the CDC has provided the nation's health departments with funding to reduce illness and related deaths caused by a wide range of infectious disease threats. CDPH has received annual funding through cooperative agreements since 2011, focused on strategic direction and technical assistance for core capacities in epidemiology, laboratory, and health information technology activities. In addition to strengthening core infectious disease capacities nationwide, the annual cooperative agreement also supports myriad specific infectious disease programs.

24. As of 2019, the CDC's ELC Cooperative Agreement funding to states and localities had grown to keep up with the increased responsibilities at the state and local level for emerging infectious disease control, notably for emergency responses to Ebola and Zika, and for expanded investment to curb antibiotic resistant infections and modernize public health laboratory capacity.

25. CDPH applied for and was awarded an ELC cooperative agreement for $1,985,369 on July 11, 2019. Since that time, CDPH has continuously received and used ELC funds in a manner fully consistent with CDC's statements regarding the nature of the grant and CDPH's grant application.

26. In April 2020, CDPH received supplemental ELC COVID-19 funds appropriated through the CARES Act. CDPH subsequently received additional supplemental funds appropriated through both the Paycheck Protection Program and Health Care Enhancement Act of 2020 and the Coronavirus Response and Relief Supplemental Appropriations Act.

27. In July 2020, CDC told CDPH that it had until May 31, 2022 to expend all COVID-19 funds awarded. CDC repeatedly extended this deadline, increasing the funding's period of performance.

28. CDPH has used ELC funds for essential public health services in Chicago, including working with Chicago Public Schools to implement disease surveillance information technology through the ServiceNow ("SNOW") program. This program funds the City's public schools' ability to quickly share information about communicable diseases, like varicella, measles, and pertussis and improves the school district's response time to diseases and helps families get timely information.

29. At the time of CDC's termination, CDPH had $111 million in funds available and until June 31, 2026 to spend them.

30. CDPH had obligated those funds to continue critical support for CDPH public-facing dashboards, which give Chicagoans up-to-date and hyperlocal knowledge about what diseases are surging, who is getting sick, and how protected the City's neighborhoods are. The ELC funds were also earmarked to enable CDPH to rapidly estimate vaccine coverage across multiple settings, including schools and congregate spaces.

31. Without this funding, CDPH will no longer be able to continue critical services. For example, CDPH will lack resources to continue to support development of laboratory capacity at the City's Special Pathogen Treatment Centers. This work was started in 2024 to provide

instruments and reagents to allow hospitals to rapidly test for pathogens of high consequence, like Ebola. Less than $150,000 of the anticipated $1,000,000 funds have been distributed thus far.

32. On March 25, 2025, without any prior notice or indication, the CDC informed CDPH that effective March 24, 2025, that supplemental components of the ELC funding were being terminated. A true and correct copy of the grant award termination notice is attached as Exhibit B.

33. The purported basis for the grant termination was "for cause;" the cause being the end of the pandemic. Specifically, the termination notice stated that "[t]hese grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out." Ex. B. No further information or clarification was provided, and CDC did not list any non-compliance by CDPH.

34. Prior to the termination, CDPH did not receive any separate notice or communications from the CDC regarding the termination of this grant beyond the revised Notice of Award made directly into the Grant Solutions system.

35. Prior to the termination, CDC did not provide CDPH with notice, written or otherwise, that the grant administered by CDPH was in any way unsatisfactory.

36. CDPH relied and acted upon its expectation and understanding that HHS would fulfill its commitment to provide ELC funding it had awarded to CDPH. CDPH's reliance on ELC funds included entering into contracts with delegate agencies or for professional services and by hiring employees. CDC's immediate termination of the ELC funding impacts the City's ability to continue its work with these delegate agencies.

7

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 28, 2025, at Chicago, Illinois.

_____
Dr. Olusimbo Ige

# EXHIBIT A

## DEPARTMENT OF HEALTH AND HUMAN SERVICES
Centers for Disease Control and Prevention

**Notice of Award**

Award#  6 NH23IP922613-05-14
FAIN#  NH23IP922613
Federal Award Date: 03/24/2025

### Recipient Information

1. **Recipient Name**
   CHICAGO DEPARTMENT OF PUBLIC HEALTH
   111 W Washington St FL 4
   Chicago, IL 60602-2703
   [NO DATA]

