## DECLARATION OF Eric Friedlander

I, Secretary Eric Friedlander, declare as follows:

1. I am a resident of the Commonwealth of Kentucky. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the Kentucky Cabinet for Health and Family Services as Secretary.

3. As Secretary, I am responsible for the state agency that primarily operates the public health, Medicaid, certificate of need and licensure, and mental health and intellectual disability programs in the Commonwealth.

4. Our Cabinet recently received 5 award terminations from the U.S. Department of Health and Human Services, Centers for Disease Control and Prevention and Substance Abuse and Mental Health Services Administration. The total value of the terminated awards was $148,800,000 Million.

5. It is my understanding that these funds were appropriated by the United Sates Congress pursuant to the American Rescue Plan Act of 2021 and the Coronavirus Preparedness and Response Supplemental Appropriations Act of 2020.

6. The Cabinet for Health and Family Services has always followed the laws of the United States and the Commonwealth of Kentucky in execution of the monies received, and this includes any additional federal government guidance provided by the agencies.

7. Generally, the Cabinet for Health and Family Services has used this money for public health initiatives, including but not limited to vaccination and immunization services.

8.     All terminations were "for cause" based on the end of the COVID pandemic, rather than failure of the Cabinet for Health and Family Services to follow the terms or conditions of the grants. Each award termination uses the same identical form language stating that the end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. Descriptions of each award and the effects of these terminations follow.

**Population Health**

9.     In 2020, the Department of Health and Human Services, Centers for Disease Control and Prevention set out funding for the National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Underserved, Including Racial and Ethnic Minority Populations and Rural Communities.

10.     Funds from this grant allowed the Cabinet to pursue initiatives that increase health outcomes in rural and underserved populations.

11.     The Department for Public Health intended to use the Population Health grant to fund initiatives that would bring health services to places where the previously did not exist, which would then positively impact health outcomes for Kentucky as a whole.

12.     Since 2020, the Department for Public Health has used the Population Health grant funds in a manner fully consistent with the CDC's statements regarding the nature of the grant.

13.     On March 24, 2025, the Department for Public Health had $5,119,681.98 in remaining funds that Congress appropriated and had been allocated to be used to bring health services to places where they previously did not exist, which would then positively impact health outcomes for Kentucky as a whole. Under the termination notice, those appropriated funds would be eliminated.

14.     The Department for Public Health has always performed in accordance with the terms of the grant.

15.     The Department for Public Health has always properly renewed awarded grants when necessary.

16.     On March 24, 2025, without any prior notice or indication, the CDC informed the Cabinet for Health and Family Services that effective immediately its Population Health grant was being terminated. A true and correct copy of the grant award termination notice is attached as Exhibit A.

17.     As stated by HHS, the termination purportedly occurred for cause due to the end of the COVID-19 pandemic.

18.     The Cabinet for Health and Family Services relied and acted upon its expectation and understanding that HHS would fulfill its commitment to provide Population Health funding it had awarded to Department for Public. This will hurt Kentucky communities by reducing public health initiatives.

19.     Reducing public health initiatives that attempted to reach places where they did not exist reduces health outcomes to those individuals, specifically, but will also reduce health outcomes across the state.

20.     Prior to the grant award termination on March 25, 2025, the CDC had never provided the Cabinet for Health and Family Services with any notice, written or otherwise, that the grant administered by the Department for Public Health was in any way unsatisfactory.

**Epidemiology and Laboratory Capacity for Prevention and control of Emerging Infectious Diseases (ELC).**

21.    In 2023, the Department of Health and Human Services, Centers for Disease Control and Prevention set out funding for CK19-1904 Epidemiology and Laboratory Capacity for Prevention and control of Emerging Infectious Diseases (ELC).

22.    Funds from this grant allowed the Cabinet to pursue initiatives that would increase data modernization across the state health departments.

23.    The Department for Public Health intended to use the ELC grant to pursue new technologies that would allow us to connect health and data outcomes more easily.

24.    Since 2023, the Department for Public Health has used the ELC grant funds in a manner fully consistent with the CDC's statements regarding the nature of the grant.

25.    The Department for Public Health has used these funds toward a goal of data modernization for health departments and other entities across the state.

26.    On March 25, 2025, the Department for Public Health had $102,751,590.12 remaining funds that Congress appropriated and had been allocated to fund initiatives to support data modernization of health departments and entities across the state and other initiatives to improve health outcomes. Under the termination notice, those appropriated funds would be eliminated.

27.    The Department for Public Health has always performed in accordance with the terms of the grant.

28.    The Department for Public Health has always properly renewed awarded grants when necessary.

29.    On March 25, 2025, without any prior notice or indication, the CDC informed the Cabinet for Health and Family Services that effective immediately its Population Health grant

was being terminated. A true and correct copy of the grant award termination notice is attached as Exhibit B.

