## DECLARATION OF NICHOLAS BOUKAS

I, Nicholas Boukas, declare as follows:

1.      I am a resident of the State of New Mexico. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the New Mexico Health Care Authority ("HCA") as Director of the Behavioral Health Services Division. As director, I am responsible for directing the single state agency division for behavioral and mental health services for the State of New Mexico.

3.      HCA recently received an award termination from the U.S. Department of Health and Human Services, Substance Abuse and Mental Health Services Administration. The total remaining value of the terminated awards is $ 6,144,991.00. All terminations were "for cause" based on the end of the COVID pandemic, rather than failure of HCA to follow the terms or conditions of the grants. Descriptions of each award and the effects of these terminations follow.

4.      In 2021, the Department of Health and Human Services, Substance Abuse and Mental Health Services Administration ("SAMHSA") invited applications for grants under the American Rescue Plan (ARP) Act of 2021(H.R. 1319).

5.      The grants received by HCA are to improve network capacity for behavioral health services and provide direct services to individuals impacted by the pandemic. HCA is using the grants to provide needed and ongoing services to vulnerable residents of New Mexico, including rural and underserved areas.

1

6. The grants are scheduled to end September 30, 2025. The total amount of the grant was $16.4 million. As stated above, approximately $6.1 million remains unspent.

7. On May 17, 2021, SAMHSA produced a Notice of Award setting forth the terms and conditions of the grant awards. A true and correct copy of the corresponding notices of awards are attached.

8. Since May 2021, HCA has used the grant funds in a manner fully consistent with SAMSHA's statements regarding the nature of the grant and HCA's grant application.

9. The grant funds have been used to supplement services by community providers to address substance abuse and homelessness with existing or potential connections to the pandemic. These needs are on-going. HCA has entered into contracts with service delivery entities and professionals to provide the services. Some of these contracts are still in place.

10. To this date, HCA and successfully and timely performed under the terms of the grants. SAMHSA has never indicated any concerns with grant performance or timeliness

11. On March 24, 2025, without any prior notice or indication, SAMHSA informed HCA that, effective that day, the grants awarded to HCA are terminated.

12. The purported basis provided by SAMHSA for grant termination was: "These grants were issued for a limited purpose: To ameliorate the effects of the pandemic. The end of the pandemic provides cause to terminate COVID-related grants. Now that the pandemic is over, the grants are no longer necessary." No other information or clarification was provided.

13. The termination notice was sent outside of business hours and was not sent to me. It was sent to my position's predecessor. I was personally informed of the termination by a notification from a behavioral health directors association, not affiliated with the federal

2

government. The notice received from SAMHSA contained no description of any process to contest or appeal the termination decision.

14.    HCA relied and acted upon its expectation and understanding that HHS would fulfill its commitment to provide the grant funding it had awarded to HCA. As a result of the termination, as many as 54 health providers across the State of New Mexico will lose funding to provide critical behavioral and mental health services. This potentially affects as many as 64,739 people who need such services. Given the timing of the termination notice in relation to the state agency budget cycle, it also places an undue financial burden on the health providers delivering the health care.

15.    Prior to the grant award termination on March 24, 2025, SAMHSA had never provided HCA with notice, written or otherwise, that the grant administered by HCA was in any way unsatisfactory.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 28, 2025, at Santa Fe, New Mexico

Nicholas Boukas

**Department of Health And Human Services**
Substance Abuse and Mental Health Services Administration
Center for Mental Health Services

Notice of Award
FAIN# B09SM085373
**Federal Award Date**
05/17/2021

## Recipient Information

**1. Recipient Name**
HUMAN SERVICES, NEW MEXICO
DEPARTMENT OF
1474 RODEO RD

SANTA FE, NM 87505

**2. Congressional District of Recipient**
03

**3. Payment System Identifier (ID)**
1856000570A5

**4. Employer Identification Number (EIN)**
856000570

**5. Data Universal Numbering System (DUNS)**
837710722

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Neal Bowen

Neal.Bowen@state.nm.us

**8. Authorized Official**

## Federal Agency Information

**9. Awarding Agency Contact Information**
Wendy Pang
Grants Management Specialist
Center for Mental Health Services
wendy.pang@samhsa.hhs.gov
(240) 276-1419

**10. Program Official Contact Information**
Melissa Blackwell

Center for Mental Health Services
melissa.blackwell@samhsa.hhs.gov
240-276-1966

## Federal Award Information

**11. Award Number**
1B09SM085373-01

**12. Unique Federal Award Identification Number (FAIN)**
B09SM085373

**13. Statutory Authority**
Subparts I&III,B,Title XIX,PHS Act/45 CFR Part96

**14. Federal Award Project Title**
Block Grants for Community Mental Health Services

**15. Assistance Listing Number**
93.958

**16. Assistance Listing Program Title**
Block Grants for Community Mental Health Services

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 09/01/2021 **– End Date** 09/30/2025 | |
| **20.** Total Amount of Federal Funds Obligated by this Action | $8,682,696 |
| 20 a.  Direct Cost Amount | $8,682,696 |
| 20 b.  Indirect Cost Amount | $0 |
| **21.** Authorized Carryover | |
| **22.** Offset | |
| **23.** Total Amount of Federal Funds Obligated this budget period | $8,682,696 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | $0 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | $8,682,696 |
| **26. Project Period Start Date** 09/01/2021 **– End Date** 09/30/2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $8,682,696 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Odessa Crocker

**30. Remarks**
Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.



|  | Notice of Award | |
|---|---|---|
| MHBG | | **Issue Date:** 05/17/2021 |

Department of Health and Human Services
Substance Abuse and Mental Health Services Administration

Center for Mental Health Services

**Award Number:** 1B09SM085373-01
**FAIN:** B09SM085373-01
**Contact Person:** Neal Bowen

**Program:** Block Grants for Community Mental Health Services

HUMAN SERVICES, NEW MEXICO DEPARTMENT OF
1474 RODEO RD

SANTA FE, NM 87505

**Award Period:** 09/01/2021 – 09/30/2025

Dear Grantee:

The Substance Abuse and Mental Health Services Administration hereby awards a grant in the amount of $8,682,696 (see "Award Calculation" in Section I) to HUMAN SERVICES, NEW MEXICO DEPARTMENT OF in support of the above referenced project. This award is pursuant to the authority of Subparts I&III,B,Title XIX,PHS Act/45 CFR Part96 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award including the "Terms and Conditions" is acknowledged by the grantee when funds are drawn down or otherwise obtained from the grant payment system.

If you have any questions about this award, please contact your Grants Management Specialist and your Government Project Officer listed in your terms and conditions.

Sincerely yours,
Odessa Crocker
Grants Management Officer
Division of Grants Management

See additional information below

## SECTION I – AWARD DATA – 1B09SM085373-01

**FEDERAL FUNDS APPROVED:**                                      $8,682,696

**AMOUNT OF THIS ACTION (FEDERAL SHARE):**          $8,682,696

**CUMULATIVE AWARDS TO DATE:**                          $8,682,696

**UNAWARDED BALANCE OF CURRENT YEAR'S FUNDS:**                                                              $0

**Fiscal Information:**
**CFDA Number:**       93.958
**EIN:**                       1856000570A5
**Document Number:**   21B1NMCMHSC6
**Fiscal Year:**          2021

| IC | CAN | 01 |
|----|-----|----|
| SM | C96D540 | $8,682,696 |

**PCC:** CMHS / **OC:** 4115

## SECTION II – PAYMENT/HOTLINE INFORMATION –      1B09SM085373-01

Payments under this award will be made available through the HHS Payment Management System (PMS). PMS is a centralized grants payment and cash management system, operated by the HHS Program Support Center (PSC), Division of Payment Management (DPM). Inquiries regarding payment should be directed to: The Division of Payment Management System, PO Box 6021, Rockville, MD 20852, Help Desk Support – Telephone Number: 1-877-614-5533.

The HHS Inspector General maintains a toll-free hotline for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. The telephone number is: 1-800-HHS-TIPS (1-800-447-8477). The mailing address is: Office of Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington, DC 20201.

## SECTION III – TERMS AND CONDITIONS – 1B09SM085373-01

## STANDARD TERMS AND CONDITIONS

**MHBG FY2021 ARPA funding**

  **Remarks:**

This Notice of Award (NoA) provides American Rescue Plan Act of 2021 (ARPA) funding for the Community Mental Health Services (MHBG) Block Grant Program, in accordance with H.R. 1319 – American Rescue Plan Act of 2021 the ARPA Act, 2021 [P.L. 117-2]. Consistent with HHS Disaster Relief Flexibilities, SAMHSA may waive requirements with respect to allowable activities, timelines, or reporting requirements for the MHBG, as deemed necessary to facilitate a grantee's response to coronavirus.

A proposal of the state's spending plan must be submitted by July 2, 2021 via the Web Block Grant Application System (WebBGAS).

Using the WebBGAS Revision Request for the FFY 2021 Block Grant Application, grantees are required to upload the Plan document (Microsoft Word or pdf), using the associated tab in the State Information Section, Chief Executive Officer's Funding Agreement – Certifications and Assurances/Letter Designating Signatory Authority [MH]. Please title this document "ARPA Funding Plan 2021-MH". States must upload separate proposals based on MHBG and SABG guidance into the WebBGAS system.

Further information on this is included in the letter from Acting Assistant Secretary for Mental Health and Substance Use, Tom Coderre

**Standard Terms of Award:**

**1) Acceptance of the Terms of an Award**

By drawing or otherwise obtaining funds from the HHS Payment Management System, the recipient acknowledges acceptance of the terms and conditions of the award and is obligated to perform in accordance with the requirements of the award. Except for any waiver granted explicitly elsewhere in this section, this award does not constitute approval for waiver of any Federal statutory/regulatory requirements for a MHBG. Once an award is accepted by a recipient, the contents of the Notice of Award (NoA) are binding on the recipient unless and until modified by a revised NoA signed by the GMO.

**Certification Statement:** By drawing down funds, The recipient agrees to abide by the statutory requirements of all sections of the Mental Health Block Grant (MHBG) (Public Health Service Act, Sections 1911-1920 and sections 1941-1957) (42 U.S.C. 300x-1-300x-9 and 300x-51-300x-67, as amended), and other administrative and legal requirements as applicable for the duration of the award.

