## DECLARATION OF GINA DEBLASSIE

I, Gina DeBlassie, declare as follows:

1.      I am a resident of the State of New Mexico. I am over the age of 18 and have

personal knowledge of all the facts stated herein, except to those matters stated upon information

and belief; as to those matters, I believe them to be true. If called as a witness, I could and would

testify competently to the matters set forth below.

2.      I am currently employed by the New Mexico Department of Health

("Department"; DOH) as the Cabinet Secretary.

3.      As Cabinet Secretary, I am responsible for the administration of all programs

within the Department.

4.      NMDOH recently received four award terminations from the U.S. Department of

Health and Human Services, Centers for Disease Control and Prevention/Centers for Disease

Control and Prevention. The total value of the terminated awards was $40,094,793.57 in

remaining balance, from 205,443,388.00 of originally awarded funds. All terminations were "for

cause" based on the end of the COVID pandemic, rather than failure of Department of Health  to

follow the terms or conditions of the grants. Each award termination uses the same identical form

language stating that the purpose of this amendment is to terminate the use of any remaining

COVID-19 funding associated with this award. Descriptions of each award and the effects of

these terminations follow.

**ELC CARES EMERGING ISSUES**

**COVID-19 SUPPLEMENTAL (ENHANCED DETECTION)**

**ELC ENHANCED DETECTION EXPANSION**

**ELC SHARP 2 SUPPLEMENTAL**

5.    In 2019, the Department of Health and Human Services, Centers for Disease

Control and Prevention invited applications for 2019 Epidemiology and Laboratory Capacity for

Prevention and Control of Emerging Infectious Disease (ELC).

6.

**ELC CARES EMERGING ISSUES - Emerging Issues ( E) Project funding for**

**adjusting community mitigation in response to COVID-19**

As part of the "Coronavirus Aid, Relief, and Economic Security Act" or the "CARES

Act" of 2020, ELC awarded a total of nearly $631 million to our recipient base in a

program-initiated component funding under the Emerging Issues (E) Project of CK19-

1904, henceforth 'ELC CARES'.  The intention of this funding was to rapidly establish

and monitor key activities related to COVID-19 in the areas of epidemiology, laboratory,

and informatics.  Monitoring the indicators associated with these activities was intended

to assist state, local, and territorial governments in making data-driven policy decisions

regarding testing, mitigation, and prevention efforts.

**COVID-19 SUPPLEMENTAL (ENHANCED DETECTION) - Emerging Issues (E) Project:**

**Funding for the Enhanced Detection, Response, Surveillance, and Prevention of COVID-19**

**Supported through the Paycheck Protection Program and Health Care Enhancement Act of**

**2020**

Resources provided via this award were intended to support necessary expenses to

implement and oversee expanded testing capacity for COVID-19/SARS-CoV-2,

including the ability to process, manage, analyze, use, and report the increased data

produced.  Recipients were to establish a robust SARS-CoV-2 testing program that

2

ensured adequate testing was made available according to CDC priorities, including but not limited to diagnostic tests. Only current ELC recipients were eligible to receive awards associated with the supplement described in this guidance.  While tribal nations were not included in these awards, other federal support was provided in the Paycheck Protection Program and Health Care Enhancement Act of 2020.  ELC enhancing detection was for contact tracing and surveillance of asymptomatic persons to determine community spread.  Recipients would assure that provisions were in place to meet future surge capacity testing needs including point of care or other rapid result testing for local outbreaks.  Plans were to include plans for testing at non-traditional sites (e.g., retail sites, community centers, residential medical facilities, or pharmacies); testing of at risk populations including elderly, disabled, those in congregate living facilities including prisons, racial and ethnic minorities, and other groups at risk due to high frequency of occupational or nonoccupational contacts;  and were also meant to address any essential partnerships with academic, commercial, and hospital laboratories to successfully meet testing demand.  Plans were to explicitly detail how a minimum of 2% of the state's population would be tested each month beginning immediately; as well as plans to increase that number by Fall 2020.  Plans were to include a list of established and proposed laboratories that will be testing for SARS-CoV-2 in each state along with each laboratory's available platforms and throughput, that were used for testing and indicate per laboratory, testing projections by month through December 31st, 2020. (Extended through 7/31/2026).

**ELC ENHANCED DETECTION EXPANSION - Project E: Emerging Issues Funding for the Enhanced Detection, Response, Surveillance, and Prevention of COVID-19**

## Supported through the Coronavirus Response and Relief Supplemental Appropriations Act of 2021

As part of the CARES Act and Paycheck Protection Program and Health Care Enhancement Act supplements, the ELC awarded approximately $11 billion in 2020 to help address the domestic response to COVID-19.  To provide additional critical support to jurisdictions as they continue to address COVID-19 within their communities, $19.11 billion from the Coronavirus Response and Relief Supplemental Appropriations Act of 2021, P.L. 116-260, was to be provided to ELC recipients.  These additional resources, by law, were intended to "prevent, prepare for, and respond to coronavirus" by supporting testing, case investigation and contact tracing, surveillance, containment, and mitigation. Such activities could include support for workforce, epidemiology, use by employers, elementary and secondary schools, child care facilities, institutions of  higher education, long-term care facilities, or in other settings, scale up of testing by public health, academic, commercial, and hospital laboratories, and community-based testing sites, mobile testing units, health care facilities, and other entities engaged in COVID–19 testing, and other  activities related to COVID–19 testing, case ELC Enhancing Detection Expansion Guidance - 1/12/2021 investigation and contact tracing, surveillance, containment, and mitigation (including interstate compacts or other mutual aid agreements for such purposes).

