## DECLARATION OF ANDREA ROMERO

I, Andrea Romero, declare as follows:

1.      I am a resident of the State of New Mexico. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the New Mexico Department of Health as the Immunization Program Section Manager.

3.      As New Mexico Department of Health Immunization Program, Section Manager, I am responsible for overseeing the vaccine distribution to all Vaccine for Children Providers and 317 Adult Section Providers statewide and maintain the New Mexico Statewide Immunization Information System (NMSIIS) Registry for vaccine record access, ordering, inventory, and administration reporting.

4.      Our New Mexico Department of Health recently received notices #6 NH23IP922603-05-11 and #6 NH23IP922603-05-12   award terminations from the U.S. Department of Health and Human Services, Centers for Disease Control and Prevention. The total value of the terminated awards was $12,223,737.07. All terminations were "for cause" based on the end of the COVID pandemic, rather than failure of New Mexico Department of Health to follow the terms or conditions of the grants. Each award termination uses the same identical form language stating that the purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and

1

cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of use of funding under the listed document number(s) is effective as of the date set out in your Notice of Award. No additional activities can be conducted, and no additional costs may be incurred, as it relates to these funds. Unobligated award balances of COVID-19 funding will be de-obligated by CDC. Award activities under other funding may continue consistent with the terms and conditions of the award. Descriptions of each award and the effects of these terminations follow.

COVID-19 Vaccine Implementation Supplement #3
COVID-19 Vaccine Implementation Supplement #4
Immunization Information System Supplement

5.    In 2021, the Department of Health and Human Services, Centers for Disease Control and Prevention invited applications for COVID-19 Vaccine Implementation Supplements #3 and #4.

In 2022, the Department of Health and Human Services, Centers for Disease Control and Prevention, invited applications for Immunization Information System Supplement.

6.    The supplemental funds originally were focused on COVID-19 vaccine and had expanded to vaccine catch up for all recommended vaccines to include influenza and childcare, pre-school, school required vaccinations.

7.    As set out in its grant proposal, New Mexico Department of Health intended to use the COVID-19 Vaccine Implementation Supplements #3 and #4 to provide vaccine messaging in the communities through community-based organizations under the Better Together Coalition that in many occasions partner at community events with a vaccine clinic for underserved population access, community health workers in the southwest region that visit high

social vulnerable populations to assist with vaccine access and education, data quality

enhancements to the New Mexico Statewide Immunization Information System (NMSIIS),

additional contracted staff assisting with vaccine ordering and NMSIIS help-desk, and the

mobile vaccine unit  to assist with vaccine catch up efforts in rural areas of the state that have

limited provider access and respond to any disease outbreaks to include the current measles

outbreak in the state.

      8.     The Immunization Information System Supplemental Grant was approved on

8/26/22, with an expiration of 06/30/25, $587,221 was awarded, the balance remaining was

going to be used for an enhance portion to the New Mexico Statewide Immunization Information

System (NMSIIS).

The COVID-19 Vaccine Implementation Supplements #3 and #4 was approved in sections on

01/15/2021, 03/29/2021, 3/31/2021,and 05/03/2021  with an expiration of 06/30/25, $57,737,403

was awarded, the balance remaining was going to be used to continue the mobile vaccine unit for

the remainder of the fiscal year, 15 community based organizations under Better Together NM,

13 community health workers in the SW region, temporary staff assisting the program with

vaccine ordering and vaccine reporting to the NMSIIS, and maintaining a marketing campaign

that is centralized access for the public to find a vaccine provider on a map in their community

for respiratory season and back to school catch up. A two year no cost extension was submitted

in February for the balance remaining to continue vaccine catch up and access efforts, especially

with the measles outbreak response. The initial grant was focused on COVID-19 Vaccine but

expanded to all recommended vaccines for vaccine catch up efforts. During the COVID-19

Pandemic many vaccine coverage percentages declined due to remote learning and delayed

appointments. The supplementals were extended to assist jurisdictions with increasing vaccine

coverages and access for all recommended vaccines to include required childcare, pre-school, school entry immunization requirements.

