# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF COLORADO, *et al.*<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*<br><br>    Defendants. | Case No.<br><br>**DECLARATION OF JOHANNE MORNE** |

## <u>DECLARATION OF JOHANNE MORNE</u>

I, Johanne Morne, hereby declare:

1.     I am Johanne Morne and I am the Executive Deputy Commissioner at the New York State Department of Health ("Department").

2.     The facts set forth herein are based upon my personal knowledge, conversations with relevant staff, and/or a review of the files in the Department's possession.

3.     As a part of my work for the Department, I have knowledge of many of the grants and cooperative agreements awarded to the Department, and those that are awarded to and administered by Health Research, Inc. ("HRI") on behalf of the Department under the New York State Finance Law,  including those from the Centers for Disease Control and Prevention ("CDC") and the National Institutes of Health ("NIH") to perform lifesaving work and research.

4.     HRI applies for, is awarded, and administers select grant awards and cooperative agreements on behalf of the Department, under the New York State Finance Law, and as a result, HRI is listed as the "Recipient," of the Notice of Award ("NOA").

5.     On March 25, 2025, and March 26, 2025, the Department and HRI received notice, with effective dates of March 24, 2025, that any remaining funding from various CDC and NIH grants were being terminated retroactively.  To date, this includes:

      a.   Epidemiology and Laboratory Capacity ("ELC") for Prevention and Control of Emerging Infectious Diseases in New York State; ELC Enhancing Detection and ELC Enhancing Detection Expansion (collectively, the "Supplemental ELC Grant");

b.  National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risked and Underserved, Including Racial and Ethnic Minority Populations and Rural Communities ("Health Disparities Grant"); and

c.  Immunization COVID-19 Supplemental Funding ("COVID-19 Supplemental Funding Grant").

6.  The grant awards detailed above (collectively, the "Grant Awards") provided the Department with funding streams to assist with various COVID-19 and post-pandemic response efforts and critical public health functions, including testing, surveillance, monitoring and reporting, amongst other approved infectious disease activities within the intended scope of the Grant Awards.  As the impacts of the pandemic and the needs of communities across the State evolved, the Grant Awards continued to be used, consistent with instructions and approved activities regarding allowable funding activities, directly benefitting COVID-19 related public health activities or responding to fundamental infrastructural needs and gaps identified and developed as part of the COVID-19 response and addressing other approved infectious diseases activities within the intended scope of the Grant Awards.

7.  The pandemic exposed many gaps in existing public health infrastructure that began to be improved during the pandemic through the use of Grant Awards funding and are still being improved, maintained, and monitored.  For example, the funding may support testing for COVID-19 alone or as a part of a multi-pathogen panel; surveillance of COVID-19 within infrastructure that also integrates surveillance of other infectious diseases; systems that manage COVID-19 and other infectious disease outbreaks; immunization registry improvements, which include the COVID-19 vaccine; strengthening the capacity of organizations across the state that work on projects improving their local communities' overall health and wellness; and

improvement and maintenance of infection control standards that would be expected to have a positive impact on preventing outbreaks, and other approved infectious disease activities within the intended scope of the awards.

8.      The termination of the Grant Awards is already causing devastating, far-reaching consequences – including the need for unexpected layoffs of dedicated public health personnel responsible for managing and conducting critical public health work functions across the state. The Grant Awards terminations impact local communities throughout New York State, which have directly benefited from the funding of the Grant Awards, and will impact collaborative work with local vendors, subcontractors, and county health departments, within the intended scope of the Grant Awards.

**<u>Supplemental ELC Grant</u>**

9.      The Epidemiology and Laboratory Capacity Cooperative Agreement ("ELC Base") has been in existence since 1995.  It provides critical support for New York State, territorial, and certain large city health departments for public health activities related to infectious disease.  According to the CDC, which provides the ELC funding, the "[ELC] program provides flexible funding to the nation's health departments to detect, prevent and respond to infectious disease outbreaks [and]…administers the [ELC] Cooperative Agreement, a funding mechanism that awards critical support for infectious disease programs and projects."[1] Funding is provided in five-year cycles with annual renewals.  In 2024, the total funding awarded for all health departments was approximately $364 million dollars; for the current budget period of August 1, 2024, through July 31, 2025 approximately $20.5 million was

---

[1] *See* CDC; Epidemiology and Laboratory Capacity; *The Epidemiology and Laboratory Capacity (ELC) Program | Epidemiology and Laboratory Capacity | CDC*, *available at* https://www.cdc.gov/epidemiology-laboratory-capacity/php/about/index.html (last viewed March 28, 2025).

awarded to the New York State Health Department.  Funding supports personnel and provides

other vital resources for activities such as general surveillance, outbreak response, health

information systems, wastewater surveillance, foodborne disease surveillance and investigation,

healthcare-associated infections, antibiotic resistance, viral respiratory disease surveillance and

response, vector-borne disease, fungal disease, and maternal infections that can affect

infants.  Additionally, funding supports a wide range of laboratory work related to the above

activities, such as advanced molecular detection, bacteriology, mycology, and

virology.  Supplemental awards are sometimes distributed in response to emergencies such as the

Mpox, Zika and Ebola virus outbreaks.  Much of the supplemental COVID-19 funding the CDC

distributed during the COVID-19 pandemic was awarded using the ELC mechanism.

10.    On April 23, 2020, the first NOA for the Supplemental ELC Grant awarded

through the ELC Base (Grant No. 6 NU50CK000516-01-06) was received by the Department,

awarding supplemental funding for the budget period of August 1, 2019, through July 31, 2020,

for COVID-19 response efforts.  A copy of that NOA is attached hereto, as **Exhibit A**. The

second NOA for the Supplemental ELC Grant was awarded on January 14, 2021.  This award

was incorporated into and supplemented the existing five-year ELC Base already awarded and

administered by HRI on behalf of the Department through HRI for the project period of August

1, 2019 through July 31, 2024, which was awarded to provide base funding specific to

epidemiology, laboratory, and health information system-related efforts of the Department.  The

NOA for year one of the original project period of the base ELC Base for the five-year period

dated August 1, 2019, through July 31, 2024, is attached hereto as **Exhibit B**. (1

NU50CK000516-01-00).

11.     The awarded April 23, 2020 NOA, administered on behalf of the Department provided supplemental funding of $18,544,755.  As with most awards, the budget period for the April 23, 2020 NOA for the Supplemental ELC Grant was one year.

12.     The Supplemental ELC Grant was awarded as follows:

a.     $700,248,982 known as ELC Enhancing Detection (BP 1), for the budget period of August 1, 2019, through July 31, 2020, (6 NU50CK000516-01-07), issued on May 18, 2020.  A copy of that NOA is attached hereto as **Exhibit C**.

b.     $639,861,809 known as Enhancing Detection Expansion (BP2) for the budget period of August 1, 2020, through July 31, 2021, (6 NU50CK000516-02-05), issued on January 14, 2021.  A copy of that NOA is attached hereto, as **Exhibit D**.

13.     The Supplemental ELC Grant NOAs contained the following language:

> *CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS).  (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b)).*

14.     Drawdowns from the Supplemental ELC Grant typically occur on a weekly basis on expenses paid prior to the drawdowns.

15.     Since the initial award, the Supplemental ELC Grant funds have been used in a manner fully consistent for approved activities within the intended scope of the awards.

16.     On Tuesday, March 25, 2025, HRI received a notification, without any prior notice or indication, that the ELC Base and supplements, including the Supplemental ELC Grants, were terminated effective retroactively to March 24, 2025 ("March 24, 2025 Termination Notice").  A copy of the March 24, 2025 Termination Notice is attached hereto, as **Exhibit E**.

17.    The March 24, 2025 Termination Notice stated that the purpose "is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause."  It further states that "[t]he end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements [which] were issued for a limited purpose: to ameliorate the effects of the pandemic."  It stated that "[n]ow that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out." *Id.*

18.    Realizing it had erroneously terminated the entire ELC Base and all supplements rather than just the Supplemental ELC Grant with supplemental COVID-19 funding, on March 25, 2025, at approximately 1:23 p.m., an updated message was sent by the CDC, stating "On [sic] yesterday, March 24, 2025, the CDC issued Notices of Award to terminate certain COVID-19 funding, as directed. During that process, the Budget Period and Period of Performance dates were inadvertently changed to March 24, 2025, for the entire award. This was done in error and will be corrected by COB today. Thank[sic] you, Office[sic] of Grant Services." *See* **Exhibit F**.

19.    The Supplemental ELC Grant was not originally supposed to terminate until the project end date of July 31, 2026.  A copy of the October 17, 2023, NOA awarding a no-cost extension of the project period is attached hereto as **Exhibit G.**  At the time of termination, approximately $235 million was left unspent from the Supplemental ELC Grant.

20.    The March 24, 2025, Termination Notice also stated that "[n]o additional activities can be conducted, and no additional costs can be incurred."  Additionally, only thirty (30) days from the March 24, 2025, Termination Notice was permitted to submit final Federal Financial Reports ("FFR's") for impacted document numbers with funds authorized and expended for the report timeframe and balance of unobligated funds.  *See* **Exhibit E**.

21.     Prior to the grant award termination, the CDC had never provided notice, written or otherwise, that the grant administration had been in any way unsatisfactory.  HRI prides itself on meeting grant requirements and maintaining high performance standards.  This is certainly the first termination notice of its kind received by HRI, which is not otherwise aware at this time of any HRI award being terminated for cause related to a violation or lack of performance.

22.     To the contrary, as recently as February 7, 2024, the Department was notified of a CDC update related to using these funds, posted as an announcement in the CDC's Cooperative Agreement Management Platform ("CAMP"), a system used by the Department and the CDC to input grant-related information and workplans. This announcement, entitled Updated Companion Clarifying Document for ELC Enhancing Detection ("ED") and Enhancing Detection Expansion ("EDE") COVID-19 Funding, dated January 31, 2024, clarified allowable activities for the funds ("January 31st CDC Announcement").  The January 31st CDC Announcement contained no indication that the grant funding was going to be halted due to the end of the federal Public Health Emergency, or that the funds could not be used to support post-pandemic response. Conversely, it stated that:

> [a]s SARS-CoV-2/COVID-19 testing, surveillance, monitoring, and reporting becomes more integrated into the routine activities for respiratory pathogens more broadly, COVID-19 funded activities should still focus on directly benefiting COVID-19-related public health activities and improved situational awareness that may inform public health action. COVID-19 funded infrastructure, and activities may integrate other pathogens and syndromes, in addition to SARS-CoV-2 and COVID-19, as long as detection/assessment/reporting/visualization activities for SARS-CoV-2 and COVID-19 are included in their routine scope of work. Activities can be conducted and integrated within **broader respiratory pathogen program activities**.

See January 31st CDC Announcement attached hereto as **Exhibit H**.

23.     The Department relied and acted upon its expectation and understanding that the CDC would fulfill its commitment to provide the Supplemental ELC Grant funding it had already awarded.

24.     While the impacts of the immediate termination of the Supplemental ELC Grant are still being fully evaluated, the consequences are unequivocally devastating to New York's post-pandemic efforts to manage public health, build and rebuild our public health infrastructure, and prepare for future public health emergencies measures implemented as part of the COVID-19 response.  These impacts will be long-lasting, cutting across all communities - geographically and demographically - and will be deeply felt by all New Yorkers for generations to come. Losing this funding will shutter multiple areas of work that are foundational components of the Department's response to COVID-19 and other pathogens of significant threat to the public.  The loss of this critical funding will undermine both the progress we have made in preparing for future pandemics or infectious disease outbreaks and the lessons learned from our most recent pandemic response.

25.     These cuts weakened the backbone of our New York State public health infrastructure by significantly reducing—and in some cases eliminating—the resources that support infection prevention and infection control work, surveillance and symptom reporting systems, laboratory support and testing, data collection and analysis, public facing dashboards, and data and analytics systems, with no advance notice to prepare.

26.     Specifically, the loss of funds from the Supplemental ELC grant will adversely impact or eliminate the following:

        a.     Collecting valuable health care facility data, known as the New
        York State Health Electronic Response Data System ("HERDS"), needed to

monitor various health care providers' (hospitals, providers, nursing homes, adult

care, and home care) bed capacity to ensure people's ability to access care and for

the Department to prepare and respond to health emergencies;

  b. Ability to describe disease incidence and prevalence using

epidemiologic data analysis, data quality assurance, and data interpretation work

for respiratory disease such as COVID-19 and a wide variety of other

illnesses; Data operations and enhancements for the Department's core systems

used daily to safeguard against infectious diseases: case reporting, emergency

department syndromic surveillance, outbreak management of health care-

associated infections, and electronic symptom self-monitoring and electronic case

reporting systems;

  c. Ability to operate the Department's 24/7 Surge Operations Center

that assists hospitals when they do not have ample bed capacity or ability to

provide a specialized type of care, as well as to provide vital emergency

preparedness and response to swiftly react and respond to crises across the state;

  d. Operational support for the maintenance of the New York State

Immunization Information System ("NYSIIS"), used daily by providers and

schools every day to ensure children are vaccinated against contagious diseases;

  e. The Department's COVID-19 and other infectious disease

dashboards for rapid public access to collated, interactive data;

  f. Contracts to enhance informatics infrastructure such as the New

York State Health Commerce System ("HCS"), widely used by multiple programs

across the Department, hospital facilities for the purposes of data review and

reporting of adverse event, and local counties, the New York State Electronic Death Registry System ("EDRS"), which is used to record deaths by physicians and funeral homes, as well as communicable disease surveillance, lab reporting and testing systems;

g.      Ability to provide guidance and assistance for local health departments in outbreak surveillance, reporting, and investigations;

h.      Infection preventionists and epidemiologists to assist health care facilities with outbreak investigations and improve infection control, resulting in impaired health and safety protection of our most vulnerable residents living in nursing homes, a population that is at high risk for negative consequences from COVID-19;

i.      Contracts to upgrade and strengthen the data and technology infrastructure that supports the Department's Wadsworth Center's public health Laboratory Information Management System, which is a system we are required by regulation, 42 C.F.R § 493 *et Seq.* to have in place to maintain to receive and track specimens, report test results, and has also been used to house information on testing and surveillance of infectious diseases;

j.      Disintegration of an established genomic sequencing consortium that provides statewide capacity to rapidly and extensively respond to outbreaks and surveillance needs, identifying circulating SARS-CoV-2 variants, tracking pathogen evolution, and other infectious agents such as the measles, polio, Zika and Mpox viruses, and agents of bioterrorism;

k.    Courier contract for the transport of specimens to the laboratories of the Department's Wadsworth Center, from patients with suspected high consequence pathogen infections posing serious and immediate public health threat;

l.    Ability for the Department's Wadsworth Center to provide rapid genomic surveillance data for SARS-CoV-2 in wastewater and clinical specimens as well as other emerging pathogens such as the H5N1 influenza, polio, and measles viruses;

m.    Contract to modernize the Department's Vital Records system, which is key to confirming and tracking COVID-19 related deaths, as the pandemic revealed an infrastructure gap and a need to update Vital Records systems to allow for more rapid response;

n.    Public awareness and media campaigns focused on combating vaccine misinformation and disinformation on viruses;

o.    The public health fellowship program, including program support staff and fellows at both the Department and at local health departments across New York State, who, in part, work on advancing the above initiatives as well as other public health goals of the State as related to infection control, outbreaks, and disease surveillance, amongst other efforts;

p.    Day-to-day assistance of CDC Foundation[2] staff working closely with Department staff to maintain 24/7 health care facility surge operational needs, electronic reporting of health care facility data, and implementation of an

---

[2] The CDC Foundation is a global nonprofit, that helps the CDC and manages public health programs that impact chronic and infectious diseases and emergency threats like COVID-19.

automated data reporting system.  Additionally, CDC Foundation staff work alongside of Department staff to understand the state of readiness and active infection response risk for the approximately 597 nursing homes statewide, and provide support for wastewater surveillance of infectious disease, amongst other functions; and

q.    The monitoring of service contracts on laboratory equipment maintained in facilities statewide, whose certification compliance is required by state and federal regulations for diagnostic testing.

### Health Disparities Grant

27.    The CDC awarded grants to health departments with the goal of addressing COVID-19 related health disparities, to "advance health equity amongst populations that are at high-risk and underserved, including racial and ethnic minority groups and people living in rural areas."  Among other goals, the CDC hoped to "improve testing and contract tracing capabilities; develop innovative mitigation and prevention resources and services; improve data collection and reporting; build, leverage and expand infrastructure support; and mobilize partners and collaborators to advance health equity and address social determinants of health as they relate to COVID-19."  The CDC intended to ensure "resources are available to maintain and manage physical and mental health, including easy access to information, affordable testing, and medical and mental health care."  A copy of the CDC's March 17, 2021, Archived Press Release is attached hereto as **Exhibit I**.

28.    On May 26, 2021, the NOA for the Health Disparities Grant (Award No. 1 NH75OT000075-01-00) was received by the Department, awarding funding for the budget

period of June 1, 2021, through May 31, 2023.  A copy of that NOA is attached hereto, as **Exhibit J**.

29.    The May 26, 2021, NOA awarded funding in the amount of $33,726,393. *Id.*

30.    The Health Disparities Grant was amended and extended thereafter as follows:

a.    By notice dated March 17, 2023, (Award No. 1 NH75OT000075-01-01), the CDC amended the original NOA to approve a 12-month no cost extension altering the budget and project period end dates to extend to May 31, 2024, per a request submitted February 28, 2023, by the recipient.  This NOA contained the following language:

> *CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS).  (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b)).*

A copy of that NOA is attached hereto, as **Exhibit K**.

b.    By Notice dated March 27, 2023, (6 NH75OT000075-01-02), the CDC issued a correction to the Approved Budget allocations.  A copy of that NOA is attached hereto, as **Exhibit L**.

c.    By Notice dated February 28, 2024, (6 NH75OT000075-01-03), the CDC approved a 24 month no-cost extension, altering the budget and project period end dates, extending them from May 31, 2024, to May 31, 2026.  A copy of that NOA is attached hereto, as **Exhibit M**.

31. Drawdowns from the Health Disparities Grant typically occur on a weekly basis on expenses paid prior to the drawdowns.

32. Since the initial award, the Health Disparities Grant funds have been used in a manner fully consistent with CDC's approved activities within the intended scope of award.

33. Again, HRI prides itself on meeting grant requirements and maintaining high performance standards and emphasizes that this is certainly the first termination notice of its kind received by HRI, which is not otherwise aware at this time of any HRI award being terminated for cause related to a violation or lack of performance.

34. On Tuesday, March 25, 2025, HRI received a notification, without any prior notice or indication, that the Health Disparities Grant was terminated retroactively, effective March 24, 2025, ("March 24, 2025 Termination Notice"), well in advance of the scheduled termination date of May 31, 2026, as previously guaranteed by the February 28, 2024 NOA (6 NH75OT000075-01-03).  The March 24, 2025, Termination Notice is attached hereto as **Exhibit N**.  At the time of termination, approximately $11.5 million was left unspent from the Health Disparities Grant.

35. The March 24, 2025, Termination Notice stated that the purpose "is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause."  It further states that "[t]he end of the pandemic provides cause to terminate COVID-related grants and cooperate agreements [which]] were issued for a limited purpose: to ameliorate the effects of the pandemic."  It stated that "[n]ow that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out."  *See id.*

36.    Notably, the March 24, 2025, Termination Notice stated that "[n]o additional activities can be conducted, and no additional costs can be incurred." The March 24, 2025 Termination Notice only provided a mere thirty (30) days from the March 24, 2025 Termination Notice to "facilitate an *orderly* closeout" (emphasis added), in part by submitting all required detailed closeout reports identified, including a Final Performance/Progress Report, a Final Federal Financial Report, and an Equipment and Supplies – Tangible Personal Property Report. *See id.* To be clear, no "orderly" closeout of the Health Disparities Grant can reasonably be achieved in the 30-day period provided, notwithstanding the completion of the detailed reports required; moreover, additional costs will have to be incurred for the costs and burdens of strategically winding down Health Disparities Grant activities to minimize the devastating impact on the community partners that have come to depend on them.

37.    Prior to the grant award termination, the CDC had never provided the notice, written or otherwise, that the grant administration had been in any way unsatisfactory.

38.    While the impacts of the Health Disparities Grant termination are still being fully evaluated, the most immediate and distressing impact was the required termination of twenty-three (23) HRI-employed individuals, who worked in the Department's Division of Family Health, Office for Minority Health and Health Disparities Prevention, and the Public Affairs Group.

39.    The funding from the Health Disparities Grant was intended to engage with and empower community-based organizations across the state directly, consistent with the CDC's approved activities within the intended scope of award. Communities that had never worked with the Department or any New York State government agency before received training and technical assistance to register and navigate the State's procurement system and have now

executed contracts with New York State agencies as a direct result of the Health Disparities

Grant. The Health Disparities Grant contracts have supported community-based organizations'

ability to: 1) gain skills and knowledge about public health and to help them see that work they

are doing is public health; and 2) develop and implement a project that draws upon the strengths

of the community, meets the needs of the community, and utilizes solutions from the community.

The Health Disparities Grant includes funding for capacity building for health literacy, as well as

data collection and use.

40.     Within the OPH's Center for Community Health, the Division of Family Health

("DFH") staff have led the efforts to implement equitable procurements in the form of small

wellness grants (181), large wellness grants (19), and several vendor contracts for training and

technical assistance, a community of practice for Community Health Workers, and support for

five (5) mobile vehicles. In addition, staff have developed opportunities for community listening

sessions using state-managed funds and a new federal grant with funding to support Medicaid

enrollment, as well as writing a procurement for a new state appropriation for Children and

Youth with Special Health Care Needs that would provide small community grants to increase

accessibility and inclusivity.

41.     Specifically, the loss of funds from the Health Disparities Grant will dismantle the

Department's cornerstone achievement – the Small Wellness Mini Grants, totaling over $9

million to 181 community-based organizations across New York State. The Department released

funding in two cohorts. Cohort 1 resulted in contracts with 70 community-based organizations,

awarding almost $3.5M in total, with 61% being new partners to the Department. Cohort 2

resulted in 111 community-based organizations awarding a total of over $5.5 million, with 92%

being new partners to the Department.

42.     Small Wellness Mini Grants were awarded in every county outside of New York City.  The Department funded small community-based organizations that address issues like food insecurity, improving health literacy, youth and community empowerment, mental health, financial literacy, parent supports, physical activity, and faith-based organizations.  The DFH has spent two to three years building relationships and trust with these diverse community members with the vision that we can work closely with them on the Department's broader work and especially in times of crisis, such as disease outbreaks or environmental/climate events.

43.     The termination of the Health Disparities Grant has also resulted in the elimination of Large Community Wellness Grants, totaling $4.75 million to 19 community-based organizations across New York State.  Nineteen organizations were awarded $250,000 with at least $75,000 of the award allocated to a grassroots partner in their community.  The goals are to: 1) build partnerships between large organizations and smaller grassroots organizations on a local level; and 2) provide another opportunity to build capacity for small community-based organizations.  These grants are funded through the end of 2025 and were terminated prematurely, which will result in loss of funding for staff and the activities that are just now getting meaningfully started.

44.     The termination of the Health Disparities Grant will also severely impact the Department's longer-term work of capacity building to help community-based organizations across New York State successfully register and navigate the New York State Statewide Financial System ("SFS") so that they can efficiently use the technology, access a broader pool of state funding opportunities from the Department as well as other New York State agencies.  Most recently, DFH staff supported twenty-five (25) organizations in successfully registering in SFS.  SFS can be complicated for these small organizations—the Department provided support and

intense technical assistance for months. Seventy (70) listening sessions with over 800 participants were held across thirty-three (33) counties.

45.    The DFH is using this information to inform its five-year strategic action plan to support New York State's population from birth through reproductive age. The community-based organizations were trained to conduct community listening sessions and collect data in a uniform manner, and how to establish themselves in SFS and submit for reimbursement for State funding. The goal over the next year was to support additional organizations to enroll in SFS in the same manner. The Department was planning a statewide meeting in October 2025 to discuss sustainability activities, hoping to link community-based organizations pursuing new funding opportunities with their Local Health Departments.

46.    In addition to the initiatives managed by the DFH, the Department's mission is supported by the Office of Minority Health and Health Disparities Prevention ("OMH-HDP"). The OMH-HDP's major activities aimed at capacity building, and anticipated impacts include disruptions to:

   a.    The ability to effectively manage contracts, provide technical assistance and educational opportunities related to addressing health needs of New York State-recognized Tribal Nations. Under New York Public Health Law § 201(1)(s), the Department has a statutory obligation to "administer to the medical and health needs of the ambulant sick and needy Indians on the reservations". The Department satisfied this obligation through the New York State American Indian Health Program. Through establishment of contracts, contract management, educational opportunities, and technical assistance, OMH-HDP conducted

activities aimed at addressing the health needs of the Nations, Nation health clinics and health providers serving Nation members;

b.  Continuation of the Department's Rural Health Collaborative, which convened on an ad hoc basis to update programs across the Department about rural health initiatives and foster opportunities for collaboration, as well as a Lecture and Learn Series to educate Department staff and external stakeholders about population-based health; and

c.  Health literacy efforts within the Department and externally throughout the state to strengthen individual and organizational health literacy by promoting best practices, developing resources, and identifying strategies to make health communication more effective, within the Department and across New York State.

