## DECLARATION OF Melissa Sutton

I, Melissa Sutton, declare as follows:

1.      I am a resident of the State of Oregon. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the Oregon Health Authority as the Medical Director, Respiratory Viral Pathogens and Epidemiology and Laboratory Capacity Project Director.

3.      As the Epidemiology and Laboratory Capacity Project Director, I am responsible for leadership, management, and administration of the Centers for Disease Control and Prevention Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC) cooperative agreement with Oregon Health Authority. In collaboration with the ELC Governance Team, I assure sufficient and appropriate oversight and integration of cooperative agreement planning and implementation.

4.      Our agency recently received four award terminations from the U.S. Department of Health and Human Services, Centers for Disease Control and Prevention. The total value of the terminated awards was **$69,042,296**. All terminations were "for cause" based on the end of the COVID pandemic, rather than failure of Oregon Health Authority to follow the terms or conditions of the cooperative agreement. Descriptions of each award and the effects of these terminations follow.

## ELC Enhancing Detection

5.      In 2020, the Department of Health and Human Services, Centers for Disease Control and Prevention (CDC) through the Epidemiology and Laboratory Capacity for

Prevention and Control of Emerging Infectious Diseases (ELC) cooperative agreement, awarded supplemental funding for ELC Enhancing Detection.

6.      This funding was intended to provide critical resources to state, local, and territorial health departments in support of a broad range of COVID-19-related detection, response, surveillance, and prevention activities. Activities *required* by the award included: (1) building public health workforce capacity; (2) increasing laboratory testing capacity for SARS-CoV-2/COVID-19 both within and outside of public health laboratories; (3) advancing electronic data exchange within public health laboratories; (4) improving surveillance and reporting of electronic health data; (5) enhancing investigation, response, and prevention activities; and (6) engaging with external partners to increase testing and infection prevention capacity throughout the state. In the short term, this funding was provided to urgently support the COVID-19 response and, in the longer term, "… the establishment of modernized public health surveillance systems…and [to] lay the foundation for the future of public health surveillance."

7.      The notice of award (document number 19NU50CK000541C4) for ELC Enhancing Detection was issued on May 18, 2020 in the amount of $86,954,065. The end date of the funding period was extended several times to allow jurisdictions the time necessary to achieve larger program goals. At the time of termination, the award had been extended through July 31, 2026.

8.      The notice of award set forth the terms and conditions of the supplemental funding. A true and correct copy of the corresponding notice of award and its attachments, dated May 18, 2020, is attached as Exhibit A. As set forth therein, termination of the cooperative agreement by the Centers for Disease Control and Prevention is permitted only as outlined in 45 CFR 75.372.

9.      Since May 2020, Oregon Health Authority has used the ELC Enhancing Detection cooperative agreement funding in a manner fully consistent with CDC's statements regarding the nature of the cooperative agreement and CDC's supplemental funding guidance, including the pursuit of all *required* activities.

10.     Oregon Health Authority has used this funding to successfully respond to the COVID-19 pandemic while modernizing public health infrastructure to prepare for the next emerging infectious disease threat. Early in the pandemic, funding was used primarily for urgent response—to rapidly scale up our public health workforce to investigate and isolate cases of COVID-19, trace and quarantine close contacts, implement infection prevention strategies in high-risk facilities, and rapidly test people with symptoms. $18,603,900 (21.4%) was distributed to local public health authorities to support case investigation and contact tracing in communities throughout the state. As the pandemic evolved and the severity of infection caused by COVID-19 decreased due to immunity gained from vaccination and natural infection, public health's priorities shifted from urgent response to recovery, with an internal agency focus on infrastructure modernization as *required* by the supplemental funding. As set forth by CDC and embraced by the agency, infrastructure priorities have included a laboratory information management system (LIMS) at the Oregon State Public Health Laboratory (OSPHL), automated reporting and ingestion of case data from laboratory and clinical partners, and automated transmission of case reporting to CDC. Modernizing the current public health system cannot be achieved overnight—it has required years of onboarding external partners, developing requests for proposal, executing contracts, and purchasing equipment to replace a crumbling physical infrastructure.

11.    As of March 24, 2025, $13,572,619 in funding remained committed to the agency by CDC with a funding period end date of July 31, 2026. The funds would have been used to maintain robust surveillance and complete the public health modernization activities which the agency developed in response to CDC *required* activities within the supplemental funding. Oregon Health Authority posts expenditures to the payment management system (PMS) throughout the funding period. At the end of each month, revenue is drawn from PMS. The next draw was scheduled for March 31, 2025.

12.    Oregon Health Authority has satisfactorily met all CDC requirements for funding, including regular fiscal and performance reporting. Technical reviews of agency workplans by CDC have been generally positive.

13.    In November 2022, CDC provided annotated guidance for this supplemental funding to support *required* workplan and budget revisions to scale down response-related work (e.g., case investigation and contact tracing) and pivot to, "long-term capacity building." The guidance stated that, "successful completion of these activities may provide the greatest opportunity for building capacity that will resonate after the pandemic, and associated funds, are gone."

14.    On March 25, 2025, without any prior notice or indication, CDC informed Oregon Health Authority that effective March 24, 2025 its ELC Enhancing Detection award was being terminated on the date on the notice of award (March 24, 2025). A true and correct copy of the cooperative agreement notice of award amendment is attached as Exhibit B.

15.    The notice of award amendment states that, "the purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award." The amendment states that the termination is, "for cause" and provides the justification that the

limited purpose of the cooperative agreements ("…to ameliorate the effects of the pandemic…") has run out. The limited purpose as described in the termination clause does not align with CDC's supplemental guidance or Oregon Health Authority's understanding of the long-term purpose of this funding: "… the establishment of modernized public health surveillance systems."

16.     The agency was notified of a notice of award amendment via an email from GrantSolutions with the title, "The Grant for Oregon Health Authority, Public Health Division (6 NU50CK000541-05-13) has been awarded." This email was received at 4:21 AM on March 25, 2025, outside of normal business hours for both pacific standard time and eastern standard time. The notice of award amendment stated that the agency has 30 days to submit a final federal financial report (FFR, SF-424); this represents a dramatic variance from the standard 120-day closeout period.

17.     Oregon Health Authority relied and acted upon its expectation and understanding that CDC would fulfill its commitment to provide ELC Enhancing Detection funding it had awarded to the agency and its subrecipients. Immediate termination has led to the abrupt cessation of internal and external surveillance and capacity-building activities.

18.     ELC Enhancing Detection currently supports 10.46 full-time equivalent (FTE) personnel within Oregon Health Authority and more than $7.7 million in contracts with external partners. As stated above, 21.4% of this funding was distributed to local and tribal public health authority subrecipients. External partnerships with subrecipients, academic, health care and laboratory partners, and the private sector have all been damaged as these entities grapple with how to immediately cease activities previously funded for an additional 15 months. Significant progress towards and investment in *required* activities will be lost because of the termination in

funding. For example, the OSPHL LIMS project, in which outdated infrastructure from the 1980s was to be replaced with a modern information system eliminating the need for manual data entry and facilitating electronic reporting, has reached the contracting and implementation stage. As a result of the termination in funding, the pilot for this project has been paused indefinitely and the millions of dollars already invested in this *required* activity may be wasted.

19.    Prior to the cooperative agreement award termination on March 24, 2025, CDC had never provided Oregon Health Authority with notice, written or otherwise, that the cooperative agreement administered by the agency was in any way unsatisfactory.

**ELC Firstline IPC Training**

20.    In 2020, the Department of Health and Human Services, Centers for Disease Control and Prevention (CDC) through the Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC) cooperative agreement awarded supplemental funding for ELC Firstline IPC Training.

21.    This funding was intended to deliver foundational infection prevention and control (IPC) to frontline health care personnel to stop the spread of COVID-19 and other infectious disease threats. Activities *required* by the award included: (1) establishing local and regional IPC training and expertise; (2) conducting needs assessments of the local health care workforce to identify knowledge gaps by setting; (3) promoting awareness and uptake of IPC training activities; and (4) conducting IPC trainings for frontline health care providers throughout the state.

