**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STATE OF COLORADO, et al.,

                    Plaintiffs,

      v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

                    Defendants.

C.A. No.

## Declaration of Lacy Fehrenbach-Marosfalvy

I, Lacy Fehrenbach-Marosfalvy, hereby declare:

1.      I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge and the records of the Washington Department of Health (DOH) to which I have access.

2.      I am the Chief of Prevention, Safety, and Health with DOH. In this role, I serve as a member of DOH's exec leadership team, oversee the work Executive Office of Prevention, Safety and Health set the strategic direction of the agency, ensure that we comply with all applicable federal and state laws and regulations, and, at the most basic level, work to protect and improve the health and well-being of all people in Washington state.

3.      I have focused my career on shaping policies and implementing programs that address social and environmental factors that impact health outcomes and inequities so that all people, families, and communities can thrive. Before I began my current role, I served as Deputy Secretary of Health for COVID-19 response from June 2020 through January 2022. Prior to the pandemic, I served as Assistant Secretary of the Prevention and Community Health division. Before coming to Washington state, I worked on national public health policy in Washington, DC. I have more than 15 years of public health management and leadership experience, working on an array of issues including health system reform, access to healthcare, child and family health, infectious disease, and chronic disease, injury and violence prevention, and environmental health. I have managed various grants and cooperative agreements issued by the federal government during my career, and over the past nine years, I provided oversight and strategic direction to several major sources of federal funding related to environmental health and safety, infectious disease, chronic disease prevention, injury and violence prevention, child and family health, and

1

access to healthcare and social services received by the state of Washington. I holds a BS in Molecular and Cell Biology from Texas A&M University, an MPH from the George Washington University and I am certified in public health.

4.      On March 24, 2025, the Centers for Disease Control and Prevention (CDC) issued five Notice of Awards which immediately terminated multiple pandemic-related grants, including those funded under the Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020 (CRRSA) and the American Rescue Plan Act (ARPA) Act. These notices purported to cut off funding immediately, effective March 24, 2025. Those notices are attached hereto as **Exhibits A–E**

5.      The grants being terminated support more than 200 positions and contracts with local health jurisdictions, tribes, and community partners.

6.      If these terminations are not enjoined, it would have a devastating effect on DOH, its operations, and the health and well-being of Washington residents.

7.      In total, these terminations purport to rescind approximately $129 million in funding awarded to the Department of Health but not yet spent. This federal funding is essential to the operation of numerous critical programs on which DOH and Washingtonians rely.

**Epidemiology and Laboratory Capacity**

8.      The terminations rescind approximately $118 million for epidemiology and laboratory capacity. This funding currently supports approximately 150 full-time employees, who will need to be let go. if their funding is cut.

9.      These grants fund planning and response to communicable disease cases and outbreaks in Washington State, both existing and emerging. This includes the foundational work of laboratory testing, disease surveillance, disease control guidance, and case and outbreak

response.

10.     This funding is used for laboratorians who perform critical disease testing at the state lab, epidemiologists who provide subject matter expertise guidance, communication and response, and informaticians and epidemiologists and necessary data systems upgrades that support reporting and surveillance of existing and emerging diseases.

11.     All of this work is focused on preventing and reducing the impact of COVID-19, respiratory illness, and other emerging infectious disease among the people of Washington.

12.     Terminating this funding immediately reduces the DOH's ability to respond to surges in COVID-19 and other respiratory viruses a well as emerging outbreaks for mpox, measles, and H5N1 avian flu. This funding also supports analytics work  related to surveillance for post-COVID conditions, COVID risk factors, and health care access and health workforce challenges across the state of Washington.

13.     The funding also supports necessary data systems upgrades that facilitate better disease reporting and surveillance. For example, the sudden termination of this funding forced the state to stop work on upgrading its laboratory information management system, leaving DOH without a way to modernize its out-of-date computer systems. DOH had planned to use the funding to bring a new system online over the next 14 months after investing more than $12 million of CDC funding in its development. Stopping the project now means that Washington will not realize the benefits of that investment, and will likely not get anytime soon the modern laboratory information system that would have helped the state more effectively respond to future pandemics, and more quickly and efficiently get the lab results needed to control infectious disease threats such as measles, avian influenza, foodborne illness, shellfish toxins, and bioterrorism.

14.     Terminating this funding also impacts the Care Connect Washington program

3

which is funded by two of these fund sources and described below under "Care Connect."

15.    DOH passes approximately 50% of the ARPA Epidemiology and Laboratory Capacity funding through to tribes and local health jurisdictions, meaning these terminations will have significant negative consequences on their missions as well. DOH had to immediately suspend these contracts and all work that they fund.

