UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF COLORADO; STATE OF RHODE ISLAND; STATE OF CALIFORNIA; STATE OF MINNESOTA; STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR *ex rel.* Andy Beshear, in his official capacity as Governor of the COMMONWEALTH OF KENTUCKY; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the COMMONWEALTH OF PENNSYLVANIA; and STATE OF WISCONSIN,

        Plaintiffs,

  v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,

        Defendants.

Case No. 1:25-cv-00121

## DEFENDANTS' NOTICE OF COMPLIANCE WITH THE COURT'S TEMPORARY RESTRAINING ORDER

Defendants respectfully submit this Notice of Compliance regarding the Court's Temporary Restraining Order ("TRO") entered on April 5, 2025. The Court's Order directed (among other things):

> The Defendants' counsel shall provide written notice of this order to all Defendants and agencies and their employees, and contractors by April 7, 2025, at 5:00 p.m. EDT. The Defendants shall provide written notice to grantees by April 7, 2025, at 5:00 p.m. EDT.

ECF No. 54 at 14. Consistent with the Court's Order, on April 5, 2025, counsel for Defendants provided written notice of the Order to counsel for the U.S. Department Of Health And Human Services ("HHS"), and confirmed that the agency should disseminate the Order to all employees, contractors, and grantees.

On April 7, 2025, HHS Acting General Counsel sent a note to HHS' Executive Secretary to be sent to all agency staff, providing notice of the Court's Order. That note is attached hereto as Exhibit A. Also on April 7, 2025, the agency sent a copy of the Court's Order to all agency employees and contractors, via an email attached hereto as Exhibit B. Also on April 7, 2025, the Assistant Secretary for Financial Resources, Office of Grants, sent notice of the TRO, and a copy of the Order, to all HHS grantees via an email sent through the GrantSolutions system, attached hereto as Exhibit C.

Dated: April 7, 2025

Respectfully submitted,

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,

By their Attorneys,

SARA MIRON BLOOM
Acting United States Attorney

/s/ *Leslie J. Kane*
LESLIE J. KANE
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
Leslie.Kane@usdoj.gov