# Exhibit A

 **DEPARTMENT OF HEALTH & HUMAN SERVICES**    Office of the Secretary

The General Counsel
Washington, DC 20201

April 7, 2025

NOTE TO:    THE CHIEF OF STAFF

SUBJECT:    Temporary Restraining Order – *State of Colorado, et al v. U.S. Department of Health and Human Services et al*, Civil Action No. 1:25-cv-00121

Twenty-three states and the District of Columbia have challenged the Department of Health and Human Services' (HHS), and Secretary Kennedy's (in his official capacity) termination of approximately $11 billion dollars in COVID funding issued in the form of grants to the Plaintiff States.

On April 3, 2025, the District Court for the District of Rhode Island, after a hearing, issued a Temporary Restraining Order (TRO) until the earlier of April 17, 2024, or the Court rules upon Plaintiff States forthcoming motion for a preliminary injunction. Currently, the TRO applies to the Plaintiff States and their local agencies, and the District of Columbia only. Pursuant to that TRO, HHS (and all its respective officers, agents, servants, employees and attorneys, and any persons in active concert or participation with them who receive actual notice of the TRO are fully restrained from:

1) Implementing or enforcing funding terminations that were issued to the Plaintiff States, including their local health jurisdictions and any bona fide fiscal agents of Plaintiff States or their local health jurisdictions, on or after March 24, 2025, for reasons related to the end of the COVID-19 pandemic, the "Public Health Terminations" as defined in Plaintiffs' Motion for Temporary Restraining Order,  or from issuing new funding terminations for the same reasons; and

2) Withholding any funds based on the Public Health Terminations and shall make such funds available and process all payments as if the Public Health Terminations had not been issued. HHS is not restrained from implementing the termination of funding for any grant, contract, or agreement, other than the Public Health Terminations to Plaintiff States, or from terminating any grant, contract, or agreement, to the extent permitted by applicable law, for reasons other than those described in Plaintiffs' Motion for Temporary Restraining Order.

HHS must immediately take every step necessary to effectuate this TRO, including clearing any administrative, operational, or technical hurds to implementation.

Page 2 - Addressee

Pending any further instructions from the Court, HHS should ensure that it is not implementing, applying, or enforcing any terminations with respect to these awards against the Plaintiff States.

If you have any questions, please work with your usual contact in the Office of the General Counsel.


Sean R. Keveney
Acting General Counsel


 **Plaintiff States:**

Colorado
Rhode Island
California
Minnesota
Washington
Arizona
Connecticut
Delaware
District of Columbia
Hawaii
Illinois
Kentucky
Maine
Maryland
Massachusetts
Michigan
Nevada
New Jersey
New Mexico
New York
North Carolina
Oregon
Pennsylvania
Wisconsin