# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Civil Action No. 25-cv-121-MSM-LDA |

### UNITED STATES' NOTICE OF COMPLIANCE WITH THE COURT'S PRELIMINARY INJUNCTION ORDER

Defendants respectfully submit this Notice of Compliance regarding the Court's Preliminary Injunction Order ("PI Order") entered on May 16, 2025. The Court's PI Order directed (among other things):

> Defendants' counsel shall provide written notice of this order to all Defendants and agencies and their employees, contractors, and grantees by the end of the day on Tuesday, May 20, 2025. . . . By the end of the day on Tuesday, May 20, 2025, the Defendants SHALL FILE on the Court's electronic docket a Status Report documenting the actions that they have taken to comply with this Order, including a copy of the notice and an explanation as to whom the notice was sent.

ECF No. 84 at 59. Consistent with the Court's Order, on May 16, 2025, counsel for Defendants provided written notice of the PI Order to counsel for the U.S. Department Of Health And Human Services ("HHS") and confirmed that the agency should disseminate the Order to all employees, contractors, and grantees.

On May 19, 2025, the Director of the Division of Policy, Oversight, and Evaluation within HHS's Office of Grants directed that notice of the PI Order,

1

and a copy of the Order, be sent to all HHS grantees, via an email attached hereto as Exhibit A. Also on May 19, 2025, HHS Acting General Counsel sent a note to HHS's Chief of Staff to be sent to all agency staff, providing notice of the Court's PI Order, through its Controlled Correspondence system, attached hereto as Exhibit B. On May 20, a copy of Exhibit A was sent to all active HHS grant recipients via the GrantSolutions and eRA systems, as shown in an email attached hereto as Exhibit C. Finally, also on May 20, 2025, the agency sent notice, including a copy of Exhibit A and the Court's PI Order, to all agency employees and contractors, via an email attached hereto as Exhibit D.

Dated: May 20, 2025

Respectfully submitted,

THE UNITED STATES OF AMERICA,
By its Attorneys,

SARA MIRON BLOOM
Acting United States Attorney

*/s/ Kevin Love Hubbard*
KEVIN LOVE HUBBARD
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
Kevin.Hubbard@usdoj.gov

## CERTIFICATION OF SERVICE

      I hereby certify that, on May 20, 2025, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rules Gen 304.

                                         */s/ Kevin Love Hubbard*

                                         KEVIN LOVE HUBBARD
                                         Assistant United States Attorney