**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary

The General Counsel
Washington, DC 20201

# MEMORANDUM

NOTE TO:  HEATHER FLICK MELANSON
          CHIEF OF STAFF

DATE:     May 19, 2025

SUBJECT:  Preliminary Injunction – *State of Colorado, et al v. U.S. Department of Health
          and Human Services et al*, Civil Action No. 1:25-cv-00121

Twenty-three states and the District of Columbia have challenged the Department of Health and
Human Services' (HHS), and Secretary Kennedy's (in his official capacity) termination of
approximately $11 billion dollars in COVID-19 funding issued in the form of grants1 to the
Plaintiff States.

On May 16, 2025, the District Court for the District of Rhode Island, issued a Preliminary
Injunction (PI). Pursuant to that PI, HHS and all its agencies, respective officers, agents,
servants, employees and attorneys, contractors, grantees, and any persons in active concert or
participation with them who receive actual notice of the PI (the "Enjoined Parties") are:

1) Fully enjoined from implementing or enforcing through any means the decision made on
   or about March 24, 2025, that numerous health programs and appropriations responsible
   for $11 billion of critical federal financial assistance were "no longer necessary" because
   the "COVID-19 pandemic is over" ("Public Health Funding Decision"), including any
   funding terminations, or from taking any action to reinstitute the Public Health Funding
   Decision for the same or similar reasons. This injunction is limited to funding for
   Plaintiff States, including their local health jurisdictions and any bona fide fiscal agents
   of Plaintiff States or their local health jurisdictions.
2) Required to immediately treat any actions taken to implement or enforce the Public
   Health Funding Decision, including any funding terminations, as null and void and
   rescinded. The Enjoined Parties must immediately take every step necessary to effectuate
   this order, including clearing any administrative, operational, or technical hurdles to
   implementation.
3) Required to provide written notice of this order to all Defendants and agencies and their
   employees, contractors, and grantees by the end of the day on Tuesday, May 20, 2025.
   By the end of the day on Tuesday, May 20, 2025, the Defendants SHALL FILE on the
   Court's electronic docket a Status Report documenting the actions that they have taken to
   comply with this Order, including a copy of the notice and an explanation as to whom the
   notice was sent.

---

1 For purposes of this memorandum, the term "grant" includes "cooperative agreements".

HHS must continue to take every step necessary to effectuate this PI, including clearing any administrative, operational, or technical hurds to implementation.

Pending any further instructions from the Court, HHS should ensure that it is not implementing, applying, or enforcing any terminations with respect to these awards against the Plaintiff States.

If you have any questions, please work with your usual contact in the Office of the General Counsel.

Sean R. Keveney
Acting General Counsel

**Plaintiff States:**

Colorado
Rhode Island
California
Minnesota
Washington
Arizona
Connecticut
Delaware
District of Columbia
Hawaii
Illinois
Kentucky
Maine
Maryland
Massachusetts
Michigan
Nevada
New Jersey
New Mexico
New York
North Carolina
Oregon
Pennsylvania
Wisconsin