| | |
|---|---|
| **From:** | Mailing list for eRA system alerts to users on behalf of eRA Communications Office |
| **To:** | ERA-ALERT@LIST.NIH.GOV |
| **Subject:** | Notice of Preliminary Injunction |
| **Date:** | Monday, May 19, 2025 4:35:02 PM |
| **Attachments:** | 84 - Order Granting PI.pdf |

HHS Grant Recipients:

Please review the attached Preliminary Injunction (PI).  <u>Please note</u>, this action only applies to the 23 Plaintiff States listed in the PI and the District of Columbia.

---

To unsubscribe from the ERA-ALERT list, click the following link:
http://list.nih.gov/cgi-bin/wa.exe?SUBED1=ERA-ALERT&A=1