| | |
|---|---|
| **From:** | For OS announcements to all of HHS on behalf of HHS News Do Not Reply (OS/ASPA) |
| **To:** | HHS-NEWS-ALL@LIST.NIH.GOV |
| **Subject:** | Notice - Court Order Issuing Preliminary Injunction in Colorado v. HHS |
| **Date:** | Tuesday, May 20, 2025 3:55:21 PM |
| **Attachments:** | Notice - Court Order Issuing Preliminary Injunction in Colorado v. HHS_R.pdf |

On May 16, 2025, the District Court for the District of Rhode Island, issued a Preliminary Injunction (PI). Pursuant to that PI, HHS and all its agencies, respective officers, agents, servants, employees and attorneys, contractors, grantees, and any persons in active concert or participation with them who receive actual notice of the PI (the "Enjoined parities") are:

1. Fully enjoined from implementing or enforcing through any means the decision made on or about March 24, 2025, that numerous health programs and appropriations responsible for $11 billion of critical federal financial assistance were "no longer necessary" because the "COVID-19 pandemic is over" ("Public Health Funding Decision"), including any funding terminations, or from taking any action to reinstitute the Public Health Funding Decision for the same or similar reasons. This injunction is limited to funding for Plaintiff States, including their local health jurisdictions and any bona fide fiscal agents of Plaintiff States or their local health jurisdictions.
2. Required to immediately treat any actions taken to implement or enforce the Public Health Funding Decision, including any funding terminations, as null and void and rescinded. The Enjoined Parties must immediately take every step necessary to effectuate this order, including clearing any administrative, operational, or technical hurdles to implementation.
3. Provide written notice of this order to all Defendants and agencies and their employees, contractors, and grantees by the end of the day on Tuesday, May 20, 2025.
4. By the end of the day on Tuesday, May 20, 2025, the Defendants SHALL FILE on the Court's electronic docket a Status Report documenting the actions that they have taken to comply with this Order, including a copy of the notice and an explanation as to whom the notice was sent.

HHS must continue to take every step necessary to effectuate this PI, including clearing any administrative, operational, or technical hurds to implementation.

Pending any further instructions from the Court, HHS should ensure that it is not implementing, applying, or enforcing any terminations with respect to these awards against the Plaintiff States. If you have questions, please reach out to Kenya Ford in the Office of the General Counsel, kdf6@cdc.gov. Thank you.

**This email is sent from an unmonitored account. Please do not reply directly to this message.**

You are receiving this communication because you have an email account supported by the Department of Health and Human Services (HHS). HHS News cannot remove individual recipients from this distribution list. For inquiries or comments regarding the content of this email, please contact the sponsoring organization as specified in the message above. To request addition to the HHS News distribution list, please email listmaster@list.nih.gov.