Case 1:25-cv-00121-MSM-AEM   Document 86   Filed 05/29/25   Page 1 of 2 PageID #:
Case 1:25-cv-00121-MSM-LDA   Document 89   Filed 04/01/25   Page 1 of 2 PageID #:
5489
3875

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Rhode Island

| | |
|---|---|
| State of Colorado, et al. <br><br><br><br>_____ <br> *Plaintiff(s)* <br> v. <br> U.S. Department of Health and Human Services, et al. <br><br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 1:25-cv-00121 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Department of Health and Human Services

United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sarah Rice
Julia Harvey
Rhode Island Office of the Attorney General
150 S. Main Street
Providence, RI 02903
401-274-4400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **April 01, 2025**

**/s/ Hanorah Tyer-Witek**
**Clerk of Court**

Case 1:25-cv-00121-MSM-AEM   Document 86   Filed 05/29/25   Page 2 of 2 PageID #:
Case 1:25-cv-00121-MSM-LDA   Docume5490   Filed 04/01/25   Page 2 of 2 PageID #:
3876

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00121

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* US Department of Health and Human
was received by me on *(date)* 5/29/25  . Services

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* US certified mail to defendants address, to the US
Attorney General in Washington D.C., and the US Attorney's
Office for the District of Rhode Island

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/29/25 _____
                                    *Server's signature*

William J Riva Jr, investigator
*Printed name and title*

4 Howard Av, Cranston, RI 02920
*Server's address*

Additional information regarding attempted service, etc: