# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF COLORADO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 25-cv-121-MSM-LDA |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America, on behalf of all Defendants, appeals to the United States Court of Appeals for the First Circuit from the preliminary injunction that the district court (McElroy, J.) entered in favor of the plaintiffs on May 16, 2025 (ECF No. 84).

Dated: July 15, 2025

Respectfully submitted,

THE UNITED STATES OF AMERICA,
By its Attorneys,

SARA MIRON BLOOM
Acting United States Attorney

*/s/ Kevin Love Hubbard*
KEVIN LOVE HUBBARD
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
Kevin.Hubbard@usdoj.gov

## CERTIFICATION OF SERVICE

  I hereby certify that, on July 15, 2025, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rules Gen 304.

               */s/ Kevin Love Hubbard*

               KEVIN LOVE HUBBARD
               Assistant United States Attorney