# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Civil Action No. 25-cv-121-MSM-LDA |

## MOTION TO EXTEND TIME
## FOR DEFENDANTS' RESPONSIVE PLEADING

Defendants, with the consent and concurrence of Plaintiffs, request a 30-day extension of their time to file a responsive pleading in this matter, up to and including August 29, 2025. Defendants responsive pleading is currently due July 30, 2025. The parties are discussing a schedule for production of the administrative record and anticipated cross motions for summary judgment, which may obviate the need for a responsive pleading. The requested additional time will facilitate those discussions.

Dated: July 29, 2025

Respectfully submitted,

THE UNITED STATES OF AMERICA,
By its Attorneys,

SARA MIRON BLOOM
Acting United States Attorney

*/s/ Kevin Love Hubbard*

1

_____
KEVIN LOVE HUBBARD
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
Kevin.Hubbard@usdoj.gov

2

## CERTIFICATION OF SERVICE

      I hereby certify that, on July 29, 2025, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rules Gen 304.

*/s/ Kevin Love Hubbard*

KEVIN LOVE HUBBARD
Assistant United States Attorney