# United States Court of Appeals
## For the First Circuit

No. 25-1671

STATE OF COLORADO; STATE OF RHODE ISLAND; STATE OF CALIFORNIA; STATE OF MINNESOTA; STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNONR EX REL. ANDREW BESHEAR, in the official capacity as Governor of the Commonwealth of Kentucky; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF WISCONSIN; JOSH SHAPIRO, in the official capacity as Governor of the Commonwealth of Pennsylvania,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of the U.S. Department of Health and Human Services,

Defendants - Appellants.

**MANDATE**

Entered: July 29, 2025

In accordance with the judgment of July 29, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Crystal Adams, Andrew M. Ammirati, Gina Bull, Brian S. Carter, Deanna J. Chang, Mary M. Curtin, David Dana Day, Katherine B. Dirks, Kalikoonalani Diara Fernandes, Anaiis Gonzalez, Samantha Hall, Carl Hammaker, Julia Harvey, Alex Hemmer, Keith D. Hoffmann, Kevin Love Hubbard, Jennifer Marie Jackson, Kenneth Lawson Joel, Leslie J. Kane, Vanessa L. Kassab, Jonathan D. Koltash, Phoebe Lockhart, Lynn Kristine Lodahl, James C. Luh, Margaret Machaiek,

Steven Travis Mayo, Joseph Michaels, Jennifer C. Moreau, David Moskowitz, Daniel Paul Mosteller, Rabia Muqaddam, Rebekah Newman, Neli Nima Palma, Jessica L. Palmer, Taylor Payne, Ellen E. Range, Sarah Rice, Anna Rich, Anjana Samant, Cristina Sepe, Heidi Parry Stern, Aimee D. Thomson, Laura Crittenden Tipton, Benjamin C. Wei, Samuel Perry Wolter, Lauren S. Zurier