# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Civil Action No. 25-cv-121-MSM-LDA |

## MOTION TO EXTEND TIME
## FOR DEFENDANTS' RESPONSIVE PLEADING

Defendants, with the consent and concurrence of Plaintiffs, request a further 60-day extension of their time to file a responsive pleading in this matter, up to and including October 28, 2025. After the Court granted the first request for an extension, Defendants' responsive pleading is currently due August 29, 2025. The parties are discussing a variety of paths forward for this litigation that would obviate the need for a responsive pleading, and the requested additional time will facilitate those discussions.

Dated: August 15, 2025

Respectfully submitted,

THE UNITED STATES OF AMERICA,
By its Attorneys,

SARA MIRON BLOOM
Acting United States Attorney

*/s/ Kevin Love Hubbard*

1

|  |
|---|

KEVIN LOVE HUBBARD
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
Kevin.Hubbard@usdoj.gov

## CERTIFICATION OF SERVICE

I hereby certify that, on August 15, 2025, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rules Gen 304.

*/s/ Kevin Love Hubbard*

KEVIN LOVE HUBBARD
Assistant United States Attorney