UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF COLORADO; STATE OF RHODE ISLAND; STATE OF CALIFORNIA; STATE OF MINNESOTA; STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR *ex rel.* Andy Beshear, in his official capacity as Governor of the COMMONWEALTH OF KENTUCKY; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the COMMONWEALTH OF PENNSYLVANIA; and STATE OF WISCONSIN,<br>  Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,<br>  Defendants. | Civil Action No. 25-cv-121-MSM-LDA |

**NOTICE OF ENTRY OF APPEARANCE**

I, Kevin Bolan, Assistant United States Attorney, hereby enter my appearance as counsel for the United States of America in the above matter.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

SARA MIRION BLOOM
Acting United States Attorney

/s/ *Kevin Bolan*
KEVIN BOLAN
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, Rhode Island 02903
(401) 709-5000
Email: Kevin.Bolan@usdoj.gov

## CERTIFICATION OF SERVICE

      I hereby certify that on September 5, 2025, I electronically filed the foregoing Notice of Appearance, and it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

                                              /s/ *Kevin Bolan*
                                              KEVIN BOLAN
                                              Assistant United States Attorney