UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> *v.* <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Civil Action No. <br> 25cv121-MSM-AEM |

**JOINT MOTION FOR STAY OF ALL CASE DEADLINES**

The parties, by and through their undersigned counsel, respectfully move the Court to enter a stay of all case deadlines for 50 days (*i.e.*, up through and including Monday, January 30, 2026). As outlined below, good cause exists to grant such a stay:

1. On April 1, 2025, Plaintiffs filed this case (ECF 1) and moved for a temporary restraining order (ECF 4), which the Court entered by text order on April 3, 2025, as well as on April 5, 2025 (ECF 54). Plaintiffs amended their complaint on April 8, 2025. ECF 59. The parties then filed initial and supplemental briefs concerning the Plaintiffs' preliminary-injunction motion between April 8 and 24, 2025. ECF 60, 68, 69, 80, 81.

2. On May 16, 2025, the Court granted Plaintiffs' motion for a preliminary injunction. ECF 84. Defendants have notified the Court (ECF 85) of their compliance with the Court's Preliminary Injunction Order, which remains in force through today.

3. The Defendants presently have until December 12, 2025, to respond to the Complaint. Text Order (Oct. 27, 2025).

4. "It is beyond cavil that . . . federal district courts possess the inherent power to stay pending litigation when the efficacious management of court

1

dockets reasonably requires such intervention." *Marquis v. FDIC*, 965 F.2d 1148, 1154 (1st Cir. 1992). "Of course, stays cannot be cavalierly dispensed: there must be good cause for their issuance; they must be reasonable in duration; and the court must ensure that competing equities are weighed and balanced." *Id.* at 1155.

5.     Good cause exists to grant the requested stay in this action. The parties have conferred in good faith and are actively working to negotiate, and then to present to the Court, a proposed schedule to allow for:

    a.     Defendant to produce the Administrative Record;

    b.     The parties to consider a reasonable schedule for briefing on cross-motions for summary judgment upon achieving a mutual understanding of the Administrative Record's contents;

    c.     A potential stay (beyond the stay requested herein) of the Defendant's obligation to answer Plaintiffs' Amended Complaint pending the Court's ruling on summary judgment.

6.     The parties also are engaged in active discussions about potential ways to minimize the burden, review, and production of the Administrative Record through a possible, negotiated stipulation. The parties will continue those discussions during the proposed stay.

7.     A stay of 50 days is reasonable in duration. Aside from the December 12, 2025, deadline in this case, no other deadlines have yet been established in this case given its early preliminary posture.

8.     Finally, the competing equities support issuance of a stay. As noted above, the parties jointly move for this stay. Consistent with the Court's previous balancing of the equities when adjudicating the Plaintiffs' Motion for a Preliminary Injunction, the Court's order granting that Motion will remain in effect

during the pendency of a stay. Issuance of the stay will also conserve the parties' resources and those of the Court.

WHEREFORE, the parties respectfully request that the Court enter an order (1) staying further proceedings in this case and (2) instructing the parties to file a joint status report on January 30, 2026, that will advise the Court of the parties' views on what further proceedings (and their proposed schedule) may be necessary to secure the just, speedy, and inexpensive determination of this action.

