## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

COLORADO, et al.,                          )
                                           )
        Plaintiffs,                       )     *Electronically Filed*
                                           )
        v.                                )     Civil Action No. 1:25-cv-00121
                                           )
HEALTH AND HUMAN                           )
SERVICES, et al.,                          )
                                           )
        Defendants.                       )
                                           )

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule Gen 206(d)(1), and having provided notice to Governor Beshear, undersigned counsel, Taylor Payne, hereby provides notice of his withdrawal as counsel for Governor Beshear in this matter. Governor Beshear will continue to be represented by S. Travis Mayo and Laura Tipton, who are both familiar with the case and fully prepared to continue representation without causing any delays.

Respectfully submitted,

/s/Taylor Payne
S. Travis Mayo*
General Counsel
Taylor Payne*
Deputy General Counsel
Laura C. Tipton*
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

*Counsel for Governor Beshear*

*\*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I electronically filed the foregoing Notice via the Court's CM/ECF system, causing all counsel of record to be served.

/s/Taylor Payne
Taylor Payne