## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

STATE OF COLORADO, *et al.*,

    Plaintiffs,

    *v.*

U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES, *et al.*,

    Defendants.

Civil Action No.
25cv121-MSM-AEM

## NOTICE OF PRODUCTION OF ADMINISTRATIVE RECORD

The United States, on behalf of the Defendants, notifies the Court and the Plaintiffs that it is filing today through the Court's Box platform the Administrative Record in this case (with accompanying certifications), and that the United States will produce today to the Plaintiffs the same materials via USAfx (and to the individuals identified by emails by Plaintiffs' counsel on April 30, 2026).

1

Dated: May 1, 2026

Respectfully submitted,

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR.**, in his official capacity as Secretary of Health and Human Services,

By their attorneys,

TODD BLANCHE
Acting Attorney General

CHARLES C. CALENDA
First Assistant United States Attorney

*/s/ Kevin Bolan*
KEVIN BOLAN
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
401.709.5029
kevin.bolan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on May 1, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

*/s/ Kevin Bolan*
KEVIN BOLAN
Assistant U.S. Attorney