**STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF COLORADO, *et al.*,<br><br>Plaintiffs,<br><br>*v.*<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 25cv121-MSM-AEM |

**CONSENTED-TO MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO SUBMIT THEIR BRIEF UNDER THE COURT'S JULY 20, 2026, TEXT ORDER**

The United States, on behalf of the Defendants, respectfully moves the Court to extend the deadline for Defendants' discovery brief. By Text Order dated July 20, 2026, the Court ordered Defendants to file their brief August 17, 2026. Defendants request that the Court extend that deadline by 19 days—to Friday, September 4, 2026. Undersigned counsel conferred with Plaintiffs' counsel, who consented to this request.

Dated: August 14, 2026

Respectfully submitted,

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services,

By their attorneys,

TODD BLANCHE
Attorney General

CHARLES C. CALENDA
First Assistant U.S. Attorney

*/s/ Kevin Bolan*
KEVIN BOLAN
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
401.709.5029
kevin.bolan@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 14, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

*/s/ Kevin Bolan*
KEVIN BOLAN
Assistant U.S. Attorney