2. **Congressional District of Recipient**
   07
3. **Payment System Identifier (ID)**
   1366005820A4
4. **Employer Identification Number (EIN)**
   366005820
5. **Data Universal Numbering System (DUNS)**
   956049399
6. **Recipient's Unique Entity Identifier (UEI)**
   K8F7VYLKGN64
7. **Project Director or Principal Investigator**
   Ms. Maribel Chavez-Torres
   Deputy Commissioner
   Maribel.Chavez-Torres@cityofchicago.org
   312-747-9882
8. **Authorized Official**
   Dr. Olusimbo Ige
   Commissioner
   olusimo.ige@cityofchicago.org
   312-747-9870

### Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Wayne Woods
   kuv1@cdc.gov
   770-488-2948

10. **Program Official Contact Information**
    Hilary Oliphant
    Public Health Advisor
    hbo1@cdc.gov
    770-488-3973

### Federal Award Information

11. **Award Number**
    6 NH23IP922613-05-14
12. **Unique Federal Award Identification Number (FAIN)**
    NH23IP922613
13. **Statutory Authority**
    Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.
14. **Federal Award Project Title**
    CDC-RFA-IP19-1901 Immunization and Vaccines for Children

15. **Assistance Listing Number**
    93.268
16. **Assistance Listing Program Title**
    Immunization Cooperative Agreements

17. **Award Action Type**
    Administrative Action
18. **Is the Award R&D?**
    No

### Summary Federal Award Financial Information

| | |
|---|---:|
| 19. Budget Period Start Date 07/01/2023 - End Date 03/24/2025 | |
| 20. Total Amount of Federal Funds Obligated by this Action | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $8,672,187.00 |
| 22. Offset | $5,030,007.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $15,522,378.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $15,522,378.00 |
| 26. Period of Performance Start Date 07/01/2019 - End Date 03/24/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $123,613,541.00 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
    Percy Jernigan

### 30. Remarks

Department Authority

Page 1

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NH23IP922613-05-14
FAIN# NH23IP922613
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**
CHICAGO DEPARTMENT OF PUBLIC HEALTH
111 W Washington St FL 4
Chicago, IL 60602-2703
[NO DATA]

**Congressional District of Recipient**
07

**Payment Account Number and Type**
1366005820A4

**Employer Identification Number (EIN) Data**
366005820

**Universal Numbering System (DUNS)**
956049399

**Recipient's Unique Entity Identifier (UEI)**
K8F7VYLKGN64

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---:|
| a. | Salaries and Wages | $8,243,573.00 |
| b. | Fringe Benefits | $2,473,316.00 |
| | c. Total Personnel Costs | $10,716,889.00 |
| d. | Equipment | $28,010.00 |
| e. | Supplies | $325,019.00 |
| f. | Travel | $95,775.00 |
| g. | Construction | $0.00 |
| h. | Other | $2,714,982.00 |
| i. | Contractual | $11,245,062.00 |
| j. | TOTAL DIRECT COSTS | $25,125,737.00 |
| k. | INDIRECT COSTS | $4,098,835.00 |
| l. | TOTAL APPROVED BUDGET | $29,224,572.00 |
| m. | Federal Share | $29,224,572.00 |
| n. | Non-Federal Share | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390GKL | 20NH23IP922613C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GUU | 20NH23IP922613UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922613C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922613-05-14
FAIN# NH23IP922613
Federal Award Date: 03/24/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

CHICAGO DEPARTMENT OF PUBLIC HEALTH       6 NH23IP922613-05-14

1. Terms & Conditions - Termination

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: To ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of use of funding under the listed document number(s) is effective as of the date set out in your Notice of Award.

Impacted document numbers are included on page 2 of this Notice of Award (NoA).

No additional activities can be conducted, and no additional costs may be incurred, as it relates to these funds. Unobligated award balances of COVID-19 funding will be de-obligated by CDC. Award activities under other funding may continue consistent with the terms and conditions of the award.

**Final Federal Financial Report (FFR, SF-425)**: Within 30 days please submit Final FFRs for impacted document numbers. The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**All other terms and conditions of this award remain in effect.**

# EXHIBIT B

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

**Notice of Award**

Award#  6 NU50CK000556-05-16
FAIN#  NU50CK000556
Federal Award Date: 03/24/2025

## Recipient Information

1. **Recipient Name**
   CHICAGO DEPARTMENT OF PUBLIC HEALTH
   111 W Washington St FL 4
   4th Floor
   Chicago, IL 60602-2703
   [NO DATA]