30.     As stated by HHS, the termination purportedly occurred for cause due to the end of the COVID-19 pandemic.

31.     The Cabinet for Health and Family Services relied and acted upon its expectation and understanding that HHS would fulfill its commitment to provide ELC funding it had awarded to the Department for Public Health. The initiatives that the department funded were leading toward a large-scale data modernization program that would have greatly benefitted Kentucky and its citizens.

32.     The loss of funds here will impact employees and reduce the Cabinet's ability to pursue data modernization, which the state needs.

33.     Prior to the grant award termination on March 25, 2025, the CDC had never provided the Cabinet for Health and Family Services with any notice, written or otherwise, that the grant administered by the Department for Public Health was in any way unsatisfactory.

**Immunizations**

34.     In 2023, the Department of Health and Human Services, Centers for Disease Control and Prevention set out funding for CDC-RFA-IP19-1901 Immunization and Vaccines for Children.

35.     Funds from this grant allowed the Cabinet to pursue initiatives that would expand access to immunizations.

36.     As set out in its grant proposal, the Department for Public Health intended to use the Immunization grant to fund initiatives that would create more access to available vaccinations.

37.     Since 2023, the Department for Public Health has used the Immunization grant funds in a manner fully consistent with the CDC's statements regarding the nature of the grant.

38.     The funds expended have gone toward initiatives that would improve access to immunizations for children and at-risk populations.

39.     On March 25, 2025, the Department for Public Health had $29,002,918.65 in remaining funds that Congress appropriated and had been allocated to fund initiatives to support immunization access across the state. Under the termination notice, those appropriated funds would be eliminated.

40.     The Department for Public Health has always performed in accordance with the terms of the grant.

41.     The Department for Public Health has always properly renewed awarded grants when necessary.

42.     On March 25, 2025, without any prior notice or indication, the CDC informed the Cabinet for Health and Family Services that effective immediately its Immunization grant was being terminated. A true and correct copy of the grant award termination notice is attached as Exhibit C.

43.     As stated by HHS, the termination purportedly occurred for cause due to the end of the COVID-19 pandemic.

44.     The Cabinet for Health and Family Services relied and acted upon its expectation and understanding that HHS would fulfill its commitment to provide Immunization funding it had awarded to the Department for Public Health. These funds would have gone directly to infrastructure initiatives around our immunization programs, which would have allowed us to increase access to immunization across the state.

7

45.    Ceasing these funds will directly impact initiatives to immunization programs at a time when some diseases are on the rise.

46.    Prior to the grant award termination on March 25, 2025, the CDC had never provided the Cabinet for Health and Family Services with notice, written or otherwise, that the grant administered by the Department for Public Health was in any way unsatisfactory.

**Community Health Workers**

47.    In 2023, the Department of Health and Human Services, Centers for Disease Control and Prevention set out funding for Community Health Workers for Public Health Response and Resilient Communities.

48.    Funds from this grant allowed the Cabinet to pursue initiatives that would improve and bolster community health workers in the communities of Kentucky.

49.    The Department for Public Health intended to use the Community Health Workers grant to train and deploy new and seasoned community health workers to positively impact health outcomes in the communities of Kentucky.

50.    Since 2023, the Department for Public Health has used the Community Health Workers grant funds in a manner fully consistent with the CDC's statements regarding the nature of the grant.

51.    The initiatives funded by this grant went directly to training and bolstering community health workers in the communities of Kentucky.

52.    On March 25, 2025, the Department for Public Health had $1,431,480.11 in remaining funds that Congress appropriated and had been allocated to support community health workers across the state. Under the termination notice, those appropriated funds would be eliminated.

53.    The Department for Public Health always performed in accordance with the terms of the grant.

54.    The Department for Public Health has always properly renewed awarded grants when necessary.

55.    Ceasing funds will directly impact the community health worker programs across the state and negatively impact the health outcomes for our communities.

56.    On March 24, 2025, without any prior notice or indication, the CDC informed the Cabinet for Health and Family Services that effective immediately its Population Health grant was being terminated. A true and correct copy of the grant award termination notice is attached as Exhibit D.

57.    As stated by HHS, the termination purportedly occurred for cause due to the end of the COVID-19 pandemic.

58.    The Cabinet for Health and Family Services relied and acted upon its expectation and understanding that HHS would fulfill its commitment to provide Community Health Workers funding it had awarded to Department for Public Health. These funds were critical in getting public health knowledge distributed to our communities throughout the state.

59.    This loss of funding will impact our community health workers who provide an invaluable service to our communities.

60.    Prior to the grant award termination on March 24, 2025, the CDC had never provided the Cabinet for Health and Family Services with any notice, written or otherwise, that the grant administered by the Department for Public Health was in any way unsatisfactory.

**Block Grants for Substance Abuse and Mental Health Services**

61.    For many years, the Department of Health and Human Services, Substance Abuse and Mental Health Services Administration has issued Block Grants for Substance Abuse and Mental Health Services. In 2021, these funds increased to provide services related to the COVID-19 pandemic.