**2) Official Form Designee**

The States Chief Executive Officer, or authorized designee is considered the official form designee for this grant. The SAMHSA GMS and the MHBG Program Officer must be notified immediately before any changes in this key position are made. Please note that individuals that are suspended or debarred are prohibited from serving on Federal grant awards.

**3) Availability of Funds**

Funds provided under this grant must be obligated and expended by September 30, 2025.

**4) Fiscal and administrative requirements**

This award is subject to the administrative requirements for HHS block grants under 45 CFR Part 96, Subpart C, and 45 CFR Part 75, as specified. Except for section 75.202 of Subpart C, and sections 75.351 through 75.353 of Subpart D, the requirements in Subpart C, Subpart D, and Subpart E do not apply to this program (reference 45 CFR Part 75 Subpart B, 75.101(d)).

**Fiscal control and accounting procedures** - Fiscal control and accounting procedures must be sufficient to (a) permit preparation of reports required by the statute authorizing the block grant and (b) permit the tracing of funds to a level of expenditure adequate to establish that such funds have not been used in violation of the restrictions and prohibitions of the statute authorizing the block grant.

ARPA funding is being issued under a separate grant award number and has a unique subaccount in the Payment Management System. Accordingly, ARPA funds must be tracked and reported separately from other FY 2021 awarded funds, including COVID-19 Supplemental funding and the Annual Block Grant Allotment.

**Audits** - Grantees and subgrantees are responsible for obtaining audits in accordance with the Single Audit Act Amendments of 1996 (31 U.S.C. 7501-7507) and revised OMB Circular A-133, "Audits of State, Local Governments, and Non-Profit Organizations." The audits shall be made by an independent auditor in accordance with generally accepted Government auditing standards covering financial audits.

### 5) Flow-down of requirements to sub-recipients

The grantee, as the awardee organization, is legally and financially responsible for all aspects of this award including funds provided to sub-recipients, in accordance with 45 CFR 75.351-75.353, Sub-recipient monitoring and management.

### 6) Early Serious Mental Illness Set-Aside

The 21st Century Cures Act, P.L. 114-255 amended Section 1920(c) of the Public Health Service Act (42 U.S.C. 300x 9(c)). States must set-aside not less than 10 percent of their total MHBG allocation amount for each fiscal year to support evidence-based programs that address the needs of individuals with early serious mental illness, including psychotic disorders, regardless of the age of the individual at onset. In lieu of expending 10 percent of the amount, the State receives for a fiscal year, states have the flexibility to expend not less than 20 percent of such amount by the end of the succeeding fiscal year.

### 7) Executive Pay

The Consolidated Appropriations Act, 2021 (Public Law 116-260), signed into law on December 27, 2020 restricts the amount of direct salary to Executive Level II of the Federal Executive Pay scale. Effective January 3, 2021, the salary limitation for Executive Level II is $199,300.

For awards issued prior to this change, if adequate funds are available in active awards, and if the salary cap increase is consistent with the institutional base salary, recipients may re-budget to accommodate the current Executive Level II salary level. However, no additional funds will be provided to these grant awards.

### 8) Marijuana Restriction:

Grant funds may not be used, directly or indirectly, to purchase, prescribe, or provide marijuana or treatment using marijuana. Treatment in this context includes the treatment of opioid use disorder. Grant funds also cannot be provided to any individual who or organization that provides or permits marijuana use for the purposes of treating substance use or mental disorders. See, e.g., 45 C.F.R. 75.300(a) (requiring HHS to ensure that Federal funding is expended . . . in full accordance with U.S. statutory . . . requirements.); 21 U.S.C. 812(c) (10) and 841 (prohibiting the possession, manufacture, sale, purchase or distribution of marijuana). This prohibition does not apply to those providing such treatment in the context of clinical research permitted by the DEA and under an FDA-approved investigational new drug application where the article being evaluated is marijuana or a constituent thereof that is otherwise a banned controlled substance under federal law.

## 9) SAM and DUNS Requirements

THIS AWARD IS SUBJECT TO REQUIREMENTS AS SET FORTH IN 2 CFR 25.110 CENTRAL CONTRACTOR REGISTRATION CCR) (NOW SAM) AND DATA UNIVERSAL NUMBER SYSTEM (DUNS) NUMBERS. 2 CFR Part 25 - Appendix A4
System of Award Management (SAM) and Universal Identifier Requirements
A. Requirement for System of Award Management:
Unless you are exempted from this requirement under 2 CFR 25.110, you, as the recipient, must maintain the currency of your information in the SAM, until you submit the final financial report required under this award or receive the final payment, whichever is later. This requires that you review and update the information at least annually after the initial registration, and more frequently if required by changes in your information or another award term.
B. Requirement for unique entity identifier If you are authorized (reference project description) to make subawards under this award, you:
1. Must notify potential subrecipients that no entity (see definition in paragraph C of this award term) may receive a subaward from you, unless the entity has provided its unique entity identifier to you.
2. May not make a subaward to an entity, unless the entity has provided its unique entity identifier to you.
C. Definitions. For purposes of this award term:
1. System of Award Management (SAM) means the federal repository into which an entity must provide information required for the conduct of business as a recipient. Additional information about registration procedures may be found at the SAM Internet site (currently at: http://www.sam.gov).
2. Unique entity identifier means the identifier required for SAM registration to uniquely identify business entities.
3. Entity, as it is used in this award term, means all of the following, as defined at 2 CFR Part 25, Subpart C:
a. A governmental organization, which is a state, local government, or Indian Tribe; b. A foreign public entity; c. A domestic or foreign nonprofit organization; d. A domestic or foreign for-profit organization; and e. A Federal agency, but only as a sub-recipient under an award or sub-award to a nonfederal entity.
4. Sub-award:

a. This term means a legal instrument to provide support for the performance of any portion of the substantive project or program for which you received this award and that you as the recipient award to an eligible sub-recipient. b. The term does not include your procurement of property and services needed to carry out the project or program (for further explanation, see 2 CFR 200.330). c. A sub-award may be provided through any legal agreement, including an agreement that you consider a contract.

5. Sub-recipient means an entity that: a. Receives a sub-award from you under this award; and b. Is accountable to you for the use of the federal funds provided by the sub-award.

## 10) Federal Financial Accountability and Transparency Act (FFATA)

Reporting Subawards and Executive Compensation, 2 CFR, Appendix A to Part 170

a. Reporting of first tier subawards.

1. Applicability. Unless you are exempt as provided in paragraph d. of this award term, you must report each action that obligates $25,000 or more in Federal funds that does not include Recovery funds (as defined in section 1512(a)(2) of the American Recovery and Reinvestment Act of 2009, Pub. L. 111-5) for a subaward to an entity (see definitions in paragraph e. of this award term).

2. Where and when to report.

i. You must report each obligating action described in paragraph a.1. of this award term to http://www.fsrs.gov.

ii. For subaward information, report no later than the end of the month following the month in which the obligation was made. (For example, if the obligation was made on November 7, 2010, the obligation must be reported by no later than December 31, 2010.)

3. What to report. You must report the information about each obligating action that the submission instructions posted at http://www.fsrs.gov specify.

b. Reporting Total Compensation of Recipient Executives.

1. Applicability and what to report. You must report total compensation for each of your five most highly compensated executives for the preceding completed fiscal year, if

i. the total Federal funding authorized to date under this award is $25,000 or more;

ii. in the preceding fiscal year, you received (A) 80 percent or more of your annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170. 320 (and subawards); and (B) $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); and

iii. The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. (To determine if the public has access to the compensation

information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

2. Where and when to report. You must report executive total compensation described in paragraph b. 1. of this award term:

i. As part of your registration profile at https://www.sam.gov.

ii. By the end of the month following the month in which this award is made, and annually thereafter.

c. Reporting of Total Compensation of Subrecipient Executives.

1. Applicability and what to report. Unless you are exempt as provided in paragraph d. of this award term, for each first tier subrecipient under this award, you shall report the names and total compensation of each of the subrecipient's five most highly compensated executives for the subrecipient's preceding completed fiscal year, if

i. in the subrecipient's preceding fiscal year, the subrecipient received (A) 80 percent or more of its annual gross revenues from Federal procurement contracts (and subcontracts) and Federal financial assistance subject to the Transparency Act, as defined at 2 CFR 170.320 (and subawards); and (B) $25,000,000 or more in annual gross revenues from Federal procurement contracts (and subcontracts), and Federal financial assistance subject to the Transparency Act (and subawards); and

ii. The public does not have access to information about the compensation of the executives through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986. (To determine if the public has access to the compensation information, see the U.S. Security and Exchange Commission total compensation filings at http://www.sec.gov/answers/execomp.htm.)

2. Where and when to report. You must report subrecipient executive total compensation described in paragraph c. 1. of this award term:

i. To the recipient.

ii. By the end of the month following the month during which you make the subaward. For example, if a subaward is obligated on any date during the month of October of a given year (i.e., between October 1 and 31), you must report any required compensation information of the subrecipient by November 30 of that year.

d. Exemptions If, in the previous tax year, you had gross income, from all sources, under $300,000, you are exempt from the requirements to report:

i. Subawards, and

ii. The total compensation of the five most highly compensated executives of any subrecipient.

e. Definitions. For purposes of this award term:

1. Entity means all of the following, as defined in 2 CFR part 25:

i. A Governmental organization, which is a State, local government, or Indian tribe;

ii. A foreign public entity;

iii. A domestic or foreign nonprofit organization;

iv. A domestic or foreign for-profit organization;

v. A Federal agency, but only as a subrecipient under an award or subaward to a non-Federal entity.

2. Executive means officers, managing partners, or any other employees in management positions.

3. Subaward:

i. This term means a legal instrument to provide support for the performance of any portion of the substantive project or program for which you received this award and that you as the recipient award to an eligible subrecipient.

ii. The term does not include your procurement of property and services needed to carry out the project or program (for further explanation, see Sec. __. 210 of the attachment to OMB Circular A-133, Audits of States, Local Governments, and Nonprofit Organizations).

iii. A subaward may be provided through any legal agreement, including an agreement that you or a subrecipient considers a contract.