**ELC SHARP 2 SUPPLEMENTAL** -  This first strategy was to build on existing Healthcare-Associated Infections and Antimicrobial Resistance (HAI/AR) Programs supported through core funding The second activity was designed to s retain and build HAI/AR program workforce capacity and implement activities focused on HAI/AR program workforce development (e.g.,

education and training opportunities. . In addition, this activity also included in-person

attendance at CDC-funded national or regional meetings annually.  Another optional activity was

to participate in an HAI/AR Program Analytics & Evaluation Collaborative. In coordination with

CDC, participating recipients would evaluate the effectiveness of HAI/AR prevention and

response strategies. 7. As set out in its grant proposals, Department of Health intended to use the

Epidemiology and Laboratory Capacity (ELC) Program to detect, prevent and respond to

infectious diseases and outbreaks. The terminated funding explicitly is directed at the prevention

and control of respiratory threats to the public's health. Epidemiological and laboratory services

have been enhanced to ensure effective response to future health care threats.

      8.    **Timelines for grants:**

**ELC CARES EMERGING ISSUES** – Received – 8/1/2019 – Expires 7/31/2024 Extended

7/31/2026 Total award: $6,638,183.00 with remaining balance of $531,484.62

COVID-19 SUPPLEMENTAL (ENHANCED DETECTION) – 1/14/2021 – Expires 7/31/202

Extended 7/31/2024 Total award: $77,283,762.00 with remaining balance of $1,400,265.63

**ELC ENHANCED DETECTION EXPANSION** - Received 4/27/2021 -Expires 7/31/2024

Extended 7/31/2026 Total award: $120,690,087.00 with remaining balance of $37,548,819.29

**ELC SHARP 2 SUPPLEMENTAL** – Received 3/18/2024-Expires 7/31Total award:

$831,356.00 with remaining balance of $614,224.03

      9.    On 8/1/2019 – 1/14/2021 – 4/27/2021 and 3/18/2024, Department of Health and

Human Services, Centers for Disease Control and Prevention/Centers for Disease Control and

Prevention produced a Notice of Award setting forth the terms and conditions of the grant award.

A true and correct copy of the corresponding Notice of Award and its attachments, dated

8/1/2019 – 1/14/2021 – 4/27/2021 and 3/18/2024, is attached as Exhibit A. Department of Health

and Human Services, Centers for Disease Control and Prevention/Centers for Disease Control
and Prevention is permitted to terminate funds only if a non-Federal recipient or subrecipient
fails to comply with the terms and conditions of the award, or separately, "for cause." A true and
correct copy of the grant award termination notice is attached as Exhibit B.

10.    Since the award dates of 8/1/2019 – 1/14/2021 – 4/27/2021 and 3/18/2024, the
Department has used the 2019 Epidemiology and Laboratory Capacity for Prevention and
Control of Emerging Infectious Disease (ELC) grant funds in a manner fully consistent with
Department of Health and Human Services, Centers for Disease Control and Prevention/Centers
for Disease Control and Prevention statements regarding the nature of the grant and DOH's grant
application.

11.    The State of New Mexico has used these funds strategically to build infrastructure
to preserve and improve the health status of New Mexico.

12.    Below are the remaining amount of funds committed by HHS to NMDOH as of
March 24, 2025 all of these funds were to expire on July 31, 2026 except for ELC SAHRP 2
Supplemental funding that ends 7/31,2027.

**ELC CARES EMERGING ISSUES $531,484.62**

**COVID-19 SUPPLEMENTAL (ENHANCED DETECTION) $1,400,265.63**

**ELC ENHANCED DETECTION EXPANSION $37,548,819.29**

**ELC SHARP 2 SUPPLEMENTAL $614,224.03**

The Department draws down funds on a monthly basis. The next draw is scheduled for April
11-17, 2025.

13.    The New Mexico Department of Health regularly submits performance measures,
grant and grant milestone progress reports to CDC each quarter along with a fiscal report to

document spending. NMDOH has successfully applied for each year of funding or supplemental funding opportunity by the application deadline dates and with appropriate content and quality to receive funds with few limitations placed by the grantor.

14.    These funds have been approved for respiratory disease surveillance that could include SARS-CoV-2. The funds have contributed significantly to improved surveillance, response and data visualization for influenza, respiratory syncytial virus, pertussis, and measles. The infrastructure to present these data on our website dashboards for public understanding of respiratory pathogens circulation in our communities has been supported with these funds. Data system integration between public and private healthcare systems and laboratories have improved with this funding leading to more efficient public health response to infectious diseases and for the prevention and control of diseases in our state. The state public health laboratory has modernized testing equipment, computer systems and its laboratory information system with this funding to approach a modern interoperable laboratory testing and result reporting operation to improve efficiency of the healthcare and public health systems of the state. NMDOH has received approval for extensions and repurposing of the funds with only minor required clarifications or technical review responses.  All of these activities have been coordinated to improve the state of New Mexico's pandemic response plans making New Mexico better prepared to address emerging pathogens, pandemics and public health emergencies.

15.    On March 25, 2025, without any prior notice or indication, Department of Health and Human Services, Centers for Disease Control and Prevention/Centers for Disease Control and Prevention informed DOH that effective March 24, 2025, its Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Disease (ELC) was being terminated as of March 24, 2025. See Exhibit B.

16.     The award was terminated "for cause." The Notice of Termination states, "The purpose of this amendment is to terminate this award, which is funded by COVID-19 supplemental appropriations. The termination of this award is for cause." The notice further states that the end of the COVID-19 pandemic justifies cause to terminate COVID-19 related grants and cooperative agreements.

17.     The notice did not include information regarding appeal rights and processes. The CDC, historically, has not terminated grant funding without forewarning and preparations to continue critical functions. Part of the strength of the federal funding lies in the stability of the funding for long-term program support to prevent disease spread and raise the health status of our populations.

18.     DOH relied and acted upon its expectation and understanding that HHS would fulfill its commitment to provide Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Disease (ELC) funding it had awarded to DOH. NMDOH has built infrastructure that requires maintenance and hired staff to enhance programs for pandemic preparedness and response to public health emergencies. NMDOH has a subrecipient relationship with academic partners at the University of New Mexico to actively look at hospitalized patients with SARS-CoV-2 infections and other respiratory pathogens to understand the burden of these disease on the population and the state's healthcare system. Viral specimens are obtained from these hospitalized patients to contribute to our understanding of the circulating viruses.