9.      On 07/01/2020, HHS Agency produced a Notice of Award setting forth the terms and conditions of the grant award. A true and correct copy of the corresponding Notice of Award and its attachments, dated 07/01/2020, is attached as Exhibit A. Centers for Disease Control and Prevention is permitted to terminate funds only if a non-Federal recipient or subrecipient fails to comply with the terms and conditions of the award, or separately, "for cause." A true and correct copy of the grant award termination notice is attached as Exhibit B.

10.     Since 1/15/21, New Mexico Department of Health has used the Immunization Information System Supplemental and COVID-19 Vaccine Implementation Supplements #3 and #4 grant funds in a manner fully consistent with HHS agency's statements regarding the nature of the grant and New Mexico Department of Health grant application.

11.     The New Mexico Department of Health has conducted activities such as providing mobile vaccine clinics to rural, tribal, homebound, underserved population in the state, maintaining timely vaccine ordering and distribution, quality assurance and compliance of vaccine records and coverage, outreach to underserved populations needing vaccine access, providing a centralized marketing campaigns for the public and providers on locations and guidance of vaccine and access. As all these efforts have been ongoing, the vaccine coverage percentages have increased in the past couple of years, and the public has responded to the current efforts during the measles outbreak response occurring by protecting the community from vaccine preventable diseases. The public relies on the New Mexico Department of Health for vaccine guidance and access for all recommendations, its imperative for the trust in the community.

12.    $12,223,737.07 was the remaining amount of funds committed by HHS to New Mexico Department of Health as of March 24, 2025. Funds are drawn down monthly with our next draw scheduled for April 11-17, 2025. For the remainder of Fiscal year 2025, services of mobile vaccine clinics to rural underserved populations in the state to include the current measles outbreak response, messaging and planning of community events of vaccine clinics and awareness by 15 community based organizations that consist of multiple population focuses in the state (tribal, migrants, people of color, Hispanic, homeless, seniors, youth, etc. ), Community health workers reaching high vulnerable populations needing healthcare access in the southwest corridor of the state, additional contract support staff to assist with vaccine ordering and NMSIIS helpdesk support, enhancements to the New Mexico Statewide Immunization information System (NMSIIS) to maintain data quality efforts for reporting of vaccine data. If the two year no cost extension was approved, the additional support staff that assists with vaccine orders and helpdesk would have been retained for timely response of demand, the ongoing marketing campaign of having a centralized messaging platform the public and providers would have been accessible to locate a vaccine providers in the state year rounds for respiratory season and school vaccine catch up, and additional enhancements to the NMSIIS could have occurred to keep up with current registry's in the country. It was also anticipated that when the no cost extension would be approved, the option of ordering adult COVID vaccine would be allowed in July of 2025, which would've been a great need to the uninsured/underinsured population that cannot afford the COVID vaccine since the commercialization change took effect. The community would have taken part in many of the efforts being planned in the state for vaccine awareness and catch to protect the population in the state.

13.    The New Mexico Department of Health ensured quarterly reporting to the Centers of Disease Control and Prevention of activities conducted. As part of the improved vaccine coverages and response, the Immunization Program was asked to present at CDC headquarters on accomplishments made and share with other jurisdictions innovative ideas on how to improve vaccine access and improvement. All required reporting to include FFRs were made timely and in compliance of the grants

14.    The New Mexico Department of Health has received timely extensions of funds with the activities that are being done for the underserved populations in the state. As a large rural state there are many underserved populations, different languages, and limited provider access that need great attention for health services like vaccine access.

15.    On March 25, 2025, without any prior notice or indication, Department of Health and Human Services, Centers for Disease Control and Prevention, informed New Mexico Department of Health that effective March 24, 2025, its CDC-RFA-IP19-1901 Immunization and Vaccines for Children Supplements was being terminated as of March 24, 2025. A true and correct copy of the grant award termination Notice of Award is attached as Exhibit B.

16.    The purposes described: The purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of use of funding under the listed

6

document number(s) is effective as of the date set out in your Notice of Award. Impacted

document numbers are included on page 2 of this Notice of Award (NoA). No additional

activities can be conducted, and no additional costs may be incurred, as it relates to these funds.