47.  The Department relied and acted upon its expectation and understanding that the CDC would fulfill its commitment to provide the Health Disparities Grant it had already awarded.  Likewise, recipients of the Community Wellness Mini Grants and Small Wellness Mini Grants have relied on the Department for continued funding and support of their own activities.

48.  None of these activities will reach completion with the immediate termination of the Grant.

## Immunization COVID-19 Supplemental Funding Grant

49.  On June 5, 2020, the first Notice of Award ("NOA") for the COVID-19 Supplemental Funding Grant (Award No. 6 NH23IP922625-01-04) in the amount of $5,277,968 was received from the CDC awarding funding under the base Immunization Vaccine For Children ("VFC") Cooperative Agreement, for a five year project period of July 1, 2019, to June

30, 2024.  Unlike the other Grant Awards, DOH is the "Recipient" of the NOA.  A copy of that

NOA is attached hereto, as **Exhibit O**.

50.    On September 23, 2020 the second Notice of Award ("NOA") for the COVID-19

Supplemental Funding Grant (Award No. 6 NH23IP92262502-01) in the amount of $7,825,598

was received from the CDC awarding funding under the base Immunization Vaccine For

Children ("VFC") Cooperative Agreement, for a five year project period of July 1, 2019, to June

30, 2024.  A copy of that NOA is attached hereto, as **Exhibit P**.

51.    Several NOAs were issued as COVID Supplemental Funding throughout the grant

period thereafter including:

| NOA Date | NOA No. | Document# s | Award value |
|---|---|---|---|
| 6/5/2020 | 6 NH23IP922625-01-04 | 19NH23IP922625C3 | $5,277,968 |
| 9/23/2020 | 6 NH23IP922625-02-01 | 19NH23IP922625 20NH23IP922625C3 | $7,835,598 |
| 12/16/2020 | 6 NH23IP922625-02-02 | 20NH23IP922625C3 | $5,277,968 |
| 1/15/2021 | 6 NH23IP922625-02-03 | 20NH23IP922625C5 | $100,449,264 |
| 3/31/2021 | 6 NH23IP922625-02-04 | 20NH23IP922625C5 20NH23IP922625C6 | $100,449,263 |
| 5/3/2021 | 6 NH23IP922625-02-06 | 20NH23IP922625VWCC6 | $8,161,503 |

*See* **Exhibits O, P, Q, R, S,** and **T**, respectively.

52.    NOA 6NH23IP922625-05-01 extended the grant period to December 31, 2024

(**Exhibit U**), and NOA 6NH23IP922625-05-09 further extended the grant period to June 30,

2025 (**Exhibit V**) which included approved carry over of $55,834,475 in COVID supplemental

funds. *See* **Exhibit W**.

53.    On Tuesday, March 25, 2025, the Department received a notification, without any

prior notice or indication, that the entire, base Immunization VFC Cooperative Agreement, was

terminated effective retroactively to March 24, 2025 (6 NH23IP922625-05-10) ("March 24,

2025, Termination Notice"). A copy of the March 24, 2025 Termination Notice is attached hereto as **Exhibit X**.

54.     The March 24, 2025, Termination Notice stated that the purpose, "is to terminate the use of any remaining COVID--19 funding associated with this award.  The termination of this funding is for cause."  It further states that "[t]he end of the pandemic provides cause to terminate COVID-related grants and cooperate agreements [which]] were issued for a limited purpose: to ameliorate the effects of the pandemic."  It stated that "[n]ow that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out."  *See id.*

55.     Apparently realizing it had erroneously terminated the entire Immunization VFC Cooperative Agreement rather than just the COVID-19 Supplemental Funding Grant with supplemental COVID-19 funding, on March 25, 2025, an updated message was received from the CDC, stating "On[sic] yesterday, March 24, 2025, the CDC issued Notices of Award to terminate certain COVID-19 funding, as directed. During that process, the Budget Period and Period of Performance dates were inadvertently changed to March 24, 2025 for the entire award. This was done in error and will be corrected by COB today. Thank[sic] you, Office[sic] of Grant Services."  *See* **Exhibit F**.

56.     The CDC issued another NOA to the Department dated March 25, 2025, (6 NH23IP922625-05-11), which corrected the error and restored base grant (core) funding through June 30, 2025.  A copy of the NOA is attached hereto as **Exhibit Y**.

57.     The COVID-19 Supplemental Funding Grant was not originally supposed to terminate until the project end date of June 30, 2025, with a no-cost extension through June 30, 2027, submitted in February 2025 (which was under review but not yet awarded).  Under this

extension, the Department was planning additional expenditures of approximately $40M consistent with CDC's approved activities within the intended scope of award. A copy of this request is attached hereto as **Exhibit Z**.

58.     The Department incurs expenses on grant awards established in the Statewide Financial System.  These awards are established consistent with the Notice of Grant Awards provided from the sponsoring federal agency.  The New York State Office of the Comptroller then routinely draws in reimbursement for these incurred expenses in the Federal Payment Management System.

59.     Since the initial award, the Department has used the COVID-19 Supplemental Funding Grant funds in a manner fully consistent with approved activities within the intended scope of award.

60.     New York State has been consistently in good standing with Immunization Cooperative Agreement activities and budgetary reporting.

61.     Additionally, the March 24, 2025, Termination Notice stated that "[n]o additional activities can be conducted, and no additional costs can be incurred."  Further, the Department was only provided thirty (30) days from the March 24, 2025 Termination Notice to submit final FFR's for impacted document numbers with funds authorized and expended for the report timeframe and balance of unobligated funds, when the Department usually has ninety (90) days past the end of the budget period to prepare the FFR.  *See* **Exhibit X**.

62.     Prior to the grant award termination, the CDC had never provided the Department with notice, written or otherwise, that the grant administration had been in any way unsatisfactory.

63.     While the impacts of the COVID-19 Supplemental Funding Grant termination are still being fully evaluated, there are immediate consequences.  For example, the Department is currently using this funding to contract out the maintenance of NYSIIS to an outside contractor to support immunization data infrastructure, consistent with CDC's approved activities within the intended scope of award.  NYSIIS contains records of all New York State immunizations for children less than nineteen (19) years and some adults from healthcare providers, including vaccinations for COVID-19.  PHL §§ 2168(1), (5), (13) explicitly charge the Department with implementing and maintaining the NYSIIS database.  The existing contract is worth $8.3 million.

64.     The Department has a legal obligation and public health objective to protect the integrity of NYSIIS.  NYSIIS also provides local health departments, healthcare providers, schools, and other entities complete, accurate, secure, real-time immunization data.  If the maintenance contract is terminated and if any issues with the database, software, report, or data exchange with providers occur, then all authorized users, including the Department, local health departments, providers, schools and other entities will not have access to NYSIIS data to perform their state mandated vaccination activities and support patient care.  In addition, providers will not be able to report vaccination data to NYSIIS, which will result in inaccurate and incomplete immunization records.  Thus, there will be no reliable way to determine whether children are legitimately vaccinated to meet school vaccination requirements and ensure the health and safety of the community; nor would the Department have a reliable way to oversee the State's vaccination programs or comply with the legislature's statutory mandate.  Even more alarming, the next outbreak of a deadly contagious diseases may not be able to be contained without accurate vaccination information to rely on.  There will be critical impact on health and safety as providers, schools and other entities will not be able to verify patient immunization history from

NYSIIS. Additionally, there are staff and contractors in the Department's Bureau of Surveillance and Data Systems ("BSDS") that provide support to providers for mandated reporting and utilize NYSIIS to support patient vaccination.

65.     COVID-19 Supplemental Funding Grant funds were also being used to fund a Vaccine Equity contract currently set to expire on June 30, 2025—aligned with the original COVID-19 Supplemental Funding Grant NOA termination date. This contract enables the contractor to sustain essential staffing levels to support local health departments' plans to prevent and respond to vaccine-preventable diseases, including COVID-19, provide high-quality vaccine positive social media content and translation services, support the Public Health Partnership Conference, continue the Vaccine Equity Lunch and Learn Series to coordinate vaccination efforts in areas with low immunization rates (e.g., COVID-19), and launch the "Stay in the Game" immunization campaign encouraging students to get their shots, including updated COVID-19. This funding is crucial to support local health departments in their mission to protect public health, fully consistent with CDC's approved activities within the intended scope of award. The Department's OPH has already requested a two year no-cost to CDC for an extension of this contract through June 30, 2027, committing an additional $360,000 to this contract.

66.     Further, there are existing contracts with the Tribal Nations funded by the COVID-19 Supplemental Funding Grant, overseen by the OMH-HDP in the amount of $1.2 million. Funding was allocated to support New York State-recognized Tribal Nations and organizations in collaboration with Tribal Nations through programs that develop and implement community-based and culturally and linguistically appropriate messages that focus on COVID-

19 spread, symptoms, prevention and treatment, and the benefits of vaccination to support

vaccine uptake in Tribal Nations.

67.    An NYS-based educational research foundation ("Research Foundation") was

awarded funding to increase confidence levels in COVID-19 vaccines throughout the state. The

Research Foundation work was spearheaded by two Nation community members to collaborate

with Native leaders and other trusted community messengers to provide outreach, engagement,

and education. The Research Foundation intended to create tailored culturally appropriate

educational materials, messages, outreach events, and public service announcement.

68.    One Tribal Nation's project was an opportunity to meet the health and wellness

needs of Tribal Nation community members.  Year one, ending June 2024, resulted in members

being identified as having Long COVID symptoms.  Funding planned for 2025 sought to provide

culturally sensitive information on self-management strategies for Long COVID and host a series

of workshops and educational sessions through supportive environments for members affected

by Long COVID.  This funding supports workshops and educational sessions to educate and

empower community members to recognize symptoms, seek appropriate support, and adopt

lifestyle changes to manage their conditions effectively.  Medical providers will be asked to

present to the community to address various long COVID conditions.  Members are encouraged

to vaccinate and to promote vaccination within the community.  Funding supports guest

speakers, educational materials, and staff time to coordinate.

69.    The funding was also used for the temporary services of two clinical nurses

(approximately $400,000 per year). One nurse supports regional immunization activities in the

Western New York, including conducting CDC required on-site visits with providers enrolled in

the Vaccines for Children Program.  This includes assessment of COVID-19 vaccine stock

requirements to assure vaccine access for VFC eligible children. The other nurse supports clinical activities in the school immunization program, including providing education to school nurses and reviewing immunization medical exemption documentation.

70.     There were also many activities that the Department had planned to imminently undertake with these grant funds, including but not limited to:

a.  Non-personnel services funding for building out a Bureau of Vaccine Confidence and Demand ($300,000).

b.  The release of a proposed vaccine confidence Request for Applications ("RFA"), seeking to join with community-based partners and fund community collaborators trusted by close-knit vaccine hesitant communities to make house visits to discuss issues of vaccine safety and efficacy in plain language.  Non-vaccination topics, including healthy pregnancy, milestones in child development, nutrition, and safety will also be discussed as trust is built ($1.5 million).

c.  Media Campaigns, which created a statewide blitz of vaccine positive communication to stop misinformation from eroding public trust in vaccines; informed by and developed in partnership with community partners and trusted messengers to improve confidence in vaccines through culturally appropriate communication strategies ($40 million).

d.  New York State Department of Health Behavioral Risk Factor Surveillance System contract amendment ($1 million).  The Behavioral Risk Factor Surveillance System ("BRFSS") is an annual data collection program administered within the Department.  Data is collected through random-digit dial telephone surveys supported by the Department in collaboration with the federal

Centers for Disease Control and Prevention.  The BRFSS collects statewide

information on health practices, risk behaviors and preventable conditions for the

Department and its partners to use in program planning and evaluation.  Topics

include tobacco product use, physical activity, nutrition, vaccine hesitancy, and

cancer screening, among others.

e.  A contract to form a five-part "Healthy Families, Healthy Kids" seminar,

community level intervention delivered to mothers who are the primary decision

makers on health matters in this focal community.  A variety of topics about

raising healthy children, of which vaccination is one, will be amplified.

Continuous quality improvement activities will inform future iterations of these

community level interventions and utility in other areas or close-knit communities

with low immunization rates ($350,000).

71.    While the potential ramifications are still being assessed, there is also the very

real risk that additional Department staff will need to be terminated as a part of any of these grant

terminations.

72.    The Department was always aware that the funding from these grants would end

as of a date certain.  Recognizing the significant funding these grants provided the Department, a

careful and strategic approach to transitioning critical activities away from this funding and on to

other funding is necessary.  Many grants are time-limited and the Department has significant

experience with effectuating such transitions; but, successful transition, without critical

disruption of public health activities, is only possible when the original terms of the grant are

honored.  While the Department has experienced countless episodes of grants ending as per their

original and designated timeline, the Department has no recent memory of ever having been

notified of a grant's termination not only with no advance notice, but *after* it had been terminated, as occurred here.

73.    To be clear, these federal cuts are no less than a direct attack on the public health and safety of all New Yorkers.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 28th Day of March 2025, in Albany, New York.

_Johanne C. Morne_
_____

Johanne Morne

Executive Deputy Commissioner

NYS Department of Health

# EXHIBIT A

| 1. DATE ISSUED *MM/DD/YYYY* 04/23/2020 | 1a. SUPERSEDES AWARD NOTICE dated 10/16/2019 except that any additions or restrictions previously imposed remain in effect unless specifically rescinded | **DEPARTMENT OF HEALTH AND HUMAN SERVICES** **Centers for Disease Control and Prevention** |
|---|---|---|

**2. CFDA NO.**
93.323 - Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

2939 Brandywine Road
Atlanta, GA 30341

**3. ASSISTANCE TYPE** Cooperative Agreement

| **4. GRANT NO.** 6 NU50CK000516-01-06 Formerly | **5. TYPE OF AWARD** Demonstration |
|---|---|
| **4a. FAIN** NU50CK000516 | **5a. ACTION TYPE** Post Award Amendment |

**NOTICE OF AWARD**
AUTHORIZATION (Legislation/Regulations)
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

| **6. PROJECT PERIOD** *MM/DD/YYYY* From 08/01/2019 | Through | *MM/DD/YYYY* 07/31/2024 |
|---|---|---|
| **7. BUDGET PERIOD** *MM/DD/YYYY* From 08/01/2019 | Through | *MM/DD/YYYY* 07/31/2020 |

**8. TITLE OF PROJECT (OR PROGRAM)**
Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases in New York State

| **9a. GRANTEE NAME AND ADDRESS** HEALTH RESEARCH, INC. 150 BROADWAY STE 560 -DUP4 MENANDS, NY 12204-2719 | **9b. GRANTEE PROJECT DIRECTOR** Ms. DEBRA S. BLOG M.D. Empire State Plaza Corning Tower, Room 503 Albany, NY 12237 Phone: 518-474-4394 |
|---|---|
| **10a. GRANTEE AUTHORIZING OFFICIAL** Mr. Michael A. Saglimbeni 150 Broadway Suite 560 Riverview Center Menands, NY 12204-2719 | **10b. FEDERAL PROJECT OFFICER** Wayne Brathwaite 1600 Clifton Rd Atlanta, GA 30333 Phone: 404-639-5127 |

**ALL AMOUNTS ARE SHOWN IN USD**

| 11. APPROVED BUDGET (Excludes Direct Assistance) | | 12. AWARD COMPUTATION | |
|---|---|---|---|
| I Financial Assistance from the Federal Awarding Agency Only | | a. Amount of Federal Financial Assistance (from item 11m) | 29,168,410.00 |
| II Total project costs including grant funds and all other financial participation | **I** | b. Less Unobligated Balance From Prior Budget Periods | 0.00 |
| | | c. Less Cumulative Prior Award(s) This Budget Period | 10,623,655.00 |
| a. Salaries and WageS .................... | 4,246,864.00 | d. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | 18,544,755.00 |
| b. Fringe Benefits .................... | 1,583,174.00 | **13.** Total Federal Funds Awarded to Date for Project Period | 29,168,410.00 |
| c. Total Personnel Costs .................... | 5,830,038.00 | **14. RECOMMENDED FUTURE SUPPORT** *(Subject to the availability of funds and satisfactory progress of the project):* | |
| d. Equipment | 55,000.00 | | |

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL DIRECT COSTS |
|---|---|---|---|
| a. 2 | | d. 5 | |
| b. 3 | | e. 6 | |
| c. 4 | | f. 7 | |

| | | |
|---|---|---|
| e. Supplies .................... | 1,052,571.00 | |
| f. Travel .................... | 186,020.00 | |
| g. Construction .................... | 0.00 | **15.** PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES: |
| h. Other .................... | 19,002,473.00 | a. DEDUCTION b. ADDITIONAL COSTS c. MATCHING d. OTHER RESEARCH (Add / Deduct Option) e. OTHER (See REMARKS) |
| i. Contractual .................... | 702,646.00 | **b** |
| j. TOTAL DIRECT COSTS →————— | 26,828,748.00 | |
| k. INDIRECT COSTS | 2,339,662.00 | **16.** THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING: |
| l. TOTAL APPROVED BUDGET | 29,168,410.00 | a. The grant program legislation b. The grant program regulations c. This award notice including terms and conditions, if any, noted below under REMARKS. d. Federal administrative requirements, cost principles and audit requirements applicable to this grant. |
| m. Federal Share | 29,168,410.00 | In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system. |
| n. Non-Federal Share | 0.00 | |

**REMARKS** (Other Terms and Conditions Attached - [X] Yes    [ ] No)

**GRANTS MANAGEMENT OFFICIAL:**
Brownie Anderson-Rana, Grants Management Officer
2939 Flowers Road
Mailstop TV2
Atlanta, GA 30341-5509
Phone: 770-488-2771

| 17.OBJ CLASS 41.51 | 18a. VENDOR CODE 1141402155A1 | 18b. EIN 141402155 | 19. DUNS 002436061 | 20. CONG. DIST. 20 |
|---|---|---|---|---|
| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | APPROPRIATION |
| 21. a. 0-9390EWQ | b. 19NU50CK000516C3 | c. CK | d. $18,544,755.00 | e. 75-2024-0943 |
| 22. a. | b. | c. | d. | e. |
| 23. a. | b. | c. | d. | e. |

NOTICE OF AWARD (Continuation Sheet)

| PAGE   2 of 3 | DATE ISSUED 04/23/2020 |
|---|---|
| GRANT NO.     6 NU50CK000516-01-06 | |

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

NOTICE OF AWARD (Continuation Sheet)

| PAGE  3 of 3 | DATE ISSUED 04/23/2020 |
|---|---|
| GRANT NO.    6 NU50CK000516-01-06 | |

| Federal Financial Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 08/01/2019 | 07/31/2020 | Annual | 10/29/2020 |

# AWARD ATTACHMENTS

Health Research, Inc.                                    6 NU50CK000516-01-06

1. Terms and Conditions

**AWARD INFORMATION**

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CK19-1904, entitled Epidemiology and Laboratory Capacity (ELC), which is hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Component Funding:** Additional funding in the amount $18,544,755 is approved for the Year 01 budget period, which is August 1, 2019 through July 31, 2020 **COVID-19** Response Activities:

- E. Cross-Cutting Emerging Issues: $18,544,755

**Recipients have 24 months from the date of this NoA to expend all funds awarded herein**

**Budget/Workplan Revision Requirement:** Within 30 days of this NoA, the recipient must submit a revised budget with a narrative justification outlining response activities. Failure to submit the required information in a timely manner may adversely affect the future funding of the project. If the information cannot be provided by the due date, you are required to contact your ELC Project Officer and Grant Management Specialist. Revised budget can be uploaded in GrantSolutions as a grant note for the purpose of "administrative relief" during the COVID-19 crisis.

**Pre-Award Costs**: Pre-award costs dating back to January 20, 2020 – when CDC first activated its Emergency Operations Center (EOC) – and directly related to the COVID-19 outbreak response are allowable.

**Indirect Costs:** Indirect cost will be approved based on current approved negotiated indirect cost rate agreement.

**Overtime:** Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Additional Reporting:**
- Monthly progress reports on status of timelines, goals, and objectives as defined by CDC in approved work plans.
- Monthly fiscal reports (beginning 60 days after NOAs are issued).
- Performance measure data
- CDC may require recipients to develop annual progress reports (APRs). CDC will provide APR guidance and optional templates should they be required.

**Additional Term and Condition:**
A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123)  or the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136) agrees to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread

of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

If recipient disburses any funds received pursuant to this award to a local jurisdiction, recipient shall ensure that the local jurisdiction complies with the terms and conditions of this award. Consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19.
In addition, to the extent applicable, Recipient will comply with Section 18115 of the Coronavirus Aid, Relief, and Economic Security Act (the "CARES Act"), Public Law 116-136, with respect to the reporting to the Secretary of Health and Human Services of results of tests intended to detect SARS–CoV–2 or to diagnose a possible case of COVID–19.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
    - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
        - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
        - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
    - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf
- All unallowable costs cited in CDC-RFA-CK19-1904 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 – Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.

## REPORTING REQUIREMENTS

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Tonya M. Jenkins, Grants Management Specialist
Time Solutions LLC
Office of Grants Services (OGS)
Office of Financial Resources (OFR)
Office of the Chief Operating Officer (OCOO)
Centers for Disease Control and Prevention (CDC)
pjo6@cdc.gov | 404-498-2399 office

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

**PAYMENT INFORMATION**

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1- 800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to [hhstips@oig.hhs.gov](mailto:hhstips@oig.hhs.gov) or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

Payment Management System Subaccount: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

**Stewardship**: The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

*All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.*

# EXHIBIT B

| 1. DATE ISSUED *MM/DD/YYYY*<br>07/15/2019 | 1a. SUPERSEDES AWARD NOTICE dated<br>except that any additions or restrictions previously imposed<br>remain in effect unless specifically rescinded |
|---|---|

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Centers for Disease Control and Prevention**
**CDC Office of Financial Resources**

2939 Brandywine Road
Atlanta, GA 30341

**2. CFDA NO.**
93.323 - Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**3. ASSISTANCE TYPE**  Cooperative Agreement

| 4. GRANT NO.  1 NU50CK000516-01-00<br>Formerly | 5. TYPE OF AWARD<br>Other |
|---|---|
| 4a. FAIN   NU50CK000516 | 5a. ACTION TYPE   New |

| 6. PROJECT PERIOD | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| From | 08/01/2019 | Through | 07/31/2024 |

| 7. BUDGET PERIOD | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| From | 08/01/2019 | Through | 07/31/2020 |

**NOTICE OF AWARD**
AUTHORIZATION (Legislation/Regulations)
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**8. TITLE OF PROJECT (OR PROGRAM)**
Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases in New York State

| 9a. GRANTEE NAME AND ADDRESS | 9b. GRANTEE PROJECT DIRECTOR |
|---|---|
| HEALTH RESEARCH, INC.<br>150 Broadway Ste 560<br>-DUP4<br>Menands, NY 12204-2719 | Ms. DEBRA S. BLOG M.D.<br>Empire State Plaza Corning Tower, Room 503<br>Albany, NY 12237<br>Phone: 518-474-4394 |

| 10a. GRANTEE AUTHORIZING OFFICIAL | 10b. FEDERAL PROJECT OFFICER |
|---|---|
| Mr. Michael A. Saglimbeni<br>150 Broadwat Suite 560<br>Riverview Center<br>Menands, NY 12204-2719 | Wayne  Brathwaite<br>1600 Clifton Rd<br>Atlanta, GA 30333<br>Phone: 404-639-5127 |

**ALL AMOUNTS ARE SHOWN IN USD**

| 11. APPROVED BUDGET (Excludes Direct Assistance) | |
|---|---|
| I Financial Assistance from the Federal Awarding Agency Only | |
| II Total project costs including grant funds and all other financial participation | **I** |
| a. Salaries and WageS ............................ | 3,539,805.00 |
| b. Fringe Benefits ............................ | 1,335,389.00 |
| c. Total Personnel Costs ............. | 4,875,194.00 |
| d. Equipment ............................ | 55,000.00 |
| e. Supplies ............................ | 952,071.00 |
| f. Travel ............................ | 177,024.00 |
| g. Construction ............................ | 0.00 |
| h. Other ............................ | 444,718.00 |
| i. Contractual ............................ | 300,356.00 |
| j. TOTAL DIRECT COSTS ⟶ | 6,804,363.00 |
| k. INDIRECT COSTS | 1,844,969.00 |
| l. **TOTAL APPROVED BUDGET** | 8,649,332.00 |
| m. Federal Share | 8,649,332.00 |
| n. Non-Federal Share | 0.00 |

**12. AWARD COMPUTATION**

| | |
|---|---|
| a. Amount of Federal Financial Assistance (from item 11m) | 8,649,332.00 |
| b. Less Unobligated Balance From Prior Budget Periods | 0.00 |
| c. Less Cumulative Prior Award(s) This Budget Period | 0.00 |
| d. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | 8,649,332.00 |

**13. Total Federal Funds Awarded to Date for Project Period**    8,649,332.00

**14. RECOMMENDED FUTURE SUPPORT**
*(Subject to the availability of funds and satisfactory progress of the project):*

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL  DIRECT COSTS |
|---|---|---|---|
| a.  2 | | d.  5 | |
| b.  3 | | e.  6 | |
| c.  4 | | f.  7 | |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**
a.   DEDUCTION
b.   ADDITIONAL COSTS
c.   MATCHING
d.   OTHER RESEARCH *(Add / Deduct Option)*
e.   OTHER *(See REMARKS)*

**b**

**16. THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:**
a.   The grant program legislation
b.   The grant program regulations.
c.   This award notice including terms and conditions, if any, noted below under REMARKS.
d.   Federal administrative requirements, cost principles and audit requirements applicable to this grant.
In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS**   (Other Terms and Conditions Attached - [X] Yes   [ ] No)
Approved funding for year 1 in the amount of $8,649,332, of which $350,000 is Ebola funding and $30,418 is Hurricane funding.