22.    The notice of award for ELC Firstline IPC Training (document number 19NU50CK000541CV) was issued on May 28, 2020 in the amount of $1,138,385. The end date of the funding period was extended several times to allow jurisdictions the time necessary to

achieve larger program goals. At the time of termination, the award had been extended through July 31, 2026.

23.     The notice of award set forth the terms and conditions of the supplemental funding. A true and correct copy of the corresponding notice of award and its attachments, dated May 28, 2020, is attached as Exhibit C. As set forth therein, termination of the cooperative agreement by the Centers for Disease Control and Prevention is permitted only as outlined in 45 CFR 75.372.

24.     Since May 2020, Oregon Health Authority has used the ELC Firstline IPC Training cooperative agreement funding in a manner fully consistent with CDC's statements regarding the nature of the cooperative agreement and CDC's supplemental funding guidance, including the pursuit of all *required* activities.

25.     Oregon Health Authority has used this funding to successfully strengthen IPC capacity statewide to protect against COVID-19 as well as other infectious disease threat. Funding has been used to support a dedicated IPC epidemiologist within the agency and to hire external consultants with IPC expertise to support IPC trainings.

26.     As of March 24, 2025, $529,169 in funding remained committed to the agency by CDC with a funding period end date of July 31, 2026. The funds would have been used to continue IPC capacity-building activities which the agency developed in response to CDC *required* activities within the supplemental funding. Oregon Health Authority posts expenditures to the payment management system (PMS) throughout the funding period. At the end of each month, revenue is drawn from PMS. The next draw was scheduled for March 31, 2025.

27.     Oregon Health Authority has satisfactorily met all CDC requirements for funding, including regular fiscal and performance reporting. Technical reviews of agency workplans by CDC have been generally positive.

28.     On March 25, 2025, without any prior notice or indication, CDC informed Oregon Health Authority that effective March 24, 2025 its ELC Firstline IPC Training award was being terminated on the date on the notice of award (March 24, 2025). A true and correct copy of the cooperative agreement notice of award amendment is attached as Exhibit B.

29.     The notice of award amendment states that, "the purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award." The amendment states that the termination is, "for cause" and provides the justification that the limited purpose of the cooperative agreements ("…to ameliorate the effects of the pandemic…") has run out. The limited purpose as described in the termination clause does not align with CDC's supplemental guidance or Oregon Health Authority's understanding of the overarching purpose of this funding: "… to keep healthcare workers, patients, and the healthcare environment safe from COVID-19 and other infectious disease threats."

30.     The agency was notified of a notice of award amendment via an email from GrantSolutions with the title, "The Grant for Oregon Health Authority, Public Health Division (6 NU50CK000541-05-13) has been awarded." This email was received at 4:21 AM on March 25, 2025, outside of normal business hours for both pacific standard time and eastern standard time. The notice of award amendment stated that the agency has 30 days to submit a final federal financial report (FFR, SF-424); this represents a dramatic variance from the standard 120-day closeout period.

31.    Oregon Health Authority relied and acted upon its expectation and understanding that CDC would fulfill its commitment to provide ELC Firstline IPC Training funding it had awarded to the agency and its subrecipients. Immediate termination has led to the abrupt cessation of internal and external capacity-building activities.

32.    ELC Firstline IPC Training currently supports 1.0 full-time equivalent (FTE) personnel within Oregon Health Authority and more than $400,000 in contracts with external partners. External partnerships with subrecipients have been damaged as these entities grapple with how to immediately cease activities previously funded for an additional 15 months. Planned trainings to frontline healthcare workers and boots on the ground technical support will be ceased along with the ongoing development of educational materials directed towards specialized healthcare staff. This will result in unmeasurable increases in healthcare-associated infections across the continuum of care, disproportionately affecting our most medically fragile populations such as the elderly. Significant progress towards and investment in *required* activities will be lost because of the termination in funding.

33.    Prior to the cooperative agreement award termination on March 24, 2025, CDC had never provided Oregon Health Authority with notice, written or otherwise, that the cooperative agreement administered by the agency was in any way unsatisfactory.

**ELC Enhancing Detection Expansion**

34.    In 2021, the Department of Health and Human Services, Centers for Disease Control and Prevention (CDC) through the Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC) cooperative agreement, awarded supplemental funding for ELC Enhancing Detection Expansion, a companion supplement to the ELC Enhancing Detection supplement described above.

35.     This funding was intended to provide critical resources to state, local, and territorial health departments in support of a broad range of COVID-19-related detection, response, surveillance, and prevention activities and to build upon the work funded under ELC Enhancing Detection. Activities *required* by the award included: (1) building public health workforce capacity; (2) increasing laboratory testing capacity for SARS-CoV-2/COVID-19 both within and outside of public health laboratories; (3) advancing electronic data exchange within public health laboratories; (4) improving surveillance and reporting of electronic health data; (5) enhancing investigation, response, and prevention activities; and (6) engaging with external partners to increase testing and infection prevention capacity throughout the state. In the short term, this funding was provided to urgently support the COVID-19 response and, in the longer term, with, "… foresight, consideration for, and planning to address future infectious disease threats."

36.     The notice of award (document number 19NU50CK000541EDEXC5) for ELC Enhancing Detection Expansion was issued on January 13, 2021 in the amount of $242,766,122. The end date of the funding period was extended several times to allow jurisdictions the time necessary to achieve larger program goals. At the time of termination, the award had been extended through July 31, 2026.

37.     The notice of award set forth the terms and conditions of the supplemental funding. A true and correct copy of the corresponding notice of award and its attachments, dated January 13, 2021, is attached as Exhibit D. As set forth therein, termination of the cooperative agreement by the Centers for Disease Control and Prevention is permitted only as outlined in 45 CFR 75.372.

38.     Since January 2021, Oregon Health Authority has used the ELC Enhancing Detection Expansion cooperative agreement funding in a manner fully consistent with CDC's statements regarding the nature of the cooperative agreement and CDC's supplemental funding guidance, including the pursuit of all *required* activities.

39.     Oregon Health Authority has used this funding to successfully respond to the COVID-19 pandemic while modernizing public health infrastructure to prepare for the next emerging infectious disease threat. Early in the pandemic, funding was used primarily for urgent response—to rapidly scale up our public health workforce to investigate and isolate cases of COVID-19, trace and quarantine close contacts, implement infection prevention strategies in high-risk facilities, and rapidly test people with symptoms. $82,525,000 (34.0%) was distributed to local public health authorities and community-based organizations to support case investigation and contact tracing in communities throughout the state. As the pandemic evolved and the severity of infection caused by COVID-19 decreased due to immunity gained from vaccination and natural infection, public health's priorities shifted from urgent response to recovery, with an internal agency focus on infrastructure modernization as *required* by the supplemental funding.

40.     As of March 24, 2025, $49,314,355 in funding remained committed to the agency by CDC with a funding period end date of July 31, 2026. The funds would have been used to maintain robust surveillance and complete the public health modernization activities which the agency developed in response to CDC *required* activities within the supplemental funding. Oregon Health Authority posts expenditures to the payment management system (PMS) throughout the funding period. At the end of each month, revenue is drawn from PMS. The next draw was scheduled for March 31, 2025.

41.     Oregon Health Authority has satisfactorily met all CDC requirements for funding, including regular fiscal and performance reporting. Technical reviews of agency workplans by CDC have been generally positive.

42.     In November 2022, CDC provided annotated guidance for this supplemental funding to support *required* workplan and budget revisions to scale down response-related work (e.g., case investigation and contact tracing) and pivot to, "long-term capacity building." The guidance stated that, "successful completion of these activities may provide the greatest opportunity for building capacity that will resonate after the pandemic, and associated funds, are gone."

43.     On March 25, 2025, without any prior notice or indication, CDC informed Oregon Health Authority that effective March 24, 2025 its ELC Enhancing Detection Expansion award was being terminated on the date on the notice of award (March 24, 2025). A true and correct copy of the cooperative agreement notice of award amendment is attached as Exhibit B.

44.     The notice of award amendment states that, "the purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award." The amendment states that the termination is, "for cause" and provides the justification that the limited purpose of the cooperative agreements ("…to ameliorate the effects of the pandemic…") has run out. The limited purpose as described in the termination clause does not align with CDC's supplemental guidance or Oregon Health Authority's understanding of the long-term purpose of this funding: "… the establishment of modernized public health surveillance systems."