16.    If this funding is not restored, DOH will soon have to furlough employees and/or lay people off, reduce capacity for testing, and scale back its work significantly. If layoffs occurred, even if funding were to be restored later, it would be very challenging to recruit highly trained technical staff back into DOH; regaining lost capabilities would take years if it were possible at all.

17.    Without this funding, Washington and other states must stop this work, the people in our state and other states would be at greater risk for illness from a variety of infectious diseases, some of which cause severe illness, disability or death. In addition, communities across our state and beyond could see more and larger outbreaks of COVID-19, respiratory illnesses, and other emerging infectious diseases. Beyond individual health impacts, more and larger school or work-place outbreaks of some infectious diseases could disrupt learning, productivity, and societal functioning. In short, people, communities, our state, and the nation would be more vulnerable to infectious diseases and outbreaks, and we'd all be less safe.

**Supplemental Immunization Funding**

18.    The terminations rescind approximately $20 million in supplemental immunization funding. This supplement supports individual and community protection from COVID-19 and other vaccine preventable illnesses, including for diseases like measles, MPOX and H5N1, by supporting the infrastructure, communications support, and provider engagement to increase

vaccination rates.

19.     The supplemental funding now subject to termination supports approximately 46 full-time employees. Approximately 75% of this funding is passed through to local health jurisdictions, tribes, community partners, contractors, and association partners who support vaccination efforts in the state.

20.     The termination of this funding will lead to an immediate reduction in DOH and its partners' ability to vaccinate those at-risk for COVID and other vaccine-preventable diseases, especially those in communities who face significant barriers in access to care, such as rural areas and those with high social vulnerability index.

21.     Termination has already required DOH to cancel its Care-A-Van (CAV) mobile health clinics that serve people across Washington state. Care-a-Van provides mobile health services including vaccinations and health education to those who are disproportionately impacted and communities that are underserved. CAV reaches all areas of Washington and provides needed services in areas where access to care is limited. The program prioritizes serving rural areas, BIPOC communities, immigrants and refugees, unhoused populations, children and schools, and areas with a high Social Vulnerability Index (SVI).

22.     In a public health emergency, such as Measles or Highly Pathogenic Avian Influenza, CAV has the capability to rapidly stand up a vaccination or mass dispensing clinic to support medical countermeasures across all of Washington.

23.     Since July 2024, CAV has administered over 6,800 COVID, 3,900 Flu, and 5,700 childhood vaccines. We anticipate providing approximately 2,000 childhood vaccines, 900 COVID vaccines, and 500 flu vaccines through the remainder of 2025.

24.     DOH had to cancel a total of 93 clinics in communities across the state that were

scheduled between March 25 and June 30, 2025 due to the termination of funding. This included 39 school-based clinics anticipated to serve 800 children. There is a need to increase vaccinations for school aged children.

25.     Termination of this funding will likewise force DOH to scale back its respiratory virus campaign, an educational campaign to support and encourage flu, COVID-19, and RSV vaccination, including co-administration of all eligible respiratory prevention vaccines, especially among populations with declining vaccination rates. It will also lead to decreased capacity for data requests and assessment of immunization data.

26.     Termination of funding ends the Power of Providers (POP) initiative. POP is an established brand serving and mobilizing over 5,300 individual providers covering every county in Washington state. Power of Providers generates and amplifies immunization messaging, to equip providers in serving as trusted messengers to increase uptake of vaccines. POP also addresses healthcare provider burnout, long COVID diagnosis and treatment, and digital health innovations to expand access to health and social care.

27.     Because this funding supports messaging and infrastructure to increase vaccination rates broadly and among the most vulnerable, loss of this funding increases risks for vaccine-preventable illness and possible negative health outcomes from these, including severe illness requiring hospitalization, disability, or even death associated with some of these diseases. These impacts will likely be felt primarily among people and families with low incomes, who lack insurance, or who face other barriers in access to care.

28.     In addition, schools and communities in Washington state may face increased risk for outbreaks of vaccine preventable illness.

**Care Connect**

29.     The terminations also rescind approximately $1.5 million from Care Connect Washington. Care Connect Washington is funded through a combination of the Epidemiology and Laboratory Capacity grant (described above) and the Care Connect grant. Care Connect Washington is a partnership between DOH, eight regional hubs, and more than 100 local, care coordinators in communities across the state. Care Connect increases access to health and social care for individuals across the state via a trusted community-based workforce and increases support for the community-based organizations that employ this workforce

30.     Care Connect Washington is a program developed early in the pandemic to provide food and other support to people with COVID-19 so they could isolate at home. Now the program is helping meet the longer-term needs of people who have been affected by COVID-19. For example, some people experience long-term side effects from COVID-19. Other people may have been sick and lost their job and need help getting back on their feet. Care Connect Washington helps these vulnerable individuals.