| | |
|---|---|
| Dated: December 12, 2025 | Respectfully submitted,<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of Health and Human Services,<br><br>By their attorneys,<br><br>SARA MIRON BLOOM<br>First Assistant United States Attorney<br><br>*/s/ Kevin Bolan*<br>KEVIN BOLAN<br>Assistant U.S. Attorney<br>One Financial Plaza, 17th Floor<br>Providence, RI 02903<br>401.709.5029<br>kevin.bolan@usdoj.gov |
| **PHILIP J. WEISER**<br>Attorney General of Colorado<br><br>By: */s/ David Moskowitz*<br>David Moskowitz\*<br>*Deputy Solicitor General*<br>Sam Wolter\*<br>*Assistant Attorney General*<br>1300 Broadway, #10<br>Denver, CO 80203<br>(720) 508-6000<br>David.Moskowitz@coag.gov<br>Samuel.Wolter@coag.gov<br><br>*Counsel for the State of Colorado* | **PETER F. NERONHA**<br>Attorney General of Rhode Island<br><br>By: */s/ Sarah W. Rice*<br>Sarah W. Rice (RI Bar No. 10465)<br>*Deputy Chief, Public Protection Bureau*<br>*Assistant Attorney General*<br>Keith Hoffmann (RI Bar No. 9874)<br>*Chief of Policy*<br>*Assistant Attorney General*<br>Julia Harvey (RI Bar No. 10529)<br>*Special Assistant Attorney General*<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2054<br>srice@riag.ri.gov<br>khoffmann@riag.ri.gov<br>jharvey@riag.ri.gov<br><br>*Counsel for the State of Rhode Island* |

**ROB BONTA**
Attorney General of California

By: */s/ Crystal Adams*
Neli Palma*
*Senior Assistant Attorney General*
Crystal Adams*
Anna Rich**
*Deputy Attorneys General*
1300 I Street
Sacramento, CA 95814
(916) 210-7522

*Counsel for the State of California*

**NICHOLAS W. BROWN**
Attorney General of Washington

By: */s/ Ellen Range*
Ellen Range*
*Assistant Attorney General*
Office of the Washington State Attorney General
7141 Cleanwater Drive SW
P.O. Box 40111
Olympia, WA 98504-0111
(360) 709-6470
Ellen.Range@atg.wa.gov
Cristina Sepe*
*Deputy Solicitor General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Cristina.Sepe@atg.wa.gov

*Counsel for the State of Washington*

**KEITH ELLISON**
Attorney General of Minnesota

By: */s/ Brian S. Carter*
Brian S. Carter*
Jennifer Moreau*
*Assistant Attorneys General*
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 300-7403
Brian.Carter@ag.state.mn.us
Jennifer.Moreau@ag.state.mn.us

*Counsel for the State of Minnesota*

**KRISTIN K. MAYES**
Attorney General of Arizona

By: */s/ Mary M. Curtin*
Mary M. Curtin*
*Senior Litigation Counsel*
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Mary.Curtin@azag.gov

*Counsel for the State of Arizona*

5

**WILLIAM TONG**
Attorney General of Connecticut

By: */s/ Andrew Ammirati*
Andrew Ammirati\*
*Assistant Attorney General*
165 Capitol Avenue
Hartford, CT 06106
Phone: (860) 808 5090
Andrew.Ammirati@ct.gov

*Counsel for the State of Connecticut*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Samantha Miyahara Hall*
Samantha Miyahara Hall\*
*Assistant Attorney General*
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, N.W.
Washington, D.C. 20001
(202) 788-2081
Samantha.hall@dc.gov

*Counsel for the District of Columbia*

**KATHLEEN JENNINGS**
Attorney General of Delaware

By: */s/ Vanessa L. Kassab*
Ian R. Liston\*\*
*Director of Impact Litigation*
Vanessa L. Kassab\*\*
*Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

**ANNE E. LOPEZ**
Attorney General of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day\*
*Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes\*
*Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**KWAME RAOUL**
Attorney General of Illinois

By: */s/ John Hazinski*
John Hazinski*
*Assistant Attorney General*
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(773) 590-6944
john.hazinski@ilag.gov

*Counsel for the State of Illinois*

**AARON M. FREY**
Attorney General of Maine

By: */s/ Margaret Machaiek*
Margaret Machaiek*
*Assistant Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel.: 207-626-8800
Fax: 207-287-3145

*Counsel for the State of Maine*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ Katherine B. Dirks*
Katherine B. Dirks*
*Chief State Trial Counsel*
Phoebe Lockhart*
Assistant Attorney General
1 Ashburton Pl.
Boston, MA 02108
(617.963.2277)
katherine.dirks@mass.gov
phoebe.lockhart@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**OFFICE OF THE GOVERNOR *ex rel*. ANDY BESHEAR**
in his official capacity as Governor of the Commonwealth of Kentucky