2. **Congressional District of Recipient**
   07

3. **Payment System Identifier (ID)**
   1366005820B8

4. **Employer Identification Number (EIN)**
   366005820

5. **Data Universal Numbering System (DUNS)**
   956049399

6. **Recipient's Unique Entity Identifier (UEI)**
   K8F7VYLKGN64

7. **Project Director or Principal Investigator**
   Dr. Stephanie  Black
   Medical Director/Project Director
   stephanie.black@cityofchicago.org
   312-746-6034

8. **Authorized Official**
   Dr. Olusimbo  Ige
   Commissioner
   olusimbo.ige@cityofchicago.org
   312-747-9870

### Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Terrian Dixon
   Grants Management Officer
   thd4@cdc.gov
   770-488-2774

10. **Program Official Contact Information**
    Aaron  Borrelli
    Public Health Advisor
    zvt3@cdc.gov
    4046398715

## Federal Award Information

11. **Award Number**
    6 NU50CK000556-05-16
12. **Unique Federal Award Identification Number (FAIN)**
    NU50CK000556
13. **Statutory Authority**
    301(A)AND317(K)(2)PHS42USC241(A)247B(K)2
14. **Federal Award Project Title**
    CK19-1904 Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC)
15. **Assistance Listing Number**
    93.323
16. **Assistance Listing Program Title**
    Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)
17. **Award Action Type**
    Administrative Action
18. **Is the Award R&D?**
    No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| 19. Budget Period Start Date  08/01/2023  - End Date  03/24/2025 | | |
| 20. Total Amount of Federal Funds Obligated by this Action | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| 21. Authorized Carryover | | $16,903,805.00 |
| 22. Offset | | $1,023,989.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $4,717,047.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | | $4,717,047.00 |
| 26. Period of Performance Start Date  08/01/2019  - End Date  03/24/2025 | | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $472,859,868.57 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS

29. **Grants Management Officer – Signature**
    Percy Jernigan

## 30. Remarks

Department Authority

Page 1

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU50CK000556-05-16
FAIN# NU50CK000556
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**
CHICAGO DEPARTMENT OF PUBLIC HEALTH
111 W Washington St FL 4
4th Floor
Chicago, IL 60602-2703
[NO DATA]

**Congressional District of Recipient**
07

**Payment Account Number and Type**
1366005820B8

**Employer Identification Number (EIN) Data**
366005820

**Universal Numbering System (DUNS)**
956049399

**Recipient's Unique Entity Identifier (UEI)**
K8F7VYLKGN64

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Demonstration

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---:|
| a. | Salaries and Wages | $3,342,415.00 |
| b. | Fringe Benefits | $2,026,046.00 |
| c. | Total Personnel Costs | $5,368,461.00 |
| d. | Equipment | $0.00 |
| e. | Supplies | $950.00 |
| f. | Travel | $107,701.00 |
| g. | Construction | $0.00 |
| h. | Other | $1,923,775.00 |
| i. | Contractual | $13,046,245.00 |
| j. | TOTAL DIRECT COSTS | $20,447,132.00 |
| k. | INDIRECT COSTS | $2,197,709.00 |
| l. | TOTAL APPROVED BUDGET | $22,644,841.00 |
| m. | Federal Share | $22,644,841.00 |
| n. | Non-Federal Share | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 0-9390EWQ | 19NU50CK000556C3 | CK | 41.51 | 93.323 | $0.00 | 75-2024-0943 |
| 1-9390GKT | 19NU50CK000556EDEXC5 | CK | 41.51 | 93.323 | $0.00 | 75-2122-0140 |
| 0-9390F7F | 19NU50CK000556C4 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 0-9390EPX | 19NU50CK000556CV | CK | 41.51 | 93.323 | $0.00 | 75-2022-0943 |

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000556-05-16
FAIN# NU50CK000556
Federal Award Date: 03/24/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

CHICAGO DEPARTMENT OF PUBLIC HEALTH    6 NU50CK000556-05-16

1. REVISED: TERMS AND CONDITIONS

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of use of funding under the listed document number(s) is effective as of the date set out in your Notice of Award.

Impacted document numbers are included on page 2 of this Notice of Award (NoA).

No additional activities can be conducted, and no additional costs may be incurred, as it relates to these funds. Unobligated award balances of COVID-19 funding will be de-obligated by CDC. Award activities under other funding may continue consistent with the terms and conditions of the award.

**Final Federal Financial Report (FFR, SF-425)**: Within 30 days please submit final FFR's for impacted document numbers. The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**All other terms and conditions of this award remain in effect.**