62.    Funds from this grant allowed the Cabinet to pursue initiatives that improve mental health and substance abuse prevention for youth and other individuals throughout the Commonwealth.

63.    As set out in its grant proposal, the Department for Behavioral Health worked with thirty-nine (39) vendors delivering both mental health and substance use prevention, treatment, and recovery programs. Vendors include the 14 Community Mental Health Centers, 19 BHSOs, 3 universities, 2 health departments, and the Kentucky Department for Public Health.

64.    Since the issuance of grant funds, the Department for Behavioral Health has used the block grant funds in a manner fully consistent with the SAMSHA's statements regarding the nature of the grant.

65.    The initiatives funded by this grant went directly to delivering mental health treatment and recovery programs in the communities of Kentucky.

66.    On March 24, 2025, the Department for Behavioral Health had $10,474,377.15 in remaining funds that Congress appropriated and had been allocated for delivering mental health treatment and recovery programs in the communities of Kentucky. Under the termination notice, those appropriated funds would be eliminated.

67.    The Department for Behavioral Health has always performed in accordance with the terms of the grant.

68.    The Department for Public Health has always properly renewed awarded grants when necessary.

69.    Ceasing funds will directly impact thirty-nine (39) vendors delivering both mental health and substance use prevention, treatment, and recovery programs. Vendors include the 14 Community Mental Health Centers, 19 BHSOs, 3 universities, 2 health departments, and the Kentucky Department for Public Health, and the loss of funds will negatively impact the health outcomes for our communities.

70.    On March 24, 2025, without any prior notice or indication, the SAMHSA informed the Cabinet for Health and Family Services that effective immediately the funds in this block grant awarded in 2021, was being terminated. A true and correct copy of the grant award email notice is attached as Exhibit E. This is not an official Notice of Award.

71.    As stated by HHS, the termination purportedly occurred for cause due to the end of the COVID-19 pandemic.

72.    The Cabinet for Health and Family Services relied and acted upon its expectation and understanding that HHS would fulfill its commitment to provide the funding it had awarded to Department for Behavioral Health. These funds were critical in delivering both mental health and substance use prevention, treatment, and recovery programs to our communities throughout the state.

73.    This loss of funding will impact these programs that provide an invaluable service to our communities.

74.    Prior to the grant award termination on March 24, 2025, the SAMHSA had never provided the Cabinet for Health and Family Services with any notice, written or otherwise, that the grant administered by the Department for Behavioral Health was in any way unsatisfactory.

75.     Termination of these funds will end many initiatives that are critical in performance of the Cabinet's duties under the laws of the United States and the Commonwealth. This will directly impact programs integral to the public health of citizens in the Commonwealth of Kentucky.


I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 28, 2025, at Frankfort, Kentucky.

Eric Friedlander

12

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NH75OT000040-01-03
FAIN# NH75OT000040
Federal Award Date: 03/24/2025

## Recipient Information

**1. Recipient Name**
HEALTH SERVICES KENTUCKY CABINET FOR
275 E Main St Ste B
Epidemiology & Health Planning
Frankfort, KY 40601-2321
[NO DATA]

**2. Congressional District of Recipient**
06
**3. Payment System Identifier (ID)**
1610600439B5
**4. Employer Identification Number (EIN)**
610600439
**5. Data Universal Numbering System (DUNS)**
927049767
**6. Recipient's Unique Entity Identifier (UEI)**
LECJQDCLHVE5
**7. Project Director or Principal Investigator**
Dr. Danielle King
Acting Director
Danielle.King@ky.gov
502.564.3970

**8. Authorized Official**
Dr. Connie Gayle White M.D.
Deputy Commissioner
connie.white@ky.gov
502-564-3970

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Mr. Derick Wheeler , II
Grants Management Specialist
tie2@cdc.gov
678-475-4972

**10. Program Official Contact Information**
Krishnaveni Balakrishnan
Program Officer
tdx5@cdc.gov
404-498-0496

## Federal Award Information

**11. Award Number**
6 NH75OT000040-01-03
**12. Unique Federal Award Identification Number (FAIN)**
NH75OT000040
**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
National Initiative to Address COVID-19 Health Disparities Among Populations at High-Riskand Underserved, Including Racial and Ethnic Minority Populations and Rural Communities

**15. Assistance Listing Number**
93.391
**16. Assistance Listing Program Title**
Activities to Support State, Tribal, Local and Territorial (STLT) Health Department Response to Public Health or Healthcare Crises
**17. Award Action Type**
Terminate
**18. Is the Award R&D?**
No



### Summary Federal Award Financial Information

| | | |
|---|---|---:|
| **19. Budget Period Start Date** 06/01/2021 **- End Date** 03/24/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21. Authorized Carryover** | | $0.00 |
| **22. Offset** | | $0.00 |
| **23. Total Amount of Federal Funds Obligated this budget period** | | $42,815,715.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $42,815,715.00 |
| **26. Period of Performance Start Date** 06/01/2021 **- End Date** 03/24/2025 | | |
| **27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance** | | $42,815,715.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Mrs. Erica Stewart
Team Lead, Grants Management Officer