4. Subrecipient means an entity that: i. Receives a subaward from you (the recipient) under this award; and ii. Is accountable to you for the use of the Federal funds provided by the subaward.

5. Total compensation means the cash and noncash dollar value earned by the executive during the recipient's or subrecipient's preceding fiscal year and includes the following (for more information see 17 CFR 229.402(c)(2)):

i. Salary and bonus.

ii. Awards of stock, stock options, and stock appreciation rights. Use the dollar amount recognized for financial statement reporting purposes with respect to the fiscal year in accordance with the Statement of Financial Accounting Standards No. 123 (Revised 2004) (FAS 123R), Shared Based Payments.

iii. Earnings for services under non-equity incentive plans. This does not include group life, health, hospitalization or medical reimbursement plans that do not discriminate in favor of executives and are available generally to all salaried employees.

iv. Change in pension value. This is the change in present value of defined benefit and actuarial pension plans.

v. Above-market earnings on deferred compensation which is not tax-qualified. vi. Other compensation, if the aggregate value of all such other compensation (e.g. severance, termination payments, value of life insurance paid on behalf of the employee, perquisites or property) for the executive exceeds $10,000. [75 FR 55669, Sept. 14, 2010, as amended at 79 FR 75879, Dec. 19, 2014]

**11) Mandatory Disclosures**

Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the HHS Office of Inspector General (OIG), all information

related to violations, or suspected violations, of Federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the Federal award. Subrecipients must disclose, in a timely manner, in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations, or suspected violations, of Federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the Federal award. Disclosures must be sent in writing to the awarding agency and to the HHS OIG at the following addresses:

U.S. Department of Health and Human Services Office of Inspector General

ATTN: Mandatory Grant Disclosures, Intake Coordinator 330 Independence Avenue,

SW, Cohen Building Room5527 Washington, DC 20201

Fax: (202) 205-0604 (Include "Mandatory Grant Disclosures" in subject line) or email: MandatoryGranteeDisclosures@oig.hhs.gov

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371 remedies for noncompliance, including suspension or debarment (see 2 CFR parts 180 & 376 and 31 U.S.C. 3321).

**12) The Trafficking Victims Protection Act of 2000 (22 U.S.C. 7104(G)), as amended, and 2 C.F.R. PART 175**

The Trafficking Victims Protection Act of 2000 authorizes termination of financial assistance provided to a private entity, without penalty to the Federal government, if the recipient or subrecipient engages in certain activities related to trafficking in persons. SAMHSA may unilaterally terminate this award, without penalty, if a private entity recipient, or a private entity subrecipient, or their employees:   a) Engage in severe forms of trafficking in persons during the period of time that the award is in effect; b) Procure a commercial sex act during the period of time that the award is in effect; or, c) Use forced labor in the performance of the award or subawards under the award. The text of the full award term is available at 2 C.F.R. 175.15(b). See http://www.gpo.gov/fdsys/pkg/CFR-2012-title2-vol1/pdf/CFR-2012-title2-vol1-sec175-15.pdf.

**13) Drug-Free Workplace Requirements**

The Drug-Free Workplace Act of 1988 (41 U.S.C. 701 et seq.) requires that all organizations receiving grants from any Federal agency agree to maintain a drug-free workplace. When the AR signed the application, the AR agreed that the recipient will provide a drug-free workplace and will comply with the requirement to notify SAMHSA if an employee is convicted of violating a criminal drug statute.   Failure to comply with these requirements may be cause for debarment. Government wide requirements for Drug-Free Workplace for Financial Assistance are found in 2 CFR part 182; HHS implementing regulations are set forth in 2 CFR part 382.400. All recipients of SAMHSA grant funds must comply with the requirements in Subpart B (or Subpart C if the recipient is an individual) of Part 382.

**14) Lobbying**

No funds provided under the attached Notice of Award (NoA) may be used by you or any sub-recipient under the grant to support lobbying activities to influence proposed or pending federal or state legislation or appropriations. The prohibition relates to the

use of federal grant funds and is not intended to affect your right or that of any other organization, to petition Congress or any other level of government, through the use of other nonfederal resources.   Reference 45 CFR Part 93.

**15) Accessibility Provisions**

Grant recipients of Federal financial assistance (FFA) from HHS must administer their programs in compliance with Federal civil rights law. This means that recipients of HHS funds must ensure equal access to their programs without regard to a person s race, color, national origin, disability, age, and in some circumstances, sex and religion. This includes ensuring your programs are accessible to persons with limited English proficiency.   The HHS Office for Civil Rights also provides guidance on complying with civil rights laws enforced by HHS. Please see http://www.hhs.gov/ocr/civilrights/understanding/section1557/index.html. Recipients of FFA also have specific legal obligations for serving qualified individuals with disabilities. Please see http://www.hhs.gov/ocr/civilrights/understanding/disability/index.html. Please contact the HHS Office for Civil Rights for more information about obligations and prohibitions under Federal civil rights laws at https://www.hhs.gov/civil-rights/index.html or call 1-800-368-1019 or TDD 1-800-537-7697.   Also note that it is an HHS Departmental goal to ensure access to quality, culturally competent care, including long-term services and supports, for vulnerable populations. For further guidance on providing culturally and linguistically appropriate services, recipients should review the National Standards for Culturally and Linguistically Appropriate Services in Health and Health Care at https://minorityhealth.hhs.gov/omh/browse.aspx?lvl=1&lvlid=6.

**16) Audits**

Non-Federal recipients that expend $750,000 or more in federal awards during the recipient's fiscal year must obtain an audit conducted for that year in accordance with the provisions of 45 CFR 96.31.
Recipients are responsible for submitting their Single Audit Reports and the Data Collections Forms (SF-FAC) electronically to the to the Federal Audit Clearinghouse Visit disclaimer page (FAC) within the earlier of 30 days after receipt or nine months after the FY s end of the audit period. The FAC operates on behalf of the OMB.

For specific questions and information concerning the submission process: Visit the Federal Audit Clearinghouse at https://harvester.census.gov/facweb  or Call FAC at the toll-free number: (800) 253-0696

**Reporting Requirements:**

**Federal Financial Report (FFR)**

The recipient is required to submit a Federal Financial Report (FFR) 90 days after the close of the performance period (project period).  The SF-425 shall report total funds obligated and total funds expended by the grantee.

Effective January 1, 2021, award recipients are required to submit the SF-425 Federal Financial Report (FFR) via the Payment Management System (PMS).  If the individual

responsible for FFR submission does not already have an account with PMS, please contact PMS to obtain access.

Recipients must liquidate all obligations incurred under an award not later than ninety (90) days after the end of the award obligation and expenditure period (i.e., the project period) which also coincides with the due date for submission of the FINAL SF-425, *Federal Financial Report* (FFR).  After ninety (90) days, letter of credit accounts are locked.  SAMHSA does not approve extensions to the ninety (90) day post-award reconciliation/liquidation period.  Therefore, recipients are expected to complete all work and reporting within the approved project period and the aforementioned 90-day post-award reconciliation/liquidation period.  Recipients (late) withdrawal requests occurring after the aforementioned periods are denied.  In rare instances, SAMHSA may approve an extension to submit a FINAL SF-425 FFR report, but this is *not* an extension of the 90-day post award reconciliation/liquidation period, but rather only an extension to submit the Final SF-425 report (FFR).

### Annual Report

Reporting on the ARPA funding is required.  States must prepare and submit their respective reports utilizing WebBGAS.  Failure to comply with these requirements may cause the initiation of enforcement actions that can culminate in discontinuation of MHBG grants.

Your assigned MHBG Program Official will provide further guidance and additional submission information.

In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period. The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System (FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75.

**Staff Contacts:**

Melissa  Blackwell, Program Official
**Phone**: 240-276-1966  **Email:** melissa.blackwell@samhsa.hhs.gov

Wendy  Pang, Grants Specialist
**Phone:** (240) 276-1419  **Email:** wendy.pang@samhsa.hhs.gov  **Fax:** (240) 276-1430

**Department of Health and Human Services**
Substance Abuse and Mental Health Services Administration
Center for Substance Abuse Treatment

**Notice of Award**
FAIN# B08TI083957
**Federal Award Date**
05/17/2021

## Recipient Information

**1. Recipient Name**
HUMAN SERVICES, NEW MEXICO
DEPARTMENT OF
1474 RODEO RD

SANTA FE, NM 87505

**3. 2onCressional District of Recipient**
03

**g. Payment System Identifier (ID)**
1856000570A5

**4. Employer Identification Number (EIN)**
856000570

**5. Data Universal NumberinC System (DUNS)**
837710722

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal InvestiCator**
Neal  Bowen

Neal.Bowen@state.nm.us

**8. Authorized Official**

neal.bowen@state.nm.us

## Federal ACency Information

**9. AwardinC ACency 2ontact Information**
Wendy Pang
Grants Management Specialist
Center for Substance Abuse Treatment
wendy.pang@samhsa.hhs.gov
(240) 276-1419

**10. ProCram Official 2ontact Information**
Linda  Fulton
Project Officer
Center for Substance Abuse Treatment
linda.fulton@samhsa.hhs.gov
240-276-1573

## Federal Award Information

**11. Award Number**
1B08TI083957-01

**13. Unique Federal Award Identification Number (FAIN)**
B08TI083957

**1g. Statutory Authority**
Subparts II&III,B,Title XIX,PHS Act/45 CFR Part96

**14. Federal Award Project Title**
Substance Abuse Prevention & Treatment Block Grant

**15. Assistance ListinC Number**
93.959

**16. Assistance ListinC ProCram Title**
Block Grants for Prevention and Treatment of Substance Abuse

**17. Award Action Type**
New Competing

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. BudCet Period Start Date** 09/01/2021 – **End Date** 09/30/2025 | |
| **30. Total Amount of Federal Funds ObliCated by this Action** | $7,742,896 |
| 20 a.  Direct Cost Amount | $7,742,896 |
| 20 b.  Indirect Cost Amount | $0 |
| **31.** Authorized Carryover | |
| **33.** Offset | |
| **3g.** Total Amount of Federal Funds Obligated this budget period | $7,742,896 |
| **34.** Total Approved 2ost SharinC or MatchinC, where applicable | $0 |
| **35.** Total Federal and Non-Federal Approved this BudCet Period | $7,742,896 |
| ---------------------------------------------------- | |
| **36. Project Period Start Date** 09/01/2021 – **End Date** 09/30/2025 | |
| **37.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $7,742,896 |