19.     These funds are applied statewide for the prevention and control of respiratory diseases. Termination of these funds will lead to decreased surveillance and response to

respiratory pathogens that could harm the health status of persons living and visiting the state of New Mexico.

20.     Prior to the grant award termination on March 24, 2025, Department of Health and Human Services, Centers for Disease Control and Prevention/Centers for Disease Control and Prevention had never provided DOH with notice, written or otherwise, that the grant administered by DOH was in any way unsatisfactory.

21.     The cancellation of these funds has caused direct harm to the population of New Mexico. The NMDOH will have fewer resources to maintain infrastructure to respond to public health emergencies and respiratory illness in the state.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 28, 2025, at Santa Fe, New Mexico.

Signed by:

*Gina DeBlassie*

2B5F58D60AD7441

Gina DeBlassie, Cabinet Secretary

| 1. DATE ISSUED *MM/DD/YYYY* <br> 05/18/2020 | 1a. SUPERSEDES AWARD NOTICE dated 04/23/2020 <br> except that any additions or restrictions previously imposed remain in effect unless specifically rescinded |
|---|---|

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Centers for Disease Control and Prevention**

**2. CFDA NO.**
93.323 - Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**3. ASSISTANCE TYPE** Cooperative Agreement

| 4. GRANT NO. 6 NU50CK000548-01-08 <br> Formerly | 5. TYPE OF AWARD <br> Demonstration |
|---|---|
| 4a. FAIN NU50CK000548 | 5a. ACTION TYPE Post Award Amendment |

2939 Brandywine Road
Atlanta, GA 30341

| 6. PROJECT PERIOD *MM/DD/YYYY* | |
|---|---|
| From 08/01/2019 | Through 07/31/2024 |

**NOTICE OF AWARD**
AUTHORIZATION (Legislation/Regulations)
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

| 7. BUDGET PERIOD *MM/DD/YYYY* | |
|---|---|
| From 08/01/2019 | Through *MM/DD/YYYY* 07/31/2020 |

**8. TITLE OF PROJECT (OR PROGRAM)**
2019 Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Disease (ELC)

| 9a. GRANTEE NAME AND ADDRESS | 9b. GRANTEE PROJECT DIRECTOR |
|---|---|
| Health, New Mexico Department Of <br> 1190 S Saint Francis Dr FL 0 <br> 4th Floor - Suite N 4100 <br> Santa Fe, NM 87505-4173 | CHAD SMELSER <br> 1190 ST. FRANCIS DR N1350 <br> NEW MEXICO DEPT OF HLTH <br> SANTA FE, NM 87502 <br> Phone: [NO DATA] |
| **10a. GRANTEE AUTHORIZING OFFICIAL** | **10b. FEDERAL PROJECT OFFICER** |
| Ms. Victoria  Armijo 740898 <br> 1190 S Saint Francis Dr # N1350 <br> Santa Fe, NM 87505-4173 <br> Phone: 575-528- | Mrs. Janice  Downing <br> 1600 Clifton Rd <br> Atlanta, GA 30333 <br> Phone: 404-639-7808 |

**ALL AMOUNTS ARE SHOWN IN USD**

**11. APPROVED BUDGET** (Excludes Direct Assistance)

| I Financial Assistance from the Federal Awarding Agency Only | | |
|---|---|---|
| II Total project costs including grant funds and all other financial participation | | I |
| a. | Salaries and WageS ..................................... | 1,716,004.00 |
| b. | Fringe Benefits ..................................... | 479,685.00 |
| c. | Total Personnel Costs ........... | 2,195,689.00 |
| d. | Equipment ..................................... | 11,700.00 |
| e. | Supplies ..................................... | 325,096.00 |
| f. | Travel ..................................... | 58,984.00 |
| g. | Construction ..................................... | 0.00 |
| h. | Other ..................................... | 84,028,235.00 |
| i. | Contractual ..................................... | 504,640.00 |
| j. | TOTAL DIRECT COSTS ⟶ | 87,124,344.00 |
| k. | INDIRECT COSTS | 426,385.00 |
| l. | **TOTAL APPROVED BUDGET** | 87,550,729.00 |
| m. | Federal Share | 87,550,729.00 |
| n. | Non-Federal Share | 0.00 |

**12. AWARD COMPUTATION**

| a. Amount of Federal Financial Assistance (from item 11m) | 87,550,729.00 |
|---|---|
| b. Less Unobligated Balance From Prior Budget Periods | 0.00 |
| c. Less Cumulative Prior Award(s) This Budget Period | 10,266,967.00 |
| d. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | 77,283,762.00 |

**13. Total Federal Funds Awarded to Date for Project Period** 87,550,729.00

**14. RECOMMENDED FUTURE SUPPORT**
*(Subject to the availability of funds and satisfactory progress of the project):*

| | YEAR | TOTAL DIRECT COSTS | | YEAR | TOTAL  DIRECT COSTS |
|---|---|---|---|---|---|
| a. | 2 | | d. | 5 | |
| b. | 3 | | e. | 6 | |
| c. | 4 | | f. | 7 | |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**
a. DEDUCTION
b. ADDITIONAL COSTS
c. MATCHING
d. OTHER RESEARCH (Add / Deduct Option)
e. OTHER (See REMARKS)

**b**

**16. THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:**
a. The grant program legislation
b. The grant program regulations.
c. This award notice including terms and conditions, if any, noted below under REMARKS, and
d. Federal administrative requirements, cost principles and audit requirements applicable to this grant.
In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS** (Other Terms and Conditions Attached - [X] Yes  [ ] No)
"ELC Enhancing Detection Funding: Financial Assistance in the amount of $77,283,762"