Unobligated award balances of COVID-19 funding will be de-obligated by CDC. Award

activities under other funding may continue consistent with the terms and conditions of the

award.

17.     The notice did not include information regarding appeal rights and processes.

18.     The New Mexico Department of Health has no prior notice of the termination that

was entered in Grant Solutions Tuesday morning. The first notice of award was issued and

followed up with a revised version with a revised expiration date. The revised notice of award

did not explain the correction and looked to be that the funds were brought back to the original

end date of 06/30/25 but that only pertained to the CORE funds of the Immunization Program.

As of last week, it seemed promising that awardees would receive approvals of the two year no

cost extensions, and the notices of terminations came out instead. There was no direct guidance

from the Centers of Disease Control and Prevention to awardees, which is not a normal process.

19.     New Mexico Department of Health relied and acted upon its expectation and

understanding that HHS would fulfill its commitment to provide Immunization Information

System Supplemental and COVID-19 Vaccine Implementation Supplements #3 and #4 funding

it had awarded to New Mexico Department of Health. The New Mexico Department of Health

relied on the expectation of these funds to assist the underserved populations in the state with

vaccine access and this sudden termination has impacted services to the community needing

assistance on their vaccine status, access, and impacting the continued need of outreach to our

large rural state, especially during a current measles outbreak occurring, and with a significant

large outbreak occurring at one of the neighbor states. The community relies on the ongoing
services for vaccine information, access, and support to the community.

Community based organizations were impacted, several community events were being scheduled
for spring and summer vaccine catch up efforts to include a tribal vaccine conference and
outreach from community health workers that focus on highly vulnerable populations needing
assistance. The services under the funds include readiness response that would include the
current measles response occurring in the state which is imperative to control disease spread in
the state.

20.    Prior to the grant award termination on 3/24/25, Department of Health and
Human Services had never provided New Mexico Department of Health with notice, written or
otherwise, that the grant administered by New Mexico Department of Health was in any way
unsatisfactory.

21.    The New Mexico Department of Health has been in compliance with activities
that are to be conducted in the grant requirements, it was anticipated that the activities would
continue to protect the community from vaccine preventable diseases in rural and underserved
populations.

22.    The New Mexico Department of Health is currently under a measles outbreak in
the southeast corridor of the state and performing preventive measure activities to control disease
spread. The staffing of the contracts that are now being terminated assisted with providing
planning of vaccine clinics, information, timely ordering of vaccine, assisting the public with
vaccine status/records, and a centralized messaging platform for the public to find providers in
their community. Public Health awareness is important from all aspects from starting at the
agency to community trusted voices. As part of lessons learned from the pandemic it is important

that partnerships with community-based organizations and community health workers continue as these services reach those highly vulnerable populations needing healthcare service access. As measles outbreaks continue to spread to other states, its concerning that vaccine funds are being terminated while response activities are needed to prevent disease spread.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 28, 2025, at Santa Fe, New Mexico

DocuSigned by:

*andrea romero*

91ACAD7E5720A46E...

Andrea Romero

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922603-02-05
FAIN#  NH23IP922603
Federal Award Date: 03/31/2021

## Recipient Information

**1. Recipient Name**
New Mexico Department of Health
1190 S St Francis Dr Flr 4 Ste N 4100
Flr 4 Ste N 4100
Santa Fe, NM 87505-4173
[NO DATA]

**2. Congressional District of Recipient**
03

**3. Payment System Identifier (ID)**
1856000565C9

**4. Employer Identification Number (EIN)**
856000565

**5. Data Universal Numbering System (DUNS)**
808389274

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Mrs. ERICA  MARTINEZ
IMMUNIZATION PROGRAM MANAGER
ERICA.MARTINEZ4@STATE.NM.US
505-476-1451

**8. Authorized Official**
Andrea  Romero
andrea.romero@state.nm.us
505-827-2465

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Freda Johnson
wve2@cdc.gov
770.488.3107