**GRANTS MANAGEMENT OFFICIAL:**
Shirley K Byrd, Grants Management Officer
2939 Flowers Rd
Mailstop TV-2
Atlanta, GA 30341-5509
Phone: (770) 488-2591

| 17.OBJ CLASS | 41.51 | 18a. VENDOR CODE | 1141402155A1 | 18b. EIN | 141402155 | 19. DUNS | 002436061 | 20. CONG. DIST. | 20 |
|---|---|---|---|---|---|---|---|---|---|

| | FY-ACCOUNT NO. | | DOCUMENT NO. | | ADMINISTRATIVE CODE | | AMT ACTION FIN ASST | | APPROPRIATION |
|---|---|---|---|---|---|---|---|---|---|
| 21. a. | 9-9211765 | b. | 19NU50CK000516 | c. | CK | d. | $16,150.00 | e. | 75-19-0949 |
| 22. a. | 9-921VV46 | b. | 19NU50CK000516 | c. | CK | d. | $404,186.00 | e. | 75-19-0949 |
| 23. a. | 9-921VV47 | b. | 19NU50CK000516 | c. | CK | d. | $96,200.00 | e. | 75-19-0949 |

NOTICE OF AWARD (Continuation Sheet)

| PAGE  2 of 3 | DATE ISSUED 07/15/2019 |
|---|---|
| GRANT NO.    1 NU50CK000516-01-00 | |

| FY-ACCOUNT NO. | | DOCUMENT NO. | | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | | APPROPRIATION |
|---|---|---|---|---|---|---|---|
| 24.a.  9-921ZCTK | b.  19NU50CK000516 | | c.  CK | | d.  $37,786.00 | e.  75-19-0949 |
| 25.a.  9-939014P | b.  19NU50CK000516 | | c.  CK | | d.  $293,972.00 | e.  75-19-0949 |
| 26.a.  9-93902Z0 | b.  19NU50CK00051619EBLA | | c.  CK | | d.  $350,000.00 | e.  75-1519-0943 |
| 27.a.  9-93903FA | b.  19NU50CK000516 | | c.  CK | | d.  $8,000.00 | e.  75-19-0949 |
| 28.a.  9-93905VH | b.  19NU50CK000516 | | c.  CK | | d.  $316,421.00 | e.  75-19-0949 |
| 29.a.  9-93906EZ | b.  19NU50CK000516 | | c.  CK | | d.  $90,000.00 | e.  75-19-0947 |
| 30.a.  9-93908MV | b.  19NU50CK000516 | | c.  CK | | d.  $3,350,926.00 | e.  75-19-0949 |
| 31.a.  9-93909PE | b.  19NU50CK000516 | | c.  CK | | d.  $16,458.00 | e.  75-X-0951 |
| 32.a.  9-93909PG | b.  19NU50CK000516 | | c.  CK | | d.  $29,549.00 | e.  75-X-0951 |
| 33.a.  9-93909QZ | b.  19NU50CK000516 | | c.  CK | | d.  $191,380.00 | e.  75-X-0951 |
| 34.a.  9-93909R9 | b.  19NU50CK000516 | | c.  CK | | d.  $60,659.00 | e.  75-19-0949 |
| 35.a.  9-93909UW | b.  19NU50CK000516 | | c.  CK | | d.  $1,232,705.00 | e.  75-X-0949 |
| 36.a.  9-9390AC3 | b.  19NU50CK00051619HURR | | c.  CK | | d.  $30,418.00 | e.  75-1820-0943 |
| 37.a.  9-9390BW5 | b.  19NU50CK000516 | | c.  CK | | d.  $425,000.00 | e.  75-19-0958 |
| 38.a.  9-9390C0K | b.  19NU50CK000516 | | c.  CK | | d.  $134,754.00 | e.  75-X-0943 |
| 39.a.  9-9390CA2 | b.  19NU50CK000516 | | c.  CK | | d.  $220,926.00 | e.  75-19-0952 |
| 40.a.  9-939ZLBG | b.  19NU50CK000516 | | c.  CK | | d.  $6,100.00 | e.  75-19-0951 |
| 41.a.  9-939ZRQB | b.  19NU50CK000516 | | c.  CK | | d.  $14,000.00 | e.  75-19-0950 |
| 42.a.  9-939ZSCE | b.  19NU50CK000516 | | c.  CK | | d.  $134,449.00 | e.  75-19-0951 |
| 43.a.  9-939ZSKR | b.  19NU50CK000516 | | c.  CK | | d.  $85,253.00 | e.  75-19-0949 |
| 44.a.  9-939ZVJC | b.  19NU50CK000516 | | c.  CK | | d.  $1,104,040.00 | e.  75-19-0949 |

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

NOTICE OF AWARD (Continuation Sheet)

| PAGE 3 of 3 | DATE ISSUED 07/15/2019 |
| --- | --- |
| GRANT NO. | 1 NU50CK000516-01-00 |

| Federal Financial Report Cycle | | | |
| --- | --- | --- | --- |
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 08/01/2019 | 07/31/2020 | Annual | 10/29/2020 |
| 08/01/2020 | 07/31/2021 | Annual | 10/29/2021 |
| 08/01/2021 | 07/31/2022 | Annual | 10/29/2022 |
| 08/01/2022 | 07/31/2023 | Annual | 10/29/2023 |
| 08/01/2023 | 07/31/2024 | Annual | 10/29/2024 |

# AWARD ATTACHMENTS

Health Research, Inc.                                          1 NU50CK000516-01-00

1. Terms and Conditions

| AWARD INFORMATION |
|---|

**Incorporation**:  In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CDC-RFA-CK19-1904, entitled 2019 Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC) - 2019, and application dated May 8, 2019, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Approved Funding:**  Funding in the amount of **$8,649,332** is approved for the Year 01 budget period, which is August 1, 2019 through July 31, 2020. All future year funding will be based on satisfactory programmatic progress and the availability of funds.

| NOFO Funding | Amount |
|---|---|
| Non-PPHF | $ 8,268,914 |
| Hurricane | $ 30,418 |
| Ebola | $ 350,000 |

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Hurricane Disaster Relief Funds and Availability:** Funds for grants provided by division B of Public Law 115-56, division A of Public Law 115-72, and division B of Public Law 115-123 must be expended by grant recipients within the 24-month period following the agency's obligation of those funds. The agency obligation date is identified as the Issue Date reflected on page one of this Notice of Award.

Funding in the amount of **$30,418** is approved for budget period **August 1, 2019** through **July 31, 2020**. The recipient must expend and disburse all funds by **July 31, 2021**. After the budget period has expired, CDC may de-obligate all funds not expended and disbursed, including unliquidated obligations.

Note: Refer to the Payment Information section for draw down and Payment Management System (PMS) subaccount information.

**Financial Assistance Mechanism:** Cooperative Agreement

**Substantial Involvement by CDC:**  This is a cooperative agreement and CDC will have substantial programmatic involvement after the award is made.  Substantial involvement is in addition to all post-award monitoring, technical assistance, and performance reviews undertaken in the normal course of stewardship of federal funds.

CDC program staff will assist, coordinate, or participate in carrying out effort under the award, and recipients agree to the responsibilities therein, as detailed in the NOFO.

**Objective/Technical Review Statement Response Requirement**: The review comments on

the strengths and weaknesses of the proposal are provided as part of this award. A response to the weaknesses in these statements must be submitted to and approved, in writing, by the Program Officer noted in the CDC Staff Contacts section of this NoA, no later than 30 days from the budget period start date. Failure to submit the required information by the due date, September 2, 2019, will cause delay in programmatic progress and will adversely affect the future funding of this project.

**Expanded Authority:** The recipient is permitted the following expanded authority in the administration of the award.

☒ Carryover of unobligated balances from one budget period to a subsequent budget period. Unobligated funds may be used for purposes within the scope of the project as originally approved. Recipients will report use, or intended use, of unobligated funds in Section 12 "Remarks" of the annual Federal Financial Report. If the GMO determines that some or all of the unobligated funds are not necessary to complete the project, the GMO may restrict the recipient's authority to automatically carry over unobligated balances in the future, use the balance to reduce or offset CDC funding for a subsequent budget period, or use a combination of these actions.

**Program Income**: Any program income generated under this grant or cooperative agreement will be used in accordance with the Addition alternative.

<u>Addition alternative</u>: Under this alternative, program income is added to the funds committed to the project/program and is used to further eligible project/program objectives.

Note: The disposition of program income must have written prior approval from the GMO.

### FUNDING RESTRICTIONS AND LIMITATIONS

Hurricane Disaster Previously Incurred Costs Restrictions: Previously incurred costs and activities that will be reimbursed or funded by another federal source (e.g., FEMA) may not be included.

Indirect Costs: Indirect costs are approved based on the negotiated indirect cost rate agreement dated November 8, 2018, which calculates indirect costs as follows, a Provisional rate is approved at a rate of 20.6% of the base, which includes, direct salaries and wages including all fringe benefits. The effective dates of this indirect cost rate are from April 1, 2019 to March 31, 2021.

### REPORTING REQUIREMENTS

**Performance Progress and Monitoring:** Performance information collection initiated under this grant/cooperative agreement has been approved by the Office of Management and Budget under **OMB Number 0920-1132, "Performance Progress and Monitoring Report", Expiration Date 8/31/2019**. The components of the PPMR are available for download at: https://www.cdc.gov/grants/alreadyhavegrant/Reporting.html .

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity

violations potentially affecting the federal award.  Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.   Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Karen Zion, Grants Management Specialist
Centers for Disease Control and Prevention
Infectious Disease Services Branch
2939 Flowers Road, MS-TV-2
Atlanta, GA 30341
Telephone: 770-488-2729
Email: wvf8@cdc.gov (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371.  Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b))  CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

**PAYMENT INFORMATION**

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P  Account".  Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

| Component: Non-PPHF |
| --- |
| Document Number:  19NU50CK000516 |

| Component: Hurricane |
| --- |
| Document Number:  19NU50CK00051619HURR |

| Component: Ebola |
| --- |
| Document Number:  19NU50CK00051619EBLA |

**CDC Staff Contacts**

**Grants Management Specialist:** The GMS is the federal staff member responsible for the day-to-day management of grants and cooperative agreements.  The GMS is the primary contact of recipients for business and administrative matters pertinent to grant awards.

**GMS Contact:**
Karen Zion, Grants Management Specialist
Centers for Disease Control and Prevention
Infectious Disease Services Branch
2939 Flowers Road, MS-TV-2
Atlanta, GA 30341
Telephone: 770-488-2729
Email: wvf8@cdc.gov

**Program/Project Officer:** The PO is the federal official responsible for monitoring the programmatic, scientific, and/or technical aspects of grants and cooperative agreements, as well as contributing to the effort of the award under cooperative agreements.

**Grants Management Officer:** The GMO is the federal official responsible for the business and other non-programmatic aspects of grant awards. The GMO is the only official authorized to obligate federal funds and is responsible for signing the NoA, including revisions to the NoA that change the terms and conditions.  The GMO serves as the counterpart to the business officer of the recipient organization.

# EXHIBIT C

| 1. DATE ISSUED *MM/DD/YYYY* 05/18/2020 | 1a. SUPERSEDES AWARD NOTICE dated 04/23/2020 except that any additions or restrictions previously imposed remain in effect unless specifically rescinded | **DEPARTMENT OF HEALTH AND HUMAN SERVICES** **Centers for Disease Control and Prevention** |

**2. CFDA NO.**
93.323 - Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**3. ASSISTANCE TYPE** Cooperative Agreement

| **4. GRANT NO.** 6 NU50CK000516-01-07 Formerly | **5. TYPE OF AWARD** Demonstration |

2939 Brandywine Road
Atlanta, GA 30341

| **4a. FAIN** NU50CK000516 | **5a. ACTION TYPE** Post Award Amendment |

| **6. PROJECT PERIOD** *MM/DD/YYYY* From 08/01/2019 | | *MM/DD/YYYY* Through 07/31/2024 |

**NOTICE OF AWARD**
AUTHORIZATION (Legislation/Regulations)
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

| **7. BUDGET PERIOD** *MM/DD/YYYY* From 08/01/2019 | | *MM/DD/YYYY* Through 07/31/2020 |

**8. TITLE OF PROJECT (OR PROGRAM)**
Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases in New York State

| **9a. GRANTEE NAME AND ADDRESS** HEALTH RESEARCH, INC. 150 BROADWAY STE 560 -DUP4 MENANDS, NY 12204-2719 | **9b. GRANTEE PROJECT DIRECTOR** Ms. DEBRA S. BLOG M.D. Empire State Plaza Corning Tower, Room 503 Albany, NY 12237 Phone: 518-474-4394 |

| **10a. GRANTEE AUTHORIZING OFFICIAL** Mr. Michael A. Saglimbeni 150 Broadway Suite 560 Riverview Center Menands, NY 12204-2719 | **10b. FEDERAL PROJECT OFFICER** Mr. Wayne Brathwaite 1600 Clifton Rd C-18 Division of Preparedness and Emerging Infections Atlanta, GA 30333 |

**ALL AMOUNTS ARE SHOWN IN USD**

**11. APPROVED BUDGET** (Excludes Direct Assistance)

I  Financial Assistance from the Federal Awarding Agency Only

II Total project costs including grant funds and all other financial participation  [ I ]

| a. | Salaries and WageS | …………………………….. | 4,246,864.00 |
| b. | Fringe Benefits | …………………………….. | 1,583,174.00 |
| c. | Total Personnel Costs | …………………………….. | 5,830,038.00 |
| d. | Equipment | …………………………….. | 55,000.00 |
| e. | Supplies | …………………………….. | 1,052,571.00 |
| f. | Travel | …………………………….. | 186,020.00 |
| g. | Construction | …………………………….. | 0.00 |
| h. | Other | …………………………….. | 719,251,455.00 |
| i. | Contractual | …………………………….. | 702,646.00 |
| j. | TOTAL DIRECT COSTS | ⟶ | 727,077,730.00 |
| k. | INDIRECT COSTS | | 2,339,662.00 |
| l. | **TOTAL APPROVED BUDGET** | | 729,417,392.00 |
| m. | Federal Share | | 729,417,392.00 |
| n. | Non-Federal Share | | 0.00 |

**12. AWARD COMPUTATION**

| a. Amount of Federal Financial Assistance (from item 11m) | 729,417,392.00 |
| b. Less Unobligated Balance From Prior Budget Periods | 0.00 |
| c. Less Cumulative Prior Award(s) This Budget Period | 29,168,410.00 |
| d. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | 700,248,982.00 |

**13. Total Federal Funds Awarded to Date for Project Period**  729,417,392.00

**14. RECOMMENDED FUTURE SUPPORT**
*(Subject to the availability of funds and satisfactory progress of the project):*

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL DIRECT COSTS |
|---|---|---|---|
| a. 2 | | d. 5 | |
| b. 3 | | e. 6 | |
| c. 4 | | f. 7 | |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**

a.  DEDUCTION
b.  ADDITIONAL COSTS
c.  MATCHING
d.  OTHER RESEARCH (Add / Deduct Option)
e.  OTHER (See REMARKS)

[ b ]

**16. THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:**

a.  The grant program legislation
b.  The grant program regulations.
c.  This grant notice including terms and conditions, if any, noted below under REMARKS.
d.  Federal administrative requirements, cost principles and audit requirements applicable to this grant.

In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS** (Other Terms and Conditions Attached -  [X] Yes    [ ] No)
ELC Enhancing Detection Funding:  Financial Assistance in the amount of $700,248,982

**GRANTS MANAGEMENT OFFICIAL:**
Brownie Anderson-Rana, Grants Management Officer
2939 Flowers Road
Mailstop TV2
Atlanta, GA 30341-5509
Phone: 770-488-2771

| **17.OBJ CLASS** 41.51 | **18a. VENDOR CODE** 1141402155A1 | **18b. EIN** 141402155 | **19. DUNS** 002436061 | **20. CONG. DIST.** 20 |
|---|---|---|---|---|
| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | APPROPRIATION |
| 21. a.  0-9390F7F | b.  19NU50CK000516C4 | c.  CK | d.  $700,248,982.00 | e.  75-X-0140 |
| 22. a. | b. | c. | d. | e. |
| 23. a. | b. | c. | d. | e. |

| NOTICE OF AWARD (Continuation Sheet) | PAGE   2 of 3 | DATE ISSUED 05/18/2020 |
|---|---|---|
| | GRANT NO.     6 NU50CK000516-01-07 | |

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

NOTICE OF AWARD (Continuation Sheet)

| PAGE  3 of 3 | DATE ISSUED 05/18/2020 |
|---|---|
| GRANT NO.     6 NU50CK000516-01-07 | |

| Federal Financial Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 08/01/2019 | 07/31/2020 | Annual | 10/29/2020 |

# AWARD ATTACHMENTS

Health Research, Inc.                                                6 NU50CK000516-01-07

1. Terms and Conditions

## AWARD INFORMATION

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CK19-1904, entitled Epidemiology and Laboratory Capacity (ELC), which is hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Component Funding:** Additional funding in the amount $700,248,982 is approved for the Year 01 budget period, which is August 1, 2019 through July 31, 2020

**COVID-19** Paycheck Protection Program and Health Care Enhancement Act Response Activities:

    E. Cross-Cutting Emerging Issues:  $700,248,982

Recipients have **30 months** from the date of this NoA to expend all funds awarded herein

**Budget/Workplan Revision Requirement:** Within 30 days of this NoA, the recipient must submit a revised budget with a narrative justification outlining response activities. Failure to submit the required information in a timely manner may adversely affect the future funding of the project. If the information cannot be provided by the due date, you are required to contact your ELC Project Officer and Grant Management Specialist.  The revised budget must be uploaded in GrantSolutions as an amendment to allow issuance of a revised NoA.

**Pre-Award Costs**: Pre-award costs dating back to January 20, 2020 – when CDC first activated its Emergency Operations Center (EOC) – and directly related to the COVID-19 outbreak response are allowable.

**Indirect Costs:** Indirect cost will be approved based on current approved negotiated indirect cost rate agreement.

**Overtime:** Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Additional Term and Condition:**
A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); and/or the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139) agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS–CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the

purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
  - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
    - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
    - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
  - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- ***All unallowable costs cited in CDC-RFA-CK19-1904 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 – Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.***

## REPORTING REQUIREMENTS

**Additional Reporting:**
- Monthly fiscal reports (beginning 60 days after NOAs are issued)
- Quarterly progress reports on status of timelines, goals, and objectives as defined by CDC in approved work plans
- Quarterly Performance measure data
- CDC may require recipients to develop annual progress reports (APRs). CDC will provide APR guidance and optional templates should they be required.
- Quarterly reporting of test results, both positive and negative
- Clarity on how the states will focus on high socially vulnerable index counties, rural and urban areas, etc. (Vulnerable populations must be specific).

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the CDC and to the HHS OIG at the

following addresses:

CDC, Office of Grants Services
Tonya M. Jenkins, Grants Management Specialist
Time Solutions LLC
Office of Grants Services (OGS)
Office of Financial Resources (OFR)
Office of the Chief Operating Officer (OCOO)
Centers for Disease Control and Prevention (CDC)
pjo6@cdc.gov | 404-498-2399 office

AND

U.S. Department of Health and Human Services Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator 330 Independence Avenue, SW
Cohen Building, Room 5527 Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) Or Email:
MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

## PAYMENT INFORMATION

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1- 800-HHS- TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

Payment Management System Subaccount: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

**Stewardship**: The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

# EXHIBIT D

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000516-02-05
FAIN# NU50CK000516
Federal Award Date: 01/14/2021

## Recipient Information

**1. Recipient Name**
Health Research, Inc.
150 BROADWAY STE 560
-DUP4
MENANDS, NY 12204-2719
[No Phone Record]

**2. Congressional District of Recipient**
20

**3. Payment System Identifier (ID)**
1141402155A1

**4. Employer Identification Number (EIN)**
141402155

**5. Data Universal Numbering System (DUNS)**
002436061

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Ms. DEBRA S. BLOG M.D.
debra.blog@health.ny.gov
518-474-4394

**8. Authorized Official**
Mr. Michael A. Saglimbeni
Director of Sponsored Programs
michael.saglimbeni@healthresearch.org
518-431-1200

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Ms. Kathy Raible-GMS
kcr8@cdc.gov
770-488-2045

**10. Program Official Contact Information**
Mr. Fred Maxineau
PHA
hyx2@cdc.gov
404.639.0869

## Federal Award Information

**11. Award Number**
6 NU50CK000516-02-05

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000516

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases in New York State

**15. Assistance Listing Number**
93.323

**16. Assistance Listing Program Title**
Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 08/01/2020 **- End Date** 07/31/2021 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $639,861,809.00 |
| 20a. Direct Cost Amount | $639,861,809.00 |
| 20b. Indirect Cost Amount | $0.00 |
| **21.** Authorized Carryover | $0.00 |
| **22.** Offset | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $13,499,162.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $653,360,971.00 |
| **26. Project Period Start Date** 08/01/2019 **- End Date** 07/31/2024 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $1,386,773,375.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Brownie Anderson-Rana
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NU50CK000516-02-05
FAIN#  NU50CK000516
Federal Award Date:  01/14/2021

## Recipient Information

**Recipient Name**

Health Research, Inc.

150 BROADWAY STE 560

-DUP4

MENANDS, NY 12204-2719

[No Phone Record]

**Congressional District of Recipient**

20

**Payment Account Number and Type**

1141402155A1

**Employer Identification Number (EIN) Data**

141402155

**Universal Numbering System (DUNS)**

002436061

**Recipient's Unique Entity Identifier**

Not Available

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Demonstration

## 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a.  Salaries and Wages** | $4,248,463.00 |
| **b.  Fringe Benefits** | $1,604,117.00 |
| **c.  Total Personnel Costs** | $5,852,580.00 |
| **d.  Equipment** | $52,251.00 |
| **e.  Supplies** | $927,531.00 |
| **f.  Travel** | $74,722.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $643,271,004.00 |
| **i.  Contractual** | $850,786.00 |
| **j.  TOTAL DIRECT COSTS** | $651,028,874.00 |
| **k.  INDIRECT COSTS** | $2,332,097.00 |
| **l.  TOTAL APPROVED BUDGET** | $653,360,971.00 |
| **m.  Federal Share** | $653,360,971.00 |
| **n.  Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| 1-9390GKT | 19NU50CK000516EDEXC5 | CK | 41.51 | $639,861,809.00 | 75-2122-0140 |
| 0-9390EUT | 19NU50CK000516 | CK | 41.51 | $0.00 | 75-20-0959 |

Page 2

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award

Centers for Disease Control and Prevention

Award#  6 NU50CK000516-02-05
FAIN#  NU50CK000516
Federal Award Date:  01/14/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Health Research, Inc.                                    6 NU50CK000516-02-05

1. Revised Terms & Conditions

## AWARD INFORMATION

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CK19-1904, entitled Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC), which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Component Funding:** Additional funding in the amount $639,861,809 is approved for the Year 02 budget period, which is August 1, 2020 through July 31, 2021.