45.     The agency was notified of a notice of award amendment via an email from GrantSolutions with the title, "The Grant for Oregon Health Authority, Public Health Division (6

12

NU50CK000541-05-13) has been awarded." This email was received at 4:21 AM on March 25, 2025, outside of normal business hours for both pacific standard time and eastern standard time. The notice of award amendment stated that the agency has 30 days to submit a final federal financial report (FFR, SF-424); this represents a dramatic variance from the standard 120-day closeout period.

46.    Oregon Health Authority relied and acted upon its expectation and understanding that CDC would fulfill its commitment to provide ELC Enhancing Detection Expansion funding it had awarded to the agency and its subrecipients. Immediate termination has led to the abrupt cessation of internal and external surveillance and capacity-building activities.

47.    ELC Enhancing Detection currently supports 27.99 full-time equivalent (FTE) personnel within Oregon Health Authority and more than $28.1 million in contracts with external partners. As stated above, 34.0% of this funding was distributed to local and tribal public health authority and community-based organization subrecipients. External partnerships with subrecipients, academic, health care and laboratory partners, and the private sector have all been damaged as these entities grapple with how to immediately cease activities previously funded for an additional 15 months. Significant progress towards and investment in *required* activities will be lost because of the termination in funding.

48.    Prior to the cooperative agreement award termination on March 24, 2025, CDC had never provided Oregon Health Authority with notice, written or otherwise, that the cooperative agreement administered by the agency was in any way unsatisfactory.

**ELC SHARP 2 NHSN Connectivity Initiative**

49.    In 2024, the Department of Health and Human Services, Centers for Disease Control and Prevention (CDC) through the Epidemiology and Laboratory Capacity for

Prevention and Control of Emerging Infectious Diseases (ELC) cooperative agreement, awarded supplemental funding for ELC SHARP 2 NHSN Connectivity Initiative.

50.    This funding was intended to enhance and expand a near real-time hospital capacity bed data feed to CDC's National Healthcare Safety Network (NHSN). Activities *required* by the award included functioning as a resource hub to other jurisdictions.

51.    The notice of award (document number 19NU50CK000541SHP2C5) for ELC SHARP 2 NHSN Connectivity Initiative was issued on January 4, 2024 in the amount of $6,254,911. The end date of the funding period was July 31, 2027.

52.    The notice of award set forth the terms and conditions of the supplemental funding. A true and correct copy of the corresponding notice of award and its attachments, dated January 4, 2024, is attached as Exhibit E. As set forth therein, termination of the cooperative agreement by the Centers for Disease Control and Prevention is permitted only as outlined in 45 CFR 75.372.

53.    Since January 2024, Oregon Health Authority has used the ELC SHARP 2 NHSN Connectivity Initiative cooperative agreement funding in a manner fully consistent with CDC's statements regarding the nature of the cooperative agreement and CDC's supplemental funding guidance, including the pursuit of all *required* activities.

54.    Oregon Health Authority has used this funding to maintain a near-real time hospital capacity data feed connecting the Oregon Capacity System to the NHSN and to provide technical support to other states in their development of the hospital capacity feeds.

55.    As of March 24, 2025, $5,626,153 in funding remained committed to the agency by CDC with a funding period end date of July 31, 2027. The funds would have been used to maintain the hospital capacity data feed to NHSN and to continue to offer technical support to

14

other jurisdictions. Oregon Health Authority posts expenditures to the payment management system (PMS) throughout the funding period. At the end of each month, revenue is drawn from PMS. The next draw was scheduled for March 31, 2025.

56.     Oregon Health Authority has satisfactorily met all CDC requirements for funding, including regular fiscal and performance reporting.

57.     On March 25, 2025, without any prior notice or indication, CDC informed Oregon Health Authority that effective March 24, 2025 its ELC SHARP 2 NHSN Connectivity Initiative award was being terminated on the date on the notice of award (March 24, 2025). A true and correct copy of the cooperative agreement notice of award amendment is attached as Exhibit B.

58.     The notice of award amendment states that, "the purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award." The amendment states that the termination is, "for cause" and provides the justification that the limited purpose of the cooperative agreements ("…to ameliorate the effects of the pandemic…") has run out.

59.     The agency was notified of a notice of award amendment via an email from GrantSolutions with the title, "The Grant for Oregon Health Authority, Public Health Division (6 NU50CK000541-05-13) has been awarded." This email was received at 4:21 AM on March 25, 2025, outside of normal business hours for both pacific standard time and eastern standard time. The notice of award amendment stated that the agency has 30 days to submit a final federal financial report (FFR, SF-424); this represents a dramatic variance from the standard 120-day closeout period.

15

60.     Oregon Health Authority relied and acted upon its expectation and understanding that CDC would fulfill its commitment to provide ELC SHARP 2 NHSN Connectivity Initiative funding it had awarded to the agency and its subrecipients. Immediate termination has led to the abrupt cessation of external hospital capacity surveillance technical support.

61.     ELC SHARP 2 NHSN Connectivity Initiative currently supports 0.45 full-time equivalent (FTE) personnel within Oregon Health Authority and more than $5.0 million in a contract with an external partner. External partnerships with subrecipients have all been damaged as these entities grapple with how to immediately cease activities previously funded for an additional 27 months. Significant progress towards and investment in *required* activities will be lost because of the termination in funding.

62.     Prior to the cooperative agreement award termination on March 24, 2025, CDC had never provided Oregon Health Authority with notice, written or otherwise, that the cooperative agreement administered by the agency was in any way unsatisfactory.

63.     These abrupt award terminations jeopardize the significant work that Oregon Health Authority and its subrecipients have done to modernize our demonstrably antiquated public health system, and will impact our ability to protect the public from future emerging disease threats.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on March 28, 2025, at Hood River, Oregon.

_Melissa Sutton_
_____
Melissa Sutton, MD, MPH

16

| | | |
|---|---|---|
| **1. DATE ISSUED** *MM/DD/YYYY*<br>05/18/2020 | **1a. SUPERSEDES AWARD NOTICE dated** 04/23/2020<br>except that any additions or restrictions previously imposed<br>remain in effect unless specifically rescinded | |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Centers for Disease Control and Prevention**

**2. CFDA NO.**
93.323 – Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

2939 Brandywine Road
Atlanta, GA 30341

**3. ASSISTANCE TYPE** Cooperative Agreement

| **4. GRANT NO.** 6 NU50CK000541-01-07<br>Formerly | **5. TYPE OF AWARD**<br>Demonstration |
|---|---|
| **4a. FAIN** NU50CK000541 | **5a. ACTION TYPE** Post Award Amendment |

**NOTICE OF AWARD**

| **6. PROJECT PERIOD** | *MM/DD/YYYY* | | |
|---|---|---|---|
| From | 08/01/2019 | Through | 07/31/2024 |

AUTHORIZATION (Legislation/Regulations)
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

| **7. BUDGET PERIOD** | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| From | 08/01/2019 | Through | 07/31/2020 |

**8. TITLE OF PROJECT (OR PROGRAM)**
Oregon 2019 Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC)

| **9a. GRANTEE NAME AND ADDRESS**<br>HUMAN SERVICES, OREGON DEPARTMENT OF<br>500 Summer St Ne E32<br>-DUP4<br>SALEM, OR 97301-1063 | **9b. GRANTEE PROJECT DIRECTOR**<br>Dr. Ann  Thomas<br>800 NE Oregon St Suite 772<br>Portland, OR 97232<br>Phone: 971-673-1111 |
|---|---|
| **10a. GRANTEE AUTHORIZING OFFICIAL**<br>Dr. Collette  Young, PhD<br>800 NE Oregon Street  Suite 465<br>Portland, OR 97232-2187<br>Phone: (971) 673-0199 | **10b. FEDERAL PROJECT OFFICER**<br>Mrs. Janice  Downing<br>1600 Clifton Rd<br>Atlanta, GA 30333<br>Phone: 404-639-7808 |