31.     The Care Connect system strengthens communities by helping people achieve stability and better health. Local care coordinators work with people affected by COVID to help them apply for programs such as unemployment benefits, subsidized housing or childcare, food assistance programs such as SNAP or WIC, Apple Health, and more. Care Connect provides the information people need in their preferred language.

32.     Termination of grant funding will require DOH to terminate two full-time employees, in addition to several of the FTE included above who are funded through the ELC funds, and reduce services to vulnerable populations.

7

33.     Between loss of the ELC and Care Connect funds that were terminated on March 24, 2025, we must suspend funding to the regional Community Care Hubs across the state. The hubs will lose the last 4 months of support.  This is a crucial time as it is when we planned to transition much of this work to Washington state's Accountable Communities of Health later in the year. The Community Care Hubs support more than 350 Community Health Workers. We estimate approximately 4,500 individuals across Washington would have been connected to resources and services in their communities between April-June.

**Partnership Evaluation**

34.     Terminations included approximately $1.5 million in funds that supported 0.5 FTE and a contractor who were carrying out evaluation of Care Connect related initiatives in. This jeopardizes the publication of the studies and broader dissemination of the findings and lessons learned from the work carried out.

**Health Disparities**

35.     Lastly, the terminations rescind approximately $3 million in funding that supported initiatives to address COVID health disparities among high-risk and underserved populations, including racial and ethnic minority populations.

36.     In particular, this grant funded the Community Collaborative, a collective that centers the voice and perspective of community partners so that DOH practices, programs and policies reduce health inequities and improve health outcomes for Black, Indigenous, communities of color and all Washingtonians.

37.     The goal of the Community Collaborative is to ensure DOH applies equity and social justice to public health emergency planning and decision-making. Through the Collaborative, DOH provided subawards to fourteen community-rooted, community-led entities

8

to mobilize partners and organizations to address COVID health disparities.

38.    Terminating these funds jeopardizes all of these services and puts countless

Washingtonians at risk of worse health outcomes including severe illness, disability, and death.

I declare under penalty of perjury under the laws of the State of Washington and the

United States of America that the foregoing is true and correct.

Executed this 29th day of March 2025, in Olympia, Washington.

LACY FEHRENBACH-MAROSFALVY
Chief of Prevention, Safety, and Health
Washington Department of Health

# Exhibit A

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NH23IP922619-05-08
FAIN# NH23IP922619
Federal Award Date: 03/24/2025

## Recipient Information

**1. Recipient Name**
HEALTH, WASHINGTON STATE DEPARTMENT OF
310 Israel Rd SE
Tumwater, WA 98501-5567
[NO DATA]

**2. Congressional District of Recipient**
10

**3. Payment System Identifier (ID)**
1911444603A1

**4. Employer Identification Number (EIN)**
911444603

**5. Data Universal Numbering System (DUNS)**
808883128

**6. Recipient's Unique Entity Identifier (UEI)**
C16SP2HBR123

**7. Project Director or Principal Investigator**

Director, Office of Immunization

**8. Authorized Official**

Strategic Financial Investments Manager

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**


**10.Program Official Contact Information**

Public Health Advisor


## Federal Award Information

**11. Award Number**
6 NH23IP922619-05-08

**12. Unique Federal Award Identification Number (FAIN)**
NH23IP922619

**13. Statutory Authority**
Sections 317, 317(k)(2) of the Public Health Service Act (42 U.S.C. Sections 247b, 247b(k)(2) and 247c), as amended.

**14. Federal Award Project Title**
CDC-RFA-IP19-1901 Immunization and Vaccines for Children

**15. Assistance Listing Number**
93.268

**16. Assistance Listing Program Title**
Immunization Cooperative Agreements

**17. Award Action Type**
Administrative Action

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2023 **- End Date** 03/24/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| 21. Authorized Carryover | | $86,923,627.00 |
| 22. Offset | | $3,002,707.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | | $28,188,009.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | | $28,188,009.00 |
| 26. Period of Performance Start Date 07/01/2019 **- End Date** 03/24/2025 | | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $221,555,382.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**


## 30. Remarks

"Department Authority"

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NH23IP922619-05-08
FAIN#   NH23IP922619
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**

HEALTH, WASHINGTON STATE
DEPARTMENT OF
310 Israel Rd SE
Tumwater, WA 98501-5567
[NO DATA]