By: */s/ Travis Mayo*
S. Travis Mayo*
*General Counsel*
Taylor Payne*
*Chief Deputy General Counsel*
Laura C. Tipton*
*Deputy General Counsel*
Kentucky Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

*Counsel for the Office of the Governor*

**ANTHONY G. BROWN**
Attorney General of Maryland

By: */s/ James C. Luh*
James C. Luh*
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.state.md.us

*Counsel for the State of Maryland*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Jennifer M. Jackson*
Jennifer M. Jackson (P67126)*
Carl Hammaker (P81203)*
Assistant Attorneys General
Michigan Department of Attorney General
Attorneys for State of Michigan
525 W. Ottawa St.
Lansing, MI 48933-1067
517.335.7573
jacksonj5@michigan.gov
hammakerc@michigan.gov

*Counsel for the State of Michigan*

7

**AARON D. FORD**
Attorney General of Nevada

By: */s/ Heidi Parry Stern*
Heidi Parry Stern (Bar. No. 8873)*
*Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

*Counsel for the State of Nevada*

**MATTHEW J. PLATKIN**
Attorney General of New Jersey

By: */s/ Jessica L. Palmer*
Jessica L. Palmer*
Anaiis Gonzales*
*Deputy Attorneys General*
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-4607
Jessica.Palmer@law.njoag.gov
Anaiis.Gonzales@law.njoag.gov

*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ Anjana Samant*
Anjana Samant*
*Deputy Counsel*
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
asamant@nmdoj.gov
(505) 270-4332

*Counsel for the State of New Mexico*

**LETITIA JAMES**
Attorney General of New York

By: */s/ Rabia Muqaddam*
Rabia Muqaddam*
Special *Counsel for* Federal Initiatives
Gina Bull*
*Assistant Attorney General*
28 Liberty St.
New York, NY 10005
(929) 638-0447 rabia.muqaddam@ag.ny.gov
gina.bull@ag.ny.gov

*Counsel for the State of New York*

**JEFF JACKSON**
Attorney General of North Carolina

By */s/ Daniel P. Mosteller*
Daniel P. Mosteller*
*Associate Deputy Attorney General*
Laura Howard
*Chief Deputy Attorney General*
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
919-716-6026
dmosteller@ncdoj.gov

*Counsel for State of North Carolina*

**DAN RAYFIELD**
Attorney General of Oregon

By: */s/ Deanna J. Chang*
Deanna J. Chang*
*Senior Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Deanna.J.Chang@doj.oregon.gov

*Counsel for the State of Oregon*

| | |
|---|---|
| **JOSH SHAPIRO**<br>in his official capacity as Governor of the Commonwealth of Pennsylvania<br><br>Jennifer Selber<br>*General Counsel*<br><br>By: */s/ Aimee D. Thomson*<br>Aimee D. Thomson*<br>Jonathan D. Koltash*<br>*Deputy General Counsel*<br>Pennsylvania Office of the Governor<br>30 N. 3rd St., Suite 200<br>Harrisburg, PA 17101<br>(223) 234-4986<br>aimeethomson@pa.gov<br>jokoltash@pa.gov<br><br>*Counsel for Governor Josh Shapiro* | **JOSHUA L. KAUL**<br>Attorney General of Wisconsin<br><br>By: */s/ Lynn K. Lodahl*<br>Lynn K. Lodahl*<br>*Assistant Attorney General*<br>17 West Main Street<br>Post Office Box 7857<br>Madison, Wisconsin 53707-7857<br>(608) 264-6219<br>lodahllk@doj.state.wi.us<br><br>*Counsel for the State of Wisconsin* |

**Admitted pro hac vice*
***Pending pro hac vice applications to be filed*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 12, 2025, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

*/s/ Kevin Bolan*
KEVIN BOLAN
Assistant U.S. Attorney