## 30. Remarks

Department Authority

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH75OT000040-01-03
FAIN# NH75OT000040
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**
HEALTH SERVICES KENTUCKY CABINET FOR
275 E Main St Ste B
Epidemiology & Health Planning
Frankfort, KY 40601-2321
[NO DATA]

**Congressional District of Recipient**
06

**Payment Account Number and Type**
1610600439B5

**Employer Identification Number (EIN) Data**
610600439

**Universal Numbering System (DUNS)**
927049767

**Recipient's Unique Entity Identifier (UEI)**
LECJQDCLHVE5

---

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| a.  Salaries and Wages | $3,995,510.00 |
| b.  Fringe Benefits | $4,933,495.00 |
|    c.  Total Personnel Costs | $8,929,005.00 |
| d.  Equipment | $400,000.00 |
| e.  Supplies | $1,930,450.00 |
| f.  Travel | $377,100.00 |
| g.  Construction | $0.00 |
| h.  Other | $9,750.00 |
| i.  Contractual | $29,571,206.00 |
| j.  **TOTAL DIRECT COSTS** | **$41,217,511.00** |
| k.  **INDIRECT COSTS** | **$1,598,204.00** |
| l.  **TOTAL APPROVED BUDGET** | **$42,815,715.00** |
| m.  Federal Share | $42,815,715.00 |
| n.  Non-Federal Share | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390H06 | 21NH75OT000040C5 | OT | 41.51 | 93.391 | $0.00 | 75-2122-0140 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH75OT000040-01-03
FAIN#  NH75OT000040
Federal Award Date: 03/24/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

HEALTH SERVICES KENTUCKY CABINET FOR                 6 NH75OT000040-01-03

1. terms and conditions

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate this award which is funded by COVID-19 supplemental appropriations. The termination of this award is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of this award is effective as of the date set out in your Notice of Award.

No additional activities can be conducted, and no additional costs may be incurred.  Unobligated award balances will be de-obligated by CDC.

**Closeout**: In order to facilitate an orderly closeout, we are requesting that you submit all closeout reports identified below within thirty (30) days of the date of this NoA. Submit the documentation as a "Grant Closeout" amendment in GrantSolutions. The reporting timeframe is the full period of performance. Please note, if you fail to submit timely and accurate reports, CDC may also pursue other enforcement actions per 45 CFR Part 75.371.

**Final Performance/Progress Report**: This report should include the information specified in the Notice of Funding Opportunity (NOFO). At a minimum, the report will include the following:

- Statement of progress made toward the achievement of originally stated aims.
- Description of results (positive or negative) considered significant.
- List of publications resulting from the project, with plans, if any, for further publication.

**Final Federal Financial Report (FFR, SF-425)**: The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**Equipment and Supplies - Tangible Personal Property Report (SF-428)**: A completed SF-428 detailing all major equipment acquired with a unit acquisition cost of $10,000 or more. If no equipment was acquired under the award, a negative report is required

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU50CK000505-05-15
FAIN# NU50CK000505
Federal Award Date: 03/25/2025

## Recipient Information

**1. Recipient Name**
HEALTH SERVICES KENTUCKY CABINET FOR
275 E Main St Ste B
Department of Public Health
Frankfort, KY 40601-2321
[NO DATA]

**2. Congressional District of Recipient**
06

**3. Payment System Identifier (ID)**
1610600439B5

**4. Employer Identification Number (EIN)**
610600439

**5. Data Universal Numbering System (DUNS)**
927049767

**6. Recipient's Unique Entity Identifier (UEI)**
LECJQDCLHVE5

**7. Project Director or Principal Investigator**
Ms. Carrell Rush
Principal Investigator
Carrell.Rush@ky.gov
502-564-3261

**8. Authorized Official**
Mr. Mike Tuggle
mike.tuggle@ky.gov
502-564-6173

### Federal Agency Information

CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Dr. Gwendolyn Demery Moore
Grants Management Officer
pne2@cdc.gov
404-498-2596

**10.Program Official Contact Information**
Mrs. Janice Downing
Public Health Analyst
jsb3@cdc.gov
404-639-7808

## Federal Award Information

**11. Award Number**
6 NU50CK000505-05-15

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000505

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
CK19-1904 Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC)

**15. Assistance Listing Number**
93.323

**16. Assistance Listing Program Title**
Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**17. Award Action Type**
Administrative Action

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 08/01/2023 - End Date 07/31/2027 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| **20a. Direct Cost Amount** | $0.00 |
| **20b. Indirect Cost Amount** | $0.00 |
| **21. Authorized Carryover** | $58,353,413.00 |
| **22. Offset** | $1,308,030.00 |
| **23. Total Amount of Federal Funds Obligated this budget period** | $7,227,977.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $7,227,977.00 |
| **26. Period of Performance Start Date** 08/01/2019 - End Date 07/31/2027 | |
| **27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance** | $572,189,231.47 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Terrian Dixon
Grants Management Officer

EXHIBIT B

## 30. Remarks

This is an internal administrative action. No action is required from the recipient.