**38. Authorized Treatment of ProCram Income**
Additional Costs

**39. Grants ManaCement Officer - SiCnature**
Odessa  Crocker

**g0. Remarks**
Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.



| | Notice of Award | |
|---|---|---|
| SABG | | |
| Department of Health and Human Services | **Issue Date:** | 05/17/2021 |
| Substance Abuse and Mental Health Services Administration | | |

Center for Substance Abuse Treatment

**Award Number:**  1B09SM098537-01
**FAIN:**       B09SM098537-01
**Contact Person:** Neal  Bowen

**Program:** ckGrtanse ACkre f Gementuon i  SGeaty ent BlosHh Gant

v UE AN cRVI M Rc WNRX  E ROM D P Rf AVSE RNS DT
1F7F VDP RD VP

cANSA TRWNE  97303

**Award Period:**  054014 0/ 1 2 054804 0/ 3

P eaCh Gantee–

S: e ckGrtanse ACkre anb E ental v ealt:  ceGmuser Aby unurtGatuon : eGeGd awaGr a
gGant un t: e ay oknt o$   67WF/ W5( "ree "AwaGb , alsklatuon) un cestuon Nto v UE AN
cRVI M Rc WNRX  E ROM D P Rf AVSE RNS DT un rkj j oG o$t: e aGone GeSeGenseb
j Go.est&S: ur awaGb ur j kGkant to t: e akt: oGtd o$ckGj aGr NM NMWB Wule OMD Wv c
Ast4F3 , TV f aG5( anb ur rkGest to t: e Geqkuey entr o$t: ur rtatkte anb Gegklatuon anb o$
ot: eGGeSeGenseb WunsoG oGateb oGattas: eb teGy r anb sonbutuonr&

Assej tanse o$t: ur awaGb unslkbung t: e "SeGy r anb , onbutuonr) ur asHhowlebgeb Gd t: e
gGantee w: en Sknbr aGe bGawn bown oGot: eGvure oGGauneb SGoy  t: e gGant j ady ent
rdrtey &

NMdok : ane and qkertuonr aGokt t: ur awaGb Wy leare sontast bokCh Gantr E anagey ent
cj esulurt anb bokCh oneGny ent f Go.est DSSuseGurteb un bokCteGy r anb sonbutuonr&

cunseGeld bokGW
Dberra  , GosHeC
h Gantr E anagey ent DSSuseC
P umruon o$h Gantr E anagey ent

cee abbutuonal unSoGy atuon Gelow

**SECTION I – AWARD DATA – 1B09TI09M853701**

**FEDERAL FUNDS APPROVED:**                                    67WF/ W5(

**A- OUNT OF THIS ACTION (FEDERAL SHARE):**                   67WF/ W5(

**CUMULATIVE AWARDS TO DATE:**                                 67WF/ W5(

**UNAWARDED BALANCE OF CURRENT YEAR'S FUNDS:**                          60

**Fiscal Information:**

**CFDA Number:**   58&535
**EIN:**           193( 000370A 3
**Document Number:**  / 1B1NE c Af S, (
**Fiscal Year:**   2021

| M | , AN | 01 |
|---|------|-----|
| SM | , 5( P 370 | 67WF/ W5( |

**PCC:** c Af S / **OC:** F113

**SECTION II – PAY- ENT/HOTLINE INFOR- ATION –        1B09TI09M853701**

f ady entr knbeCt: ur awaCb wull Ge y abe amadaGe t: Cokg:  t: e v v c  f ady ent
E anagey ent cdrtey  "f E cp&f E c  ur a sentCaluzeb gCantr j ady ent anb sar:  y anagey ent
rdrtey Woj eCateb Gd t: e v v c  f CogGay  ckj j oCÏ,  enteC'f c , pWP umruon o$f ady ent
E anagey ent "P f E p&Mqkuer CegaCbung j ady ent r: oklb Ge buCesteb to–S: e P umruon o$
f ady ent E anagey ent cdrtey WFD Box ( 0/ 1WoosHnnlleWE P / 093/ W elj  P erHckj j oCÏ
2 Selej : one Nky GeC-1-977-( 1F-3388&

S: e v v c  Mrj estoCh eneCal y auntaunr a toll-SCee : otlune SoCCeseunng un$oCy atuon
sonseCnung SCakbWwarteWoCaCCkre knbeCg Cantr anb sooj eCatune agCey entr&S: e
telej : one nky GeCur–1-900-v v c-SMc  "1-900-FF7-9F77p&S: e y adung abbCerr ur–DSSuse
o$Mrj estoCh eneCal WP ej aCPy ent o$v ealt:  anb v ky an ceCnuserWAttn–v DSLMMRW880
Mbej enbense AneWX WX ar: ungton WP ,  / 01&

**SECTION III – TER- S AND CONDITIONS – 1B09TI09M853701**

**STANDARD TER- S AND CONDITIONS**

SABG FY2021 ARPA funding

  **Remarks:**

S: ur Notuse oＳAwaＣ゙ "NoApj Comber Ay eＣ゙san Verske f lan Ast "AVf Ap ckj j ley ental Tknbung ＄oCt: e ckＣ゙rtanse AＣ゙kre f Ｃ゙mentuon anb SＣ゙aty ent "c ABh p BlosHh Ｃ゙ant f Ｃ゙gＣ゙ay Ｗn assoＣ゙anse wut:  v ＆Ｖd 815 - Ay eＣ゙san Verske f lan Ast oＳ / 0/ 1＆  onrutent wut:  v v c P urarteCVelueＳTlexuＣ゙luterＷＡＥ v c A y ad waune Ｃ゙qkuＣ゙ey entr wut:  Ｃ゙erj est to allowaＣ゙e astumtuerＷ゙uy elunerＷ゙oＣ゙Cj oＣ゙ung Ｃ゙qkuＣ゙ey entr ＄oCt: e c ABh  ar beey eb neserraＣ゙d to Ｓasulutate a gＣ゙antee[r Ｃ゙erj onre to soＣ゙onamCＣ゙kr＆

A j Ｃ゙oj oral oＳt: e rtate[r rj enbung j lan y krt Ｃ゙e rkＣ゙y utteb Ｃ゙d ]kld / Ｗ0/ 1 ma t: e X eＧ BlosHh Ｃ゙ant Aj j lusatuon c drtey  "X eＣ゙Bh Ac p＆Ｕrung t: e X eＣ゙Bh Ac Vemruon Veqkert ＄oCt: e TT´ / 0/ 1 BlosHh Ｃ゙ant Aj j lusatuonＶ゙gＣ゙anteer aＣ゙e Ｃ゙qkuＣ゙eb to kj loab t: e f lan bosky ent "E usＣ゙oroＳt X oＣ゙b oCj bＳ゙pＷ゙rung t: e arrosuateb taＣ゙un t: e c tate MＳ゙oＣ゙y atuon c estuonＷ゙ : ueＳ゙RxesktuneＤＳ゙SuseＣ゙r Tknbung AgＣ゙eey ent 2 , eＣ゙Ｓ゙usatuonr anb ArrkＣ゙anser4LetteＣ゙P erugnatung cugnatoＣ゙d Akt: oＣ゙Cj dＪ゙cＡ゙Ｙ゙f leare ttle t: ur bosky ent "AVf A Tknbung f lan / 0/ 1-cA" "c tater y krt kj loab rej aＣ゙ate j Ｃ゙oj oralr Ｃ゙areb on E v Bh  anb c ABh  gkubanse unto t: e X eＣ゙Bh Ac rdrtey ＆

TkＣ゙: eＣ゙unＳ゙oＣ゙y atuon on t: ur ur unslkbeb un t: e letteＣＳ゙oＣ゙y  Astung Arrurtant c esＣ゙etaＣ゙d ＄oC E ental v ealt:  anb ckＣ゙rtanse UreＶＳ゙oy  , obeＣ゙Ｃ゙e＆

### Standard Terms of Award:

### 1) Acceptance of the Terms of an Award

Bd bＣ゙awung oCot: eＣ゙vure oＣ゙launung ＄knbr ＳＣ゙oＣ゙y  t: e v v c f ady ent E anagey ent c drtey Ｗ t: e Ｃ゙esuj uent asＨ゙howlebger assej tanse oＳt: e teＣ゙y r anb sonbutuonr oＳt: e awaＣ゙b anb ur oＣ゙lugateb to j eＣＳ゙oＣ゙y  un assoＣ゙anse wut:  t: e Ｃ゙qkuＣ゙ey entr oＳt: e awaＣ゙b＆Ｒxsej t ＄oCand wauneＣ゙gＣ゙and exj lusutld elrew: eＣ゙e un t: ur restuonＷ゙: ur awaＣ゙b boer not sonrtukte aj j Ｃ゙omal ＄oCwauneCoＳand TebeＣ゙al rtatktoＣ゙d4Ｃ゙egklatoＣ゙d Ｃ゙qkuＣ゙ey entr ＄oCa c ABh ＆ Dnse a Ｃ゙esuj uent assej tr an awaＣ゙bＷ゙: e sontentr oＳt: e Notuse oＳ゙AwaＣ゙b "NoApaＣ゙e Ｃ゙unbung on t: e Ｃ゙esuj uent knlerr anb kntul y obuＳ゙ueb Ｃ゙d a Ｃ゙emrueb NoA rugneb Ｃ゙d t: e h E D＆