**GRANTS MANAGEMENT OFFICIAL:**
Brownie Anderson-Rana, Grants Management Officer
2939 Flowers Road
Mailstop TV2
Atlanta, GA 30341-5509
Phone: 770-488-2771

| 17.OBJ CLASS 41.51 | 18a. VENDOR CODE 1856000565C9 | 18b. EIN 856000565 | 19. DUNS 808309274 | 20. CONG. DIST. 03 |
|---|---|---|---|---|

| | FY-ACCOUNT NO. | | DOCUMENT NO. | | ADMINISTRATIVE CODE | | AMT ACTION FIN ASST | | APPROPRIATION |
|---|---|---|---|---|---|---|---|---|---|
| 21. a. | 0-9390EWQ | b. | 19NU50CK000548C3 | c. | CK | d. | $0.00 | e. | 75-2024-0943 |
| 22. a. | 0-9390F7F | b. | 19NU50CK000548C4 | c. | CK | d. | $77,283,762.00 | e. | 75-X-0140 |
| 23. a. | | b. | | c. | | d. | | e. | |

| NOTICE OF AWARD (Continuation Sheet) | PAGE  2 of 3 | DATE ISSUED 05/18/2020 |
|---|---|---|
| | GRANT NO.     6 NU50CK000548-01-08 | |

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

NOTICE OF AWARD (Continuation Sheet)

| PAGE 3 of 3 | DATE ISSUED 05/18/2020 |
|---|---|
| GRANT NO. 6 NU50CK000548-01-08 | |

| Federal Financial Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 08/01/2019 | 07/31/2020 | Annual | 10/29/2020 |

# AWARD ATTACHMENTS

Health, New Mexico Department Of                                    6 NU50CK000548-01-08

1. COVID19 Supplement Terms and Conditions CK548

## AWARD INFORMATION

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CK19-1904, entitled Epidemiology and Laboratory Capacity (ELC), which is hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Component Funding:** Additional funding in the amount $77,283,762 is approved for the Year 01 budget period, which is August 1, 2019 through July 31, 2020

**COVID-19** Paycheck Protection Program and Health Care Enhancement Act Response Activities:

> E. Cross-Cutting Emerging Issues: $77,283,762

Recipients have **30 months** from the date of this NoA to expend all funds awarded herein

**Budget/Workplan Revision Requirement:** Within 30 days of this NoA, the recipient must submit a revised budget with a narrative justification outlining response activities. Failure to submit the required information in a timely manner may adversely affect the future funding of the project. If the information cannot be provided by the due date, you are required to contact your ELC Project Officer and Grant Management Specialist. The revised budget must be uploaded in GrantSolutions as an amendment to allow issuance of a revised NoA.

**Pre-Award Costs**: Pre-award costs dating back to January 20, 2020 – when CDC first activated its Emergency Operations Center (EOC) – and directly related to the COVID-19 outbreak response are allowable.

**Indirect Costs:** Indirect cost will be approved based on current approved negotiated indirect cost rate agreement.

**Overtime:** Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Additional Term and Condition:**
A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); and/or the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139) agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS–CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the

purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
  - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
    - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
    - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
  - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- ***All unallowable costs cited in CDC-RFA-CK19-1904 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 – Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.***

## REPORTING REQUIREMENTS

**Additional Reporting:**
- Monthly fiscal reports (beginning 60 days after NOAs are issued)
- Quarterly progress reports on status of timelines, goals, and objectives as defined by CDC in approved work plans
- Quarterly Performance measure data
- CDC may require recipients to develop annual progress reports (APRs). CDC will provide APR guidance and optional templates should they be required.
- Quarterly reporting of test results, both positive and negative
- Clarity on how the states will focus on high socially vulnerable index counties, rural and urban areas, etc. (Vulnerable populations must be specific).

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the CDC and to the HHS OIG at the

following addresses:

CDC, Office of Grants Services
Tonya M. Jenkins, Grants Management Specialist
Time Solutions LLC
Office of Grants Services (OGS)
Office of Financial Resources (OFR)
Office of the Chief Operating Officer (OCOO)
Centers for Disease Control and Prevention (CDC)
pjo6@cdc.gov | 404-498-2399 office

AND

U.S. Department of Health and Human Services Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator 330 Independence Avenue, SW
Cohen Building, Room 5527 Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or Email:
MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

## PAYMENT INFORMATION

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1- 800-HHS- TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

Payment Management System Subaccount: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

**Stewardship**: The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NU50CK000548-02-04
FAIN#   NU50CK000548
Federal Award Date:  01/14/2021

## Recipient Information

**1. Recipient Name**

New Mexico Department of Health
1190 S Saint Francis Dr FL 0
4th Floor - Suite N 4100
Santa Fe, NM 87505-4173
[NO DATA]

**2. Congressional District of Recipient**
03

**3. Payment System Identifier (ID)**
1856000565C9

**4. Employer Identification Number (EIN)**
856000565

**5. Data Universal Numbering System (DUNS)**
808389274

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**

CHAD  SMELSER
INEZ.GONZALES@STATE.NM.US
[NO DATA]

**8. Authorized Official**

Ms. Victoria  Armijo 740898
Grants Administrator
victoria.armijo@state.nm.us
575-528-

### Federal Agency Information

CDC Office of Financial Resources

**9. Awarding Agency Contact Information**

Kim McDowell
Grant Management Specialist
qpx9@cdc.gov
404-498-4105

**10.Program Official Contact Information**

Mrs. Janice  Downing
Public Health Analyst
jsb3@cdc.gov
404-639-7808

## Federal Award Information

**11. Award Number**
6 NU50CK000548-02-04

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000548

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
2019 Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Disease (ELC)

**15. Assistance Listing Number**
93.323

**16. Assistance Listing Program Title**
Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 08/01/2020 **- End Date** 07/31/2021 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $120,690,087.00 |
| 20a. Direct Cost Amount | | $120,690,087.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| 21. Authorized Carryover | | $0.00 |
| 22. Offset | | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $4,165,913.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | | $124,856,000.00 |
| **26. Project Period  Start Date** 08/01/2019 **- End Date** 07/31/2024 | | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | $213,261,300.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NU50CK000548-02-04
FAIN#   NU50CK000548
Federal Award Date:  01/14/2021