**10. Program Official Contact Information**
Mr. Harry  McKnight
hlm4@cdc.gov
404.639.8150

## Federal Award Information

**11. Award Number**
6 NH23IP922603-02-05

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922603

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2020 **- End Date** 06/30/2021 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $24,601,924.00 |
| 20a. Direct Cost Amount | | $24,601,924.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $151,650.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $24,676,661.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $49,278,585.00 |
| **26. Project Period  Start Date** 07/01/2019 **- End Date** 06/30/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | $66,763,014.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Brownie Anderson-Rana
Grants Management Officer

## 30. Remarks

This funding is related to the activities under COVID-19 Vaccination Supplement 4 (April 2021)

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH23IP922603-02-05

FAIN#   NH23IP922603

Federal Award Date:  03/31/2021

## Recipient Information

**Recipient Name**

New Mexico Department of Health

1190 S St Francis Dr Flr 4 Ste N 4100

Flr 4 Ste N 4100

Santa Fe, NM 87505-4173

[NO DATA]

**Congressional District of Recipient**

03

**Payment Account Number and Type**

1856000565C9

**Employer Identification Number (EIN) Data**

856000565

**Universal Numbering System (DUNS)**

808389274

**Recipient's Unique Entity Identifier**

Not Available

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Demonstration

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only

II.  Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a.  Salaries and Wages** | $1,833,418.00 |
| **b.  Fringe Benefits** | $751,700.00 |
| **c.  Total Personnel Costs** | $2,585,118.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $212,240.00 |
| **f.  Travel** | $46,371.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $56,745,944.00 |
| **i.  Contractual** | $2,119,446.00 |
| **j.  TOTAL DIRECT COSTS** | $61,709,119.00 |
| **k.  INDIRECT COSTS** | $522,193.00 |
| **l.  TOTAL APPROVED BUDGET** | $62,231,312.00 |
| **m.  Federal Share** | $49,430,235.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| I-9390GKL | 20NH23IP922603C5 | IP | 41.51 | $8,147,055.00 | 75-2124-0943 |
| I-9390GWA | 20NH23IP922603C6 | IP | 41.51 | $16,454,869.00 | 75-X-0943 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922603-02-05
FAIN#   NH23IP922603
Federal Award Date:  03/31/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

New Mexico Department of Health                                      6 NH23IP922603-02-05

1. Terms and Conditions-NM

**ADDITIONAL TERMS AND CONDITIONS OF AWARD**

**Incorporation:** In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number IP19- 1901, entitled, *Immunization and Vaccines for Children,* which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Component Funding:** Additional funding in the amount $24,601,924 is approved for the Year 02 budget period, which is July 1, 2020 through June 30, 2021.

**Recipients have until June 30, 2024 to expend all COVID-19 funds herein and previously funded.**

**Overtime:** Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Coronavirus Disease 2019 (COVID-19) Funds:** A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); and/or the Consolidated Appropriations Act, 2021, Division M - Coronavirus Response and Relief Supplemental Appropriations Act, 2021 (P.L. 116-260), the American Rescue Plan Act of 2021 (P.L. 117-2) agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS-CoV-2 or to diagnose a possible case of COVID-19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC. HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-reporting-guidance.pdf.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

   **Unallowable Costs:**
   • Research
   • Clinical care
   • Publicity and propaganda (lobbying):
      o Other than for normal and recognized executive-legislative relationships, no funds may be used for:

- publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
- the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
  - o  See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- All unallowable costs cited in CDC-RFA-IP19-1901 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 - Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.

**COVID-19 Funding Budget Revision Requirement:** The recipient must submit a revised budget with a narrative justification within 60 days of receipt of the Notice of Award. If the date falls on a weekend or holiday, the submission will be due the following business day. Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the Awarding Agency Contact Information section on the first page before the due date.

---

**REPORTING REQUIREMENTS**

---

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.   Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Wayne Woods, Grants Management Specialist Centers for Disease Control and Prevention Branch 1
2939 Flowers Road, MS-TV-2 Atlanta, GA 30341
Email: kuv1@cdc.gov  (Include "Mandatory Grant Disclosures" in subject line)
**AND**

U.S. Department of Health and Human Services Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator 3301 Independence Avenue, SW Cohen Building, Room 5527 Washington, DC 20201
Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or Email:
MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

## PAYMENT INFORMATION

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1- 800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount:** Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of **Page 2** of the Notice of Award must be known to draw down funds.