The approved component and funding level for this notice of award are:

| NOFO Component | Amount |
|---|---|
| ELC Enhancing Detection Expansion | $639,861,809 |

**Recipients have until July 31, 2023 to expend all COVID-19 funds awarded herein.**

**Overtime**: Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Coronavirus Disease 2019 (COVID-19) Funds:**  A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); and/or the Consolidated Appropriations Act, 2021, Division M – Coronavirus Response and Relief Supplemental Appropriations Act, 2021 (P.L. 116-260), agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

To achieve the public health objectives of ensuring the health, safety, and welfare of all Americans, Recipient must distribute or administer vaccine without discriminating on non-public-health grounds within a prioritized group. This includes, but is not limited to, immigration status, criminal history, incarceration, or homelessness.  To this end, and to help achieve the public health imperative of widespread herd immunity to COVID-19, Recipient must administer or distribute vaccine to any and all individuals within a prioritized group in the same timeframe, taking into account available vaccine doses.  For example, if meatpacking plant workers are a prioritized group, then all workers in that group, including undocumented immigrants, must be vaccinated to help assure that the plant is in a position to safely resume essential functions.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS–CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC.  HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-reporting-guidance.pdf.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
    - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
        - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
        - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
    - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- All unallowable costs cited in CDC-RFA-CK19-1904 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 – Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.

**Budget Revision Requirement:**  By March 17, 2021 the recipient must submit a separate revised budget with a narrative justification and workplan in accordance with the COVID-19 guidance.  The workplan should be submitted in REDCap and must address all activities in the guidance.

The revised budget and narrative justification must be uploaded as an amendment in Grant Solutions with a SF424A.

Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date.

## REPORTING REQUIREMENTS

**COVID-19 - Additional Reporting Requirements:**

- Monthly fiscal reports (beginning 60 days after NOAs are issued). Thereafter, all monthly financial reporting will occur on the 5th of the month which will cover the preceding month's expenditures and unliquidated obligations (ULOs).
- Quarterly workplan milestone progress reporting will start on April 30, 2021; and will follow the regular ELC quarterly reporting timeline.
- The Jurisdictional Testing, Case Investigation, and Contact Tracing Plan updates will occur on the same quarterly reporting timeline as the workplan milestone progress.
- CDC may require recipients to develop annual progress reports (APRs). CDC will provide APR guidance and optional templates should they be required

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Kathy Raible, Grants Management Specialist

Centers for Disease Control and
Prevention Branch 1
2939 Flowers Road, MS-TV2
Atlanta, GA 30341
Email: kcr8@cdc.gov (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN:  Mandatory Grant Disclosure, Intake Coordinator
330 Independent Avenue, SW
Cohen Building, Room 5527
Washington, DC 20201
Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

---

**PAYMENT INFORMATION**

---

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1- 800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the

NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

## Stewardship Information

**Stewardship**: The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

# EXHIBIT E

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU50CK000516-05-11
FAIN# NU50CK000516
Federal Award Date: 03/24/2025

## Recipient Information

1. **Recipient Name**
   HEALTH RESEARCH, INC.
   150 BROADWAY STE 560
   -DUP4
   MENANDS, NY 12204-2719
   [No Phone Record]

2. **Congressional District of Recipient**
   20
3. **Payment System Identifier (ID)**
   1141402155A1
4. **Employer Identification Number (EIN)**
   141402155
5. **Data Universal Numbering System (DUNS)**
   002436061
6. **Recipient's Unique Entity Identifier (UEI)**
   G9H6SUM59YC4
7. **Project Director or Principal Investigator**
   Dr. Emily  Lutterloh
   emily.lutterloh@health.ny.gov
   518-474-1142

8. **Authorized Official**
   Mr. Michael  A. Saglimbeni
   Director of Sponsored Programs
   HRINGA@healthresearch.org
   518-431-1200

### Federal Agency Information

CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Whitney Dade
   Grants Management Specialist
   zmm8@cdc.gov
   4044983038

10. **Program Official Contact Information**
    Yonathan  Gebru
    Program Officer
    qnw9@cdc.gov
    6784272383

## Federal Award Information

11. **Award Number**
    6 NU50CK000516-05-11
12. **Unique Federal Award Identification Number (FAIN)**
    NU50CK000516
13. **Statutory Authority**
    301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

14. **Federal Award Project Title**
    Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases in New York State
15. **Assistance Listing Number**
    93.323
16. **Assistance Listing Program Title**
    Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

17. **Award Action Type**
    Administrative Action
18. **Is the Award R&D?**
    No

### Summary Federal Award Financial Information

| | |
|---|---|
| 19. **Budget Period Start Date** 08/01/2023 **- End Date** 03/24/2025 | |
| 20. **Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $72,338,485.00 |
| 22. Offset | $2,071,173.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $16,288,452.00 |
| 24. **Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| 25. **Total Federal and Non-Federal Approved this Budget Period** | $16,288,452.00 |
| 26. **Period of Performance Start Date** 08/01/2019 **- End Date** 03/24/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | $1,663,306,245.50 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
    Terrian Dixon
    Grants Management Officer

## 30. Remarks

Department Authority

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000516-05-11

FAIN# NU50CK000516

Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**

HEALTH RESEARCH, INC.

150 BROADWAY STE 560

-DUP4

MENANDS, NY 12204-2719

[No Phone Record]

**Congressional District of Recipient**

20

**Payment Account Number and Type**

1141402155A1

**Employer Identification Number (EIN) Data**

141402155

**Universal Numbering System (DUNS)**

002436061

**Recipient's Unique Entity Identifier (UEI)**

G9H6SUM59YC4

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $15,357,445.00 |
| **b.  Fringe Benefits** | $6,037,815.00 |
| **c.  Total Personnel Costs** | $21,395,260.00 |
| **d.  Equipment** | $3,933,415.00 |
| **e.  Supplies** | $3,709,875.00 |
| **f.  Travel** | $175,365.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $4,771,369.00 |
| **i.  Contractual** | $47,751,715.00 |
| **j.  TOTAL DIRECT COSTS** | $81,736,999.00 |
| **k.  INDIRECT COSTS** | $8,961,111.00 |
| **l.  TOTAL APPROVED BUDGET** | $90,698,110.00 |
| **m.  Federal Share** | $90,698,110.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 0-9390EPX | 19NU50CK000516CV | CK | 41.51 | 93.323 | $0.00 | 75-2022-0943 |
| 0-9390F7F | 19NU50CK000516C4 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 1-9390GKT | 19NU50CK000516EDEXC5 | CK | 41.51 | 93.323 | $0.00 | 75-2122-0140 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#    6 NU50CK000516-05-11
FAIN#    NU50CK000516
Federal Award Date:    03/24/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

HEALTH RESEARCH, INC.                                    6 NU50CK000516-05-11

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of use of funding under the listed document number(s) is effective as of the date set out in your Notice of Award.

Impacted document numbers are included on page 2 of this Notice of Award (NoA).

No additional activities can be conducted, and no additional costs may be incurred, as it relates to these funds.  Unobligated award balances of COVID-19 funding will be de-obligated by CDC. Award activities under other funding may continue consistent with the terms and conditions of the award.

**Final Federal Financial Report (FFR, SF-425)**: Within 30 days please submit final FFR's for impacted document numbers.  The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**All other terms and conditions of this award remain in effect.**

# EXHIBIT F

| AUTHOR | MESSAGE | DATE / TIME | ACTIONS |
|--------|---------|-------------|---------|
| Shirley Byrd | On yesterday, March 24, 2025, CDC issued Notices of Award to terminate certain COVID-19 funding, as directed. During that process, the Budget Period and Period of Performance dates were inadvertently changed to March 24, 2025 for the entire award. This was done in error and will be corrected by COB today.Thank you,Office of Grant Services | 03/25/2025 01:21 PM EST | |

# EXHIBIT G

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000516-05-02
FAIN# NU50CK000516
Federal Award Date: 10/17/2023

## Recipient Information

**1. Recipient Name**
HEALTH RESEARCH, INC.
150 BROADWAY STE 560
-DUP4
MENANDS, NY 12204-2719
[No Phone Record]

**2. Congressional District of Recipient**
20
**3. Payment System Identifier (ID)**
1141402155A1
**4. Employer Identification Number (EIN)**
141402155
**5. Data Universal Numbering System (DUNS)**
002436061
**6. Recipient's Unique Entity Identifier (UEI)**
G9H6SUM59YC4
**7. Project Director or Principal Investigator**

Dr. Emily  Lutterluh

emily.lutterluh@health.ny.gov

518-474-1142

**8. Authorized Official**

Mr. Michael A. Saglimbeni

Director of Sponsored Programs

michael.saglimbeni@healthresearch.org

518-431-1200

### Federal Agency Information

CDC Office of Financial Resources

**9. Awarding Agency Contact Information**

Ryan Smythe

Grants Management Specialist

lyt6@cdc.gov

(770) 488-3629

**10. Program Official Contact Information**

Namita  Agravat

Program Officer

nfk0@cdc.gov

6784310843

## Federal Award Information

**11. Award Number**
6 NU50CK000516-05-02
**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000516
**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases in New York State

**15. Assistance Listing Number**
93.323
**16. Assistance Listing Program Title**
Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**17. Award Action Type**
No Cost Extension
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 08/01/2023 **- End Date** 07/31/2026 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $2,071,173.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $7,900,998.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $7,900,998.00 |
| **26. Period of Perfomance Start Date** 08/01/2019 **- End Date** 07/31/2026 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $1,852,266,847.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Karen Zion1
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000516-05-02
FAIN# NU50CK000516
Federal Award Date: 10/17/2023

## Recipient Information

**Recipient Name**
HEALTH RESEARCH, INC.
150 BROADWAY STE 560
-DUP4
MENANDS, NY 12204-2719
[No Phone Record]

**Congressional District of Recipient**
20

**Payment Account Number and Type**
1141402155A1

**Employer Identification Number (EIN) Data**
141402155

**Universal Numbering System (DUNS)**
002436061

**Recipient's Unique Entity Identifier (UEI)**
G9H6SUM59YC4

### 31. Assistance Type
Cooperative Agreement

### 32. Type of Award
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $4,062,779.00 |
| **b.  Fringe Benefits** | $1,516,020.00 |
| **c.  Total Personnel Costs** | $5,578,799.00 |
| **d.  Equipment** | $261,222.00 |
| **e.  Supplies** | $888,538.00 |
| **f.  Travel** | $112,468.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $506,085.00 |
| **i.  Contractual** | $796,153.00 |
| **j.  TOTAL DIRECT COSTS** | $8,143,265.00 |
| **k.  INDIRECT COSTS** | $1,828,906.00 |
| **l.  TOTAL APPROVED BUDGET** | $9,972,171.00 |
| **m.  Federal Share** | $9,972,171.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 2-939017Y | 19NU50CK000516AMD4C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0943 |
| 0-9390F7F | 19NU50CK000516C4 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 2-9390GKT | 19NU50CK000516EDEXC5 | CK | 41.51 | 93.323 | $0.00 | 75-2122-0140 |
| 0-9390EWQ | 19NU50CK000516C3 | CK | 41.51 | 93.323 | $0.00 | 75-2024-0943 |
| 0-9390EPX | 19NU50CK000516CV | CK | 41.51 | 93.323 | $0.00 | 75-2022-0943 |
| 1-9390GF6 | 19NU50CK000516PHL2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 1-9390H08 | 19NU50CK000516AMD2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0943 |
| 1-9390EWQ | 19NU50CK000516DMODC3 | CK | 41.51 | 93.323 | $0.00 | 75-2024-0943 |
| 2-9390J4P | 19NU50CK000516SHRPC6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 2-9390JXH | 19NU50CK000516LDXC6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 2-9390JEN | 19NU50CK000516NWSSC6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NU50CK000516-05-02
FAIN#   NU50CK000516
Federal Award Date:  10/17/2023

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

HEALTH RESEARCH, INC.                                        6 NU50CK000516-05-02

1. Terms and Conditions - NCE

## ADDITIONAL TERMS AND CONDITIONS OF AWARD

**No Cost Extension:** The purpose of this amendment is to approve a 24 months No Cost Extension per the request submitted by your organization dated September 21, 2023 . The budget and project period end dates have been extended from August 1, 2024 to July 31, 2026.

**Annual Federal Financial Report (FFR SF-425):** Annual financial reporting is required every twelve-month period.  Due to the approved extension period, the final budget period has been extended and an additional annual financial report will be required.  A completed FFR SF-425 covering the original final budget period of August 1, 2023 to July 31, 2026 must be submitted by October 31, 2026.

Recipients must submit all closeout reports identified in this section within 90 days of the period of performance end date.  The reporting timeframe is the full period of performance. Failure to submit timely and accurate final reports may affect future funding to the organization or awards under the direction of the same Project Director/Principal Investigator (PD/PI).

**Final Performance Progress and Evaluation Report (PPER):**  This report should include the information specified in the NOFO.  At a minimum, the report will include the following:

• Statement of progress made toward the achievement of originally stated aims.
• Description of results (positive or negative) considered significant.
• List of publications resulting from the project, with plans, if any, for further publication.

All manuscripts published as a result of the work supported in part or whole by the cooperative grant must be submitted with the performance progress reports.

**Final Federal Financial Report (FFR, SF-425):**  The FFR should only include those funds authorized and actually expended during the timeframe covered by the report.  The Final FFR, SF-425 is required and must be submitted no later than 90 days after the period of performance end date.

The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations.   Should the amount not match with the final expenditures reported to the Department of Health and Human Services' PMS, you will be required to update your reports to PMS accordingly.  Remaining unobligated funds will be de-obligated and returned to the U.S. Treasury.

Electronic versions of the FFR SF-425 can be downloaded at:
https://www.grants.gov/web/grants/forms/post-award-reporting-forms.html#sortby=1

**Equipment and Supplies - Tangible Personal Property Report (SF-428):**  A completed Tangible Personal Property Report SF-428 and Final Report SF-428B addendum must be submitted, along with any Supplemental Sheet SF-428S detailing all major equipment acquired or furnished under this project with a unit acquisition cost of $5,000 or more.  Electronic versions of the forms can be downloaded by visiting:  https://www.grants.gov/web/grants/forms/post-award-reporting-forms.html#sortby=1

If no equipment was acquired under an award, a negative report is required.

The recipient must identify each item of equipment that it wishes to retain for continued use in

accordance with 45 CFR Part 75.  The awarding agency may exercise its rights to require the transfer of equipment purchased under the assistance award. CDC will notify the recipient if transfer to title will be required and provide disposition instruction on all major equipment.

Equipment with a unit acquisition cost of less than $5,000 that is no longer to be used in projects or programs currently or previously sponsored by the Federal Government may be retained, sold, or otherwise disposed of, with no further obligation to the Federal Government.

# EXHIBIT H



**From:** ELC CAMP <campplatform@cdc.gov>
**Sent:** Wednesday, February 7, 2024 5:57 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@health.ny.gov>
**Subject:** New Announcement posted in ELC Announcements

You don't often get email from campplatform@cdc.gov. Learn why this is important

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

 ELC Announcements — Jason Snow (CDC)

There is a new document in the Knowledge Center that relates to using Enhancing Detection and ED Expansion funds.

Please see the listing under 'Announcements' on the ELC CAMP Home page.

The resource is called: Updated Companion Clarifying Document for ELC

Enhancing Detection (ED) and Enhancing Detection Expansion (EDE) COVID-19 Funding.



View/Comment    or **reply to this email**

You're receiving ELC CAMP emails.
To change or turn off ELC CAMP email, log in as emily.lutterloh@health.ny.gov.camp.

*salesforce.com, inc. The Landmark @ One Market, Suite 300 San Francisco, CA 94105*

ELC CAMP

## Updated Companion Clarifying Document for ELC Enhancing Detection (ED) and Enhancing Detection Expansion (EDE) COVID-19 Funding

While ELC ED/EDE funds are already budgeted at the recipient level, below are things to consider as needs evolve.  Please remember that all budget items must clearly link to an approved work plan.  Please also note that unless a waiver from the Office of Financial Services (OFR) is obtained, ED/EDE funds are legislatively tied to COVID-19 and COVID-19 must be a part of the approved activities.  Finally, these funds are not intended to duplicate support being provided through other forms of financial assistance.  Please ensure there is ample coordination with Project Directors over grants and cooperative agreements that may have complementary work (i.e., PHEP and Crisis, Immunization, PHIG, etc.)

### Clarification of Allowable Activities for the ED/EDE funds

As SARS-CoV-2/COVID-19 testing, surveillance, monitoring, and reporting becomes more integrated into the routine activities for respiratory pathogens more broadly, COVID-19 funded activities should still focus on directly benefiting COVID-19-related public health activities and improved situational awareness that may inform public health action.  COVID-19-funded infrastructure and activities may integrate other pathogens and syndromes as long as COVID-19 testing or surveillance is included in the effort.  For example, COVID funded laboratory, surveillance, epidemiology, and informatics personnel may work on other pathogens and syndromes, in addition to SARS-CoV-2 and COVID-19, as long as detection/assessment/reporting/visualization activities for SARS-CoV-2 and COVID-19 are included in their routine scope of work.  Activities can be conducted and integrated within **broader respiratory pathogen program activities.** Examples of broad-scale work that may be appropriate to support with ED/EDE funds include (not exhaustive):

- **testing for SARS-CoV-2** alone or as part of a multi-pathogen panel
- **sequencing of SARS-CoV-2** positive specimens
- conducting sentinel or systematic respiratory pathogen focused **surveillance activities** (either laboratory based or syndrome-based approaches using case definitions of Influenza-like illness (ILI), COVID-like illness (CLI), acute respiratory illness (ARI), mortality, post-COVID conditions, and multisystem inflammatory syndrome in children (MIS-C)), including data management, analysis, visualization, and reporting
- **outbreak response** activities for respiratory illness in congregate settings that may be COVID-19-associated
- If not already supported through other awards, improving the completeness and accuracy of **immunization registries** (including for COVID-19 vaccines), or interoperability with the state's surveillance system
- Maintenance, support, and continued enhancement of **electronic integrated disease surveillance systems, public health laboratory information management system(s) (LIMS), electronic data exchange of core public health data** (e.g., electronic laboratory reports (ELR), electronic case reports (eCR), syndromic surveillance, electronic test orders and results (ETOR)), and other peripheral systems (e.g., integration engines, vocabulary services) used for the surveillance of COVID-19 and other pathogens.
- Maintenance, support, and continued enhancement of **modernized enterprise infrastructure and shared services** to ensure access to systems and data for public health action (e.g., data lakes/warehouses, master patient indices, data linkage tools, geospatial analysis)
- Development and support for internal and external **dashboards, reporting enhancements, and data modernization** that include COVID-19 data

**Considerations for Utilization of Funds:**

Below are items to consider that may support your approved work plans:

- Purchasing freezers, extraction equipment, testing and sequencing platforms, and other laboratory equipment, supplies, and reagents to support testing for SARS-CoV-2.
- Support for staffing with expertise in IT, data management, data visualization, communications, surveillance, epidemiology, statistical analyses, and informatics related respiratory illness and including COVID-19 and SARS-CoV-2.
- Costs related to maintenance and operations or licensing of integrated disease surveillance system or LIMS used for COVID-19 and other pathogens, including associated trainings for system administration and configuration.
- Preventative maintenance (PM) costs of already existing equipment/instruments that may be used for COVID testing.  This is especially important for those assays covered under CLIA. Please remember that maintenance contracts may be set up with the manufacturer beyond warranty period for newly purchased equipment.
- Support for staffing or tools necessary for Quality Management Systems important for laboratory operations that carry out testing for SARS-CoV-2 and other respiratory pathogens.
- Enhancement of COVID and other respiratory pathogen surveillance activities and reporting.
- Regarding flexibilities related to contractual activities, consult with your jurisdiction acquisition office to learn more about your jurisdiction-specific policies. This will also require negotiation with the intended vendor.
  - Note:  Service agreements that are paid up-front and have no additional costs associated at a later date can have timeframes that exceed the no-cost extension period of the ED/EDE ELC cooperative agreement period of performance which is currently July 31, 2026.

**No Longer Supported**

New **incentive requests**, new requests to **purchase vehicles**, **furniture,** and new requests for **construction** will no longer be supported.  The allowance of these purchases was uniquely given during the pandemic, but they are not allowed under routine operations.  This applies to recipients and subrecipients (e.g., LHDs).

# EXHIBIT I



---

## CDC Archive

**This page is archived for historical purposes and is no longer being updated.**

 This is archived content from the CDC website. The information here may be outdated and links may no longer function. Go to CDC Home for all other recent information.

| View in CDC Archive |
| --- |
| Go to CDC Archive Home Page |

# CDC Announces $2.25 Billion to Address COVID-19 Health Disparities in Communities that are at High-Risk and Underserved

**Press Release**

For Immediate Release: Wednesday, March 17, 2021
**Contact:** Media Relations
(404) 639-3286

The Centers for Disease Control and Prevention (CDC) today announced a plan to invest $2.25 billion over two years to address Coronavirus Disease 2019 (COVID-19)-related health disparities and advance health equity among populations that are at high-risk and underserved, including racial and ethnic minority groups and people living in rural areas. This funding represents CDC's largest investment to date to support communities affected by COVID-19-related health disparities.

CDC's new National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Underserved Communities, Including Racial and Ethnic Minority Populations and Rural Communities, will offer grants to public health departments to improve testing and contact tracing capabilities; develop innovative mitigation and prevention resources and services; improve data collection and reporting; build, leverage, and expand infrastructure support; and mobilize partners and collaborators to advance health equity and address social determinants of health as they relate to COVID-19.

"Everyone in America should have equal opportunity to be as healthy as possible," said CDC Director Rochelle P. Walensky, MD, MPH. "This investment will be monumental in anchoring equity at the center of our nation's COVID-19 response—and is a key step forward in bringing resources and focus to health inequities that have for far too long persisted in our country."

Data show that COVID-19 has disproportionately affected some populations and placed them at higher risk, including those who are medically underserved, racial and ethnic minority groups, and people living in rural communities. These groups may experience higher risk of exposure, infection, hospitalization, and mortality. In addition, evidence shows that racial and ethnic minority groups and people living in rural communities have disproportionate rates of chronic diseases that can increase the risk of becoming severely ill from COVID-19 and may also encounter barriers to testing, treatment, or vaccination.

To stop the spread of the COVID-19 virus and move toward health equity, CDC continues to work with populations at higher risk, underserved, and disproportionately affected to ensure resources are available to maintain and manage physical and mental health, including easy access to information, affordable testing, and medical and mental health care. For more information and community resources visit: https://www.cdc.gov/coronavirus/2019-ncov/community/health-equity/index.html

This initiative is funded through the Coronavirus Response and Relief Supplemental Appropriations Act, 2021, (P.L. 116-260) and is expected to award funding to up to 108 state, local, territorial, and freely associated state health departments, or their bona fide agents.  CDC will be accepting applications for this initiative through April 30, 2021.

###

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ⬏

*CDC works 24/7 protecting America's health, safety and security. Whether disease start at home or abroad, are curable or preventable, chronic or acute, or from human activity or deliberate attack, CDC responds to America's most pressing health threats. CDC is headquartered in Atlanta and has experts located throughout the United States and the world.*

Last Reviewed: March 17, 2021

# EXHIBIT J

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 1 NH75OT000075-01-00
FAIN# NH75OT000075
Federal Award Date: 05/26/2021

## Recipient Information

**1. Recipient Name**

Health Research, Inc./NYS

150 Broadway Ste 350

Health Research, Inc./New York State Department of Health

Menands, NY 12204-2893

**2. Congressional District of Recipient**
20

**3. Payment System Identifier (ID)**
1141402155A1

**4. Employer Identification Number (EIN)**
141402155

**5. Data Universal Numbering System (DUNS)**
153695809

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**

Mr. Michael A. Saglimbeni

Director, Office of Sponsored Programs

hringa@healthresearch.org

518-431-1200

**8. Authorized Official**

Ms. Cheryl A. Mattox

Executive Director, Health Research, Inc.