**ALL AMOUNTS ARE SHOWN IN USD**

| **11. APPROVED BUDGET** (Excludes Direct Assistance) | | **12. AWARD COMPUTATION** | |
|---|---|---|---|
| I Financial Assistance from the Federal Awarding Agency Only | | a. Amount of Federal Financial Assistance (from item 11m) | 98,897,708.00 |
| II Total project costs including grant funds and all other financial participation | **I** | b. Less Unobligated Balance From Prior Budget Periods | 0.00 |
| | | c. Less Cumulative Prior Award(s) This Budget Period | 11,943,643.00 |
| a.  Salaries and Wages | 1,356,027.00 | d. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | 86,954,065.00 |
| b.  Fringe Benefits | 726,058.00 | **13. Total Federal Funds Awarded to Date for Project Period** | 98,897,708.00 |
| c.  Total Personnel Costs | 2,082,085.00 | **14. RECOMMENDED FUTURE SUPPORT**<br>*(Subject to the availability of funds and satisfactory progress of the project):* | |
| d.  Equipment | 0.00 | | |
| e.  Supplies | 264,673.00 | | |
| f.  Travel | 51,025.00 | | |
| g.  Construction | 0.00 | | |
| h.  Other | 95,348,975.00 | | |
| i.  Contractual | 638,727.00 | | |
| j.  TOTAL DIRECT COSTS | 98,385,485.00 | | |
| k.  INDIRECT COSTS | 512,223.00 | | |
| l.  TOTAL APPROVED BUDGET | 98,897,708.00 | | |
| m.  Federal Share | 98,897,708.00 | | |
| n.  Non-Federal Share | 0.00 | | |

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL  DIRECT COSTS |
|---|---|---|---|
| a. 2 | | d. 5 | |
| b. 3 | | e. 6 | |
| c. 4 | | f. 7 | |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**
a.    DEDUCTION
b.    ADDITIONAL COSTS
c.    MATCHING
d.    OTHER RESEARCH (Add / Deduct Option)
e.    OTHER (See REMARKS)

**b**

**16.** THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:
a.    The grant program legislation
b.    The grant program regulations.
c.    This award notice including terms and conditions, if any, noted below under REMARKS.
d.    Federal administrative requirements, cost principles and audit requirements applicable to this grant.
In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail.  Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS** (Other Terms and Conditions Attached -  [X] Yes    [ ] No)
"ELC Enhancing Detection Funding: Financial Assistance in the amount of $86,954,065"

**GRANTS MANAGEMENT OFFICIAL:**
Brownie Anderson-Rana, Grants Management Officer
2939 Flowers Road
Mailstop TV2
Atlanta, GA 30341-5509
Phone: 770-488-2771

| **17. OBJ CLASS** | 41.51 | **18a. VENDOR CODE** | 1936001752A1 | **18b. EIN** | 936001752 | **19. DUNS** | 878144021 | **20. CONG. DIST.** | 05 |
|---|---|---|---|---|---|---|---|---|---|

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | APPROPRIATION |
|---|---|---|---|---|
| 21. a.  0-9390EWQ | b.  19NU50CK000541C3 | c.   CK | d.   $0.00 | 75-2024-0943 |
| 22. a.  0-9390F7F | b.  19NU50CK000541C4 | c.   CK | d.   $86,954,065.00 | 75-X-0140 |
| 23. a. | b. | c. | d. | |

Exhibit A
Page 1 of 8

NOTICE OF AWARD (Continuation Sheet)

| PAGE   2 of 3 | DATE ISSUED 05/18/2020 |
|---|---|
| GRANT NO.     6 NU50CK000541-01-07 | |

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

Exhibit A
Page 2 of 8

| NOTICE OF AWARD (Continuation Sheet) | PAGE  3 of 3 | DATE ISSUED 05/18/2020 |
|---|---|---|
| | GRANT NO.    6 NU50CK000541-01-07 | |

| Federal Financial Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 08/01/2019 | 07/31/2020 | Annual | 10/29/2020 |

# AWARD ATTACHMENTS

Oregon Health Authority/Public Health Division                    6 NU50CK000541-01-07

1. COVID19 Supplement Terms and Conditions CK541

**AWARD INFORMATION**

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at
https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CK19-1904, entitled Epidemiology and Laboratory Capacity (ELC), which is hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Component Funding:** Additional funding in the amount <mark>$86,954,065</mark> is approved for the Year 01 budget period, which is August 1, 2019 through July 31, 2020

**COVID-19** Paycheck Protection Program and Health Care Enhancement Act Response Activities:

   E. Cross-Cutting Emerging Issues: <mark>$86,954,065</mark>

Recipients have **30 months** from the date of this NoA to expend all funds awarded herein

**Budget/Workplan Revision Requirement:** Within 30 days of this NoA, the recipient must submit a revised budget with a narrative justification outlining response activities. Failure to submit the required information in a timely manner may adversely affect the future funding of the project. If the information cannot be provided by the due date, you are required to contact your ELC Project Officer and Grant Management Specialist.  The revised budget must be uploaded in GrantSolutions as an amendment to allow issuance of a revised NoA.

**Pre-Award Costs**: Pre-award costs dating back to January 20, 2020 – when CDC first activated its Emergency Operations Center (EOC) – and directly related to the COVID-19 outbreak response are allowable.

**Indirect Costs:** Indirect cost will be approved based on current approved negotiated indirect cost rate agreement.

**Overtime:** Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Additional Term and Condition:**
A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); and/or the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139) agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS–CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the

purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
  - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
    - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
    - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
  - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- ***All unallowable costs cited in CDC-RFA-CK19-1904 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 – Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.***

## REPORTING REQUIREMENTS

**Additional Reporting:**
- Monthly fiscal reports (beginning 60 days after NOAs are issued)
- Quarterly progress reports on status of timelines, goals, and objectives as defined by CDC in approved work plans
- Quarterly Performance measure data
- CDC may require recipients to develop annual progress reports (APRs). CDC will provide APR guidance and optional templates should they be required.
- Quarterly reporting of test results, both positive and negative
- Clarity on how the states will focus on high socially vulnerable index counties, rural and urban areas, etc. (Vulnerable populations must be specific).

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the CDC and to the HHS OIG at the

following addresses:

CDC, Office of Grants Services
Tonya M. Jenkins, Grants Management Specialist
Time Solutions LLC
Office of Grants Services (OGS)
Office of Financial Resources (OFR)
Office of the Chief Operating Officer (OCOO)
Centers for Disease Control and Prevention (CDC)
pjo6@cdc.gov | 404-498-2399 office

AND

U.S. Department of Health and Human Services Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator 330 Independence Avenue, SW
Cohen Building, Room 5527 Washington, DC 20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or Email:
MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

## PAYMENT INFORMATION

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1- 800-HHS- TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

Payment Management System Subaccount: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

**Stewardship**: The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU50CK000541-05-13
FAIN#  NU50CK000541
Federal Award Date: 03/24/2025

## Recipient Information

**1. Recipient Name**
OREGON HEALTH AUTHORITY
500 Summer St Ne E32
-DUP4
SALEM, OR 97301-1063
[NO DATA]

**2. Congressional District of Recipient**
05

**3. Payment System Identifier (ID)**
1936001752A1

**4. Employer Identification Number (EIN)**
936001752

**5. Data Universal Numbering System (DUNS)**
878144021

**6. Recipient's Unique Entity Identifier (UEI)**
HFJRBHKCBPR5

**7. Project Director or Principal Investigator**
Dr. Melissa  Sutton M.D.
melissa.sutton@oha.oregon.gov
503-871-9772

**8. Authorized Official**
Dr. Collette-  Young.. PhD
Collette.M.YOUNG@dhsoha.state.or.us
(971) 673-0199

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Whitney Dade
Grants Management Specialist
zmm8@cdc.gov
4044983038

**10. Program Official Contact Information**
Zoe  Kaplan
Program Officer
prd7@cdc.gov
2409942681

## Federal Award Information

**11. Award Number**
6 NU50CK000541-05-13

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000541

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
Oregon 2020 Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC)

**15. Assistance Listing Number**
93.323

**16. Assistance Listing Program Title**
Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**17. Award Action Type**
Administrative Action