**Congressional District of Recipient**

10

**Payment Account Number and Type**

1911444603A1

**Employer Identification Number (EIN) Data**

911444603

**Universal Numbering System (DUNS)**

808883128

**Recipient's Unique Entity Identifier (UEI)**

C16SP2HBR123

---

**31. Assistance Type**

Cooperative Agreement

**32. Type of Award**

Other

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.   Financial Assistance from the Federal Awarding Agency Only
II.  Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| **a.  Salaries and Wages** | $52,090,738.00 |
| **b.  Fringe Benefits** | $7,902,486.00 |
| **c.  Total Personnel Costs** | $59,993,224.00 |
| **d.  Equipment** | $18,737.00 |
| **e.  Supplies** | $174,375.00 |
| **f.  Travel** | $757,999.00 |
| **g.  Construction** | $0.00 |
| **h.  Other** | $6,216,787.00 |
| **i.  Contractual** | $43,263,299.00 |
| **j.  TOTAL DIRECT COSTS** | **$110,424,421.00** |
| **k.  INDIRECT COSTS** | **$7,689,922.00** |
| **l.  TOTAL APPROVED BUDGET** | **$118,114,343.00** |
| **m.  Federal Share** | **$118,114,343.00** |
| **n.  Non-Federal Share** | **$0.00** |

---

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 0-9390EWQ | 19NH23IP922619C3 | IP | 41.51 | 93.268 | $0.00 | 75-2024-0943 |
| 1-9390GKL | 20NH23IP922619C5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GUU | 20NH23IP922619UDSPC5 | IP | 41.51 | 93.268 | $0.00 | 75-2124-0943 |
| 1-9390GWA | 20NH23IP922619C6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |
| 2-9390K9M | 20NH23IP922619IISC6 | IP | 41.51 | 93.268 | $0.00 | 75-X-0943 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH23IP922619-05-08
FAIN# NH23IP922619
Federal Award Date: 03/24/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

HEALTH, WASHINGTON STATE DEPARTMENT OF                    6 NH23IP922619-05-08

1. term and condtions

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of use of funding under the listed document number(s) is effective as of the date set out in your Notice of Award.

Impacted document numbers are included on page 2 of this Notice of Award (NoA).

No additional activities can be conducted, and no additional costs may be incurred, as it relates to these funds.  Unobligated award balances of COVID-19 funding will be de-obligated by CDC. Award activities under other funding may continue consistent with the terms and conditions of the award.

**Final Federal Financial Report (FFR, SF-425)**: Within 30 days please submit final FFR's for impacted document numbers.  The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**All other terms and conditions of this award remain in effect.**

# Exhibit B

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NH75OT000042-01-09
FAIN# NH75OT000042
Federal Award Date: 03/24/2025

## Recipient Information

**1. Recipient Name**
HEALTH, WASHINGTON STATE
DEPARTMENT OF
PO BOX 47830
Olympia, WA 98504-7830
[NO DATA]

**2. Congressional District of Recipient**
10

**3. Payment System Identifier (ID)**
1911444603A1

**4. Employer Identification Number (EIN)**
911444603

**5. Data Universal Numbering System (DUNS)**
808883128

**6. Recipient's Unique Entity Identifier (UEI)**
C16SP2HBR123

**7. Project Director or Principal Investigator**

Principal Investigator

**8. Authorized Official**

Strategic Financial Investments Manager

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**

Grants Management Specialist

**10. Program Official Contact Information**
Program Officer

## Federal Award Information

**11. Award Number**
6 NH75OT000042-01-09

**12. Unique Federal Award Identification Number (FAIN)**
NH75OT000042

**13. Statutory Authority**
317(K)(2) OF PHSA 42USC 247B(K)(2)

**14. Federal Award Project Title**
Covid 19 Health Disparities

**15. Assistance Listing Number**
93.391

**16. Assistance Listing Program Title**
Activities to Support State, Tribal, Local and Territorial (STLT) Health Department Response to Public Health or Healthcare Crises

**17. Award Action Type**
Terminate

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---:|
| **19.** | **Budget Period Start Date** 06/01/2021 **- End Date** 03/24/2025 | |
| **20.** | **Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| | 20a. Direct Cost Amount | $0.00 |
| | 20b. Indirect Cost Amount | $0.00 |
| **21.** | Authorized Carryover | $0.00 |
| **22.** | Offset | $0.00 |
| **23.** | Total Amount of Federal Funds Obligated this budget period | $29,015,581.00 |
| **24.** | Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| **25.** | Total Federal and Non-Federal Approved this Budget Period | $29,015,581.00 |
| **26.** | **Period of Performance Start Date** 06/01/2021 **- End Date** 03/24/2025 | |
| **27.** | Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $29,015,581.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**