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

**Award#** 6 NU50CK000505-05-15
**FAIN#**  NU50CK000505
**Federal Award Date:** 03/25/2025

| Recipient Information |
| --- |

**Recipient Name**
HEALTH SERVICES KENTUCKY CABINET FOR
275 E Main St Ste B
Department of Public Health
Frankfort, KY 40601-2321
[NO DATA]

**Congressional District of Recipient**
06

**Payment Account Number and Type**
1610600439B5

**Employer Identification Number (EIN) Data**
610600439

**Universal Numbering System (DUNS)**
927049767

**Recipient's Unique Entity Identifier (UEI)**
LECJQDCLHVE5

| 31. Assistance Type |
| --- |
| Cooperative Agreement |
| **32. Type of Award** |
| Other |

**33. Approved Budget**
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
| --- | --- |
| a.  **Salaries and Wages** | $7,131,423.00 |
| b.  **Fringe Benefits** | $2,660,068.00 |
| c.  **Total Personnel Costs** | $9,791,491.00 |
| d.  **Equipment** | $6,967,192.00 |
| e.  **Supplies** | $3,258,086.00 |
| f.  **Travel** | $154,557.00 |
| g.  **Construction** | $0.00 |
| h.  **Other** | $33,182,037.00 |
| i.  **Contractual** | $12,379,597.00 |
| j.  **TOTAL DIRECT COSTS** | $65,732,960.00 |
| k.  **INDIRECT COSTS** | $1,156,460.00 |
| l.  **TOTAL APPROVED BUDGET** | $66,889,420.00 |
| m.  **Federal Share** | $66,889,420.00 |
| n.  **Non-Federal Share** | $0.00 |

| 34. Accounting Classification Codes |
| --- |

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
| --- | --- | --- | --- | --- | --- | --- |
| 3-9390171Y | 19NU50CK000505ASA2C6 | CK | 4154 | 93.323 | $0.00 | 75-X-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Notice of Award

Centers for Disease Control and Prevention

**Award#**  6 NU50CK000505-05-15
**FAIN#**   NU50CK000505
**Federal Award Date:** 03/25/2025

## Direct Assistance

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

## TERMS AND CONDITIONS OF AWARD

**Termination**: The purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of use of funding under the listed document number(s) is effective as of the date set out in your Notice of Award.

Impacted document numbers are included on page 2 of this Notice of Award (NoA).

No additional activities can be conducted, and no additional costs may be incurred, as it relates to these funds. Unobligated award balances of COVID-19 funding will be de-obligated by CDC. Award activities under other funding may continue consistent with the terms and conditions of the award.

**Final Federal Financial Report (FFR, SF-425):** Within 30 days please submit final FFR's for impacted document numbers. The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**All other terms and conditions of this award remain in effect.**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NH23IP922620-05-10
FAIN# NH23IP922620
Federal Award Date: 03/25/2025

## Recipient Information

**1. Recipient Name**
HEALTH SERVICES KENTUCKY CABINET FOR
275 E Main St Ste B
Kentucky Cabinet for Health & Family Services
Frankfort, KY 40601-2321
[NO DATA]

**2. Congressional District of Recipient**
06

**3. Payment System Identifier (ID)**
1610600439B5

**4. Employer Identification Number (EIN)**
610600439

**5. Data Universal Numbering System (DUNS)**
927049767

**6. Recipient's Unique Entity Identifier (UEI)**
LECJQDCLHVE5

**7. Project Director or Principal Investigator**
Dr. Chad Eldridge
Immunization Branch Manager
chad.eldridge@uky.gov
5022298938

**8. Authorized Official**
Dr. Connie Gayle White M.D.
Deputy Commissioner
connie.white@ky.gov
502-564-3970

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Percy Jernigan
ibj7@cdc.gov
770.488.2811

**10. Program Official Contact Information**
Ms. Cassandra Malone
Project Officer
ofu4@cdc.gov
404-639-4099

## Federal Award Information

**11. Award Number**
6 NH23IP922620-05-10

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922620

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Administrative Action

**18. Is the Award R&D?**
No



### Summary Federal Award Financial Information

**19. Budget Period Start Date** 07/01/2023 **- End Date** 06/30/2025

| | |
|---|---|
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| **21. Authorized Carryover** | $5,897,683.00 |
| **22. Offset** | $4,274,103.00 |
| **23. Total Amount of Federal Funds Obligated this budget period** | $11,962,943.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $11,962,943.00 |
| **26. Period of Performance Start Date** 07/01/2019 **- End Date** 06/30/2025 | |
| **27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance** | $122,280,110.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Percy Jernigan