### Certification Statement:

Bd bＣ゙awung bown ＄knbrＷＳ゙: e Ｃ゙esuj uent agＣ゙eer to aＣ゙ibe Ｃ゙d t: e rtatktoＣ゙d Ｃ゙qkuＣ゙ey entr oＳ all restuonr oＳt: e ckＣ゙rtanse AＣ゙kre f Ｃ゙mentuon anb SＣ゙aty ent BlosHh Ｃ゙ant "f kＣ゙lus v ealt:  cＣ゙nuse AstＷ゙estuonr 15/ 1-1583 anb restuonr 15F1-1537p"F/´ Ｕ＆＆＆ 800x-/ 1-800x-83 anb 800x-31-800x-( 7Ｗ゙ar ay enbebpＷ゙anb ot: eＣ゙aby unrtＣ゙atune anb legal Ｃ゙qkuＣ゙ey entr ar aj j lusataＣ゙e ＄oCt: e bkＣ゙atuon oＳt: e awaＣ゙b＆

### 2) Availability of Funds

Tknbr j Ｃ゙ombeb knbeＣ゙t: ur gＣ゙ant y krt Ｃ゙e oＣ゙lugateb anb exj enbeb Ｃ゙d c ej tey Ｃ゙eＣ゙80Ｗ / 0/ 3＆

### M） Fiscal and administrative re4uirements

S: ur NoA urrkeb ur rkＣ゙est to t: e aby unrtＣ゙atune Ｃ゙qkuＣ゙ey entr ＄oCv v c Ｃ゙losHgＣ゙antr knbeCF3 , ＴＶ f aＣ゙ 5( Ｗ゙ar aj j lusaＣ゙leＷ゙anb F3 , ＴＶ f aＣ゙ 73Ｗ゙ar rj esuＳ゙ueb＆Ｒxsej t ＄oC restuon 73＆0/ oＳckＣ゙j aＣ゙ , Ｗ゙anb restuonr 73＆831 t: Ｃ゙okg: 73＆838 oＳckＣ゙j aＣ゙ PＷ゙: e Ｃ゙qkuＣ゙ey entr un ckＣ゙j aＣ゙ , Ｗ゙kＣ゙j aＣ゙ PＷ゙anb ckＣ゙j aＣ゙ R bo not aj j ld to t: ur j Ｃ゙ogＣ゙ay "Ｃ゙eＳ゙eＣ゙nse F3 , ＴＶ f aＣ゙ 73 ckＣ゙j aＣ゙ BＷ゙3＆01´bpp＆

**Fiscal control and accounting procedures** - Tursal sontCol anb assokntung j Cosebk Cer y krt Ce rk$Susuent to "apj eCy ut j Cej aCatuon o$Cej oCtr Ceqku Ceb Cd t: e rtatkte akt: oCuzung t: e CilosHgCant anb "Cpj eCy ut t: e tCasung o$Sknbr to a lemel o$exj enbutk Ce abeqkate to ertaCur: t: at rks: Sknbr : ame not Ceen kreb un mιolatuon o$t: e CertCustuonr anb j Co: uCutuonr o$t: e rtatkte akt: oCuzung t: e CilosHgCant&

AVf A Sknbung ur Ceung urrkeb knbeCa rej aCate gCant awaCb nky Ce Canb : ar a knuqke rkCassoknt un t: e f ady ent E anagey ent c drtey &AssoCoungldWAVf A Sknbr y krt Ce tCasHeb anb Cej oCeb rej aCateld $Coy ot: eCT' / 0/ 1 awaCbeb SknbrWnslkbung , DI NJf-15 ckj j ley ental Sknbung anb t: e Annkal BlosHh Cant Alloty ent&

**Audits** - h Canteer anb rkCgCanteer aCe Cerj onruCte $oCoCGaunung akbutr un assoCbanse wut: t: e cungle Akbut Ast Ay enby entr o$155( "81 U&&&$7301-7307panb Cemureb DE B, uCsklaCA-188WAkbutr o$c tateWCosal h omeCny entrWanb Non-f CoSut DCganuzatuonr& S: e akbutr r: all Ce y abe an unbej enbent akbutoCun assoCbanse wut: generCalld assej teb h omeCny ent akbutung rtanbaCbr somerCung Sunansual akbutr&

Rxsej t $oCand waune Cg Canteeb exj lusultd elrew: eCe un t: ur restuonW: ur awaCb boer not sonrtukte aj j Comal $oCwaune Co$and Tebe Cal rtatktoCd4Cegklato Cd Ceqku Cey entr $oCa c ABh &

## q) Flow7down of re4uirements to sub7recipients

S: e gCanteeWur t: e awaCbee oCganuzatuonWur legalld anb Sunansualld Cerj onruCte $oCall arj estr o$t: ur awaCb unslkbung Sknbr j Combeb to rkCGesuj uentrWin assoCbanse wut: F3 , TV 73&831-73&838WckCGesuj uent y onutoCung anb y anagey ent&

## 5) E6ecutive Pay

S: e , onrolubateb Aj j Co j Catuonr AstW0/ 1 "f kCus Law 11( -/ ( 0pWugneb unto law on Pesey CeC/ 7W0/ 0 CertCustr t: e ay oknt o$buCest ralaCd to Rxesktune Lemel NJob$t: e Tebe Cal Rxesktune f ad rsale&RSSeestune JankaCd 8W0/ 1W: e ralaCd luy utatuon $oC Rxesktune Lemel NJfr 6155W800&

ToCawaCbr urrkeb j CooCto t: ur s: angeWSabeqkate Sknbr aCe amaulaCle un astune awaCbrW anb u$t: e ralaCd saj uns Ceare ur sonrurtent wut: t: e unrtuktuonal Care ralaCdWesuj uentr y ad Ce-Cckbget to assoy y obate t: e skCCent Rxesktune Lemel NJfralaCd lemel&v oweneCW no abbutuonal Sknbr wull Ce j Combeb to t: ere gCant awaCbr&

## x) - arijuana Restriction:

h Cant Sknbr y ad not Ce krebWuCestld oCunbuCestldWo j kCs: areWj Cers CCe WoCj Combe y aCukana oCtCeaty ent krung y aCukana&Ceaty ent un t: ur sontext unslkber t: e tCeaty ent o$oj uoub kre buroCbeCg&h Cant Sknbr alro sannot Ce j Combeb to and unbumbkal w: o oCoCganuzatuon: at j Comber oCj eCy utr y aCukana kre $oCt: e j kCyorer o$tCeatung rkCgrtanse kre oCy ental buroCbeCg&ceeV&&&V73, &T&V73&800"ap"Ceqku Cung v v c to enrkCe t: at Tebe Cal Sknbung ur exj enbeb &&&un Skll assoCbanse wut: U&&&rtatktoCd &&&& Ceqku Cey entr&, / 1 U&&&91/ "sp"10panb 9F1 "j Co: uCutung t: e j orrerruonW y ank$astk CeWaleWj kCs: are oCburtoCucktuon o$y aCukanap&S: ur j Co: uCutuon boer not aj j ld to t: ore j Combung rks: tCeaty ent un t: e sontext o$Sslunusal Cerea Cs: j eCy utteb Cd t: e PCRA anb knbeCan TP A-aj j Combeb unnertugatuonal new bCg aj j lusatuon w: eCe t: e aCusle Ceung emalkateb ur y aCukana oCa sonrtukent t: eCeo$t: at ur ot: eCWure a Canneb sontColleb rkCgrtanse knbeCSebeCal law&

**3) SA- and DUNS Re4uirements**

Sv M AX AVP M c UB]R, S SD VRQUM WRE RNSc Ac c RS TDVSv M / , TV / 3&10 , RNSVAL , DNSVA, SDV VRh M SVASMDN , , Vp^NDX c AE p ANP P ASA UNM RVc AL NUE BRV c ' c SRE 'P UNc p NUE BRVc &' , TV f aC / 3 - Aj j enbu AF

c drtey o$AwaC E anagey ent "c AE panb Unuretal Mentu&eCVeqkuCey entr A&Veqkuy ent $oCc drtey o$AwaC E anagey ent–

Unlerr dok aC e exey j teb $Coy t: ur C eqkuCey ent knbeC/ , TV / 3&10 Wdok War t: e C esuy entWy krt y auntaun t: e sk C ensd o$dokCun$oCy atuon un t: e c AE Wkntul dok rkCy t t: e $unal $unansul C ej oC C eqkuC b knbeCt: ur awaC oC C eseune t: e $unal j ady entW w: us: emeCur late&S: ur C eqkuCer t: at dok C emew anb kj bate t: e un$oCy atuon at leart annkalld a$teCt: ur unutual C egurtC atuonWnb y oC C eqkentld u$ C eqkuC b Cd s: anger un dokCun$oCy atuon oCanot: eCawaC teC y &

B&Veqkuy ent $oCknuqedne entutd ubentu&eCNM dok aC e akt: oC zeb "C $eC ense j C o.est bersCj tuonpto y aHe rkCawaC or knbeC t: ur awaC $dok–

1&E krt notu&d j otentual rkC esuy uentr t: at no entutd 'ree be$nutuon un j aCagCaj : , o$ t: ur awaC teC y py ad C eseune a rkCawaC $Coy dokWknlerr t: e entutd : ar j C ombeb utr knuqke entutd ubentu&eCC to dok&

/ &E ad not y aHe a rkCawaC to an entutdWknlerr t: e entutd : ar j C ombeb utr knuqke entutd ubentu&eCC to dok&

, &P e$nutuonr&ToCj kCy orer o$t: ur awaC teC y –

1&c drtey o$AwaC E anagey ent "c AE py eanr t: e $ebeC al C ej orutoC unto w: us: an entutd y krt j C ombe un$oCy atuon C eqkuC b $oCt: e sonbkst o$C krunerr ar a C esuy uent& Abbutuonal un$oCy atuon aCokt C egurtC atuon j C osebkC y ad C e $oknb at t: e c AE MteCnet rute "sk C entld at–: ttj -4&www&kay &comp&

/ &Unuqke entutd ubentu&eCy eanr t: e ubentu&eCC eqkuC b $oCc AE C egurtC atuon to knuqkeld ubentu$d C krunerr entuter&

8&Rntutd War u t ur kreb un t: ur awaC teC y Wy eanr all o$t: e $ollowungWar be$uneb at / , TV f aC / 3 Wk Cj aC , –

a&A gomeC y ental oC ganuzatuon Ww: us: ur a rtateWosal gomeC y entWoCNMbuan SC Ce; C& A $oC egn j kCus entutd; s&A boy ertus oC $oC egn nonj C $ut oC ganuzatuon; b&A boy ertus oC $oC egn $oCj C $ut oC ganuzatuon; anb e&A TebeC al agensdWkt onld ar a rkC esuy uent knbeC an awaC oCrkC awaC to a non$ebeC al entutd&