## Recipient Information

**Recipient Name**

New Mexico Department of Health
1190 S Saint Francis Dr FL 0
4th Floor - Suite N 4100
Santa Fe, NM 87505-4173
[NO DATA]

**Congressional District of Recipient**
03

**Payment Account Number and Type**
1856000565C9

**Employer Identification Number (EIN) Data**
856000565

**Universal Numbering System (DUNS)**
808389274

**Recipient's Unique Entity Identifier**
Not Available

---

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Demonstration

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a. Salaries and Wages** | $1,476,575.00 |
| **b. Fringe Benefits** | $578,347.00 |
| **c. Total Personnel Costs** | $2,054,922.00 |
| **d. Equipment** | $10,835.00 |
| **e. Supplies** | $214,246.00 |
| **f. Travel** | $33,121.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $121,708,012.00 |
| **i. Contractual** | $329,040.00 |
| **j. TOTAL DIRECT COSTS** | $124,350,176.00 |
| **k. INDIRECT COSTS** | $505,824.00 |
| **l. TOTAL APPROVED BUDGET** | $124,856,000.00 |
| **m. Federal Share** | $124,856,000.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---:|---|
| 0-93909PE | 19NU50CK000548 | CK | 41.51 | $0.00 | 75-X-0951 |
| 1-9390GKT | 19NU50CK000548EDEXC5 | CK | 41.51 | $120,690,087.00 | 75-2122-0140 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award

Centers for Disease Control and Prevention

Award#   6 NU50CK000548-02-04
FAIN#    NU50CK000548
Federal Award Date:   01/14/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

New Mexico Department of Health                                    6 NU50CK000548-02-04

1. YR 2 Supplemental Terms and Conditions

## AWARD INFORMATION

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CK19-1904, entitled Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC), which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Component Funding:** Additional funding in the amount $120,690,087 is approved for the Year 02 budget period, which is August 1, 2020 through July 31, 2021.

The approved component and funding level for this notice of award are:

| NOFO Component | Amount |
|---|---|
| ELC Enhancing Detection Expansion | $120,690,087 |

**Recipients have until July 31, 2023 to expend all COVID-19 funds awarded herein.**

**Overtime**: Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Coronavirus Disease 2019 (COVID-19) Funds:**  A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); and/or the Consolidated Appropriations Act, 2021, Division M – Coronavirus Response and Relief Supplemental Appropriations Act, 2021 (P.L. 116-260), agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

To achieve the public health objectives of ensuring the health, safety, and welfare of all Americans, Recipient must distribute or administer vaccine without discriminating on non-public-health grounds within a prioritized group. This includes, but is not limited to, immigration status, criminal history, incarceration, or homelessness.  To this end, and to help achieve the public health imperative of widespread herd immunity to COVID-19, Recipient must administer or distribute vaccine to any and all individuals within a prioritized group in the same timeframe, taking into account available vaccine doses.  For example, if meatpacking plant workers are a prioritized group, then all workers in that group, including undocumented immigrants, must be vaccinated to help assure that the plant is in a position to safely resume essential functions.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS–CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC.  HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-reporting-guidance.pdf.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
  - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
    - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
    - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
  - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- All unallowable costs cited in CDC-RFA-CK19-1904 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 – Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.

**Budget Revision Requirement:**  By March 17, 2021 the recipient must submit a separate revised budget with a narrative justification and workplan in accordance with the COVID-19 guidance.  The workplan should be submitted in REDCap and must address all activities in the guidance.

The revised budget and narrative justification must be uploaded as an amendment in Grant Solutions with a SF424A.

Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date.

## REPORTING REQUIREMENTS

**COVID-19 - Additional Reporting Requirements:**

- Monthly fiscal reports (beginning 60 days after NOAs are issued). Thereafter, all monthly financial reporting will occur on the 5th of the month which will cover the preceding month's expenditures and unliquidated obligations (ULOs).
- Quarterly workplan milestone progress reporting will start on April 30, 2021; and will follow the regular ELC quarterly reporting timeline.
- The Jurisdictional Testing, Case Investigation, and Contact Tracing Plan updates will occur on the same quarterly reporting timeline as the workplan milestone progress.
- CDC may require recipients to develop annual progress reports (APRs). CDC will provide APR guidance and optional templates should they be required

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Kim McDowell, Grants Management Specialist

Centers for Disease Control and
Prevention Branch 1
2939 Flowers Road, MS-TV2
Atlanta, GA 30341
Email: qpx9@cdc.gov (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN:  Mandatory Grant Disclosure, Intake Coordinator
330 Independent Avenue, SW
Cohen Building, Room 5527
Washington, DC 20201
Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject
line) or Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and
contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45
CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2
CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the
period of performance due to material failure to comply with the terms and conditions
of this award in the OMB-designated integrity and performance system accessible
through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the
recipient if the federal award is terminated for failure to comply with the federal
statutes, regulations, or terms and conditions of the federal award. (45 CFR
75.373(b))

**PAYMENT INFORMATION**

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-
HHS-TIPS [1- 800-447-8477]) for receiving information concerning fraud, waste, or
abuse under grants and cooperative agreements. Information also may be submitted by
e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General,
Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave.,
SW, Washington DC 20201. Such reports are treated as sensitive material and
submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of
approved activities have been obligated in a subaccount in the PMS, herein identified
as the "P Account". Funds must be used in support of approved activities in the

NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

## Stewardship Information

**Stewardship**: The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU50CK000548-05-09
FAIN# NU50CK000548
Federal Award Date: 03/18/2024

## Recipient Information

**1. Recipient Name**
DEPARTMENT OF HEALTH NEW MEXICO
1190 S Saint Francis Dr FL 0
4th Floor - Suite N 4100
Santa Fe, NM 87505-4173
505-476-8204