**Stewardship:** The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

## Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NH23IP922603-05-11
FAIN# NH23IP922603
Federal Award Date: 03/24/2025

## Recipient Information

**1. Recipient Name**
State of New Mexico
1190 S St Francis Dr Flr 4 Ste N 4100
Flr 4 Ste N 4100
Santa Fe, NM 87505-4173
505-476-8204

**2. Congressional District of Recipient**
03

**3. Payment System Identifier (ID)**
1856000565C9

**4. Employer Identification Number (EIN)**
856000565

**5. Data Universal Numbering System (DUNS)**
808389274

**6. Recipient's Unique Entity Identifier (UEI)**
E7TEBXBL17P5

**7. Project Director or Principal Investigator**
Ms. Andrea Romero
andrea.romero@doh.nm.gov
505-827-2465

**8. Authorized Official**
Mr. Andrew Gans
Communicable Disease Bureau Chief
andrew.gans@doh.nm.gov
(505) 479-1187

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Percy Jernigan
ibj7@cdc.gov
770.488.2811

**10. Program Official Contact Information**
Ms. Randi Tolstyk
Public Health Advisor
kkq9@cdc.gov
770-488-5114

## Federal Award Information

**11. Award Number**
6 NH23IP922603-05-11

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922603

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Administrative Action

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2023 **- End Date** 03/24/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| 21. Authorized Carryover | | $32,475,264.00 |
| 22. Offset | | $2,571,272.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $9,136,517.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $9,136,517.00 |
| **26. Period of Performance Start Date** 07/01/2019 **- End Date** 03/24/2025 | | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $84,762,530.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Percy Jernigan

## 30. Remarks

Department Authority

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922603-05-11
FAIN# NH23IP922603
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**
State of New Mexico
1190 S St Francis Dr Flr 4 Ste N 4100
Flr 4 Ste N 4100
Santa Fe, NM 87505-4173
505-476-8204

**Congressional District of Recipient**
03

**Payment Account Number and Type**
1856000565C9

**Employer Identification Number (EIN) Data**
856000565

**Universal Numbering System (DUNS)**
808389274

**Recipient's Unique Entity Identifier (UEI)**
E7TEBXBL17P5

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---|
| a.  Salaries and Wages | $6,618,022.00 |
| b.  Fringe Benefits | $2,286,507.00 |
| c.  Total Personnel Costs | $8,904,529.00 |
| d.  Equipment | $0.00 |
| e.  Supplies | $185,079.00 |
| f.  Travel | $94,018.00 |
| g.  Construction | $0.00 |
| h.  Other | $5,889,177.00 |
| i.  Contractual | $28,411,045.00 |
| j.  TOTAL DIRECT COSTS | $43,483,848.00 |
| k.  INDIRECT COSTS | $699,205.00 |
| l.  TOTAL APPROVED BUDGET | $44,183,053.00 |
| m.  Federal Share | $44,183,053.00 |
| n.  Non-Federal Share | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390GKL | 20NH23IP922603C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 0-9390EWQ | 19NH23IP922603C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GUU | 20NH23IP922603UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922603C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390K9M | 20NH23IP922603IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390GKL | 20NH23IP922603C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-9390NKD | 19NH23IP922603C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0140 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**     Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922603-05-11
FAIN#   NH23IP922603
Federal Award Date:  03/24/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

State of New Mexico                                                   6 NH23IP922603-05-11

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of use of funding under the listed document number(s) is effective as of the date set out in your Notice of Award.

Impacted document numbers are included on page 2 of this Notice of Award (NoA).

No additional activities can be conducted, and no additional costs may be incurred, as it relates to these funds.  Unobligated award balances of COVID-19 funding will be de-obligated by CDC. Award activities under other funding may continue consistent with the terms and conditions of the award.

**Final Federal Financial Report (FFR, SF-425)**: Within 30 days please submit final FFR's for impacted document numbers.  The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**All other terms and conditions of this award remain in effect.**