Cheryl.Mattox@healthresearch.org

518-431-1204

### Federal Agency Information

CDC Office of Financial Resources

**9. Awarding Agency Contact Information**

Mr. John McGee

Grants Management Specialist

qsj4@cdc.gov

404-498-4348

**10.Program Official Contact Information**

Ms. Christine  Graaf

khx2@cdc.gov

404-498-0442

## Federal Award Information

**11. Award Number**
1 NH75OT000075-01-00
**12. Unique Federal Award Identification Number (FAIN)**
NH75OT000075
**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Underserved, Including Racial and Ethnic Minority Populations and Rural Communities
**15. Assistance Listing Number**
93.391
**16. Assistance Listing Program Title**
Activities to Support State, Tribal, Local and Territorial (STLT) Health Department Response to Public Health or Healthcare Crises
**17. Award Action Type**
New
**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 06/01/2021 **- End Date** 05/31/2023 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $33,726,393.00 |
| 20a. Direct Cost Amount | | $32,071,211.00 |
| 20b. Indirect Cost Amount | | $1,655,182.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $0.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $33,726,393.00 |
| **26.** Project Period  Start Date 06/01/2021 **- End Date** 05/31/2023 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | Not Available |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Ms. Shirley K Byrd
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 1 NH75OT000075-01-00
FAIN# NH75OT000075
Federal Award Date: 05/26/2021

## Recipient Information

**Recipient Name**

Health Research, Inc./NYS

150 Broadway Ste 350

Health Research, Inc./New York State Department of Health

Menands, NY 12204-2893

**Congressional District of Recipient**

20

**Payment Account Number and Type**

1141402155A1

**Employer Identification Number (EIN) Data**

141402155

**Universal Numbering System (DUNS)**

153695809

**Recipient's Unique Entity Identifier**

Not Available

---

**31. Assistance Type**

Project Grant

**32. Type of Award**

Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| a.  **Salaries and Wages** | $6,292,585.00 |
| b.  **Fringe Benefits** | $2,464,990.00 |
| c.  **Total Personnel Costs** | $8,757,575.00 |
| d.  Equipment | $0.00 |
| e.  Supplies | $67,800.00 |
| f.  Travel | $836.00 |
| g.  Construction | $0.00 |
| h.  Other | $0.00 |
| i.  Contractual | $23,245,000.00 |
| j.  **TOTAL DIRECT COSTS** | $32,071,211.00 |
| k.  **INDIRECT COSTS** | $1,655,182.00 |
| l.  **TOTAL APPROVED BUDGET** | $33,726,393.00 |
| m.  Federal Share | $33,726,393.00 |
| n.  Non-Federal Share | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| 1-9390H06 | 21NH75OT000075C5 | OT | 41.51 | $33,726,393.00 | 75-2122-0140 |

Page 2

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award#  1 NH75OT000075-01-00
FAIN#   NH75OT000075
Federal Award Date:  05/26/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Health Research, Inc./NYS                                    1 NH75OT000075-01-00

1. Terms and Conditions

**Recipient:** Health Research, Inc./NYS

| AWARD INFORMATION |
|---|

**Incorporation**:  In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CDC-RFA-OT21-2103, entitled National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Underserved, Including Racial and Ethnic Minority Populations and Rural Communities, and application dated April 30, 2021, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Approved Funding:**  Funding in the amount of $33,726,393 is approved for a two year performance and budget period, which is June 1, 2021 through May 31, 2023. All future funding will be based on satisfactory programmatic progress and the availability of funds.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third party in-kind contribution when applicable.

Note: Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Component/Project Funding:** The NOFO provides for the funding of multiple components under this award.  The approved component funding levels for this notice of award are:

| NOFO Component | Amount |
|---|---|
| Base funding | $30,704,443 |
| State Rural Carveout | $3,021,950 |

**Coronavirus Disease 2019 (COVID-19) Funds:**  A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); the Consolidated Appropriations Act and the Coronavirus Response and Relief Supplement Appropriations Act, 2021 (P.L. 116-260) and/or the American Rescue Plan of 2021 [P.L. 117-2] agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS–CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with

guidance and direction from HHS and/or CDC.  HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-reporting-guidance.pdf.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Financial Assistance Mechanism:** Grant

**Pre-Award Costs**: Pre-award costs dating back to March 15, 2021 – and directly related to the COVID-19 outbreak response are allowable.

## FUNDING RESTRICTIONS AND LIMITATIONS

**Indirect Costs:**
Indirect costs are approved based on the negotiated indirect cost rate agreement dated December 13, 2019**,** which calculates indirect costs as follows, a Provisional  is approved at a rate of 19.30%  of the base, which includes, direct wages and salaries including all fringe benefits. The effective dates of this indirect cost rate are from April 1, 2020 to March 31, 2023.

## REPORTING REQUIREMENTS

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.  Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.   Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
John McGee, Grants Management Specialist
Centers for Disease Control and Prevention
Global Health Services Branch
2939 Flowers Road
Atlanta, GA 30341
Email: qsj4@cdc.gov (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services

Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371.  Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b))  CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

## PAYMENT INFORMATION

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P  Account".  Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

## PROGRAM OR FUNDING SPECIFIC CLOSEOUT REQUIREMENTS

The final programmatic report format required is the following.

**Final Performance Progress and Evaluation Report:**  This report should include the information specified in the NOFO and is submitted 90 days following the end of the period of performance via www.grantsolutions.gov . At a minimum, the report will include the following:
- Statement of progress made toward the achievement of originally stated aims.
- Description of results (positive or negative) considered significant.

- List of publications resulting from the project, with plans, if any, for further publication.

Additional guidance may be provided by the GMS and found at:
https://www.cdc.gov/grants/alreadyhavegrant/Reporting.html

| CDC Staff Contacts |
|---|

**Grants Management Specialist:** The GMS is the federal staff member responsible for the day-to-day management of grants and cooperative agreements.  The GMS is the primary contact of recipients for business and administrative matters pertinent to grant awards.

**Program/Project Officer:** The PO is the federal official responsible for monitoring the programmatic, scientific, and/or technical aspects of grants and cooperative agreements, as well as contributing to the effort of the award under cooperative agreements.

**Grants Management Officer:** The GMO is the federal official responsible for the business and other non-programmatic aspects of grant awards. The GMO is the only official authorized to obligate federal funds and is responsible for signing the NoA, including revisions to the NoA that change the terms and conditions.  The GMO serves as the counterpart to the business officer of the recipient organization.

# EXHIBIT K

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NH75OT000075-01-01
FAIN# NH75OT000075
Federal Award Date: 03/17/2023

## Recipient Information

**1. Recipient Name**
HEALTH RESEARCH, INC.
150 Broadway STE 280
Riverview Center
Health Research, Inc./New York State Department of Health
Menands, NY 12204-2732

**2. Congressional District of Recipient**
20

**3. Payment System Identifier (ID)**
1141402155A1

**4. Employer Identification Number (EIN)**
141402155

**5. Data Universal Numbering System (DUNS)**
153695809

**6. Recipient's Unique Entity Identifier (UEI)**
WJ37AD42G8A5

**7. Project Director or Principal Investigator**
Mr. Michael A. Saglimbeni
Director, Office of Sponsored Programs
hringa@healthresearch.org
518-431-1200

**8. Authorized Official**
Ms. Cheryl A. Mattox
Executive Director, Health Research, Inc.
hringa@healthresearch.org
518-431-1204

### Federal Agency Information

CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Jennifer Allen
GMS
trd3@cdc.gov
404-498-0976

**10. Program Official Contact Information**
Natasha Dixon
Program Officer
CSTLTS
swx3@cdc.gov
4044980753

## Federal Award Information

**11. Award Number**
6 NH75OT000075-01-01

**12. Unique Federal Award Identification Number (FAIN)**
NH75OT000075

**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Underserved, Including Racial and Ethnic Minority Populations and Rural Communities

**15. Assistance Listing Number**
93.391

**16. Assistance Listing Program Title**
Activities to Support State, Tribal, Local and Territorial (STLT) Health Department Response to Public Health or Healthcare Crises

**17. Award Action Type**
No Cost Extension

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 06/01/2021 **- End Date** 05/31/2024 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | ($348,442.00) |
| 20b. Indirect Cost Amount | | $348,442.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $33,726,393.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $33,726,393.00 |
| **26. Period of Perfomance Start Date** 06/01/2021 **- End Date** 05/31/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $33,726,393.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Ms. Ester Edward
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH75OT000075-01-01
FAIN# NH75OT000075
Federal Award Date: 03/17/2023

## Recipient Information

**Recipient Name**
HEALTH RESEARCH, INC.
150 Broadway STE 280
Riverview Center
Health Research, Inc./New York State Department of
Health
Menands, NY 12204-2732
**Congressional District of Recipient**
20
**Payment Account Number and Type**
1141402155A1
**Employer Identification Number (EIN) Data**
141402155
**Universal Numbering System (DUNS)**
153695809
**Recipient's Unique Entity Identifier  (UEI)**
WJ37AD42G8A5

### 31. Assistance Type
Project Grant
### 32. Type of Award
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a.  Salaries and Wages** | $7,693,164.00 |
| **b.  Fringe Benefits** | $2,908,016.00 |
| **c.  Total Personnel Costs** | $10,601,180.00 |
| **d.  Equipment** | $0.00 |
| **e.  Supplies** | $88,815.00 |
| **f.  Travel** | $17,855.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $80,612.00 |
| **i.  Contractual** | $20,934,307.00 |
| **j.  TOTAL DIRECT COSTS** | $31,722,769.00 |
| **k.  INDIRECT COSTS** | $2,003,624.00 |
| **l.  TOTAL APPROVED BUDGET** | $33,726,393.00 |
| **m.  Federal Share** | $33,726,393.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390H06 | 21NH75OT000075C5 | OT | 41.51 | 93.391 | $0.00 | 75-2122-0140 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH75OT000075-01-01
FAIN# NH75OT000075
Federal Award Date: 03/17/2023

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

HEALTH RESEARCH, INC.                                   6 NH75OT000075-01-01

1. Terms & Conditions - NCE

**No Cost Extension:** The purpose of this amendment is to approve a **12-**month No Cost Extension per the request submitted by your organization dated **February 28, 2023** . **The budget and project period end dates have been extended to May 31, 2024**.

**Annual Federal Financial Report (FFR SF-425):** Annual financial reporting is required every twelve-month period.  Due to the approved extension period, the final budget period has been extended and an additional annual financial report will be required.  **A completed FFR SF-425 covering the budget period of June 1, 2022 to May 31, 2023 must be submitted by August 31, 2023.**

Recipients must submit all closeout reports identified in this section within 90 days of the period of performance end date. The reporting timeframe is the full period of performance. Failure to submit timely and accurate final reports may affect future funding to the organization or awards under the direction of the same Project Director/Principal Investigator (PD/PI).

**Final Performance Progress and Evaluation Report:** This report should include the information specified in the NOFO and is submitted 90 days following the end of the period of performance via www.grantsolutions.gov. At a minimum, the report will include the following:

1.  Statement of progress made toward the achievement of originally stated aims.
2.  Description of results (positive or negative) considered significant.
3.  List of publications resulting from the project, with plans, if any, for further publication.

Additional guidance may be provided by the GMS and found at:
https://www.cdc.gov/grants/alreadyhavegrant/Reporting.html

**Final Federal Financial Report (FFR, SF-425):** The FFR should only include those funds authorized and actually expended during the timeframe covered by the report. The Final FFR, SF-425 is required and must be submitted no later than 90 days after the period of performance end date.

The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Department of Health and Human Services' PMS, you will be required to update your reports to PMS accordingly.  Remaining unobligated funds will be de-obligated and returned to the U.S. Treasury.

**Equipment and Supplies - Tangible Personal Property Report (SF-428):**  A completed Tangible Personal Property Report SF-428 and Final Report SF-428B addendum must be submitted, along with any Supplemental Sheet SF-428S detailing all major equipment acquired or furnished under this project with a unit acquisition cost of $5,000 or more.  Electronic versions of the forms can be downloaded by visiting:
https://www.grants.gov/web/grants/forms/post-award-reporting-forms.html#sortby=1

If no equipment was acquired under an award, a negative report is required.

The recipient must identify each item of equipment that it wishes to retain for continued use in accordance with 45 CFR Part 75.  The awarding agency may exercise its rights to require the transfer of equipment purchased under the assistance award. CDC will notify the recipient if

transfer to title will be required and provide disposition instruction on all major equipment.

Equipment with a unit acquisition cost of less than $5,000 that is no longer to be used in projects or programs currently or previously sponsored by the Federal Government may be retained, sold, or otherwise disposed of, with no further obligation to the Federal Government.

Please be advised that the recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, necessary and reasonable.

All other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

**PLEASE REFERENCE THE NOFO AND AWARD NUMBER ON ALL CORRESPONDENCE**

# EXHIBIT L

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH75OT000075-01-02
FAIN# NH75OT000075
Federal Award Date: 03/27/2023

## Recipient Information

**1. Recipient Name**
HEALTH RESEARCH, INC.
150 Broadway STE 280
Riverview Center
Health Research, Inc./New York State Department of Health
Menands, NY 12204-2732

**2. Congressional District of Recipient**
20

**3. Payment System Identifier (ID)**
1141402155A1

**4. Employer Identification Number (EIN)**
141402155

**5. Data Universal Numbering System (DUNS)**
153695809

**6. Recipient's Unique Entity Identifier (UEI)**
WJ37AD42G8A5

**7. Project Director or Principal Investigator**
Mr. Michael A. Saglimbeni
Director, Office of Sponsored Programs
hringa@healthresearch.org
518-431-1200

**8. Authorized Official**
Ms. Cheryl A. Mattox
Executive Director, Health Research, Inc.
hringa@healthresearch.org
518-431-1204

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Jennifer Allen
GMS
trd3@cdc.gov
404-498-0976

**10. Program Official Contact Information**
Natasha Dixon
Program Officer
CSTLTS
swx3@cdc.gov
4044980753

## Federal Award Information

**11. Award Number**
6 NH75OT000075-01-02

**12. Unique Federal Award Identification Number (FAIN)**
NH75OT000075

**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Underserved, Including Racial and Ethnic Minority Populations and Rural Communities

**15. Assistance Listing Number**
93.391

**16. Assistance Listing Program Title**
Activities to Support State, Tribal, Local and Territorial (STLT) Health Department Response to Public Health or Healthcare Crises

**17. Award Action Type**
Administrative Action

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 06/01/2021 **- End Date** 05/31/2024 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $669,321.00 |
| 20b. Indirect Cost Amount | | ($669,321.00) |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $33,726,393.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $33,726,393.00 |
| **26.** Period of Perfomance Start Date 06/01/2021 **- End Date** 05/31/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $33,726,393.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Ms. Ester Edward
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES | Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH75OT000075-01-02
FAIN# NH75OT000075
Federal Award Date: 03/27/2023

## Recipient Information

**Recipient Name**
HEALTH RESEARCH, INC.
150 Broadway STE 280
Riverview Center
Health Research, Inc./New York State Department of
Health
Menands, NY 12204-2732
**Congressional District of Recipient**
20
**Payment Account Number and Type**
1141402155A1
**Employer Identification Number (EIN) Data**
141402155
**Universal Numbering System (DUNS)**
153695809
**Recipient's Unique Entity Identifier (UEI)**
WJ37AD42G8A5

---

**31. Assistance Type**
Project Grant
**32. Type of Award**
Other

---

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| a. **Salaries and Wages** | $5,040,538.00 |
| b. **Fringe Benefits** | $2,019,262.00 |
| c. **Total Personnel Costs** | $7,059,800.00 |
| d. **Equipment** | $0.00 |
| e. **Supplies** | $83,331.00 |
| f. **Travel** | $37,657.00 |
| g. **Construction** | $0.00 |
| h. **Other** | $1,966,302.00 |
| i. **Contractual** | $23,245,000.00 |
| j. **TOTAL DIRECT COSTS** | $32,392,090.00 |
| k. **INDIRECT COSTS** | $1,334,303.00 |
| l. **TOTAL APPROVED BUDGET** | $33,726,393.00 |
| m. **Federal Share** | $33,726,393.00 |
| n. **Non-Federal Share** | $0.00 |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390H06 | 21NH75OT000075C5 | OT | 41.51 | 93.391 | $0.00 | 75-2122-0140 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#    6 NH75OT000075-01-02
FAIN#    NH75OT000075
Federal Award Date:    03/27/2023

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

HEALTH RESEARCH, INC.                                        6 NH75OT000075-01-02

1. Terms & Conditions

**REVISED AWARD INFORMATION**

**Administrative Correction:** The purpose of this Notice of Award is to correct the Approved Budget allocations.

**No action is required from the recipient.**

**Stewardship:** The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

# EXHIBIT M

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH75OT000075-01-03
FAIN# NH75OT000075
Federal Award Date: 02/28/2024

## Recipient Information

1. **Recipient Name**
   HEALTH RESEARCH, INC.
   150 Broadway STE 280
   Riverview Center
   Health Research, Inc./New York State Department of Health
   Menands, NY 12204-2732
2. **Congressional District of Recipient**
   20
3. **Payment System Identifier (ID)**
   1141402155A1
4. **Employer Identification Number (EIN)**
   141402155
5. **Data Universal Numbering System (DUNS)**
   153695809
6. **Recipient's Unique Entity Identifier (UEI)**
   WJ37AD42G8A5
7. **Project Director or Principal Investigator**
   Dr. Kirsten  Siegenthaler Ph.D
   Principal Investigator
   kirsten.siegenthaler@health.ny.gov
   (518)473-7016
8. **Authorized Official**
   Ms. Cheryl A. Mattox
   Executive Director, Health Research, Inc.
   hringa@healthresearch.org
   518-431-1200

### Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Charlena Gatlin
   Internal Reviewer
   tie3@cdc.gov
   678-475-4966

10. **Program Official Contact Information**
    Natasha  Dixon
    Program Officer
    CSTLTS
    swx3@cdc.gov
    4044980753

## Federal Award Information

11. **Award Number**
    6 NH75OT000075-01-03
12. **Unique Federal Award Identification Number (FAIN)**
    NH75OT000075
13. **Statutory Authority**
    317(K)(2) OF PHSA 42USC 247B(K)(2)

14. **Federal Award Project Title**
    National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Underserved, Including Racial and Ethnic Minority Populations and Rural Communities
15. **Assistance Listing Number**
    93.391
16. **Assistance Listing Program Title**
    Activities to Support State, Tribal, Local and Territorial (STLT) Health Department Response to Public Health or Healthcare Crises
17. **Award Action Type**
    No Cost Extension
18. **Is the Award R&D?**
    No

### Summary Federal Award Financial Information

19. **Budget Period Start Date**  06/01/2021  **- End Date** 05/31/2026
20. **Total Amount of Federal Funds Obligated by this Action**          $0.00
    20a. Direct Cost Amount          $0.00
    20b. Indirect Cost Amount          $0.00
21. Authorized Carryover          $0.00
22. Offset          $0.00
23. Total Amount of Federal Funds Obligated this budget period          $33,726,393.00
24. **Total Approved Cost Sharing or Matching, where applicable**          $0.00
25. **Total Federal and Non-Federal Approved this Budget Period**          $33,726,393.00
26. **Period of Perfomance Start Date**  06/01/2021  **- End Date** 05/31/2026
27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance          $33,726,393.00

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
    Ms. Ester Edward
    Grants Management Officer

## 30. Remarks

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH75OT000075-01-03
FAIN# NH75OT000075
Federal Award Date: 02/28/2024

## Recipient Information

**Recipient Name**

HEALTH RESEARCH, INC.

150 Broadway STE 280

Riverview Center

Health Research, Inc./New York State Department of
Health

Menands, NY 12204-2732

**Congressional District of Recipient**

20

**Payment Account Number and Type**

1141402155A1

**Employer Identification Number (EIN) Data**

141402155

**Universal Numbering System (DUNS)**

153695809

**Recipient's Unique Entity Identifier (UEI)**

WJ37AD42G8A5

---

**31. Assistance Type**

Project Grant

**32. Type of Award**

Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a. Salaries and Wages** | $5,040,538.00 |
| **b. Fringe Benefits** | $2,019,262.00 |
| **c. Total Personnel Costs** | $7,059,800.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $83,331.00 |
| **f. Travel** | $37,657.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $1,966,302.00 |
| **i. Contractual** | $23,245,000.00 |
| **j. TOTAL DIRECT COSTS** | $32,392,090.00 |
| **k. INDIRECT COSTS** | $1,334,303.00 |
| **l. TOTAL APPROVED BUDGET** | $33,726,393.00 |
| **m. Federal Share** | $33,726,393.00 |
| **n. Non-Federal Share** | $0.00 |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390H06 | 21NH75OT000075C5 | OT | 41.51 | 93.391 | $0.00 | 75-2122-0140 |

Page 2



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH75OT000075-01-03
FAIN# NH75OT000075
Federal Award Date: 02/28/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

HEALTH RESEARCH, INC.                                          6 NH75OT000075-01-03

1. Terms and Conditions

## ADDITIONAL TERMS AND CONDITIONS OF AWARD

The General Terms and Conditions for non-research grants and cooperative agreements have been updated, effective January 23, 2024, to reflect current regulations and requirements for federal financial assistance.

**No Cost Extension:** The purpose of this amendment is to approve a 24 month No Cost Extension per the request submitted by your organization dated January 30, 2024 . The budget and project period end dates have been extended from May 31, 2024 to May 31, 2026.

**Annual Federal Financial Report (FFR SF-425):** Annual financial reporting is required every twelve-month period.  Based on the approved no-cost extension, an additional annual financial report will be required.  A completed FFR SF-425 covering the budget period of June 1, 2023 to May 31, 2024 must be submitted by August 31, 2024.

**Closeout Requirements:** Recipients must submit all closeout reports within 120 days of the period of performance end date. Standard closeout reporting requirements are identified in the *General Terms and Conditions*, which are published on the CDC website at https://www.cdc.gov/grants/federal-regulations-policies/index.html

# EXHIBIT N

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NH75OT000075-01-04
FAIN# NH75OT000075
Federal Award Date: 03/24/2025

## Recipient Information

**1. Recipient Name**
HEALTH RESEARCH, INC.
150 Broadway STE 280
Riverview Center
Health Research, Inc./New York State Department of Health
Menands, NY 12204-2732

**2. Congressional District of Recipient**
20

**3. Payment System Identifier (ID)**
1141402155A1

**4. Employer Identification Number (EIN)**
141402155

**5. Data Universal Numbering System (DUNS)**
153695809

**6. Recipient's Unique Entity Identifier (UEI)**
WJ37AD42G8A5

**7. Project Director or Principal Investigator**
Dr. Kirsten  Siegenthalar Ph.D
Principal Investigator
kirsten.siegenthaler@health.ny.gov
(518)473-7016

**8. Authorized Official**
Ms. Cheryl A. Mattox
Executive Director, Health Research, Inc.
hringa@healthresearch.org
518-431-1200

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Ms. Ester Edward
Grants Management Officer
ece9@cdc.gov
(770) 488-2852

**10. Program Official Contact Information**
Natasha  Dixon
Program Officer
CSTLTS
swx3@cdc.gov
4044980753

## Federal Award Information

**11. Award Number**
6 NH75OT000075-01-04

**12. Unique Federal Award Identification Number (FAIN)**
NH75OT000075

**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
National Initiative to Address COVID-19 Health Disparities Among Populations at High-Risk and Underserved, Including Racial and Ethnic Minority Populations and Rural Communities

**15. Assistance Listing Number**
93.391

**16. Assistance Listing Program Title**
Activities to Support State, Tribal, Local and Territorial (STLT) Health Department Response to Public Health or Healthcare Crises

**17. Award Action Type**
Terminate

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 06/01/2021 **- End Date** 03/24/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $33,726,393.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $33,726,393.00 |
| **26. Period of Performance Start Date** 06/01/2021 **- End Date** 03/24/2025 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $33,726,393.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Mrs. Erica Stewart
Team Lead, Grants Management Officer

## 30. Remarks

Department Authority

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH75OT000075-01-04
FAIN# NH75OT000075
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**
HEALTH RESEARCH, INC.
150 Broadway STE 280
Riverview Center
Health Research, Inc./New York State Department of Health
Menands, NY 12204-2732

**Congressional District of Recipient**
20

**Payment Account Number and Type**
1141402155A1

**Employer Identification Number (EIN) Data**
141402155

**Universal Numbering System (DUNS)**
153695809

**Recipient's Unique Entity Identifier (UEI)**
WJ37AD42G8A5

---

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

---

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a. Salaries and Wages** | $5,040,538.00 |
| **b. Fringe Benefits** | $2,019,262.00 |
| **c. Total Personnel Costs** | $7,059,800.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $83,331.00 |
| **f. Travel** | $37,657.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $1,966,302.00 |
| **i. Contractual** | $23,245,000.00 |
| **j. TOTAL DIRECT COSTS** | $32,392,090.00 |
| **k. INDIRECT COSTS** | $1,334,303.00 |
| **l. TOTAL APPROVED BUDGET** | $33,726,393.00 |
| **m. Federal Share** | $33,726,393.00 |
| **n. Non-Federal Share** | $0.00 |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390H06 | 21NH75OT000075C5 | OT | 41.51 | 93.391 | $0.00 | 75-2122-0140 |

Page 2



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH75OT000075-01-04
FAIN# NH75OT000075
Federal Award Date: 03/24/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

HEALTH RESEARCH, INC.                                    6 NH75OT000075-01-04

1. Terms and conditions

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate this award which is funded by COVID-19 supplemental appropriations. The termination of this award is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of this award is effective as of the date set out in your Notice of Award.

No additional activities can be conducted, and no additional costs may be incurred.  Unobligated award balances will be de-obligated by CDC.

**Closeout**: In order to facilitate an orderly closeout, we are requesting that you submit all closeout reports identified below within thirty (30) days of the date of this NoA. Submit the documentation as a "Grant Closeout" amendment in GrantSolutions. The reporting timeframe is the full period of performance. Please note, if you fail to submit timely and accurate reports, CDC may also pursue other enforcement actions per 45 CFR Part 75.371.