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | |
|---|---:|
| **19. Budget Period Start Date** 08/01/2023 **- End Date** 03/24/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $32,965,365.00 |
| 22. Offset | $1,077,168.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $13,842,666.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $13,842,666.00 |
| **26. Period of Performance Start Date** 08/01/2019 **- End Date** 03/24/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | $526,862,847.91 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Percy Jernigan

## 30. Remarks

Department Authority

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000541-05-13
FAIN# NU50CK000541
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**

OREGON HEALTH AUTHORITY

500 Summer St Ne E32

-DUP4

SALEM, OR 97301-1063

[NO DATA]

**Congressional District of Recipient**

05

**Payment Account Number and Type**

1936001752A1

**Employer Identification Number (EIN) Data**

936001752

**Universal Numbering System (DUNS)**

878144021

**Recipient's Unique Entity Identifier (UEI)**

HFJRBHKCBPR5

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only

II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $7,545,642.00 |
| **b.  Fringe Benefits** | $4,099,582.00 |
| **c.  Total Personnel Costs** | $11,645,224.00 |
| **d.  Equipment** | $671,924.00 |
| **e.  Supplies** | $1,252,863.00 |
| **f.  Travel** | $86,505.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $2,228,259.00 |
| **i.  Contractual** | $28,413,049.00 |
| **j.  TOTAL DIRECT COSTS** | $44,297,824.00 |
| **k.  INDIRECT COSTS** | $3,587,375.00 |
| **l.  TOTAL APPROVED BUDGET** | $47,885,199.00 |
| **m.  Federal Share** | $47,885,199.00 |
| **n.  Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 0-9390F7F | 19NU50CK000541C4 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 4-9390MVT | 19NU50CK000541SHP2C5 | CK | 41.51 | 93.323 | $0.00 | 75-2124-0943 |
| 0-9390EPX | 19NU50CK000541CV | CK | 41.51 | 93.323 | $0.00 | 75-2022-0943 |
| 1-9390GKT | 19NU50CK000541EDEXC5 | CK | 41.51 | 93.323 | $0.00 | 75-2122-0140 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award

Centers for Disease Control and Prevention

Award#  6 NU50CK000541-05-13
FAIN#   NU50CK000541
Federal Award Date:  03/24/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

OREGON HEALTH AUTHORITY                                    6 NU50CK000541-05-13

1. REVISED: TERMS AND CONDITIONS

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of use of funding under the listed document number(s) is effective as of the date set out in your Notice of Award.

Impacted document numbers are included on page 2 of this Notice of Award (NoA).

No additional activities can be conducted, and no additional costs may be incurred, as it relates to these funds.  Unobligated award balances of COVID-19 funding will be de-obligated by CDC. Award activities under other funding may continue consistent with the terms and conditions of the award.

**Final Federal Financial Report (FFR, SF-425)**: Within 30 days please submit final FFR's for impacted document numbers.  The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**All other terms and conditions of this award remain in effect.**

| 1. DATE ISSUED *MM/DD/YYYY* 05/28/2020 | 1a. SUPERSEDES AWARD NOTICE dated 05/18/2020 except that any additions or restrictions previously imposed remain in effect unless specifically rescinded | **DEPARTMENT OF HEALTH AND HUMAN SERVICES** **Centers for Disease Control and Prevention** |
|---|---|---|

**2. CFDA NO.**
93.323 - Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**3. ASSISTANCE TYPE**   Cooperative Agreement

2939 Brandywine Road
Atlanta, GA 30341

| 4. GRANT NO. 6 NU50CK000541-01-08 Formerly | 5. TYPE OF AWARD Demonstration |
|---|---|
| 4a. FAIN   NU50CK000541 | 5a. ACTION TYPE   Post Award Amendment |

| 6. PROJECT PERIOD | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| From | 08/01/2019 | Through | 07/31/2024 |

**NOTICE OF AWARD**
AUTHORIZATION (Legislation/Regulations)
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

| 7. BUDGET PERIOD | *MM/DD/YYYY* | | *MM/DD/YYYY* |
|---|---|---|---|
| From | 08/01/2019 | Through | 07/31/2020 |

**8. TITLE OF PROJECT (OR PROGRAM)**
Oregon 2019 Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC)

| 9a. GRANTEE NAME AND ADDRESS | 9b. GRANTEE PROJECT DIRECTOR |
|---|---|
| HUMAN SERVICES, OREGON DEPARTMENT OF 500 Summer St Ne E32 -DUP4 SALEM, OR 97301-1063 | Dr. Ann  Thomas 800 NE Oregon St Suite 772 Portland, OR 97232 Phone: 971-673-1111 |

| 10a. GRANTEE AUTHORIZING OFFICIAL | 10b. FEDERAL PROJECT OFFICER |
|---|---|
| Dr. Collette  Young. PhD 800 NE Oregon Street  Suite 465 Portland, OR 97232-2187 Phone: (971) 673-0199 | Mrs. Janice  Downing 1600 Clifton Rd Atlanta, GA 30333 Phone: 404-639-7808 |

**ALL AMOUNTS ARE SHOWN IN USD**

**11. APPROVED BUDGET** (Excludes Direct Assistance)

I  Financial Assistance from the Federal Awarding Agency Only
II  Total project costs including grant funds and all other financial participation   | I |

| | | |
|---|---|---|
| a. | Salaries and WageS .................................... | 1,356,027.00 |
| b. | Fringe Benefits .................................... | 726,058.00 |
| c. | Total Personnel Costs .................................. | 2,082,085.00 |
| d. | Equipment | 0.00 |
| e. | Supplies .................................... | 264,673.00 |
| f. | Travel .................................... | 51,025.00 |
| g. | Construction .................................... | 0.00 |
| h. | Other .................................... | 96,487,360.00 |
| i. | Contractual .................................... | 638,727.00 |
| j. | TOTAL DIRECT COSTS ⟶ | 99,523,870.00 |
| k. | INDIRECT COSTS | 512,223.00 |
| l. | **TOTAL APPROVED BUDGET** | 100,036,093.00 |
| m. | Federal Share | 100,036,093.00 |
| n. | Non-Federal Share | 0.00 |

**12. AWARD COMPUTATION**

| | |
|---|---|
| a. Amount of Federal Financial Assistance (from item 11m) | 100,036,093.00 |
| b. Less Unobligated Balance From Prior Budget Periods | 0.00 |
| c. Less Cumulative Prior Award(s) This Budget Period | 98,897,708.00 |
| d. AMOUNT OF FINANCIAL ASSISTANCE THIS ACTION | 1,138,385.00 |

| 13. Total Federal Funds Awarded to Date for Project Period | 100,036,093.00 |
|---|---|

**14. RECOMMENDED FUTURE SUPPORT**
*(Subject to the availability of funds and satisfactory progress of the project):*

| YEAR | TOTAL DIRECT COSTS | YEAR | TOTAL  DIRECT COSTS |
|---|---|---|---|
| a.  2 | | d.  5 | |
| b.  3 | | e.  6 | |
| c.  4 | | f.  7 | |

**15. PROGRAM INCOME SHALL BE USED IN ACCORD WITH ONE OF THE FOLLOWING ALTERNATIVES:**
a.   DEDUCTION
b.   ADDITIONAL COSTS
c.   MATCHING
d.   OTHER RESEARCH (Add / Deduct Option)
e.   OTHER (See REMARKS)

**b**

**16. THIS AWARD IS BASED ON AN APPLICATION SUBMITTED TO, AND AS APPROVED BY, THE FEDERAL AWARDING AGENCY ON THE ABOVE TITLED PROJECT AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:**
a.   The grant program legislation
b.   The grant program regulations.
c.   This award notice including terms and conditions, if any, noted below under REMARKS.
d.   Federal administrative requirements, cost principles and audit requirements applicable to this grant.
In the event there are conflicting or otherwise inconsistent policies applicable to the grant, the above order of precedence shall prevail.  Acceptance of the grant terms and conditions is acknowledged by the grantee when funds are drawn or otherwise obtained from the grant payment system.