Team Lead, Grants Management Officer

## 30. Remarks
Department Authority

DEPARTMENT OF HEALTH AND HUMAN SERVICES    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH75OT000042-01-09
FAIN# NH75OT000042
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**
HEALTH, WASHINGTON STATE
DEPARTMENT OF
PO BOX 47830
Olympia, WA 98504-7830
[NO DATA]

**Congressional District of Recipient**
10

**Payment Account Number and Type**
1911444603A1

**Employer Identification Number (EIN) Data**
911444603

**Universal Numbering System (DUNS)**
808883128

**Recipient's Unique Entity Identifier (UEI)**
C16SP2HBR123

---

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

---

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| a. **Salaries and Wages** | $3,385,016.00 |
| b. **Fringe Benefits** | $1,218,607.00 |
| c. **Total Personnel Costs** | $4,603,623.00 |
| d. **Equipment** | $0.00 |
| e. **Supplies** | $26,606.00 |
| f. **Travel** | $179,368.00 |
| g. **Construction** | $0.00 |
| h. **Other** | $359,759.00 |
| i. **Contractual** | $22,550,791.00 |
| j. **TOTAL DIRECT COSTS** | **$27,720,147.00** |
| k. **INDIRECT COSTS** | **$1,295,434.00** |
| l. **TOTAL APPROVED BUDGET** | **$29,015,581.00** |
| m. **Federal Share** | **$29,015,581.00** |
| n. **Non-Federal Share** | **$0.00** |

---

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-9390H06 | 21NH75OT000042C5 | OT | 41.51 | 93.391 | $0.00 | 75-2122-0140 |

Page 2

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NH75OT000042-01-09
FAIN# NH75OT000042
Federal Award Date: 03/24/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

HEALTH, WASHINGTON STATE DEPARTMENT OF                    6 NH75OT000042-01-09

1. terms and conditions

## TERMS AND CONDITIONS OF AWARD

**Termination**: The purpose of this amendment is to terminate this award which is funded by COVID-19 supplemental appropriations. The termination of this award is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of this award is effective as of the date set out in your Notice of Award.

No additional activities can be conducted, and no additional costs may be incurred.  Unobligated award balances will be de-obligated by CDC.

**Closeout**: In order to facilitate an orderly closeout, we are requesting that you submit all closeout reports identified below within thirty (30) days of the date of this NoA. Submit the documentation as a "Grant Closeout" amendment in GrantSolutions. The reporting timeframe is the full period of performance. Please note, if you fail to submit timely and accurate reports, CDC may also pursue other enforcement actions per 45 CFR Part 75.371.

**Final Performance/Progress Report**: This report should include the information specified in the Notice of Funding Opportunity (NOFO). At a minimum, the report will include the following:

- Statement of progress made toward the achievement of originally stated aims.
- Description of results (positive or negative) considered significant.
- List of publications resulting from the project, with plans, if any, for further publication.

**Final Federal Financial Report (FFR, SF-425)**: The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**Equipment and Supplies - Tangible Personal Property Report (SF-428)**: A completed SF-428 detailing all major equipment acquired with a unit acquisition cost of $10,000 or more. If no equipment was acquired under the award, a negative report is required

# Exhibit C

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000515-05-15
FAIN# NU50CK000515
Federal Award Date: 03/24/2025

## Recipient Information

**1. Recipient Name**
HEALTH, WASHINGTON STATE DEPARTMENT OF
101 Israel Rd SE
Tumwater, WA 98501-5570
[NO DATA]

**2. Congressional District of Recipient**
10

**3. Payment System Identifier (ID)**
1911444603A2

**4. Employer Identification Number (EIN)**
911444603

**5. Data Universal Numbering System (DUNS)**
808883128

**6. Recipient's Unique Entity Identifier (UEI)**
C16SP2HBR123

**7. Project Director or Principal Investigator**

Director, Office of Communicable Disease Epi.


**8. Authorized Official**

Strategic Financial Investments Manager


### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**

Grants Management Specialist

**10. Program Official Contact Information**

Program Officer

## Federal Award Information

**11. Award Number**
6 NU50CK000515-05-15

**12. Unique Federal Award Identification Number (FAIN)**
NU50CK000515

**13. Statutory Authority**
301(A)AND317(K)(2)PHS42USC241(A)247B(K)2

**14. Federal Award Project Title**
Epidemiology and Laboratory Capacity for Infectious Diseases (ELC) - Building and Strengthening Epidemiology,Laboratory and Health Information Systems Capacity in State and Local Health Departments

**15. Assistance Listing Number**
93.323

**16. Assistance Listing Program Title**
Epidemiology and Laboratory Capacity for Infectious Diseases (ELC)

**17. Award Action Type**
Administrative Action

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | |
|---|---|
| **19. Budget Period Start Date** 08/01/2023 **- End Date** 03/24/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $46,178,845.00 |
| 22. Offset | $1,949,991.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $17,708,247.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $17,708,247.00 |
| **26. Period of Performance Start Date** 08/01/2019 **- End Date** 03/24/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $914,555,468.67 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**