## 30. Remarks

This is an internal administrative action. No action is required from the recipient.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

**Award#** 6 NH23IP922620-05-10
**FAIN#** NH23IP922620
**Federal Award Date:** 03/25/2025

| Recipient Information | |
|---|---|
| **Recipient Name** | |
| HEALTH SERVICES KENTUCKY CABINET FOR | |
| 275 E Main St Ste B | |
| Kentucky Cabinet for Health & Family Services | |
| Frankfort, KY 40601-2321 | |
| [NO DATA] | |
| **Congressional District of Recipient** | |
| 06 | |
| **Payment Account Number and Type** | |
| 1610600439B5 | |
| **Employer Identification Number (EIN) Data** | |
| 610600439 | |
| **Universal Numbering System (DUNS)** | |
| 927049767 | |
| **Recipient's Unique Entity Identifier (UEI)** | |
| LEC JQDCLHVE5 | |

| **31. Assistance Type** |
|---|
| Cooperative Agreement |
| **32. Type of Award** |
| Other |

| 33. Approved Budget (Excludes Direct Assistance) | |
|---|---|
| I.  Financial Assistance from the Federal Awarding Agency Only | |
| II. Total project costs including grant funds and all other financial participation | |
| a.  **Salaries and Wages** | $3,658,412.00 |
| b.  **Fringe Benefits** | $3,001,312.00 |
| c.  **Total Personnel Costs** | $6,659,724.00 |
| d.  **Equipment** | $0.00 |
| e.  **Supplies** | $168,177.00 |
| f.  **Travel** | $298,777.00 |
| g.  **Construction** | $0.00 |
| h.  **Other** | $337,301.00 |
| i.  **Contractual** | $13,213,388.00 |
| j.  **TOTAL DIRECT COSTS** | $20,677,367.00 |
| k.  **INDIRECT COSTS** | $1,457,362.00 |
| l.  **TOTAL APPROVED BUDGET** | $22,134,729.00 |
| m.  **Federal Share** | $22,134,729.00 |
| n.  **Non-Federal Share** | $0.00 |

| 34. Accounting Classification Codes | | | | | | | |
|---|---|---|---|---|---|---|---|
| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
| 1-9390BKG | 19NH23IP922620 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

**Award#** 6 NU50CK000505-05-15
**FAIN#** NU50CK000505
**Federal Award Date:** 03/25/2025

---

## Recipient Information

**1. Recipient Name**
HEALTH SERVICES KENTUCKY CABINET FOR
275 E Main St Ste B
Department of Public Health
Frankfort, KY 40601-2321
[NO DATA]

**2. Congressional District of Recipient**
06

**3. Payment System Identifier (ID)**
1610600439B5

**4. Employer Identification Number (EIN)**
610600439

**5. Data Universal Numbering System (DUNS)**
927049767

**6. Recipient's Unique Entity Identifier (UEI)**
LFCJQDCLHVE5

**7. Project Director or Principal Investigator**
Ms. Carrell Rush
Principal Investigator
Carrell.Rush@ky.gov
502-564-3261

**8. Authorized Official**
Mr. Mike Tuggle
mike.tuggle@ky.gov
502-564-6173

### Federal Agency Information

CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Dr. Gwendolyn Demery Moore
Grants Management Officer
pne2@cdc.gov
404-498-2596

**10. Program Official Contact Information**
Mrs. Janice Downing
Public Health Analyst
jsb3@cdc.gov
404-639-7808

---

## Federal Award Information

**11. Award Number**
6 NU50CK000505-05-15

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000505

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
CK19-1904 Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC)

**15. Assistance Listing Number**
93.323

**16. Assistance Listing Program Title**
Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**17. Award Action Type**
Administrative Action

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 08/01/2023 **- End Date** 07/31/2027 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| **20a. Direct Cost Amount** | $0.00 |
| **20b. Indirect Cost Amount** | $0.00 |
| **21. Authorized Carryover** | $58,353,413.00 |
| **22. Offset** | $1,308,030.00 |
| **23. Total Amount of Federal Funds Obligated this budget period** | $7,227,977.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $7,227,977.00 |
| **26. Period of Performance Start Date** 08/01/2019 **- End Date** 07/31/2027 | |
| **27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance** | $572,189,231.47 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Terrian Dixon
Grants Management Officer

---

## 30. Remarks

This is an internal administrative action. No action is required from the recipient.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

**Notice of Award**

**Award#** 6 NU50CK000505-05-15
**FAIN#** NU50CK000505
**Federal Award Date:** 03/25/2025

## Recipient Information

**Recipient Name**
HEALTH SERVICES KENTUCKY CABINET FOR
275 E Main St Ste B
Department of Public Health
Frankfort, KY 40601-2321
[NO DATA]