F&ck C awaC–

a&S: ur teC y y eanr a legal unrtC ky ent to j C ombe rkj j oCt: e j eC$oC y anse o$and j oC tuon o$t: e rkCtantune j C o.est oCj C ogCay $oCw: us: dok C eseune b t: ur awaC anb t: at dok ar t: e C esuy uent awaC to an elugukle rkC esuy uent&C&S: e teC y boer not unslkbe dokCj C osk C y ent o$j Coj eC td anb reC user neeeeb to saC d okt t: e j C o.est oC j C ogCay "$oC $k C : eC exj lanatuonWee / , TV / 00&880p&s&A rkC awaC y ad C e j C ombeb t: Co kg: and legal agC eey entWnslkbung an agC eey ent t: at dok sonrube Ca sontCast&

3&ck C esuy uent y eanr an entutd t: at–a&Veseuner a rkC awaC $Coy dok knbeC t: ur awaC; anb C&M assoknta C le to dok $oCt: e kre o$t: e $ebeC al $knbr j C ombeb Cd t: ur rkC awaC&

**9) Federal Financial Accountability and Transparency Act (FFATA)**

Vej oCtung ckC awaC or anb Rxesktune , oy j enratune W , TV Wj j enbu A to f aC 170

Version: 203 - 1/27/2021 10:14 PM | Generated on: 5/18/2021 12:16 AM

a&Vej oₒng o$$uₒt tueCrkₒawaₒbr&

1&Aj j lusaₒlutd&Unlerr dok aₒe exey j t ar j ₒmbeb un j aₒagₒaj : b&o$t: ur awaₒb teₒy W dok y krt ₒej oₒeas: astₒn t: at oₒugater 6/3W00 oₒy oₒe un Tebeₒal $knbr t: at boer not unslkbe Vesomeₒd $knbr "ar be$uneb un restₒn 131/"apᶿ/po$t: e Ay eₒsan Vesomeₒd anb Veunnerty ent Ast o$/005Wf kG&L&11-3p$oCa rkₒawaₒb to an entutd "ree be$nutₒnr un j aₒagₒaj : e&o$t: ur awaₒb teₒy p&

/&X : eₒe anb w: en to ₒej oₒ&

u&ᶿ ok y krt ₒej oₒeas: oₒugatung astₒn bersₒₒeb un j aₒagₒaj : a&&o$t: ur awaₒb teₒy to : ttj -4wwwₒ&rₒ&omₒ&

u&ₒoCrkₒawaₒb un$oₒy atₒnWej oₒ no lateₒt: an t: e enb o$t: e y ont: $ollowung t: e y ont: un w: us: t: e oₒugatₒn war y abe&ₒoCexay j leW$t: e oₒugatₒn war y abe on Nomₒy ₒeC7W010W: e oₒugatₒn y krt ₒe oₒej oₒeb ₒd no lateₒt: an P esey ₒeC81W /010&

8&X : at to ₒej oₒ&ᶿ ok y krt ₒej oₒt: e un$oₒy atₒn aₒokt eas: oₒugatung astₒn t: at t: e rkₒy urrₒn unrtₒkstₒnr j orteb at : ttj -4wwwₒ&rₒ&omrj esufₒd&

ₒ&Vej oₒng Sotal , oy j enratₒn o$Vesyₒ uent Rxesektₒner&

1&Aj j lusaₒlutd anb w: at to ₒej oₒ&ᶿ ok y krt ₒej oₒ total soy j enratₒn $oCeas: o$ dokₒ$une y ort : uₒ: ld soy j enrateb exesektₒner $oₒt: e j ₒesebung soy j leteb $ursal deaₒW u$

u&t: e total Tebeₒal $knbung akt: oₒzeb to bate knbeₒt: ur awaₒb ur 6/3W00 oₒy oₒe;

u&n t: e j ₒesebung $ursal deaₒWdok ₒeseuneb "Ap90 j eₒent oₒy oₒe o$dokCannkal gₒorr ₒemenker $ₒoy Tebeₒal j ₒoskₒey ent sontₒastr "anb rkₒsontₒastrpanb Tebeₒal $unansual arrurtanse rkₒest to t: e Sₒanrj aₒensd AstWar be$uneb at /, TV 170&&/0 "anb rkₒawaₒbrpₒ anb "Bp6/3W00W00 oₒy oₒe un annkal gₒorr ₒemenker $ₒoy Tebeₒal j ₒoskₒey ent sontₒastr "anb rkₒsontₒastrpanb Tebeₒal $unansual arrurtanse rkₒest to t: e Sₒanrj aₒensd AstWar be$uneb at /, TV 170&&/0 "anb rkₒawaₒbrpₒ anb

u&$: e j kₒlus boer not : ame asserr to un$oₒy atₒn aₒokt t: e soy j enratₒn o$t: e exesektₒner t: ₒokg: j eₒobus ₒej oₒr $uleb knbeₒrestₒn 18"apoₒ13"bpo$t: e ceskₒtuer Rxs: ange Ast o$158F"13 U&&&79y "apW9o"bppoCrestₒn ( 10F o$t: e ₒteₒal Vemenke , obe o$159( &$So beteₒy une u$t: e j kₒlus : ar asserr to t: e soy j enratₒn un$oₒy atₒnWee t: e U&&ceskₒtd anb Rxs: ange , oy y urrₒn total soy j enratₒn $ulungr at : ttj -4wwwₒ&es₀ₒ&omₒanrweₒ4exesoy j &ty ₒ&

/&X : eₒe anb w: en to ₒej oₒ&ᶿ ok y krt ₒej oₒ exesektₒne total soy j enratₒn bersₒₒeb un j aₒagₒaj : ₒ&l &o$t: ur awaₒb teₒy –

u&Ar j aₒl o$dokₒₒegurtatₒn j ₒo$ule at : ttj r-4wwwₒ&ay ₒ&omₒ&

u&Bd t: e enb o$t: e y ont: $ollowung t: e y ont: un w: us: t: ur awaₒb ur y abeWanb annkalld t: eₒa$teₒ&

s&Vej oₒng o$Sotal , oy j enratₒn o$ckₒesyₒ uent Rxesektₒner&

1&Aj j lusaₒlutd anb w: at to ₒej oₒ&Unlerr dok aₒe exey j t ar j ₒmbeb un j aₒagₒaj : b& o$t: ur awaₒb teₒy V$oCeas: $uₒt tueCrkₒesyₒ uent knbeₒt: ur awaₒbWlok r: all ₒej oₒt: e nay er anb total soy j enratₒn o$eas: o$t: e rkₒesyₒ uent'r $une y ort : uₒ: ld

soy j enrateb exesktuner $oCt: e rkϾsuj uent'r j Ͼsebung soy j leteb $ursal deaϾWS

u&n t: e rkϾsuj uent'r j Ͼsebung $ursal deaϾW: e rkϾsuj uent Ͼseuneb "Ap90 j eϾent oϾ y oϾ o$ur annkal gϾrr Ͼmenker $Ͼy TebeϾal j Ͼsku&y ent sontϾastr "anb rkϾsontϾastrpanb TebeϾal $unansual arrurtanse rkϾest to t: e SϾanrj aϾensd AstϾWir be$uneb at / , TV 170&/ 0 "anb rkϾawaϾrpj anb "Bp6/ 3W00W00 oϾy oϾ un annkal gϾrr Ͼmenker $Ͼy TebeϾal j Ͼsku&y ent sontϾastr "anb rkϾsontϾastrpW anb TebeϾal $unansual arrurtanse rkϾest to t: e SϾanrj aϾensd Ast "anb rkϾawaϾrpj anb

u&S: e j kϾus boer not : ame asserr to un$oϾy atuon aϾokt t: e soy j enratuon o$t: e exesktuner t: Ͼokg: j eϾobus Ͼej oϾr $uleb knbeϾrestuon 18"apoϾ13"bpo$t: e seskϾtuer Rxs: ange Ast o$158F "13 U&& &79y "apW9o"bppoϾrestuon ( 10F o$t: e MteϾnal Vemenke , obe o$159( &$o beteϾy une u$t: e j kϾus : ar asserr to t: e soy j enratuon un$oϾy atuonWee t: e U&& eskϾtd anb Rxs: ange , oy y urruon total soy j enratuon $ulungr at : ttj -4Ⅰwww&es&gomⅠanrwe Ͼ4exesoy j &ty &o

/ &X : e Ͼ anb w: en to Ͼej oϾ& ok y krt Ͼej oϾr rkϾsuj uent exesktune total soy j enratuon bersϾ eb un j aϾagϾaj : s&l&o$t: ur awaϾ teϾy –

u&$o t: e Ͼesuj uent&

u&Bd t: e enb o$t: e y ont: $ollowung t: e y ont: bkϾng w: us: dok y aϾe t: e rkϾawaϾ& ToϾexay j leWϾa rkϾawaϾ ur oϾugateb on and bate bkϾng t: e y ont: o$DstoϾeϾo$a gumen deaϾ"u&&Ͼetween DstoϾeϾl anb 81pWdok y krt Ͼej oϾ and ϾejkuϾeb soy j enratuon un$oϾy atuon o$t: e rkϾesuj uent Ͼd Noney ϾeϾ80 o$t: at deaϾ&

b&Rxey j tuonr NϾWin t: e j Ͼemokr tax deaϾWdok : ab gϾrr unsoy eWϾoy all rokϾerW knbeϾ6800W00Wdok aϾe exey j t $Ͼoy t: e Ͼejku Ͼy entr to Ͼej oϾ–

u&ckϾawaϾrWanb

u&S: e total soy j enratuon o$t: e $une y ort : ug: ld soy j enrateb exesktuner o$and rkϾesuj uent&

e&P e$unutuonr&ToϾj kϾ orer o$t: ur awaϾ teϾy –

1&Rntutd y eanr all o$t: e $ollowungWir be$uneb un / , TV j aϾ/ 3–

u&A h omeϾy ental oϾganuzatuon W: us: ur a ctateWosal gomeϾy entWoϾMbuan tϾϾe;

u&A $oϾugn j kϾus entutd;

uu&A boy ertus oϾ$oϾugn nonj Ͼo$ut oϾganuzatuon;

un&A boy ertus oϾ$oϾugn $oϾj Ͼo$ut oϾganuzatuon;

m&A TebeϾal agensdWϾkt onld ar a rkϾesuj uent knbeϾan awaϾ oϾrkϾawaϾ to a non-TebeϾal entutd&