**2. Congressional District of Recipient**
03
**3. Payment System Identifier (ID)**
1856000565C9
**4. Employer Identification Number (EIN)**
856000565
**5. Data Universal Numbering System (DUNS)**
808389274
**6. Recipient's Unique Entity Identifier (UEI)**
E7TEBXBL17P5
**7. Project Director or Principal Investigator**
CHAD  SMELSER
INEZ.GONZALES@STATE.NM.US
[NO DATA]

**8. Authorized Official**
Ms. Victoria  Armijo 740898
Grants Administrator
victoria.armijo@state.nm.us
505-827-2480

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Bakia Parrish
Grants Management Specialist
tee0@cdc.gov
678-475-4956

**10.Program Official Contact Information**
Yonathan  Gebru
Program Officer
qnw9@cdc.gov
6784272383

## Federal Award Information

**11. Award Number**
6 NU50CK000548-05-09
**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000548
**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
2019 Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Disease (ELC)
**15. Assistance Listing Number**
93.323
**16. Assistance Listing Program Title**
Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**17. Award Action Type**
Budget Revision
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---:|
| **19.** | **Budget Period Start Date** 08/01/2023 **- End Date** 07/31/2027 | |
| **20.** | **Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| | 20a. Direct Cost Amount | ($469,546.00) |
| | 20b. Indirect Cost Amount | $469,546.00 |
| **21.** | Authorized Carryover | $14,567,543.00 |
| **22.** | Offset | $2,615,513.00 |
| **23.** | Total Amount of Federal Funds Obligated this budget period | $5,359,058.00 |
| **24.** | **Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25.** | **Total Federal and Non-Federal Approved this Budget Period** | $5,359,058.00 |
| **26.** | **Period of Performance Start Date** 08/01/2019 **- End Date** 07/31/2027 | |
| **27.** | Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | $297,118,346.39 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Karen Zion1
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000548-05-09
FAIN# NU50CK000548
Federal Award Date: 03/18/2024

## Recipient Information

**Recipient Name**

DEPARTMENT OF HEALTH NEW MEXICO
1190 S Saint Francis Dr FL 0
4th Floor - Suite N 4100
Santa Fe, NM 87505-4173
505-476-8204

**Congressional District of Recipient**

03

**Payment Account Number and Type**

1856000565C9

**Employer Identification Number (EIN) Data**

856000565

**Universal Numbering System (DUNS)**

808389274

**Recipient's Unique Entity Identifier (UEI)**

E7TEBXBL17P5

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a. Salaries and Wages** | $4,519,922.00 |
| **b. Fringe Benefits** | $1,747,545.00 |
| **c. Total Personnel Costs** | $6,267,467.00 |
| **d. Equipment** | $404,174.00 |
| **e. Supplies** | $3,025,271.00 |
| **f. Travel** | $38,416.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $3,732,152.00 |
| **i. Contractual** | $6,968,772.00 |
| **j. TOTAL DIRECT COSTS** | $20,436,252.00 |
| **k. INDIRECT COSTS** | $2,105,862.00 |
| **l. TOTAL APPROVED BUDGET** | $22,542,114.00 |
| **m. Federal Share** | $22,542,114.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 3-9210995 | 19NU50CK000548SHP2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 3-9390JEN | 19NU50CK000548NWS2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 3-9390JXH | 19NU50CK000548DMD2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 3-9390LMF | 19NU50CK000548DMD2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 3-9390LFD | 19NU50CK000548DMD2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 3-939017Y | 19NU50CK000548ASA2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0943 |
| 3-939017Z | 19NU50CK000548ASA2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0943 |
| 4-9390MVR | 19NU50CK000548ASA2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 4-9390MVS | 19NU50CK000548NWS2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 4-9390MVT | 19NU50CK000548SHP2C5 | CK | 41.51 | 93.323 | $0.00 | 75-2124-0943 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NU50CK000548-05-09
FAIN#   NU50CK000548
Federal Award Date:  03/18/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

DEPARTMENT OF HEALTH NEW MEXICO                     6 NU50CK000548-05-09

1. CK000548 New Mexico_TC_NU50CK2024007951

## ADDITIONAL TERMS AND CONDITIONS OF AWARD

**Budget Period 05 COVID Round II Supplemental Funding Revised Budget**: The purpose of this amended Notice of Award is to approve the revised budget submitted by your organization dated February 8, 2024. Funds have been distributed as indicated in the approved budget of this Notice of Award. Please refer to the budget markup in Grant Notes for approved budget line items. In addition, the approved Budget Line Items can be found in the Budget Workbook Supplement BP5 in ELC CAMP.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

These funds have been approved as follows:

| Funding Component | Document Suffix | Amount |
|---|---|---|
| AMD 2 | ASA2C6 | $694,710 |
| NWSS 2 | NWS2C6 | $2,704,310 |
| SHARP 2: NHSN Connectivity | SHP2C5 | $831,356 |

| 1. DATE ISSUED *MM/DD/YYYY*<br>04/23/2020 | 1a. SUPERSEDES AWARD NOTICE dated 03/15/2020<br>except that any additions or restrictions previously imposed<br>remain in effect unless specifically rescinded |
|---|---|

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Centers for Disease Control and Prevention**

**2. CFDA NO.**
93.323 - Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**3. ASSISTANCE TYPE** Cooperative Agreement

| 4. GRANT NO. 6 NU50CK000548-01-07<br>Formerly | 5. TYPE OF AWARD<br>Demonstration |
|---|---|
| 4a. FAIN NU50CK000548 | 5a. ACTION TYPE Post Award Amendment |

| 6. PROJECT PERIOD | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| From | 08/01/2019 | Through | 07/31/2024 |

| 7. BUDGET PERIOD | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| From | 08/01/2019 | Through | 07/31/2020 |