**Final Performance/Progress Report**: This report should include the information specified in the Notice of Funding Opportunity (NOFO). At a minimum, the report will include the following:

- Statement of progress made toward the achievement of originally stated aims.
- Description of results (positive or negative) considered significant.
- List of publications resulting from the project, with plans, if any, for further publication.

**Final Federal Financial Report (FFR, SF-425)**: The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**Equipment and Supplies - Tangible Personal Property Report (SF-428)**: A completed SF-428 detailing all major equipment acquired with a unit acquisition cost of $10,000 or more. If no equipment was acquired under the award, a negative report is required

# EXHIBIT O

| 1. DATE ISSUED *MM/DD/YYYY* | 1a. SUPERSEDES AWARD NOTICE dated *MM/DD/YYYY* | **DEPARTMENT OF HEALTH AND HUMAN SERVICES** |
|---|---|---|
| 06/05/2020 | except that any additions or restrictions previously imposed remain in effect unless specifically rescinded | **Centers for Disease Control and Prevention** |

**2. CFDA NO.**
93.268 - Immunization Cooperative Agreements

2939 Brandywine Road
Atlanta, GA 30341

**3. ASSISTANCE TYPE** Cooperative Agreement

| **4. GRANT NO.** 6 NH23IP922625-01-04 | **5. TYPE OF AWARD** |
|---|---|
| Formerly | Demonstration |
| **4a. FAIN** NH23IP922625 | **5a. ACTION TYPE** Post Award Amendment |

**NOTICE OF AWARD**

AUTHORIZATION (Legislation/Regulations)
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b. 247b(k)(2) and 247c). as amended.

| **6. PROJECT PERIOD** *MM/DD/YYYY* | | |
|---|---|---|
| From 07/01/2019 | Through | 06/30/2024 |
| **7. BUDGET PERIOD** *MM/DD/YYYY* | | *MM/DD/YYYY* |
| From 07/01/2019 | Through | 06/30/2020 |

**8. TITLE OF PROJECT (OR PROGRAM)**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

| **9a. GRANTEE NAME AND ADDRESS** | **9b. GRANTEE PROJECT DIRECTOR** |
|---|---|
| HEALTH, NEW YORK DEPARTMENT OF | Dr. Elizabeth Rausch-Phung |
| Empire State Plaza | ESP Corning Tower Building |
| NY State Dept. Of Health | Albany, NY 12237-0001 |
| Albany, NY 12237-0001 | Phone: (5180 473-4437 |

| **10a. GRANTEE AUTHORIZING OFFICIAL** | **10b. FEDERAL PROJECT OFFICER** |
|---|---|
| Mr. Andrew T. Ruby | Candelaria Rijo |
| ESP Corning Tower Building | 1600 Clifton Rd |
| NY State Dept. Of Health | Atlanta, GA 30333 |
| Albany, NY 12237-0001 | Phone: 404-639-8526 |

**ALL AMOUNTS ARE SHOWN IN USD**

**11. APPROVED BUDGET** (Excludes Direct Assistance)

I Financial Assistance from the Federal Awarding Agency Only

II Total project costs including grant funds and all other financial participation [ I ]

| | | |
|---|---|---|
| a. | Salaries and WageS .................... | 3,373,945.00 |
| b. | Fringe Benefits .................... | 1,914,775.00 |
| c. | Total Personnel Costs ........... | 5,288,720.00 |
| d. | Equipment | 8,000.00 |
| e. | Supplies .................... | 64,804.00 |
| f. | Travel .................... | 94,917.00 |
| g. | Construction | 0.00 |
| h. | Other | 5,643,868.00 |
| i. | Contractual | 6,368,814.00 |
| j. | TOTAL DIRECT COSTS ⟶ | 17,469,123.00 |
| k. | INDIRECT COSTS | 1,114,673.00 |
| l. | **TOTAL APPROVED BUDGET** | 18,583,796.00 |
| m. | Federal Share | 18,583,796.00 |
| n. | Non-Federal Share | 0.00 |

**12. AWARD COMPUTATION**

| | | |
|---|---|---|
| a. Amount of Federal Financial Assistance (from item 11m) | | 18,583,796.00 |
| b. Less Unobligated Balance From Prior Budget Periods | | 0.00 |
| c. Less Cumulative Prior Award(s) This Budget Period | | 13,305,828.00 |
| d. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | | 5,277,968.00 |

**13. Total Federal Funds Awarded to Date for Project Period** 18,583,796.00

**14. RECOMMENDED FUTURE SUPPORT**
*(Subject to the availability of funds and satisfactory progress of the project):*

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL DIRECT COSTS |
|---|---|---|---|
| a. 2 | | d. 5 | |
| b. 3 | | e. 6 | |
| c. 4 | | f. 7 | |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**
a. DEDUCTION
b. ADDITIONAL COSTS
c. MATCHING
d. OTHER RESEARCH (Add / Deduct Option)
e. OTHER (See REMARKS)

**b**

**16.** THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:
a. The grant program legislation
b. The grant program regulations.
c. This award notice including terms and conditions, if any, noted below under REMARKS.
d. Federal administrative requirements, cost principles and audit requirements applicable to this grant.

In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS** (Other Terms and Conditions Attached - ☒ Yes ☐ No)

**GRANTS MANAGEMENT OFFICIAL:**
Brownie Anderson-Rana, Grants Management Officer
2939 Flowers Road
Mailstop TV2
Atlanta, GA 30341-5509
Phone: 770-488-2771

| 17.OBJ CLASS 41.51 | 18a. VENDOR CODE 1146013200R9 | 18b. EIN 146013200 | 19. DUNS 806781340 | 20. CONG. DIST. 20 |
|---|---|---|---|---|
| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | APPROPRIATION |
| 21. a. 0-9390EWQ | b. 19NH23IP922625C3 | c. IP | d. $5,277,968.00 | e. 75-2024-0943 |
| 22. a. | b. | c. | d. | e. |
| 23. a. | b. | c. | d. | e. |

| NOTICE OF AWARD (Continuation Sheet) | PAGE   2 of 3 | DATE ISSUED 06/05/2020 |
|---|---|---|
| | GRANT NO.     6 NH23IP922625-01-04 | |

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

NOTICE OF AWARD (Continuation Sheet)

| PAGE  3 of 3 | DATE ISSUED 06/05/2020 |
|---|---|
| GRANT NO.    6 NH23IP922625-01-04 | |

| Federal Financial Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 07/01/2019 | 06/30/2020 | Annual | 09/28/2020 |

# AWARD ATTACHMENTS

HEALTH, NEW YORK DEPARTMENT OF                    6 NH23IP922625-01-04

1. CARES TERMS AND CONDITIONS

## AWARD INFORMATION

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number IP19- 1901, entitled Immunization and Vaccines for Children, which is hereby made a part of this Non- research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Funding:** Additional funding in the amount $ 5,277,968 is approved for the Year 01 budget period, which is July 1, 2019 through June 30, 2020

**COVID-19:** P.L. 116-136, Coronavirus Aid, Relief, and Economic Security Act (CARES Act) Activities

Recipients have **13 months** from the date of this NoA to expend all funds awarded herein

**Budget/Workplan Revision Requirement:** Within 30 days of this NoA, the recipient must submit a revised budget with a narrative justification outlining response activities. Failure to submit the required information in a timely manner may adversely affect the future funding of the project. If the information cannot be provided by the due date, you are required to contact your Project Officer and Grant Management Specialist. The revised budget must be uploaded in GrantSolutions as an amendment to allow issuance of a revised NoA.

**Pre-Award Costs**: Pre-award costs dating back to January 20, 2020 – when CDC first activated its Emergency Operations Center (EOC) – and directly related to the COVID-19 outbreak response are allowable.

**Indirect Costs:** Indirect cost will be approved based on current approved negotiated indirect cost rate agreement.

**Overtime:** Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Additional Term and Condition:**
A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); and/or the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139) agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect

SARS– CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
  - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
    - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
    - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
  - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- ***All unallowable costs cited in CDC-RFA-IP19-1901 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 – Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.***

## REPORTING REQUIREMENTS

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Freda Johnson, Grants Management

Specialist Office of Grants Services (OGS)
Office of Financial Resources (OFR)
Office of the Chief Operating Officer (OCOO)
Centers for Disease Control and Prevention
(CDC) Wve2@cdc.gov | 404-488-3107 office

AND

U.S. Department of Health and Human Services Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator 330 Independence Avenue,
SW Cohen Building, Room 5527 Washington, DC 20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and
contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR
75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts
180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of
performance due to material failure to comply with the terms and conditions of this award in the
OMB-designated integrity and performance system accessible through SAM (currently
FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is
terminated for failure to comply with the federal statutes, regulations, or terms and conditions
of the federal award. (45 CFR 75.373(b))

## PAYMENT INFORMATION

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1- 800-HHS-
TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under
grants and cooperative agreements. Information also may be submitted by e-mail to
hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and
Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such
reports are treated as sensitive material and submitters may decline to give their names if
they choose to remain anonymous.*

Payment Management System Subaccount: Funds awarded in support of approved activities
have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds
must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must
be known in order to draw down funds.

**Stewardship**: The recipient must exercise proper stewardship over Federal funds by ensuring
that all costs charged to your cooperative agreement are allowable, allocable, and reasonable
and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the
budget period unless otherwise changed, in writing, by the Grants Management Officer.

# EXHIBIT P

| 1. DATE ISSUED *MM/DD/YYYY* 09/23/2020 | 1a. SUPERSEDES AWARD NOTICE dated *MM/DD/YYYY* except that any additions or restrictions previously imposed remain in effect unless specifically rescinded | DEPARTMENT OF HEALTH AND HUMAN SERVICES Centers for Disease Control and Prevention CDC Office of Financial Resources |
|---|---|---|

**2. CFDA NO.** 93.268 - Immunization Cooperative Agreements

2939 Brandywine Road
Atlanta, GA 30341

**3. ASSISTANCE TYPE** Cooperative Agreement

| 4. GRANT NO. 6 NH23IP922625-02-01 Formerly | 5. TYPE OF AWARD Demonstration |
|---|---|

**NOTICE OF AWARD**

| 4a. FAIN NH23IP922625 | 5a. ACTION TYPE Post Award Amendment |
|---|---|

AUTHORIZATION (Legislation/Regulations)

| 6. PROJECT PERIOD *MM/DD/YYYY* From 07/01/2019 | Through | *MM/DD/YYYY* 06/30/2024 |
|---|---|---|

Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b. 247b(k)(2) and 247c). as amended.

| 7. BUDGET PERIOD *MM/DD/YYYY* From 07/01/2020 | Through | *MM/DD/YYYY* 06/30/2021 |
|---|---|---|

**8. TITLE OF PROJECT (OR PROGRAM)** CDC-RFA-IP19-1901 Immunization and Vaccines for Children

| 9a. GRANTEE NAME AND ADDRESS HEALTH, NEW YORK DEPARTMENT OF Empire State Plaza NY State Dept. Of Health Albany, NY 12237-0001 | 9b. GRANTEE PROJECT DIRECTOR Dr. Elizabeth Rausch-Phung ESP Corning Tower Building Albany, NY 12237-0001 Phone: (5I8O 473-4437 |
|---|---|

| 10a. GRANTEE AUTHORIZING OFFICIAL Mr. Andrew T. Ruby ESP Corning Tower Building NY State Dept. Of Health Albany, NY 12237-0001 | 10b. FEDERAL PROJECT OFFICER Candelaria Rijo 1600 Clifton Rd Atlanta, GA 30333 Phone: 404-639-8526 |
|---|---|

**ALL AMOUNTS ARE SHOWN IN USD**

| 11. APPROVED BUDGET (Excludes Direct Assistance) | | 12. AWARD COMPUTATION | |
|---|---|---|---|
| I Financial Assistance from the Federal Awarding Agency Only | | a. Amount of Federal Financial Assistance (from item 11m) | 19,932,843.00 |
| II Total project costs including grant funds and all other financial participation | I | b. Less Unobligated Balance From Prior Budget Periods | 0.00 |
| | | c. Less Cumulative Prior Award(s) This Budget Period | 12,097,245.00 |
| a. Salaries and Wages | 4,033,723.00 | d. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | 7,835,598.00 |
| b. Fringe Benefits | 2,384,736.00 | 13. Total Federal Funds Awarded to Date for Project Period | 38,516,639.00 |
| c. Total Personnel Costs | 6,418,459.00 | 14. RECOMMENDED FUTURE SUPPORT (Subject to the availability of funds and satisfactory progress of the project): | |
| d. Equipment | 8,000.00 | | |

| 14. RECOMMENDED FUTURE SUPPORT | | | |
|---|---|---|---|
| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL DIRECT COSTS |
| a. 3 | | d. 6 | |
| b. 4 | | e. 7 | |
| c. 5 | | f. 8 | |

| e. Supplies | 257,000.00 |
| f. Travel | 102,535.00 |
| g. Construction | 0.00 |
| h. Other | 449,143.00 |
| i. Contractual | 11,863,307.00 |
| j. TOTAL DIRECT COSTS | 19,098,444.00 |
| k. INDIRECT COSTS | 834,399.00 |
| l. TOTAL APPROVED BUDGET | 19,932,843.00 |
| m. Federal Share | 19,932,843.00 |
| n. Non-Federal Share | 0.00 |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**
a. DEDUCTION
b. ADDITIONAL COSTS
c. MATCHING
d. OTHER RESEARCH (Add / Deduct Option)
e. OTHER (See REMARKS)

**b**

**16.** THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:
a. The grant program legislation
b. The grant program regulations.
c. This award notice including terms and conditions, if any, noted below under REMARKS.
d. Federal administrative requirements, cost principles and audit requirements applicable to this grant.
In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail. Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS** (Other Terms and Conditions Attached - [X] Yes [ ] No)
Supplemental Funding: Financial Assistance in the amount of $7,835,598

**GRANTS MANAGEMENT OFFICIAL:**
Brownie Anderson-Rana, Grants Management Officer
2939 Flowers Road
Mailstop TV2
Atlanta, GA 30341-5509
Phone: 770-488-2771

| 17. OBJ CLASS 41.51 | 18a. VENDOR CODE 1146013200R9 | 18b. EIN 146013200 | 19. DUNS 806781340 | 20. CONG. DIST. 20 |
|---|---|---|---|---|
| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | APPROPRIATION |
| 21. a. 0-9390BKG | b. 19NH23IP922625 | c. IP | d. $294,723.00 | e. 75-75-X-0512-009 |
| 22. a. 0-9390FG3 | b. 20NH23IP922625C3 | c. IP | d. $7,540,875.00 | e. 75-2024-0943 |
| 23. a. | b. | c. | d. | e. |

NOTICE OF AWARD (Continuation Sheet)

| PAGE   2 of 3 | DATE ISSUED 09/23/2020 |
|---|---|
| GRANT NO.     6 NH23IP922625-02-01 | |

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

NOTICE OF AWARD (Continuation Sheet)

| PAGE  3 of 3 | DATE ISSUED 09/23/2020 |
|---|---|
| GRANT NO.     6 NH23IP922625-02-01 | |

| Federal Financial Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 07/01/2019 | 06/30/2020 | Annual | 09/28/2020 |
| 07/01/2020 | 06/30/2021 | Annual | 09/28/2021 |

# AWARD ATTACHMENTS

HEALTH, NEW YORK DEPARTMENT OF                                6 NH23IP922625-02-01

1. Terms and Conditions

## AWARD INFORMATION

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number IP19-1901, entitled, *Immunization and Vaccines for Children*, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Component Funding:** Additional funding in the amount **$7,835,598** is approved for the Year 02 budget period, which is July1, 2020 through June 30, 2021.

The NOFO provides for the funding of multiple components under this award. The approved component funding levels for this notice of award are:

| NOFO Component | Amount |
|---|---|
| CORE | $294,723 |
| COVID-19 CARES | $7,540,845 |

**Recipients have until July 5, 2021 to expend all COVID-19 funds awarded herein**

**Overtime:** Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Coronavirus Disease 2019 (COVID-19) Funds:** A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); and/or the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139) agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS– CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC. HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-

reporting-guidance.pdf.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
  - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
    - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
    - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
  - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- All unallowable costs cited in CDC-RFA-CK19-1904 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 – Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.

**COVID-19 and VFC Funding Budget Revision Requirement:** The recipient must submit a revised budget with a narrative justification and workplan within 30 days after the receipt of this Notice of Award. Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date. **A separate narrative and workplan must be submitted in accordance with the COVID-19 guidance and must also be uploaded in GMM as an amendment with a SF424A.**

## REPORTING REQUIREMENTS

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Wayne Woods, Grants Management Officer
Centers for Disease Control and Prevention
Branch 1
2939 Flowers Road, M/S E-15
Atlanta, GA 30341
Email: kuv1@cdc.gov (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures,
Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC 20201
Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line)
or Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

## PAYMENT INFORMATION

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1- 800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

| Component: CORE |
| --- |
| Document Number:  19NH23IP922625 |

| Component: COVID-19 |
| --- |
| Document Number: 20NH23IP922625C3 |

## CDC Staff Contacts

**Grants Management Specialist:**
Wayne Woods, Grants Management Specialist (GMS)
Centers for Disease Control and Prevention
Branch 1
2920 Brandywine Road, M/S E-15
Atlanta, GA 30341
Telephone: 770-488-2948
Email: kuv1@cdc.gov

**Stewardship**: The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

# EXHIBIT Q

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922625-02-02
FAIN# NH23IP922625
Federal Award Date: 12/16/2020

## Recipient Information

**1. Recipient Name**
HEALTH, NEW YORK DEPARTMENT OF
Empire State Plaza
NY State Dept. Of Health
Albany, NY 12237-0001
[NoPhoneRecord]

**2. Congressional District of Recipient**
20

**3. Payment System Identifier (ID)**
1146013200R9

**4. Employer Identification Number (EIN)**
146013200

**5. Data Universal Numbering System (DUNS)**
806781340

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Dr. Elizabeth  Rausch-Phung
Director, Bureau of Immunization
elizabeth.rausch-phung@health.ny.gov
(5180 473-4437

**8. Authorized Official**
Mr. Andrew T. Ruby
Deputy Director
andrew.ruby@health.ny.gov
518-474-1208

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10.Program Official Contact Information**
Candelaria  Rijo
cqr5@cdc.gov
404-639-8526

## Federal Award Information

**11. Award Number**
6 NH23IP922625-02-02

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922625

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as ame

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19.  Budget Period Start Date** 07/01/2020 **- End Date** 06/30/2021 | | |
| **20.  Total Amount of Federal Funds Obligated by this Action** | | $5,277,968.00 |
| 20a. Direct Cost Amount | | $5,277,968.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $19,932,843.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $25,210,811.00 |
| **26.** Project Period  Start Date 07/01/2019 **- End Date** 06/30/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | $43,794,607.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Freda Johnson

## 30. Remarks

Supplemental Funding in the Amount of $5,277,968

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH23IP922625-02-02
FAIN#   NH23IP922625
Federal Award Date:  12/16/2020

## Recipient Information

**Recipient Name**

HEALTH, NEW YORK DEPARTMENT OF
Empire State Plaza
NY State Dept. Of Health
Albany, NY 12237-0001
[NoPhoneRecord]

**Congressional District of Recipient**
20

**Payment Account Number and Type**
1146013200R9

**Employer Identification Number (EIN) Data**
146013200

**Universal Numbering System (DUNS)**
806781340

**Recipient's Unique Entity Identifier**
Not Available

---

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Demonstration

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $4,033,723.00 |
| **b.  Fringe Benefits** | $2,384,736.00 |
| **c.  Total Personnel Costs** | $6,418,459.00 |
| d.  Equipment | $8,000.00 |
| e.  Supplies | $257,000.00 |
| f.  Travel | $102,535.00 |
| g.  Construction | $0.00 |
| h.  Other | $449,143.00 |
| i.  Contractual | $17,141,275.00 |
| **j.   TOTAL DIRECT COSTS** | $24,376,412.00 |
| **k.  INDIRECT COSTS** | $834,399.00 |
| **l.   TOTAL APPROVED BUDGET** | $25,210,811.00 |
| **m.  Federal Share** | $25,210,811.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---:|---|
| 1-9390FG3 | 20NH23IP922625C3 | IP | 41.51 | $5,277,968.00 | 75-2024-0943 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922625-02-02
FAIN#  NH23IP922625
Federal Award Date:  12/16/2020

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922625-02-02
FAIN#   NH23IP922625
Federal Award Date:  12/16/2020

| 35. Terms And Conditions |
|---|

Federal Financial Report Cycle

| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
|---|---|---|---|
| 07/01/2019 | 06/30/2020 | Annual | 09/28/2020 |
| 07/01/2020 | 06/30/2021 | Annual | 09/28/2021 |

# AWARD ATTACHMENTS

HEALTH, NEW YORK DEPARTMENT OF                                    6 NH23IP922625-02-02

1. Terms and Conditions

**AWARD INFORMATION**

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number IP19-1901, entitled, *Immunization and Vaccines for Children*, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Component Funding:** Additional funding in the amount $5,277,968 is approved for the Year 02 budget period, which is July 1, 2020 through June 30, 2021.

The NOFO provides for the funding of multiple components under this award. The approved component funding levels for this notice of award are:

| NOFO Component | Amount |
|---|---|
| **COVID-19** | $5,277,968 |

**Recipients have until June 30, 2022 to expend all COVID-19 funds awarded in Year 2**

**Overtime:** Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Coronavirus Disease 2019 (COVID-19) Funds:** A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); and/or the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139) agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS– CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC. HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-reporting-guidance.pdf.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what

is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
    - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
        - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
        - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
    - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- All unallowable costs cited in CDC-RFA-IP19-1901 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 – Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.

## ADMINISTRATIVE REQUIREMENTS

The recipient must respond to the comments in the technical review and/or OGS Budget Comments in accordance with the recommendations provided in GrantSolutions as a Grant Note within 45 days of receipt of the Notice of Award. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the Awarding Agency Contact Information section on the first page before the due date.

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.  Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.   Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services

Wayne Woods, Grants Management Specialist (GMS)
Centers for Disease Control and Prevention
Branch 1
2920 Brandywine Road, M/S E-15
Atlanta, GA 30341
Telephone: 770-488-2948
Email: kuv1@cdc.gov  (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures,
Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC 20201
Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line)
or Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

| PAYMENT INFORMATION |
| --- |

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1- 800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

**Stewardship**: The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

# EXHIBIT R

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922625-02-03
FAIN# NH23IP922625
Federal Award Date: 01/15/2021

## Recipient Information

**1. Recipient Name**
HEALTH, NEW YORK DEPARTMENT OF
Empire State Plaza
NY State Dept. Of Health
Albany, NY 12237-0001
[NoPhoneRecord]

**2. Congressional District of Recipient**
20

**3. Payment System Identifier (ID)**
1146013200R9

**4. Employer Identification Number (EIN)**
146013200

**5. Data Universal Numbering System (DUNS)**
806781340

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Dr. Elizabeth  Rausch-Phung
Director, Bureau of Immunization
elizabeth.rausch-phung@health.ny.gov
(5180 473-4437

**8. Authorized Official**
Mr. Andrew T. Ruby
Deputy Director
andrew.ruby@health.ny.gov
518-474-1208

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10.Program Official Contact Information**
Candelaria  Rijo
cqr5@cdc.gov
404-639-8526

## Federal Award Information

**11. Award Number**
6 NH23IP922625-02-03

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922625

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2020 **- End Date** 06/30/2021 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $100,449,264.00 |
| 20a. Direct Cost Amount | | $100,449,264.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| 21. Authorized Carryover | | $0.00 |
| 22. Offset | | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $25,210,811.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | | $125,660,075.00 |
| **26. Project Period  Start Date** 07/01/2019 **- End Date** 06/30/2024 | | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | $144,243,871.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Freda Johnson

## 30. Remarks

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH23IP922625-02-03
FAIN#   NH23IP922625
Federal Award Date:  01/15/2021

| Recipient Information |
| --- |

**Recipient Name**

HEALTH, NEW YORK DEPARTMENT OF
Empire State Plaza
NY State Dept. Of Health
Albany, NY 12237-0001
[NoPhoneRecord]

**Congressional District of Recipient**
20

**Payment Account Number and Type**
1146013200R9

**Employer Identification Number (EIN) Data**
146013200

**Universal Numbering System (DUNS)**
806781340

**Recipient's Unique Entity Identifier**
Not Available

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Demonstration

**33. Approved Budget**
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | | |
| --- | --- | --- |
| **a.  Salaries and Wages** | | $4,033,723.00 |
| **b.  Fringe Benefits** | | $2,384,736.00 |
| **c.  Total Personnel Costs** | | $6,418,459.00 |
| **d.  Equipment** | | $8,000.00 |
| **e.  Supplies** | | $257,000.00 |
| **f.  Travel** | | $102,535.00 |
| **g.  Construction** | | $0.00 |
| **h.  Other** | | $100,898,407.00 |
| **i.  Contractual** | | $17,141,275.00 |
| **j.  TOTAL DIRECT COSTS** | | $124,825,676.00 |
| **k.  INDIRECT COSTS** | | $834,399.00 |
| **l.  TOTAL APPROVED BUDGET** | | $125,660,075.00 |
| **m.  Federal Share** | | $125,660,075.00 |
| **n.  Non-Federal Share** | | $0.00 |

**34. Accounting Classification Codes**

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
| --- | --- | --- | --- | --- | --- |
| 1-9390GKL | 20NH23IP922625C5 | IP | 41.51 | $100,449,264.00 | 75-2124-0943 |

Page 2



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922625-02-03
FAIN#   NH23IP922625
Federal Award Date:  01/15/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

HEALTH, NEW YORK DEPARTMENT OF                    6 NH23IP922625-02-03

1. Terms and Conditions

| AWARD INFORMATION |
| --- |

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number IP19-1901, entitled, *Immunization and Vaccines for Children*, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Component Funding:** Additional funding in the amount $100,449,264 is approved for the Year 02 budget period, which is July 1, 2020 through June 30, 2021.