**REMARKS**   (Other Terms and Conditions Attached -   [X] Yes   [ ] No)

**GRANTS MANAGEMENT OFFICIAL:**
Brownie Anderson-Rana, Grants Management Officer
2939 Flowers Road
Mailstop TV2
Atlanta, GA 30341-5509
Phone: 770-488-2771

| 17.OBJ CLASS   41.51 | 18a. VENDOR CODE   1936001752A1 | 18b. EIN   936001752 | 19. DUNS   878144021 | 20. CONG. DIST.   05 |
|---|---|---|---|---|
| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | AMT ACTION FIN ASST | APPROPRIATION |
| 21. a.   0-9390EPX | b.   19NU50CK000541CV | c.   CK | d.   $1,138,385.00 | e.   75-2022-0943 |
| 22. a. | b. | c. | d. | e. |
| 23. a. | b. | c. | d. | e. |

Exhibit C

Page 1 of 8

NOTICE OF AWARD (Continuation Sheet)

| PAGE   2 of 3 | DATE ISSUED 05/28/2020 |
|---|---|
| GRANT NO.     6 NU50CK000541-01-08 | |

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

| NOTICE OF AWARD (Continuation Sheet) | PAGE  3 of 3 | DATE ISSUED 05/28/2020 |
|---|---|---|
| | GRANT NO.    6 NU50CK000541-01-08 | |

| Federal Financial Report Cycle | | | |
|---|---|---|---|
| Reporting Period Start Date | Reporting Period End Date | Reporting Type | Reporting Period Due Date |
| 08/01/2019 | 07/31/2020 | Annual | 10/29/2020 |

# AWARD ATTACHMENTS

Oregon Health Authority/Public Health Division                     6 NU50CK000541-01-08

1. CV Terms and Conditions

Exhibit C
Page 4 of 8

**AWARD INFORMATION**

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CK19-1904, entitled Epidemiology and Laboratory Capacity (ELC), which is hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Component Funding:** Additional funding in the amount $1,138,385 is approved for the Year 01 budget period, which is August 1, 2019 through July 31, 2020

**COVID-19:** Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123) Response Activities:

E. Cross-Cutting Emerging Issues: $1,138,385

Recipients have **24 months** from the date of this NoA to expend all funds awarded herein

**Budget/Workplan Revision Requirement:** Within 30 days of this NoA, the recipient must submit a revised budget with a narrative justification outlining response activities. Failure to submit the required information in a timely manner may adversely affect the future funding of the project. If the information cannot be provided by the due date, you are required to contact your ELC Project Officer and Grant Management Specialist. The revised budget must be uploaded in GrantSolutions as an amendment to allow issuance of a revised NoA.

**Pre-Award Costs**: Pre-award costs dating back to January 20, 2020 – when CDC first activated its Emergency Operations Center (EOC) – and directly related to the COVID-19 outbreak response are allowable.

**Indirect Costs:** Indirect cost will be approved based on current approved negotiated indirect cost rate agreement.

**Overtime:** Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Additional Term and Condition:**
A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); and/or the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139) agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS–CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC.

Exhibit C
Page 5 of 8

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
  - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
    - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
    - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
  - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- ***All unallowable costs cited in CDC-RFA-CK19-1904 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 – Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.***

## REPORTING REQUIREMENTS

**Additional Reporting:**
- Monthly fiscal reports (beginning 60 days after NOAs are issued)
- Quarterly progress reports on status of timelines, goals, and objectives as defined by CDC in approved work plans
- Quarterly Performance measure data
- CDC may require recipients to develop annual progress reports (APRs). CDC will provide APR guidance and optional templates should they be required.
- Quarterly reporting of test results, both positive and negative
- Clarity on how the states will focus on high socially vulnerable index counties, rural and urban areas, etc. (Vulnerable populations must be specific).

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award.  Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting

Exhibit C
Page 6 of 8

the federal award. Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Tonya M. Jenkins, Grants Management Specialist
Time Solutions LLC
Office of Grants Services (OGS)
Office of Financial Resources (OFR)
Office of the Chief Operating Officer (OCOO)
Centers for Disease Control and Prevention (CDC)
pjo6@cdc.gov | 404-498-2399 office

AND

U.S. Department of Health and Human Services Office of the Inspector General
ATTN: Mandatory Grant Disclosures, Intake Coordinator 330 Independence Avenue, SW
Cohen Building, Room 5527 Washington, DC  20201

Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or Email:
MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

## PAYMENT INFORMATION

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1- 800-HHS- TIPS [1-800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

Payment Management System Subaccount: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

**Stewardship**: The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

Exhibit C
Page 7 of 8

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

Exhibit C
Page 8 of 8

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000541-02-04
FAIN# NU50CK000541
Federal Award Date: 01/13/2021

## Recipient Information

**1. Recipient Name**
Oregon Health Authority, Public Health Division
500 Summer St Ne E32
-DUP4
SALEM, OR 97301-1063
[NoPhoneRecord]

**2. Congressional District of Recipient**
05

**3. Payment System Identifier (ID)**
1936001752A1

**4. Employer Identification Number (EIN)**
936001752

**5. Data Universal Numbering System (DUNS)**
878144021

**6. Recipient's Unique Entity Identifier**

**7. Project Director or Principal Investigator**
Dr. Ann  Thomas
Public Health Physician
ann.thomas@state.or.us
971-673-1111

**8. Authorized Official**
Dr. Collette  Young. PhD
collette.m.young@state.or.us
(971) 673-0199

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Kim McDowell
Grant Management Specialist
qpx9@cdc.gov
404-498-4105

**10. Program Official Contact Information**
Mrs. Janice  Downing
Public Health Analyst
jsb3@cdc.gov
404-639-7808

## Federal Award Information

**11. Award Number**
6 NU50CK000541-02-04

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000541

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
Oregon 2020 Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC)

**15. Assistance Listing Number**
93.323

**16. Assistance Listing Program Title**
Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19.  Budget Period Start Date** 08/01/2020  **- End Date** 07/31/2021 | | |
| **20.  Total Amount of Federal Funds Obligated by this Action** | | $242,766,122.00 |
| 20a. Direct Cost Amount | | $242,766,122.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $5,199,941.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $247,966,063.00 |
| **26.** Project Period  Start Date  08/01/2019  **- End Date**  07/31/2024 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Project Period | | $348,002,156.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Kathy Raible

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000541-02-04
FAIN# NU50CK000541
Federal Award Date: 01/13/2021

## Recipient Information

**Recipient Name**

Oregon Health Authority, Public Health Division

500 Summer St Ne E32

-DUP4

SALEM, OR 97301-1063

[NoPhoneRecord]

**Congressional District of Recipient**

05

**Payment Account Number and Type**

1936001752A1

**Employer Identification Number (EIN) Data**

936001752

**Universal Numbering System (DUNS)**

878144021

**Recipient's Unique Entity Identifier**

Not Available

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Demonstration

---

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| **a. Salaries and Wages** | $1,361,762.00 |
| **b. Fringe Benefits** | $733,006.00 |
| **c. Total Personnel Costs** | $2,094,768.00 |
| **d. Equipment** | $0.00 |
| **e. Supplies** | $197,309.00 |
| **f. Travel** | $47,033.00 |
| **g. Construction** | $0.00 |
| **h. Other** | $244,245,941.00 |
| **i. Contractual** | $805,053.00 |
| **j. TOTAL DIRECT COSTS** | $247,390,104.00 |
| **k. INDIRECT COSTS** | $575,959.00 |
| **l. TOTAL APPROVED BUDGET** | $247,966,063.00 |
| **m. Federal Share** | $247,966,063.00 |
| **n. Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|
| 0-93909S7 | 19NU50CK000541 | CK | 41.51 | $0.00 | 75-20-0949 |
| 1-9390GKT | 19NU50CK000541EDEXC5 | CK | 41.51 | $242,766,122.00 | 75-2122-0140 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NU50CK000541-02-04
FAIN#  NU50CK000541
Federal Award Date:  01/13/2021

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

Oregon Health Authority, Public Health Division                    6 NU50CK000541-02-04

1. YR 2 Supplemental Terms and Conditions

## AWARD INFORMATION

**Incorporation**: In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federalregulationspolicies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number CK19-1904, entitled Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC), which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Component Funding:** Additional funding in the amount $242,766,122 is approved for the Year 02 budget period, which is August 1, 2020 through July 31, 2021.