Grants Management Officer

## 30. Remarks

Department Authority

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU50CK000515-05-15
FAIN# NU50CK000515
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**
HEALTH, WASHINGTON STATE
DEPARTMENT OF
101 Israel Rd SE
Tumwater, WA 98501-5570
[NO DATA]

**Congressional District of Recipient**
10

**Payment Account Number and Type**
1911444603A2

**Employer Identification Number (EIN) Data**
911444603

**Universal Numbering System (DUNS)**
808883128

**Recipient's Unique Entity Identifier (UEI)**
C16SP2HBR123

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| a. **Salaries and Wages** | $23,484,965.00 |
| b. **Fringe Benefits** | $8,559,340.00 |
| c. **Total Personnel Costs** | $32,044,305.00 |
| d. **Equipment** | $275,655.00 |
| e. **Supplies** | $4,794,211.00 |
| f. **Travel** | $798,109.00 |
| g. **Construction** | $0.00 |
| h. **Other** | $3,699,400.00 |
| i. **Contractual** | $15,375,448.00 |
| j. **TOTAL DIRECT COSTS** | $56,987,128.00 |
| k. **INDIRECT COSTS** | $8,849,955.00 |
| l. **TOTAL APPROVED BUDGET** | $65,837,083.00 |
| m. **Federal Share** | $65,837,083.00 |
| n. **Non-Federal Share** | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 0-9390EWQ | 19NU50CK000515C3 | CK | 41.51 | 93.323 | $0.00 | 75-2024-0943 |
| 0-9390F7F | 19NU50CK000515C4 | CK | 41.51 | 93.323 | $0.00 | 75-X-0140 |
| 0-9390ESY | 19NU50CK000515CV | CK | 41.51 | 93.323 | $0.00 | 75-2022-0943 |
| 1-9390GKT | 19NU50CK000515EDEXC5 | CK | 41.51 | 93.323 | $0.00 | 75-2122-0140 |
| 2-9390ETG | 19NU50CK000515MISCCV | CK | 41.51 | 93.323 | $0.00 | 75-2022-0943 |
| 4-9390MVU | 19NU50CK000515SHP2C5 | CK | 41.51 | 93.323 | $0.00 | 75-2124-0943 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NU50CK000515-05-15
FAIN#   NU50CK000515
Federal Award Date:  03/24/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

## AWARD ATTACHMENTS

HEALTH, WASHINGTON STATE DEPARTMENT OF                    6 NU50CK000515-05-15

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate the use of any remaining COVID-19 funding associated with this award. The termination of this funding is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of use of funding under the listed document number(s) is effective as of the date set out in your Notice of Award.

Impacted document numbers are included on page 2 of this Notice of Award (NoA).

No additional activities can be conducted, and no additional costs may be incurred, as it relates to these funds.  Unobligated award balances of COVID-19 funding will be de-obligated by CDC. Award activities under other funding may continue consistent with the terms and conditions of the award.

**Final Federal Financial Report (FFR, SF-425)**: Within 30 days please submit final FFR's for impacted document numbers.  The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**All other terms and conditions of this award remain in effect.**

# Exhibit D

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award#  6 NU58DP007023-03-02
FAIN#  NU58DP007023
Federal Award Date:  03/24/2025

## Recipient Information

**1. Recipient Name**
HEALTH, WASHINGTON STATE DEPARTMENT OF
101 ISRAEL RD SE
Washington State Department of Health
OLYMPIA, WA 98501-5570
[NO DATA]

**2. Congressional District of Recipient**
10

**3. Payment System Identifier (ID)**
1911444603A2

**4. Employer Identification Number (EIN)**
911444603

**5. Data Universal Numbering System (DUNS)**
808883128

**6. Recipient's Unique Entity Identifier (UEI)**
C16SP2HBR123

**7. Project Director or Principal Investigator**



**8. Authorized Official**

Strategic Financial Investments Manager

### Federal Agency Information

CDC Office of Financial Resources

**9. Awarding Agency Contact Information**

Grants Management Specialist



**10. Program Official Contact Information**

Reviewer

## Federal Award Information

**11. Award Number**
6 NU58DP007023-03-02

**12. Unique Federal Award Identification Number (FAIN)**
NU58DP007023

**13. Statutory Authority**
Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") Public Law 116-136 Public Health Service Act 42 U.S.C. 301(a)