**Congressional District of Recipient**
06

**Payment Account Number and Type**
1610600439B5

**Employer Identification Number (EIN) Data**
610600439

**Universal Numbering System (DUNS)**
927049767

**Recipient's Unique Entity Identifier (UEI)**
LECJQDCLHVE5

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $7,131,423.00 |
| **b.  Fringe Benefits** | $2,660,068.00 |
| **c.  Total Personnel Costs** | $9,791,491.00 |
| **d.  Equipment** | $6,967,192.00 |
| **e.  Supplies** | $3,258,086.00 |
| **f.  Travel** | $154,557.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $33,182,037.00 |
| **i.  Contractual** | $12,379,597.00 |
| **j.  TOTAL DIRECT COSTS** | $65,732,960.00 |
| **k.  INDIRECT COSTS** | $1,156,460.00 |
| **l.  TOTAL APPROVED BUDGET** | $66,889,420.00 |
| **m.  Federal Share** | $66,889,420.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 3-939017Y | 19NU50CK000505ASA2C6 | CK | 41 51 | 93.323 | $0.00 | 75-X-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

**Award#** 6 NU50CK000505-05-15
**FAIN#** NU50CK000505
**Federal Award Date:** 03/25/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of use of funding under the listed document number(s) is effective as of the date set out in your Notice of Award.

Impacted document numbers are included on page 2 of this Notice of Award (NoA).

No additional activities can be conducted, and no additional costs may be incurred, as it relates to these funds.  Unobligated award balances of COVID-19 funding will be de-obligated by CDC. Award activities under other funding may continue consistent with the terms and conditions of the award.

**Final Federal Financial Report (FFR, SF-425)**: Within 30 days please submit final FFR's for impacted document numbers.  The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**All other terms and conditions of this award remain in effect.**

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU58DP006995-03-03
FAIN# NU58DP006995
Federal Award Date: 03/24/2025

## Recipient Information

**1. Recipient Name**
HEALTH SERVICES KENTUCKY CABINET FOR
275 E Main St STE B
Kentucky State Cabinet  for Family Services
Frankfort, KY 40601-2321
[NO DATA]

**2. Congressional District of Recipient**
06

**3. Payment System Identifier (ID)**
1610600439B5

**4. Employer Identification Number (EIN)**
610600439

**5. Data Universal Numbering System (DUNS)**
927049767

**6. Recipient's Unique Entity Identifier (UEI)**
LECJQDCLHVE5

**7. Project Director or Principal Investigator**
Laura  Eirich
laura.eirich@ky.gov
502-564-7996 Ext 443

**8. Authorized Official**
Dr. Connie Gayle White M.D.
Deputy Commissioner
connie.white@ky.gov
502-564-3970

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Mr. Daniel Jackson
Grants Management Specialist
qpz2@cdc.gov
(678) 475-4577

**10. Program Official Contact Information**
Ms. Perrin  Hicks
Program Officer
swy2@cdc.gov
7704880826

## Federal Award Information

**11. Award Number**
6 NU58DP006995-03-03

**12. Unique Federal Award Identification Number (FAIN)**
NU58DP006995

**13. Statutory Authority**
Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") Public Law 116-136 Public Health Service Act 42 U.S.C. 301(a)

**14. Federal Award Project Title**
Community Health Workers for COVID Response and Resilient Communities (CCR)

**15. Assistance Listing Number**
93.495

**16. Assistance Listing Program Title**
Community Health Workers for Public Health Response and Resilient

**17. Award Action Type**
Terminate

**18. Is the Award R&D?**
No



### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 08/31/2023 - **End Date** 03/24/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| **21. Authorized Carryover** | $0.00 |
| **22. Offset** | $0.00 |
| **23. Total Amount of Federal Funds Obligated this budget period** | $3,401,643.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $3,401,643.00 |
| **26. Period of Performance Start Date** 08/31/2021 - **End Date** 03/24/2025 | |
| **27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance** | $9,128,957.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Natasha Jones
Grants Management Officer

## 30. Remarks

Department Authority

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU58DP006995-03-03
FAIN#  NU58DP006995
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**
HEALTH SERVICES KENTUCKY CABINET FOR
275 E Main St STE B
Kentucky State Cabinet  for Family Services
Frankfort, KY 40601-2321
[NO DATA]

**Congressional District of Recipient**
06

**Payment Account Number and Type**
1610600439B5

**Employer Identification Number (EIN) Data**
610600439

**Universal Numbering System (DUNS)**
927049767

**Recipient's Unique Entity Identifier  (UEI)**
LECJQDCLHVE5

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| a.  **Salaries and Wages** | $148,000.00 |
| b.  **Fringe Benefits** | $148,789.00 |
| c.  **Total Personnel Costs** | $296,789.00 |
| d.  **Equipment** | $0.00 |
| e.  **Supplies** | $4,343.00 |
| f.  **Travel** | $14,359.00 |
| g.  **Construction** | $0.00 |
| h.  **Other** | $140,736.00 |
| i.  **Contractual** | $2,886,216.00 |
| j.  **TOTAL DIRECT COSTS** | $3,342,443.00 |
| k.  **INDIRECT COSTS** | $59,200.00 |
| l.  **TOTAL APPROVED BUDGET** | $3,401,643.00 |
| m.  **Federal Share** | $3,401,643.00 |
| n.  **Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390H3H | 21NU58DP006995C3 | DP | 41.51 | 93.495 | $0.00 | 75-2024-0943 |
| 2-9390H3H | 21NU58DP006995C3 | DP | 41.51 | 93.495 | $0.00 | 75-2024-0943 |
| 3-9390H3H | 21NU58DP006995C3 | DP | 41.51 | 93.495 | $0.00 | 75-2024-0943 |