/ &Rxesktune y eanr o$$useϾWy anagung j aϾneϾWoϾand ot: eϾey j lodeer un y anagey ent j orutuonr&

8&ckϾawaϾ–

u&S: ur teϾy y eanr a legal unrtϾky ent to j Ͼombe rkj j oϾ$oϾt: e Ͼe$oϾy anse o$and j oϾtuon o$t: e rkϾatuntune j Ͼo.est oϾj ϾogϾy $oϾw: us: dok Ͼseuneb t: ur awaϾ anb t: at dok ar t: e Ͼesuj uent awaϾ to an eluguϾe rkϾesuj uent&

uu&S: e teℭy boer not unslkbe dokℭj ℭoskℭey ent o$j ℭoj eℭd anb reℭmuser neebeb to saℭℭd okt t: e jℭo.est oℭjℭogℭay "ℭoℭSkℭ: eℭexj lanatonℭee ces&__&/ 10 o$t: e attas: y ent to DE B , uℭSklaCA-188ℭakbutr o$ℭctaterℭosal h omeℭny entrℭanb Nonjℭo$t Dℭganuatonrp&

uu&A rkℭawaℭy ad ℭe j ℭombeb t: ℭokg: and legal agℭey entℭnslkbung an agℭey ent t: at dok oℭa rkℭℭsuj uent sonrubeℭ a sontℭast&

F&ckℭℭsuj uent y eanr an entutd t: at–uℭℭeseuner a rkℭawaℭℭ Sℭoy dok "t: e ℭℭsuj uentp knbeℭt: ur awaℭℭ; anb uu&ℭassokntaℭe to dok $oℭt: e kre o$t: e Tebeℭal Sknbr j ℭombeb t: e rkℭawaℭℭ&

3&ℭotal soy j enraton y eanr t: e sar: anb nonsar: bollaℭmalke eaℭneb ℭd t: e exesktune bkℭng t: e ℭℭsuj uent'r oℭrkℭℭsuj uent'r j ℭesebung Sursal deaℭanb unslkber t: e ℭollowung "ℭoℭy oℭe unℭoℭy aton ree 17 , ℭV / / 5&ℭ0/ "sp⁵/ pp–

u&ℭalaℭd anb ℭonkr&

u&Awaℭr o$rtosHℭtosHoj tuonrℭanb rtosHaj j ℭesuaton ℭog: tr&ℭure t: e bollaℭay oknt ℭesognuzeb $oℭSunansual rtatey ent ℭej oℭung j kℭorer wut: ℭerj est to t: e Sursal deaℭun assoℭℭanse wut: t: e ℭtatey ent o$Tunansual Assokntung ℭtanbaℭr No&ℭd/ 8 "ℭemreb / 00Fp"TAc 1/ 8Vpℭe: aℭeb Bareb f ady entr&

uu&Raℭungr $oℭCreℭmuser knbeℭnon-eqktutd unsentune j lanr&S: ur boer not unslkbe gℭokj lufeℭealt: ℭorj utaluzaton oℭy ebusal ℭey ℭkℭey ent j lanr t: at bo not bursℭy unate un Sano ℭo$ exesktune anb aℭe amalaℭe geneℭalld to all ralaℭeb ey j lodeer&

un&: ange un j enruon malke&S: ur ur t: e s: ange un j ℭerent malke o$be&Sneb ℭeneℭut anb astkaℭal j enruon j lanr&

m&A ℭome-y aℭet eaℭungr on be&eℭℭeb soy j enraton w: us: ur not tax-qkaluℭueb&m&ℭ Dt: eℭsoy j enratonℭS: e aggℭegate malke o$all rks: ot: eℭsoy j enraton "e&ℭ remeℭanseℭeℭy unaton j ady entrℭnalke o$lufe unrkℭanse j aub on ℭe: al$o$t: e ey j lodeeℭyeℭℭgkruter oℭjℭoj eℭℭdp$oℭt: e exesktune exseebr 610ℭ000&ℭ73 ℭV 33(( 5ℭ c ej t&ℭFℭ010ℭar ay enbeb at 75 ℭV 73975ℭes&ℭ5ℭ01FY

## 8) - andatory Disclosures

, onruret wut: F3 , ℭV 73&18ℭaj j luantrn anb ℭℭsuj uentr y krt burslore un a tuy eld y anneℭℭn wℭtung to t: e v v v c D&Suse o$ℭrj estoℭh eneℭal "DℭℭℭpℭℭlI unℭoℭy aton ℭℭlateb to molatuonrℭℭℭrkℭrj esteb molatuonrℭℭS Tebeℭℭℭal sℭy unal law unnolmung Sℭℭkbℭ ℭℭℭℭeℭℭℭℭCgℭℭtkutd molatuonr j otentualld a&Sestung t: e Tebeℭℭal awaℭℭ&ckℭℭsuj uentr y krt burslore ℭn a tuy eld y anneℭℭn wℭtung to t: e j ℭy e ℭℭsuj uent "j arr t: ℭokg: entutdpanb t: e v v v c Dℭℭℭ ℭℭll unℭoℭy aton ℭℭlateb to molatuonrℭℭℭrkℭrj esteb molatuonrℭ o$Tebeℭℭℭal sℭy unal law unnolmung SℭℭkbℭℭℭℭℭeℭℭℭCgℭℭtkutd molatuonr j otentualld a&Sestung t: e Tebeℭℭal awaℭℭ&ℭℭ urslorkℭer y krt ℭe rent un wℭtung to t: e awaℭℭung agensd anb to t: e v v v c Dℭℭ at t: e ℭollowung abbℭℭrrer–

U&&ℭ ℭej aℭℭy ent o$v ℭealt: anb v ky an c eℭmuser D&Suse o$ℭrj estoℭh eneℭal ASSN–E anbatoℭℭd h ℭant ℭurslorkℭerℭℭtaℭe , oo ℭℭunatoℭℭ880 ℭℭbej enbense AmenkeℭEℭ c Xℭℭo: en Bkℭℭbungℭℭooyℭ33/ 7 X ar: ungtonℭℭ , , / 0/ 01

Tax–"⁵/ 0/ p/ 03-0( 0F "ℭℭslkbe "E anbatoℭℭd h ℭant ℭurslorkℭer) un rkℭ Gest lunepoℭey aul–

E anbatoCdh CanteePurslorkCer@oug&: r&om

TaulkCe to y aHE CeqkuCeb burslorkCer san Cerklt un and o$t: e Cey ebuer bersCCeb un F3, TV 73&871 Cey ebuer $oCConsoy j luanseWnslkbung rkrj enruon oCbeCaCy ent 'ree /, TV j aCr 190 i  87( anb 81 U&&&88/ 1p&

## 10) The Trafficking Victims Protection Act of 2000 (22 U.S.C. 310q(G)), as amended, and 2 C.F.R. PART 135

S: e SCa$$isHng I ustuy r f Cotestuon Ast o$/ 000 akt: oCzer teCy unatuon o$$unansual arrurtanse j Combeb to a j Cmate entutdWut: okt j enaltd to t: e TebeCal gomeCy entW$ t: e Cesuj uent oCrkCesuj uent engager un seCCaun astumtuer Celateb to tCa$$isHng un j eCconr&CAE v cA y ad knulateCalld teCy unate t: ur awaCbWut: okt j enaltdW$a j Cmate entutd Cesuj uentWoCa j Cmate entutd rkCesuj uentWoCt: euCey j lodeer– apRngage un remeCe $oCy r o$tCa$$isHng un j eCconr bkCung t: e j eCob o$tuy e t: at t: e awaCb ur un e$$est; Cpf u$oskCe a soy y eCCual rex ast bkCung t: e j eCob o$tuy e t: at t: e awaCb ur un e$$est; oCWpUre $oCeb laCoCun t: e j eCSoCy anse o$t: e awaCb oCrkCawaCbr knbeCt: e awaCb&$: e text o$t: e $kll awaCb teCy ur amulaCe at /, &T&V&l 73&3'Cp&cee : ttj -4wwwj o&om$brdr4 Hg4, TV-/ 01/-tulle/-mol14 b$4, TV-/ 01/-tulle/-mol1-res173-13&cb$&

## 11) Drug7Free Workplace Re4uirements

S: e P Ckg-TCee X oCHj lase Ast o$1599 'Fl U&&&701 et req&&CeqkuCer t: at all oCCanzatuonr Ceseumng gCantr $Coy  and TebeCal agensd agCee to y auntaun a bCkg-$Cee woCHj lase&X : en t: e AV rugneb t: e aj j lusatuonW: e AV agCeeb t: at t: e Cesuj uent wull j Combe a bCkg-$Cee woCHj lase anb wull soy j ld wut:  t: e Ceqkucey ent to notu$d cAE v cA u$an ey j lodee ur sonmusteb o$mulatung a sCy unal bCkg rtatkte& TaulkCe to soy j ld wut:  t: ere Ceqkucey entr y ad Ce sakre $oCbeCaCy ent&h omeCy ent wtbe CeqkucCy entr $oCP Ckg-TCee X oCHj lase $oCTunansual Arrurtanse aCe $oknb un /, TV j aCr 19/; v v c uy j ley entung Ceglkatumnr aCe ret $oC: un /, TV j aCr 89/&$00&All Cesuj uentr o$cAE v cA gCant $knbr y krt soy j ld wut:  t: e CeqkuCey entr un ckCj aC B 'oCckCj aC..., u$t: e Cesuj uent ur an unbumbkalpo$f aC 89/ &