2939 Brandywine Road
Atlanta, GA 30341

**NOTICE OF AWARD**
AUTHORIZATION (Legislation/Regulations)
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**8. TITLE OF PROJECT (OR PROGRAM)**
2019 Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Disease (ELC)

**9a. GRANTEE NAME AND ADDRESS**
Health, New Mexico Department Of
1190 S Saint Francis Dr FL 0
4th Floor - Suite N 4100
Santa Fe, NM 87505-4173

**9b. GRANTEE PROJECT DIRECTOR**
CHAD SMELSER
1190 ST. FRANCIS DR N1350
NEW MEXICO DEPT OF HLTH
SANTA FE, NM 87502
Phone: [NO DATA]

**10a. GRANTEE AUTHORIZING OFFICIAL**
Ms. Victoria Armijo
1190 St. Francis Drive N1350
Santa Fe, NM 87502-6110
Phone: 575-528-

**10b. FEDERAL PROJECT OFFICER**
Mrs. Janice Downing
1600 Clifton Rd
Atlanta, GA 30333
Phone: 404-639-7808

**ALL AMOUNTS ARE SHOWN IN USD**

| 11. APPROVED BUDGET (Excludes Direct Assistance) | | 12. AWARD COMPUTATION | |
|---|---|---|---|
| I Financial Assistance from the Federal Awarding Agency Only | | a. Amount of Federal Financial Assistance (from item 11m) | 10,266,967.00 |
| II Total project costs including grant funds and all other financial participation | I | b. Less Unobligated Balance From Prior Budget Periods | 0.00 |
| | | c. Less Cumulative Prior Award(s) This Budget Period | 3,628,784.00 |
| a. Salaries and WageS ...................... | 1,716,004.00 | d. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | 6,638,183.00 |
| b. Fringe Benefits ...................... | 479,685.00 | 13. Total Federal Funds Awarded to Date for Project Period | 10,266,967.00 |
| c. Total Personnel Costs ...... | 2,195,689.00 | 14. RECOMMENDED FUTURE SUPPORT<br>*(Subject to the availability of funds and satisfactory progress of the project):* | |
| d. Equipment | 11,700.00 | | |

| e. Supplies | 325,096.00 | YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL DIRECT COSTS |
|---|---|---|---|---|---|
| f. Travel | 58,984.00 | a. 2 | | d. 5 | |
| g. Construction | 0.00 | b. 3 | | e. 6 | |
| h. Other | 6,744,473.00 | c. 4 | | f. 7 | |

| i. Contractual | 504,640.00 |
|---|---|

**15.** PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:
a. DEDUCTION
b. ADDITIONAL COSTS
c. MATCHING
d. OTHER RESEARCH (Add / Deduct Option)
e. OTHER (See REMARKS)

**b**

| j. TOTAL DIRECT COSTS ⟶ | 9,840,582.00 |
|---|---|
| k. INDIRECT COSTS | 426,385.00 |
| l. TOTAL APPROVED BUDGET | 10,266,967.00 |
| m. Federal Share | 10,266,967.00 |
| n. Non-Federal Share | 0.00 |

**16.** THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:
a. The grant program legislation
b. The grant program regulations.
c. This award notice including terms and conditions, if any, noted below under REMARKS.
d. Federal administrative requirements, cost principles and audit requirements applicable to this grant.
In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS** (Other Terms and Conditions Attached - [X] Yes [ ] No)

**GRANTS MANAGEMENT OFFICIAL:**
Brownie Anderson-Rana, Grants Management Officer
2939 Flowers Road
Mailstop TV2
Atlanta, GA 30341-5509
Phone: 770-488-2771

| 17.OBJ CLASS | 41.51 | 18a. VENDOR CODE | 1856000565C9 | 18b. EIN | 856000565 | 19. DUNS | 808393274 | 20. CONG. DIST. | 03 |
|---|---|---|---|---|---|---|---|---|---|

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | APPROPRIATION |
|---|---|---|---|---|
| 21. a. 0-9390EWQ | b. 19NU50CK000548C3 | c. CK | d. $6,638,183.00 | e. 75-2024-0943 |
| 22. a. | b. | c. | d. | e. |
| 23. a. | b. | c. | d. | e. |

| NOTICE OF AWARD (Continuation Sheet) | PAGE 2 of 3 | DATE ISSUED 04/23/2020 |
|---|---|---|
| | GRANT NO.    6 NU50CK000548-01-07 | |

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

NOTICE OF AWARD (Continuation Sheet)

| PAGE 3 of 3 | DATE ISSUED 04/23/2020 |
|---|---|
| GRANT NO. | 6 NU50CK000548-01-07 |

| Federal Financial Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 08/01/2019 | 07/31/2020 | Annual | 10/29/2020 |

# AWARD ATTACHMENTS

Health, New Mexico Department Of                                    6 NU50CK000548-01-07

1. Terms and Conditions

## AWARD INFORMATION

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CK19-1904, entitled Epidemiology and Laboratory Capacity (ELC), which is hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Component Funding:** Additional funding in the amount $6,638,183 is approved for the Year 01 budget period, which is August 1, 2019 through July 31, 2020 **COVID-19** Response Activities:

- E. Cross-Cutting Emerging Issues: $6,638,183

**Recipients have 24 months from the date of this NoA to expend all funds awarded herein**

**Budget/Workplan Revision Requirement:** Within 30 days of this NoA, the recipient must submit a revised budget with a narrative justification outlining response activities. Failure to submit the required information in a timely manner may adversely affect the future funding of the project. If the information cannot be provided by the due date, you are required to contact your ELC Project Officer and Grant Management Specialist. Revised budget can be uploaded in GrantSolutions as a grant note for the purpose of "administrative relief" during the COVID-19 crisis.

**Pre-Award Costs**: Pre-award costs dating back to January 20, 2020 – when CDC first activated its Emergency Operations Center (EOC) – and directly related to the COVID-19 outbreak response are allowable.