The NOFO provides for the funding of multiple components under this award. The approved component funding levels for this notice of award are:

| NOFO Component | Amount |
| --- | --- |
| **COVID-19** | $100,449,264 |

**Recipients have until June 30, 2024 to expend all COVID-19 funds herein and previously funded.**

**Overtime:** Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Coronavirus Disease 2019 (COVID-19) Funds:**  A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); and/or the Consolidated Appropriations Act, 2021, Division M – Coronavirus Response and Relief Supplemental Appropriations Act, 2021 (P.L. 116-266), agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS–CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC.  HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-reporting-guidance.pdf.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to

COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
  - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
    - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
    - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
  - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients. https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- All unallowable costs cited in CDC-RFA-IP19-1901 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 – Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.

**COVID-19 Funding Budget Revision Requirement:** The recipient must submit a revised budget with a narrative justification within 45 days of receipt of the Notice of Award. Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the Awarding Agency Contact Information section on the first page before the due date.

## ADMINISTRATIVE REQUIREMENTS

The recipient must respond to the comments in the technical review and/or OGS Budget Comments in accordance with the recommendations provided in GrantSolutions as a Grant Note within 45 days of receipt of the Notice of Award. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the Awarding Agency Contact Information section on the first page before the due date.

## REPORTING REQUIREMENTS

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services

Wayne Woods, Grants Management Specialist
Centers for Disease Control and Prevention
Branch 1
2939 Flowers Road, MS-TV-2
Atlanta, GA 30341
Email: kuv1@cdc.gov (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures,
Intake Coordinator
330 Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC 20201
Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or
Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

| PAYMENT INFORMATION |
| --- |

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

**Stewardship**: The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

# EXHIBIT S

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH23IP922625-02-04
FAIN#   NH23IP922625
Federal Award Date:  03/31/2021

## Recipient Information

**1. Recipient Name**

HEALTH, NEW YORK DEPARTMENT OF
Empire State Plaza
NY State Dept. Of Health
Albany, NY 12237-0001
[NoPhoneRecord]

**2. Congressional District of Recipient**
20

**3. Payment System Identifier (ID)**
1146013200R9

**4. Employer Identification Number (EIN)**
146013200

**5. Data Universal Numbering System (DUNS)**
806781340

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**

Dr. Elizabeth  Rausch-Phung
Director, Bureau of Immunization
elizabeth.rausch-phung@health.ny.gov
(5180 473-4437

**8. Authorized Official**

Mr. Andrew T. Ruby
Deputy Director
andrew.ruby@health.ny.gov
518-474-1208

### Federal Agency Information

CDC Office of Financial Resources

**9. Awarding Agency Contact Information**

Wayne Woods
kuv1@cdc.gov
770-488-2948

**10.Program Official Contact Information**

Candelaria  Rijo
cqr5@cdc.gov
404-639-8526

## Federal Award Information

**11. Award Number**
6 NH23IP922625-02-04

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922625

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19.  Budget Period Start Date** | 07/01/2020   **- End Date**  06/30/2021 | |
| **20.  Total Amount of Federal Funds Obligated by this Action** | | $100,449,263.00 |
| 20a. Direct Cost Amount | | $100,449,263.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.**  Authorized Carryover | | $0.00 |
| **22.**  Offset | | $0.00 |
| **23.**  Total Amount of Federal Funds Obligated this budget period | | $125,660,075.00 |
| **24.**  Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.**  Total Federal and Non-Federal Approved this Budget Period | | $226,109,338.00 |
| **26.** Project Period  Start Date | 07/01/2019   **- End Date**  06/30/2024 | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | $244,693,134.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Freda Johnson

## 30. Remarks

This funding is related to the activities under COVID-19 Vaccination Supplement 4 (April 2021)

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH23IP922625-02-04
FAIN#   NH23IP922625
Federal Award Date:  03/31/2021

## Recipient Information

**Recipient Name**

HEALTH, NEW YORK DEPARTMENT OF
Empire State Plaza
NY State Dept. Of Health
Albany, NY 12237-0001
[NoPhoneRecord]

**Congressional District of Recipient**
20
**Payment Account Number and Type**
1146013200R9
**Employer Identification Number (EIN) Data**
146013200
**Universal Numbering System (DUNS)**
806781340
**Recipient's Unique Entity Identifier**
Not Available

**31. Assistance Type**
Cooperative Agreement
**32. Type of Award**
Demonstration

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $4,033,723.00 |
| **b.  Fringe Benefits** | $2,384,736.00 |
| **c.  Total Personnel Costs** | $6,418,459.00 |
| **d.  Equipment** | $8,000.00 |
| **e.  Supplies** | $257,000.00 |
| **f.  Travel** | $102,535.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $201,347,670.00 |
| **i.  Contractual** | $17,141,275.00 |
| **j.  TOTAL DIRECT COSTS** | $225,274,939.00 |
| **k.  INDIRECT COSTS** | $834,399.00 |
| **l.  TOTAL APPROVED BUDGET** | $226,109,338.00 |
| **m.  Federal Share** | $226,109,338.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| 1-9390GKL | 20NH23IP922625C5 | IP | 41.51 | $43,193,183.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922625C6 | IP | 41.51 | $57,256,080.00 | 75-X-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#    6 NH23IP922625-02-04
FAIN#    NH23IP922625
Federal Award Date:    03/31/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

HEALTH, NEW YORK DEPARTMENT OF                                    6 NH23IP922625-02-04

1. Terms and Conditions-New York

**ADDITIONAL TERMS AND CONDITIONS OF AWARD**

**Incorporation:** In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number IP19- 1901, entitled, *Immunization and Vaccines for Children,* which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Component Funding:** Additional funding in the amount $100,449,263 is approved for the Year 02 budget period, which is July 1, 2020 through June 30, 2021.

**Recipients have until June 30, 2024 to expend all COVID-19 funds herein and previously funded.**

**Overtime:** Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Coronavirus Disease 2019 (COVID-19) Funds:** A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); and/or the Consolidated Appropriations Act, 2021, Division M -  Coronavirus Response and Relief Supplemental Appropriations Act, 2021 (P.L. 116-260), the American Rescue Plan Act of 2021 (P.L. 117-2) agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS-CoV-2 or to diagnose a possible case of COVID-19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC. HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-reporting-guidance.pdf.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

> **Unallowable Costs:**
> - Research
> - Clinical care
> - Publicity and propaganda (lobbying):
>   - Other than for normal and recognized executive-legislative relationships, no funds may be used for:

- publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
- the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
  - o See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- All unallowable costs cited in CDC-RFA-IP19-1901 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 - Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.

**COVID-19 Funding Budget Revision Requirement:** The recipient must submit a revised budget with a narrative justification within 60 days of receipt of the Notice of Award. If the date falls on a weekend or holiday, the submission will be due the following business day. Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the Awarding Agency Contact Information section on the first page before the due date.

| REPORTING REQUIREMENTS |
|---|

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.   Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Wayne Woods, Grants Management Specialist Centers for Disease Control and Prevention Branch 1
2939 Flowers Road, MS-TV-2 Atlanta, GA 30341
Email: kuv1@cdc.gov  (Include "Mandatory Grant Disclosures" in subject line)
**AND**

U.S. Department of Health and Human Services Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator 3301 Independence Avenue, SW Cohen Building, Room 5527 Washington, DC 20201
Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or Email:
MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

## PAYMENT INFORMATION

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1- 800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount:** Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of **Page 2** of the Notice of Award must be known to draw down funds.

**Stewardship:** The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

# EXHIBIT T

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922625-02-06
FAIN#  NH23IP922625
Federal Award Date: 05/03/2021

## Recipient Information

**1. Recipient Name**
HEALTH, NEW YORK DEPARTMENT OF
Empire State Plaza
NY State Dept. Of Health
Albany, NY 12237-0001
[NoPhoneRecord]

**2. Congressional District of Recipient**
20

**3. Payment System Identifier (ID)**
1146013200R9

**4. Employer Identification Number (EIN)**
146013200

**5. Data Universal Numbering System (DUNS)**
806781340

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Dr. Elizabeth  Rausch-Phung
Director, Bureau of Immunization
elizabeth.rausch-phung@health.ny.gov
(5180 473-4437

**8. Authorized Official**
Mr. Andrew T. Ruby
Deputy Director
andrew.ruby@health.ny.gov
518-474-1208

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Candelaria  Rijo
cqr5@cdc.gov
404-639-8526

## Federal Award Information

**11. Award Number**
6 NH23IP922625-02-06

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922625

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2020 **- End Date** 06/30/2021 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $8,161,503.00 |
| 20a. Direct Cost Amount | | $8,161,503.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $226,109,338.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $234,270,841.00 |
| **26. Project Period  Start Date** 07/01/2019 **- End Date** 06/30/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | Not Available |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922625-02-06
FAIN# NH23IP922625
Federal Award Date: 05/03/2021

## Recipient Information

**Recipient Name**

HEALTH, NEW YORK DEPARTMENT OF
Empire State Plaza
NY State Dept. Of Health
Albany, NY 12237-0001
[NoPhoneRecord]

**Congressional District of Recipient**
20

**Payment Account Number and Type**
1146013200R9

**Employer Identification Number (EIN) Data**
146013200

**Universal Numbering System (DUNS)**
806781340

**Recipient's Unique Entity Identifier**
Not Available

### 31. Assistance Type
Cooperative Agreement

### 32. Type of Award
Demonstration

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $4,033,723.00 |
| **b.  Fringe Benefits** | $2,384,736.00 |
| **c.  Total Personnel Costs** | $6,418,459.00 |
| **d.  Equipment** | $8,000.00 |
| **e.  Supplies** | $383,000.00 |
| **f.  Travel** | $102,535.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $109,059,909.00 |
| **i.  Contractual** | $117,464,539.00 |
| **j.  TOTAL DIRECT COSTS** | $233,436,442.00 |
| **k.  INDIRECT COSTS** | $834,399.00 |
| **l.  TOTAL APPROVED BUDGET** | $234,270,841.00 |
| **m.  Federal Share** | $234,270,841.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---:|---|
| 1-9390GZB | 20NH23IP922625VWCC6 | IP | 41.51 | $8,161,503.00 | 75-X-0943 |

Page 2



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922625-02-06
FAIN# NH23IP922625
Federal Award Date: 05/03/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

HEALTH, NEW YORK DEPARTMENT OF                    6 NH23IP922625-02-06

1. Revised Terms & Conditions

| ADDITIONAL TERMS AND CONDITIONS OF AWARD |
|---|

**Incorporation:** In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number IP19- 1901, entitled, *Immunization and Vaccines for Children,* which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Component Funding:** Additional funding in the amount $8,161,503 is approved for the Year 02 budget period, which is July 1, 2020 through June 30, 2021.

**Recipients have until June 30, 2024 to expend all COVID-19 funds herein and previously funded.6**

**Overtime:** Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Coronavirus Disease 2019 (COVID-19) Funds:** A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); and/or the Consolidated Appropriations Act, 2021, Division M - Coronavirus Response and Relief Supplemental Appropriations Act, 2021 (P.L. 116-260), the American Rescue Plan Act of 2021 (P.L. 117-2) agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS- CoV-2 or to diagnose a possible case of COVID-19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC. HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-reporting-guidance.pdf.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
    - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
        - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
        - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
    - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- All unallowable costs cited in CDC-RFA-IP19-1901 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 - Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.

**COVID-19 Funding Budget Revision Requirement:** The recipient must submit a revised budget with a narrative justification by May 31, 2021. If the date falls on a weekend or holiday, the submission will be due the following business day. Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the Awarding Agency Contact Information section on the first page before the due date.

---

**REPORTING REQUIREMENTS**

---

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.   Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Wayne Woods, Grants Management Specialist
Centers for Disease Control and Prevention
Branch 1
2939 Flowers Road, MS-TV-2
Atlanta, GA 30341
Email: kuv1@cdc.gov  (Include "Mandatory Grant Disclosures" in subject line

**AND**
U.S. Department of Health and Human Services
Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator
3301Independence Avenue, SW
Cohen Building, Room 5527
Washington, DC 20201
Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or Email:
MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

| PAYMENT INFORMATION |
|---|

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1- 800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount:** Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of **Page 2** of the Notice of Award must be known to draw down funds.

**Stewardship:** The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

# EXHIBIT U

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922625-05-01
FAIN#  NH23IP922625
Federal Award Date: 09/01/2023

## Recipient Information

**1. Recipient Name**
NYS DEPARTMENT OF HEALTH
Empire State Plaza
NY State Dept. Of Health
Albany, NY 12237-0001
518-474-4845

**2. Congressional District of Recipient**
20
**3. Payment System Identifier (ID)**
1146013200R9
**4. Employer Identification Number (EIN)**
146013200
**5. Data Universal Numbering System (DUNS)**
806781340
**6. Recipient's Unique Entity Identifier (UEI)**
F863WQVMZSK7
**7. Project Director or Principal Investigator**
Ms. Kara  Connelly
Assistant Director Bureau of Immunization
kara.connelly@health.ny.gov
518-473-4437
**8. Authorized Official**
Mr. Andrew T. Ruby
Deputy Director
andrew.ruby@health.ny.gov
518-474-1208

### Federal Agency Information
CDC Office of Financial Resources
**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Candelaria  Rijo
cqr5@cdc.gov
404-639-8526

## Federal Award Information

**11. Award Number**
6 NH23IP922625-05-01
**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922625
**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.
**14. Federal Award Project Title**
Application for Immunization and VFC Cooperative Agreement for supplemental funding to support Immunization Systems and to support administration of vaccine to recently displaced Ukrainians resettled.
**15. Assistance Listing Number**
93.268
**16. Assistance Listing Program Title**
Immunization Cooperative Agreements
**17. Award Action Type**
Supplement
**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2023 **- End Date** 12/31/2024 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $6,789,544.00 |
| 20a. Direct Cost Amount | | $6,715,935.00 |
| 20b. Indirect Cost Amount | | $73,609.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $1,118,680.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $12,174,066.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $18,963,610.00 |
| **26.** Period of Perfomance Start Date 07/01/2019 **- End Date** 12/31/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $301,198,556.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS
**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922625-05-01
FAIN# NH23IP922625
Federal Award Date: 09/01/2023

## Recipient Information

**Recipient Name**
NYS DEPARTMENT OF HEALTH
Empire State Plaza
NY State Dept. Of Health
Albany, NY 12237-0001
518-474-4845

**Congressional District of Recipient**
20

**Payment Account Number and Type**
1146013200R9

**Employer Identification Number (EIN) Data**
146013200

**Universal Numbering System (DUNS)**
806781340

**Recipient's Unique Entity Identifier  (UEI)**
F863WQVMZSK7

### 31. Assistance Type
Cooperative Agreement

### 32. Type of Award
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $4,918,554.00 |
| **b.  Fringe Benefits** | $3,243,704.00 |
| **c.  Total Personnel Costs** | $8,162,258.00 |
| **d.  Equipment** | $29,000.00 |
| **e.  Supplies** | $23,607.00 |
| **f.  Travel** | $146,631.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $4,426,772.00 |
| **i.  Contractual** | $5,857,510.00 |
| **j.  TOTAL DIRECT COSTS** | **$18,645,778.00** |
| **k.  INDIRECT COSTS** | **$1,436,512.00** |
| **l.  TOTAL APPROVED BUDGET** | **$20,082,290.00** |
| **m.  Federal Share** | $20,082,290.00 |
| **n.  Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 1-93909KZ | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922625C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922625C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 19NH23IP922625C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GUU | 20NH23IP922625UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922625C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922625VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390K3W | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-939ZRWL | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-22-0951 |
| 2-9390K8W | 20NH23IP922625UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 2-9390K9M | 20NH23IP922625IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 3-93909KZ | 19NH23IP922625OTBRK | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390BKG | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKJ | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKM | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390K3F | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-939ZRWL | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 3-9390LR9 | 19NH23IP922625 | IP | 41.51 | 93.268 | $6,074,239.00 | 75-X-0140 |
| 3-939ZRYH | 19NH23IP922625 | IP | 41.51 | 93.268 | $715,305.00 | 75-23-0951 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Notice of Award

Centers for Disease Control and Prevention

Award#   6 NH23IP922625-05-01
FAIN#   NH23IP922625
Federal Award Date:  09/01/2023

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

NYS DEPARTMENT OF HEALTH                                    6 NH23IP922625-05-01

1. Terms and Conditions

## AWARD INFORMATION

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations-policies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CDC-RFA-IP19-1901, titled Immunization and Vaccines for Children, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Extension:**  This amendment approves a 6-month extension with additional funds in the amount of $6,789,544. The budget and project period end dates have been extended from June 30, 2024, to December 31, 2024.

The federal award amount is subject to adjustment based on total allowable costs incurred and/or the value of any third-party in-kind contribution when applicable.

**Note:** Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

**Component/Project Funding:** The NOFO provides for the funding of multiple components under this award. The approved component funding levels for this notice of award are:

| NOFO Component | Amount |
|----------------|--------|
| HHS Bridge Access | $3,867,264 |
| Vaccine Confidence | $715,305 |
| BY05 CORE - IIS | $2,206,975 |

**Summary Statement/Technical Review:** Within 5 days of this Notice of Award's (NoA) issue date, the Summary Statement/Technical Review will be accessible to the recipient in GrantSolutions Grant Notes. Contact the assigned Program Officer indicated in the NoA with any questions regarding this document or any follow up requirements.

**Budget Revision Requirement:** By October 31, 2023, the recipient must submit a detailed budget with a narrative justification and a detailed workplan as a budget revision amendment in GrantSolutions. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date.

A detailed budget is needed for the CORE-IIS component.

**Administrative Requirements**: Per review of the budget, the recipient must respond to the following OGS Budget Comments:

I.      **Personnel-** Provide names of TBD Personnel upon selection.

II.     **Equipment-** A. Items requested are not above the $5,000 threshold for Equipment in accordance with CDC Budget Preparation Guidelines.

B. Vaccine Refrigerators and Freezers (HHS Bridge Access Program) must be discussed further with PO and GMS to verify need before purchased. OGS normally does not purchase these items this late in a project period.

III.    **Supplies-** Portable Vaccine Coolers (HHS Bridge Access Program) must be discussed further with PO and GMS to verify need before purchased. OGS normally does not purchase these items this late in a project period.

IV.    **Contractors-** Provide name of TBD Contractors upon Selection (HHS Bridge Access Program; Vaccine Confidence Program).

**Missing Contractual Elements –** The contracts listed in the budget are approved, however, the recipient must provide *names of TBD Contractors*, via GrantSolutions as a Grant Note prior to beginning work on the contracts.

## REPORTING REQUIREMENTS

**Annual Federal Financial Report (FFR SF-425):** Annual financial reporting is required every twelve-month period. Due to the approved extension period, the final budget period has been extended and an additional annual financial report will be required. A completed FFR SF-425 covering the original final budget period of **July 01, 2023**, to **June 30, 2024**, must be submitted by **September 30, 2024**.

Recipients must submit all closeout reports identified in this section within 90 days of the period of performance end date. The reporting timeframe is the full period of performance. Failure to submit timely and accurate final reports may affect future funding to the organization or awards under the direction of the same Project Director/Principal Investigator (PD/PI).

**Final Performance Progress and Evaluation Report (PPER):** This report should include the information specified in the NOFO. At a minimum, the report will include the following:

• Statement of progress made toward the achievement of originally stated aims.
• Description of results (positive or negative) considered significant.
• List of publications resulting from the project, with plans, if any, for further publication.

All manuscripts published as a result of the work supported in part or whole by the cooperative grant must be submitted with the performance progress reports.

**Final Federal Financial Report (FFR, SF-425):** The FFR should only include those funds authorized and expended during the timeframe covered by the report. The Final FFR, SF-425 is required and must be submitted no later than 90 days after the period of performance end date. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Department of Health and Human Services' PMS, you will be required to update your reports to PMS accordingly. Remaining unobligated funds will be de-obligated and returned to the U.S. Treasury.

Electronic versions of the form can be downloaded at:
https://www.grants.gov/web/grants/forms/post-award-reporting-forms.html#sortby=1

**Equipment and Supplies** - Tangible Personal Property Report (SF-428): A completed Tangible Personal Property Report SF-428 and Final Report SF-428B addendum must be submitted, along with any Supplemental Sheet SF-428S detailing all major equipment acquired or furnished under this project with a unit acquisition cost of $5,000 or more. Electronic versions

of the forms can be downloaded by visiting: https://www.grants.gov/web/grants/forms/post-award-reporting-forms.html#sortby=1

If no equipment was acquired under an award, a negative report is required.

The recipient must identify each item of equipment that it wishes to retain for continued use in accordance with 45 CFR Part 75. The awarding agency may exercise its rights to require the transfer of equipment purchased under the assistance award. CDC will notify the recipient if transfer to title will be required and provide disposition instruction on all major equipment.

Equipment with a unit acquisition cost of less than $5,000 that is no longer to be used in projects or programs currently or previously sponsored by the Federal Government may be retained, sold, or otherwise disposed of, with no further obligation to the Federal Government.

| PAYMENT INFORMATION |
|---|

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P  Account".  Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of **Page 2** of the Notice of Award must be known to draw down funds.

# EXHIBIT V

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award#  6 NH23IP922625-05-09
FAIN#  NH23IP922625
Federal Award Date:  11/01/2024

## Recipient Information

**1. Recipient Name**
NYS DEPARTMENT OF HEALTH
Empire State Plaza
NY State Dept. of Health
Albany, NY 12237-0001
518-474-4845

**2. Congressional District of Recipient**
20

**3. Payment System Identifier (ID)**
1146013200R9

**4. Employer Identification Number (EIN)**
146013200

**5. Data Universal Numbering System (DUNS)**
806781340

**6. Recipient's Unique Entity Identifier (UEI)**
F863WQVMZSK7

**7. Project Director or Principal Investigator**
Ms. Kara  Connelly
Assistant Director Bureau of Immunization
kara.connelly@health.ny.gov
518-473-4437

**8. Authorized Official**
Mr. Andrew T. Ruby
Deputy Director
andrew.ruby@health.ny.gov
518-474-1208

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
James  Lueken
Program Officer
oqh7@cdc.gov
4047187232

## Federal Award Information

**11. Award Number**
6 NH23IP922625-05-09

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922625

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
Application for BY5 Supplement Extension for Immunization VFC Cooperative Agreement

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Budget Revision

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 07/01/2023 **- End Date** 06/30/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $20,207.00 |
| 20b. Indirect Cost Amount | ($20,207.00) |
| 21. Authorized Carryover | $56,334,476.00 |
| 22. Offset | $2,278,461.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $37,580,703.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $37,580,703.00 |
| **26. Period of Performance Start Date** 07/01/2019 **- End Date** 06/30/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | $319,815,649.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible1
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES            Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922625-05-09
FAIN# NH23IP922625
Federal Award Date: 11/01/2024

## Recipient Information

**Recipient Name**
NYS DEPARTMENT OF HEALTH
Empire State Plaza
NY State Dept. Of Health
Albany, NY 12237-0001
518-474-4845

**Congressional District of Recipient**
20

**Payment Account Number and Type**
1146013200R9

**Employer Identification Number (EIN) Data**
146013200

**Universal Numbering System (DUNS)**
806781340

**Recipient's Unique Entity Identifier  (UEI)**
F863WQVMZSK7

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a.  Salaries and Wages** | $13,134,966.00 |
| **b.  Fringe Benefits** | $8,630,644.00 |
| **c.  Total Personnel Costs** | $21,765,610.00 |
| **d.  Equipment** | $47,750.00 |
| **e.  Supplies** | $384,872.00 |
| **f.  Travel** | $307,199.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $7,070,561.00 |
| **i.  Contractual** | $62,916,767.00 |
| **j.  TOTAL DIRECT COSTS** | $92,492,759.00 |
| **k.  INDIRECT COSTS** | $3,700,881.00 |
| **l.  TOTAL APPROVED BUDGET** | $96,193,640.00 |
| **m.  Federal Share** | $96,193,640.00 |
| **n.  Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-93909KZ | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922625C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922625C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 20NH23IP922625C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GUU | 20NH23IP922625UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922625C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922625VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390K3W | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-939ZRWL | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-22-0951 |
| 2-9390K8W | 20NH23IP922625UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 2-9390K9M | 20NH23IP922625IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 3-93909KZ | 19NH23IP922625OTBRK | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390BKG | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKJ | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKM | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390K3F | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-939ZRWL | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 3-9390LR9 | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-X-0140 |
| 3-939ZRYH | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 4-9390MV2 | 20NH23IP922625IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-9390BKG | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390BKJ | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922625-05-09
FAIN#  NH23IP922625
Federal Award Date: 11/01/2024

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 4-9390BKM | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390MPT | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 4-9390MV2 | 19NH23IP922625IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-939ZRWL | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-24-0951 |
| 4-939ZRYH | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 4-9390MFC | 19NH23IP922625C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |

Page 3



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH23IP922625-05-09
FAIN#   NH23IP922625
Federal Award Date:  11/01/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

NYS DEPARTMENT OF HEALTH                                    6 NH23IP922625-05-09

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS**

**<u>Revised Budget</u>:** The purpose of this amended Notice of Award is to approve the **revised budget** submitted by your organization dated September 30, 2024. Funds have been distributed as indicated in the approved budget of this Notice of Award.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

Please be advised that recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, necessary, and reasonable.

**PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE**

# EXHIBIT W

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award#  6 NH23IP922625-05-08
FAIN#   NH23IP922625
Federal Award Date:  09/11/2024

## Recipient Information

**1. Recipient Name**
NYS DEPARTMENT OF HEALTH
Empire State Plaza
NY State Dept. of Health
Albany, NY 12237-0001
518-474-4845

**2. Congressional District of Recipient**
20

**3. Payment System Identifier (ID)**
1146013200R9

**4. Employer Identification Number (EIN)**
146013200

**5. Data Universal Numbering System (DUNS)**
806781340

**6. Recipient's Unique Entity Identifier (UEI)**
F863WQVMZSK7

**7. Project Director or Principal Investigator**
Ms. Kara  Connelly
Assistant Director Bureau of Immunization
kara.connelly@health.ny.gov
518-473-4437

**8. Authorized Official**
Mr. Andrew T. Ruby
Deputy Director
andrew.ruby@health.ny.gov
518-474-1208

### Federal Agency Information

CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
James  Lueken
Program Officer
oqh7@cdc.gov
4047187232

## Federal Award Information

**11. Award Number**
6 NH23IP922625-05-08

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922625

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
Application for BY5 Supplement Extension for Immunization VFC Cooperative Agreement

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Carryover of Funds

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19.  Budget Period Start Date** 07/01/2023  **- End Date** 06/30/2025 | | |
| **20.  Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $55,175,894.00 |
| 20b. Indirect Cost Amount | | $658,582.00 |
| 21.  Authorized Carryover | | $56,334,476.00 |
| 22.  Offset | | $2,278,461.00 |
| 23.  Total Amount of Federal Funds Obligated this budget period | | $37,580,703.00 |
| 24.  Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| 25.  Total Federal and Non-Federal Approved this Budget Period | | $37,580,703.00 |
| **26.  Period of Performance Start Date** 07/01/2019  **- End Date** 06/30/2025 | | |
| 27.  Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $319,815,649.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible1
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES     Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922625-05-08
FAIN# NH23IP922625
Federal Award Date: 09/11/2024

## Recipient Information

**Recipient Name**
NYS DEPARTMENT OF HEALTH
Empire State Plaza
NY State Dept. Of Health
Albany, NY 12237-0001
518-474-4845

**Congressional District of Recipient**
20

**Payment Account Number and Type**
1146013200R9

**Employer Identification Number (EIN) Data**
146013200

**Universal Numbering System (DUNS)**
806781340

**Recipient's Unique Entity Identifier  (UEI)**
F863WQVMZSK7

### 31. Assistance Type
Cooperative Agreement

### 32. Type of Award
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $13,133,319.00 |
| **b.  Fringe Benefits** | $8,597,930.00 |
| **c.  Total Personnel Costs** | $21,731,249.00 |
| **d.  Equipment** | $47,750.00 |
| **e.  Supplies** | $384,872.00 |
| **f.  Travel** | $312,998.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $7,859,309.00 |
| **i.  Contractual** | $62,136,374.00 |
| **j.  TOTAL DIRECT COSTS** | $92,472,552.00 |
| **k.  INDIRECT COSTS** | $3,721,088.00 |
| **l.  TOTAL APPROVED BUDGET** | $96,193,640.00 |
| **m.  Federal Share** | $96,193,640.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-93909KZ | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 1-9390BKG | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKJ | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-9390BKM | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 1-939ZRWL | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-21-0951 |
| 0-9390EWQ | 19NH23IP922625C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922625C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 19NH23IP922625C3 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GUU | 20NH23IP922625UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922625C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 1-9390GZB | 20NH23IP922625VWCC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390BKG | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKJ | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390BKM | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 2-9390K3F | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390K3W | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 2-9390ZRWL | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-22-0951 |
| 2-9390K8W | 20NH23IP922625UKR | IP | 41.51 | 93.268 | $0.00 | 75-2223-0943 |
| 2-9390K9M | 20NH23IP922625IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 3-93909KZ | 19NH23IP922625OTBRK | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-9390BKG | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKJ | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390BKM | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 3-9390K3F | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 3-939ZRWL | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 3-9390LR9 | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-X-0140 |
| 3-939ZRYH | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-23-0951 |
| 4-9390MV2 | 20NH23IP922625IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-9390BKG | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390BKJ | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922625-05-08
FAIN#   NH23IP922625
Federal Award Date:  09/11/2024

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 4-9390BKM | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |
| 4-9390MPT | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 4-9390MV2 | 19NH23IP922625IISC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 4-939ZRWL | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-24-0951 |
| 4-939ZRYH | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-X-0951 |
| 4-9390MFC | 19NH23IP922625C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Notice of Award

Centers for Disease Control and Prevention

Award#   6 NH23IP922625-05-08
FAIN#    NH23IP922625
Federal Award Date:  09/11/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

NYS DEPARTMENT OF HEALTH                                    6 NH23IP922625-05-08

1. Terms and Conditions

**ADDITIONAL TERMS AND CONDITIONS**

**Carryover**:  The purpose of this amended Notice of Award is to approve carryover of unobligated funds in the amount of $55,834,476 from budget periods **YR01 to YR04** to budget period **YR05**.  This is in response to a request submitted by your organization dated August 29, 2024. These funds have been distributed as indicated in the approved budget of this Notice of Award.

Unobligated funds in the amount of $55,834,476 have been applied to this award. Please note that if the actual amount of available unobligated funds is less than the amount used in this action, then the total approved budget may be reduced by the difference in a subsequent award action, thus reducing the amount of the current award.

**Administrative Requirements:** The recipient must adhere to the information below in the carryover budget:

- **Equipment:** The purchase of iPads and Apple Folio Cases should be included in the Supplies budget category.
-  **Equipment:** Extended Warranties and Service Plans of iPads and Apple Folio Cases should be included in the Other budget category.

These funds are approved for the *current fiscal year budget period only* with no commitment for continued support in future budget periods.

All other terms and conditions of the cooperative agreement remain unchanged and in full effect.

Please be advised that grantee must exercise proper stewardship over Federal funds by ensuring that all costs charged to their cooperative agreement are allowable, allocable, and reasonable.

**PLEASE REFERENCE AWARD NUMBER ON ALL CORRESPONDENCE**

# EXHIBIT X

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922625-05-10
FAIN# NH23IP922625
Federal Award Date: 03/24/2025

## Recipient Information

**1. Recipient Name**
NYS DEPARTMENT OF HEALTH
Empire State Plaza
NY State Dept. of Health
Albany, NY 12237-0001
518-474-4845

**2. Congressional District of Recipient**
20

**3. Payment System Identifier (ID)**
1146013200R9

**4. Employer Identification Number (EIN)**
146013200

**5. Data Universal Numbering System (DUNS)**
806781340

**6. Recipient's Unique Entity Identifier (UEI)**
F863WQVMZSK7

**7. Project Director or Principal Investigator**
Ms. Kara  Connelly
Assistant Director Bureau of Immunization
kara.connelly@health.ny.gov
518-473-4437

**8. Authorized Official**
Mr. Andrew T. Ruby
Deputy Director
andrew.ruby@health.ny.gov
518-474-1208

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10.Program Official Contact Information**
Nancy  Wong
Program Officer
nbb9@cdc.gov
786-777-8767

## Federal Award Information

**11. Award Number**
6 NH23IP922625-05-10

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922625

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
Application for BY5 Supplement Extension for Immunization VFC Cooperative Agreement

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Administrative Action

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19.  Budget Period Start Date** 07/01/2023 **- End Date** 03/24/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| 21. Authorized Carryover | | $56,334,476.00 |
| 22. Offset | | $2,278,461.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $37,580,703.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $37,580,703.00 |
| **26. Period of Performance Start Date** 07/01/2019 **- End Date** 03/24/2025 | | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $319,815,649.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Percy Jernigan

## 30. Remarks

Department Authority

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922625-05-10
FAIN#  NH23IP922625
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**

NYS DEPARTMENT OF HEALTH

Empire State Plaza

NY State Dept. Of Health

Albany, NY 12237-0001

518-474-4845

**Congressional District of Recipient**

20

**Payment Account Number and Type**

1146013200R9

**Employer Identification Number (EIN) Data**

146013200

**Universal Numbering System (DUNS)**

806781340

**Recipient's Unique Entity Identifier (UEI)**

F863WQVMZSK7

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only

II.  Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a.  Salaries and Wages** | $13,134,966.00 |
| **b.  Fringe Benefits** | $8,630,644.00 |
| **c.  Total Personnel Costs** | $21,765,610.00 |
| **d.  Equipment** | $47,750.00 |
| **e.  Supplies** | $384,872.00 |
| **f.  Travel** | $307,199.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $7,070,561.00 |
| **i.  Contractual** | $62,916,767.00 |
| **j.  TOTAL DIRECT COSTS** | $92,492,759.00 |
| **k.  INDIRECT COSTS** | $3,700,881.00 |
| **l.  TOTAL APPROVED BUDGET** | $96,193,640.00 |
| **m.  Federal Share** | $96,193,640.00 |
| **n.  Non-Federal Share** | $0.00 |

---

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 0-9390EWQ | 19NH23IP922625C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390FG3 | 20NH23IP922625C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 20NH23IP922625C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GUU | 20NH23IP922625UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922625C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390K9M | 20NH23IP922625IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922625-05-10
FAIN#  NH23IP922625
Federal Award Date:  03/24/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

NYS DEPARTMENT OF HEALTH                                              6 NH23IP922625-05-10

1. Terms & Conditions

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of use of funding under the listed document number(s) is effective as of the date set out in your Notice of Award.

Impacted document numbers are included on page 2 of this Notice of Award (NoA).

No additional activities can be conducted, and no additional costs may be incurred, as it relates to these funds.  Unobligated award balances of COVID-19 funding will be de-obligated by CDC. Award activities under other funding may continue consistent with the terms and conditions of the award.

**Final Federal Financial Report (FFR, SF-425)**: Within 30 days please submit final FFR's for impacted document numbers.  The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**All other terms and conditions of this award remain in effect.**

# EXHIBIT Y

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NH23IP922625-05-11
FAIN# NH23IP922625
Federal Award Date: 03/25/2025

## Recipient Information

**1. Recipient Name**
NYS DEPARTMENT OF HEALTH
Empire State Plaza
NY State Dept. Of Health
Albany, NY 12237-0001
518-474-4845

**2. Congressional District of Recipient**
20

**3. Payment System Identifier (ID)**
1146013200R9

**4. Employer Identification Number (EIN)**
146013200

**5. Data Universal Numbering System (DUNS)**
806781340

**6. Recipient's Unique Entity Identifier (UEI)**
F863WQVMZSK7

**7. Project Director or Principal Investigator**
Ms. Kara Connelly
Assistant Director Bureau of Immunization
kara.connelly@health.ny.gov
518-473-4437

**8. Authorized Official**
Mr. Andrew T. Ruby
Deputy Director
andrew.ruby@health.ny.gov
518-474-1208

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Wayne Woods
kuv1@cdc.gov
770-488-2948

**10. Program Official Contact Information**
Nancy Wong
Program Officer
nbb9@cdc.gov
786-777-8767

## Federal Award Information

**11. Award Number**
6 NH23IP922625-05-11

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922625

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
Application for BY5 Supplement Extension for Immunization VFC Cooperative Agreement

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Administrative Action

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 07/01/2023 **- End Date** 06/30/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $56,334,476.00 |
| 22. Offset | $2,278,461.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $37,580,703.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $37,580,703.00 |
| **26. Period of Performance Start Date** 07/01/2019 **- End Date** 06/30/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $319,815,649.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Percy Jernigan

## 30. Remarks

: This is an internal administrative action. No action is required from the recipient.

Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES          Notice of Award

Centers for Disease Control and Prevention

Award#  6 NH23IP922625-05-11
FAIN#   NH23IP922625
Federal Award Date:  03/25/2025

## Recipient Information

**Recipient Name**

NYS DEPARTMENT OF HEALTH

Empire State Plaza

NY State Dept. Of Health

Albany, NY 12237-0001

518-474-4845

**Congressional District of Recipient**

20

**Payment Account Number and Type**

1146013200R9

**Employer Identification Number (EIN) Data**

146013200

**Universal Numbering System (DUNS)**

806781340

**Recipient's Unique Entity Identifier  (UEI)**

F863WQVMZSK7

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only

II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $13,134,966.00 |
| **b.  Fringe Benefits** | $8,630,644.00 |
| **c.   Total Personnel Costs** | $21,765,610.00 |
| **d.  Equipment** | $47,750.00 |
| **e.  Supplies** | $384,872.00 |
| **f.  Travel** | $307,199.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $7,070,561.00 |
| **i.  Contractual** | $62,916,767.00 |
| **j.   TOTAL DIRECT COSTS** | $92,492,759.00 |
| **k.  INDIRECT COSTS** | $3,700,881.00 |
| **l.   TOTAL APPROVED BUDGET** | $96,193,640.00 |
| **m.  Federal Share** | $96,193,640.00 |
| **n.  Non-Federal Share** | $0.00 |

---

**34. Accounting Classification Codes**

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 4-9390BKG | 19NH23IP922625 | IP | 41.51 | 93.268 | $0.00 | 75-75-X-0512-009 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#    6 NH23IP922625-05-11
FAIN#    NH23IP922625
Federal Award Date:    03/25/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# EXHIBIT Z

# <u>Immunization Services Division</u>

## No Cost Extension (NCE) Request for IP19-1901 COVID Awards

**Recipient:  New York State - NH23-IP922603**

<u>Directions:</u>

1. For each of the 8 awards noted below, check the boxes next to the awards you wish to request a 24-month NCE. This will extend the awards out to 6/30/2027.

2. Check the appropriate box to indicate the primary reason(s) for remaining funds. Please focus on the reasons that caused the most significant delay and utilize the free-text field to provide any additional context.

3. If the funds will be used to purchase COVID-19 vaccines for adults, check the "yes" box.

4. Check the box signifying that you anticipate completing your activities prior to 6/30/2027.

5. Provide any additional text in the open text field.

---

**1.**

| Award Title | 1901 Immunization and Vaccines for Children (FY 2024 Vaccine Confidence) |
|---|---|
| PMS Document Number | 19NH23IP922625C5 |
| Budget Year (BY) | 2024 (BY 5E) |
| Award Total | $1,000,000 |
| Unobligated | $1,000,000 |

☑ Yes, I wish to request a 24-month NCE to complete previously approved activities for the award listed above.
Please mark the reason(s) funds remain on the award you are requesting a NCE on:

☐ Delay in securing spend authority from state, county, city, or territorial legislature.

☑ Significant delay in hiring one or more positions and/or significant attrition resulting in cost savings from personnel.

☑ Significant delay in executing contract(s) critical to the success of your approved activities.

☐ Other (please specify):

☐ Yes, some of this funding will be used to purchase COVID-19 vaccines for adults.

☑ Yes, under a 24-mo NCE, approved activities will be successfully completed.

☑ Yes, confirming that activities, workplans, and budgets align with the previously approved activities for the 24-mo NCE period.

☑ Yes, understand that progress will be monitored on a quarterly basis, including financial reporting.

☐ Other additional context:

**2.**

| | |
|---|---|
| Award Title | 1901 Immunization and Vaccines for Children (FLU/COVID) |
| PMS Document Number | 19NH23IP922625C3 |
| Budget Year (BY) | 2020 (BY 2) |
| Award Total | $5,277,968 |
| Unobligated | $489,618 |

☐ Yes, I wish to request a 24-month NCE to complete previously approved activities for the award listed above.
Please mark the reason(s) funds remain on the award you are requesting a NCE on:

    ☐    Delay in securing spend authority from state, county, city, or territorial legislature.

    ☐    Significant delay in hiring one or more positions and/or significant attrition resulting in cost savings from personnel.

    ☐    Significant delay in executing contract(s) critical to the success of your approved activities.

    ☐    Other (please specify):

☐ Yes, some of this funding will be used to purchase COVID-19 vaccines for adults.

☐ Yes, under a 24-mo NCE, approved activities will be successfully completed.

☐ Yes, confirming that activities, workplans, and budgets align with the previously approved activities for the 24-mo NCE period.

☐ Yes, understand that progress will be monitored on a quarterly basis, including financial reporting.

☐ Other additional context:

**3.**

| | |
|---|---|
| Award Title | 1901 Immunization and Vaccines for Children (COVID 2) |
| PMS Document Number | 20NH23IP922625C3 |
| Budget Year (BY) | 2021 (BY 3) |
| Award Total | $5,277,968 |
| Unobligated | $925,651 |

☐ Yes, I wish to request a 24-month NCE to complete previously approved activities for the award listed above.
Please mark the reason(s) funds remain on the award you are requesting a NCE on:

    ☐    Delay in securing spend authority from state, county, city, or territorial legislature.

    ☐    Significant delay in hiring one or more positions and/or significant attrition resulting in cost savings from personnel.

    ☐    Significant delay in executing contract(s) critical to the success of your approved activities.

    ☐    Other (please specify):

☐ Yes, some of this funding will be used to purchase COVID-19 vaccines for adults.

☐ Yes, under a 24-mo NCE, approved activities will be successfully completed.

☐ Yes, confirming that activities, workplans, and budgets align with the previously approved activities for the 24-mo NCE period.

☐ Yes, understand that progress will be monitored on a quarterly basis, including financial reporting.

☐ Other additional context:

**4.**

| Award Title | 1901 Immunization and Vaccines for Children (COVID 4 Vaccine Confidence) |
|---|---|
| PMS Document Number | 20NH23IP922625VWCC6 |
| Budget Year (BY) | 2021 (BY 3) |
| Award Total | $8,161,503 |
| Unobligated | $2,946,983 |

☐ Yes, I wish to request a 24-month NCE to complete previously approved activities for the award listed above. Please mark the reason(s) funds remain on the award you are requesting a NCE on:

    ☐   Delay in securing spend authority from state, county, city, or territorial legislature.

    ☐   Significant delay in hiring one or more positions and/or significant attrition resulting in cost savings from personnel.

    ☐   Significant delay in executing contract(s) critical to the success of your approved activities.

    ☐   Other (please specify):

☐ Yes, some of this funding will be used to purchase COVID-19 vaccines for adults.

☐ Yes, under a 24-mo NCE, approved activities will be successfully completed.

☐ Yes, confirming that activities, workplans, and budgets align with the previously approved activities for the 24-mo NCE period.

☐ Yes, understand that progress will be monitored on a quarterly basis, including financial reporting.

☐ Other additional context:

**5.**

| Award Title | 1901 Immunization and Vaccines for Children (COVID 3 Priority Populations) |
|---|---|
| PMS Document Number | 20NH23IP922625UDSPC5 |
| Budget Year (BY) | 2021 (BY 3) |
| Award Total | $11,958,985 |
| Unobligated | $8,976,190 |

☑ Yes, I wish to request a 24-month NCE to complete previously approved activities for the award listed above. Please mark the reason(s) funds remain on the award you are requesting a NCE on:

    ☐   Delay in securing spend authority from state, county, city, or territorial legislature.

    ☐   Significant delay in hiring one or more positions and/or significant attrition resulting in cost savings from personnel.

    ☑   Significant delay in executing contract(s) critical to the success of your approved activities.

    ☐   Other (please specify):

☐ Yes, some of this funding will be used to purchase COVID-19 vaccines for adults.

☑ Yes, under a 24-mo NCE, approved activities will be successfully completed.

☑ Yes, confirming that activities, workplans, and budgets align with the previously approved activities for the 24-mo NCE period.

☑ Yes, understand that progress will be monitored on a quarterly basis, including financial reporting.

☑ Other additional context:  Request for $4,123,185.30 per carry-forward request.

**6.**

| Award Title | 1901 Immunization and Vaccines for Children (COVID 4) |
|---|---|
| PMS Document Number | 20NH23IP922625C6 |
| Budget Year (BY) | 2021 (BY 3) |
| Award Total | $57,256,080 |
| Unobligated | $24,899,319 |

☑ Yes, I wish to request a 24-month NCE to complete previously approved activities for the award listed above.
Please mark the reason(s) funds remain on the award you are requesting a NCE on:

    ☐    Delay in securing spend authority from state, county, city, or territorial legislature.

    ☐    Significant delay in hiring one or more positions and/or significant attrition resulting in cost savings from personnel.

    ☑    Significant delay in executing contract(s) critical to the success of your approved activities.

    ☐    Other (please specify):

☐ Yes, some of this funding will be used to purchase COVID-19 vaccines for adults.

☑ Yes, under a 24-mo NCE, approved activities will be successfully completed.

☑ Yes, confirming that activities, workplans, and budgets align with the previously approved activities for the 24-mo NCE period.

☑ Yes, understand that progress will be monitored on a quarterly basis, including financial reporting.

☑ Other additional context:  Request for $40,798,962.24 per carry-forward request.

**7.**

| Award Title | 1901 Immunization and Vaccines for Children (COVID 3 & 4) |
|---|---|
| PMS Document Number | 20NH23IP922625C5 |
| Budget Year (BY) | 2021 (BY 3) |
| Award Total | $131,683,462 |
| Unobligated | $43,304,409 |

☑ Yes, I wish to request a 24-month NCE to complete previously approved activities for the award listed above.
Please mark the reason(s) funds remain on the award you are requesting a NCE on:

    ☐    Delay in securing spend authority from state, county, city, or territorial legislature.

    ☐    Significant delay in hiring one or more positions and/or significant attrition resulting in cost savings from personnel.

    ☐    Significant delay in executing contract(s) critical to the success of your approved activities.

    ☐    Other (please specify):

☐ Yes, some of this funding will be used to purchase COVID-19 vaccines for adults.

☑ Yes, under a 24-mo NCE, approved activities will be successfully completed.

☑ Yes, confirming that activities, workplans, and budgets align with the previously approved activities for the 24-mo NCE period.

☑ Yes, understand that progress will be monitored on a quarterly basis, including financial reporting.

☑ Other additional context:  Request for $22,611,327.90 per carry-forward request.

8.

| Award Title | 1901 Immunization and Vaccines for Children (COVID 4 Ukraine) |
|---|---|
| PMS Document Number | 20NH23IP922625UKR |
| Budget Year (BY) | 2022 (BY 4) |
| Award Total | $142,095 |
| Unobligated | $142,095 |

☐ Yes, I wish to request a 24-month NCE to complete previously approved activities for the award listed above. Please mark the reason(s) funds remain on the award you are requesting a NCE on:

☐ Delay in securing spend authority from state, county, city, or territorial legislature.

☐ Significant delay in hiring one or more positions and/or significant attrition resulting in cost savings from personnel.

☐ Significant delay in executing contract(s) critical to the success of your approved activities.

☐ Other (please specify):

☐ Yes, some of this funding will be used to purchase COVID-19 vaccines for adults.

☐ Yes, under a 24-mo NCE, approved activities will be successfully completed.

☐ Yes, confirming that activities, workplans, and budgets align with the previously approved activities for the 24-mo NCE period.

☐ Yes, understand that progress will be monitored on a quarterly basis, including financial reporting.

☐ Other additional context:

---

**Signature of Authorizing Official**

*Kara M. Connelly*     **Date** 2/24/25

*Jonathan Fanning*     **Date** 2/24/25

Wet signature to follow