The approved component and funding level for this notice of award are:

| NOFO Component | Amount |
|---|---|
| **ELC Enhancing Detection Expansion** | $242,766,122 |

**Recipients have until July 31, 2023 to expend all COVID-19 funds awarded herein.**

**Overtime**: Because overtime costs are a very likely and reasonable expense during the response to COVID-19, CDC will allow recipients to include projected overtime in their budgets. Recipients should be careful to estimate costs based on current real-time needs and will still be required to follow federal rules and regulations in accounting for the employees' time and effort.

**Coronavirus Disease 2019 (COVID-19) Funds:**  A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); and/or the Consolidated Appropriations Act, 2021, Division M – Coronavirus Response and Relief Supplemental Appropriations Act, 2021 (P.L. 116-260), agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

To achieve the public health objectives of ensuring the health, safety, and welfare of all Americans, Recipient must distribute or administer vaccine without discriminating on non-public-health grounds within a prioritized group. This includes, but is not limited to, immigration status, criminal history, incarceration, or homelessness.  To this end, and to help achieve the public health imperative of widespread herd immunity to COVID-19, Recipient must administer or distribute vaccine to any and all individuals within a prioritized group in the same timeframe, taking into account available vaccine doses.  For example, if meatpacking plant workers are a prioritized group, then all workers in that group, including undocumented immigrants, must be vaccinated to help assure that the plant is in a position to safely resume essential functions.

In addition, to the extent applicable, Recipient will comply with Section 18115 of the CARES Act, with respect to the reporting to the HHS Secretary of results of tests intended to detect SARS–CoV–2 or to diagnose a possible case of COVID–19. Such reporting shall be in accordance with guidance and direction from HHS and/or CDC.  HHS laboratory reporting guidance is posted at: https://www.hhs.gov/sites/default/files/covid-19-laboratory-data-reporting-guidance.pdf.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Unallowable Costs:**
- Research
- Clinical care
- Publicity and propaganda (lobbying):
    - Other than for normal and recognized executive-legislative relationships, no funds may be used for:
        - publicity or propaganda purposes, for the preparation, distribution, or use of any material designed to support or defeat the enactment of legislation before any legislative body
        - the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before any legislative body
    - See Additional Requirement (AR) 12 for detailed guidance on this prohibition and additional guidance on lobbying for CDC recipients: https://www.cdc.gov/grants/documents/Anti-Lobbying_Restrictions_for_CDC_Grantees_July_2012.pdf

- All unallowable costs cited in CDC-RFA-CK19-1904 remain in effect, unless specifically amended in this guidance, in accordance with 45 CFR Part 75 – Uniform Administrative Requirements, Cost Principles, And Audit Requirements for HHS Awards.

**Budget Revision Requirement:**  By March 17, 2021 the recipient must submit a separate revised budget with a narrative justification and workplan in accordance with the COVID-19 guidance.  The workplan should be submitted in REDCap and must address all activities in the guidance.

The revised budget and narrative justification must be uploaded as an amendment in Grant Solutions with a SF424A.

Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date.

| REPORTING REQUIREMENTS |
|---|

**COVID-19 - Additional Reporting Requirements:**

- Monthly fiscal reports (beginning 60 days after NOAs are issued). Thereafter, all monthly financial reporting will occur on the 5th of the month which will cover the preceding month's expenditures and unliquidated obligations (ULOs).
- Quarterly workplan milestone progress reporting will start on April 30, 2021; and will follow the regular ELC quarterly reporting timeline.
- The Jurisdictional Testing, Case Investigation, and Contact Tracing Plan updates will occur on the same quarterly reporting timeline as the workplan milestone progress.
- CDC may require recipients to develop annual progress reports (APRs). CDC will provide APR guidance and optional templates should they be required

**Required Disclosures for Federal Awardee Performance and Integrity Information System (FAPIIS):** Consistent with 45 CFR 75.113, applicants and recipients must disclose in a timely manner, in writing to the CDC, with a copy to the HHS Office of Inspector General (OIG), all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Subrecipients must disclose, in a timely manner in writing to the prime recipient (pass through entity) and the HHS OIG, all information related to violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting the federal award. Disclosures must be sent in writing to the CDC and to the HHS OIG at the following addresses:

CDC, Office of Grants Services
Kim McDowell, Grants Management Specialist

Centers for Disease Control and
Prevention Branch 1
2939 Flowers Road, MS-TV2
Atlanta, GA 30341
Email: qpx9@cdc.gov (Include "Mandatory Grant Disclosures" in subject line)

AND

U.S. Department of Health and Human Services
Office of the Inspector General
ATTN:  Mandatory Grant Disclosure, Intake Coordinator
330 Independent Avenue, SW
Cohen Building, Room 5527
Washington, DC 20201
Fax: (202)-205-0604 (Include "Mandatory Grant Disclosures" in subject line) or Email: MandatoryGranteeDisclosures@oig.hhs.gov

Recipients must include this mandatory disclosure requirement in all subawards and contracts under this award.

Failure to make required disclosures can result in any of the remedies described in 45 CFR 75.371. Remedies for noncompliance, including suspension or debarment (See 2 CFR parts 180 and 376, and 31 U.S.C. 3321).

CDC is required to report any termination of a federal award prior to the end of the period of performance due to material failure to comply with the terms and conditions of this award in the OMB-designated integrity and performance system accessible through SAM (currently FAPIIS). (45 CFR 75.372(b)) CDC must also notify the recipient if the federal award is terminated for failure to comply with the federal statutes, regulations, or terms and conditions of the federal award. (45 CFR 75.373(b))

| PAYMENT INFORMATION |
| --- |

*The HHS Office of the Inspector General (OIG) maintains a toll-free number (1-800-HHS-TIPS [1- 800-447-8477]) for receiving information concerning fraud, waste, or abuse under grants and cooperative agreements. Information also may be submitted by e-mail to hhstips@oig.hhs.gov or by mail to Office of the Inspector General, Department of Health and Human Services, Attn: HOTLINE, 330 Independence Ave., SW, Washington DC 20201. Such reports are treated as sensitive material and submitters may decline to give their names if they choose to remain anonymous.*

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the

NOFO and the approved application.

The grant document number identified on the bottom of Page 1 of the Notice of Award must be known in order to draw down funds.

## Stewardship Information

**Stewardship**: The recipient must exercise proper stewardship over Federal funds by ensuring that all costs charged to your cooperative agreement are allowable, allocable, and reasonable and that they address the highest priority needs as they relate to this program.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000541-05-04
FAIN# NU50CK000541
Federal Award Date: 01/04/2024

## Recipient Information

**1. Recipient Name**
OREGON HEALTH AUTHORITY
500 Summer St Ne E32
-DUP4
SALEM, OR 97301-1063
[NO DATA]

**2. Congressional District of Recipient**
05

**3. Payment System Identifier (ID)**
1936001752A1

**4. Employer Identification Number (EIN)**
936001752

**5. Data Universal Numbering System (DUNS)**
878144021

**6. Recipient's Unique Entity Identifier (UEI)**
HFJRBHKCBPR5

**7. Project Director or Principal Investigator**
Dr. Melissa   Sutton
Principal Investigator
Melissa.Sutton@dhsoha.state.or.us
971-673-2504

**8. Authorized Official**
Dr. Collette   Young. PhD
Collette.M.YOUNG@dhsoha.state.or.us
(971) 673-0199

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Bakia Parrish
Grants Management Specialist
tee0@cdc.gov
678-475-4956

**10. Program Official Contact Information**
Zoe   Kaplan
Program Officer
prd7@cdc.gov
2409942681

## Federal Award Information

**11. Award Number**
6 NU50CK000541-05-04

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000541

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
Oregon 2020 Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC)

**15. Assistance Listing Number**
93.323

**16. Assistance Listing Program Title**
Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**17. Award Action Type**
Supplement