**14. Federal Award Project Title**
Washington State Evaluation Partnership

**15. Assistance Listing Number**
93.495

**16. Assistance Listing Program Title**
Community Health Workers for Public Health Response and Resilient

**17. Award Action Type**
Terminate

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---:|
| **19.** Budget Period Start Date  08/31/2023  **- End Date**  08/30/2025 | | |
| **20.** Total Amount of Federal Funds Obligated by this Action | | $0.00 |
| | 20a. Direct Cost Amount | $0.00 |
| | 20b. Indirect Cost Amount | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $4,000,000.00 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | | $0.00 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | | $4,000,000.00 |
| **26.** Period of Performance Start Date  08/31/2021  **- End Date**  08/30/2025 | | |
| **27.** Total Amount of the Federal Award including Approved Cost  Sharing or Matching this Period of Performance | | $8,000,000.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Keisha Thompson
Grants Management Officer

## 30. Remarks

Department Authority

DEPARTMENT OF HEALTH AND HUMAN SERVICES    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU58DP007023-03-02
FAIN# NU58DP007023
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**
HEALTH, WASHINGTON STATE
DEPARTMENT OF
101 ISRAEL RD SE
Washington State Department of Health
OLYMPIA, WA 98501-5570
[NO DATA]
**Congressional District of Recipient**
10
**Payment Account Number and Type**
1911444603A2
**Employer Identification Number (EIN) Data**
911444603
**Universal Numbering System (DUNS)**
808883128
**Recipient's Unique Entity Identifier (UEI)**
C16SP2HBR123

---

**31. Assistance Type**
Cooperative Agreement
**32. Type of Award**
Other

---

| 33. Approved Budget | |
|---|---|
| (Excludes Direct Assistance) | |
| I.  Financial Assistance from the Federal Awarding Agency Only | |
| II.  Total project costs including grant funds and all other financial participation | |
| a.  Salaries and Wages | $143,126.00 |
| b.  Fringe Benefits | $51,526.00 |
| c.  Total Personnel Costs | $194,652.00 |
| d.  Equipment | $0.00 |
| e.  Supplies | $618.00 |
| f.  Travel | $0.00 |
| g.  Construction | $0.00 |
| h.  Other | $10,249.00 |
| i.  Contractual | $3,698,308.00 |
| j.  TOTAL DIRECT COSTS | $3,903,827.00 |
| k.  INDIRECT COSTS | $96,173.00 |
| l.  TOTAL APPROVED BUDGET | $4,000,000.00 |
| m.  Federal Share | $4,000,000.00 |
| n.  Non-Federal Share | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 3-9390H3H | 21NU58DP007023C3 | DP | 41.51 | 93.495 | $0.00 | 75-2024-0943 |

# AWARD ATTACHMENTS

HEALTH, WASHINGTON STATE DEPARTMENT OF                    6 NU58DP007023-03-02

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate this award which is funded by COVID-19 supplemental appropriations. The termination of this award is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of this award is effective as of the date set out in your Notice of Award.

No additional activities can be conducted, and no additional costs may be incurred.  Unobligated award balances will be de-obligated by CDC.

**Closeout**: In order to facilitate an orderly closeout, we are requesting that you submit all closeout reports identified below within thirty (30) days of the date of this NoA. Submit the documentation as a "Grant Closeout" amendment in GrantSolutions. The reporting timeframe is the full period of performance. Please note, if you fail to submit timely and accurate reports, CDC may also pursue other enforcement actions per 45 CFR Part 75.371.

**Final Performance/Progress Report**: This report should include the information specified in the Notice of Funding Opportunity (NOFO). At a minimum, the report will include the following:

- Statement of progress made toward the achievement of originally stated aims.
- Description of results (positive or negative) considered significant.
- List of publications resulting from the project, with plans, if any, for further publication.

**Final Federal Financial Report (FFR, SF-425)**: The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**Equipment and Supplies - Tangible Personal Property Report (SF-428)**: A completed SF-428 detailing all major equipment acquired with a unit acquisition cost of $10,000 or more. If no equipment was acquired under the award, a negative report is required

# Exhibit E

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU58DP007035-03-06
FAIN# NU58DP007035
Federal Award Date: 03/24/2025

## Recipient Information

**1. Recipient Name**
HEALTH, WASHINGTON STATE DEPARTMENT OF
101 Israel Rd SE
Tumwater, WA 98501-5570
[NO DATA]

**2. Congressional District of Recipient**
10

**3. Payment System Identifier (ID)**
1911444603A1

**4. Employer Identification Number (EIN)**
911444603

**5. Data Universal Numbering System (DUNS)**
808883128

**6. Recipient's Unique Entity Identifier (UEI)**
C16SP2HBR123

**7. Project Director or Principal Investigator**


Director



**8. Authorized Official**

Strategic Financial Investments Manager

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**

Grants Management Officer

**10. Program Official Contact Information**

Program Officer

## Federal Award Information

**11. Award Number**
6 NU58DP007035-03-06

**12. Unique Federal Award Identification Number (FAIN)**
NU58DP007035

**13. Statutory Authority**
Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") Public Law 116-136 Public Health Service Act 42 U.S.C. 301(a)

**14. Federal Award Project Title**
Care Connect Washington Supporting North Central and South Central Regions of Washington State.