# AWARD ATTACHMENTS

HEALTH SERVICES KENTUCKY CABINET FOR                6 NU58DP006995-03-03

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate this award which is funded by COVID-19 supplemental appropriations. The termination of this award is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of this award is effective as of the date set out in your Notice of Award.

No additional activities can be conducted, and no additional costs may be incurred.  Unobligated award balances will be de-obligated by CDC.

**Closeout**: In order to facilitate an orderly closeout, we are requesting that you submit all closeout reports identified below within thirty (30) days of the date of this NoA. Submit the documentation as a "Grant Closeout" amendment in GrantSolutions. The reporting timeframe is the full period of performance. Please note, if you fail to submit timely and accurate reports, CDC may also pursue other enforcement actions per 45 CFR Part 75.371.

**Final Performance/Progress Report**: This report should include the information specified in the Notice of Funding Opportunity (NOFO). At a minimum, the report will include the following:

- Statement of progress made toward the achievement of originally stated aims.
- Description of results (positive or negative) considered significant.
- List of publications resulting from the project, with plans, if any, for further publication.

**Final Federal Financial Report (FFR, SF-425)**: The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**Equipment and Supplies - Tangible Personal Property Report (SF-428)**: A completed SF-428 detailing all major equipment acquired with a unit acquisition cost of $10,000 or more. If no equipment was acquired under the award, a negative report is required

**Lovely, David T (CHFS OLS)**

**Subject:**          FW: B09SM085358: Termination Notice for COVID-19 Grant Funding

**From:** katrina.morgan@samhsa.hhs.gov <katrina.morgan@samhsa.hhs.gov>
**Sent:** Monday, March 24, 2025 5:50 PM
**To:** michele.blevins@ky.gov
**Cc:** Dhaliwal, Shivleen (SAMHSA/CMHS) <Shivleen.Dhaliwal@samhsa.hhs.gov>; Pang, Wendy (SAMHSA/OFR) <Wendy.Pang@samhsa.hhs.gov>; eracorrespondence@od.nih.gov
**Subject:** B09SM085358: Termination Notice for COVID-19 Grant Funding



Dear Single State Authority Director and State Mental Health Commissioner,

During the COVID-19 pandemic, the Substance Abuse and Mental Health Services Administration (SAMHSA) awarded several pandemic-related grants including the funded Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (H.R.6074) (CRRSA) which provided funds to respond to the coronavirus outbreak and the American Rescue Plan (ARP) Act of 2021(H.R. 1319) which provided additional relief to address the continued impact of COVID-19 (i.e., coronavirus disease 2019) on the economy, public health, state and local governments, individuals, and businesses.

On April 10, 2023, President Biden signed PL 188-3 terminating the national emergency concerning the COVID-19 pandemic. Consistent with the President's Executive Order 14222, Implementing the President's "Department of Government Efficiency" Cost Efficiency Initiative requiring a comprehensive review of SAMHSA grants, and where appropriate and consistent with applicable law, terminate such grants to reduce the overall Federal spending **this grant is being terminated effective March 24, 2025**.  These grants were issued for a limited purpose: To ameliorate the effects of the pandemic. The end of the pandemic provides cause to terminate COVID-related grants.  Now that the pandemic is over, the grants are no longer necessary.

In accordance with 45 CFR 96.30 (4), block grant award recipients are required to provide a Financial Status Report (FFR) within 90 days of the close of the applicable statutory grant period. Recipients must liquidate all obligations incurred under an award after the end of the award obligation and expenditure period (i.e., the project period) which also coincides with the due date for submission of the FINAL SF-425, Federal Financial Report (FFR). Reimbursements after termination are allowable if it results from obligations which were properly incurred before the effective date of this termination.

Recipients are expected to complete all work immediately and the reconciliation/liquidation process no later than 90-days after the award period end date.

The related Payment Management System accounts will be restricted from drawdown going further. Additional information will be provided in the revised Notice of Award that will be issued to initiate the award period end date.

[[Correspondence Token: 4d31ac1a-4a32-46a9-80b3-e37228fd27e1]] -- Do not delete or change this line. --
Please "Reply All" and do NOT delete eracorrespondence@nih.gov from the list of recipients or change the subject line.