## 12) Lobbying

No $knbr j Combeb knbeCt: e attas: eb Notuse o$AwaCe 'NoApy ad Ce kreb Cdl dok oC and rkG-Cesuj uent knbeCt: e gCant to rkj j oC loCClung astumtuer to un$lkense j Coj oreb oCj enbung $ebeCal oCrtate legurlatuon oCaj j Coj Catuonr&$: e j C: uCutuon Celater to t: e kre o$$ebeCal gCant $knbr anb ur not untenbeb to a$$est dokCCge t oCt: at o$anb ot: eC oCCanuzatuonWo j etutuon , ongCerr oCand ot: eCClemel o$gomeCy entW: Cokg: t: e kre o$t: ot: eCnon$ebeCal Cerok Cer& Ve$eCense F3 , TV f aC 58&

## 1M) Accessibility Provisions

h Cant Cesuj uentr o$TebeCal $unansual arrurtanse 'TTAp$Coy  v v c y krt aby unurteCt: euC j CoCgCay r un soy j luanse wut:  TebeCal suml Cg: tr law&$: ur y eanr t: at Cesuj uentr o$ v v c $knbr y krt enrkCe eqkal asserr to t: euCj CoCgCay r wut: okt CegaCb to a j eCon r CaseWoloCWnatuonal oCCung WuraCilutdWige Wnb un roy e su$sky rtanser Wex anb Celuguon&$: ur unslkber enrkCng dokCCoCgCay r aCe asserruCle to j eCconr wut:  luy uteb Rnglur: j CoSusuensd& S: e v v c D$$uese $oC, unul Vug: tr alro j Combber gkubanse on soy j ldung wut:  suml Cg: tr lawr en$oCeb Cd v v c &fleare ree

: ttj -44www&: r&gom4bs⅁sumⅼ⅁g: tr4knbe⅁tanbung4restuon13374nbex&ty l&Vesųi uentr o$TTA alro : ane rj esuⅰus legal o⅁ugatuonr $oCre⅁ning qkalu⅁eb unbumbkalr wut: bura⅁utter& fleare ree

: ttj -44www&: r&gom4bs⅁sumⅼ⅁g: tr4knbe⅁tanbung4bura⅁ulutd4nbex&ty l&fleare sontast t: e v v c D$$use $oC, umⅼ Vu⅁: tr $oCy o⅁e un$o⅁y atuon a⅁okt o⅁ugatuonr anb j⅁: u⅁utuonr knbeCTebe⅁al sumⅼ⅁g: tr lawr at : ttj r-44www&: r&gom4sumⅼ-⅁g: tr4nbex&ty l oCsall 1-900-8(9-1015 oCSP P 1-900-387-7(57& Alro note t: at ut ur an v v c Pej a⅁y ental goal to enrk⅁e asserr to qkalutd⅁ⅼkltk⅁alld soy jetent sa⅁e⅁ unslkbung long-te⅁y re⅁nuser anb rkj j o⅁rⅤ⅁oCnklne⅁a⅁e j oj klatuonr⅁ToC⅁k⅁: eC gkubanse un j⅁ombung skltk⅁alld anb lungkurtusalld aj j⅁j ⅁ate re⅁nuserⅤⅤesųi uentr r: oklb ⅁emew t: e National ⅁tanba⅁or $oC, kltk⅁alld anb Lungkurtusalld Aj j⅁j ⅁ate ce⅁nuser un v ealt: anb v ealt: , a⅁e at

: ttj r-44y uno⅁utd: ealt: &: r&gomaby : 4⅁⅁owre&rj x?lmⅼ=1i lmⅼub=( &

## 1q) Audits

Non-Tebe⅁al ⅁esųi uentr t: at exj enb 6730Ⅴ⅁00 oCy o⅁e un⅁ebe⅁al awa⅁or bk⅁ng t: e ⅁esųi uent'r $ursal dea⅁y krt o⅁auan akbut sonbksteb $oCt: at dea⅁un asso⅁banse wut: t: e j⅁omruonr o$F3 , TV 5(&81&

Vesųi uentr a⅁e ⅁erj onru⅁e $oCrk⅁y uttng t: eu⅁⅁ungle Akbut Vej o⅁r anb t: e Pata , ollestuonr To⅁y r "cT-TA, pelest⅁onusalld to t: e to t: e Tebe⅁al Akbut , lea⅁ng: okre I urut burslaų e⅁j age "TA, pwut: un t: e ea⅁ue⅁o$80 badr a⅁te⅁⅁esųi t o⅁nune y ont: r a⅁te⅁t: e T" r enb o$t: e akbut je⅁ob&$: e TA, oj e⅁ater on ⅁e: al$o$t: e DE B&

ToCrj esu⅁us qkertuonr anb un$o⅁y atuon sonse⅁ung t: e rk⅁y urruon j⅁oserr—I urut t: e Tebe⅁al Akbut , lea⅁ng: okre at : ttj r-44 a⅁merte⅁&enrkr&gom4aswe⅁ oC, all TA, at t: e toll-$⅁e nky ⅁e⅁ "900p/38-0(5(

## Reporting Re4uirements:

## Federal Financial Report (FFR)

S: e ⅁esųi uent ur ⅁eqku⅁eb to rk⅁y ut a Tebe⅁al Tunansual Vej o⅁ "TTVp50 badr a⅁te⅁t: e slore o$t: e je⅁o⅁y anse j e⅁ob "j ⅁.est j e⅁obp&$: e j T-F/ 3 r: all ⅁ej o⅁ total $knbr o⅁ugateb anb total $knbr exj enbeb ⅁d t: e g⅁antee&

R$$estune ]anka⅁d 1Ⅴ⅁0/ 1Ⅴiwa⅁e ⅁esųi uentr a⅁e ⅁eqku⅁eb to rk⅁y ut t: e cT-F/ 3 Tebe⅁al Tunansual Vej o⅁ "TTVpma t: e f ady ent E anagey ent cdrteų "f E cp&⅁t: e unbumbkal ⅁erj onru⅁e $oCTTV rk⅁y urruon boer not al⅁eabd : ane an assoknt wut: f E cⅤ jleare [sontast f E c](#) to o⅁aun asserr&

Vesųi uentr y krt luqkubate all o⅁ugatuon unsk⅁⅁eb knbeCan awa⅁o not late⅁t: an nunetd "50pbadr a⅁te⅁t: e enb o$t: e awa⅁o o⅁ugatuon anb exj enbtk⅁e j e⅁ob "u&&Ⅴ: e j ⅁.est j e⅁obpw: us: alro sonnsuber wut: t: e bke bate $oCrk⅁y urruon o$t: e TⅠⅤAL cT-F/ 3Ⅴ *Federal Financial Report* "TTVp&A⅁te⅁nunetd "50pbadr�ⅤⅤette⅁o$s⅁ebut assokntr a⅁e losⅠ⅁eb&cAE v cA boer not aj j⅁ome extenruonr to t: e nunetd "50pbad j ort-awa⅁o ⅁esonsuluatuon4luqkubatuon j e⅁ob&$: e Vesųi uentr a⅁e exj esteb to soy j lete all wo⅁⅁anb ⅁ej o⅁tng wut: un t: e aj j ⅁omeb j ⅁.est j e⅁ob anb t: e a$o⅁y entuoneb 50-bad j ort-awa⅁o ⅁esonsuluatuon4luqkubatuon j e⅁ob&Vesųi uentr "latepwut: b⅁awal ⅁eqkertr ossk⅁⅁ung a⅁te⅁t: e a$o⅁y entuoneb j e⅁obr a⅁e benueb&Ⅿ ⅁a⅁e unrtanserⅤ⅁ AE v cA

y ad aj j Come an extenrion to rkGy ut a TMAL c T-F/ 3 TTV Gej oGWGkt t: ur ur *not* an extenrion o$t: e 50-bad j ort awaG Gesonsiuation4iukibation j eGobWGkt Gat: eConld an extenrion to rkGy ut: e Tunal c T-F/ 3 Gej oG "TTVp&

### Annual Report

Vej oGGung on t: e AVf A Sknbung ur GeqkuGeb&cntater y krt j Gej aGe anb rkGy ut t: euG Gerj estune Gej oGr ktuluzung X eGBh Ac&TaulkGe to soy j ld wut: t: ere GeqkuGey entr y ad sakre t: e inutuiton o$enSoGey ent astuonr t: at san skly inate in bursontunkation o$ c ABh gGantr&

' okCarriuneb c ABh f GogGay DSSusual wull j Combe SkG: eCgkibanse anb abbutional rkGy iruon inSoGy ation&

M assoGbanse wut: t: e Gegklatod GeqkuGey entr j Combeb at F3 , TV 73&18 anb Aj j enbux ONMo F3 , TV f aG 73Wesuj uentr t: at : ame skGGentld astune TebeGal gGantrWsooj eGatune agGGey entrWanb j GoskGey ent sontGastr wut: sky klatune total malke gGateCt: an 610W00W00 y krt Gej oG anb y auntain inSoGy ation in t: e cdrtey SoCAwaG E anagey ent "c AE paGokt sumlWGy unalWunb aby unurtGatune j Gseebungr in sonnestuon wut: t: e awaG oGj eGSoGy anse o$a TebeGal awaG t: at Gas: eb Sunal burj oriruon wut: in t: e y ort Gesent Sume-deaGj eGobb&S: e Gesuj uent y krt alro y aHe rey unnnkal burslorkGer GegaGbung rks: j Gseebungr&f Gseebungr inSoGy ation wull Ge y abe j kGusld amaulaGe in t: e berugnateb untegGtd anb j eGSoGy anse rdrtey "skGGentld t: e TebeGal AwaGGee f eGSoGy anse anb MntegGtd MSoGy ation cdrtey "TAf Mdpp&Tkll Gej oGGung GeqkuGey entr anb j Gsebk Ger aGe Soknb in Aj j enbux ONMo F3 , TV f aG 73G

### Staff Contacts:

Lunba TkltonWGogGay DSSusual
**Phone–**/ F0-/ 7( -1378  **Email:** lunba&sklton@ray : ra&: r&om  **Fa6:** / F0-/ 7( -/ 980

X enbd f angWi Gantr cj esulurt
**Phone:** "/ F0p/ 7( -1F15  **Email:** wenbd&jang@ray : ra&: r&om  **Fa6:** "/ F0p/ 7( -1F80