**Indirect Costs:** Indirect cost will be approved based on current approved negotiated indirect cost rate agreement.

**Overtime:** Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Additional Reporting:**
- Monthly progress reports on status of timelines, goals, and objectives as defined by CDC in approved work plans.
- Monthly fiscal reports (beginning 60 days after NOAs are issued).
- Performance measure data
- CDC may require recipients to develop annual progress reports (APRs). CDC will provide APR guidance and optional templates should they be required.

**Additional Term and Condition:**
A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123)  or the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136) agrees to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction

and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

If recipient disburses any funds received pursuant to this award to a local jurisdiction, recipient shall ensure that the local jurisdiction complies with the terms and conditions of this award. Consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19.
In addition, to the extent applicable, Recipient will comply with Section 18115 of the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act"), Public Law 116-136, with respect to the reporting to the Secretary of Health and Human Services of results of tests intended to detect SARS–CoV–2 or to diagnose a possible case of COVID–19.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
  - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
    - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
    - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
  - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf
- All unallowable costs cited in CDC-RFA-CK19-1904 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 – Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.

## REPORTING REQUIREMENTS

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.  Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services

Tonya M. Jenkins, Grants Management Specialist
Time Solutions LLC
Office of Grants Services (OGS)
Office of Financial Resources (OFR)
Office of the Chief Operating Officer (OCOO)
Centers for Disease Control and Prevention (CDC)
pjo6@cdc.gov | 404-498-2399 office

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

## PAYMENT INFORMATION

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1- 800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to* hhstips@oig.hhs.gov *or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

Payment Management System Subaccount: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

**Stewardship**: The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

*All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.*

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000548-05-11
FAIN# NU50CK000548
Federal Award Date: 03/24/2025

## Recipient Information

**1. Recipient Name**
State of New Mexico
1190 S Saint Francis Dr FL 0
4th Floor - Suite N 4100
Santa Fe, NM 87505-4173
505-476-8204

**2. Congressional District of Recipient**
03
**3. Payment System Identifier (ID)**
1856000565C9
**4. Employer Identification Number (EIN)**
856000565
**5. Data Universal Numbering System (DUNS)**
808389274
**6. Recipient's Unique Entity Identifier (UEI)**
E7TEBXBL17P5
**7. Project Director or Principal Investigator**
Mr. CHAD  SMELSER
chad.smelser@doh.nm.gov
[NO DATA]

**8. Authorized Official**
Ms. Victoria  Armijo 740898
Grants Administrator
victoria.armijo@state.nm.us
505-827-2480

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Benjamin Weiss
Grants Management Specialist
abb3@cdc.gov
4044983233

**10. Program Official Contact Information**
Christine  Mills
Public Health Advisor
jjz3@cdc.gov
770-488-5096

## Federal Award Information

**11. Award Number**
6 NU50CK000548-05-11
**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000548
**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
2019 Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Disease (ELC)
**15. Assistance Listing Number**
93.323
**16. Assistance Listing Program Title**
Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**17. Award Action Type**
Administrative Action
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 08/01/2023 **- End Date** 03/24/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| 21. Authorized Carryover | | $15,113,743.00 |
| 22. Offset | | $2,615,513.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $5,359,058.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $5,359,058.00 |
| **26. Period of Performance Start Date** 08/01/2019 **- End Date** 03/24/2025 | | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $296,651,352.64 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Dr. Gwendolyn Demery Moore
Grants Management Officer

## 30. Remarks

Department Authority

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000548-05-11
FAIN# NU50CK000548
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**
State of New Mexico
1190 S Saint Francis Dr FL 0
4th Floor - Suite N 4100
Santa Fe, NM 87505-4173
505-476-8204

**Congressional District of Recipient**
03

**Payment Account Number and Type**
1856000565C9

**Employer Identification Number (EIN) Data**
856000565

**Universal Numbering System (DUNS)**
808389274

**Recipient's Unique Entity Identifier (UEI)**
E7TEBXBL17P5

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | | |
|---|---|---:|
| a. | **Salaries and Wages** | $4,519,922.00 |
| b. | **Fringe Benefits** | $1,747,545.00 |
| | c. **Total Personnel Costs** | $6,267,467.00 |
| d. | Equipment | $950,374.00 |
| e. | Supplies | $3,025,271.00 |
| f. | Travel | $38,416.00 |
| g. | Construction | $0.00 |
| h. | Other | $3,732,152.00 |
| i. | Contractual | $6,968,772.00 |
| j. | **TOTAL DIRECT COSTS** | $20,982,452.00 |
| k. | **INDIRECT COSTS** | $2,105,862.00 |
| l. | **TOTAL APPROVED BUDGET** | $23,088,314.00 |
| m. | **Federal Share** | $23,088,314.00 |
| n. | **Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 0-9390EWQ | 19NU50CK000548C3 | CK | 41.51 | 93.323 | $0.00 | 75-2024-0943 |
| 0-9390F7F | 19NU50CK000548C4 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 1-9390GKT | 19NU50CK000548EDEXC5 | CK | 41.51 | 93.323 | $0.00 | 75-2122-0140 |
| 4-9390MVT | 19NU50CK000548SHP2C5 | CK | 41.51 | 93.323 | $0.00 | 75-2124-0943 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NU50CK000548-05-11
FAIN#   NU50CK000548
Federal Award Date:  03/24/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

State of New Mexico                                                                 6 NU50CK000548-05-11

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of use of funding under the listed document number(s) is effective as of the date set out in your Notice of Award.

Impacted document numbers are included on page 2 of this Notice of Award (NoA).

No additional activities can be conducted, and no additional costs may be incurred, as it relates to these funds.  Unobligated award balances of COVID-19 funding will be de-obligated by CDC. Award activities under other funding may continue consistent with the terms and conditions of the award.

**Final Federal Financial Report (FFR, SF-425)**: Within 30 days please submit final FFR's for impacted document numbers.  The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**All other terms and conditions of this award remain in effect.**