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---:|
| **19.** | **Budget Period Start Date**  08/01/2023  **- End Date**  07/31/2027 | |
| **20.** | **Total Amount of Federal Funds Obligated by this Action** | $11,356,619.00 |
| | 20a. Direct Cost Amount | $11,356,619.00 |
| | 20b. Indirect Cost Amount | $0.00 |
| **21.** | Authorized Carryover | $14,855,710.00 |
| **22.** | Offset | $1,077,168.00 |
| **23.** | Total Amount of Federal Funds Obligated this budget period | $2,486,047.00 |
| **24.** | **Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25.** | **Total Federal and Non-Federal Approved this Budget Period** | $13,842,666.00 |
| **26.** | **Period of Perfomance Start Date**  08/01/2019  **- End Date**  07/31/2027 | |
| **27.** | Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | $13,842,666.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Karen Zion1
Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000541-05-04
FAIN# NU50CK000541
Federal Award Date: 01/04/2024

## Recipient Information

**Recipient Name**

OREGON HEALTH AUTHORITY

500 Summer St Ne E32

-DUP4

SALEM, OR 97301-1063

[NO DATA]

**Congressional District of Recipient**

05

**Payment Account Number and Type**

1936001752A1

**Employer Identification Number (EIN) Data**

936001752

**Universal Numbering System (DUNS)**

878144021

**Recipient's Unique Entity Identifier (UEI)**

HFJRBHKCBPR5

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

## 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $6,273,105.00 |
| **b.  Fringe Benefits** | $3,403,506.00 |
| **c.  Total Personnel Costs** | $9,676,611.00 |
| **d.  Equipment** | $224,830.00 |
| **e.  Supplies** | $757,353.00 |
| **f.  Travel** | $86,505.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $13,373,265.00 |
| **i.  Contractual** | $3,873,284.00 |
| **j.  TOTAL DIRECT COSTS** | $27,991,848.00 |
| **k.  INDIRECT COSTS** | $1,783,696.00 |
| **l.  TOTAL APPROVED BUDGET** | $29,775,544.00 |
| **m.  Federal Share** | $29,775,544.00 |
| **n.  Non-Federal Share** | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | CFDA NO. | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 3-9210995 | 19NU50CK000541SHP2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 3-9390JEN | 19NU50CK000541NWS2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 3-9390JXH | 19NU50CK000541DMD2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 3-9390LMF | 19NU50CK000541DMD2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 3-9390LFD | 19NU50CK000541DMD2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 3-939017Y | 19NU50CK000541ASA2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0943 |
| 3-939017Z | 19NU50CK000541ASA2C6 | CK | 41.51 | 93.323 | $0.00 | 75-X-0943 |
| 4-9390MVR | 19NU50CK000541ASA2C6 | CK | 41.51 | 93.323 | $1,397,398.00 | 75-X-0140 |
| 4-9390MVS | 19NU50CK000541NWS2C6 | CK | 41.51 | 93.323 | $3,704,310.00 | 75-X-0140 |
| 4-9390MVT | 19NU50CK000541SHP2C5 | CK | 41.51 | 93.323 | $6,254,911.00 | 75-2124-0943 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU50CK000541-05-04

FAIN# NU50CK000541

Federal Award Date: 01/04/2024

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

OREGON HEALTH AUTHORITY                                    6 NU50CK000541-05-04

1. CK000541 Oregon_BP5 RD2 SUPPLEMENT -  TERMS  CONDITIONS

## AWARD INFORMATION

**Incorporation**:  In addition to the federal laws, regulations, policies, and CDC General Terms and Conditions for Non-research awards at https://www.cdc.gov/grants/federal-regulations- policies/index.html, the Centers for Disease Control and Prevention (CDC) hereby incorporates Notice of Funding Opportunity (NOFO) number **CK19-1904**, entitled *Epidemiology and Laboratory Capacity for Prevention and Control of Emerging Infectious Diseases (ELC)*, as may be amended, which are hereby made a part of this Non-research award, hereinafter referred to as the Notice of Award (NoA).

**Supplemental Funding**:  Additional funding in the amount of $11,356,619 is approved for the Year 05 budget period, which is August 1, 2023 through July 31, 2027. All future year funding will be based on satisfactory programmatic progress and the availability of funds.

**Funding Restriction:** Funds are restricted pending submission of a revised budget amendment and subsequent approval via the issuance of a revised NoA.

**Budget Revision Requirement:** Within 30 days of this Notice of Award (NoA) issue date, the recipient must submit a revised budget with a narrative justification. Failure to submit the required information in a timely manner may adversely affect the future funding of this project. If the information cannot be provided by the due date, you are required to contact the GMS/GMO identified in the CDC Staff Contacts section of this notice before the due date.

**Note:** Refer to the Payment Information section for Payment Management System (PMS) subaccount information.

The NOFO provides for the funding of multiple components under this award.  The approved component funding levels for this notice of award are:

| Funding Component | Document Suffix | Amount |
|---|---|---|
| AMD 2 | ASA2C6 | $1,397,398 |
| NWSS 2 | NWS2C6 | $3,704,310 |
| SHARP 2 | SHP2C5 | $6,254,911 |

**Coronavirus Disease 2019 (COVID-19) Funds:** A recipient of a grant or cooperative agreement awarded by the Department of Health and Human Services (HHS) with funds made available under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (P.L. 116-123); the Coronavirus Aid, Relief, and Economic Security Act, 2020 (the "CARES Act") (P.L. 116-136); the Paycheck Protection Program and Health Care Enhancement Act (P.L. 116-139); the Consolidated Appropriations Act and the Coronavirus Response and Relief Supplement Appropriations Act, 2021 (P.L. 116-260) and/or the American Rescue Plan of 2021 [P.L. 117-2] agrees, as applicable to the award, to: 1) comply with existing and/or future directives and guidance from the Secretary regarding control of the spread of COVID-19; 2) in consultation and coordination with HHS, provide, commensurate with the condition of the individual, COVID-19 patient care regardless of the individual's home jurisdiction and/or appropriate public health measures (e.g., social distancing, home isolation); and 3) assist the United States Government in the implementation and enforcement of federal orders related to quarantine and isolation.

Further, consistent with the full scope of applicable grant regulations (45 C.F.R. 75.322), the purpose of this award, and the underlying funding, the recipient is expected to provide to CDC copies of and/or access to COVID-19 data collected with these funds, including but not limited to data related to COVID-19 testing. CDC will specify in further guidance and directives what is encompassed by this requirement.

This award is contingent upon agreement by the recipient to comply with existing and future guidance from the HHS Secretary regarding control of the spread of COVID-19. In addition, recipient is expected to flow down these terms to any subaward, to the extent applicable to activities set out in such subaward.

**Expanded Authority:** The recipient is permitted the following expanded authority in the administration of the award.

☒ Carryover of unobligated balances from one budget period to a subsequent budget period. Unobligated funds may be used for purposes within the scope of the project as originally approved. Recipients will report use, or intended use, of unobligated funds in Section 12 "Remarks" of the annual Federal Financial Report. If the GMO determines that some or all of the unobligated funds are not necessary to complete the project, the GMO may restrict the recipient's authority to automatically carry over unobligated balances in the future, use the balance to reduce or offset CDC funding for a subsequent budget period, or use a combination of these actions.

## REPORTING REQUIREMENTS

**Financial Reporting Requirement:**

Quarterly Financial Reporting of both Core and all COVID accounts. Reporting of expenditures and unliquidated obligations (ULOs) are due no later than the 20th of the month following the end of the quarter.

- Q1 (August 1 thru October 31) due date November 20th
- Q2 (November 1 thru January 31) due date February 20th
- Q3 (February 1 thru April 30) due date May 20th
- Q4 (May 1 thru July 30) due date August 20th.

**Additional Reporting Requirement**:

Quarterly Workplan Milestone progress reporting due on the first day after the end of the quarter.

- Q1 (August 1 thru October 31) due date November 1st
- Q2 (November 1 thru January 31) due date February 1st
- Q3 (February 1 thru April 30) due date May 1st
- Q4 (May 1 thru July 30) due date August 1st

## PAYMENT INFORMATION

**Payment Management System Subaccount**: Funds awarded in support of approved activities have been obligated in a subaccount in the PMS, herein identified as the "P Account". Funds must be used in support of approved activities in the NOFO and the approved application.

The grant document number identified beginning on the bottom of Page 2 of the Notice of Award must be known to draw down funds.