**15. Assistance Listing Number**
93.495

**16. Assistance Listing Program Title**
Community Health Workers for Public Health Response and Resilient

**17. Award Action Type**
Terminate

**18. Is the Award R&D?**
No

### Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 08/31/2023 **- End Date** 03/24/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23. Total Amount of Federal Funds Obligated this budget period** | | $6,250,000.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $6,250,000.00 |
| **26. Period of Performance Start Date** 08/31/2021 **- End Date** 03/24/2025 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $16,250,000.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**



## 30. Remarks

Department Authority

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU58DP007035-03-06
FAIN# NU58DP007035
Federal Award Date: 03/24/2025

## Recipient Information

**Recipient Name**
HEALTH, WASHINGTON STATE
DEPARTMENT OF
101 Israel Rd SE
Tumwater, WA 98501-5570
[NO DATA]

**Congressional District of Recipient**
10

**Payment Account Number and Type**
1911444603A1

**Employer Identification Number (EIN) Data**
911444603

**Universal Numbering System (DUNS)**
808883128

**Recipient's Unique Entity Identifier (UEI)**
C16SP2HBR123

---

**31. Assistance Type**
Project Grant

**32. Type of Award**
Other

## 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| a. **Salaries and Wages** | $201,712.00 |
| b. **Fringe Benefits** | $72,616.00 |
| c. **Total Personnel Costs** | $274,328.00 |
| d. **Equipment** | $0.00 |
| e. **Supplies** | $1,076.00 |
| f. **Travel** | $17,111.00 |
| g. **Construction** | $0.00 |
| h. **Other** | $340,841.00 |
| i. **Contractual** | $5,456,355.00 |
| j. **TOTAL DIRECT COSTS** | **$6,089,711.00** |
| k. **INDIRECT COSTS** | **$160,289.00** |
| l. **TOTAL APPROVED BUDGET** | **$6,250,000.00** |
| m. **Federal Share** | **$6,250,000.00** |
| n. **Non-Federal Share** | **$0.00** |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 1-9390H3H | 21NU58DP007035C3 | DP | 41.51 | 93.495 | $0.00 | 75-2024-0943 |
| 2-9390H3H | 21NU58DP007035C3 | DP | 41.51 | 93.495 | $0.00 | 75-2024-0943 |
| 3-9390H3H | 21NU58DP007035C3 | DP | 41.51 | 93.495 | $0.00 | 75-2024-0943 |

# AWARD ATTACHMENTS

HEALTH, WASHINGTON STATE DEPARTMENT OF                    6 NU58DP007035-03-06

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate this award which is funded by COVID-19 supplemental appropriations. The termination of this award is for cause. HHS regulations permit termination if "the non-Federal entity fails to comply with the terms and conditions of the award", or separately, "for cause." The end of the pandemic provides cause to terminate COVID-related grants and cooperative agreements. These grants and cooperative agreements were issued for a limited purpose: to ameliorate the effects of the pandemic. Now that the pandemic is over, the grants and cooperative agreements are no longer necessary as their limited purpose has run out. Termination of this award is effective as of the date set out in your Notice of Award.

No additional activities can be conducted, and no additional costs may be incurred.  Unobligated award balances will be de-obligated by CDC.

**Closeout**: In order to facilitate an orderly closeout, we are requesting that you submit all closeout reports identified below within thirty (30) days of the date of this NoA. Submit the documentation as a "Grant Closeout" amendment in GrantSolutions. The reporting timeframe is the full period of performance. Please note, if you fail to submit timely and accurate reports, CDC may also pursue other enforcement actions per 45 CFR Part 75.371.

**Final Performance/Progress Report**: This report should include the information specified in the Notice of Funding Opportunity (NOFO). At a minimum, the report will include the following:

- Statement of progress made toward the achievement of originally stated aims.
- Description of results (positive or negative) considered significant.
- List of publications resulting from the project, with plans, if any, for further publication.

**Final Federal Financial Report (FFR, SF-425)**: The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**Equipment and Supplies - Tangible Personal Property Report (SF-428)**: A completed SF-428 detailing all major equipment acquired with a unit acquisition cost of $10,000 or more. If no equipment was acquired under the award, a negative report is required